

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Feb 16 03:47:07 EST 2018

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:  OR [Jump] to record:    Record 2 out of 5

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# TECHSHOP

| | |
|---|---|
| **Word Mark** | TECHSHOP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing professional networking opportunities and hosting professional networking events for individuals with a shared interest in manufacturing and fabrication; Business consultation in the fields of business innovation process, marketing, business formation, and business management; Provision of information in the fields of business innovation process, marketing, business formation, and business management; Provision of websites featuring information in the fields of business innovation process, marketing, business formation, and business management; incubation services, namely, providing work space containing business equipment to freelancers, start-ups, existing businesses and non-profits; incubation services, namely, business consultation services fostering a community of freelancers, start-ups, existing businesses and non-profits to support one another's growth and development in the fields of business innovation process, marketing, business formation, and business management. FIRST USE: 20060930. FIRST USE IN COMMERCE: 20060930<br><br>IC 041. US 100 101 107. G & S: Providing facilities for education and training; Conducting classes and workshops in the fields of techniques and tools used in the fabrication of products, devices, and product parts; Conducting classes and workshops in the field of computer aided design; Conducting classes and workshops on the safe use of equipment, namely, laser cutting and etching machines, lathes, engravers, milling machines, routers, and 3D printing machines; Training in the field of custom fabrication of goods from wood, metal, plastic, cardboard, textiles, fabric, leather, and other materials; Conducting entertainment and educational events in the nature of hosting parties, receptions, and off-site corporate meetings and competitions featuring teamwork and collaboration involving a wide variety of hands-on do-it-yourself activities; Membership community services, namely, arranging, organizing, and hosting social entertainment events for community members; Educational services, namely, presenting educational demonstrations at fairs, symposia, and other related forums in the field of manufacturing and fabrication of goods from wood, metal, plastic, cardboard, textiles, fabric, leather, and other materials in particular on subjects of products, devices, and product parts used in the manufacturing and fabrication thereof; |

educational services, namely, presenting information and demonstrations at fairs, symposia, and other related forums on the subject of computer aided design; educational services, namely, presenting educational demonstrations at fairs, symposia, and other related forums on the subjects of the safe use of equipment, namely, laser cutting and etching machines, lathes, engravers, milling machines, routers, and 3D printing machines. educational services, namely, presenting educational demonstrations at fairs, symposia, and other related forums on the subject of custom fabrication of goods from wood, metal, plastic, cardboard, textiles, fabric, leather, and other materials. FIRST USE: 20060930. FIRST USE IN COMMERCE: 20060930

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85977396 |
| **Filing Date** | August 19, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | December 13, 2011 |
| **Registration Number** | 4247529 |
| **Registration Date** | November 20, 2012 |
| **Owner** | (REGISTRANT) TechShop, Inc. CORPORATION CALIFORNIA 120 Independence Dr. Menlo Park CALIFORNIA 94025 |
| **Attorney of Record** | Timothy J. Lyden |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY