

### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Feb 16 03:47:07 EST 2018

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At:      OR   Jump   to record:     **Record 3 out of 5**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TECHSHOP

| | |
|---|---|
| **Word Mark** | TECHSHOP |
| **Goods and Services** | IC 040. US 100 103 106. G & S: Providing workshop facilities allowing members to undertake do-it-yourself projects; Providing workshop facilities for fabrication of products, devices, and product parts from a wide variety of materials; Consultation in the field of custom fabrication of goods from wood, metal, plastic, cardboard, textiles, fabric, leather, and other materials. FIRST USE: 20060930. FIRST USE IN COMMERCE: 20060930 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85111859 |
| **Filing Date** | August 19, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | December 13, 2011 |
| **Registration Number** | 4294110 |
| **Registration Date** | February 26, 2013 |

| | |
|---|---|
| Owner | (REGISTRANT) TechShop, Inc. CORPORATION CALIFORNIA 120 Independence Dr. Menlo Park CALIFORNIA 94025 |
| Attorney of Record | Timothy J. Lyden |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY