PARRISH LAW OFFICES
JAMES C. PISTORINO (California Bar No. 226496)
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: 650-400-0043
Email: james@dparrishlaw.com

Attorneys for Plaintiff TECHSHOP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>DAN RASURE, an individual residing in Kansas, TECHSHOP 2.0 LLC, a Kansas limited liability corporation, TECHSHOP 2.0 SAN FRANCISCO LLC, a Kansas limited liability corporation,<br><br><br>                Defendants. | Case No.: _____<br><br><br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FED.R.CIV.P. 7.1, Plaintiff TechShop, Inc. respectfully submits the following corporate disclosure statement:

TechShop, Inc. does not have any parent corporation, nor does nay publicly held coporation own more than 10% or more of it stock.


Dated: February 16, 2018                    PARRISH LAW OFFICE

                                                            _____,

                                                            James C. Pistorino (CA Bar No. 226496)
                                                            ~~Attorney~~ for Plaintiff
                                                            TECHSHOP, INC.