AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| TECHSHOP, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> DAN RASURE, an individual residing in Kansas, TECHSOP 2.0, LLC, a Kansas limited liability corporation, TECHSHOP 2.0 SAN FRANCISCO, LLC, a Kansas limited liability corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-CV-01044 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Dan Rasure, 1570 Road 65, Goodland, Kansas 67735

    TechShop 2.0 LLC, 2130 Grand Ave #2, Des Moines, Iowa 50312

    TechShop 2.0 San Francisco, LLC, 2130 Grand Ave #2, Des Moines, Iowa 50312

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    James Pistorino
    Parrish Law Office
    224 Lexington Dr.
    Menlo Park, CA 94025

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   *CLERK OF COURT*

Date: _____                          _____
                                                                     *Signature of Clerk or Deputy Clerk*