UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECHSHOP, INC.
                Plaintiff(s)

v.

DAN RASURE, et al.
                Defendant(s).

Case No. 18-cv-1044

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 9, 2018

NAME: James Pistorino

COUNSEL FOR (OR "PRO SE"): TECHSHOP, INC.

*Signature*