Civil Action No. **18-CV-01044 KAW**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    **DAN RASURE**
was received by me on **February 20, 2018**

☑ I personally served the SUMMONS IN A CIVIL ACTION on DAN RASURE at  926 HOWARD STREET , SAN FRANCISCO, CA 94103 on  February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the SUMMONS IN A CIVIL ACTION to   , who is designated by law to accept service of process on behalf of   on   ;or

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 50.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 2-23-18

_____
Server's signature

_____
**Andy Esquer**
*Printed name and title*

**Contracted by**
**903 Sneath Lane, Suite 227,**
**San Bruno, CA 94066**
**(650) 794-1923**
*Server's Address*

A0440-13283

Civil Action No. **18-CV-01044 KAW**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    **TECHSHOP 2.0 LLC**
was received by me on  **February 20, 2018**

☐ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 926 HOWARD STREET, SAN FRANCISCO, CA 94103 on  February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION to **DAN RASURE**, who is designated by law to accept service of process on behalf of **TECHSHOP 2.0 LLC**  on  **February 22, 2018  3:10 PM**

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 90.00 for services, for a total of $ 90.00

I declare under penalty of perjury that this information is true.

Date: 2-23-18

_____
Server's signature

**Andy Esquer**
*Printed name and title*

Contracted by
903 Sneath Lane, Suite 227,
San Bruno, CA 94066
**(650) 794-1923**
*Server's Address*

A0440-13284

Civil Action No. 18-CV-01044 KAW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     **TECHSHOP 2.0 SAN FRANCISCO, LLC**
was received by me on **February 20, 2018**

☐ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 926 HOWARD STREET, SAN FRANCISCO, CA 94103 on February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION to **DAN RASURE**, who is designated by law to accept service of process on behalf of **TECHSHOP 2.0 SAN FRANCISCO, LLC** on **February 22, 2018 3:10 PM**

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 40.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 2-23-18

*Server's signature*

**Andy Esquer**
*Printed name and title*

**Contracted by**
903 Sneath Lane, Suite 227,
San Bruno, CA 94066
**(650) 794-1923**
*Server's Address*

A0440-13285