| | |
|---|---|
| 1 | Ann McFarland Draper (SBN 065669) |
| 2 | courts@draperlaw.net<br>**Draper Law Offices** |
| 3 | 75 Broadway, Suite 202<br>San Francisco, California 94111 |
| 4 | Tel: (415) 989-5620 |
| 5 | **Attorneys for Defendants Dan Rasure**<br>**TheShop dot Build LLC, and TheShop** |
| 6 | **dot Build San Fran LLC** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, | **Case No. 4:18-cv-01044-HSG** |
| Plaintiff,<br>vs. | **NOTICE THAT PLAINTIFF HAS FILED A CHAPTER 7 BANKRUPTCY CASE** |
| DAN RASURE, THESHOP DOT BUILD, LLC, a Kansas limited liability company (sued herein under the name TECHSHOP 2.0 LLC), THESHOP DOT BUILD SAN FRAN, LLC, a Kansas limited liability company (sued herein under the name TECHSHOP 2.0 SAN FRANCISCO LLC), | |
| Defendants. | Judge:       Hon. Howard S. Gwilliam<br>Trial Date:   None Set<br>Action Filed:  February 16, 2018 |

TO:    THE COURT, ALL PARTIES, and THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 26, 2018, Plaintiff TECHSHOP, INC. filed a petition for relief under Chapter 7 of the Bankruptcy Code.  The case is docketed in the United States Bankruptcy Court for the Northern District of California, as Case No. 18-50398. Doris A. Kaelin has been appointed the Chapter 7 Trustee in this case.  Attached is a copy of the Notice of Commencement of Bankruptcy Case obtained from the bankruptcy court's website.

DATED:  May 3, 2018                     Respectfully Submitted,
                                        DRAPER LAW OFFICES

                                        By_____/s/ Ann McFarland Draper_____

                                        Ann McFarland Draper
                                        Attorneys for Defendants Dan Rasure, TheShop dot
                                        Build LLC, and TheShop dot Build San Fran LLC

---

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
NOTICE THAT PLAINTIFF HAS FILED A CHAPTER 7 BANKRUPTCY CASE                     - 1

**CERTIFICATE OF SERVICE**

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am an attorney at law over the age of eighteen (18) years and not a party to this action. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On May 3, 2018, I electronically served true and correct copies of the foregoing document *NOTICE THAT PLAINTIFF HAS FILED A CHAPTER 7 BANKRUPTCY CASE* by electronically filing said document with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document via the Court's NEF system to the following persons, each of whom is deemed to have consented by electronic service by NEF:

James C. Pistorino          james@dparrishlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 3rd day of May, 2018, at San Rafael, State of California.

*/s/ Ann McFarland Draper*

Ann McFarland Draper

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/26/2018 at 5:48 PM and filed on 02/26/2018.

**TechShop, Inc.**
274 Redwood Shores Parkway, Suite 275
Redwood City, CA 94065
Tax ID / EIN: 26-4280301

The debtor's attorney is:     The bankruptcy trustee is:

**Matthew D. Metzger**         **Doris A. Kaelin**
Belvedere Legal, PC            P.O. Box 1582
1777 Borel Pl. #314            Santa Cruz, CA 95061
San Mateo, CA 94402            (831)600-8093
(415)513-5980

The case was assigned case number 18-50398 to Judge M. Elaine Hammond.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Edward J. Emmons**
Clerk, U.S. Bankruptcy Court

PACER Service Center