UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHSHOP, INC.

        Plaintiff,

v.                                    Case 18-cv-1044

DAN RASURE, et al.

        Defendants.

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

On February 16, 2018, Plaintiff filed this action asserting trademark infringement against Defendants. Defendants were served on February 20, 2018. Thereafter, on February 26, 2018, Plaintiff filed a bankruptcy petition (CANDB Case No. 18-50398. Subsequently, Doris Kaelin was appointed the trustee and the bankruptcy matter is pending. Pursuant to agreement between the parties, Defendants' Answer was due April 16, 2018. Instead, on May 15, 2018, Defendants filed the present motion to dismiss.

While Plaintiff believes that proceeding in the TechShop name itself is appropriate, Plaintiff does not oppose amending the captions to list Ms. Kaelin as trustee for the estate of TechShop, Inc.

Dated: May 29, 2018        Respectfully submitted,

                                     James Pistorino
                                     PARRISH LAW OFFICES
                                     224 Lexington Dr.
                                     Menlo Park, CA 94025
                                     650-400-004
                                     james@dparrishlaw.com