UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., <br>           Plaintiff, <br> v. <br> DAN RASURE, et al., <br>           Defendants. | Case No.18-cv-01044-HSG <br><br> **SCHEDULING ORDER** |

The parties submitted a joint case management statement, Dkt. No. 31, and then appeared before the Court for case management conferences on June 5, 2018 and June 19, 2018. Having considered the parties' written and oral statements, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Court Deadline |
|---|---|
| Amendment of Pleadings | August 20, 2018 |
| Close of Fact Discovery | November 2, 2018 |
| Exchange Opening Expert Reports | November 19, 2018 |
| Exchange Rebuttal Expert Reports | December 3, 2018 |
| Close of Expert Discovery | December 17, 2018 |
| Dispositive Motions Hearing Deadline | January 31, 2019 at 2:00 p.m. |
| Pretrial Conference | April 30, 2019 at 3:00 p.m. |
| 8-Day Jury Trial | June 3, 2019 at 8:30 a.m. |

//
//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3  Standing Order.
4  **IT IS SO ORDERED.**
5  Dated:  6/20/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2