James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG** <br><br> **NOTICE OF HEARING DATE ON TECHSHOP'S MOTION TO DISMISS NOVEMBER 8, 2018 AT 2:00PM OAKLAND, COURTROOM 2, 4TH FLOOR** |

Plaintiff, Doris A. Kaelin, in her capacity as the Chapter 7 trustee of the estate of TechShop, Inc. (hereinafter "TechShop") hereby gives notice that TechShop's Motion to Dismiss (Dkt. # 46 filed on August 16, 2018) will be heard on Thursday, November 8, 2018 at 2:00pm Oakland, Courtroom 2, 4th Floor.

Dated: August 17, 2018

Respectfully submitted,

/s/ James C. Pistorino

James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

Page **1 of 2**