## CERTIFICATE OF SERVICE

I, James C. Pistorino, counsel for TechShop, Inc., do hereby certify that on September 4, 2018, I electronically filed with the Clerk of Court the following document:

**TECHSHOP'S MOTION TO COMPEL**

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

> Ann McFarland Draper (SBN 065669)
> courts@draperlaw.net
> Draper Law Offices
> 75 Broadway, Suite 202
> San Francisco, CA 94111
> Telephone: (415) 989-5620

Dated at Menlo Park, CA this 4th day of September 2018.

> James C. Pistorino (SBN 226496)
> james@dparrishlaw.com
> Parrish Law Offices
> 224 Lexington Dr.
> Menlo Park, CA 94025
> Telephone: (650) 400-0043
>
> Attorneys for Plaintiff