UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG** <br><br> **[PROPOSED] ORDER ON MOTION TO COMPEL** |

Presently before the Court is Plaintiffs Motion to Compel.  Good cause having been shown the motion is GRANTED and the Court ORDERS:

**Option #1:**

1) Defendants' pleadings and defenses are stricken;

2) Defendants shall produce all of the financial information requested in Plaintiff's First Set of Requests for Production within seven (7) days;

3) Liability for trademark infringement is DEEMED ESTABLISHED; and

4) The Court will rest the trial date for a trial solely on damages;

**Option #2:**

1) the Defendants shall produce all the documents sought by Requests 1-12 within seven (7) days of this Order;

2) for the purpose of this case, it is DEEMED ESTABLISHED that there were multiple instances of actual confusion as a result of the Defendants' use of the marks after December 2017;

3) for the purpose of this case, it is DEEMED ESTABLISHED that all of Defendants' revenues through trial were the result of use of the marks;

4) Defendants are PRECLUDED from offering evidence of alleged invalidity or non-infringement of the marks;

5) Defendants are PRECLUDED from offering evidence of offset or deductions from its gross revenues or otherwise offering evidence related to damages; and

6) Defendants are PRECLUDED from offering evidence in support of their own claims.

In addition, the close of discovery and deadline to amend the pleadings for Plaintiff only is extended until two months after Defendants complete the ordered production.

In addition, Plaintiff is awarded its fees and expenses in bringing the motion in the amount of _____ payable by Defendants and their counsel.

Dated: _____    _____
Hon. Haywood Gilliam
United States District Judge