# EXHIBIT C

# James Pistorino

**From:** Ann Draper <ann@draperlaw.net>
**Sent:** Wednesday, August 15, 2018 6:39 PM
**To:** James Pistorino
**Subject:** Re: TechShop v. Rasure, et al - discovery responses

Written responses were mailed, and documents are still being gathered. I have some, but most of what you requested is Ediscovery and a bit more complicated to collect and review. I am not in my office, and will update you tomorrow

Get Outlook for iOS

On Wed, Aug 15, 2018 at 6:24 PM -0700, "James Pistorino" <james@dparrishlaw.com> wrote:

> Ms. Draper,
>
> I am writing to inquire when Plaintiff can expect the document production that was due on Monday.
> As you know, on June 26, Plaintiff served requests for production.
> Defendants requested an extension of written responses to Monday, August 13.
> That day has come and passed and there has been neither document production nor written responses to the requests for production.
>
> Please let me know when Defendants will be producing the requested documents.
>
> Regards,
> James Pistorino

Ms. Draper,

I am writing to inquire when Plaintiff can expect the document production that was due on Monday.
As you know, on June 26, Plaintiff served requests for production.
Defendants requested an extension of written responses to Monday, August 13.
That day has come and passed and there has been neither document production nor written responses to the requests for production.

Please let me know when Defendants will be producing the requested documents.

Regards,
James Pistorino