# EXHIBIT E

# James Pistorino

**From:** Ann Draper <ann@draperlaw.net>
**Sent:** Wednesday, August 22, 2018 4:46 PM
**To:** James Pistorino
**Subject:** TechShop v Rasure - requests for documents

James --

Following the "meet & confer" sessions, I have conferred with my client regarding your position on Defendants' responses to Plaintiff's requests for production of documents. As I have stated, my goal is to provide you with documents so that this dispute can be resolved without unnecessary cost.

I will prepare and send to you a proposed protective order along the lines we discussed today, working off the model forms, and hope we can get something entered promptly.

Defendants will withdraw most of their objections and limitations, and refine others, along the lines we discussed in our telephone calls. Defendant will produce many of the documents to which they had previously objected, including documents relating to negotiations with TechShop, communications with all the persons listed in Request No 9, and documents requesting passwords (for the Deep Freeze system). The principal issues remaining in contention seem to be the marital privileges, the confidentiality of customer/ member and email prospect lists, financial privacy, and materials relating to Defendants' vendors, expansion and other business issues.

Defendants will provide amended written responses to your inspection demands on Friday, August 22, via U.S. mail with a courtesy PDF sent via email.

Documents will be produced electronically, in PDF with Bates#ing where possible, together with a privilege log identifying documents and categories being withheld with sufficient particularity for you to determine whether the privilege or protection applies. Defendants will begin producing documents on or before Monday, August 27 and will continue producing documents over the ensuing week, with production completed on or before Tuesday, September 4, 2018.

Ann Draper

**DRAPER LAW OFFICES**
75 Broadway, Suite 202
San Francisco, CA  94111
415.989.5620 Tel