# EXHIBIT H

**Parrish Law Offices**
788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 9/4/2018 |

| Invoice # |
|---|
| 5818 |

| Bill To |
|---|
| TechShop, Inc. |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 8/15/2018 | reviewing discovery status | 0.4 | Prof srvcs @ $515/hr | 206.00 |
| 8/21/2018 | meet and confer w/ opposing counsel, prep for same | 2.1 | Prof srvcs @ $515/hr | 1,081.50 |
| 8/22/2018 | meet and confer w/ opposing counsel, prep for same | 2.3 | Prof srvcs @ $515/hr | 1,184.50 |
| 8/30/2018 | revise/review motion to compel | 3.2 | Prof srvcs @ $515/hr | 1,648.00 |
| 8/31/2018 | revise/review motion to compel | 2.1 | Prof srvcs @ $515/hr | 1,081.50 |

| | |
|---|---|
| **Total** | $5,201.50 |
| **Balance Due** | $5,201.50 |