UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC.,<br>　　　　Plaintiff,<br>　　v.<br>DAN RASURE, et al.,<br>　　　　Defendants. | Case No. 18-cv-01044-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 53 |

Pursuant to Local Rule 72-1, the Motion to Compel, to Deem Facts Admitted, Preclude, and for Attorney's Fees (Dkt. No. 53) and all discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 9/5/2018

　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge