UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 18-cv-01044-HSG (JCS) | Case Name: TechShop, Inc. v. Rasure | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: September 13, 2018 | Time: 20 M |

**Attorney for Plaintiff:** James Pistorino
**Attorney for Defendant:** Ann Draper

**Deputy Clerk:** Karen Hom                                **Court Reporter:** FTR 1:32-1:52

## PROCEEDINGS

1. Motion to Compel - [dkt 53]

## ORDERED AFTER HEARING

The following shall be produced by 9/21/18:

1. Defendant's shall produce a privilege log for all materials withheld on the basis of privilege.
2. Parties shall stipulate to a Protective Order by 9/21/18.
3. Defendants will produce a random sample with the identification information of 10% of the Defendant's customers.
4. For the period January 2018 to September 2018 Defendant shall produce any business projections created during that period.

Court declines to rule on the extension of deadlines or the consequences for violating the Court's Order.

All items that the parties have agreed upon shall be produced by 9/21/18.

**NOTES:** Counsel met and conferred in the jury room from 9:00 AM to 1:30 PM.

**CASE CONTINUED TO:**

**Order to be prepared by:**
 [ ] Plaintiff         [ ] Defendant          [ ] Court