Ann McFarland Draper (SBN 065669)
courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel: (415) 989-5620

Attorneys for Defendants and Cross/Counter
Claimants Dan Rasure, TheShop dot Build LLC,
and TheShop dot Build San Fran LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>DAN RASURE, et al,<br>                Defendants. | Case No. 4:18-cv-01044-HSG-JCS<br><br>**ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE TIME FOR PRODUCTION**<br><br><u>**No Hearing Required**</u> |
| DAN RASURE, et al,<br>                Cross-Complainants,<br>   vs.<br><br>TECHSHOP, INC., et al,<br>                Cross-defendants. | |

Pursuant to Northern District Civil Local Rules 6-3, 7-11 and 16-2(d), Defendants and Cross/Counter-Claimants Dan Rasure, TheShop dot Build LLC, and TheShop dot Build San Fran LLC (collectively "Movants"), hereby move for an Order to modifying the Court's discovery ruling of September 13, 2018 (Docket No. 58) to enlarge the time for Movants to complete the specified discovery productions.

The motion is made on the ground that good cause exists for the requested relief in that the production involves retrieving a large amount of electronically-stored material, the computer technician (outside vendor) has not yet provided all the requested materials and reports that he has encountered some technical issues in gathering the, and counsel needs time to complete her

_Techshop, Inc., v Dan Rasure, et al_ (4:18-cv-01044-HSG)
ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE
TIME FOR PRODUCTION

- 1

1  privilege review and compilation of the privilege log.

2

3      The original Plaintiff, TechShop, Inc., filed this action on January 26, 2018 for federal

4  trademark infringement.  On February 26, 2018, Plaintiff filed a Chapter 7 bankruptcy case.  Doris

5  A. Kaelin has been appointed Trustee in the Chapter 7 case.

6      Counsel for the parties met and conferred in person for nearly 4½ hours on September 13,

7  2018, at the conclusion of which the Court conducted a hearing and resolved the disputed

8  discovery issues.  (See Docket No. 58, Minutes.)  Defendants are unable to complete their

9  productions by the September 21, 2018 deadline.  The status is as follows:

10          ♦   Protective Order.  The parties stipulated to a Protective Order and the

11      Stipulated Protective Order was efiled on September 21, 2018 and was emailed to

12      the JCSPO email address.   (See Docket No. 60.)

13          ♦   Random Sample of Customers.  Defendants will produce the random

14      sample with identification information of 10% of Defendants' customers

15      (members).  This involves coordinating two consultants, which is scheduled for

16      Saturday, September 22.  Counsel for Defendants expects to be able to provide this

17      information over the weekend or on Monday, September 24.

18          ♦   Business Projections.  This information is in the possession of the CFO,

19      who is not engaged full time for Defendants.  Counsel for Defendants is informed

20      that the CFO may not be available until Monday, September 24, 2018, but counsel

21      expects to be able to provide those business projections that have already been

22      created on Monday, September 24.  Defendants will supplement their production to

23      provide any additional business projections created in September.

24          ♦   Production of Other Documents and Privilege Log.  Defendants were to

25      produce the other items that the parties have agreed upon by September 21, but are

26      not able to complete the production due to the volume of information and the time

27      required for privilege review and to classify those documents that are confidential

28

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE
TIME FOR PRODUCTION

- 2

or attorneys eyes only.

♦ Defendants have already produced images and screenshots from Mr. Rasure's cell phone.

♦ The outside vendor extracted over 9,100 emails responsive the discovery requests, and counsel is nearly finished with her review for privilege and sensitivity classification, and is in the process of compiling the privilege log. Defendants expect to produce the emails over the weekend or on Monday, September 24, together with the Privilege Log for the emails.

♦ The outside vendor gathered over 50,000 SMS text messages, which are still being reviewed to determine which of these are responsive to the discovery requests and which of those are privileged and/or confidential.  Defendants expect to produce about half of the SMS messages on Monday, September 24, 2018, and the remainder on Wednesday, September 26, together with the Privilege Log for the SMS messages.

♦ Defendants expect the outside vendor to deliver the individual chat messages from the FaceBook messenger platform by Tuesday, September 25.  Counsel for Defendant estimates it will take 2 to 5 days for counsel to review and classify the chats and create a Privilege Log.

♦ Counsel for Defendants is informed that there are other chats in FaceBook Groups which are time-consuming to extract, and counsel does not have a timeline on when the vendor might be able to provide these or the cost involved.

♦ Income and expense records are in the possession of the CFO, who is not engaged full time for Defendants.  Counsel for Defendants is informed that the CFO may not be available until Monday, September 24, 2018, but counsel expects to be able to provide this information on or before Monday, September 24.

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE
TIME FOR PRODUCTION

- 3

1    ♦   Counsel for Defendants communicated with the former employee regarding

2    his willingness to produce emails that he may have sent or received from his

3    personal email account which fall within the request categories in Plaintiff's

4    request for production of documents.  The former employee has agreed to

5    cooperate and counsel for Defendants reported this to counsel for Plaintiff last

6    Tuesday.  Counsel for Defendants has arranged for a vendor to assist the former

7    employee in gathering responsive emails, but it is not clear when the information

8    will be provided.

9

10    Accordingly, Movant respectfully requests that this Court extend the September 21, 2018

11    deadline to Tuesday, September 25, as set forth hereinabove.

12

13    DATED:  September 25, 2018

14                                          Respectfully Submitted,
                                            DRAPER LAW OFFICES
15

16                                          By_____ /s/ Ann McFarland Draper_____

17                                              Ann McFarland Draper
                                            Attorneys for Defendants and Cross/Counter
18                                          Claimants Dan Rasure, TheShop dot Build LLC,
                                            and TheShop dot Build San Fran LLC

19

20

21

22

23

24

25

26

27

28
_____
*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)                                     - 4
ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE
TIME FOR PRODUCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Ann McFarland Draper, hereby declare and certify as follows:

1.      I am an attorney at law over the age of eighteen (18) years and not a party to this action.  My business address is 75 Broadway, Suite 202, San Francisco, CA  94111.

2.      On September 21, 2018, I electronically served true and correct copies of the foregoing document *ADMINISTRATIVE MOTION TO MODIFY DISCOVERY RULING TO ENLARGE TIME FOR PRODUCTION*

☑ by electronically filing said document with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document via the Court's NEF system to the following persons, each of whom is deemed to have consented by electronic service by NEF:

James C. Pistorino             james@dparrishlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 21st day of September, 2018, at San Rafael, State of California.

_____*/s/ Ann McFarland Draper*_____

Ann McFarland Draper