# EXHIBIT B

# Defendants' Privilege Log

*TechShop, Inc. v Rasure, et al* (CAND 4:18-01044-HSG-JCS)

## Documents Described By Category Rather Than Individually

| Category# | Date Range | DocType | Sender/Recipient/Copyee | Category Description | Privilege Justification | #Docs W/Held |
|---|---|---|---|---|---|---|
| 1 | 11/14/2017 – 9/6/2018 | SMS PDF | **Spouses: Dan Rasure; Megan Drew Weislander Rasure** | Confidential private SMS text messages sent back and forth solely between husband and wife during the time when they were validly married, which the spouses intended to be private and which were in fact kept private. The subject matters and purposes of these SMS text messages are also private. Each of the spouses is a holder of the privilege and neither of them has waived the privilege for marital communications. | Marital communication | Message count not available (2251 pages if printed) |
| 2 | 12/6/2017 – 8/27/2018 | Email PDF | **Spouses: Dan Rasure; Megan Drew Weislander Rasure** | Confidential private emails sent back and forth solely between husband and wife during the time when they were validly married, which the spouses intended to be private and which were in fact kept private. The subject matters and purposes of these emails are also private. Each of the spouses is a holder of the privilege and neither of them has waived the privilege for marital communications. | Marital communication | 104 emails |
| 3 | 11/14/2017 – 9/27/2018 | FaceBook messenger PDF | **Spouses: Dan Rasure; Megan Drew Weislander Rasure** | Confidential private messages on the FaceBook Messenger platform, sent back and forth solely between husband and wife during the time when they were validly married, which the spouses intended to be private and which were in fact kept private. The subject matters and purposes of these messages are also private. Each of the spouses is a holder of the privilege and neither of them has waived the privilege for marital communications. | Marital communication | Message count not available |

## Defendants' Privilege Log
*TechShop, Inc. v Rasure, et al* (CAND 4:18-01044-HSG-JCS)

| Category# | Date Range | DocType | Sender/Recipient/Copyee | Category Description | Privilege Justification | #Docs W/Held |
|---|---|---|---|---|---|---|
| 4 | 11/19/2017 – 2/16/2018 | Email PDF | **Attorneys:** J.P. Deveny; S.Isaacson; S.Allison; **Client:** Dan Rasure; Megan Drew Weislander Rasure | Confidential communications with outside counsel providing, requesting or reflecting legal advice regarding acquisition of assets of TechShop, Inc. and/or its subsidiary LLCs, due diligence, agreement negotiations and documentation, financing negotiations, and negotiations with TechShop stakeholders (including Autodesk) | Attorney client communication; attorney work product | 70 emails (including next category) |
| 5 | 1/4/2018 – 2/27/2018 | Email PDF | **Attorneys:** J.P. Deveny; **Client:** Dan Rasure; Megan Drew Weislander Rasure | Confidential communications with outside counsel providing, requesting or reflecting legal advice regarding leasing and operation of makerspace facility in San Francisco, including due diligence, lease negotiation and documentation, and financing negotiation and documentation | Attorney client communication; attorney work product | 70 emails (including above category) |
| 6 | 2/24/2018 – 9/27/2018 | Email PDF | **Attorneys:** J.P. Deveny; **Client:** Dan Rasure; Megan Drew Weislander Rasure | Confidential communications with outside counsel providing, requesting or reflecting legal advice regarding pending litigation | Attorney client communication; attorney work product | 8 emails |
| 7 | 8/14/2018 – 9/27/2018 | Email PDF | **Attorneys:** Ann Draper; **Client:** Dan Rasure; **Qualified Third Parties:** Joshua Carpoff (Vendor); Dustin Blake (Third Party IT Manager) | Communications between counsel and consultants providing, requesting or reflecting electronically stored information pertinent to this litigation and the gathering and analysis thereof. | Attorney client communication; attorney work product | 97 emails |

# Defendants' Privilege Log

*TechShop, Inc. v Rasure, et al* (CAND 4:18-01044-HSG-JCS)

### Documents Described Individually

| Bates # Range | Date | DocType | Sender/Recipient/Copyee | Category Description | Privilege Justification | #Docs W/Held |
|---|---|---|---|---|---|---|
| DR009770 – DR009956 | 12/15/2017 | Email PDF | **Sender:** Josh Ewing (Autodesk); **Recipient:** Dan Rasure | 15 documents provided by AutoDesk pursuant to an NDA signed by Recipient. Plaintiff is a party to these agreements and already has the documents protected by the NDA | Privacy; NDA agreement | 1 email with 15 attachments (total of 187 pages) |
| | | | | | | |
| | | | | | | |

**This Privilege Log relates to documents that have been produced, and will be updated at the time of each supplemental productions.**