# EXHIBIT C

Case 4:18-cv-01044-HSG   Document 72-3   Filed 10/08/18   Page 2 of 2





