**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTE ORDER**</u>

| Case No.: 18-cv-01044-HSG | Case Name: TechShop, Inc. v. Rasure | |
|---|---|---|
| **Chief Magistrate Judge:**<br>**JOSEPH C. SPERO** | **Date**: October 12, 2018 | **Time:** 21 minutes |

**Attorney for Plaintiff:** James Pistorino
**Attorney for Defendant:** Ann Draper

**Deputy Clerk:** Theresa Hoang          **Court Reporter:** <u>FTR 3:16-3:37</u>

<u>**PROCEEDINGS**</u>

1. Discovery Hearing - Held

<u>**SUMMARY**</u>

Motion for sanctions is granted in part and denied in part. The Court awards to the Plaintiff attorney's fees and costs incurred by the Plaintiff in preparing the motion to compel filed on 9/4/2018 and incurred since that date with respect to this discovery dispute through today. All pending productions of documents pursuant to the Court's previous order shall be completed without fail by the Defendants on or before 10/22/2018.