Ann McFarland Draper (SBN 065669)
courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel: (415) 989-5620

Attorneys for Defendants and Cross/Counter Claimants Dan Rasure, TheShop dot Build LLC, and TheShop dot Build San Fran LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation,<br>　　　　　　Plaintiff,<br>　vs.<br>DAN RASURE, et al,<br>　　　　　　Defendants.<br><br>DAN RASURE, et al,<br>　　　　　　Cross-Complainants,<br>　vs.<br>TECHSHOP, INC., et al,<br>　　　　　　Cross-defendants. | **Case No. 4:18-cv-01044-HSG-JCS**<br><br>**Case Management Conference**<br><br>Date & Time:　October 23, 2018 at 2:00 p.m.<br><br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Location:　　Courtroom 2, 4th Floor<br>　　　　　　1301 Clay Street<br>　　　　　　Oakland, CA 94612<br><br>Trial Date:　　June 3, 2019<br>Action Filed:　January 16, 2018 |

**SHORT REPLY BRIEF RE ADMNISTRATIVE MOTION TO ADJUST CASE SCHEDULE**

---
*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
SHORT REPLY BRIEF RE ADMNISTRATIVE MOTION TO ADJUST CASE SCHEDULE

Although replies are not common for administrative motions, this short reply is submitted by Defendants and Cross/ Counter-Claimants Dan Rasure, TheShop dot Build LLC, and TheShop dot Build San Fran LLC (collectively "Defendants" or "Movants") to address new matter.

1.  Plaintiff incorrectly suggests that Movants unilaterally caused the time crunch leading to the motion to modify the Case Schedule. Movants note that it was Plaintiff's resistance to amending their own complaint to add Ms. Kaelin – who was the real party in interest – that pushed the Case Schedule. Although cross-complaints are normally not filed until the answer is filed, here Movants filed their cross-complaint on July 26 – a full month <u>before</u> their answer came due.

2.  Movants believe that this Court will ultimately deny Plaintiff's pre-answer motion to dismiss the cross-complaint. The problem, however, is that while that motion is pending, Plaintiff has not answered and as a result Movants do not know what allegations Plaintiff will deny and what affirmative defenses Plaintiff will assert. Movants have their own facts in hand, but cannot complete their discovery or trial preparation on the cross-complaint without the opportunity to conduct discovery on Plaintiff's denials and defenses. This is completely independent of Movants' actions and decisions regarding the individual cross-defendants (Newton and Woods).

3.  Mr. Rasure's family suffered medical emergencies at the end of June and again in early October that have adversely impacted the already tight discovery schedule set by the Court.

   A.  On June 26, Mr. Rasure's pregnant wife suffered a stroke, necessitating that she be transported by air ambulance from Western Kansas (where the Rasures live) to Denver (which has top tier neonatal hospital facilities). Mr. Rasure, who was in California, left immediately for the hospital in Denver. The following day (June 27), Mrs. Rasure delivered their third child (a boy), who was born 6 weeks premature with serious respiratory complications; the infant is now 16 weeks and still not able to breath on his own. Mr. Rasure was unavailable to counsel for at least 3 weeks.

   B.  On October 8, 2018, Mrs. Rasure was seriously injured in an automobile

---

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
SHORT REPLY BRIEF RE ADMNISTRATIVE MOTION TO ADJUST CASE SCHEDULE - 1

accident caused by the other vehicle failing to yield at a stop sign.  Mrs. Rasure suffered a broken hip, had hip surgery two days later, and is restricted to bed for the next 8 weeks or more.  The Rasures' 5-year old son and 17 month old daughter were also in the car and suffered minor injuries.

4. All discovery matters have been referred to Chief Magistrate Judge Joseph C. Spero.  There have been two hearings since the reference was made: one on September 13 and one on October 12.  Magistrate Judge Spero is well aware of the overwhelming volume of discovery documents in this case.  At the conclusion of the October 12 hearing, after ruling and in response to a question from counsel for Plaintiff, Magistrate Judge Spero identified on the record reasons why he found that Plaintiff has not been prejudiced by the progress of discovery in this case.

5. Movants anticipate that there may be additional discovery disputes in this case, which would be another reason to modify the Case Schedule.

Accordingly, for the reasons set forth above, Movants respectfully request that this Court grant this administrative motion, and issue a new Scheduling Order as prayed.

DATED:  October 15, 2018                                    Respectfully Submitted,

                                                            DRAPER LAW OFFICES


                                                            By          /s/ Ann McFarland Draper
                                                                    Ann McFarland Draper
                                                            Attorneys for Defendants and Cross/Counter
                                                            Claimants Dan Rasure, TheShop dot Build LLC,
                                                            and TheShop dot Build San Fran LLC

**CERTIFICATE OF SERVICE**

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am an attorney at law over the age of eighteen (18) years and not a party to this action. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On October 15, 2018, I electronically served true and correct copies of the foregoing document *SHORT REPLY BRIEF RE ADMNISTRATIVE MOTION TO ADJUST CASE SCHEDULE*

☒ by electronically filing said document with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document via the Court's NEF system to the following persons, each of whom is deemed to have consented by electronic service by NEF:

James C. Pistorino          james@dparrishlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 15th day of October, 2018, at San Rafael, State of California.

*/s/ Ann McFarland Draper*
Ann McFarland Draper

---

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)
SHORT REPLY BRIEF RE ADMNISTRATIVE MOTION TO ADJUST CASE SCHEDULE      - 3 -