Ann McFarland Draper (SBN 065669)
courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel: (415) 989-5620

Attorneys for Cross/Counter Claimants
Dan Rasure, TheShop dot Build LLC,
and TheShop dot Build San Fran LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation,<br>　　　　　　　　Plaintiff,<br>vs.<br>DAN RASURE, et al,<br>　　　　　　　　Defendants.<br><br>DAN RASURE, et al,<br>　　　　　　　　Cross-Complainants,<br>vs.<br>TECHSHOP, INC., et al,<br>　　　　　　　　Cross-defendants. | **Case No. 4:18-cv-01044-HSG-JCS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CROSS-COMPLAINT AS TO CROSS-DEFENDANT JAMES NEWTON ONLY**<br><br>**No Hearing Required** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, Cross/Counter-Claimants Dan Rasure, TheShop dot Build LLC, and TheShop dot Build San Fran LLC (collectively "Cross/Counter-Claimants") voluntarily dismiss the above-captioned cross-complaint without prejudice as to Cross-Defendant James Newton only.

In support of the within voluntary dismissal, Cross/Counter-Claimants represent and state: (1) that no responsive pleading has been served by the dismissed cross-defendant (James Newton) who is the subject of this dismissal; and (2) that the within voluntary dismissal terminates the entire action as to James Newton, even though the cross-complaint continues against others.

---

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)

NOTICE OF VOLUNTARY DISMISSAL OF CROSS-COMPLAINT AS TO CROSS-DEFENDANT JAMES NEWTON ONLY

- 1

Cross/Counter-Claimants further state that this dismissal is made for reasons of economics and is neither intended, nor should it be construed, as an admission regarding the merits of the cross-complaint filed herein under Docket No. 42.

DATED: November 2, 2018

                                        Respectfully Submitted,
                                        DRAPER LAW OFFICES

                                        By  */s/ Ann McFarland Draper*

                                          Ann McFarland Draper
                                        Attorneys for Cross/Counter Claimants Dan Rasure,
                                        TheShop dot Build LLC, and TheShop dot Build San
                                        Fran LLC

# CERTIFICATE OF SERVICE

I, Ann McFarland Draper, hereby declare and certify as follows:

1. I am an attorney at law over the age of eighteen (18) years and not a party to this action. My business address is 75 Broadway, Suite 202, San Francisco, CA 94111.

2. On November 2, 2018, I electronically served true and correct copies of the foregoing document *NOTICE OF VOLUNTARY DISMISSAL OF CROSS-COMPLAINT AS TO CROSS-DEFENDANT JAMES NEWTON ONLY*

☒ by electronically filing said document with the Clerk of the Court using the CM/ECF system and transmission of the Notice of Electronic Filing for such document via the Court's NEF system to the following persons, each of whom is deemed to have consented by electronic service by NEF:

James C. Pistorino          james@dparrishlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 2nd day of November, 2018, at San Rafael, State of California.

*/s/ Ann McFarland Draper*
Ann McFarland Draper

---

*Techshop, Inc., v Dan Rasure, et al* (4:18-cv-01044-HSG)

NOTICE OF VOLUNTARY DISMISSAL OF CROSS-COMPLAINT AS TO CROSS-DEFENDANT JAMES NEWTON ONLY

- 3