# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 28, 2018　　**Time:** 6 hours, 30 minutes　　**Judge:** JOSEPH C. SPERO

**Case No.**: 18-cv-01044-HSG　　**Case Name:** TechShop, Inc. v. Rasure

**Attorney for Plaintiff:** James Pistorino
**Client Representatives**: Gregg Kleiner; Doris Kaelin
**Attorney for Defendant:** Ann Draper
**Client Representative**: Dan Rasure

**Deputy Clerk:** Melinda K. Lozenski　　**Court Reporter:** Not reported

## PROCEEDINGS

Settlement Conference - held.

## SUMMARY

Case did not settle.