Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
**Draper Law Offices**
75 Broadway, Suite 202
San Francisco, California 94111
Tel: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>DAN RASURE, et al.,<br><br>             Defendants.<br><br>And Related Cross- and Counter-action | CASE NO. 4:18-CV-01044-HSG<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants and Cross-complainants Dan Rasure, TheShop Dot Build, LLC (formerly known as and sued herein under the name TechShop 2.0 LLC), and TheShop Dot Build San Fran, LLC (formerly known as and sued herein under the name TechShop 2.0 San Francisco LLC), through counsel, hereby associates Kevin P.B. Johnson, Ed DeFranco, and Andrea Pallios Roberts, of Quinn Emanuel Urquhart & Sullivan, LLP as co-counsel of record in the above proceeding.  The names, addresses and telephone numbers of associating counsel appear below:

>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>Kevin P.B. Johnson (Bar No. 177129)
>kevinjohnson@quinnemanuel.com
>Andrea Pallios Roberts (Bar No. 228128)
>andreaproberts@quinnemanuel.com
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, California 94065-2139
>Telephone:     (650) 801-5000
>
>Ed DeFranco (Bar No. 165596)
>eddefranco@quinnemanuel.com
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone:     (212) 849-7000
>Facsimile:      (212) 849-7100

All papers to be served in this matter should be served on Kevin P.B. Johnson, Ed DeFranco, and Andrea Pallios Roberts **in addition to** being served on Ann Draper noted in the caption above.

DATED:  January 14, 2019

>By     /s/ Ann M. Draper
>Ann. M. Draper
>Draper Law Offices

1 | The undersigned associated counsel consent to the above substitution in this matter.

2 | DATED: January 14, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _/s/ Andrea Pallios Roberts_
Kevin P.B. Johnson
Ed DeFranco
Andrea Pallios Roberts
Attorneys for Defendants