1  Ann McFarland Draper (Bar No. 065669)
   courts@draperlaw.net
2  **Draper Law Offices**
   75 Broadway, Suite 202
3  San Francisco, California 94111
   Tel: (415) 989-5620
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Andrea Pallios Roberts (Bar No. 228128)
   andreaproberts@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   Ed DeFranco (Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, NY 10010
   Telephone:     (212) 849-7000
12 Facsimile:     (212) 849-7100

13 Attorneys for Defendants

14
                   UNITED STATES DISTRICT COURT
15
          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
16

17
   | TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., a California corporation, | CASE NO. 4:18-CV-01044-HSG |
   |---|---|
   | Plaintiff, | **NOTICE OF APPEARANCE OF KEVIN P.B. JOHNSON** |
   | vs. | |
   | DAN RASURE, et al., | |
   | Defendants. | |
   | And Related Cross- and Counter-action | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kevin P.B. Johnson, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Dan Rasure, TheShop Dot Build, LLC (formerly known as and sued herein under the name TechShop 2.0 LLC), and TheShop Dot Build San Fran, LLC (formerly known as and sued herein under the name TechShop 2.0 San Francisco LLC) in the above-captioned matter.

> Kevin P.B. Johnson (Bar No. 177129)
> kevinjohnson@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan LLP
> 555 Twin Dolphin Dr., 5th Floor
> Redwood Shores, California 94065
> Telephone: (650) 801-5000
> Facsimile:  (650) 801-5100

DATED:  January 15, 2019         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Kevin P.B. Johnson*
   Kevin P.B. Johnson
   Ed DeFranco
   Andrea Pallios Roberts
   Attorneys for Defendants