Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **DEFENDANTS' AND COUNTERCLAIMANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *DAUBERT* MOTION** <br><br> Hearing Date: June 20, 2019, 2:00 pm <br> Pretrial Conference: April 30, 2019, 3:00 p.m. <br> Trial: June 3, 2019, 8:00 a.m. <br> Judge: Hon. Haywood S. Gilliam Jr. |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2019, at 2:00 p.m. before the Honorable Haywood S. Gilliam Jr. of the United States District Court for the Northern District of California, Defendants and Counterclaimants ("Defendants") will move the Court, pursuant Civil Local Rule 7-11 of the Northern District of California and ¶ 24 of the Court's Civil Pretrial and Trial Standing Order, for leave to file a *Daubert* Motion precluding Plaintiff's economic expert Eric Matolo, Ph.D. from testifying at the upcoming jury trial on the subjects identified below. This motion is made on the grounds that: (1) Dr. Matolo's opinions improperly contain statements of the law and his inadmissible legal conclusions; (2) Dr. Matolo's opinions regarding Defendants' alleged profits do not meet the *Daubert* standard; (3) Dr. Matolo's testimony regarding Plaintiff's foreign licenses and his opinion based thereon regarding alleged lost licensing revenue for its U.S. "TECHSHOP" marks do not meet the *Daubert* standard; and (4) Dr. Matolo's opinions regarding Defendants' alleged profits and foreign licenses should be precluded under Fed. R. Evid. 403.

This motion for leave is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, and the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion for Leave to File *Daubert* Motion, which attaches Defendants' proposed *Daubert* Motion and supporting papers, the pleadings and other papers on file in this action, and such additional evidence as may be presented at or before the hearing.

| | |
|---|---|
| 1 | DATED:  March 21, 2019 |
| 2 | |
| 3 | |
| 4 | By    /s/ *Andrea Pallios Roberts*<br>Ann McFarland Draper (Bar No. 065669)<br>courts@draperlaw.net |
| 5 | Draper Law Offices<br>75 Broadway, Suite 202 |
| 6 | San Francisco, California 94111<br>Telephone: (415) 989-5620 |
| 7 | |
| 8 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 9 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 10 | Andrea Pallios Roberts (Bar No. 228128)<br>andreaproberts@quinnemanuel.com |
| 11 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139 |
| 12 | Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100 |
| 13 | Ed DeFranco (Bar No. 165596) |
| 14 | eddefranco@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 15 | New York, NY 10010<br>Telephone:     (212) 849-7000 |
| 16 | Facsimile:      (212) 849-7100 |
| 17 | John E. Nathan (P*ro Hac Vice*)<br>jnathan155@yahoo.com |
| 18 | John E. Nathan LLC<br>1175 Park Avenue |
| 19 | New York, NY 10128<br>Telephone:     (917) 960-1667 |
| 20 | Attorneys for Defendants and Counterclaimants |

-3-   Case No. 4:118-CV-01044-HSG (JCS)
DEFENDANTS' AND COUNTERCLAIMANTS' NOTICE OF MOTION AND MOTION
FOR LEAVE TO FILE *DAUBERT* MOTION

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Civil Local Rule 7-11 of the Northern District of California and ¶ 24 of the Court's Civil Pretrial and Trial Standing Order, Defendants and Counterclaimants ("Defendants") hereby request leave to file the accompanying *Daubert* Motion precluding Plaintiff's economic expert Eric Matolo, Ph.D. from testifying at the upcoming jury trial on the subjects identified below. A proposed Order is submitted herewith.

## II. STATUS OF CASE

Fact and expert discovery are closed. Neither party has filed a summary judgment motion. Trial is set for June 3, 2019.

## III. REQUESTED RELIEF

As set forth in detail in Defendants' *Daubert* Motion filed herewith and the accompanying Declaration of Andrea Pallios Roberts, Defendants request that the Court grant permission to file the *Daubert* Motion to preclude Plaintiff's economic expert Dr. Eric Matolo from testifying at the jury trial on the following subjects:

1. Dr. Matolo's statements of the law and his inadmissible legal conclusions.
2. Defendants' alleged profits.
3. Plaintiff's foreign licenses and Dr. Matolo's opinion based thereon regarding alleged lost licensing revenue for its U.S. "TECHSHOP" marks.

*First*, Dr. Matolo's Rule 26 report contains inadmissible statements about the law, including trademark law and damages. He should not be permitted to explain that law to the jury, as it is the exclusive province of the Court to instruct the jury on the law. *Second*, Dr. Matolo opines on the amount of damages based on Defendants' purported profits. His opinions are not helpful to the trier of fact because he is incorrect on the facts and the law. As to the facts, a defendant is only liable for infringement for use of the mark, but Dr. Matolo relies on purported profits that do not stem from use of the mark. As to the law, in the Ninth Circuit, a defendant's profits cannot be recovered unless there is a showing of willful infringement, and there can be no

such showing here because the entire time Defendants used the "TechShop 2.0" name, they did so with Plaintiff's authorization.  *Third,* Dr. Matolo opines that Plaintiff suffered hypothetical lost licensing revenue and bases that opinion on Plaintiff's agreements with foreign entities.  This opinion is also not helpful to the trier of fact because the foreign agreements are not probative of the value of the U.S. marks because they were entered into years before the relevant time period, and covered much more than a trademark license.  *Finally*, Dr. Matolo's opinions regarding Defendants' alleged profits and the foreign licenses should be precluded under Fed. R. Evid. 403 because their probative value is greatly outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time.

　　　　This requested relief is justified because, under ¶ 24 of the Court's Civil Pretrial and Trial Standing Order, *Daubert* challenges require the Court's "specifically granted prior approval." The specific grounds for the *Daubert* challenge against Dr. Matolo are set forth in in detail in Defendants' proposed *Daubert* Motion.  Good cause exists to grant leave for Defendants to file the proposed *Daubert* Motion because it will be more efficient for the Court to be able to hear the expert challenges well in advance of the jury trial, both for trial planning and management purposes, and to avoid potential disruption and delay when expert challenges are made when the expert is called at trial.

　　　　Counsel for Defendants and Plaintiff met and conferred regarding the substance of Defendants' *Daubert* challenge to Dr. Matolo's testimony, and were unable to reach agreement regarding admissibility.

DATED:  March 21, 2019

By     /s/ Andrea Pallios Roberts
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants