Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE *DAUBERT* MOTION** <br><br> Pretrial Conference: April 30, 2019, 3:00 p.m. <br> Trial: June 3, 2019, 8:00 a.m. |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Pursuant to Civil Local Rule 7-11 of the Northern District of California and ¶ 24 of the Court's Civil Pretrial and Trial Standing Order, I make this Declaration in support of Defendants' Motion for Leave to File *Daubert* Motion ("Motion").

3. On March 14, 2019, I provided notice to Plaintiff's counsel of Defendants' intention to seek leave to file a *Daubert* motion against Plaintiff's economic expert, Dr. Eric Matolo, and the grounds for such motion. I asked Plaintiff's counsel whether Plaintiff would stipulate to this motion.

4. I met and conferred with Plaintiff's counsel on March 15, 2019, regarding the substance of the proposed *Daubert* challenge. Plaintiff's counsel indicated that Plaintiff would oppose the motion, and he stipulated to Defendants seeking leave to file a *Daubert* motion against Dr. Matolo.

5. The parties executed and filed a stipulation reflecting their agreement. (Dkt. 106.)

6. The proposed *Daubert* motion papers are attached hereto as Exhibits to this Declaration. Exhibit 1 is Defendants' proposed *Daubert* Motion to Preclude Plaintiff's Economic Expert Dr. Eric Matolo From Testifying at Trial on Three Subjects. Exhibit 2 is the Declaration of Andrea Pallios Roberts and exhibits thereto in support thereof. Exhibit 3 is a proposed order granting Defendants' *Daubert* Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March 2019, at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts