# EXHIBIT 2

Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION**<br><br>Pretrial Conference: April 30, 2019, 3:00 p.m.<br>Trial: June 3, 2019, 8:00 a.m. |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Eric Matolo, Ph.D., dated November 19, 2018.

3. Attached as Exhibit B is a true and correct copy of an article by Dan Woods, *TechShop Closes Doors, Filed Bankruptcy,* Makerzine (Nov. 15, 2017), available at https://makezine.com/2017/11/15/techshop-closes-doors-files-bankruptcy/.

4. Attached as Exhibit C is a true and correct copy of a document titled Summary of Principal Transaction Terms between TechShop 2.0 LLC and TechShop, Inc., which Plaintiff produced in this litigation bearing document control numbers TS000194-95.

5. Attached as Exhibit D is a true and correct copy of an email dated January 31, 2018 from Daniel Woods (then CEO of TechShop, Inc.) to Ryan Lloyd (of the Williamson County, Texas Sheriff's Office), authorizing "Dan Rasure, representing TechShop 2.0 LLC (no affiliation with TechShop, Inc.)" to pay past due taxes of Plaintiff's Texas subsidiary, which Defendants produced in this litigation bearing document control numbers DR013252-53.

6. Attached as Exhibit E is a true and correct copy of excerpts of Plaintiff's Voluntary Petition under Chapter 7 filed on February 26, 2018 in the United States Bankruptcy Court for the Northern District of California, Case No. 18-50398.

7. Attached as Exhibit F is a true and correct copy of the cited excerpts of the deposition of Dr. Eric Matolo taken in this litigation on December 17, 2018.

8. Attached as Exhibit G is a true and correct copy of a document titled Partnership Agreement, dated September 7, 2015, between TechShop Global Ltd. (Ireland), TechShop, Inc. (California), and Fujitsu Limited (Japan), and produced by Plaintiff in this litigation bearing document control numbers TS000135-143. This document was signed on behalf of TechShop, Inc. by its then CEO, Mark Hatch, and on behalf of TechShop Global Ltd. by its CEO, Paul

1  Duggan.

2  9. Attached as Exhibit H is a true and correct copy of a document titled Abu Dhabi
3  Technology Development Committee and TechShop Global Limited Set Up Agreement, dated
4  December 10, 2014, and a document titled Abu Dhabi Technology Development Committee and
5  TechShop Global Limited Operations Agreement, dated December 10, 2015, both produced by
6  Plaintiff in this litigation bearing document control numbers TS000066-124. These agreements
7  were signed on behalf of TechShop Global Ltd. by Mr. Duggan.

8  10. Attached as Exhibit I is a true and correct copy of a document titled License and
9  Assistance Agreement between TechShop Global Ltd., TechShop Inc., Groupe ADEO, and Leroy
10 Merlin France, dated December 15, 2014, and produced by Plaintiff in this litigation bearing
11 document control numbers TS000007-25. The document was signed on behalf of TechShop
12 Global Ltd. and TechShop, Inc. by Mr. Duggan and Mr. Hatch, respectively.

13 11. Attached as Exhibit J is a true and correct copy of an article *TechShop 2.0 is now*
14 *TheShop.build ? @techshop #techsop #techsop20 @ChronicleBenny @sfchronicle (updated)*,
15 AdaFruit (Feb. 17, 2018), available at https://blog.adafruit.com/2018/02/17/techshop-2-0-is-now-
16 theshop-build-techshop-techshop-techshop20-chroniclebenny-sfchronicle/.

17 12. Attached as Exhibit K is a true and correct copy of a document entitled TechShop, Inc.
18 Notice of Liquidation Event, dated December 1, 2017, with Exhibit A entitled Material Terms
19 and Conditions of Pending Transaction and Exhibit B entitled Second Amended and Restated
20 Articles of Incorporation, Article III, Section B.2, which document is available at https://cdn-
21 blog.adafruit.com/uploads/2017/12/techshop.pdf).

22 13. Attached as Exhibit L is a true and correct copy of a document Defendants produced in
23 this litigation bearing document control number DR001004.

24 14. Attached as Exhibit M is a true and correct copy of the web version of a Facebook post
25 dated November 15, 2017 by Plaintiff TechShop Inc. on the "TechShop Incorporated" Facebook
26 page, announcing that TechShop Inc. and its US locations are closed. The post is available at
27 https://www.facebook.com/pg/techshopinc/posts/.

28 15. Attached as Exhibit N is a true and correct copy of the web version of a Facebook post

1  dated December 1, 2017 by Plaintiff TechShop Inc. on the "TechShop Incorporated" Facebook
2  page, announcing an agreement between TechShop, Inc. and a group called "TechShop 2.0,
3  LLC," which post is available at https://www.facebook.com/pg/techshopinc/posts/.

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

7  Executed this 21st day of March, 2019 at Redwood Shores, California.

9  　　　　　　　　　　　　　　　　　　　　　　　/s/ Andrea Pallios Roberts
10  　　　　　　　　　　　　　　　　　　　　　　　Andrea Pallios Roberts