**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE *DAUBERT* MOTION** |

Defendants and Counterclaimants ("Defendants") filed a Motion for Leave to File a *Daubert* Motion to preclude Plaintiff's economic expert Eric Matolo, Ph.D. from testifying at the upcoming jury trial on the following subjects ("Motion"):

1. Dr. Matolo's statements of the law and his inadmissible legal conclusions.
2. Defendants' alleged profits.
3. Plaintiff's foreign licenses and Dr. Matolo's opinions based thereon regarding alleged lost licensing revenue for its U.S. "TECHSHOP" marks.

The Court has reviewed the papers, and good cause appearing therefor, the Motion is granted.

The Parties shall abide by the following schedule for briefing on Defendants' *Daubert* Motion:

1. Defendants will file the *Daubert* Motion against Eric Matolo, Ph.D. ("Daubert Motion") on or before April 9, 2019;
2. Plaintiff will file its response, if any, to the *Daubert* Motion on or before April 16, 2019; and
3. Defendants will file their reply in support of the *Daubert* Motion (if any), which shall be limited to three pages, on or before April 23, 2019.

**IT IS SO ORDERED.**

Dated: March __, 2019.

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge