James C. Pistorino (SBN 226496)
 james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>DAN RASURE, et al. <br><br>　　　　　Defendants. | Case Number: **4:18-cv-01044-HSG** <br><br> **DECLARATION OF JAMES PISTORINO IN SUPPORT OF MOTION FOR LEAVE TO FILE *DAUBERT* MOTION** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of the TechShop's Motion for Leave to File a *Daubert* Motion.

**Exhibits**

2. The proposed *Daubert* motion is attached hereto as Exhibit 1.

3. Attached as Exhibit A is a true and correct copy of Defendants' Expert Witness Disclosure served on November 19, 2018.

4. Attached as Exhibit B is a true and correct copy of the expert report of Mr. Mark Bunger served on November 19, 2018 (with two appendices).

5. Attached as Exhibit C is a true and correct copy of the rebuttal report of Mr. Mark Bunger served on December 3, 2018.

6. Attached as Exhibit D is a proposed Order granting TechShop's *Daubert* motion.

7. Attached as Exhibit E is a proposed Order granting TechShop's motion for leave to file a *Daubert* motion.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 21st day of March, 2019 at Menlo Park, California.

_____
James Pistorino