# APPENDIX I

**Techshop brand value analysis**                    ✂ innovationlab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation, <br>　　　　　　　Plaintiff, <br>　　vs. <br><br>DAN RASURE, et al, <br><br>　　　　　　　Defendants. | Case No. 4:18-cv-01044-HSG-JCS |
| And Related Cross Action | Action Filed:　　February 26, 2018 <br><br>Trial Date:　　　June 3, 2019 |

Appendix to

Expert Report of Mark Bünger

November 19, 2019

**Techshop brand value analysis: Appendix**

## Overview

This appendix documents and summarizes the most prominent traditional and social media articles and posts driving Techshop brand sentiment in the period of Nov 2017-Nov 2018.

It is not structured or formatted for reading from top to bottom; it only documents the raw text of key sources that the community would use to form an opinion of Techshop. It is generally outlined by source (use Word's Outline feature to browse).

Highlights are made by the analyst, Mark Bünger.

## SF Chronicle

### 2018 Feb 15 TechShop 2.0 opens Monday in San Francisco

https://www.sfchronicle.com/business/article/TechShop-2-0-opens-Monday-in-San-Francisco-12614874.php

The abrupt closure in November of TechShop workshops across the country disrupted the lives of small business owners and do-it-yourself hobbyists who relied on the chain's machinery, from 3-D printers to welding tools.

On Monday, Kansas entrepreneur Dan Rasure plans to reopen the downtown San Francisco workshop as the first step toward rebuilding the chain.

Rasure is CEO of a new company, called TechShop 2.0, that's leased the workshop on Howard Street from the building's landlord, 5M Project LLC, owned by The Chronicle's parent company, Hearst Corp.

Rasure, 35, said he plans to run the company with an eye toward remaining profitable. Part of his business plan includes investing in early stage startups that might use the space and then making a profit if the businesses do well.

"Maker spaces are important; we recognize that," Rasure said Wednesday as he helped clean up the shop. "This is not about shop profitability — this is about helping people accomplishing their goals and their dreams."

First opened in 2006 in Menlo Park, TechShop had about 9,000 members nationwide, including about 1,000 for the San Francisco shop. But it closed its 10 U.S. locations with little prior notice on Nov. 15 and said it might file for Chapter 7 bankruptcy protection.

Dan Woods, who served as TechShop's CEO, could not be reached for comment.

Rasure and one of TechShop's creditors had reached an agreement in December to purchase the company's assets, but that deal fell through. TechShop 2.0 is entirely separate from TechShop.

**Techshop brand value analysis: Appendix**

Rasure said he's had an affinity for the do-it-yourself maker community since he was a young boy, when he would fall asleep in his father's woodworking shop. As marketing and product development director for metal fabrication machine maker Piranha, he also saw TechShop as a way to introduce his company's products to startup entrepreneurs who could not yet afford the tools.

TechShop 2.0 plans to offer those who bought lifetime memberships a rate of $500 in total for the first three years, rising to $750 per year after that. Monthly memberships are also available, for $150 for individuals. Rasure said most, but not all, of the tools will be available when the shop reopens, although the long-range plans are to bring in some newer tools.

The company is also close to a deal to open a new, second location in north San Jose, Rasure said.

Nick Pinkston, CEO of Plethora, a San Francisco company that uses 3-D printing and other high-tech manufacturing, built its first prototypes at TechShop. Pinkston said the closing was "a big loss to the community," but he was glad to learn about TechShop 2.0.

"It was a magical place with great people and already abuzz with activity and interesting stuff," Pinkston said in an email. "They helped a ton of people in the early stages. It was an incubator in all but name."

Ebitenyefa Baralaye of San Francisco, who was an artist-in-residence at TechShop, said he was stunned when the shop closed the day before the opening reception for an exhibit of his sculptures. He had to quickly move his sculptures out.

"If the suddenness of its reopening matches the suddenness of its closure, then I don't mind that at all," he said.

## Techcrunch

### TechShop shuts down all US locations, declares bankruptcy
https://techcrunch.com/2017/11/15/techshop-shuts-down-all-u-s-locations-declares-bankruptcy/

A bit of sad news for the maker community today: TechShop  is shutting down nationwide.

Founded in 2006, TechShop is (or, I guess, was) pretty much heaven for the adventurous do-it-yourself'er. Imagine a big building filled with everything from sewing machines to laser cutters to woodworking equipment to welding rigs. Pay a membership fee, take a few classes to make sure you didn't cut your fingers off or burn the building down, and bam: you had access to it all. Like the shirt above, the general philosophy was "Don't try it at home — try it here!"

Membership was usually around $1,000 a year depending on when you bought in — it certainly wasn't cheap, but it was cheaper than buying any one piece of the bigger equipment yourself. They also handled the maintenance, which, when it comes to many of these massive machines with their piles of proprietary parts, is a money pit in its own right.

TechShop CEO Dan Woods sent out a notice to members, which Makezine has in full. The short version: the business model wasn't working, and they've been broke for a while.

## Techshop brand value analysis: Appendix

The TechShop homepage (heads up: the page is now one big PDF), meanwhile, confirms the news. All locations are closed as of this morning, November 15th. Those looking for membership refunds are instructed to email the trustee handling the bankruptcy process, which seems... not fun.

It's a bummer for all involved, and likely a rather massive shock for the artists, designers and entrepreneurs who considered it home base. In my many visits to TechShop (I've been a member for a few years now) I've met countless people who used the shop's gear for everything from cranking out items for their online storefronts, to making shirts for their bands, to creating stencils for murals that stretch entire blocks in San Francisco. TechShop's sudden shutdown will definitely leave a big hole to fill.

## San Jose Mercury News

https://www.mercurynews.com/2017/01/09/pizarro-new-trouble-for-techshop-san-jose/

The headaches continue for TechShop San Jose. The Bay Area-based maker space pulled off a near miracle last fall by closing a $1 million gap in funding it needed to move its downtown San Jose operation into the old Zanotto's grocery store location on South Second Street.

While it raised the money, TechShop had received an extension on its lease at its current home at 300 S. Second St., which — along with the former McDonald's parcel next door, is slated to be torn down and turned into high-rise student housing. But that deal was only through the end of January, and, as TechShop founder Jim Newton explained in an email to members, TechShop's new home won't be ready until mid-March.

Efforts were made to get an extension through February, Newton said in the email, but the construction plan on the 17-story project, The Graduate, has accelerated. That means TechShop will close its current location Jan. 24 to have time to pack and move equipment into storage. "We are doing everything in our power to accelerate the construction schedule so that members can have access as quickly as possible," Newton said, adding that members won't be charged for the time the San Jose location is closed and will still have access to other TechShop locations.

You get the feeling that when TechShop San Jose has its grand re-opening, everyone's going to be breathing a huge sigh of relief.

## Make Magazine

*The last positive coverage of TechShop in Make Magazine was in 2015, in an article entitled "Shiny New TechShop Opens in Paris".[1] Throughout 2016 and 2017, all coverage of Techshop focused on company struggles such as site closings and managerial shakeups. At the same time, Make did include positive coverage of many other urban makerspaces, such as Futureworks Incubator. Note that TechShop CEO Dan Woods was one of the co-founders of Make: Magazine.*

*TechShop management's repeated statements that the for-profit makerspace business model was "impossible to sustain" both absolves themselves from responsibility from the failure, while poisoning the pond for rivals.*

---

[1] https://makezine.com/2015/10/23/shiny-new-techshop-opens-paris/  For all coverage, see https://makezine.com/?s=techshop

**Techshop brand value analysis: Appendix**

2016 July 18 TechShop Shake-Up: Mark Hatch Resigns as CEO
https://makezine.com/2016/07/18/techshop-shake-up/

Since it opened its doors almost a decade ago, TechShop has become one of the most well-known and widespread makerspaces in the country. Today, Founder and Chairmain Jim Newton made a big announcement about CEO Mark Hatch's resignation. His letter to the TechShop mailing list is attached below; We've reached out to Hatch and will update this post as new information becomes available.

2017 May 31 TechShop Announces New Partner Licensing Model, Closes Pittsburgh Location
https://makezine.com/2017/05/31/techshop-announces-new-partner-licensing-model-closes-pittsburgh-location/

Readers: This is an abbreviated version of a letter from TechShop CEO Dan Woods to members, sent out today. We're republishing it here with his permission.

Today TechShop is making a fundamental change in how we do business by announcing our new partner licensing model. We are seeing a constant and increasing interest and demand from new markets eager to invest in makerspaces to transform their communities and to generate the kind of economic and social impact that TechShop has had in its existing markets.

The licensing and managed services strategy will allow us to co-develop new locations with strategic partners – corporations, universities, municipalities, real estate developers – and rapidly grow a network of stores across the country. Licensing will allow us to be more flexible in how we structure each new location and will enable us to access funds from a wider variety of sources.

While we are announcing this new strategy today, we have been using the model successfully internationally with partner-operated stores in France, Japan, and the United Arab Emirates with many more countries in development. The experience has shown us that this is a highly successful business model and hence, our intention to bring it back home to the US.

We will build on our 11 years of experience to provide a full spectrum of services, including licensing, design, staffing, equipment provisioning, management, and operating solutions to third parties, such as the aforementioned universities, foundations, municipalities, and corporations. We believe this is a smarter way for TechShop to leverage its IP and expertise to meet the accelerating demand for makerspaces around the world.

In the course of developing the new strategy for the business we've taken a long, hard look at the existing stores to see how they will fit into our new model. In evaluating store performance we came to the regrettable conclusion that TechShop Pittsburgh is not a fit, economically speaking.

Despite the support of a small but very active community of makers and hardware startups, TechShop Pittsburgh does not meet its operating expenses. As CEO, **I have the responsibility to get the total enterprise on a firm footing, financially viable, and capable of long-term sustainable operation. And I can't achieve this without making some very difficult decisions.** Closing TechShop Pittsburgh, effective September 1, 2017, is one of them.

## Techshop brand value analysis: Appendix

We have worked hard with our landlord Walnut Capital and Bakery Square to arrange to keep the shop operating through the summer months so as to not impact our very full youth STEAM summer program and to buy as much time as possible for our members to make alternative arrangements.

We realize one or more of Pittsburgh's many foundations, universities, and corporations may step forward to express an interest in becoming a licensee of TechShop Pittsburgh. If this were to happen, we will go the extra mile to ensure business continuity.

We are taking a number of additional steps to get ourselves financially healthy again. A key element is a further reduction by an additional 50% in corporate staffing and right-sizing the staff required to oversee continued improvement of our wholly-owned stores and to deliver outstanding managed services to our clients.

This reorganization of the corporate team will enable us to capitalize on the new opportunities available through this **strategic pivot**. Our lean and responsive team will build on the existing success of our consulting services and the licensing model of TechShop Global. This team boasts a collective 50+ years' experience in design, opening, and running TechShops.

2017 June 13 Maker Pro News: Changes at TechShop
(link to May 31 announcement above)


2017 Nov 15 TechShop Closes Doors, Files Bankruptcy
https://makezine.com/2017/11/15/techshop-closes-doors-files-bankruptcy/

Editor's note: This morning we received word from Dan Woods, CEO of TechShop, that they are shutting down all locations effective immediately.

We've been following the life, good times and troubles, of TechShop for several years. Many members of the community looked toward TechShop as a possible model of running a makerspace as a business. At this point, it is safe to say that this experiment is over. Hopefully we can look back and break down what worked, and what didn't so that we can do what makers do best: learn from the past.

It is with a very sad heart and deep disappointment that I announce that TechShop is shutting down its operations effective November 15 and will file for bankruptcy under Chapter-7. In spite of many months of effort to restructure the company's debt and raise new capital to fund our recently announced strategic pivot, we have depleted our funds. We are left with no other options.

We are closing all of our ten U.S. locations and small corporate group effective 8AM November 15. The TechShop Global locations will not be affected as they are all owned by overseas licensees. We will announce dates and times for members to come in and remove their personal materials and projects as soon as we can coordinate with the bankruptcy Trustee.

I'm not going to spin this. We've been operating on exceedingly low cash balances for quite some time now. Until recently, this meant late payment to instructors and vendors, which none of us liked, but at least we were able to pay everyone, albeit several weeks late, and keep the doors open. As I shared with

## Techshop brand value analysis: Appendix

many of you directly, I wasn't happy operating that way. We were trying to do whatever we could to keep the doors open and remain operational so that we could see the light of the next day and hopefully close on a couple of large licensing deals we had been working on. However, this cannot go on any longer. The current cash conditions — and the toll they are taking on employees, instructors, and members — are entirely unacceptable.

Over the past week we have worked tirelessly to explore options for filing Chapter-11 bankruptcy. This alternative would have allowed us to reorganize and restructure our debt. To file Chapter-11, however, we would need cash to pay an even further reduced workforce, instructors, rent, utilities, insurance, and the like. That is money that we simply do not have. I can no longer ask instructors, employees, and contractors to work when we do not have adequate cash reserves to pay them. Most regrettably, the only viable path forward is filing Chapter-7.

As dark a moment as this is, I also want to acknowledge the enormous impact TechShop has had on our members and their communities over the past ten years.

I first met our Founder, Jim Newton, when I was at Make: Magazine. We were setting up for our very first Maker Faire in 2006. From his small maker table, Jim spent that entire weekend sharing his vision for an open access community makerspace where anyone could build their dreams. By the end of that year Jim opened the very first TechShop location in Menlo Park. It was a scrappy space filled with used equipment and wildly creative makers. It quickly leveraged the ideas, operational know-how, people, and community to bring TechShop to other cities.

The essence of the TechShop vision was to develop a network of makerspaces, members, curriculum, standards, instructors, and learning that would fuel the birth of new technologies, products, jobs, and companies. TechShop has accomplished much of this vision.

We have inspired thousands of youth to view themselves as inventors, problem solvers, creators, and makers. As a veteran myself, I'm proud to say that TechShop also provided membership and training to over three thousand returning veterans. This program enabled veterans to develop skills and experience — preparing them for jobs in advanced manufacturing and helping dozens of vets to launch their own companies.

TechShop employees, investors, and Jim, can hold their heads high in the knowledge that their vision, perseverance, and hard work produces great results. Together, the TechShop community inspired and transformed tens of thousands of people and dozens of neighborhoods; led directly to the creation of thousands of new jobs; and helped generate billions in net worth and new technologies — some of them life-saving.

As we examine our success, we must also examine our failures. A for-profit network of wholly owned makerspaces is impossible to sustain without outside subsidy from cities, companies, and foundations, often in the form of memberships, training grants, and sponsored programs. This kind of funding is readily available to non-profits, and very rarely an option for for-profit enterprises. This is why we announced a pivot — to leverage our know-how, experience, systems, and processes. The goal of TechShop 2.0 was to help non-profits, corporations, and universities launch and operate their own makerspaces. We would get out of the business of owning makerspaces and instead focus on enabling other entities to build and operate makerspaces.

## Techshop brand value analysis: Appendix

In hindsight, we invested too many years and too many dollars trying to prop up the wrong business model. What we accomplished over the past ten years, however, has been nothing less than monumental. I encourage our members, employees, partners, and the entire maker community to take something constructive from TechShop's experience: the world needs makerspaces.

Jim Newton, TechShop employees, members, and investors will go forward with their experience. Many will find a way to collaborate and work together again. The world will be a far better place for TechShop's experience.

I do not mean to trivialize the impact our closure will have on employees, members, or our faithful investors and lenders. If I can ever find a way to reward your loyalty, hard work and commitment to TechShop, I will.


### 2017 Nov 16 Mourning the Loss of TechShop
https://makezine.com/2017/11/16/mourning-the-loss-of-techshop/

Earlier today, I was stunned to hear that TechShop was filing for bankruptcy. My heart goes out to everyone involved and impacted, from visionary founder Jim Newton and his team, to every investor, employee, instructor, member, vendor, and landlord, and the many communities that hosted TechShop locations. Makerspaces inspire us to try working with our hands, collaborating with strangers, solving problems for others. These are humble but incredibly important actions that are fading from much of modern life. I'm sure that everyone involved with TechShop felt the importance of this, passionately, and I hope they carry that passion forward into future successes.

Since January of 2010, when NextFab first opened its doors, I have felt a combination of admiration and envy of TechShop's standing as the first in the "makerspace industry" to reach large scale. According to some theories of business strategy and competition, scale should have given TechShop a greater chance of long term viability. This would seem to make even more ominous Mr. Woods' conclusion that the core of the TechShop business model was "impossible."

As I am the founder of NextFab, a small network of for-profit makerspaces in Philadelphia, Pennsylvania and Wilmington, Delaware, I am paying very close attention.

I'm grateful that Mr. Woods has shared his hard-earned experience at such a difficult time. At the same time, the word "impossible" strikes me as a challenge — not to tread in those same footsteps, but to mourn the losses, know the hazards in detail, and to continue to forge ahead.

There remains a variety of independent makerspaces exploring a variety of business models, for-profit and non-profit alike, and they can be found in nearly every city in America and throughout the world. All of them owe something to TechShop's groundbreaking efforts. Each makerspace has adapted to its local community and they provide us with many good examples that are both viable and valuable.

A stubborn refusal to accept the impossible, tempered by learning, sharing, and creativity, is at the heart of the maker movement and the makerspace industry. It drove TechShop's pioneering efforts to give everyone the chance to make, and will continue to drive others, each along their own path, to strive for the same lofty goal.

**Techshop brand value analysis: Appendix**

2017 Nov 20 If Your Local TechShop Closed, Here Are Some Resources For You
https://makezine.com/2017/11/20/local-techshop-closed-resources/

For some, TechShop served as some kind of test to see if makerspaces could have a sustainable business model. This closure has been held up by some as proof that makerspaces can't be profitable, or can't exist at all. Frankly, after traveling around the world and seeing community spaces of all kinds, this is just another business closing out of the many business that will close this year. That's how business works. We don't see speculation of the restaurant industry going out of style when a chain dies.  There are so many variations in how spaces are organized, physically structured, and paid for, that it would be silly to rely on a single entity as the litmus test for success.

However, the failure of TechShop presents a very real problem for the more than 9,000 members they boasted. What will they do now? Well, in many cases there are makerspaces that existed before TechShop arrived and are still there, going strong, or new spaces popping up to take in the displaced communities.

Below are listed the 10 locations of TechShop in the US. I've gathered some existing resources and local makerspaces, but since I'm not local, I don't see it all! Please email me more items to add to this list that you know of in your local areas. The Nation of Makers is also compiling a map of spaces. Add your space here or check out the map as it grows.

**Arlington, VA (DC area)**
Arlington Parks and Rec – offers classes
PaxSpace
Makersmiths Makerspace
Nova Labs
Kid-museum.org
The Foundery
Openworks Baltimore
HackDC
Catylator
**Chandler, AZ**
Heatsync Labs
Gangplank
Arizona Science Center
Mesa Arts Center
Here's a map of local groups, schools, and spaces in the Phoenix area
**Pittsburgh, PA**
HackPGH
PrototypePGH

Protohaven
Assemble
Carnegie Science Center
Workshop PGH
**Round Rock, TX**
ATX hackerspace
Thinkery
Craft
**San Francisco, CA | Redwood City, CA | San Jose, CA**
Noisebridge
Chimera Arts
The Crucible
Auxs Made
Hacker Dojo
Double Union
Benicia Makerspace
Ace Monster Toys
180 studios
Palo Alto Adult School
Make X

Oh man, this list is getting long. Check out our Maker's Guide to Oakland for a much more!
**Allen Park, Mi**
Factory Two
i3 Detroit
Maker Works
OmniCorp
The Village Workshop
All Hands Active
**St Louis, MO**
Arch Reactor
Inventor Forge
New space opening  – Stl Today article (requires survey filled out to read)
**Brooklyn, NYC**
Spark Workshop
Public Lab
Staten Island Makerspace
Hack Manhattan

One thing that really stands out to me about this collection (which I'm still adding to!) is the fact that these areas have vibrant and active communities full of spaces! While TechShop may not have lasted here, it is apparent that the community will survive and may very well still be growing.

## Techshop brand value analysis: Appendix

Some businesses are even stepping up to offer special assistence to TechShop members. Glowforge, LittleBits, Inventables, and Formlabs are offering a very large discount on their products with proof of membership.

> We're saddened to hear that TechShop closed its doors on November 15th. TechShop was an incredible asset to its community, providing a place where makers, crafters, and creators could get access to the tools that would unlock their creativity. Their closure leaves thousands of people without access to the tools they need to create projects and share their innovations with the world.

> As makers and entrepreneurs ourselves, it's easy for us to imagine the pain and frustration of the TechShop members who have had their tools ripped away without warning. We got together to see if we could give TechShop members easier access to some of the tools they might need to continue their craft.

> At Glowforge, we are making our desktop lasers available at an exclusive lower price for TechShop alum. We will refund $500 for the Glowforge Basic and $1,000 for the Glowforge Pro. To redeem after purchase, email proof of membership (current as of 11/15/17) to support@glowforge.com and we'll immediately credit the account. This offer is also good retroactively to any alum who purchased a Glowforge within the past 6 months. This offer is good through December 31st, 2017.

> At Inventables, we're offering a $100 discount on X-Carve, a $500 discount on Carvey, and free shipping. In addition, customers can pay monthly with 0% APR available. To redeem this offer, customers need to email proof of membership current as of 11/15/17 to techshop@inventables.com This offer is good through December 31st 2017.

> littleBits supports makers, creators, and inventors around the globe, and wants to empower Techshop alum to continue their journeys. From now until the end of the year, use the code TECHSHOP20 to take 20% off anything in the littleBits online store here: http://littlebits.cc/146

> Formlabs is offering $750 in free materials with the purchase of a Form 2. To redeem customers should contact sales@formlabs.com with proof of membership (current as of 11/15/17). This offer is good through December 31st, 2017.

> We love seeing people have access to the amazing range of maker tools. The loss of Techshop makes this harder for everyone. We hope that this small effort on our part here can help keep these tools in the hands of people who can get the same joy from them that we do. The maker community we know is resilient and resourceful, and brings people together in challenging times. We can't wait to see what you'll make next.

> Signed,

> Dan Shapiro, CEO, Glowforge

> Zach Kaplan, CEO, Inventables

> Ayah Bdeir, CEO, littleBits Electronics

> Max Lobovsky, CEO, Formlabs

## Techshop brand value analysis: Appendix

2017 Dec 3 TechShop To Reopen Locations Through Asset Acquisition
https://makezine.com/2017/12/03/techshop-reopening/

[Editor's Note: Former TechShop CEO Dan Woods forwarded us this message he sent to the TechShop community, with his blessings to republish it on the Make website.]

Dear Comrades,

Finally, I have some excellent news to share with you.

TechShop, Inc. has reached an agreement with a third party to acquire all company assets. The new entity, TechShop 2.0, LLC plans to re-open as many stores as possible, as soon as possible. The acquiring partnership is led by Dan Rasure and Bill Lloyd (Owner of BHL Services Inc. of Minneapolis)..

On November 17th, just hours before we had planned to file Chapter-7, Mr. Rasure approached with an interest in acquiring the entire company. Being struck by his sincerity, business acumen, and resolve to re-open shops quickly, TechShop, Inc's Board and a small team of former employees embarked on a non-stop eleven-day effort. The end result, an arrangement with Mr. Rasure and Lloyd to re-open the next iteration of TechShop.

Throughout this effort our goal was to restore service to communities and members, rehire as many employees as possible, and provide a more sustainable path forward for TechShop's members.

None of TechShop's Directors and Officers have or will receive so much as a dollar from this deal—either through equity, cash payments, or compensation.

TechShop 2.0's shop re-opening schedule and member re-engagement plan are currently being finalized. This information will be released in the coming days. TechShop 2.0 will work with members at each location for the purpose of assisting anyone who may need to remove personal materials from one of our locations.

For those who submitted email to trustee.techshop@gmail.com we will be accessing the account and responding to all of you as promptly as possible. For now, I invite you to visit TechShop.com and stay tuned to @techshop for further developments and reopening details.

Announcing the closure of TechShop was the most difficult thing I've had to do in my career. When the opportunity for a different path forward presented itself, we did whatever humanly possible to work with Dan Rasure and make TechShop 2.0 a reality.

Warm Regards,

Dan

2017 Dec 5 TechShop's New Owner Discusses Future Plans
https://makezine.com/2017/12/05/techshops-new-owner-discusses-future-plans/

## Techshop brand value analysis: Appendix

The Adafruit blog has an interesting interview with the new owner of Techshop (aka Techshop 2.0), Dan Rasure. He, along with business partner Bill Lloyd, announced their acquisition of the about-to-go-bankrupt US Techshop locations last weekend, with plans to reopen as many locations as possible.

The piece goes into their ideas for necessary changes to the company, possible options for previous members with lifetime memberships, their background with Sunflower Wind, an interesting connection to CIA chief Mike Pompeo, and more. It's a fun read.

### 2017 Dec 12 TechShop to Reopen Locations
https://makezine.com/2017/12/12/maker-pro-news-techshop-reopens-custom-printed-shoes-maker-faire-shenzhen/

Last month, it seemed that makerspace chain TechShop (@techshop) was down for the count: CEO Dan Woods (@danwoodsearly) posted a eulogy for the venture and announced that it was shutting down all locations.

But following an outcry from the community, it appears TechShop may have found a path forward. According to a new statement from Woods, the company has reached an agreement with a third party that will acquire all the company's assets and run them as TechShop 2.0. Under the new ownership, the company will re-open as many locations as possible.

"Announcing the closure of TechShop was the most difficult thing I've had to do in my career," Woods wrote. "When the opportunity for a different path forward presented itself, we did whatever humanly possible."

Adafruit (@adafruit) managing director Phillip Torrone also caught up with Dan Rasure, Managing Partner at TechShop 2.0, and posted a Q&A about the new operation and plans for the future. One maker pro takeaway: Rasure wants to encourage the small businesses that start at TechShop locations to remain there as they grow.

### 2017 Dec 15 More Twists In The Story of TechShop: 2.0 Agreement Cancelled
https://makezine.com/2017/12/15/techshop-drama-continues-2-0-agreement-cancelled/

The ongoing saga that is TechShop continues to have twists and turns. Adafruit has reported that the Memorandum of Understanding (a document that outlines a partnership plan but isn't legally binding) has been cancelled. This document was between Dan Rasure and the TechShop board.

From the tidbits that Phil Torrone has collected, it would appear that the current TechShop board did not have faith that Dan Rasure was capable of taking over the business, so they cancelled the Memorandum of Understanding. This happens, it isn't extremely rare either. What makes this especially messy is that Rasure had begun paying money to vendors to cover bills for TechShop.

This of course means that Rasure won't simply walk away, having already begun investing in his TechShop 2.0. The board of TechShop meanwhile is talking to multiple parties about purchase, and still considering chapter 7 bankruptcy.

While it may be easy to disregard this whole mess as a few investors battling over the remains, we need to remember there are many makers impacted by this closure. There are startups who can't access their materials, at the most important time of year no less, to create their products or projects.

**Techshop brand value analysis: Appendix**

2018 Nov 9 TheShop.Build Open in San Jose One Year After TechShop Closure
https://makezine.com/2018/11/09/theshop-build-open-in-san-jose-one-year-after-techshop-closure/

I've been following the TechShop post-apocalypse makerspace landscape.  A year after TechShop's sudden closing, there's a wave of good news to be found.  By now, new organizers have stepped forward to create for-profit and nonprofit makerspaces, motivated to serve the makers who were displaced by the closure. Also, many of those who gained experience working at TechShop have found new jobs in other spaces.  It's a good sign that the maker community is able to rebound from such an unexpected failure.

Today, I visited TheShop.Build in San Jose.  Owner Dan Rasure is from Kansas and came to the Bay Area to open the TheShop.Build in San Francisco in February and in San Jose in August.

(article continues, describing members and their projects)


Adafruit


Other maker community sites

2017 Dec 19 Makery - So TechShop, closing or reopening?
http://www.makery.info/en/2017/12/19/alors-techshop-fermera-fermera-pas/

Ever since TechShop announced its demise in the United States on November 15, there has been a flurry of news about resurrections and denials. Meanwhile, a new TechShop was inaugurated at Station F in Paris, just as TechShop Tokyo forges on with impassive optimism.

At TechShop USA, even when the going gets rough, you communicate. Sometimes, a little too fast. Without warning, on November 15 the makerspace chain announced the closing of its 10 locations in the United States due to bankruptcy. This caused a stir among the maker community—no one saw it coming. The iconic company founded in 2006 had contributed to popularizing the maker movement by offering people a space to make for an affordable monthly fee, much like a gym membership.

The first bombshell dropped on December 3, when Dan Woods, CEO of TechShop Inc., announced an agreement with a third-party to acquire all the assets of the company. According to Woods, the providential buyer Dan Rasure had expressed his interest in acquiring TechShop Inc. only a few hours before the company signed the final document filing for bankruptcy on November 17. A new company named TechShop 2.0 LLC was subsequently registered in Kansas on December 1. Directed by the investor, as well as former members of TechShop Inc., the new entity guarantees the opening "of as many locations as possible" before the end of the year. The agreement was then signed and sealed in a Memorandum of Understanding (MoU) between Dan Rasure and TechShop Inc.

But on December 12, bang! The MoU is annulled. Doug Busch, an independent board member of TechShop Inc., makes the announcement on social media before detailing the reasons for the reversal the next day in a letter addressed to stakeholders, arguing that Dan Rasure didn't provide information guaranteeing that he had the capital, the teams and the legal structure necessary to restart day-to-day

## Techshop brand value analysis: Appendix

operations. According to Make Magazine, the TechShop board had doubts about Rasure's capacity to take over the business and quite simply cancelled the agreement.

Act 3: Yes, but... On December 13, Rasure posts on Facebook that he is still in the game, and that his company has already advanced funds to TechShop Inc. "to pay for their lawyer, health insurance for their employees, some staff pay, and money for their email services". Hard to walk away at this point. But according to Doug Busch, these payments are only a part of TechShop 2.0's $200,000 commitment, as stated in the MoU, to cover some of TechShop Inc.'s bankruptcy fees.

The latest is dated December 16, when Dan Rasure posts an update on Facebook: "We don't have a signed agreement yet, but the framework has been established." He confirms that shops will be reopening as planned, adding: "This week has been a frustrating week for everyone involved and I feel things got out of hand on social media." We'll stay tuned to see exactly when and how many TechShops will reopen... The saga continues.

### 2017 Nov 16 Makery - TechShop U.S.: Out of business
http://www.makery.info/en/2017/11/16/techshop-us-cest-fini/

The maker world has taken a blow. On Wednesday, November 15, the TechShop makerspace chain, now liquidated, announced the closure of its ten locations in the United States.

The announcement came as a shock. TechShop is closing shop in the U.S. And the decision is final. As of November 15, the liquidation of its ten nationwide locations has sealed their fate "in spite of many months of effort to restructure the company's debt and raise new capital to fund our recently announced strategic pivot (...). We are left with no other options," declared Dan Woods, TechShop CEO, in a press release.

An icon of the booming maker movement, this membership-based makerspace chain was founded by Jim Newton in 2006. Since then, its network had grown to more than 9,000 active members nationwide. A true success story in the world of start-ups, featuring shops equipped with 1.4 million-dollar machine parks made available to the general public for $4 a day. In 2015, the brand even planned to open 1,000 new TechShop locations across the U.S. by 2017.

Despite a few telltale signs, such as the closing of TechShop Pittsburgh, the brand seemed to be doing well. Just a few weeks before its bankruptcy, it opened a new 6,000m2 space in Brooklyn, offering a membership fee of $200 per month. But this income was apparently not enough to keep the company afloat. "While a few individual LLCs have been able to maintain a steady flow of income and cash flow, the company as a whole, including the majority of shops, have not been profitable and as a result the company as a whole incurred a great amount of debt that could not be sustained any further," the press release continues.

Too late for a change in strategy?

Recently, TechShop had adopted a new strategy with TechShop 2.0, a consulting service to help universities, nonprofit organizations and corporations launch and operate their own makerspaces. In this way, they could also gradually distance themselves from directly managing licensed TechShop locations. "A for-profit network of wholly owned makerspaces is impossible to sustain without outside subsidy from cities, companies and foundations, often in the form of memberships, training grants, and

**Techshop brand value analysis: Appendix**

sponsored programs," says Woods. "This kind of funding is readily available to non-profits, and very rarely an option for for-profit enterprises."

"Even if they aren't TechShops, no fablab in France or elsewhere operates without funding," comments Bertier Luyt, who initiated Maker Faire in France and founded Fabshop, having himself experienced the pangs of liquidation. He adds, "A successful fablab finds a balance between the nonprofit community side that acts as a tool for communication and a more capitalistic side that consists of a company providing services," citing as virtuous examples of "a system that works" Fablab Berlin and ICI Montreuil.

"What TechShop is saying means a lot in a U.S. landscape, which we often imagine as being very capitalistic, without public funding," he continues. For example, he refers to the theory developed by Maker City, which advocates occupying subsidized public spaces with falling attendance, such as libraries. "We believe that these large spaces paid for by the community, where the staff is already trained to work with people in building knowledge and skills, are ideal venues for practical exchanges and making."

In France, TechShop claims not to have heard the news until the last minute. "We were sad to learn yesterday [November 15] that TechShop would be concluding all their activities in the United States," declared TechShop-Ateliers Leroy Merlin, the French subsidiary led by the local DIY giant. "We share the disappointment of our friends, pioneers in the creation of makerspaces in the U.S. We are with the teams in spirit and give our thoughts to those members for whom these spaces were a second home or the platform that enabled them to launch their business... and that changed their lives."

"While we share the same name, TechShop, the U.S. and French companies have always been distinct," states the press release. Therefore, the cessation of activities in the United States will be inconsequential to France (...). The TechShop-Ateliers Leroy Merlin adventure continues, with a vision that is close to that of our American colleagues, but with a slightly different business model." They confirm: the inauguration of France's third TechShop at Station F , a big start-ups campus in Paris, is still on schedule, in just a few weeks.

## 2017 Nov 15 Forbes: TechShop Shuts Down, Files For Bankruptcy Amid Heavy Losses, Unsustainable Business Model

TechShop, a chain of membership-based do-it-yourself (DIY) workshops, and fabrication studios, abruptly shut down all 10 of its wholly-operated U.S. locations this morning: 3 in California, 1 in Arizona, 1 in Arlington, Virginia (near Washington D.C.), 1 in Saint Louis, 1 in Michigan, 1 in Texas, 1 in Pittsburgh, and a brand new facility in Brooklyn, New York.

The 4 international locations (Tokyo, Abu Dhabi/Dubai, Paris, and Lille in France) are owned by overseas entities under license by TechShop, and will continue to operate.

Why TechShop's closure could be devastating for hundreds of small businesses

Before closing, the Kinko's for geeks where you would come to build prototypes and test ideas had more than 9,000 active members in the United States alone according to its website.

"We've been operating on exceedingly low cash balances for quite some time now. We've been trying to do whatever we could to keep the doors open and remain operational so that we could see the light of

## Techshop brand value analysis: Appendix

the next day and hopefully close on a couple of large licensing deals we had been working on. However, the current cash conditions—and the toll they are taking on employees, instructors, and members—are entirely unacceptable," said TechShop CEO Dan Woods in a statement.

According to Woods, the lack of funding led the makerspace to file for Chapter 7 bankruptcy (liquidation), instead of Chapter 11 that would have allowed TechShop, founded in 2006, to reorganize its business and restructure its debt.

"Over the past week we have worked tirelessly to explore options for filing Chapter-11 bankruptcy. This alternative would have allowed us to reorganize and restructure our debt. To file Chapter-11, however, we would need cash to pay an even further reduced workforce, instructors, rent, utilities, insurance, and the like. That is money that we simply do not have. I can no longer ask instructors, employees and contractors to work when we do not have adequate cash reserves to pay them. Most regrettably, the only viable path forward is filing Chapter-7."

The sudden closure of the maker shop is leaving thousands of entrepreneurs and artisans unable to run their businesses, without access to TechShop's tools and equipment.

A decision that also comes at the worst period possible, when these small businesses need to prepare orders for the peak holiday season, with little or no time to find alternative solutions.

Analysis: A Failure that could have been prevented

TechShop's failure to find a sustainable business model can be explained by a combination of lack of vision and the high cost of operating its studios, from renting huge spaces in costly urban areas, to hiring experienced staff, leasing the tools and industrial strength equipment, plus paying for insurances and utilities.

Members work on projects at TechShop in San Francisco. Modeled after gyms, TechShop is attracting members who pay as little as $150 a month to use industrial strength equipment to invent whatever they can imagine. (AP Photo/Ben Margot)

Earlier this year, TechShop tried to pivot into licensing where it focused on enabling other entities (non-profits, universities, public institutions, and corporations) to build and operate their own maker shops, and itself get out of the business of owning makerspaces.

"A for-profit network of wholly owned makerspaces is impossible to sustain without outside subsidy from cities, companies and foundations, often in the form of memberships, training grants, and sponsored programs. This kind of funding is readily available to non-profits, and very rarely an option for for-profit enterprises," added the TechShop CEO.

However, we believe that the TechShop management failed to act sooner - the company has been in business for over 10 years - to close or transfer unprofitable studios and actively seek enough partnerships with local ecosystems (universities, companies, cities...) to offset its operating costs.

Instead, it chose to open additional wholly-owned money-losing makerspaces, like its brand new Brooklyn, New York location that opened just 2 weeks ago and is now officially closed!

## Techshop brand value analysis: Appendix

Jean Baptiste "JB" Su is Vice-President and Principal Analyst at Atherton Research, a global technology consulting and intelligence firm advising clients plan, build and deliver successful go-to-market strategies. You can follow him on LinkedIn (https://goo.gl/z5zGlx) or Twi... MORE

Author: Jean Baptiste is a Vice-President and Principal Analyst at Atherton Research, a global technology intelligence firm advising clients deliver successful go-to-market strategies.

Technical.ly - RIP TechShop Brooklyn: October 2017–November 2017
https://technical.ly/brooklyn/2017/11/15/grand-opening-grand-closing/

Just weeks after opening a brand new space in the Brooklyn Army Terminal, the company is shutting down all 10 locations and filing for Chapter 7 bankruptcy.

Just weeks after opening its doors in the Brooklyn Army Terminal, coworking/makerspace TechShop is closing them.

As of 8 a.m. this morning, the company, founded in 2007, announced it had filed for bankruptcy and all 10 of its American locations would be immediately shut down.

The company offered Brooklyn members its 20,000-square-foot space, which included 3D printers, laser cutters, plastics and electronics labs, a machine shop, a wood shop, a metalworking shop, a textiles department and welding stations, to use for projects they wanted to work on. The memberships went for $200 a month. Evidently, it wasn't enough.

## Local media outlets

### 2017 Dec 17 East Valley Tribune - Deal to rescue TechShop in Chandler falls apart
http://www.eastvalleytribune.com/columns/money/deal-to-rescue-techshop-in-chandler-falls-apart/article_761c4e30-e1e2-11e7-868d-17b60c825ea8.html

The potential rebirth of TechShop Chandler hit another roadblock after a deal to acquire the makerspace's defunct parent company fell apart.

TechShop 2.0 LLC had agreed to a memorandum of understanding to acquire all assets from TechShop Inc. – the company behind all 10 TechShop locations in the U.S. that was on the verge of filing Chapter 7 bankruptcy weeks ago – with the intention of reopening as many locations as possible.

However, TechShop Inc. has now canceled the memorandum of understanding, said Doug Busch, board director, in Facebook posts to several groups dedicated to TechShop members.

TechShop 2.0 Managing Partner Dan Rasure confirmed that it was not his decision to end the deal and expressed dismay at the current situation.

Before receiving notice of the cancellation, TechShop 2.0 had finished up debt negotiations on Dec. 8 and planned to finalize the deal before the New Year, Rasure said.

## Techshop brand value analysis: Appendix

In a Facebook post of his own to the TechShop Thereafter Facebook group, Rasure wrote that during negotiations his group had provided funds to pay for TechShop Inc.'s "lawyer, health insurance for their employees, some staff pay, and money for their email services."

Those payments were a part of a $200,000 commitment made by TechShop 2.0 in the memorandum of understanding to provide "wind-down expenses" to TechShop Inc., Busch wrote.

In his post, Busch outlined the reasons TechShop Inc. ended the agreement.

"We were advised by our attorneys that we have an obligation to have 'reasonable assurance' that anyone we sell assets to has the capability to execute the commitments made," Busch wrote. "This includes seeing evidence that the buyer has sufficient capital to get started operating the business, that they have a management team that can start the operation, and that they have a company structure ('legal entities') established."

Busch added that he and the board had not received all of the requested information. Rasure did provide evidence of access to capital "although in the opinion of the board it is insufficient to get the business restarted," Busch said.

Despite the setback, TechShop 2.0 has not given up in its attempt to acquire TechShop Inc. assets and reopen TechShop locations, Rasure said.

Busch noted that other parties have contacted TechShop Inc. about reopening one or multiple TechShop locations, though he did not specify which ones. He also wrote that the company will continue to communicate with Rasure and that filing Chapter 7 bankruptcy is still an option.

## Social Media

## Facebook – Maker Orphans

Jan 14

Jack Colton

It appears my recent post on this thread has been deleted by a snowflake PC moderator. I was quoting TS CEO Dan Woods at a town hall meeting at TSSF. Dan's quote was heard by about 50 TS members. Dan said quote RE: America's Greatest Maker being filmed at TSSF. He said "we f*cked up & we will never do it again" I'm sure Dan, who I think is a good honest guy would say the same thing about the Trainwreck>no warning no access for personal property, closure of TS. My instincts and with a little research I am highly skeptical of this Dan Resure guy. Should TSSF reopen I would only enroll on a month to month basis. Not the annual dues I normally paid. I am also joining the Crucible, which has access for 1K per year. In retrospect TS was a classic Ponzi scheme, supported not by member dues but by new investors and suckers who bought "lifetime" memberships. Have you ever heard of a gym that sold lifetime memberships? NO inflation alone would make that ridiculous.

Sam Lamott

Techshop 2.0 IS Dan Rasure, Take it or leave it. If it's not your thing, leave the group. If you have constructive comments, Dan seems to at least consider everything that is said. I have a functioning shop that meets my needs. I'm supporting Dan because I want a common place to make again and a

## Techshop brand value analysis: Appendix

congregation to make with and be a community. I wouldn't have been able to have the incredible life I have today without Techshop being there when I didn't have the tools I needed. FACT: It will unfortunately be messy in the beginning. There's no handbook and it's an incredibly low margin business. Dan took this on as a labor of love (trust me).

Brian Peter Baier Sizemore

...Or leave the group?... C'mon, buddy... I'm rootin' for Dan as much as the next guy, but if we're going to be real here, that's not really what this group is about, bro. He'll get a plenty big rooting section for his success (even if it's just the giant line of people waiting to get paid their lost wages), but let's recall clearly: this group was specifically created because of the huge number of people left out in the cold by TechShop. I of course think it's awesome that you've got a working shop and are supporting the movement, and I applaud it, but if you and I were to have our helpings of humble pie, we'd have to be real and acknowledge that such an experience as ours was not the typical one after involvement with TechShop... And regardless of Dan Rasure's success or failure, I'm not sure the consensus here is that our highest priority should be putting all of our collective hopefulness eggs back into one basket again, so-to-speak. As a community, I think we're better served by having a forum for truly objective, neutral dialog about the current events and developments makers will face, independent of any one company or even a group of maker spaces... (Impartial views have a dramatically increased value in this post-TS1.0 world.) Maker Nexus' launch tomorrow night at Hacker Dojo and the other smaller shops going independent is probably the maker ecosystem we all should've aimed for in the first place. If TechShop can survive in that competitive environment, awesome! If not... A bunch of us will be out some backpay, but at least the movement limps on to bigger, better (and more secure) things, right?...

Brian Peter Baier Sizemore

Oh I completely agree. Although that's not at all how I believe it will go (with plenty of compelling/uplifting stuff to share about how and why, at that thing you got an invite for)... 😊

I don't think you could really get them to sharpen knives for each other's backs if you tried. Makers are so much more interested in what else might be possible than an old-fashioned, cutthroat approach like that. Even if they (makerspaces) all technically operated independently of each other, imagine how easy it would be to interest them all in an invitation to participate in a network of shared capabilities and cross-compatible policy like standardized training resources and even reciprocity for the certifications... (Yes, it's already being worked on.)

They could all keep their own profit margins, but the ability to lift each other up isn't a disadvantage for any of them. As we were discussing in a little more depth over in Seth's group, the market share for makerspaces really shouldn't be thought of at all like a zero-sum game. If you take the view that the movement is still in its infancy relative to the future of its overall impact on society (and that ever-polymorphic beast that is commerce), then makers -- whether they be all independent or united -- aren't really competing against each other for business, they're competing against every consumer's other more conventional options for where to spend their dollars.

And since we're still such a tiny fraction of commerce at present, that means that the more we cooperate (as an organized community) to make people out there aware of their exciting, unique, customized alternatives to mass-produced goods, the more that rising tide will lift all our silly boats, like

## Techshop brand value analysis: Appendix

a party on the lake that is too busy having a good time to even pay attention to how slowing the flow out the dam (to boring old Mass-productionville) is raising our collective spirits.

That's not blind optimism. There are several precedents. (Look at the rise of independent music labels through the 70's and 80's or video game publishers in the 90's.) Makers are independent artists (there is no such thing as an automated assembly line robot "maker" in the way we mean it when we refer to ourselves). Makerspaces, like a production lable, are the platforms by which they are enabled to reach a mass audience, but they retain their ability to produce new and original content (products & designs) in their own highly desirable unique style.

If we just remember what we (who were in the trenches) learned while watching TechShop consistently overlook what we could see as plain as daylight, and stay focused on making our highest priority providing makers (not investors) with access to what they need to get involved, finding that stable harmony they need to get established through comprehensive support services (financial organization tools, marketing support, a little legal guidance, entrepreneurial training, etc.) beyond just access to equipment, then we complete the holistic creation of a maker as a true small business owner -- which, if you'd shot every one of them with a friendly truth serum dart, is exactly what virtually every one of TechShop's memebers would've told you they thought should've been TechShop's highest priority (even if that wasn't the needs of 100% of members themselves).

TechShop is the greatest incubator that never was. It almost was. It did manage to help create some pretty incredible products and companies, (a remarkable achievement in itself) but you and I, as well as everyone else who put enough time in there is (somewhat painfully) aware of everything else that it had the potential to be beyond that, but fell short of... What it did manage to succeed at makes a good partial blueprint for what we all need to do, but as much as I wish Dan the best of luck, I'm convinced that it's only an army of self-organized makers themselves that will make it happen.

Hope to see ya at Hacker Dojo tonight, bro... 👍

John Nagle
Rasure has failed. It's been two months now. Landlords are evicting and creditors are suing. There's just too much debt here for a work-out. The locations that are re-opening are not involved with Rasure. Meeting 7:30 Friday at Hacker Dojo to plan the post-Techshop era.
https://www.facebook.com/events/316155928872728/

## Facebook - Techshop Thereafter

**Dan Rasure to Techshop Thereafter**

December 16, 2017 ·

I haven't posted anything for a few days and I wanted to provide a brief update. We don't have a signed agreement yet, but the framework has been established and we received an important set of

## Techshop brand value analysis: Appendix

documents last night. With Christmas just 9 days away and many people leaving offices early we are working through the weekend as we have for the past month to finally deliver the news of when shops will be reopening.

This week has been a frustrating week for everyone involved and I feel things got out of hand on social media. This has been an interesting transaction from the beginning to say the least. I felt there was a need to communicate with the community 2 weeks ago when the MOU was agreed to and even before, but typically the entire deal would have been agreed to prior to an announcement. I wish we would have been able to do that and if we had, I think the shops would have already started opening back up. I appreciate all of the feedback each of you have provided and the open communication will resume, but at this time we need to focus on completing the transaction.

Thank you for your patience as we work to reopen Tech Shop.

9 Comments, 3 Shares, 50 positive reactions

**Doug Busch** We've been making good progress, as Dan reports, and the TechShop, Inc team is also focused an getting to a successfully completed transaction.

Mike Syfritt Thank you Dan Rasure for the update. I really hope to see something positive come out of all your hard work.

Gil Citro Dan Rasure glad to hear the transaction might still go forward. One thing to keep in mind is that in many cities where TechShop closed, new non-profits have sprung up to create new maker spaces. It might be worth reaching out to them to try to establish some kind of partnerships

Kiet Kuru Keep working; the last stretch to the finish line! Thank you! This is the only Christmas present I want. Thanks

Dante Repko Thank You!!! Dan, You and Your Team are giving so much hope to get the Deal Done!!!

Hunt Jessup Wanted to thank you for your efforts. I expect its involved and difficult, but you're doing it and not giving up. Thank you.

Rick Cavallaro This is great news. Was the news that the deal fell through just a rumor, or had it actually hit bumps and is now back on track?

Flynn Oldfield Thanks to all for your sacrifices during this time. I have faith in your team, and look forward to a successful completion.


2017 Dec 28 Allen Tucker.com - How to get your money back from Techshop
I was able to chargeback the $998 I paid for my membership this summer. I've listed the steps here. Hopefully some of you are able to get back what you are owed. Feel free to ask questions. Good luck.

(link from Facebook post Dec 28) http://allentucker.com/how-to-get-your-money-back-from-techshop/

On November 15th, Techshop closed their US locations.  They fired the employees, locked the doors, and announced that they were immediately filing bankruptcy (which as of this writing they haven't

**Techshop brand value analysis: Appendix**

filed). Months ago they stopped paying instructors and eventually they stopped making payroll while burning a rumored 5 million per year in corporate expenses.

I was fortunate enough to get a phone call from a friend to come get my tool chest before they locked the doors.  Many people had their business locked away inside, right before the holiday season.

If you paid for a service in advance at Techshop with a credit or debit card and didn't receive 100% of that service, you can charge back what you paid. This includes prepaid membership fees, lockers, etc. Because you paid for a future service in advance, you generally have something like 120 days from the last time you expected to receive service, up to 540 days from the initial charge. Moreover these transactions are guaranteed by your card.

If like me, you paid for a year's membership in the summer, Techshop probably owes you a thousand bucks or more. Because you paid in a lump sum, they owe you the entire amount as they didn't render the service you paid for.

That thousand bucks will probably go a long way towards a new shop if you want to build one. If you want to pool your resources, it doesn't take many people to buy a small shop's worth of equipment, depending on what you need. Eric's group is working hard to figure it out as is my group.


Maker orphans

https://www.facebook.com/groups/2027755187468776/


TheShop.build

https://www.facebook.com/groups/theShop.build/


Techshop Thereafter

https://www.facebook.com/groups/1555642407859618/


https://www.facebook.com/groups/1555642407859618/permalink/1840527662704423/

David Kern

July 27

If anyone would like to see all the documents let me know. Full transparency moving forward. Thanks to Jeff Porter who spent the last several months tirelessly chasing down the public yet hidden files. Great news is we have everything and probably know more than even ASU's attorneys at this point - who we feel aren't doing anything to get YOUR makerspace back. Including correspondence with Ji Mi Choi and Micah Miranda, City of Chandler and all agreements between TS and ASU and ASU and City of Chandler

## Techshop brand value analysis: Appendix

.. Our counsel believes based on the contracts that you are more than welcome to read, ASU and now bankrupt Techshop Phoenix LLC are in breach and have been since November 15th, 2017 at 4 PM MST .

Many of you probably didn't know that majority of the money that funded the multi-million dollar Chandler Innovation Center was from your tax dollars! And on top of that the last time I checked lights, equipment and everything was still on .. they still leave the lights on for us.. Thanks but we rather save electricity ASU but even more importantly, we plan on using our energy to get you out of the Chandler Innovation Center! Not when TS bankruptcy is over, but according to our counsel, within 90 days per your agreement with the City of Chandler that is expiring in October 2018.

## Twitter

TechShop  @techshop

*1 Dec 2017 (note, this is the last post by Techshop and it is still up today)*

TechShop, Inc. has reached an agreement to sell the company to TechShop 2.0, LLC. New ownership seeks to re-open, continue running makerspaces. TS2.0 staff will work with members to pick up personal items. More info on schedules, membership, and engagement in the next few days.



1 Dec TechShop Austin-RR  @TechShopAustin

TechShop, Inc. has reached an agreement to sell the company to TechShop 2.0, LLC. New ownership seeks to re-open, continue running makerspaces. TS2.0 staff will work with members to pick up personal items. More info on schedules, membership, and engagement in the next few days.

Robert Booth @Trebortech

**Techshop brand value analysis: Appendix**

2 Dec 2017 Replying to @TechShopAustin

If ANY of the original founders or managers are in TS2.0 count me out. This was a disaster that could have been adverted. Bad leadership doesn't get a reboot here. sorry.

15 Nov 2017

All making requires iteration. This iteration of TechShop, the corporate entity and all US stores, is closing. To read final statement and FAQs, visit http://techshop.com . All inquiries may be sent to techshop.trustee@gmail.com.

Aug 9 2017

https://twitter.com/techshop/status/894958990358138881

Invest in the future. #Invest in TechShop. Learn more this Weds, Aug 9th at 12pm PDT. RSVP at https://goo.gl/eEHwHs .

ben johnson  @o1063630 16 Aug 2017 Replying to @techshop

Do not invest in techshop.  They are terribly run, and you'll be throwing money away.


## Reddit

https://www.reddit.com/r/Techshop/

Businesses Started by ex Execs at Tech Shop -- Buyer Beware
https://www.reddit.com/r/Techshop/comments/81u6iq/businesses_started_by_ex_execs_at_tech_shop_buyer/

This thread is intended to bring attention to businesses started by the folks involved with Tech Shop in an effort to provide potential investors/partners/customers with notice that the companies they are considering working with are founded/run by people with a history of being involved in serious mismanagement of business and financial default (and arguably misleading representations about payments, liquidity, profitability, etc.)

Please add any others that you become aware of:

   Mark Hatch (former CEO of Tech Shop) -- Maker Token http://www.makertoken.com/

   Elizabeth Bobek (Bauer) (former director of Tech Shop investments) -- Grown Rogue
https://www.grownrogue.com/about/#team (This thread also came up in my search:
https://www.reddit.com/r/craigslist/comments/3njoyp/elizabeth_bauer_guilded_rogue_ceo_is_a_lying
/)

It appears its over - TechShop filed for Chapter-7
https://www.reddit.com/r/Techshop/comments/80wwd0/it_appears_its_over_techshop_filed_for_cha
pter7/

## Techshop brand value analysis: Appendix

"thoughtful negotiation," ie, how can we squeeze every last dollar out of this? best part, there are stories in the facebook groups about techshop hiring barbara newton (jim's wife, i assume) in the last few months - they could pay her, but not pay workers or investors? just another way jim made sure he got his money out of it.

I pre-paid 2 years, so I'm out a couple grand. And have never received a single communication of any type from Techshop about the closure. It took months to get my tools and materials out of the shop. Fuck you, TechShop board of directors. Sorry for the other people that were ripped off more than me.

STL will rise like a phoenix!
https://www.reddit.com/r/Techshop/comments/7do0nr/stl_will_rise_like_a_phoenix/

Tldr: STL is saved

Dear (former) TechShop STL Members,

This has been a roller coaster week for the maker community. But in a few short days we have gone from a colossal crash and burn to a phoenix rising. Since Wednesday we have been able to put together a team to resurrect our maker space: Jim McKelvey, Doug Auer (Third Degree) and Cortex. The media alert sent a short time ago is attached below.

I'm sure that after reading the media alert you may have questions. You are invited to a special Venture Café maker-community night on Monday, November 20th from 5-8PM in the @4240 Duncan Avenue building to connect to other makers and to hear directly from Jim McKelvey (via Skype), Doug Auer and Dennis Lower about the reincarnation of our maker space. We hope to see you there!

Thanks again for your patience and understanding

Sincerely,

Dennis Lower – President & CEO

Cortex Innovation Community


MEDIA ALERT


For Immediate Release

Cortex, Third Degree & Jim McKelvey plan to reopen the Cortex maker space

November 17, 2017 [St. Louis] – Moments after the news of TechShop's sudden bankruptcy was announced, a team of St. Louisans joined efforts to save the maker space for the continued benefit of the St. Louis region.

"I was flying to Phoenix when I read the news, and immediately contacted Dennis Lower at Cortex and Doug Auer at Third Degree.  In our first conversation everyone agreed that we needed to act fast to

## Techshop brand value analysis: Appendix

resurrect this important community asset.  Within 24 hours, we had a workable plan," said Jim McKelvey, St. Louis native and co-founder of Square.

Dennis Lower, president and CEO of Cortex, noted that, "Our first concern is the folks in St. Louis who were running their businesses through TechShop.  This is the height of the Holiday season and orders need to be filled." The team immediately committed to reopen the maker space in its current location through the end of the year as a new corporate entity, with Third Degree as the operator.

"I remember the original TechShop in Menlo Park, CA.  It was not a fancy place, but people made great things there, and the maker community was an inspiration.  We have that same community here and it deserves a home. I want my neighbors to feel the pride and satisfaction that comes from making something, and sometimes that requires a really awesome laser cutter," said McKelvey.

The group has already begun searching for a permanent home after December. "We are evaluating several locations in the nearby community for a new facility, with the intent of reopening a world-class maker space as soon as possible. We are committed to keeping it in the City of St. Louis," said Doug Auer, co-founder of Third Degree Glass Factory.  "As the new operator, Third Degree will hire several former TechShop employees, but use a business model more similar to Third Degree."

"Doug is the perfect leader for this operation," says McKelvey. "What Doug has built at Third Degree is physical proof of his ability to run a world-class maker space.   People don't realize that the Third Degree model is emulated around the world as the way to run a glass studio.  That's all thanks to Doug and the team at Third Degree."

A special Venture Café maker-community gathering is planned for Monday, November 20th from 5-8PM in the @4240 Duncan Avenue building in Cortex. "Many operational details remain to be worked out among the team. At the special Venture Café night on Monday we will share information on how former TechShop members can access the space through December," noted Lower.


Is TechShop 2.0 rebranding itself "TheShop.Build" to evade the debt TechShop 1 owes its Members/Investors/Staff?
https://www.reddit.com/r/Techshop/comments/7zcvt4/is_techshop_20_rebranding_itself_theshopbuild_to/

amazing how ts1 has the funds to file a trademark lawsuit, but not to pay back the money they owe various people.

No. TechShop 1.0 is suing Dan for using the brand. As he said, it's all on the Facebook page.

Jeez, I don't follow the stuff on Facebook, just saw this on Adafruit and it sounded shifty. That means Rasure abandoned his promise to work with TechShop, and bypassed them completely?

Wasn't Rasure that abandoned any promises. Well, he did say he would be transparent, but that didn't happen. TechShop 1.0 is the problem.

Edit: Dan Wood's message from the article:

## Techshop brand value analysis: Appendix

TechShop, Inc. nor any of it's wholly-owned LLC's have a relationship to or agreement with the parties who are apparently opening a makerspace in the former TechShop San Francisco location. What we know is what anyone else who has been reading social media knows. Dan Woods CEO TechShop

Thanks for the heads up I've got a lot of friends that are ex staff that are still owed pay

TechShop 2.0 is here!!! They're reopening the SF facility!
Thanks for posting! Hopefully more locations re-opening soon after. TechShop SF reopens February 19th, 2018

That name makes me cringe.

There is a desire to transfer over SBU's, but one important distinction with the new model is that machine training is intended to be a bit more in depth and include an actual skills test. I think people with experience may be able to test out of the class. This is all highly tentative. The deal is still ongoing so right now I'm just hoping there is a TechShop. It's funny having a significant portion of the Makers sitting on the sidelines judging, commenting, and waiting for it to be perfect, another portion actively trying to bring down TechShop 2.0 and let the whole thing die, and then a handful of former members donating time to get machines online while the battle rages.

TechShop's Mark Hatch now taking $ for Maker Crypto Coin
https://www.reddit.com/r/Techshop/comments/7ql0sn/techshops_mark_hatch_now_taking_for_make
r_crypto/

... holy shit. As someone that conducts ICO reviews as a part-time job, I can not WAIT to destroy this in a public review. Get your fucking popcorn, kids. Karma is about to be a motherfucker.

Fool me once

Fuck that piece of shit. I hope he fails spectacularly.

Twice burned once learned.

TechShop 2.0 cancelled
https://www.reddit.com/r/Techshop/comments/7jlfuu/techshop_20_cancelled/

Suggestions for Dan Rasure and the new TechShop 2.0 team
https://www.reddit.com/r/Techshop/comments/7hjfdz/suggestions_for_dan_rasure_and_the_new_tec
hshop/

TechShop now claims it has reached an agreement to "sell the company" to TechShop 2, LLC. Much like the Chapter 7 filing, I'll believe it when I see it.
https://www.reddit.com/r/Techshop/comments/7gzt6w/techshop_now_claims_it_has_reached_an_agr
eement/

The trustee.techshop@gmail.com account is now closed and it bounces. Every day when I think they couldn't be even shadier, they are...

## Techshop brand value analysis: Appendix

The dude that bought it showed up in the "techshop orphans" group page and just started grilling people for "what changes do you want to see?". No introduction, no explanation of his taking over, and no spoken vision for what he wants it to become. Seems like a really bad start.

I did not get this email. I haven't received any communications from TechShop since this whole thing started, and I'm a debtholder.

Fingers Crossed for the Austin-Round Rock location, I heard it was one of the profitable ones but honestly it was always in pretty poor repair on some of the machines and the employees seemed demoralized.

The agreement was to "acquire all company assets". This does not mean they bought the company. TechShop 2 is not TechShop 1.

I have no knowledge other than what is already posted but don't expect the new company which happens to have a similar name to honor all debts of the old company. They didn't buy the company, just the assets. However, given that they are calling themselves "TechShop 2" there is a chance they will try to keep whatever good will there may be remaining from the original TechShop. I certainly hope so for the reasons already mentioned. I think it is TechShop 2's best interest to do so.

fuck these guys right in the ass. they're all liars and crooks.

Where should we post to ensure Dan's (Woods) next employer sees how he treats customers and vendors?
https://www.reddit.com/r/Techshop/comments/7dmvjf/where_should_we_post_to_ensure_dans_next_employer/

The crap business model aside, I'm amazed at the lack of interest in the customers. No email notification? No "Come get your stuff"? Leaving that to the trustee is just plain fucked. His prior babble about "community" was clearly bullshit. I'm not talking about giving me back the money for the two years I just prepaid. Just give me back my stuff! Which would require:

Tell me you closed

Tell me how to get my stuff

Have a way to contact somebody to ask those questions

Saying that the trustee will take care of it is just plain pathetic. For future employers, employees and particularly customers of Dan - He will drop the mic and bail on you.

You generally have a fiduciary duty to investors (and once it's clear investors won't get anything, creditors) to try and make a "go" of it for every moment possible up to the filing. And post-filing, you are generally advised to lock everything up and leave it to the trustee, to avoid claims from creditors going after you personally claiming that you didn't secure assets properly.

i'm an investor. i still haven't received any notice from techshop. i found out about the closing because a few different friends emailed me about it. fuck these guys.

## Techshop brand value analysis: Appendix

You're screwed-- you'll receive formal notice as part of the process, but you're in line behind compensation costs, stuff owed customers, all debtors, etc. They're not going to get paid, so you're not.

Oh I know, I have no illusions about that fact. I'm just saying that true to form, techshop is being shitty.

I love how he tried to play the 'we support veterans' card, yet his lack of promised transparency spelled the end of my business. Note the entire lack of data and tangibles in his statement. He's a shill and deserves the reputation.

Looks like TechShop's largest investor didn't have a good handle on its own financials either...
https://www.reddit.com/r/Techshop/comments/7g9ikx/looks_like_techshops_largest_investor_didnt_h ave/

Inversely, this could be a reason techshop hit the end if the road when they did. If Autodesk decided to cut some costs, surely techshop was one of them. And, if I was techshop and my main source of money said "no more"...

TechShop Closes Doors, Files Bankruptcy. Well fuck.
https://www.reddit.com/r/Techshop/comments/7d4sqn/techshop_closes_doors_files_bankruptcy_well _fuck/

TS-former

16 points·1 year ago

I worked for TechShop Corporate and I can tell you that its been a real shitshow. They had all these grandiose ideas, that made zero business sense, made financial decisions that hurt them, and half the people in corporate had no idea how to run a business.
They spent roughly $500k on the new website that Jim Newton looked at and hated. Another million or so dollars was spent on the RFID system because they had to try and make something new that worked with the old, hacked together system. There were so many areas where out of the box, standard solutions would have worked just fine.
I sat in on 2 hour long conference calls 2-3 times a week where nothing was accomplished.
There were also some VERY large egos that were getting in the way. I feel like the CFO was screwing them over with some of his demands and decisions. Mark, the former CEO was smart enough to get out when he saw the writing on the wall over a year ago.
Just very poorly ran all around. If Jim Newton could have gotten rid of some of the bad apples, and scaled things back for a while, there was the possibility of a decent business model hiding out inside of all of the shit they did, it was just too little, too late.

**Techshop brand value analysis: Appendix**

Share

ReportSave

## level 2

Scantrons

5 points·1 year ago·edited 1 year ago

For the record and not on a throw away account, hatch wasn't "lucky to get out" the staff and supporting individuals finally got him out. He was a large part of the problem and a HUGE reason the stores are in the mess they're in presently. You can't borrow from Peter to pay Paul while making golden promises.
The rest of it is pretty on point though, and I've got no issue with my name/face being attached to calling it that. Pretty sure everyone knows how I feel about the direction it took and how disappointed I was when it went there.
Share

ReportSave

## level 3

tswonk

3 points·1 year ago

i found it very coincidental that he left right when things went to shit.
Share

ReportSave

## level 4

Scantrons

3 points·1 year ago

Yeah, his exit was just a a nice separation to save face. Dan legit was brought up to try to salvage what had happened but honestly, he got handed a shit pile of debt and people knocking at the door waiting to be paid. The CFO (Mike) wasn't any better than Hatch though. 🤨 Ya can't create a Ponzi scheme and run a successful business on it. This isn't Mary Kay.
Share

ReportSave

## level 5

tswonk

2 points·1 year ago

mike definitely struck me as a slimy piece of shit on webcasts. honestly, jim wasn't much better - he didn't seem sincere at all.

## Techshop brand value analysis: Appendix

Share

ReportSave

# level 6

Scantrons

2 points·1 year ago

I think Jim genuinely was overwhelmed and never wanted it to be as big as it became. He just wanted his shop with his buddies. I think Hatch really sold him on expanding and creating this massive "empire". I can only imagine how heartbroken Jim is right now honestly. He's always been genuine but awkward when I spoke with him.

Share

ReportSave

# level 3

TS-former

2 points·1 year ago

I don't know how at what level you were affiliated with TechShop, and where your info came from, but my take on the change in leadership is this:

Mark has a very successful business background, and had some very good ideas. A lot of the leadership did not like some of those ideas and wanted to plow ahead the way they had been doing things. The way the operation was ran before was fine if they were only going to run 3-4 stores. To grow, there had to be some very big changes in the structure, and people at the store level pushed back VERY hard, and it went up the chain. Hatch did what he could to grow the company as he was tasked, while trying to stay inside the limits. There was a time that all the executive staff took 25% pay cuts (for 6-9 months) so they could keep the doors open and still pay people. They were dedicated, thats for sure.

TechShop international was supposed to be a money maker for the company, but there are a couple of people who screwed that up big time.

I feel like the board and other execs got fed a bill of goods by some people who wanted more power - they were convinced that a leadership change needed to happen and that Hatch was the problem, when in reality, there were decisions being made that Mark could not control. They asked Mark to resign, and he did - no reason to fight to keep control of a sinking ship.

Mike (CFO) was unreasonable and bad for the company - I do not envy the position he was put into at all though. There were some really tense (yelling) conversations over the past few years, and people have just been frustrated from the top down.

Growing too fast, too quickly is almost always a recipe for disaster, and TechShop was no exception. Dan is a good guy, with a heart for the maker community, but he's not a business mind. Techshop needed a business mind that could come in and take over. I was kind of hoping that Autodesk would step in and start running things - maybe they could have fixed things, but we will never know.

---

**Techshop brand value analysis: Appendix**

Share

ReportSave

## level 4

Scantrons

7 points·1 year ago

I was on the corporate level and also worked on the store level for a few years. I heard the stories of his spending on the company cards, the misogynistic manner in which he treated other female staff, etc. He continuously thought about himself. He threw parties for cheerleaders and spent TechShop funds on them. He may be business minded and have some good things but he doesn't get a pass in this. You may think he's great, and that's cool that you never had to deal with him in the way many of us did. He didn't give a rats ass about the company, he just saw dollar signs. He also spent THOUSANDS of dollars on his company credit card for absurd things every month.

When the GM summit happened everyone else stayed 2-3 to a room including Jim. Hatch got himself a luxury room on company dime. I know this first hand. Explain to me how that's being responsible and helping the company.

He may have been good for the company when it first started, but he really opened the throat of the company and shit all down the throat by the end of it.

Share

ReportSave

## level 5

tswonk

2 points·12 months ago

and he loves to brag about the expensive hotels he's staying in.
https://twitter.com/search?l=&q=hotel%20from%3Amarkhatch&src=typd&lang=en

Share

ReportSave

## level 5

brad3378

1 point·1 year ago

The more I read about this guy, the more he reminds me of the character Jack Barker from the television show Silicon Valley and his wasteful spending.

NSFW

Share

ReportSave

## level 4

**Techshop brand value analysis: Appendix**

<u>Citizen_Me0w</u>

5 points·<u>1 year ago</u>

It sounds like a lot of the serious problems stemmed from trying to grow too quickly. I remember there being only 2-4 locations during the time I was an active member a few years ago, but at the time of yesterday's announcement they had 10 locations.
Do you have any insight on why they were being pushed to grow so fast, to the point that it became unsustainable?
Share

ReportSave

## level 5

<u>TS-former</u>

3 points·<u>1 year ago</u>

the rapid growth seemed to be just an over-ambitious plan. Once the ball started rolling, they didn't want to stop it for fear of appearing weak/failing. As I said before, I think there were quite a few egos getting in the way of smart business decisions.
Share

ReportSave

## level 2

<u>ffxivdia</u>

7 points·<u>1 year ago</u>

Damn speaking of the website, I never understood why it was so terrible. They could have had a barter system, give me a year or two of free membership and I'll design the whole site with iOS app design. And then do the same with a developer to implement it. It shouldn't have costed a half mil!
Share

ReportSave

## level 3

<u>TS-former</u>

4 points·<u>1 year ago</u>

The site that was up forever was a crazy, hacked together mess that (I think) Jim Newton built himself. The new site that was being built was awesome, and the developers that built it are great. The money was spent by corporate not knowing what they wanted/needed and constantly having the developers change and re-program things. The launch of the site was pushed back too many times to count.
When I was hired, they were already like 18 months into the new design and a few hundred thousand dollars.

**Techshop brand value analysis: Appendix**

BTW, everyone saying that only 2 stores were profitable are incorrect - I think it was like 6 out of the 9 were profitable, and Detroit was always *almost* profitable, but never quite got there. Stores were never doing million dollar months or anything, but they weren't losing buckets of cash either. The amount of money corporate spent on the international initiatives was in the tens of millions though, and that hurt TechShop as a company.

Too much power was given to stores sometimes - they all operated like individual businesses, with no consistency between stores. For instance, a few times, San Francisco spent like $40k on events where they made $5-10k, basically eating up all of their profits.

Share

ReportSave

## level 4

tswonk

7 points·1 year ago

Wasn't it hatch's idea to expand internationally? I remember him posting on twitter about all the great, expensive hotels he was staying in as he tried to open new stores. Wasn't he also the one that switched to being open 24/7? I actually blame him for a lot of the failure.

Share

ReportSave

## level 5

TS-former

3 points·1 year ago

While some of the ideas were Mark's the execution was often decided by the board and other execs. The 24/7 thing was a mistake and I would bet that Mark would admit that.

My experiences with him left me feeling like he is an extremely smart businessman and very competent leader. He was railroaded on a few things.

Keep in mind, that while I worked for corporate, I was not an executive, so I was not privy to some of the higher level conversations. I did see the decisions and aftermath of those conversations though.

Share

ReportSave

## level 6

brad3378

1 point·1 year ago

What ever happened to the plan to expand in Ireland? There used to be a lot of hype and I would have even considered vacationing there

Plans for the Ireland location look like they just evaporated from the entire internet.

---

## Techshop brand value analysis: Appendix

Even the Abu Dhabi location (which did open) didn't seem to get much love from the main Techshop franchise. I have to admit I was a bit miffed to be charged to visit Abu Dhabi despite having a valid active membership in the USA, but I digress.
Share

ReportSave

## level 4

ffxivdia

2 points·1 year ago

How was techshop DC? Just curious.
I always wondered why there seems to be barely any community marketing efforts at all at the DC one. There were events, tho never advertised well. No clubs either. Techshop wasn't even represented at all at the last local Maker Faire I went to. If it weren't for a weird chance I went to a restaurant next door I would've never knew it existed.
Share

ReportSave

## level 5

TS-former

2 points·1 year ago

DC was profitable. Events were run by the stores and not corporate, which is partly why they never got great promotion.
Maker Faire presence was scaled back immensely partly for budget reasons, and partly because it never got TechShop all that much business.
I'm pretty sure that the stores that were most profitable were Austin, Chandler, DC, and San Francisco.
Share

ReportSave

## level 6

TallMikeSTL

2 points·1 year ago

How was StLouis?
Share

ReportSave

## level 7

creativeburrito

**Techshop brand value analysis: Appendix**

2 points·1 year ago

I absolutely loved it there. I got the feeling it wasn't bleeding but wasn't super profitable yet. "It takes 1000 days to find your legs with a business", less with a franchise; man, I feel like they were close to figuring things out if they weren't already. It's just hard to say without any access to numbers.
Re: The website, I had a hard time referring my friends who work in digital and tinker on the weekends (or want to) because the site was so 10 years ago.
Little did they know how amazing the community and place really was.
The events helped, at least as a conversation starter. Esp with those friends with a side hustle or family that had the DIY bug growing up.
Still sad.
Share

ReportSave

## level 8

mrkwong

2 points·1 year ago

The worst part about the Techshop website from the company's perspective, aside from needing a phone call to book anything, has to be that the google calendar gave them only the loosest view of how much of their equipment was being used, what, when, and by whom.
Share

ReportSave

## level 9

creativeburrito

1 point·1 year ago

3 integration without even googling: Acuity Scheduling, Calendly, or Schedule once.
Share

ReportSave

## level 10

mrkwong

2 points·1 year ago

No, I understand. But I don't believe it's anything Techshop corporate ever did to manage their member base (that supposed 'if you're 15 minutes late you're a bad boy) nor did they ever use something like that to plan the tooling at their shops around what needs to be expanded,e tc.
Share

ReportSave

## level 7

**Techshop brand value analysis: Appendix**

TS-former

1 point·1 year ago

I don't know about St. Louis - they opened that store right before I left the company.
Share

ReportSave

## level 8

brad3378

3 points·1 year ago

I wonder if the profitability numbers will become public during the bankruptcy proceedings?
It could be useful information for other makerspaces trying to keep their own doors open. I'll always
have fond memories of the time I spent at Techshop but I hope that other maker communities can
learn from the mistakes made and succeed.
Share

ReportSave

## level 9

mrkwong

4 points·1 year ago·edited 1 year ago

It would be interesting to know from a planning standpoint not just bottom-line profitability but
shop-by-shop membership and revenues, % equipment utilization, etc. That clarifies who you need
to target (or how you need to structure your pricing to bring in those who might not otherwise be
profitable), how much you can spend on space and how much you need to find in
grants/parternships.
As a member since the days of Menlo Park and random third-hand equipment, it seemed pretty clear
that certain location and build-out decisions were costing the company a lot of money, were often
not well executed (the last RWC relocation was never much more than half-completed), and the
latest SJ site was ridiculous. When I saw that place I figured "McD can survive a failure like this, but I
doubt Techshop can".
If you're going to have a waterjet and a shopbot, mills, powdercoating etc. you better have parking
for someone to unload half a dozen 4x8 sheets of plywood (as I routinely did at the old MP shop) or
200lb of steel and there's really no reason for such a shop to be located downtown. I'd be interested
in hearing from insiders on when the company knew they'd have to vacate the old SJ (which was
decently laid-out, despite downtown) and when they leased RWC, because as far as I'm concerned a
single consolidated site with more tools and better access in Mountain View Santa Clara etc. would
have made a lot more sense. Was someone obsessed with staying close to SJSU? Cheaper and better
marketing to run a nightly shuttle van?
Maybe it's not useful to try to make 'one' shop in the Bay Area real estate world - you can do 3D
printers, electronic test gear, etc. in cubicle-world, and depending on the building probably lasers

## Techshop brand value analysis: Appendix

etc. But you can't do a woodshop, a shopbot, a waterjet, or a decent machine shop there. You need room, power, ventilation, and parking/access.
Share

ReportSave

## level 10

brad3378

2 points·1 year ago

Very good points - especially about logistics. The ability to power a 50+ horsepower waterjet machine and other large equipment isn't trivial.
Perhaps Techshop tried to do too much? Maybe the "blue collar" tools like the metalworking, welding, and wood shops should have been their own entity and located in an industrial business park while the "white collar" geek toys like the CAD workstations, 3D printers, etc maybe should have been located in trendy urban areas?
I really enjoyed having access to the wide variety of equipment, but frankly I didn't see many members use the full variety of machines. We all seemed to have our favorite areas of the shop and maybe it would have been smarter to have Techshop split into smaller, more focused entities. It certainly would have made it easier to find more eligible locations for storefront rentals for a "computer geek" makerspace without having to worry about the logistics of waterjet power requirements, loading docks, etc. Likewise choosing an industrial site in a grungy neighborhood would have made it more difficult to market towards the trendy computer geek maker crowd.
Share

ReportSave

## level 6

GrayscaleUnicorn

1 point·1 year ago

Looking to get in contact with Tara a dream consultant from the DC location. Please ask her to DM me on reddit.
Share

ReportSave

## level 4

c loves keyboards

1 point·1 year ago

Can you tell us more? What events and who at SFTS was responsible?
Share

ReportSave

**Techshop brand value analysis: Appendix**

## level 4

oaklandpark

1 point·11 months ago

I'm not sure exactly where you get this idea that TSSF spent $40K on events to only make $5K to $10K, but that is completely false. I'm also on the inside and know for a fact that the TSSF event business was very profitable, operated with high margins and was a revenue generator.
Share

ReportSave

## level 2

TallMikeSTL

3 points·1 year ago

Thanks for the insight.
Share

ReportSave

## level 3

TS-former

11 points·1 year ago

You are welcome. I still think there is an opportunity for someone to make the TechShop model work. The message they are putting out sounds like "Well, we tried and failed, so obviously its impossible."
That is crap. The business can work with the right decisions and people. It just needs to be done right from the beginning.
Share

ReportSave

## level 4

TallMikeSTL

2 points·1 year ago

The model that seems like it would work the best is a public/private partnership, non profit.
Share

ReportSave

## level 5

TS-former

2 points·1 year ago

---

**Techshop brand value analysis: Appendix**

I think that TechShop missed a lot of opportunity with PPP's - they were exploring those kinds of opportunities and decided to push the international expansion instead.
A non-profit model could certainly work, but a for profit model is certainly doable as well.
Share

ReportSave

## level 6

TallMikeSTL

3 points·1 year ago

The worry now, has TS burnt the bridges?
Share

ReportSave

## level 2

edrz

2 points·1 year ago

I can see all of this. The education system at TechShop was also awful, especially near the end (which makes sense given the lack of paying on time). I saw so many potential new members get turned away by their first class.
Share

ReportSave

## level 3

tswonk

4 points·1 year ago

my favorite was when i went to the water jet SBU, and the water jet didn't work. there was a lot of "this is what you would do if it worked." such bullshit.
Share

ReportSave

## level 4

brad3378

3 points·1 year ago

Holy cow! That's like a $200 class too!
Share

ReportSave

## level 1

**Techshop brand value analysis: Appendix**

Riptide360

15 points·1 year ago

Sad day for Creators, Dreamers and Makers. I learned so much at the TechShop. You'll be missed.
Share

ReportSave

## level 2

brad3378

12 points·1 year ago

Lifetime member here.
As cliche as it sounds, I'm going to miss the community the most. I liked to call it a country club for geeks.

# #RIPtechshop

Share

ReportSave

## level 3

CrystalBlackheart

4 points·1 year ago

That's the most tragic thing about this whole situation.
Share

ReportSave

## level 2

TallMikeSTL

6 points·1 year ago

Fucking hell, just got the email, Techshop stl is closed. I had 8 months og membership left
Share

ReportSave

## level 3

tswonk

13 points·1 year ago

i lost a $25k investment. count yourself lucky.
Share

---