# EXHIBIT E

James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **[PROPOSED] ORDER GRANTING TECHSHOP'S MOTION FOR LEAVE** |

Plaintiff has filed a motion for leave to file a *Daubert* motion to preclude Defendants' proposed expert witnesses, Jeremiah Johnson and Mark Bunger, from testifying as experts at the upcoming trial. The Court has reviewed the papers and, good cause appearing therefore, the motion is **GRANTED**.

The parties shall abide by the following schedule for briefing on Plaintiff's *Daubert* motion.

1. Plaintiff will file the *Daubert* motion on or before April 9, 2019;

2. Defendants will file their response, if any, to the *Daubert* motion on or before April 16, 2019; and

3. Plaintiff will file its reply, if any, which shall be limited to three pages, on or before April 23, 2019.

**IT IS SO ORDERED.**

1
2   Dated March ____, 2019
3                                           _____
                                            HON. HAYWARD S. GILLIAM, JR.
                                            United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28