1   Ann McFarland Draper (Bar No. 065669)
    courts@draperlaw.net
2   Draper Law Offices
    75 Broadway, Suite 202
3   San Francisco, California 94111
    Telephone: (415) 989-5620
4
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
8   Telephone:   (650) 801-5000
    Facsimile:   (650) 801-5100
9
    Ed DeFranco (Bar No. 165596)
10  eddefranco@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
11  New York, NY 10010
    Telephone:   (212) 849-7000
12  Facsimile:   (212) 849-7100

13  John E. Nathan (*Pro Hac Vice*)
    jnathan155@yahoo.com
14  John E. Nathan LLC
    1175 Park Avenue
15  New York, NY 10128
    Telephone:   (917) 960-1667
16
    Attorneys for Defendants and Counterclaimants
17

18              **UNITED STATES DISTRICT COURT**

19      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

20  | TECHSHOP, INC., a California | Case No:  4:18-cv-01044-HSG (JCS) |
    corporation, DORIS A. KAELIN, in her
21  capacity as Chapter 7 bankruptcy trustee for
    TECHSHOP, INC.,                        **DEFENDANTS' AND**
22                                          **COUNTERCLAIMANTS' NOTICE OF**
                 Plaintiff,                 **WITHDRAWAL OF DKTS. 107 AND 108**
23
            v.
24                                          Hearing Date: June 20, 2019, 2:00 pm
    DAN RASURE et al.                       Pretrial Conference: April 30, 2019, 3:00 p.m.
25                                          Trial: June 3, 2019, 8:00 a.m.
                 Defendants.                Judge: Hon. Haywood S. Gilliam Jr.
26

27  AND RELATED COUNTERCLAIMS

28

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants and Counterclaimants ("Defendants") hereby withdraw their Administrative Motion for Leave to File *Daubert* Motion, Dkt. 108 in the above-captioned matter, and the associated Administrative Motion to File Under Seal, Dkt. 107. Defendants make this Notice of Withdrawal because the motions are no longer before the Court; as they have been re-filed as a Motion for Leave to File *Daubert* Motion, Dkt. 112, and associated Administrative Motion to File Under Seal, Dkt. 111.

1    DATED:  March 22, 2019

2

3
                                                By _____/s/ Andrea Pallios Roberts_____
4                                                   Ann McFarland Draper (Bar No. 065669)
                                                    courts@draperlaw.net
5                                                   Draper Law Offices
                                                    75 Broadway, Suite 202
6                                                   San Francisco, California 94111
                                                    Telephone: (415) 989-5620
7
                                                    QUINN EMANUEL URQUHART &
8                                                   SULLIVAN, LLP
                                                    Kevin P.B. Johnson (Bar No. 177129)
9                                                   kevinjohnson@quinnemanuel.com
                                                    Andrea Pallios Roberts (Bar No. 228128)
10                                                  andreaproberts@quinnemanuel.com
                                                    555 Twin Dolphin Drive, 5th Floor
11                                                  Redwood Shores, California 94065-2139
                                                    Telephone:    (650) 801-5000
12                                                  Facsimile:    (650) 801-5100

13                                                  Ed DeFranco (Bar No. 165596)
                                                    eddefranco@quinnemanuel.com
14                                                  51 Madison Avenue, 22nd Floor
                                                    New York, NY 10010
15                                                  Telephone:    (212) 849-7000
                                                    Facsimile:    (212) 849-7100
16
                                                    John E. Nathan (Pro Hac Vice)
17                                                  jnathan155@yahoo.com
                                                    John E. Nathan LLC
18                                                  1175 Park Avenue
                                                    New York, NY 10128
19                                                  Telephone:    (917) 960-1667

20                                                  Attorneys for Defendants and Counterclaimants

21

22

23

24

25

26

27

28