1  COUNSEL LISTED ON NEXT PAGE
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
10

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **JOINT ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON MOTIONS FOR LEAVE TO FILE *DAUBERT* MOTIONS** <br><br> Pretrial Conference: April 30, 2019, 3:00 p.m. <br> Trial: June 3, 2019, 8:00 a.m. |

Case No. 4:118-CV-01044-HSG (JCS)
JOINT ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON MOTIONS FOR LEAVE TO FILE *DAUBERT* MOTIONS

1 | James C. Pistorino (Bar No. 226496)
james@dparrishlaw.com
2 | Parrish Law Offices
224 Lexington Dr.
3 | Menlo Park, CA 94025
Telephone: (650) 400-0043
4
Attorneys for Plaintiff and Counter-defendants.
5

6 | Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
7 | Draper Law Offices
75 Broadway, Suite 202
8 | San Francisco, California 94111
Telephone: (415) 989-5620
9
QUINN EMANUEL URQUHART & SULLIVAN, LLP
10 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
11 | Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
12 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
13 | Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
14
Ed DeFranco (Bar No. 165596)
15 | eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
16 | New York, NY 10010
Telephone:    (212) 849-7000
17 | Facsimile:    (212) 849-7100

18 | John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
19 | John E. Nathan LLC
1175 Park Avenue
20 | New York, NY 10128
Telephone:    (917) 960-1667
21
Attorneys for Defendants and Counterclaimants

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rules 6-1, 6-2, and 7-11 of the Northern District of California,
2 Plaintiff and Counter-defendants ("Plaintiff") and Defendants and Counterclaimants
3 ("Defendants") (collectively, "the Parties") in the above-captioned case submit this Joint Motion
4 for Administrative Relief Shortening Time for the Parties' Motion for Leave to File *Daubert*
5 Motions (Dkts. 112 and 114) in this case.
6   WHEREAS, the Parties each stipulated to the opposing party seeking leave to file a
7 *Daubert* Motion, under the terms set forth in Dkt. 106;
8   WHEREAS, Defendants filed a Motion for Leave to File *Daubert* Motion against Eric
9 Matolo, Ph.D. ("Defendants' Motion for Leave") (Dkt. 112);
10   WHEREAS, Plaintiff filed a Motion for Leave to File *Daubert* Motion (Dkt. 114);
11   WHEREAS, the Pretrial Conference is scheduled for April 30, 2019, 3:00 p.m.;
12   WHEREAS, trial in this matter is scheduled to begin on June 3, 2019; and
13   WHEREAS, the earliest available hearing date on the Parties' respective Motions for
14 Leave is June 20, 2019, after the trial date in this matter;
15   The parties stipulate and agree, through their undersigned counsel of record, that neither
16 party will file an opposition to the opposing party's Motion for Leave (Dkt. 106), and that the
17 Court may decide the Parties' Motions for Leave without a hearing.
18   The Parties further respectfully request that the Court shorten time to resolve the Parties'
19 respective Motions for Leave so that, to the extent the Court grants the Motion(s) for Leave, the
20 Court so rules sufficiently in advance of the Pretrial Conference to allow for full briefing on the
21 *Daubert* motion(s) prior to the Pretrial Conference.

| | |
|---|---|
| DATED: March 22, 2019 | DATED: March 22, 2019 |
| By */s/ James C. Pistorino*<br>James C. Pistorino (Bar No. 226496)<br>james@dparrishlaw.com<br>Parrish Law Offices<br>224 Lexington Dr.<br>Menlo Park, CA 94025<br>Telephone: (650) 400-0043<br><br>Attorneys for Plaintiff and Counterdefendants | By           */s/ Andrea Pallios Roberts*<br>Ann McFarland Draper (Bar No. 065669)<br>courts@draperlaw.net<br>Draper Law Offices<br>75 Broadway, Suite 202<br>San Francisco, California 94111<br>Telephone: (415) 989-5620<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Andrea Pallios Roberts (Bar No. 228128)<br>andreaproberts@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>Ed DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:    (212) 849-7000<br>Facsimile:      (212) 849-7100<br><br>John E. Nathan (P*ro Hac Vice*)<br>jnathan155@yahoo.com<br>John E. Nathan LLC<br>1175 Park Avenue<br>New York, NY 10128<br>Telephone:    (917) 960-1667<br><br>Attorneys for Defendants and Counterclaimants |

1

**SIGNATURE ATTESTATION**

2   Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in

3   the filing of this document has been obtained from James C. Pistorino.

4

5
          */s/ Andrea Pallios Roberts*
           Andrea Pallios Roberts

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS ORDERED**

The Court, having reviewed the Stipulation, and finding good cause, hereby issues an Order as follows:

1. Neither party will file an opposition to the opposing party's Motion for Leave (Dkts. 112 & 114);
2. The Court may decide the Parties' Motions for Leave without a hearing;
3. The Court will shorten time to resolve the Parties' respective Motions for Leave.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Haywood S. Gilliam, Jr.
United States District Judge