Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **DEFENDANTS' AND COUNTERCLAIMANTS' NOTICE OF SERVICE OF TRIAL SUBPOENAS** <br><br> Pretrial Conference: April 30, 2019, 3:00 p.m. <br> Trial: June 3, 2019, 8:00 a.m. <br> Judge: Hon. Haywood S. Gilliam, Jr, |

PLEASE TAKE NOTICE that Defendants and Counterclaimants, through their undersigned counsel, have served Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action for the following witnesses to testify at the trial commencing June 3, 2019:

1. James W. Newton
   524 Keelson Circle
   Redwood City, CA 94065

2. Doug Busch
   Chairman of the Board of Directors, Blue Shield of California
   50 Beale Street
   San Francisco, CA 94105
   c/o Carl P. Blaine. Esq.
   Wagner Kirkman Blaine Klomparens & Youmans LLP
   10640 Mather Blvd. Suite 200
   Mather CA 95655

3. Daniel B. Woods
   312 Laurel Way
   Mill Valley, CA 94941
   c/o Brandon D. Smith, Esq.
   Scherer Smith & Kinney, LLP
   140 Geary Street, 7th Floor
   San Francisco, CA 94108

4. Michael Hilberman
   3495 Sierra Road
   San Jose, CA 95132

1 | Plaintiff's counsel was served with copies of the foregoing Subpoenas for Messrs. Newton, Woods and Hilberman on March 15, 2019.  Plaintiff's counsel was served with a copy of the foregoing Subpoena for Mr. Busch on March 25, 2019.

Mr. Newton was served with the foregoing Subpoena on March 17, 2019.  Mr. Busch's attorney Carl P. Blaine accepted service of the foregoing Subpoena on March 29, 2019.  Mr. Woods' attorney Brandon D. Smith accepted service of the foregoing Subpoena on March 19, 2019.  Mr. Hilberman was served with the foregoing Subpoena on March 18, 2019.

DATED:  March 29, 2019

By       /s/ Andrea Pallios Roberts
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (Pro Hac Vice)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants