James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: 4:18-cv-01044-HSG-JCS <br><br> **TECHSHOP'S ANSWER TO COUNTERCLAIMS** <br><br> Pretrial Conference April 30, 2019, 3:00pm <br> Trial: June 3, 2019 8:00am <br> Judge: Hon. Haywood Gilliam Jr. |

Plaintiff-Counterclaim Defendant Doris A. Kaelin, as trustee for the estate of TechShop, Inc. (hereinafter "TechShop") responds to the cross-complaint filed by Mr. Rasure, et. al (hereinafter "Defendants") on July 26, 2018. TechShop notes that allegations against putative cross-defendants James Newton and Dan Woods have been dropped by Defendants. Further, as a result of the Court's Order of March 20, 2019, Defendants' Fourth Claim for Relief (¶¶ 73-83) (and related prayer for relief) has been dismissed. With respect to the remaining allegations, TechShop responds as follows:

1. Regarding the allegations of Paragraph 1, TechShop is without information as to the allegations and, on that basis, denies them.

2. Regarding the allegations of Paragraph 2, TechShop is without information as to the allegations and, on that basis, denies them.

3. Regarding the allegations of Paragraph 3, TechShop is without information as to the allegations and, on that basis, denies them.

4. Regarding the allegations of Paragraph 4, TechShop's last principal place of business was in San Jose. Regarding the remaining allegations, TechShop admits them.

5. Regarding the allegations of Paragraph 5, TechShop admits them.

6. Regarding the allegations of Paragraph 6, except as to the residence of Mr. Newton, TechShop denies them. On information and belief, TechShop states that Mr. Newton resides in this district.

7. Regarding the allegations of Paragraph 7, except as to the residence of Mr. Woods, TechShop denies them. On information and belief, TechShop states that Mr. Woods resides in this district.

8. Regarding the allegations of Paragraph 8, TechShop is without information as to the allegations and, on that basis, denies them.

9. Regarding the allegations of Paragraph 9, TechShop is without information as to the allegations and, on that basis, denies them.

10. Regarding the allegations of Paragraph 10, TechShop is without information as to the allegations and, on that basis, denies them.

11. Regarding the allegations of Paragraph 11, TechShop is without information as to the allegations and, on that basis, denies them.

12. Regarding the allegations of Paragraph 12, TechShop admits them.

13. Regarding the allegations of Paragraph 13, TechShop admits them.

14. Regarding the allegations of Paragraph 14, TechShop denies them.

15. Regarding the allegations of Paragraph 15, TechShop denies them.

16. Regarding the allegations of Paragraph 16, TechShop admits them.

17. Regarding the allegations of Paragraph 17, TechShop denies them.

18. Regarding the allegations of Paragraph 18, TechShop denies them.

19. Regarding the allegations of Paragraph 19, TechShop denies them.

20. Regarding the allegations of Paragraph 20, TechShop admits them.

21. Regarding the allegations of Paragraph 21, TechShop admits them.

## FIRST CLAIM FOR RELIEF

22. Regarding the allegations of Paragraph 22, no response is required.
23. Regarding the allegations of Paragraph 23, TechShop admits them.
24. Regarding the allegations of Paragraph 24, TechShop denies them.
25. Regarding the allegations of Paragraph 25, TechShop denies them.
26. Regarding the allegations of Paragraph 26, TechShop denies them.
27. Regarding the allegations of Paragraph 27, TechShop denies them.
28. Regarding the allegations of Paragraph 28, TechShop denies them.
29. Regarding the allegations of Paragraph 29, TechShop denies them.
30. Regarding the allegations of Paragraph 30, TechShop denies them.
31. Regarding the allegations of Paragraph 31, TechShop denies them.

## SECOND CLAIM FOR RELIEF

32. Regarding the allegations of Paragraph 32, no response is required.
33. Regarding the allegations of Paragraph 33, TechShop admits them.
34. Regarding the allegations of Paragraph 34, TechShop denies them.
35. Regarding the allegations of Paragraph 35, TechShop denies them.
36. Regarding the allegations of Paragraph 36, TechShop denies them.
37. Regarding the allegations of Paragraph 37, TechShop denies them.
38. Regarding the allegations of Paragraph 38, TechShop denies them.
39. Regarding the allegations of Paragraph 39, TechShop denies them.
40. Regarding the allegations of Paragraph 40, TechShop denies them.
41. Regarding the allegations of Paragraph 41, TechShop denies them.

## THIRD CLAIM FOR RELIEF

42. Regarding the allegations of Paragraph 42, no response is required.
43. Regarding the allegations of Paragraph 43, TechShop is without information as to the allegations and, on that basis, denies them.
44. Regarding the allegations of Paragraph 44, TechShop is without information as to the allegations and, on that basis, denies them.

45. Regarding the allegations of Paragraph 45, TechShop admits that an MOU was signed. As to the remaining allegations, TechShop is without information as to the allegations and, on that basis, denies them.

46. Regarding the allegations of Paragraph 46, TechShop is without information as to the allegations and, on that basis, denies them.

47. Regarding the allegations of Paragraph 47, TechShop is without information as to the allegations and, on that basis, denies them.

48. Regarding the allegations of Paragraph 48, TechShop admits only that it terminated the MOU based on non-performance.

49. Regarding the allegations of Paragraph 49, TechShop is without information as to the allegations and, on that basis, denies them.

50. Regarding the allegations of Paragraph 50, TechShop is without information as to the allegations and, on that basis, denies them.

51. Regarding the allegations of Paragraph 51, TechShop is without information as to the allegations and, on that basis, denies them.

52. Regarding the allegations of Paragraph 52, TechShop is without information as to the allegations and, on that basis, denies them.

53. Regarding the allegations of Paragraph 53, TechShop is without information as to the allegations and, on that basis, denies them.

54. Regarding the allegations of Paragraph 54, TechShop is without information as to the allegations and, on that basis, denies them.

55. Regarding the allegations of Paragraph 55, TechShop denies them.

56. Regarding the allegations of Paragraph 56, TechShop admits that it terminated the MOU for non-performance. As to the remaining allegations, TechShop is without information as to the allegations and, on that basis, denies them.

57. Regarding the allegations of Paragraph 57, TechShop is without information as to the allegations and, on that basis, denies them.

| | |
|---|---|
| 1 | |
| 2 | 58.  Regarding the allegations of Paragraph 58, TechShop is without information as to the allegations and, on that basis, denies them. |
| 3 | 59.  Regarding the allegations of Paragraph 59, TechShop denies them. |
| 4 | 60.  Regarding the allegations of Paragraph 60, TechShop denies them. |
| 5 | 61.  Regarding the allegations of Paragraph 61, TechShop denies them. |
| 6 | 62.  Regarding the allegations of Paragraph 62, TechShop denies them. |
| 7 | 63.  Regarding the allegations of Paragraph 63, TechShop denies them. |
| 8 | 64.  Regarding the allegations of Paragraph 64, TechShop denies them. |
| 9 | 65.  Regarding the allegations of Paragraph 65, TechShop denies them. |
| 10 | 66.  Regarding the allegations of Paragraph 66, TechShop denies them. |
| 11 | 67.  Regarding the allegations of Paragraph 67, TechShop denies them. |
| 12 | 68.  Regarding the allegations of Paragraph 68, TechShop denies them. |
| 13 | 69.  Regarding the allegations of Paragraph 69, TechShop denies them. |
| 14 | 70.  Regarding the allegations of Paragraph 70, TechShop denies them. |
| 15 | 71.  Regarding the allegations of Paragraph 71, TechShop denies them. |
| 16 | 72.  Regarding the allegations of Paragraph 72, TechShop denies them. |

**FOURTH CLAIM FOR RELIEF**

73. Regarding the allegations of Paragraph 73, no response is required.
74. Regarding the allegations of Paragraph 74, no response is required.
75. Regarding the allegations of Paragraph 75, no response is required.
76. Regarding the allegations of Paragraph 76, no response is required.
77. Regarding the allegations of Paragraph 77, no response is required.
78. Regarding the allegations of Paragraph 78, no response is required.
79. Regarding the allegations of Paragraph 79, no response is required.
80. Regarding the allegations of Paragraph 80, no response is required.
81. Regarding the allegations of Paragraph 81, no response is required.
82. Regarding the allegations of Paragraph 82, no response is required.
83. Regarding the allegations of Paragraph 83, no response is required.

James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff