# EXHIBIT D

| | |
|---|---|
| **From:** | Daniel Woods <daniel.woods@techshop.ws> |
| **Sent:** | Wednesday, January 31, 2018 4:03 PM |
| **To:** | ryan.lloyd@wilco.org |
| **Cc:** | Dan Rasure |
| **Subject:** | Authorizing Dan Rasure of TechShop 2.0, LLC to Pay TechShop Round Rock, LLCs Past Due Taxes |

Ryan,

TechShop, Inc's wholly owned subsidiary, TechShop Round Rock, LLC owes $11,423.19 of past due taxes, payable to the Texas County Clark.

Mr. Dan Rasure, representing TechShop, 2.0 LLC (no affiliation with TechShop, Inc.) would like to pay these past due taxes.

The property in Question is:

TechShop Round Rock

120 Sundance Pkwy #350

Round Rock, TX 78681

The name and address of the company authorized to pay these taxes on behalf ot TechShop Round Rock, LLC is:

Dan Rasure

TechShop 2.0, LLC

2130 Grad Avenue

Des Moines, IA 50312

I hereby authorize Dan Rasure and TechShop 2.0, LLC to pay these past due taxes.

Kind Regards,

Dan

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

DR013253