# EXHIBIT N



https://www.facebook.com/pg/techshopinc/posts/



**TechShop Incorporated**
@techshopinc

Home
Services
Reviews
Offers
Photos
Videos
Posts
Events
About
Community
Info and Ads

Create a Page



**TechShop Incorporated**
December 1, 2017

The next iteration of TechShop is in the works. Techshop, Inc. has reached an agreement and principal to sell the entire company to a group called TechShop 2.0, LLC. Further information will be made available over the next few days through email, social media, and at techshop.com.

The vision is to re-open and continue running open-access makerspaces, beginning with original and priority TechShop locations.

TechShop 2.0 will work with members at each location for the purpose of assisting anyone who may need to remove personal materials from one of our locations.

Stay tuned for regular updates.

