1  Ann McFarland Draper (Bar No. 065669)
   courts@draperlaw.net
2  Draper Law Offices
   75 Broadway, Suite 202
3  San Francisco, California 94111
   Tel: (415) 989-5620
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Andrea Pallios Roberts (Bar No. 228128)
   andreaproberts@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   Ed DeFranco (Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, NY 10010
   Telephone:    (212) 849-7000
12 Facsimile:    (212) 849-7100

13 John E. Nathan (*Pro Hac Vice*)
   jnathan155@yahoo.com
14 John E. Nathan LLC
   1175 Park Avenue
15 New York, NY 10128
   Telephone:    (917) 960-1667
16
   Attorneys for Defendants and Counterclaimants
17
                    **UNITED STATES DISTRICT COURT**
18
          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
19
   TECHSHOP, INC., a California
20 corporation, DORIS A. KAELIN, in her
   capacity as Chapter 7 bankruptcy trustee for    Case No: 4:18-cv-01044-HSG (JCS)
21 TECHSHOP, INC.,

22        Plaintiff,                               **CERTIFICATE OF SERVICE**

23        v.

24 DAN RASURE et al.

25        Defendants

26
   AND RELATED COUNTERCLAIMS
27

28

Case No. 4:118-CV-01044-HSG (JCS)
CERTIFICATE OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139.

On April 8, 2019, I served true copies of the following document(s) **entitled:**:

**EXHIBIT A IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION TO PRECLUDE PLAINTIFF'S ECONOMIC EXPERT DR. ERIC MATOLO FROM TESTIFYING AT TRIAL ON THREE SUBJECTS**

**EXHIBIT C IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION TO PRECLUDE PLAINTIFF'S ECONOMIC EXPERT DR. ERIC MATOLO FROM TESTIFYING AT TRIAL ON THREE SUBJECTS**

**EXHIBIT G IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION TO PRECLUDE PLAINTIFF'S ECONOMIC EXPERT DR. ERIC MATOLO FROM TESTIFYING AT TRIAL ON THREE SUBJECTS**

**EXHIBIT H IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION TO PRECLUDE PLAINTIFF'S ECONOMIC EXPERT DR. ERIC MATOLO FROM TESTIFYING AT TRIAL ON THREE SUBJECTS**

**EXHIBIT I IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' *DAUBERT* MOTION TO PRECLUDE PLAINTIFF'S ECONOMIC EXPERT DR. ERIC MATOLO FROM TESTIFYING AT TRIAL ON THREE SUBJECTS**

by serving true copies of the above-described documents in the following manner:

  X   BY ELECTRONIC MAIL

The above-described documents were transmitted via electronic mail to the following parties on April 8, 2019:

James C. Pistorino james@dparrishlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 8, 2018, at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts