# EXHIBIT B

**Techshop brand value analysis**                    ✂ innovationlab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation,<br>　　　　　　Plaintiff,<br>vs.<br><br>DAN RASURE, et al,<br><br>　　　　　　Defendants.<br>And Related Cross Action | **Case No. 4:18-cv-01044-HSG-JCS**<br><br><br><br><br>Action Filed:　February 26, 2018<br>Trial Date:　　June 3, 2019 |

Expert Report of

Mark Bünger

November 19, 2019

# Techshop brand value analysis            ✂ innovationlab

## Summary
This report was produced by Mark Bünger, a former member of Techshop and current member of TheShop. I have worked in market research (my undergraduate degree) and corporate technology strategy for more than 25 years, with a focus on manufacturing. I have specifically studied the maker movement as a future direction for manufacturing, and have written and advised corporations extensively on the topic.

In sum, my view is that:

- The value of the Techshop brand began to decline as early as 2013
- The messy bankruptcy of Techshop in November 2017 damaged customers and employees to an extent that the brand held negative value
- There was no possibility of confusion as to the separate origin of Techshop and "Techshop 2.0", based on statements by all parties and independent observers



Mark Bünger

Nov 19, 2018

## Outline
My report provides an overview of the concept of brand equity in general, and as it applies in the case of Techshop and Techshop 2.0. In terms of methodology:

- It first discusses **methods for assessing brand equity**, using examples of positive brand equity (such as Apple) and of major loss of brand equity (such as Enron and Volkswagen).
- It looks at specific **factors that lead to loss of equity**, in particular when a brand is subject to events that are sudden and surprising; are caused by negligence, incompetence, or active malfeasance; and that have a personal, material impact on customers, employees, and/or others who depended on the organization.
- If the brand survives, **trust and equity can be rebuilt, but the process takes significant time, money, and effort**. For example, Volkswagen has paid governments and customers billions of dollars in compensation and pledged to invest billions in electric vehicles.
- Looking at the case of Techshop's brand equity, it looks at the historical drivers of the brand's value, from its founding until today. It cites traditional and social media sources, as well as sentiment analysis tools like Google Trends that analyze a variety of media sources to assess interest in a brand.

# Techshop brand value analysis                                 ⚘ innovationlab

## Manual findings

I examined the text of many hundreds of media posts manually, and highlighted key words and phrases (see appendix for raw data). In my analysis, based on sentiments expressed in these channels:

- **Members, employees, and the maker community more broadly were aware that the company was struggling as early as 2016, and blamed management mistakes** for those struggles. The sudden resignation of Mark Hatch as CEO in 2016, layoffs and talk about a "strategic pivot" to licensing in May 2017, and the sudden closure of the Pittsburg store in September 2017 are examples.
- The **abrupt and conflicting communications and actions during November 2017, which materially damaged employees and members as well as investors, accelerated the decline of the brand equity**. Management attempted to deflect blame by calling the for-profit makerspace business model "impossible to sustain" despite the existence of many thriving makerspaces, and their own recent attempts to raise capital and open locations under that model.
- By December 2017, confusion had given way to frustration and anger with the company and its management. It was not unusual for a member to have lost thousands of dollars in pre-paid membership fees; and small businesses who relied on the space also lost access to tools and materials they needed and owned just as the holiday sales season was starting. Like Enron and Volkswagen, **the brand was in negative equity,** since members and employees felt (and were legally entitled to) compensation that exceeded the company's ability to pay them.
- Any positive brand value would be due to the existence of a separate entity with the name, Techshop 2.0, which promised to re-open sites and honor existing memberships. Techshop management's sparse and vague communication about the reasons for rejecting the offer exacerbated negative sentiment still further. In other words, **the transfer of brand value was from Techshop 2.0 to Techshop, not vice versa.**
- **There could be little confusion about the fact that Techshop 2.0 was a separate entity,** or that it was using the Techshop name with the apparent consent of the original entity. Almost all of the communication from Techshop itself, traditional media coverage, and social media commentary states (and even emphasizes) the fact that Techshop 2.0 was a separate entity.

## Statistical findings

In addition to my manual analysis, I used a few statistical services for brand sentiment analysis. They showed that:

- **Interest in Techshop (as measured by Google Trends) peaked in 2014, then gradually declined through 2017.** There was a short spike in Nov 2017 around the bankruptcy announcement, and the decline accelerated after that. Note that "interest" is a combination of positive, negative, and neutral sentiment.
- Sentiment of "TechShop" (as measured by Protagonist.io and Crimson Hexagon) from Jan 1, 2017 to January 31, 2018 was balanced at 9% negative, 9% positive, and 82% neutral. However, **November 2017 and January 2018 both saw large spikes in negative brand sentiment** as measured in negative mentions (roughly 10x and 2x volume increases respectively).
- Employee reviews of Techshop on Glassdoor showed **only 30% would recommend the company to a friend, and only 19% approved of the CEO.** The drop in assessment occurred in June 2017, while the company's struggles were becoming apparent but before the bankruptcy was

announced. Employee sentiment is a more critical component of brand equity in makerspaces than in other businesses, since the lines between employee and customer are more blurred (for example, many members are hired as employees) in a maker community.

## Overview of brand equity assessments

### Methods for assessing brand equity

Brand equity, and similar concepts like brand value and brand premium, indicate the amount a customer is willing to pay for a product or service from company A, compared to a functionally similar product from company B. For example, Apple is able to charge more for its mobile phones that other providers of phones with the same or even better features, because of the positive associations that consumers have with the brand.

Some brand value assessments are completely subjective, as in 2016 when then-candidate Donald Trump claimed that a large part of his net worth was the value of his brand, above and beyond the typical market value of the casinos, steaks, and education services that his companies sold. However, several marketing and advertising organizations publish annual rankings of brand value that calculate brand value quantitatively, as a combination of factors measured by surveys, sales figures, and other data.[1] Two prominent examples include:

- Interbrand http://interbrand.com/best-brands/best-global-brands/2017/ranking/#?listFormat=ls
- Brand Finance http://brandirectory.com/Brand-Finance-Global-500-Report.pdf

### Examples of positive brand equity

Brand Finance defines brand contribution as "the overall uplift in shareholder value that the business derives from owning the brand rather than operating a generic brand." Although the methodologies and results differ, both studies arrive at roughly the same leaders and losers. The Interbrand assessment mentioned above lists Apple, Google, Microsoft, Coca-Cola, Amazon, and Samsung as the strongest brands in the world; Apple's brand is valued at $184 billion. Brand Finance listed it at $106 billion (2017) and Google at $109 billion.

### Examples of major loss of brand equity

Both studies also examine growth and loss in brand equity, and the causes for it. For example, Brand Finance rates Amazon as the top global brand in 2018 with a value of $150 billion, representing a 42% increase from 2017, based on its aggressive expansion into areas like grocery with the purchase of Whole Foods. While it praises Apple's position, it also notes that Apple's brand value is at risk:

*Although Apple defended 2nd place in the ranking, with brand value rebounding to US$146.3 billion after the 27% decline last year, **its future looks bleak. Apple has failed to diversify and grown over-dependent on sales of its flagship iPhones** … With the advent of emerging world brands like Huawei, Apple's increasing focus on what are effectively luxury products may cost the brand a fair share of the global mass market, limiting the potential for brand value growth.*

---

[1] https://www.insightsassociation.org/issues-policies/best-practice/brand-equity-models-and-measurement

November 19, 2018                                                                                              page 3

# Techshop brand value analysis                     �֍ innovationlab

While Apple may be entering a period of decline, other brands fail swiftly, even into the negative. In other words, **negative-equity brands don't merely command less of a premium than a generic alternative, they actually force the company to sell its offerings at a value below what a generic competitor would charge.**

Enron and AIG, having contributed to the loss of billions of dollars and jobs, are two examples; BP after the Deepwater Horizon explosion is another[2]. When faced with negative brand equity, companies often must create a new brand to continue operating. ValuJet changed its name to Airtran after a fatal crash; Philip Morris changed its name to Altria after public sentiment increasingly blamed it for millions of smoker deaths.[3] One company still in the throes of a loss of brand equity is Volkswagen, as a result of its deliberate tampering with emissions controls of diesel vehicles, which was revealed in 2015:

*"Generating (Volkswagen's) level of brand demand doesn't happen overnight; it takes time and an awful lot of investment, most of which has now been erased. Consumers feel personally affronted; ashamed and betrayed. A small and random sampling of VW owners and potential buyers I spoke with has knocked the brand off the consideration list with a solid thud. Those kinds of visceral reactions take years – and perhaps decades some industry experts say – to overcome."[4]*

The emotional reactions to a brand collapse have operational and financial consequences for the business. In addition to billions of dollars in fines and payouts to customers, according to Interbrand's calculation, the Dieselgate scandal cut about $2.3 billion from VW's brand equity:[5]

*"Public perception of the brand was dealt an immediate blow. According to YouGov BrandIndex UK, the company's 'buzz' score fell from between 10 and 11 to -2 shortly after the news broke, while perception of its overall health plunged. And time didn't heal things: a survey by Autolist in February 2016 found public willingness to buy a Volkswagen had fallen by 28 percent, while perception of the brand's environmental consciousness had tumbled almost 50 percent. A quarter of those surveyed considered the scandal as bad as – or even worse than – the BP Deepwater Horizon catastrophe."[6]*

## Manual findings: Techshop brand equity had fallen to negative
Looking at the corporate examples, what these examples have in common are a crisis that was:

- Sudden and surprising
- Due to negligence, incompetence, or active malfeasance
- Damaging in a personal, material way on customers, employees, and/or others who depended on the organization

Based on my reading of more than 100 pages of raw traditional and social media posts about Techshop, focused on the period of its bankruptcy and closure but extending before and after, I believe that **the Techshop brand was gravely damaged and of negative value after November 2017.** While it could have

---

[2] https://www.brandingstrategyinsider.com/2010/07/negative-brand-equity-a-bp-death-sentence.html
[3] https://www.nytimes.com/1997/09/25/business/company-news-valujet-shares-rise-after-name-is-changed-to-airtran.html and https://www.prweek.com/article/1249231/philip-morris-completes-its-rebranding-altria-group
[4] http://blog.brandigo.com/brandigo-thinking/das-scandal-rebuilding-vws-brand-equity
[5] https://www.interbrand.com/best-brands/best-global-brands/2017/ranking/volkswagen/ and http://knowledge.wharton.upenn.edu/article/can-volkswagen-rebuild-its-brand/
[6] https://www.worldfinance.com/special-reports/the-six-biggest-brand-disasters-of-the-last-decade

# Techshop brand value analysis     ✂ innovationlab

been rebuilt with considerable time and money, that did not happen and is very unlikely to ever do so in the future. Even a rebranding would have likely been impossible, given the negative sentiment towards the company owners and management.

To explain this assessment, what follows are excerpts from those posts (see the appendix for complete articles and links).

## Sudden and surprising

- *The abrupt closure in November of TechShop workshops across the country disrupted the lives of small business owners and do-it-yourself hobbyists*
- *Ebitenyefa Baralaye of San Francisco, who was an artist-in-residence at TechShop, said he was stunned when the shop closed the day before the opening reception for an exhibit of his sculptures.*
- *It's a bummer for all involved, and likely a rather massive shock for the artists, designers and entrepreneurs who considered it home base. … TechShop's sudden shutdown will definitely leave a big hole to fill.*
- *Earlier today, I was stunned to hear that TechShop was filing for bankruptcy… (Techshop's apparent past success) would seem to make even more ominous Mr. Woods' conclusion that the core of the TechShop business model was "impossible."*
- *I've been following the TechShop post-apocalypse makerspace landscape.  A year after TechShop's sudden closing, … the maker community is able to rebound from such an unexpected failure.*
- *Ever since TechShop announced its demise in the United States on November 15, there has been a flurry of news about resurrections and denials… no one saw it coming… first bombshell dropped on December 3… But on December 12, bang! The MoU is annulled…. The saga continues.*
- *The maker world has taken a blow. On Wednesday, November 15, the TechShop makerspace chain, now liquidated, announced the closure of its ten locations in the United States… The announcement came as a shock.*
- *a colossal crash and burn*
- *I had heard complaints from staff but somehow I didn't imagine things would collapse so suddenly… really heartbroken*

## Due to negligence, incompetence, or active malfeasance

- *TechShop CEO Dan Woods sent out a notice to members, which Makezine has in full. The short version: the business model wasn't working, and they've been broke for a while.*
- *…TechShop served as some kind of test to see if makerspaces could have a sustainable business model. This closure has been held up by some as proof that makerspaces can't be profitable, or can't exist at all. Frankly, after traveling around the world and seeing community spaces of all kinds, this is just another business closing out of the many business that will close this year. …it would be silly to rely on a single entity as the litmus test for success.*
- *Analysis: A Failure that could have been prevented. TechShop's failure to find a sustainable business model can be explained by a combination of lack of vision and the high cost of operating… We believe that the TechShop management failed to act sooner - the company has been in business for over 10 years - to close or transfer unprofitable studios and actively seek*

---

November 19, 2018                                                     page 5

# Techshop brand value analysis ✂ innovationlab

- enough partnerships with local ecosystems (universities, companies, cities...) to offset its operating costs. Instead, it chose to open additional wholly-owned money-losing makerspaces.
- In retrospect TS was a classic Ponzi scheme, supported not by member dues but by new investors and suckers who bought "lifetime" memberships.
- If we just remember what we (who were in the trenches) learned while watching TechShop consistently overlook what we could see as plain as daylight...
- Months ago they stopped paying instructors and eventually they stopped making payroll while burning a rumored 5 million per year in corporate expenses.
- ...we have everything and probably know more than even ASU's attorneys at this point - who we feel aren't doing anything to get YOUR makerspace back... (the) majority of the money that funded the multi-million dollar Chandler Innovation Center was from your tax dollars!
- If ANY of the original founders or managers are in TS2.0 count me out. This was a disaster that could have been adverted. Bad leadership doesn't get a reboot here. sorry.
- Do not invest in techshop.  They are terribly run, and you'll be throwing money away.
- (Former Techshop executives have) a history of being involved in serious mismanagement of business and financial default (and arguably misleading representations about payments, liquidity, profitability, etc.)
- amazing how ts1 has the funds to file a trademark lawsuit, but not to pay back the money they owe various people.
- I can not WAIT to destroy (Mark Hatch's new venture) in a public review. Get your fucking popcorn, kids. Karma is about to be a motherfucker. ... Fool me once... Fuck that piece of shit. I hope he fails spectacularly... Twice burned once learned.
- The trustee.techshop@gmail.com account is now closed and it bounces. Every day when I think they couldn't be even shadier, they are...
- Fingers Crossed for the Austin-Round Rock location, I heard it was one of the profitable ones but honestly it was always in pretty poor repair on some of the machines and the employees seemed demoralized.
- fuck these guys right in the ass. they're all liars and crooks.
- The crap business model aside, I'm amazed at the lack of interest in the customers. No email notification? No "Come get your stuff"? Leaving that to the trustee is just plain fucked. (Dan Woods's) prior babble about "community" was clearly bullshit.
- I'm an investor. i still haven't received any notice from techshop. i found out about the closing because a few different friends emailed me about it. fuck these guys.
- true to form, techshop is being shitty
- I worked for TechShop Corporate and I can tell you that its been a real shitshow. They had all these grandiose ideas, that made zero business sense, made financial decisions that hurt them, and half the people in corporate had no idea how to run a business.
- Just very poorly ran all around. If Jim Newton could have gotten rid of some of the bad apples, and scaled things back for a while, there was the possibility of a decent business model hiding out inside of all of the shit they did, it was just too little, too late.
- (Mark Hatch) wasn't "lucky to get out," the staff and supporting individuals finally got him out. He was a large part of the problem and a HUGE reason the stores are in the mess they're in presently. You can't borrow from Peter to pay Paul
- Ya can't create a Ponzi scheme and run a successful business on it

# Techshop brand value analysis     innovationlab

- I heard the stories of his spending on the company cards, the misogynistic manner in which he treated other female staff, etc. He continuously thought about himself.
- (Mark Hatch) loves to brag about the expensive hotels he's staying in https://twitter.com/search?l=&q=hotel%20from%3Amarkhatch&src=typd&lang=en
- It sounds like a lot of the serious problems stemmed from trying to grow too quickly.
- rapid growth seemed to be just an over-ambitious plan ... I think there were quite a few egos getting in the way of smart business decisions
- It seemed pretty clear that certain location and build-out decisions were costing the company a lot of money, were often not well executed (the last RWC relocation was never much more than half-completed), and the latest SJ site was ridiculous
- There is an opportunity for someone to make the TechShop model work. The message they are putting out sounds like "Well, we tried and failed, so obviously its impossible." That is crap. The business can work with the right decisions and people.
- The worry now, has TS burnt the bridges?
- I find it worrisome that Techshop's next plan is to start helping other people open spaces.... I have been using Techshop as an example of how not to operate a successful makerspace for a couple years now.
- At the end of the day, TechShop seemed to be run with the mindset of soley making money. Not from the mindset of helping the community... I'm a bit stunned that they think the best thing for them to do now is consult with people on how to create makerspaces
- corporate were a bunch of asshats
- incompetence personified
- That shit failed all of the time... The corporate guys had their heads so far up their asses
- It couldn't possibly be that it was a stupid, pointless, unworkable idea... It may have been financially unworkable, but it was neither stupid nor pointless.
- I am *so* glad I didn't buy a membership a year ago when they were trying to raise funds for moving the San Jose shop.
- Everyone knew the day was coming when we'd show up for work only to find the doors locked. Although it wasn't a shock when it happened, it still saddens me. Such a great idea that came to fruition only to have it destroyed by those in charge.
- Advice to Management: Empower your staff, instructors, and members by listening to them, being transparent, and sharing information about what works and doesn't work. This community would have done everything to save this place and we were ignored.
- There is no way to fix the hole they dug themselves into through their own bad judgement and mismanagement.
- A super unorganized, poorly managed, male dominated, and failing Maker hell.
- It takes the corporate team months to make an urgent decision, and even then it's not well thought out or planned ... You have a chance at making the shops profitable, but layoffs and putting more work on the already underpaid folks working for you isn't going to work. If you're right for money, shut down the least profitable shop and liquidate. Let your staff help you save yourselves and stop with the free crap all of the time and the "deals" because no one is buying it. (note, 2016)
- The management really sucks (note, 2015)

# Techshop brand value analysis                      ✾ innovationlab

- *The amount of drama and tension between shop staff, shop management and corporate is positively juvenile ... You're on shaky legs Techshop, and someone is going to do it bigger and better and happier one day.*
- *Please, please stop acting like a group of old white men living in the past.*

Damaging in a personal, material way on customers, employees, and/or others
- *I do not mean to trivialize the impact our closure will have on employees, members, or our faithful investors and lenders. If I can ever find a way to reward your loyalty, hard work and commitment to TechShop, I will. (note from Dan Woods, Techshop CEO)*
- *...it's easy for us to imagine the pain and frustration of the TechShop members who have had their tools ripped away without warning. (CEOs of maker tool companies Glowforge, Inventables, littleBits Electronics, Formlabs)*
- *CEO Dan Woods (@danwoodsearly) posted a eulogy for the venture ... following an outcry from the community, it appears TechShop may have found a path forward.*
- *With the recent bankruptcy it is obvious that the corporate management is delusion at best, and mean-hearted in any case. Corporate did not have any business sense, and hundreds of people lost their jobs in one fell swoop when they realized all their bad decisions could no longer be hidden.*
- *The ongoing saga that is TechShop continues to have twists and turns... there are many makers impacted by this closure. There are startups who can't access their materials, at the most important time of year no less, to create their products or projects.*
- *TechShop, a chain of membership-based do-it-yourself (DIY) workshops, and fabrication studios, abruptly shut down... The sudden closure of the maker shop is leaving thousands of entrepreneurs and artisans unable to run their businesses, without access to TechShop's tools and equipment... A decision that also comes at the worst period possible.*
- *(This Facebook group) was specifically created because of the huge number of people left out in the cold by TechShop.*
- *Many people had their business locked away inside, right before the holiday season.*
- *I pre-paid 2 years, so I'm out a couple grand. And have never received a single communication of any type from Techshop about the closure. It took months to get my tools and materials out of the shop. Fuck you, TechShop board of directors. Sorry for the other people that were ripped off more than me.*
- *That name (Techshop) makes me cringe.*
- *I love how he tried to play the 'we support veterans' card, yet his lack of promised transparency spelled the end of my business. Note the entire lack of data and tangibles in his statement. He's a shill and deserves the reputation.*
- *...we are greatly disappointed that TechShop has filed for bankruptcy and ceased operations today*
- *Our first concern is the folks in St. Louis who were running their businesses through TechShop. This is the height of the Holiday season and orders need to be filled.*

# The implication of "2.0" in a branding context
An important consideration in this case is the degree to which the term "2.0" served to underscore the distinct nature of Techshop and Techshop 2.0. Historically in software development, an integer change

**Techshop brand value analysis**                       ✀ innovationlab

(1.0 to 2.0) signifies a major new release, while a decimal change (1.0 to 1.1) signifies a minor update. While the term Techshop obviously implies similarity, the term "2.0" underscores a distinction, or else the name would have remained exactly the same. Why this distinction was made, how strong it was, and who made it all are relevant factors to consider.

Etymology
This terminology entered more widespread use with the term "Web 2.0," which was coined by the founder of Make founder Dale Dougherty. He wanted to distinguish then-current web companies from the ones that had "crashed" in the dot-com bubble, and serve as a call to action after that turning point:

*Dale Dougherty, web pioneer and O'Reilly VP, noted that far from having "crashed", the web was more important than ever, with exciting new applications and sites popping up with surprising regularity. What's more, the companies that had survived the collapse seemed to have some things in common. Could it be that the dot-com collapse marked some kind of turning point for the web, such that a call to action such as "Web 2.0" might make sense?*[7]

Today, the Merriam-Webster dictionary defines *2.0* as an adjective "used postpositively to describe a new and improved version or example of something or someone". In the examples, it shows that:

- The new version **can mean an improvement on the same physical thing**, such as a person ("Everyone agrees that the new [Doug] Bruce is no longer the arrogant overachiever he used to be. He's Doug 2.0, shaggier and nicer … Ty Burr, Boston Globe, 24 Mar. 2006").
- It **can equally mean a completely different thing**, like an Earth-like planet circling another star ("data previously collected by the planet-hunting telescope are turning up a trove of strange and wonderful worlds, bringing researchers closer, they hope, to finding "Earth 2.0. - Amina Khan, Los Angeles Times, 27 Feb. 2014").

Origination and endorsement of the Techshop 2.0 name
Techshop management originally started using the term "Techshop 2.0" to describe their own new business model of consulting and licensing their own expertise. For example, in a Nov 17 communication to the community (roughly 2 weeks before Dan Rasure registered the name), Dan Woods wrote:

> *"The goal of TechShop 2.0 was to help non-profits, corporations, and universities launch and operate their own makerspaces."*

Whoever came up with the idea to name the new entity "Techshop 2.0" was apparently looking to both acknowledge the value of what had been built so far, while also seeking to distinguish it from the failures of the past. This is evident in numerous sources quoted below **(emphasis in bold** mine). While I do not know whose idea it was originally, the name was filed in Kansas on December 1, and initially announced to the public on Dec 2 and 3 by Dan Woods, in a tweet:

---

[7] https://www.oreilly.com/pub/a/web2/archive/what-is-web-20.html

November 19, 2018                                                              page 9

# Techshop brand value analysis                    ✂ innovationlab

> DW: *Techshop, Inc. has reached an agreement and principal to **sell the entire company** to a group called TechShop 2.0*[8]

It was also communicated at that time in a message to the Techshop community, in which Woods also explained that the name belonged to a different entity, and that entity was led by Dan Rasure:

> DW: *Dear Comrades, Finally, I have some excellent news to share with you. TechShop, Inc. has reached an agreement with **a third party** to acquire all company assets. The **new entity, TechShop 2.0,** LLC plans to re-open as many stores as possible, as soon as possible. The acquiring partnership is led by Dan Rasure and Bill Lloyd (Owner of BHL Services Inc. of Minneapolis). … **None of TechShop's Directors and Officers have or will receive so much as a dollar from this deal**—either through equity, cash payments, or compensation. … Announcing the closure of TechShop was the most difficult thing I've had to do in my career. When the opportunity for **a different path forward** presented itself, we did whatever humanly possible to **work with Dan Rasure and make TechShop 2.0 a reality.*[9]

Two days later, Dan Rasure was interviewed for a blog post by Adafruit, another popular company in the maker community with roughly the same brand recognition as Techshop. The interview was summarized in an article on the more widely-read website Make.[10] In the interview, he clearly states that Techshop 2.0 is a distinct entity, and the interviewer repeats that distinction:

> DR: *So we started (TechShop 2.0 as) **the new entity we formed** to buy the assets of TechShop.*

> Af: *"…is (TechShop 2.0) going to be a Minnesota LLC, a California LLC?*

Both of them also use the past tense regarding Techshop, which implies that it was no longer operating, and a distinct company from his new one. They also use the integer change nomenclature (2.0, 3.0) to underscore the distinction between the companies:[11]

> DR: *I see that TechShop **served** three very different but important segments…*

> DR; *I believe that TechShop **was** a great place for companies to start…*

> Af: *As far as the things that TechShop 1.0 **did**, things that worked out, things that didn't work, what things are you changing? What could they have done different or what are you definitely going to do different to **not end up as TechShop 2.0 bankrupt for TechShop 3.0 to buy in** or something?*

> DR: *I think that these **were** still relatively simple shops*

---

[8] https://blog.adafruit.com/2017/12/02/techshop-sells-to-techshop-2-0-llc-techshop-makerbusiness-techshop-techshop2-0/
[9] https://makezine.com/2017/12/03/techshop-reopening/
[10] https://makezine.com/2017/12/05/techshops-new-owner-discusses-future-plans/
[11] https://blog.adafruit.com/2017/12/05/adafruit-interviews-dan-rasure-managing-partner-techshop-2-0-techshop-adafruit-adafruit/

Both also refer to terms of the deal that were then in negotiation, but that we now know ultimately did not pan out. Rasure acknowledges that there has been incorrect rumors or understanding in the public about the deal, and that the complexities of a bankruptcy transaction are not easy for typical members to understand.

> Chapter 7 actually wasn't filed, bought this before Chapter 7 was filed. So **there's some confusion in the marketplace about that.**
>
> ... within the community, there's a lot of people who really know electronics or know woodworking, but **they don't know all the terms of what goes on in a wind-down and a cleanup prospect**.
>
> ... given that a public entity is involved, it's not just about calling up the landlord and saying, hey, we did this. Can we come in and get to work. **It is a more extensive process**.

It is clear throughout the interview that both the interviewer and Dan Rasure describe Techshop as dead (the interviewer even calls it a "postmortem") and the new entity as completely separate.

This interview provided the last detailed information from either Techshop and its representatives, or Techshop 2.0 or Dan Rasure. On Dec 12, another Adafruit blog post[12] (also summarized by Make[13]) reported the agreement was cancelled, but no details were available. In fact the post questions even the assertion that the agreement was cancelled with a question mark, and refers to Techshop as "1.0":

> Af: *Breaking news... following up, the "Memorandum of understanding" in regards of the sale of TechShop 1.0 to TechShop 2.0, was canceled today?*
>
> Af: *...unlikely to happen as announced, which means that TechShop 1.0...*

To the extent that there was confusion between the brands of Techshop and Techshop 2.0, that confusion was introduced by the initial statements of Techshop. **Dan Rasure could not have caused it because he was a complete unknown to the maker community** before the announcements by Techshop. He was only quoted after, and in the context of, the transition from Techshop. At that point, the terms Techshop 1.0 started to become commonly used in the community to refer to the bankrupt company, in order to distinguish it from the new company Techshop 2.0.

In the community discussion after that, the "drama" and "mess" of the transaction itself is repeatedly emphasized while the entities themselves are clearly distinct:

> What makes this **especially messy** is that Rasure had begun paying money to vendors to cover bills for TechShop ... Rasure won't simply walk away, having already begun investing in **his TechShop 2.0. The board of TechShop meanwhile...**[14]

---

[12] https://blog.adafruit.com/2017/12/12/techshop-memorandum-of-understanding-canceled-techshop-techshop-techshop20/
[13] https://makezine.com/2017/12/15/techshop-drama-continues-2-0-agreement-cancelled/
[14] https://makezine.com/2017/12/15/techshop-drama-continues-2-0-agreement-cancelled/

# Techshop brand value analysis

## Statistical findings: Sentiment analysis

The methods used by global brand assessments require large amounts of data and manual analysis, so they are almost only used to evaluate the brand equity of very large, international companies. More recently however, the rise of social media, big data, and artificial intelligence have enabled brand assessment of smaller entities (such as Techshop) using the automated tools of sentiment analysis (aka opinion mining). There are dozens of companies that scan posts from thousands of sources, analyze them to ascertain the writer's opinion, and summarize those trends across time, place, and customer segment.

In addition to my manual analysis, I used a few statistical services for brand sentiment analysis. They showed that:

### Interest in Techshop peaked in 2014, then declined steadily

According to Google Trends, there was a short spike in Nov 2017 around the bankruptcy announcement, and the decline accelerated after that. Note that "interest" is a combination of positive, negative, and neutral sentiment. According to the site, "Google Trends data is an unbiased sample of Google search data. Only a percentage of searches are used to compile Trends data… Search results are proportionate to the time and location of a query… Each data point is divided by the total searches of the geography and time range it represents to compare relative popularity. Otherwise, places with the most search volume would always be ranked highest. The resulting numbers are then scaled on a range of 0 to 100 based on a topic's proportion to all searches on all topics."[15]



---

[15] https://support.google.com/trends/answer/4365533?hl=en

# Techshop brand value analysis
## innovationlab

Data and image source: Google Trends[16]

**November 2017 and January 2018 both saw large spikes in negative brand sentiment**
Sentiment of "TechShop" (as measured by Protagonist.io and Crimson Hexagon) from Jan 1, 2017 to January 31, 2018 was balanced at 9% negative, 9% positive, and 82% neutral. However, **November 2017 and January 2018 both saw large spikes in negative brand sentiment** as measured in negative mentions (roughly 10x and 2x volume increases respectively). Protagonist summarized the findings as follows:

*For this investigation, we queried a number of content sources for mentions of "TechShop." In total, we discovered 6,257 posts/articles that mentioned TechShop from the period 1/1/2017 - 11/16/2018. The majority of those mentions came from Twitter (64%), followed by news articles (19%), forums e.g., "geekhack.org" (16%), and then a small portion from blogs and article comments (1%)...*

*In terms of the methodology for the sentiment analysis, we use an industry-leading sentiment analysis tool (Crimson Hexagon) that analyzes the language in each post/article to determine the overall sentiment (negative, neutral, positive). You'll see from the pie graphs, that the majority of TechShop discussion is neutral (82%) during the period of investigation. There was a significant spike in negative sentiment in November 2017 driven by anger over the bankruptcy and sadness about the closing of the shops.*



**Sentiment of "TechShop" Improving Post February 2018**

---

[16] https://trends.google.com/trends/explore?date=2007-01-01%202018-11-15&geo=US&q=techshop

Case 4:18-cv-01044-HSG Document 126-3 Filed 04/08/19 Page 16 of 20

# Techshop brand value analysis

**innovationlab**

Data and image source: Protagonist.io and Crimson Hexagon[17]

**Only 30% of employees would recommend Techshop, and only 19% approved of the CEO**

Employee reviews of Techshop on Glassdoor showed **only 30% would recommend the company to a friend, and only 19% approved of the CEO.** The drop in assessment occurred in June 2017, while the company's struggles were becoming apparent but before the bankruptcy was announced. Employee sentiment is a more critical component of brand equity in makerspaces than in other businesses, since the lines between employee and customer are more blurred (for example, many members are hired as employees) in a maker community.



Data and image source: Glassdoor[18]

---

[17] https://www.protagonist.io/ and https://www.crimsonhexagon.com
[18] https://www.glassdoor.com/Reviews/TechShop-Reviews-E515949.htm

## Curriculum Vitae

As attachments, please see reports and presentations I've given about the Maker Movement going back to 2014.

Mark Hatch called my report "one of the best he's even seen". I might be able to find that email, but unfortunately it was when I was at my previous employer.

I have advised dozens of Fortune 500 companies and their equivalents outside the US on the maker movement, makerspaces, and what they mean for industrial manufacturers.

I have spoken at Maker Faire in San Mateo and Moscow, and participated in numerous events about the maker movement and the future of manufacturing.

Most recently, I was an invited expert at the US National Science Foundation (NSF)-sponsored M2M (Making to Micro-Manufacturing) workshop in Washington DC this summer. The description was "The 2-day NSF-supported invitation-only workshop will investigate a possible future of work that reconceptualizes how we may move from innovation to wealth creation by enabling Micro-Manufacture: the production of high quality manufactured goods at scales of hundreds and thousands in an effective and sustainable manner. The workshop will be in Washington DC. on July 23-24, 2018. We will explore how innovation-enhancing technologies associated with the Maker movement (additive manufacture, open-source electronics, and accessible programming) may combine with engineering and business processes to present the possibilities of new scales of manufacture that favors local production and job-creation. The simple aperture of Micro-Manufacture requires the perspectives of multiple science, technology, educational and societal interests to bring this promised future into focus."

Other examples include:

- Made the introduction that led to Local Motors and Oak Ridge National Labs developing the world's first 3D-printed car
- Spoke at The Frontier – conference about industrial development in mid-sized American cities
- Invited expert at maker workshop convened by Tom Kalil, White House Office of Science and Technology Policy
- Launched San Francisco Unified School District's first Mini Maker Faire
- Spoke at All-Russia Science Festival 2013, Fraunhofer Institute (Germany), Nordic Frugal Innovation Society (Finland) etc

Regarding brand value, I have done client work on the relationship between brand value and technical innovation, specifically looking at the correlation between R&D expenditure and brand value (which I call "bRanD Value Assessment"). This is confidential client work, but I can provide a summary if needed.

# Mark Bünger

Curriculum Vitae

## Full-time Experience

### Marsbound (an InnovationLab offering) — May 2018 - present

Co-founded US office of European innovation consultancy. Lead advisor in "deeptech" – science-based emerging technologies. Created "moonshot management" offering, running ideation-to-realization projects for five clients (corporations or industry coalitions) to date in biotechnology, transportation, edtech, mining, and manufacturing.

### Lux Research — 2005 – May 2018

Positions held: Senior Analyst, Research Director, **Vice President of Research**

Global advisors in open innovation and commercialization of science. Deep expertise in technoeconomic modelling and technical due diligence on science-based startups. Part of research management team that grew the company from 10 employees to more than 130, revenue to over $20M, and exit via acquisition in 2017. Launched and led consulting, biosciences, digital, and strategic foresight practices, as well as internal research training program.

### Forrester Research — 2001 – 2005

Positions held: Senior Analyst, **Principal Analyst**

Leading technology research firm. Lead analyst in automotive, aerospace, and transportation and logistics. Helped sustain company in recession as headcount fell from 700 to 300, then regrew to 700.

### Icon Medialab (now DigitasLBI) — 1997 – 2001

Positions held: Engagement Manager, **Managing Director**

One of Europe's largest digital consultancies. Part of global management team that grew company from 70 to more than 2000 employees, and IPO. Led global manufacturing practice. As Managing Director, San Francisco, grew office from 7 to more than 50 employees.

### Andersen Consulting (now Accenture) — 1991 – 1997

Positions held: Consultant, **Senior Consultant**

Organizational design and technology implementation at leading management consultancy. Worked in finance, manufacturing, energy, and travel/transportation clients in U.S. and Europe.

## Other work experience

### University of California, Berkeley — 2013 – present

Positions held: **volunteer guest lecturer**

Play the role of "client" for students in Dan Himelstein's classes at Haas School of Business.

### University of California, San Francisco — 2005 – 2010

Positions held: **Lab Assistant**

Assisted with bioinformatics and stem cell experiments on transcription factors driving neurogenesis and oligogenesis in department of Neurology (Pleasure Lab). Development of novel drug delivery system using silica nanowires to improve adhesion to intestinal epithelium in Bioengineering (Desai Lab, QB3).

### Softcoin (now Kroger) — 1998 –2009
Positions held: **Founder**

Developed early secure online payment technology (see US patent 7801766), and co-founded company. Raised venture funds and helped grow from 3 to 50 employees. Sold in 2009 to You Technology, now Kroger.

### Swedish American Chamber of Commerce (SACC) — 1999 – 2002
Positions held: Vice Chairman SF, Chairman SF, **Vice Chairman USA**

Member since 1997; led San Francisco/Silicon Valley chapter as Vice Chair and Chair; elected Vice Chair of national organization SACC USA.

### Volunteer international science/entrepreneurship activities — ongoing
On my own time I have done research, guest lectures, and other activities in cities like Moscow, Russia; Longyearbyen, Svalbard; Islamabad, Pakistan; and Qaqortoq, Greenland.

## Education

### University of California, Berkeley Extension — 2002 – 2007
Science courses led to lab positions at UCSF, and a pivotal career shift into life sciences.

### Mälardalen University, Sweden — 1990 – 1991
First exchange student in the International Marketing program coming from US to Sweden.

### University of Texas, Austin — 1987 – 1990
Completed Bachelor's degree in International Market Research in 3 years, while working simultaneous jobs as Resident Assistant and intern at Xerox.

### Non-institutional education — ongoing
Learning is my hobby, and each year I focus on one topic. I am currently taking science courses via Coursera (Computational Neuroscience, Biology of Music, Microbiome, etc). Previously I have taken essentially the entire curriculum at TechShop (electronics, metal shop and welding, woodworking, textiles, etc), languages (Arabic), and scuba diving (certified rescue diver and divemaster).

## Other

**Languages:** Speak fluent English, Swedish, German; intermediate Spanish, French, Norwegian, Danish; basic Dutch, Russian, Arabic, Japanese.

**Maker:** As a hobbyist inventor and maker, I have designed and built lamps, chairs, a uniball skateboard, a tent for seven people, electronic clothing, and neural interface devices for machine control and entertainment.