# EXHIBIT C

# Techshop brand value analysis     innovationlab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, Inc., a California corporation,<br>            Plaintiff,<br>vs.<br><br>DAN RASURE, et al,<br><br>            Defendants.<br>And Related Cross Action | Case No. 4:18-cv-01044-HSG-JCS<br><br><br><br><br><br>Action Filed:   February 26, 2018<br>Trial Date:      June 3, 2019 |

## Rebuttal Report of

## Mark Bünger

## December 3, 2018

# Techshop brand value analysis                      ✀ innovationlab

## Summary
This is a study analyzing the putative value of the Techshop brand in US and foreign markets in the period 2008-2018. As with any brand or trademark, the value of the Techshop brand has varied over time and across various geographies and market segments.

This report was produced by Mark Bünger, a former member of Techshop and current member of TheShop. I have worked in market research (my undergraduate degree) and corporate technology strategy for more than 25 years, with a focus on manufacturing. I have specifically studied the maker movement as a future direction for manufacturing, and have written and advised corporations extensively on the topic. My experience also includes analyzing the correlation between brand equity and research and development spending, and valuing brands, and consulting for licensing terms and pricing for intellectual property.

## Background
**Pre-Techshop history of hackerspaces and makerspaces**

The makerspace "industry" (or rather, movement) has its roots in fairly anarchistic, anti-corporate hacker clubs of computer hobbyists like the Homebrew Computer Club (US. 1970s)[1] and the Chaos Computer Club (Germany, 1980s).[2] These organizations sought to promote "hacking" in both the positive sense of adroit use of technology by amateurs, as well as the subversive sense of quasi-legal, sometimes destructive use of technology by non-owners (notably in this case, in 1976, Bill Gates wrote a letter[3] to the group criticizing its disregard for copyright). The Homebrew Computer Club was where Apple computer was born, and in 2007, CCC was the direct inspiration for some of the first US makerspaces like NYC Resistor and San Francisco's Noisebridge, which started about the same time as TechShop (2006).[4] Other related movements include DIY and open-source.

Alongside the computer hobbyists, new manufacturing technology was becoming accessible like the personal computers of the previous decades. Starting in 2001, MIT professor Neil Gershenfeld held a class called "How to Make (Almost) Anything" that launched the term "maker" as well as the concept of a "makerspace" (which he called a fablab, or fabrication laboratory) as something distinct from a hackerspace (which focuses on computer hardware and software). He also acknowledged the relationship between fablabs and computer hackers, calling the fablabs part of the "third digital revolution". Fablabs set the template for tools (such as laser cutters and 3D printers) that most makerspaces, including Techshop, would come to contain.

All of this history is germane to the founding of Techshop, insofar as the Techshop idea for a makerspace was not at all unique. Fablab clearly started the movement and maintains a trademark on the Fablab name, but allows anyone to use it freely as long as they adhere to standards such as keeping the space available to the public. The vast majority of makerspaces (such as SF's Noisebridge) don't charge for use

---

[1] https://en.wikipedia.org/wiki/Homebrew_Computer_Club
[2] https://en.wikipedia.org/wiki/Chaos_Computer_Club
[3] https://en.wikipedia.org/wiki/Open_Letter_to_Hobbyists
[4] https://www.nycresistor.com/2008/06/28/the-chaos-computer-club-1981-1984/

# Techshop brand value analysis                                ✂ innovationlab

of their space, and rely mostly or solely on donations. In contrast, Techshop was credited for the innovation of being a for-profit makerspace chain, which gave it advantages such as being more predictable and family-friendly environment than many hackerspaces, at the same time as it was criticized for commercializing what had been an altruistic, or even antiestablishment, activity. The view that Techshop is freeriding on the ideas they gifted, has been a source of tension in the community to this day. And notably, the Techshop leadership themselves stated repeatedly that the for-profit makerspace model was impossible to make work.

### The Maker movement and Techshop as a brand – 2006-2013

When Dale Dougherty had the idea for starting Make magazine in 2005, he initially thought to call it "Hack" but was influenced by his children to call it "Make" because it sounded nicer. The similarity with Gershenfeld's class name ("make almost anything") cannot be coincidental. In the movement's early days, many of the terms were used as generic names. In fact, a 2013 article in Make magazine seeks to disambiguate Techshop and other "confusing" terms all used to mean roughly the same thing:[5] The article, entitled "Is it a Hackerspace, Makerspace, TechShop, or FabLab?" The article begins:

> *The past decade has seen the sudden, dramatic appearance of community spaces offering public, shared access to high-end manufacturing equipment. These spaces are interchangeably referred to as hackerspaces, makerspaces, TechShops, and FabLabs. This can lead the intended audience to become incredibly confused as to why there might be so many names for a single concept. I'd like to take some time to untangle the mess, explain the concepts behind each title, and talk about why I now make significant distinctions between all of these types of spaces.*

### 2013-2018 – Techshop's peak and collapse

Throughout this time, falling equipment costs and greater awareness of their possibilities allowed thousands of makerspaces to arise all over the world. Today, there are several thousand makerspaces globally. Notably, more than 1000 are part of the Fablab organization, while there were only ever 10 Techshop locations; only a handful of organizations have more than one site. In other words, the vast majority (99%+) of makerspaces in the world did not see any advantage to using the Techshop name.

As it relates to the Techshop name specifically, both of the components ("tech" and "shop") are generic terms used quite frequently for makerspaces around the world. For this analysis of value of the Techshop brand, I studied the list of 1431 makerspaces opened in the ten years between December 15, 2008 and December 2, 2018 found on the Hackerspaces wiki.[6] Of the space names it lists, 27 include the term "tech" and 20 contain the word "shop". This is less than the most common component words (space, hack, lab, and make), but most of the makerspaces have names that include components that are unique or distinctive.

### Frequency of common name components

---

[5] https://makezine.com/2013/05/22/the-difference-between-hackerspaces-makerspaces-techshops-and-fablabs/
[6] https://wiki.hackerspaces.org/List_of_ALL_Hacker_Spaces

December 3, 2018                                                                                                page 2

CONFIDENTIAL

# Techshop brand value analysis



**Makerspace names including the word Tech**

1. Saskatoon TechWorks
2. TinkerTech
3. Forschung und Technik e.V.
4. Technocopia Worcester
5. Technologia Incognita
6. Tech Club Joensuu
7. 4-H Robotics & Technology Club
8. Tech Dojo
9. Quantum Tech Club
10. Technarium
11. Technik.cafe
12. Techné
13. Tech Valley Center of Gravity
14. Open to Source Tech Zone
15. Gold Coast TechSpace
16. Nelson Tech Club
17. Jaaga: Bangalore Art & Technology Space
18. Technistub
19. Centre for Electronics Design and Technology
20. Texarkana Institute of Technology
21. TechStars
22. Bio, Tech and Beyond
23. EMC Techlabs
24. SoTechie Spaces
25. Biznet Techspace
26. Tech Brewery
27. Feral Technology Institute

# Techshop brand value analysis     ✀ innovationlab

**Makerspace names including the word Shop**

1. The Village Workshop
2. Foothills Community Workshop
3. The Shop
4. Workshop88
5. 23b Shop
6. SYN Shop
7. Syn Shop
8. MELD Workshop
9. Urban Workshop
10. Workshop 88
11. Ultimate Workshop
12. The Build Shop, LLC
13. Seattle Attic Community Workshop
14. Kaupunkiverstas - Urban Workshop
15. Einstein's Workshop
16. Foothills community workshop
17. Makeshop Miami
18. ProtoShed Community Workshop
19. Buildmore Workshop
20. BuildMore Workshop

Throughout most of the "boom" in the maker movement (2008-2013), TechShop was widely admired and even envied for their commercial success. As noted, however, there was also a widespread undercurrent of skepticism and distaste for what most "hard core" makers viewed as making profit off of the work others had done freely and for more altruistic reasons (including open-source hardware and courseware companies like Arduino and RepRap, Adafruit and Instructibles,). The origins of the maker movement had been (and remain) inherently anti-authoritarian, so a global franchise model was distasteful – hence the relative popularity of Fablabs (which have about 100 times more locations). As a PhD researcher of the maker movement and TechShop member wrote:[7]

> *In contrast to makerspaces and hackerspaces that are founded by grassroots efforts, TechShop was "beamed in" fully formed and stocked with shiny, new equipment— all members had to do was sign up, pay up, and get trained. They were not required to develop deep connections to the greater community or to each other. … TechShop achieved an ideal at the expense of facing reality — a reality filled with communities that weren't like Silicon Valley and with Makers who could not afford to live in a dream world.*

The global maker community had thus long been skeptical of Techshop, if envious of its notoriety, when the company finally collapsed in 2017. As discussed in my previous brand assessment report, the failure of the company hit members (customers) much harder than the collapse of a typical company, where only owners and employees are hurt. In Techshop's case, individual members who had purchased lifetime memberships lost tens of thousands of dollars; regular members lost hundreds to thousands of

---

[7] https://medium.com/@stevenweiner/techshop-was-a-great-iteration-that-needed-to-be-scrapped-ac7a34981cdd

dollars; and member-entrepreneurs lost access to their own materials, tools, and factory space right as the holiday selling season was beginning. Techshop's management was universally blamed for the failure, and was excoriated for not only the poor decisions that led to the failure, but also for the abrupt and damaging way the closure was carried out. Moreover, the sudden closure of TechShop affected more than just employees and customers; it cast a shadow on the entire maker movement.

## Findings
### Assessment of the licensing revenue model in the US versus abroad

The TechShop brand was licensed internationally through TechShop Global, Ltd. to licensees in France, Japan, and Abu Dhabi. It is notable that the international licensees of the Techshop brand are all corporations that sell tools or equipment, not individual members of what would be thought of as the maker community. This distinction is key. None of these international license transactions can be considered "comparable sales."

When TechShop announced its U.S. closure, each of the international licensees was quick to mitigate potential damage, e.g., by announcing on social media that they were not closing and there would be no interruption of services.
International licensees assured their members that they were associated with Techshop in name only. In the case of Leroy Merlin in France and Fujitsu in Japan, the licensees' brands are household names that carry vastly more weight and brand equity than Techshop. In fact, when these locations were originally announced, the transfer of brand equity was to Techshop (i.e. Techshop gained the benefit), not the other way around. For example, its press release announcing the Leroy Martin launch said *"TechShop, with its first ever international license, will open this year in Europe with Leroy Merlin, a brand of Adéo, the third largest DIY retail company in the world. … In addition to helping to spread the maker movement message and TechShop brand, Leroy Merlin will be sharing with us best practices in retail management. We believe this partnership will enhance and extend our brand both in the US and around the globe."*.[8]

The intense negative social media explosion in the U.S. that followed TechShop's November 15 announcement was not replicated in France, Japan or Abu Dhabi.

Social media, like makerspaces, is very local. What happens in another country may be of mild interest to another, but because the social connections are very different, brand equity is often extremely different from one country to another. For example, the candy bar Kit Kat, which is generally regarded as a cheap and everyday brand in the US, is an expensive luxury product in Japan.[9] The collapse of US Techshop was essentially irrelevant to makers in other countries, as the managers of their makerspaces were much more financially secure, and communicated clearly that it would not affect their sites. In France, one of the main maker publications wrote *"TechShop (France) claims not to have heard the news until the last minute. TechShop-Ateliers Leroy Merlin, the French subsidiary led by the local DIY giant. 'We share the disappointment of our friends, pioneers in the creation of makerspaces in the U.S. We are with the teams in spirit and give our thoughts to those members for whom these spaces were a second home or the platform that enabled them to launch their business… and that changed their lives.'* "While we share the same name, TechShop, the U.S. and French companies have always been distinct," states

---

[8] https://www.businesswire.com/news/home/20150217005274/en/TechShop-Makerspace-Coming-Europe
[9] https://www.nytimes.com/interactive/2018/10/24/magazine/candy-kit-kat-japan.html

*the press release. Therefore, the cessation of activities in the United States will be inconsequential to France"*[10]

Value (for sale or licensing of the mark) in the U.S. would have been at its lowest point in when all locations were closed (Nov.15, 2018 - Feb.19, 2018).

Techshop's brand equity was already weak among potential members when the company was struggling to stay afloat, and it provided offers such as membership discounts and free classes, in order to sustain the franchise. Then, given the materially damaging impact of the Techshop bankruptcy on members and employees, the value of the Techshop brand went negative. In other words, opening a makerspace with the Techshop brand would have required substantial additional investment (years or decades and millions of dollars) by the licensee to rehabilitate the brand and rebuild goodwill.

It might have been possible to salvage the TechShop brand if some of the shop locations had been reopened in early or mid-December, but as time passed without shops reopening the damage to the brand became irreparable. TechShop's December 12 announcement that the MOU was terminated was a death blow to the brand in the U.S.

It is possible to rehabilitate a damaged brand with sustained effort and investment. For example, RCA, PanAm, and even Arthur Andersen are active brands today, but it took decades after their bankruptcy to be so. Other brands like Philip Morris (now Altria), Monsanto (now Bayer), British Petroleum (Beyond Petroleum) and AIG (Chartis from 2009-2012) are viewed so negatively that it is cheaper to build a new brand or sell the assets to another company with a different name. Like Techshop, they are viewed so negatively because their failures harmed many more people than just the owners and employees. Techshop would require time and/or money to be of positive value again in the future.

The price paid for a license in late 2016 or early 2017 has is not an appropriate measure of the value during Nov.15, 2018 - Feb.19, 2018 because of the intervening catastrophic event of the November 15, 2017 announcement and closure of all U.S. locations.

Unlike Philip Morris or Monsanto, Techshop had a sudden and catastrophic disaster. It is thus closer to Enron or AIG, where a specific event means the brand becomes toxic literally overnight.

An entity seeking a new Techshop license would see neither benefit nor damage due to Defendants operating a makerspace in a former Techshop site. However, an entity looking to reopen a closed site might look at Defendants' success or failure as an indicator of what would likely happen to the site.

Licensing fees paid in foreign countries are not an appropriate measure for licensing or sale value in the U.S (needs explanation, market works differently, subsidies, different operations cost factors, etc.)

The value of a franchise brand varies widely by country and by the type of business the brand represents. For example, some global brands like Ferrari are essentially identical in every country. Others, however, like 7-Eleven are completely different in various countries (low-end in US, ubiquitous and everyday in Japan, slightly upscale in northern Europe). This means that a franchise fee for even an identical business varies, by a factor of as much as 10x)[11] – Subway charges franchisees $15,000 in the US but as little as $10,000 in other countries.

Market value approach (price paid by foreign licensee) is not an appropriate measure in the U.S. where there is a long history of operating loss and need for subsidy. After 12 years of operation TechShop was never able to make a profit and had incurred over $21 million in debt for only 10 facilities. The income

---

[10] http://www.makery.info/en/2017/11/16/techshop-us-cest-fini/
[11] https://www.businessinsider.com/top-50-franchises-in-the-world-2015-7

approach to license valuation cannot be disregarded in favor of the price paid in a different (foreign) market.

The price any licensee pays is ultimately a matter of negotiation. A licensee may be flush with cash and hoping to experiment with a new line of business, as was the case with Fujitsu and Leroy Martin. For these multi-billion dollar companies, the collaboration with Techshop was largely about community engagement, corporate philanthropy, and goodwill by supporting technology education and job creation – not necessarily a big money-making opportunity or entry into a new market. It's also a negligibly small investment – these companies regularly spend millions on outreach programs. In none of these cases is the smaller brand of value to the larger company, except insofar as it is a gesture of charitable community support for education and entrepreneurship.

For example, Fujitsu wrote:[12] *TechShop provides spaces and resources for makers. Together with Fujitsu, they have created 'TechShop Inside! – Powered by FUJITSU', a new initiative for students of all ages to experience 'making'. For school age children, TechShop is enabling their creativity by allowing them to safely engage with the tools they need to realize their ideas. TechShop and Fujitsu hope these children will be inspired by making and will turn into lifelong innovators.*

Similarly, in Abu Dhabi, Techshop is part of the government-supported Innovator program.[13] The Abu Dhabi Department of Education and Knowledge (ADEK) says "TechShop Abu Dhabi is the first facility in the GCC, and is brought to you in partnership with the innovator program, an initiative supporting the UAE community to engage on technology and unleash their innovation capability. The purpose of TechShop Abu Dhabi was to support the Innovator Programme, provide prototyping services and assist entrepreneurship development in the Emirate of Abu Dhabi."

As was noted earlier, in France, Leroy Martin clearly sees the investment as part of community support, even though it does not intend to do so at a loss. The large French telecom provider Orange sponsors fablabs for the same purpose.[14] Large profit from operating the business is not a consideration, and if it were, the makerspace would likely be shut down (as in the case of BNP Paribas).[15]

Even in the US, almost all corporate-makerspace partnerships are about community, not profit. For example, corporate giant GE sponsors Fablabs but it is via the Foundation - a form of corporate charity, not a big money-making venture. GE has also set up makerspaces like FirstBuild (https://firstbuild.com/) as a way to explore small-scale manufacturing, together with Local Motors.[16]


A lost licensing revenue model for the TechShop mark based on foreign licensing history when there has been no history of licensing in the U.S., is not an appropriate valuation method for this case.


## Resources
Leaders of successful, independent makerspaces abroad with whom I have discussed issues facing Techshop and makerspaces in general

---

[12] http://www.fujitsu.com/global/vision/customerstories/tech-shop/
[13] https://www.adek.abudhabi.ae/en/Innovation/ADTechShop/Pages/default.aspx
[14] https://www.fondationorange.com/-I-make-4-my-city-2017-?lang=en
[15] https://atelier.bnpparibas/en/life-work/article/fablabs-search-sustainable-business-model
[16] https://localmotors.com/press-release/ge-local-motors-partner-pioneer-new-model-manufacturing-industry/

# Techshop brand value analysis                                  innovationlab

Vladimir Kuznetzov (Moscow) https://makezine.com/author/vladimir-kuznetsov/

Kelsie Stewart and Toshimasa Kawai, FabCafe (Tokyo and global) https://fabcafe.com/intro/story

Cecilia Tham, Makers of Barcelona and FabCafe Barcelona (Barcelona) https://mob-barcelona.com/about/ and https://www.startupgrind.com/events/details/startup-grind-barcelona-presents-cecilia-tham-ceo-at-makers-of-barcelona

Dr. Andreas Liebl, Managing Director UnternehmerTUM (Munich) https://www.unternehmertum.de/team.html?lang=en

Yang Yu Hsiu, m.Zone (Taiwan) https://www.facebook.com/mzon.KH and producer of Maker (note, I was interviewed in this movie) http://makerthemovie.com/about/

Emil Steglich-Petersen, Republikken (Copenhagen) https://republikken.net/contact-republikken/

Thomas Landrain, La Paillasse (Paris)  https://lapaillasse.org/

Sonya Pryor-Jones, Chief Implementation Officer, Fab Foundation http://www.fabfoundation.org/index.php/about-fab-foundation/index.html

Bilal Ghalib (Beiruit, Baghdad, Cairo, etc) http://motwanifoundation.com/demo/makerfest/ink-fellow-bilal-ghalib-travels-the-world-building/

Madelynn Martiniere (currently in Uganda running a refugee makerspace https://promisehub.com/team-2/ , formerly at Fiktiv, Highway1 and other makerspaces) http://highway1.io/team-member/madelynn-martiniere/

Dara Dotz, FieldReady (Haiti, Nepal) https://www.fieldready.org and https://makezine.com/2017/03/21/dara-dotz-of-field-ready/

# Qualifications

My Bio, CV and publications have already been provided in connection with my November 19 Report regarding the Techshop brand assessment.

# Compensation
My compensation rate for the report and any testimony is $400 per hour for less than half a day (4 hours) and $300 per hour for half-day or more. The report have not been billed, but so far I have spent about 6 hours on it. My compensation is not dependent on the outcome of the case.

# Techshop brand value analysis

✺ innovationlab

Mark Bünger

Dec 3, 2018

*[signature]*

CONFIDENTIAL