# EXHIBIT D

James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **[PROPOSED] ORDER GRANTING TECHSHOP'S *DAUBERT* MOTION** |

Plaintiff has filed a *Daubert* motion to preclude Defendants' proposed expert witnesses, Jeremiah Johnson and Mark Bunger, from testifying as experts at the upcoming trial.  The Court has reviewed the papers and, good cause appearing therefore, the motion is **GRANTED**.

Neither Mr. Johnson nor Mr. Munger may offer expert testimony at trial.

**IT IS SO ORDERED.**

Dated April _____, 2019

_____
HON. HAYWARD S. GILLIAM, JR.
United States District Court Judge

Page **1** of **1**