Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAN RASURE, et al.,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS)<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION IN LIMINE NO. 1 RE: PLAINTIFF'S NEW CLAIM THAT "THE SHOP.BUILD" INFRINGES PLAINTIFF'S "TECHSHOP" SERVICE MARKS, FIRST DISCLOSED AFTER FACT DISCOVERY CLOSED**<br><br>Pretrial Conference: April 30, 2019, 3:00 p.m.<br>Trial: June 3, 2019, 8:00 a.m. |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants and Counterclaimants ("Defendants") bring this administrative motion to file under seal limited portions of their Motion in Limine No. 1 Re: Plaintiff's New Claim That "The Shop.Build" Infringes Plaintiff's "TechShop" Service Marks, First Disclosed After Fact Discovery Closed ("Motion in Limine No. 1"). Defendants certify that they have reviewed and complied with Civil L.R. 79-5.

Defendants request an order granting their motion to file under seal the materials in the following table:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Motion in Limine No. 1 | Yellow highlighted portions of the document | Plaintiff |
| Exhibit 1 to the Declaration of Andrea Pallios Roberts in Support of Motion in Limine No. 1 ("Roberts AMTFUS") | Entire document | Plaintiff |

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

Defendants seek to seal the portions of its Motion for Limine No. 1 identified above only because Plaintiff has designated the information confidential and/or highly confidential. Roberts AMFTUS Dec., ¶ 4.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Defendants respectfully request that the Court grant their Administrative Motion.

DATED: April 9, 2019

By  /s/ Andrea Pallios Roberts
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants