1  COUNSEL LISTED ON NEXT PAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>DAN RASURE et al.<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**PARTIES' STIPULATED MOTION IN LIMINE**<br><br>Pretrial Conference: April 30, 2019, 3:00 p.m.<br>Trial: June 3, 2019, 8:00 a.m. |

1   James C. Pistorino (Bar No. 226496)
    james@dparrishlaw.com
2   Parrish Law Offices
    224 Lexington Dr.
3   Menlo Park, CA 94025
    Telephone: (650) 400-0043
4
    Attorneys for Plaintiff and Counter-defendants .
5

6   Ann McFarland Draper (Bar No. 065669)
    courts@draperlaw.net
7   Draper Law Offices
    75 Broadway, Suite 202
8   San Francisco, California 94111
    Telephone: (415) 989-5620
9
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
10  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
11  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
12  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
13  Telephone:    (650) 801-5000
    Facsimile:    (650) 801-5100
14
    Ed DeFranco (Bar No. 165596)
15  eddefranco@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
16  New York, NY 10010
    Telephone:    (212) 849-7000
17  Facsimile:    (212) 849-7100

18  John E. Nathan (*Pro Hac Vice*)
    jnathan155@yahoo.com
19  John E. Nathan LLC
    1175 Park Avenue
20  New York, NY 10128
    Telephone:    (917) 960-1667
21
    Attorneys for Defendants and Counterclaimants

22

23

24

25

26

27

28

Plaintiff and Defendants, through their respective counsel, have stipulated to the following in limine issue:

Plaintiff shall not introduce any testimony, evidence, or argument that any of the "TECHSHOP" marks are incontestable.

DATED: April 9, 2019

By */s/ James C. Pistorino*
James C. Pistorino (Bar No. 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff and Counterdefendants

By       */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James C. Pistorino.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts