James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**TECHSHOP'S MOTION IN LIMINE #3, RE: MAKER NEXUS**<br><br>Hearing Date:  April 30, 2019, 3:00pm<br>Pretrial Conference April 30, 2019, 3:00pm<br>Trial:  June 3, 2019  8:00am<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Plaintiff Doris A. Kalein, as trustee for the estate of TechShop, Inc. (hereinafter, "TechShop"), in accordance with the Court's Scheduling Order and Standing Civil Pretrial and Trial Order, files this motion *in limine* to preclude Defendants from offering evidence related to Maker Nexus.

By way of background, Maker Nexus is a non-profit organization formed after the close of TechShop to develop a maker space and is a potential competitor of Defendants. Prior to engagement in this case, counsel for Plaintiff was involved in the Maker Nexus effort but resigned his position before being retained. Though comprised of several former TechShop members, Maker Nexus has no interest in or relation to this case which is, of course, controlled by the trustee. Nevertheless, throughout discovery, Defendants have posited that Maker Nexus is somehow "behind" the trademark infringement allegations in this case.

Whatever Defendants' allegations are with respect to Maker Nexus motives, etc., they simply have nothing to do with the causes of action in this case. Accordingly, allowing evidence of or Defendants' irrelevant allegations with regard to Maker Nexus is likely to lead to confusion, mistake, and a waste of time by the Court and the jurors.[1] Thus, testimony/evidence related to Maker Nexus should be excluded.

Respectfully submitted,

/s/ James C. Pistorino

James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

---

[1] A meet and confer covering the above was held on April 9, 2019.