James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S OPPOSTION TO DEFENDANTS' MOTION IN LIMINE # 1** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm").  This Declaration is filed in support of the TechShop's Opposition to Defendants' Motion in Limine # 1.

2. Attached as Exhibit A is a true and correct copy of a letter dated February 14, 2018 from TechShop to Mr. Rasure.

3. Attached as Exhibit B is a true and correct copy of an image that appeared on a Facebook group run by Mr. Jerry Gable, a person in the employ of Defendants.

4. Attached as Exhibit C is a true and correct copy of another image from Mr. Gable's Facebook group.

5. Attached as Exhibit D is a true and correct copy of Defendants' First Set of Interrogatories served on October 3, 3018.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 13th day of April, 2019 at Menlo Park, California.

_____
James Pistorino