# EXHIBIT A



38 South Second Street, San Jose, CA 95113

February 14, 2018

Mr. Dave Byers
Hearst Corporation
5 Third Street, Suite 200
San Francisco, CA 94103

Mr. Dan Rasure
TechShop 2.0, LLC
2130 Grand Avenue
Des Moines, IA 50312

Sirs:

We noted the public announcement that Mr. Rasure intends to open a so-called 'TechShop 2.0" location in the facility at 926 Howard Street, San Francisco, CA 94103 in which TechShop SOMA, LLC. operated until closing in November of 2017.

Mr. Rasure has no agreements or contractual relationship with TechShop, Inc. or TechShop SOMA, LLC at this time, nor to the best of our knowledge, with any secured creditor of those entities.

Be advised that TechShop, Inc. will be filing Chapter 7 bankruptcy shortly, and the assets in the building will come under the control of the Trustee, who will be responsible for liquidating them for the benefit of creditors in accordance with the law.

Also be advised that Mr. Rasure has no rights to the possession or use of the assets of TechShop, Inc. or Techshop SOMA, LLC, including, but not limited to:

- Machinery
- Hand tools
- Materials
- Retail inventory
- Fixtures
- Furniture
- Signage
- Trademarks
- Intellectual Property
- Training materials
- Computer systems
- Data
- Operating Methods Information
- Financial Data
- Membership Data

United States District Court
Northern District of California
**Trial Exhibit 29**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered_____
By_____
Deputy Clerk

**DR003069**



38 South Second Street, San Jose, CA 95113

Any activity Mr. Rasure undertakes at this location is done without the permission of TechShop, Inc. or TechShop SOMA, LLC.

TechShop, Inc. and TechShop SOMA, LLC will not assume any responsibility or liability for personal injuries, property damage, financial losses, or other damages that may be incurred as a result of unauthorized use of these assets.

Sincerely,


Daniel Woods
CEO, TechShop, Inc.

DR003070