# EXHIBIT B

Photos from Jerry Gable's post in theShop.build



CONFIDENTIAL

United States District Court
Northern District of California
**Trial Exhibit 323**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered _____
By _____
Deputy Clerk

TS000717