# EXHIBIT C


**Jerry Gable** updated the group photo.
🛡 Admin · 8 mins



 Like      Comment

United States District Court
Northern District of California
**Trial Exhibit 327**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered_____
By_____
Deputy Clerk

CONFIDENTIAL                                    TS000725