James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S OPPOSTION TO DEFENDANTS'** *DAUBERT* **MOTION** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of the TechShop's Opposition to Defendants' *Daubert* motion.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from TechShop's Licensing Options & Managed Services 2017 Guidebook (TX28)

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 14th day of April, 2019 at Menlo Park, California.

                                                          James Pistorino