# EXHIBIT 1



# Licensing Options & Managed Services
## 2017 Guidebook

38 S 2nd Street, San Jose, CA 95113    www.techshop.com    newlocations@techshop.com

United States District Court
Northern District of California
**Trial Exhibit 28**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered _____
By _____
Deputy Clerk

DR003047

# Land of Opportunity

Thank you for your interest in TechShop's Licensing and Managed Services solutions.

TechShop's wholly-owned makerspaces are legendary for fueling the birth of technologies and companies like Square.

Many people are less aware that we design, build, and even operate makerspaces on behalf of clients like Fujitsu, Leroy Merlin, BMW, and the U.S. Navy. At TechShop, young minds engage with our STEAM programs; the under-employed learn new skills; new products and jobs are created;

and communities collaborate and grow. We take pride in providing our clients with the most cost-effective, proven, and safest makerspace design/build/operate solutions available, and in the process, transform people, communities, and campuses.



DANIEL B. WOODS
CEO | MEMBER

TECHSHOP.COM    3

DR003049



# About TechShop

# Bringing the world's makerspace expert to your community.

TechShop is the largest and most experienced operator of open-access makerspaces in the world. Over the past 10 years TechShop has helped fuel the birth of dozens of pioneering products, companies worth well over $6 billion, and thousands of jobs. By combining affordable access to the advanced manufacturing tools of the next industrial revolution with training and hands-on experiences for people of all ages and skill levels, we are transforming lives, neighborhoods, and communities across the planet.

TechShop has the expertise, know-how, proprietary systems, professional staff, and leadership to successfully design, build, and operate safe, inspirational, state-of-the-art makerspaces throughout the world. This is evidenced by our proven track record of successfully developing and operating fourteen locations in four regions of the world (Asia, North America, Europe, and the Middle East). TechShop currently has more than 9,000 active members in the United States alone. We have engaged over 100,000 individuals since opening, including memberships, classes and K–12 STEAM programs.

TechShop's Managed Services program enables other organizations to benefit from the proven expertise of our staff, and leadership team in designing, equipping, staffing, launching, and operating TechShop locations around the world, while TechShop's Licensing program allows our clients to leverage TechShop's

> TechShop provides access to over $1.4 million of high quality tools and machinery to its users for a membership fee of less than $4 per day.

Number of prototypes Trusst Lingerie made to perfect its trademark truss design before sewing even a single bra.

Total cost of Square's first 3 protoypes at TechShop San Francisco. Square is now a multi-billion-dollar company.

Percent increase in patent submissions for Ford Motor Company since partnering with TechShop Detroit.

proprietary systems, software, and curriculum for operating open-access makerspaces safely, efficiently, and economically.

Employing TechShop's proprietary systems and proven models for makerspace design, development, staffing, training, launch, operations, and support ensures our clients a proven world-class open-access makerspace while eliminating the uncertainty and risks of one-off and unproven approaches. Equipping and opening a single instance of a lab or workspace is one thing. On the other hand, designing and operating an open-access community makerspace that is capable of safely bringing together students, members, and visitors who are richly diverse in skills, backgrounds, experiences, and aspirations in an inspirational and highly integrated makerspace presents a minefield of hidden and often daunting challenges to less experienced teams.

> TechShop can provide a physical hub for this inventive community, allowing us to connect with them in a way never done before.
>
> *– Bill Coughlin*
> *President and CEO,*
> *Ford Global Technologies*