[COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br>   Plaintiff, <br><br> vs. <br><br>DAN RASURE, et al. <br><br>   Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **JOINT SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS** <br><br> Pretrial Conference April 30, 2019, 3:00pm <br> Trial:  June 3, 2019  8:00am <br> Judge:  Hon. Haywood S. Gilliam, Jr. |

AND RELATED COUNTERACTIONS

1  James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
2  Parrish Law Offices
   224 Lexington Dr.
3  Menlo Park, CA 94025
   Telephone: (650) 400-0043

4  Attorneys for Plaintiff and Counterdefendant

5  Ann McFarland Draper (Bar No. 065669)
   courts@draperlaw.net
6  Draper Law Offices
   75 Broadway, Suite 202
7  San Francisco, California 94111
   Telephone:    (415) 989-5620
8
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
9  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
10 Andrea Pallios Roberts (Bar No. 228128)
   andreaproberts@quinnemanuel.com
11 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
12 Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
13
14 Ed DeFranco (Bar No. 165596)
   eddefranco@quinnemanuel.com
15 51 Madison Avenue, 22nd Floor
   New York, NY 10010
16 Telephone:    (212) 849-7000
   Facsimile:    (212) 849-7100
17
18 John E. Nathan (*Pro Hac Vice*)
   jnathan155@yahoo.com
19 John E. Nathan LLC
   1175 Park Avenue
20 New York, NY 10128
   Telephone:    (917) 960-1667
21
   Attorneys for Defendants and Counterclaimants
22
23
24
25
26
27
28

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Gilliam, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned

**[Plaintiff's Proposal:** Doris A. Kaelin in her capacity as trustee for the estate of TechShop, Inc. v. Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC. Briefly stated, this is a trademark action arising under the trademark laws of the United States related to use of trademarked terms and maker space.]

**[Defendants' Proposal:** *TechShop, Inc. v. Dan Rasure, TheShop dot Build LLC (fka TechShop 2.0 LLC), and TheShop dot Build San Fran LLC (fka TechShop 2.0 San Francisco LLC).* TechShop has filed for bankruptcy, so from time to time you will hear reference to Doris A. Kaelin, who is trustee for the bankruptcy estate of TechShop.

You have probably heard about trademarks, which cover goods. This case is about service marks, which cover services. Briefly stated, the Plaintiff in this case is alleging that the Defendants infringed the Plaintiff's TECHSHOP service marks in violation of federal law. The Defendants deny that allegation and allege that the Plaintiff consented to Defendants' use of the name TechShop 2.0. Defendants also allege that the Plaintiff defrauded Defendant Dan Rasure in violation of California state law.]

The trial may last _____ days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than _____ days. Our trial days will run approximately from 8:30 a.m. to 1:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel to excuse a prospective juror. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

### HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. If anyone does not speak and read English fluently, please identify yourself.

2. Have you or anyone close to you ever owned your own business?

3. You have been given a list of companies.

    (a) Are you personally acquainted with or have you heard about any officer, director, employee or attorney of any of those companies?

    (b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

    (c) Have you, any family member, or anyone close to you invested in any of the companies?

    (d) Have you, any family member, or anyone close to you made any loans to any of the companies?

    (e) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

(f) Have you, any family member, or anyone close to you been a member, customer, or potential customer of any of the companies?

(g) Have you, any family member, or anyone close to you had any experience with the **[Plaintiff's proposal: products] [Defendants' proposal: services]** of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

(h) Have you, any family member, or anyone close to you been a vendor or worked for a vendor of any of the companies.

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Have you ever heard anything about the individuals who might appear as witnesses in this case?

5. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

6. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

7. Do you or a family member with whom you live have a home workshop?

8. Have you, a family member, or anyone close to you been a member of, or taken a class at, a makerspace, including the companies listed for you, as well as MakerNexus, Humanmade, Noisebridge, or a FabLab facility?

9. Have you, a family member, or anyone close to you ever worked for a company that had trademarks **[Defendants' position:** or service marks**]**?

10. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

11. **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you, obtained a trademark or service mark registration from the United States Patent and Trademark Office?**]**

12. **[Defendants' position:** Do you have any strong feelings or opinions (positive or negative) toward the United States Patent and Trademark Office that might make it difficult for you to serve as an unbiased juror in this case?**]**

13. **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you, ever accused another person of using their trademarks or service marks without permission?**]**

14. **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you, ever been accused by another person of using that person's trademarks or service marks without permission?**]**

15. Do you believe it would be wrong for a company to enforce its trademarks **[Defendants' position:** or service marks**]**?

16. **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you ever declared bankruptcy?**]**

17.     **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you been an employee of a company that declared bankruptcy?]

18.     Do you believe it would be wrong for a company in bankruptcy proceedings to enforce its trademarks **[Defendants' position:** or service marks]?

19.     **[Defendants' position:** Do you believe that if someone is sued in court, they must have done something wrong?]

20.     **[Defendants' position:** Have you, any member of your immediate family, or anyone close to you ever been a victim of fraud?]

21.     **[Defendants' position:** Do you believe it is wrong for a fraud victim to recover money for damages for nonpecuniary loss, such as for pain and suffering?]

22.     Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

23.     Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

DATED: April 16, 2019

By */s/ James C. Pistorino*
James C. Pistorino (Bar No. 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff and Counterdefendants

By      */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants