1  COUNSEL LISTED ON NEXT PAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Pretrial Conference: April 30, 2019, 3:00 p.m.<br>Trial: June 3, 2019, 8:00 a.m.<br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | James C. Pistorino (Bar No. 226496) |
|   | james@dparrishlaw.com |
| 2 | Parrish Law Offices |
|   | 224 Lexington Dr. |
| 3 | Menlo Park, CA  94025 |
|   | Telephone: (650) 400-0043 |
| 4 | |
|   | Attorneys for Plaintiff and Counter-defendants . |
| 5 | |
| 6 | Ann McFarland Draper (Bar No. 065669) |
|   | courts@draperlaw.net |
| 7 | Draper Law Offices |
|   | 75 Broadway, Suite 202 |
| 8 | San Francisco, California 94111 |
|   | Telephone: (415) 989-5620 |
| 9 | |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 11 | Andrea Pallios Roberts (Bar No. 228128) |
|   | andreaproberts@quinnemanuel.com |
| 12 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 13 | Telephone:     (650) 801-5000 |
|   | Facsimile:      (650) 801-5100 |
| 14 | |
|   | Ed DeFranco (Bar No. 165596) |
| 15 | eddefranco@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 16 | New York, NY 10010 |
|   | Telephone:     (212) 849-7000 |
| 17 | Facsimile:      (212) 849-7100 |
| 18 | John E. Nathan (*Pro Hac Vice*) |
|   | jnathan155@yahoo.com |
| 19 | John E. Nathan LLC |
|   | 1175 Park Avenue |
| 20 | New York, NY 10128 |
|   | Telephone:     (917) 960-1667 |
| 21 | |
|   | Attorneys for Defendants and Counterclaimants |

-2-   Case No. 4:118-CV-01044-HSG (JCS)
JOINT PROPOSED STATEMENT OF THE CASE

08876-00001/10810763.1

The Plaintiff in this case, TechShop, is the owner of two federally registered **[Plaintiff's position: trademarks] [Defendants' position: service marks]** in the word "TECHSHOP" for use with makerspace-related services.

As a plaintiff, TechShop asserts that, without authorization, Defendants Dan Rasure and two entities he formed have infringed the TECHSHOP **[Plaintiff's position: trademarks] [Defendants' position: service marks]** in connection with the name of makerspace services. TechShop asserts that Defendants' uses of Plaintiff's **[Plaintiff's position: trademarks] [Defendants' position: service marks]** are likely to cause confusion, or to cause mistake, or to deceive. TechShop claims that it was harmed by Defendants' uses, and TechShop seeks damages for Defendants' infringement. TechShop also seeks a finding that the Defendants' infringement was willful.

The Defendants deny that they infringed and also claim that TechShop consented to Defendants' use of the **[Plaintiff's position: trademarks] [Defendants' position: service marks]** at issue, and when Plaintiff objected, Defendants changed their name. In addition to denying Plaintiff's claim of infringement, Defendants also contend: that TechShop discontinued and abandoned the use of the TECHSHOP **[Plaintiff's position: trademarks] [Defendants' position: service marks]** in the United States; and that the TECHSHOP **[Plaintiff's position: trademarks] [Defendants' position: service marks]** are not valid or protectable. Defendant Dan Rasure also asserts that TechShop fraudulently induced him to pay certain of TechShop's expenses and taxes. The Defendants also seek an award of punitive damages.

DATED: April 16, 2019

By */s/ James C. Pistorino*
James C. Pistorino (Bar No. 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff and Counterdefendants

By      */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James C. Pistorino.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts