# EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**TECHSHOP'S WITNESS AND EXHIBIT LISTS**<br><br>Pretrial Conference April 30, 2019, 3:00pm<br>Trial:  June 3, 2019  8:00am<br>Judge:  Hon. Haywood Gilliam Jr. |

**TECHSHOP'S WITNESS LIST**

Pursuant the Court's Civil Pretrial and Trial Standing Order, Plaintiff Doris A. Kaelin, trustee for the estate of TechShop, Inc. (hereinafter, "TechShop") provides its witness and exhibit lists.

| Witness Name | Brief Description of Subject Matter | Evidentiary Citation |
|---|---|---|
| Ms. Doris A. Kaelin | Confusion, license interest | |
| Mr. James Newton | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants, licenses, damages | |
| Mr. Dan Woods | TechShop's use of the trademarks, infringement, confusion, willfulness, | |

Page 1 of 2

| | | |
|---|---|---|
| | communications with Defendants licenses. damages | |
| Mr. Doug Busch | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants licenses, damages | |
| Mr. Ryan Spurlock | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants | |
| Dr. Eric Matolo | Damages | |

Further, attached, is a list of TechShop's Exhibits TX1-373.  Native versions of the exhibits themselves were produced by a separate link.

April 2, 2019

James C. Pistorino (SBN 226496)
  james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff