# EXHIBIT C

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| TX# | Bates # | Description | Sponsoring Witness | Confidentiality | Objections |
|---|---|---|---|---|---|
| 1. | DR494 | Text messages Gable/Rasure dated 2/16/18 re: switching website | Rasure | | |
| 2. | DR590-2 | Text message Spurlock/Rasure re: choosing name | Spurlock/Rasure | | 401, 403C, 403P, 403M, 802 |
| 3. | DR632-6 | Text messages Spurlock/Rasure dated 11/30/17 re: requests for email lists | Spurlock/Rasure | | 401, 403C, 403P, 403M, 802 |
| 4. | DR656 | Text messages Spurlock/Rasure dated 12/3/17 re: request for email list | Spurlock/Rasure | | 401, 403C, 403M, 403P, 802 |
| 5. | DR912 | Text messages Ewing/Rasure dated 2/19/18 re: allegation of infringement | Rasure | | 401, 403C, 403M, 403P, 802 |
| 6. | DR1714-1801 | Defendants' revenues 2/6/18-9/22/18 | Rasure/Matolo | AEO | 401, 403C, 403M, 403P, F, MIL #2 |
| 7. | DR1802-3 | Text messages Chronicle/Rasure various dates re: newspaper article/name | Rasure | | 403M, 802, 805, M |
| 8. | DR1873-4 | Text messages Byers/Rasure various dates re: TechShop/lease | Rasure | | 401, 802 |
| 9. | DR1941-2 | Text messages Rasure/Jeremiah/Drew re: name change | Rasure | | 401, 802, M |
| 10. | DR1944 | Text messages Gable/Rasure re: website | Rasure | | |
| 11. | DR2043-47 | Text messages Ewing/Rasure various dates re: deal/infringement | Rasure | | 802, 805, 401, 4033, 403M, 403P |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 12. | DR2049-54 | Text messages Wong/Dickey/Rasure re: lawsuit/waterjet | Rasure | | 802, M, 401, 403C, 403M, 403P |
| 13. | DR2104 | Text messages Rasure re: TechShop materials | Rasure | | 802, 401, 403C, 403M, 403P |
| 14. | DR2245 | Text message Green/Rasure re: Tesla | Rasure | | 401, 403C, 403M, 403P |
| 15. | DR2272 | Text messages Spurlock/Rasure re: TechShop 2.0 | Spurlock/Rasure | | |
| 16. | DR2295-6 | Text messages Spurlock/Rasure dated 11/30/17 re: emails | Spurlock/Rasure | | 401, 403C, 403P, 403M, 802 |
| 17. | DR2308 | Text messages Spurlock/Rasure dated 12/3-12/4/17 re: emails | Spurlock/Rasure | | 401, 403C, 403P, 403M, 802 |
| 18. | DR2563 | Text messages Rasure dated 2/17-2/18/18 re: name change | Rasure | | |
| 19. | DR2608 | Text messages David/Rasure dated 1/29-1/30/18 re: TechShop 2.0 | Rasure | | 802, 401, 403C, 403M, 403P |
| 20. | DR2618 | Text messages Sutherland/Rasure dated 2/12/18 re: TechShop 2.0 | Rasure | | 802, 401, 403C, 403M, 403P |
| 21. | DR2662 | Text message Rasure various dates re: use of name | Rasure | | 802, 401, 403C, 403M, 403P |
| 22. | DR2674 | Text message Rasure dated 2/13/18 re: TechShop 2.0 | Rasure | | |
| 23. | DR2675-6 | Text messages Busch/Rasure dated 12/6-12/14/18 re: MOU terms/emails | Busch/Rasure | | 802, 805 |
| 24. | DR2689 | Text messages Mascarelli/Rasure 12/1-12/5/17 re: email list | Rasure | | 802, 901, 401, 403C, 403P, 403M |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 25. | DR2740-56 | Kansas Secretary of State records re: TechShop 2.0/TechShop 2.0 San Francsico/theShop/build | Newton/Woods/Busch/ Kaelin/Rasure | | |
| 26. | DR2765-9 | Maker Orphans Facebook page re: infringement | Newton/Woods/Busch/ Kaelin/Rasure | | 802, 805, 901, 401, 403C, 403P, 403M |
| 27. | DR2898-9 | Facebook pages re: infringement | Newton/Woods/Busch/ Kaelin/Rasure | | 802, 805, 901, 401, 403C, 403P, 403M |
| 28. | DR3047-68 | TechShop Licensing Options 2017 | Newton/Woods/Busch/ Kaelin/Rasure/Matolo | | 802, 901, M, MIL #2 |
| 29. | DR3069-70 | TechShop trademark notice dated 2/14/18 | Newton/Woods/Busch/ Kaelin/Rasure/Matolo | | 802 |
| 30. | DR3182-4 | Trademarks/licensing | | | 401, 901, M, 403C, 403P, 403M |
| 31. | DR3199-200 | TechShop brochures/pictures | Newton/Woods/Busch/ Kaelin/Rasure/Matolo | | 401, 901, M, 403C, 403P, 403M |
| 32. | DR3543 | Email Rasure dated 11/17/18 re: buying TechShop | Newton/Woods/Busch/ Kaelin/Rasure/Matolo | | |
| 33. | DR5119 | Email Rasure/Sorrells dated 11/30/17 re: buying Techshop | Rasure/Matolo | | 802 |
| 34. | DR5132-3 | Email Woods/Byers re: introducing Rasure/delaying bankruptcy | Woods/Rasure | | 802 |
| 35. | DR6380-2 | Email Newton/Rasure dated 11/28/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 36. | DR6409-12 | Email Rasure/Newton dated 11/28/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 37. | DR6414-7 | Email Newton/Rasure dated 11/28/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 38. | DR6418-22 | Email Rasure/Newton dated 11/29/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 39. | DR6425-29 | Email Teresa/Rasure dated 11/29/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 40. | DR6430-34 | Email Rasure/Teresa dated 11/29/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 41. | DR6437-8 | Email Rasure/Teresa dated 11/29/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | |
| 42. | DR6448-9 | Email Woods/Rasure dated 11/29/17 re: Google | Newton/Woods/Busch/ Rasure | Confid | 802 |
| 43. | DR6908-13 | Email Newton/Rasure dated 11/30/17 re: MOU/emails | Newton/Woods/Busch/ Rasure | | 802 |
| 44. | DR6914-5 | Email Dougherty/Rasure dated 11/30/17 re: MOU | Newton/Woods/Busch/ Rasure | | 802, 403P, 403M, 403P |
| 45. | DR6920-26 | Email Newton/Rasure dated 11/30/17 re: MOU | Newton/Woods/Busch/ Rasure | | 802, 403P, 403M, 403P |
| 46. | DR6929-35 | Email Rasure/Newton dated 11/30/17 re: MOU | Newton/Woods/Busch/ Rasure | | 802, 403P, 403M, 403P |
| 47. | DR6936-8 | Email Dougherty/Rasure dated11/30/17 re: MOU | Newton/Woods/Busch/ Rasure | | 802, 403P, 403M, 403P |
| 48. | DR7001-3 | Email Rasure/Woods dated 12/11/17 re: signed MOU | Newton/Woods/Busch/ Rasure | | |
| 49. | DR7033-4 | Rasure agreement announcement | Newton/Woods/Busch/ Rasure | | |
| 50. | DR7041 | TechShop 2.0 acquisition announcement 12/3/18 | Newton/Woods/Busch/ Rasure | | |
| 51. | DR7095 | Email Rasure/Woods dated 12/4/17 re: pre-close activities | Newton/Woods/Busch/ Rasure/Matolo | | |
| 52. | DR7783-800 | Email Woods/Rasure dated 12/6/17 re: asset purchase agreement | Newton/Woods/Busch/ Rasure | | 802 |
| 53. | DR8005-6 | Emails Busch/Rasure dated 12/5-12/17/17 re: closing information | Newton/Woods/Busch/ Rasure | | 802 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 54. | DR8272-3 | Emails Busch/Rasure dated 12/7/17 re: closing information | Newton/Woods/Busch/ Rasure | | 802 |
| 55. | DR8281 | Email Busch/Rasure dated 12/8/17 re: closing information | Newton/Woods/Busch/ Rasure | | 802 |
| 56. | DR8383-7 | TechShop/Ford licensing proposal dated 10/30/17 | Newton/Woods/Busch/ Matolo | | 401, 802, 901, 403P, 403C, 403M |
| 57. | DR8504 | Email Rasure/Hilberman dated 12/9/17 re: MOU terms | Newton/Woods/Busch/ Rasure | | 802, 401, 403C, 403M, 403P |
| 58. | DR8516-7 | Email Busch/Rasure dated 12/9/17 re: MOU/officer information | Newton/Woods/Busch/ Rasure | | 802 |
| 59. | DR8519 | Email Busch/Rasure dated 12/10/17 re: MOU/officer information | Newton/Woods/Busch/ Rasure | | 802 |
| 60. | DR8560 | Email Busch/Rasure dated 12/11/17 re: MOU | Newton/Woods/Busch/ Rasure | | 802 |
| 61. | DR8573 | Email Rasure/Busch dated 12/11/17 re: MOU | Newton/Woods/Busch/ Rasure | | 401, 403P, 403M, 403C, 802 |
| 62. | DR9060 | Email Ruttum/Rasure dated 12/12/17 re: cancelling MOU | Newton/Woods/Busch/ Rasure/Matolo | | 802 |
| 63. | DR9068 | Email Rasure/Taylor dated 12/12/17 re: MOU cancelled | Rasure | | |
| 64. | DR9729 | Email Woods/Rasure dated 12/14/17 re: royalty payments | Newton/Woods/Busch/ Rasure/Matolo | | 802, MIL #2 |
| 65. | DR10459-64 | Email Busch/Rasure dated 12/19/17 re: emails | Newton/Woods/Busch/ Rasure | | 802, 401, 403C, 403M, 403P |
| 66. | DR11473-4 | Email Woods/Rasure dated 1/8/18 re: continued negotiations | Newton/Woods/Busch/ Rasure | | 802 |
| 67. | DR11932-41 | ADAfruit interview of Rasure | Newton/Woods/Busch/ Rasure | | |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 68. | DR11949-50 | Email Byers/Rasure dated 1/12/18 re: lease negotiations | Rasure | | 802 |
| 69. | DR11964-6 | Email Byers/Rasure dated 1/12/18 re: lease negotiations | Rasure | | |
| 70. | DR12328-30 | Email Byers/Rasure dated 1/22/18 re; lease negotiations | Rasure | | |
| 71. | DR12572 | Email Rasure/Calmes dated 1/16-1/24/18 re: license offer | Rasure/Matolo | | 401, 403C, 403M, 403P |
| 72. | DR12577 | Email Calmes/Rasure dated 1/24/18 re: license offer | Rasure/Matolo | | 802, 401, 403C, 403M, 403P |
| 73. | DR12843 | Email Rasure/Calmes dated 1/30/18 re: license offer | Rasure/Matolo | | 401, 403C, 403M, 403P |
| 74. | DR13186 | Email Woods/Rasure dated 1/31/18 re: Google | Woods/Rasure | | 802 |
| 75. | DR13203-4 | Email/Woods/Rasure dated 1/31/18 re: Google | Newton/Woods/Busch/ Rasure | | 802 |
| 76. | DR13219-21 | Email Woods/Rasure dated 1/31/18 re: Google | Newton/Woods/Busch/ Rasure | | 802 |
| 77. | DR13358-61 | Email Woods/Rasure dated 2/1/18 re: Google | Newton/Woods/Busch/ Rasure | | 802 |
| 78. | DR13676 | Email Woods/Rasure dated 2/7/18 re: last offer | Woods/Rasure | | 802, 805 |
| 79. | DR13864 | Email Ewing/Rasure dated 2/9/18 re: beat bankruptcy | Rasure | | 802 |
| 80. | DR14119-44 | Email Rasure/Byers dated 2/12/18 re: new lease to TechShop 2.0 | Rasure | | |
| 81. | DR14707-8 | Email Woods/Coughlin dated 2/13/18 re: TechShop 2.0 announcement | Woods/Rasure | | 802 |
| 82. | DR15211-3 | Letter Hamilton/Rasure dated 2/16/18 re: TechShop 2.0 | Woods/Rasure | | 802, 805, 401 |
| 83. | DR15262-74 | Letter Pistorino/Rasure dated 2/16/18 re: cease and desist/complaint | Newton/Woods/Busch/ Rasure/Matolo | | 802, NE |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 84. | DR15293-5 | Emails Chung/Rasure dated 2/16/18 re: trademarks | Rasure | | |
|---|---|---|---|---|---|
| 85. | DR15778 | Emails Chung/Rasure dated 2/19-2/20/18 re: TechShop name | Rasure | | 802, INC, 401, 403C, 403M, 403P |
| 86. | DR15795 | Email Rasure/Doty date 2/20/18 re: opening San Fran locations | Rasure | | INC, 401, 403C, 403M, 403P |
| 87. | DR16985 | Email Harris/Rasure dated 4/20/18 re: continued interest in TechShop | Rasure | | 802, 401, 403C, 403M, 403P |
| 88. | DR17251 | Email Donnely/Rasure dated 5/14/18 re: changing name | Rasure | | 802, 401, 403C, 403M, 403P |
| 89. | DR17476-7 | Use | | | 901, INC, NB |
| 90. | DR18207-23 | Email Souze/Rasure dated 7/5/18 re: TechShop 2.0 | Rasure | | 106, 802, 901, INC, 403C, 403M, 403P |
| 91. | DR18273 | Lease ledger dated 7/24/18 re: TechShop 2.0 San Francisco | Rasure | | 802, 901, INC, 403C, 403M, 403P |
| 92. | DR19128-34 | Emails Rasure/Goertzen dated 8/24-8/30/18 re: TechShop expenses | Rasure | | 401, 403P, 802, 901, MIL #2 |
| 93. | DR19469-34815 | Email Johnson/Rasure dated 12/14/17 re: TechShop financial projections | Rasure/Matolo | | 401, 403C, 403M, 403P, M, F, MIL #2 |
| 94. | DR22473 | Email dated 2/18/18 re: TechShop 2.0 reopening | Rasure | | 802, F |
| 95. | DR22489 | Email dated 2/19/18 re: TechShop 2.0 | Rasure | | 802, F |
| 96. | DR22565 | Email dated 2/20/18 re TechShop 2.0 reopening | Rasure | | |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 97. | DR22640 | Email dated 2/20/18 re: TechShop reopened | Rasure | | 802, F |
|---|---|---|---|---|---|
| 98. | DR22655 | Email dated 2/21/18 re: TechShop under new management | Rasure | | |
| 99. | DR22668-9 | Email dated 2/21/18 re: TechShop under new management | Rasure | | |
| 100. | DR22682 | Email dated 2/21/18 re: TechShop 2.0 login | Rasure | | |
| 101. | DR22700 | Email dated 2/21/18 re: TechShop 2.0 Equipment Calendar | Rasure | | |
| 102. | DR22720 | Email dated 2/21/18 re: TechShop 2.0 | Rasure | | 401, 403C, 403M, 403P, 802, F |
| 103. | DR22721 | Email dated 2/21/18 re: TechShop 2.0 | Rasure | | 403P, 802, F |
| 104. | DR22776-7 | Email dated 2/22/18 re: TechShop 2.0 membership | Rasure | | 401, 403C, 403M, 403P, 802, INC, F |
| 105. | DR22879 | Email dated 2/22/18 re: TechShop membership | Rasure | | 802, F |
| 106. | DR25004 | Email dated 3/14/18 re: TheShop/TechShop relation | Rasure | | 802, INC, F |
| 107. | DR25135-8 | Emails dated 3/12-3/14/18 re: TheShop/TechShop relation | Rasure | | 802, INC, F |
| 108. | DR26466 | Email dated 4/2/18 re: TechShop 2.0 | Rasure | | 403P, 403C, 403P, 802, F |
| 109. | DR26475-7 | Emails dated 4/2/18 re: TechShop | Rasure | | 403P, 403C, 403P, 802, F |
| 110. | DR26520-1 | Website receipt dated 12/24/16 re: TechShop lifetime membership | Newton/Woods/Busch | | 401, 403P, 403C, 403M, F |
| 111. | DR26696 | Emails dated 2/19-4/4/18 re: TechShop membership | Rasure | | 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 112. | DR27118 | Email dated 4/9/18 re: previous owner | Rasure | | 403, 403P, 403C, F |
| 113. | DR27749 | Email dated 2/15/18 re: TechShop 2.0 | Rasure | | |
| 114. | DR27760 | Emails dated 2/21-2/22/18 re: TechShop 2.0 | Rasure | | 401, 403P, 403C, 403M, 802, F |
| 115. | DR37254-7 | Email dated 12/3/17 re: TechShop 2.0 | Rasure | | |
| 116. | DR37443 | Email Gable/Rasure dated 12/9/17 re: TechShop email list | | | 401, 403C, 403P, 403M |
| 117. | DR37445-6 | Email Smith/Rasure dated 12/9/17 re: TechShop name | Rasure | | 401, 403C, 403P, 403M |
| 118. | DR37452 | Email Gable/Rasure dated 12/10/17 re: TechShop email list | Rasure | | 401, 403C, 403P, 403M |
| 119. | DR37564 | Email Bell/TechShop 2.0 dated 12/26/17 re: past due invoices | Rasure | | 802, 901 |
| 120. | DR37581 | Emails dated 12/22-12/27/18 re: TechShop 2.0 prototype | Rasure | | 802, 901 |
| 121. | DR37597-8 | Email TechShop 2.0 dated 12/28/17 re: credit card charges | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 122. | DR37617 | Email Rake/Rasure dated 1/2/18 re: TechShop 2.0 brand | Rasure | | 802 |
| 123. | DR37800-1 | Email Rasure/TechShop 2.0 dated 1/15/18 re: TechShop 2.0 | Rasure | | |
| 124. | DR37827 | Email Rasure/TechShop 2.0 dated 1/16/18 re: Ford membership | Rasure | | 802, 403C, 403P, 403M, F |
| 125. | DR37835 | Email TechShop 2.0 dated 1/18/18 re: TechShop membership | Rasure | | 802, 403C, 403P, 403M, F |
| 126. | DR38065 | Email Rasure/TechShop 2.0 dated 2/16/18 re: TechShop 2.0 | Rasure | | 403P, 802, 401 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 127. | DR38073 | Emails Rasure/TechShop 2.0 dated 2/15-2/16/18 re: TechShop membership | Rasure | | 403C, 403P, 403M, F, 802, INC |
| 128. | DR38093-4 | Email TechShop 2.0 dated 2/16/18 re: TechShop 2.0 | Rasure | | 403C, 403P, 403M, 802, F |
| 129. | DR38128-9 | Email TechShop 2.0 dated 2/16/18 re: TechShop membership | Rasure | | 403C, 403P, 403M, F |
| 130. | DR38170 | Email Lee/TechShop 2.0 dated 2/19/18 re: opening TechShop 2.0 | Rasure | | |
| 131. | DR38175 | Email dated 2/19/18 re: TechShop 2.0 | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 132. | DR38209 | Emailed dated 2/20/18 re: TechShop classes | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 133. | DR38232 | Email Jeane/Rasure dated 2/20/18 re: TechShop 2.0 | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 134. | DR38249 | Email Rasure/Gable dated 2/20/18 re: TechShop 2.0 equipment reservation | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 135. | DR38263 | Email date d2/20/18 re: TechShop reopened | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 136. | DR38273 | Email dated 2/21/18 re: TechShop under new management | Rasure | | |
| 137. | DR38325 | Email dated 2/21/18 re: SF TechShop design | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 138. | DR38393 | Email Hackett/Rasure dated 2/22/18 re; fitting into TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F, INC |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 139. | DR38416 | Email Rasure dated 2/22/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 140. | DR38597 | Email Rasure/Gable dated 2/25/18 re: TechShop 2.0 forums | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 141. | DR38631 | Email Rasure 2/26/18 re: TechShop 2.0 | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 142. | DR38638 | Email Rasure dated 2/26/18 re: Pizza with Rasure | Rasure | | |
| 143. | DR38671 | Emails Sutherland/Rasure dated 2/13-2/27/18 re: TechShop 2.0 lease | Rasure | | 401, 802, 805 |
| 144. | DR38705 | Google Calendar entry for TechShop 2.0 meeting dated 2/27/18 | Rasure | | 401, 403C, 403M, 403P |
| 145. | DR38729 | Email Volkman/TechShop 2.0 dated 2/28/18 re: W2 | Rasure | | 401, 403P, 802 |
| 146. | DR38734 | Email Rasure dated 2/28/18 re: name suggestion | Rasure | | 802, 401, 403C, 403M, 403P |
| 147. | DR39931 | Email dated 3/1/18 re: TechShop 2.0 open | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 148. | DR39970-1 | Eventbrite notide dated 3/2/18 Pizza with Rasure | Rasure | | |
| 149. | DR39996 | Email dated 3/5/18 re: gift card refund | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 150. | DR40013-5 | Email Rasure dated 3/5/18 re: TechShop | Rasure | | |
| 151. | DR40027 | Email Rasure dated 3/5/18 re: TechShop name | Rasure | | 403P, 802, 901, INC |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 152. | DR40080 | Email Rasure/Gable dated 3/6/18 re: TechShop 2.0 | Rasure | | 802 |
| 153. | DR40141-2 | Email Rasure dated 3/6/18 re: TechShop load payment | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 154. | DR40407 | Email Rasure dated 3/9/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 155. | DR40433 | Email Rasure dated 3/9/18 re: family membership still valid | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 156. | DR40479 | Email Rasure dated 3/11/18 re: TechShop 2.0 | Rasure | | 802 |
| 157. | DR40543 | Email Rasure dated 3/12/18 re: TechShop memberships | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 158. | DR40575 | Email Rasure dated 3/12/18 re: refund | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 159. | DR40584 | Email Rasure dated 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 160. | DR40613 | Email Rasure 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 161. | DR40641 | Email Shuff/Rasure dated 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 162. | DR40647 | Email Rasure dated 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 163. | DR40685 | Email Rasure dated 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 164. | DR40745 | Email Rasure dated 3/12/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 165. | DR40810 | Email Rasure dated 3/13/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F, INC |
| 166. | DR40813 | Email Rasure dated 3/13/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F, INC |
| 167. | DR40814 | Google Calendar 3/6/18 re: TechShop's new owner | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 168. | DR40833-4 | Emails Rasure dated 3/7-3/13/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 169. | DR40925 | Email Rasure dated 3/13/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 170. | DR40948 | Email Rasure dated 3/13/18 re: TechShop SF | Rasure | | 802, 403P |
| 171. | DR41028 | Email Rasure dated 3/14/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 172. | DR41048 | Email Rasure dated 3/14 18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 173. | DR41051 | Email Rasure dated 3/14/18 re: TechShop/TheShop | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 174. | DR41054 | Email Rasure dated 3/14/18 re: cost | Rasure | | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 175. | DR41058 | Email Rasure dated 3/14/18 re: TechShop lifetime members | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 176. | DR41062 | Email Rasure dated 3/14/18 re: TechShop credit | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 177. | DR41078 | Email Rasure dated 3/14/18 re: TechShop membership | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 178. | DR41100 | Email Rasure dated 3/14/18 re: TechShop 2.0 | Rasure | | 401, 403C, 403P, 403M, 802, F |
| 179. | DR41111 | Email Rasure dated 3/14/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 180. | DR41135 | Email Castellanos/Rasure dated 3/14/18 re: passwords | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 181. | DR41241 | Email Gable/Rasure dated 3/15/18 re: TechShop 2.0 emails | Rasure | AEO | |
| 182. | DR41282 | Email Rasure dated 3/15/18 re: TechShop is back | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 183. | DR41301 | Emails Rasure dated 3/13-3/15/18 re: TechShop/TheShop relationship | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 184. | DR43457 | Email Newsome/Rasure dated 4/29/18 re: TechShop name | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 185. | DR44027 | Email Castellanos/Rasure re: TechShop/TechShop 2.0 relationship | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 186. | DR45351 | Email Rasure/Gindele dated 6/718 re: TechShop relationship | Rasure | AEO | 401, 403C, 403P, 403M, F, INC |
| 187. | DR47920-3 | Email Ventura/Wieslander dated 8/8/18 re: TechShop 2.0 SF | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 188. | DR48074 | Email Rasure dated 8/14/18 re: TechShop 2.0 proof of coverage | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 189. | DR51230 | Text messages Rasure/Kern 2/20/18 re: techshop2.0 redirect | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 190. | DR51235 | Text message Kern dated 2/20/18 re: TechShop | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 191. | DR51263 | Text message Kern/Rasure dated 2/17/18 re: TechShop name | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 192. | DR51288 | Text messages Kern/Rasure dated 12/13/17 re: TechShop name | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 193. | DR51312 | Text message Rasure dated 2/25/18 re: TechShop 2.0 San Jose | Rasure | AEO | 106, 403M, 403P, F, INC |
| 194. | DR51343 | Text messages Rasure dated 1/3/18 re: TechShop brand | Rasure/Matolo | AEO | 106, 403M, 403P, 802, F, INC |
| 195. | DR51357-8 | FB messages Gable/Spurlock dated 1/20-2/26/18 re: TechShop logo | Rasue | AEO | 403M, 403P, 802, F, INC |
| 196. | DR51364 | Text messages Rasure dated 1/19/18 re: TechShop name | Rasure/Matolo | AEO | 106, 403M, 403P, 802, 901, INC |
| 197. | DR51427 | Text messages Kelley/Rasure dated 12/5/18 re: TechShop systems | Rasure | AEO | 106, 401, 403C, 403M, |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | 403P, 802, INC |
|---|---|---|---|---|---|
| 198. | DR51434 | Text messages Rasure/Peterson dated 1/4-1/6/18 re: Rasure email address | Rasure | AEO | 802, 401, 403C, 403M, 403P, F |
| 199. | DR51512-3 | Text messages Rasure dated 2/16/18 re: theShop logos | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 200. | DR51589 | Text messages Rasure dated 2/14/18 re: TechShop member lists | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 201. | DR51662 | Text messages Maria/Rasure dated 12/18/17 re: TechShop | Rasure | AEO | 106, 403M, 403P, 802, F, INC |
| 202. | DR51859 | GoDaddy Survey Gable re: TechShop 2.0 | Rasure | | 403P, 403M, F |
| 203. | DR51880 | Email Fribush/TechShop 2.0 dated 12/18/17 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 204. | DR51892-3 | Email Kahn/TechShop 2.0 dated 12/28/17 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 205. | DR52017-8 | Email Downs/TechShop 2.0 dated 2/20/18 re: TechShop | Rasure | AEO | 403P, 403M, F |
| 206. | DR52031 | Email Bartell/TechShop 2.0 dated 2/15/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 207. | DR52032 | Email Toeppen/TechShop 2.0 dated 2/15/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 208. | DR52036 | Email Gable/Cassel dated 2/15/18 re: TechShop 2.0 email | Rasure | AEO | 401, 403C, 403P, 403M |
| 209. | DR52047 | Emai; Delong/TechShop 2.0 dated 2/16/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M |

| 210. | DR52053 | Manford/TechShop 2.0 dated 2/16/18 re: TechShop loans | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 211. | DR52076 | Email Mansfield/TechShop 2.0 dated 2/16/18 re: opening | Rasure | AEO | 401, 403C, 403P, 403M |
| 212. | DR52092 | Email Weimand/TechShop 2.0 dated 2/18/18 re: opening | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 213. | DR52107-8 | Email Downs/TechShop 2.0 dated 2/20/18 re: progress | Rasure | AEO | 403P, 403M, F |
| 214. | DR52112 | Email Jeane/Rasure dated 2/20/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 215. | DR52114-5 | TechShop website caprture dated 11/11/14 | Newton/Woods/Busch/Rasure/Matolo | AEO | 401, 403C, 403P, 403M |
| 216. | DR52149 | Email Jewett dated 2/22/18 re: TechShop SF | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 217. | DR52156 | Email Rabinowitz/Rasure dated 2/22/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 218. | DR52165 | Email Shoffner dated 2/22/18 re: TechShop/TechShop 2.0 membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 219. | DR52168-9 | Emails Shoffner/Rasure dated 2/26/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 220. | DR52193 | Email Volkman dated 2/28/18 re: W2 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 221. | DR52194 | Email Bean dated 2/28/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 222. | DR52195 | Email MG dated 2/28/18 re: name | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
|---|---|---|---|---|---|
| 223. | DR52200 | Email Grimes dated 3/1/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 224. | DR52206 | Email Downs/TechShop 2.0 dated 3/4/18 re: TechShop reopen | Rasure | AEO | 401, 403M |
| 225. | DR52216 | Email Kelly dated 3/4/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 226. | DR52225 | Email Gupta dated 3/5/18 re: open TechShop SF | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 227. | DR52314 | Email Menard dated 3/8/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 228. | DR52332 | Email Olson dated 3/9/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 229. | DR52333 | Email Tolley dated 3/9/18 re: compensation | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 230. | DR52335 | Email Kim dated 3/9/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 231. | DR52337 | Email Weil dated 3/9/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 232. | DR52344 | Email Farmer dated 3/10/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 233. | DR52397 | Email Garcia dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 234. | DR52406 | Email Perlman dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 235. | DR52427 | Email Kehriolomoom dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 236. | DR52431 | Email Karadayl dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 237. | DR52444 | Email Hinningan dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 238. | DR52447 | Emails Karadayi/Rasure dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 239. | DR52457 | Email Shuff/Rasure dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 240. | DR52491 | Email Sarig/Rasure dated 3/14/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 241. | DR52514 | Email Case/Rasure dated 3/15/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 242. | DR52621 | Email Catelli/Rasure dated 4/11/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 243. | DR52679 | Email Gallegos/Rasure dated 4/23/18 re: classes | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

19

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 244. | DR52810 | Email Senn dated 9/11/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 245. | DR52894 | Email Jeanne/Rasure dated 2/20/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 246. | DR52896-7 | TecHShop website capture dated 11/1/14 | Newton/Woods/Busch/ Rasure/Matolo | AEO | 401, 403C, 403M, 403P, 802, F |
| 247. | DR52902 | Email Wong/Rasure dated 2/21/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 248. | DR52945 | Email Grimes dated 3/1/18 re: TechShop 2.0Rasure | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 249. | DR52955 | Eventbrite dated 3/2/18 re: Pizza with Rasure | Rasure | AEO | 403C |
| 250. | DR52964 | Email Sebahar dated 3/5/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F, INC |
| 251. | DR52997 | Email Lorberbaumdated 3/11/18 re: class | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 252. | DR53004 | Email Kheirolomoom dated 3/12/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 253. | DR53111 | Email Allen dated 3/23/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 254. | DR53249 | Email Montgomery dated 4/2/18 re: W2 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 255. | DR53254 | Email Montgomery dated 4/2/18 re: W2 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 256. | DR53466 | Email Friedman dated 4/9/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 257. | DR53554 | Email Auden dated 4/9-4/10/18 re: TechShop | Rasure | AEO | 403M, 802, F |
| 258. | DR53564 | Email Weeks dated 4/10/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F, INC |
| 259. | DR53777 | Email Catelli dated 4/11/18 re: gift certificate | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 260. | DR53682 | Email Won dated 4/13/18 re: website | Rasure | AEO | 802, F |
| 261. | DR53708 | Email Spacek dated 4/13/18 re: TheShop | Rasure | AEO | 401, 802, F |
| 262. | DR53773 | Email Zareba dated 4/16/19 re: TechShop San Jose | Rasure | AEO | 403M, 802, F |
| 263. | DR53885-6 | Emails Paul/Murphy dated 4/9-4/18/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F, INC |
| 264. | DR53925 | TechShop logo capture | Newton/Woods/Busch/Rasure/Matolo | AEO | 401, 403C, 403P, 403M |
| 265. | DR53986-7 | Email Potts/Rasure dated 21/21/17-4/21/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 266. | DR54076 | Email RolerOz dated 4/27/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 267. | DR54094 | Email Wong dated 4/29/19 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 268. | DR54132 | Email Shield dated 5/3/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
|---|---|---|---|---|---|
| 269. | DR54222-3 | Email Creighton date 5/8/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 270. | DR54729 | Email Leipold dated 6/18/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 271. | DR54738 | Email Brady dated 6/22/18 re: TechShop San Jose | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 272. | DR54788 | Email Samuelsson/Rasure dated 8/19-8-22/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 273. | DR54840 | Press Release dated 2/9/18 re: TechShop 2.0 | Rasure | AEO | |
| 274. | DR54842-5 | Email Cocquyt/TechShop 2.0 dated 2/16/18 re: TechShop 2.0 | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 275. | DR54927-30 | Email Paul dated 4/18/18 re: membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 276. | DR54931-4 | Email Paul dated 4/18/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 277. | DR54973-8 | Email Potts/Rasure dated 4/21/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 278. | DR55095 | Email Roleroz dated 4/27/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 279. | DR55096 | Email Drew/Roleroz dated 4/27/18 re: TechShop | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 280. | DR55136-8 | TechShop website capture dated 6/29/15 | Newton/Woods/Busch/ Rasure/Matolo | AEO | 802, 901, INC, F |
| 281. | DR55237 | Email Faber dated 5/2/18 re: TechShop 2.0 | Rasure | AEO | 802, F |
| 282. | DR55257 | Email Schaefer/Rasure dated 5/5/18 re: TechShop SF | Rasure | AEO | 802, F, 401, 403C, 403M, 403P |
| 283. | DR55268-9 | Email Creighton dated 5/8/18 re: TechShop 2 Chandler | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 284. | DR55534 | Email Leipold dated 6/18/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 285. | DR55570 | Email Brady dated 6/22/18 re: TechShop SJ | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 286. | DR55667 | Email Savage dated 7/30/18 re: TechShop membership | Rasure | AEO | 401, 403C, 403P, 403M, 802, F |
| 287. | DR56049-51 | TechShop 2.0 website capture dated 12/5/17 | Newton/Woods/Busch/ Rasure/Matolo | | 901, F |
| 288. | DR56052-53 | TechShop 2.0 website capture dated 2/21/18 | Newton/Woods/Busch/ Rasure | | 901, F |
| 289. | DR56054-8 | Text messages Gable/Rasure 12/1-12/2/18 re: TechShop 2.0 | Rasure | | 802, 401 |
| 290. | DR56061-94 | TechShop 2.0 website capture dated 12/5/18; Name and logo variations | Newton/Woods/Busch/ Matolo | | 403C, 901, F, M |
| 291. | Matolo Exhibit A | Mataolo resume | Matolo | | 703, 901, 1006, F, NE, 802 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 292. | Matolo Exhibit C | TechShop website capture dated 11/1/17 | Newton/Woods/Busch/ Matolo | | 703, 901, F, 802 |
| 293. | Matolo Exhibit D | TechShop 2.0 forecasts | Rasure/Matolo | | 703, 901, 1006, F, NE, 401, MIL #2 |
| 294. | Matolo Exhibit E | TechShop 2.0 revenues | Rasure/Matolo | | 703, 901, 1006, F, NE, 401, MIL #2 |
| 295. | Matolo – ForbesSept2008 | Forbes Sept. 1, 2008 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 296. | Matolo – IncJuly2007 | Inc. July 2007 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 297. | Matolo – IncJuly2010 | Inc. July/August 2010 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 298. | Matolo – MakeAugSept2014 | Make August/September 2014 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 299. | Matolo – PopularMechApril2014 | Popular Mechanics April 2014 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 300. | Matolo – PopularMechJune2013 | Popular Mechanics June 2013 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 301. | Matolo – SanJoseMerc4242010 | San Jose Mercury News April 24, 2010 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
| 302. | Matolo – WiredFeb2010 | Wired February 201 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 303. | Matolo – WSJNov122009 | Wall Street Journal November 12, 2009 | Newton/Woods/Busch/ Matolo | | 401, 703, 802, 805, 901, F |
|---|---|---|---|---|---|
| 304. | TS Initial Disclosures 1 | Emails Dan Woods 11/18-2/13 re: TechShop | Newton/Woods/Busch | | 403C, 403M, 802, 901, NB, NTD, M, 401, improper compilation |
| 305. | TS Initial Disclosures 2 | Emails Dan Woods 11/18-3/20 re: TechShop | Newton/Woods/Busch | | 403C, 403M, 802, 901, NB, NTD, M, 401, improper compilation |
| 306. | TS Initial Disclosures 3 | Email dated 12/20/16 re: ALM purchase | Newton/Woods/Busch/ Matolo | | 802, 901, NB, NTD, MIL #2 |
| 307. | TS Initial Disclosures 4 | AutoDesk Non-Disturbance Agreement 12/15/14 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 308. | TS Initial Disclosures 5 | TechShop/ADEO License 12/15/14 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 309. | TS Initial Disclosures 6 | TechShop/Abu Dhabi Agreement 12/10/14 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, M, MIL #2 |
| 310. | TS Initial Disclosures 7 | Exhibit B to Abu Dhabi Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 311. | TS Initial Disclosures 8 | Exhibit B to Fujitsu Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 312. | TS Initial Disclosures 9 | Exhibit B to Adeo Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
|---|---|---|---|---|---|
| 313. | TS Initial Disclosures 10 | TechShop/Fujitsu Agreement 9/7/15 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 314. | TS Initial Disclosures 11 | TechShop Global Incorporation | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 315. | TS Initial Disclosures 12 | TechShop/TechShop Global Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 316. | TS Initial Disclosures 13 | TechShop/TechShop Global Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 317. | TS Initial Disclosures 14 | TechShop/TechShop Global Agreement | Newton/Woods/Busch/ Matolo | AEO | 401, 901, NB, NTD, MIL #2 |
| 318. | TS Initial Disclosures 15 | TechShop/Rasure MOU | Newton/Woods/Busch/ Matolo | | NB |
| 319. | TS Initial Disclosures 16 | Emails Doug Busch 11/28-12/12 | Newton/Woods/Busch | | 403C, 403M, 802, 901, NB, NTD, M |
| 320. | TS701-13 | Letter TechShop/Rasure dated 2/16/18 re: cease and desist | Newton/Woods/Busch/ Rasure/Matolo | | 403C, 802, 901, NE |
| 321. | TS714-5 | Emails Torrone/Woods daed 2/17/18 re: TechShop 2.0 | Woods/Matolo | | 802, 802, 901, MIL #2 |
| 322. | TS716 | Gable Facebook post | Newton/Woods/Busch/ Rasure/Matolo | | 901 |
| 323. | TS717 | Gable Facebook capture | Newton/Woods/Busch/ Rasure/Matolo | | 901, F |
| 324. | TS719 | Rasure Facebook group posting 2/12/18 re: TechShop 2.0 | Rasure/Matolo | | |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 325. | TS720 | Facebook group posting | Rasure/Matolo | | 802, 901 |
| 326. | TS724 | Facebook group posting | Rasure/Matolo | | 106, 802, 901 |
| 327. | TS725 | Facebook posting Gable re: theShop | Rasure/Matolo | | 901, MIL #1, 401, 403C, 403M, 403P |
| 328. | TS726 | TheShop.build Facebook group | Newton/Woods/Busch/ Rasure/Matolo | | 401, 901, 403C, 403M, 403P |
| 329. | TS727 | TheShop.build Facebook group | Newton/Woods/Busch/ Rasure/Matolo | | 901, MIL #1, 401, 403C, 403M, 403P |
| 330. | TS729 | TheShop.build Facebook group | Newton/Woods/Busch/ Rasure/Matolo | | 901, MIL #1, 401, 403C, 403M, 403P |
| 331. | TS731 | Facebook posting re: confusion | Newton/Woods/Busch/ Rasure/Matolo | | 106, 802, 901, INC |
| 332. | TS734 | TechShop 2.0 web site | Newton/Woods/Busch/ Rasure/Matolo | | 901, F, 401, 403C, 403M, 403P |
| 333. | TS735 | Email Woods/Rasure dated 2/13/18 re: TechShop 2.0 | Newton/Woods/Busch/ Rasure/Matolo | | 403C, 802, 805, 901 |
| 334. | TS748-9 | Letter Woods/Rasure dated 2/14/18 re: cease and desist | Newton/Woods/Busch/ Rasure/Matolo | | 403C, 802, 901 |
| 335. | TS750 | Email Woods/Rasure 2/14/18 re: cease and desist | Newton/Woods/Busch/ Rasure/Matolo | | 802, 901 |
| 336. | TS752-3 | TechShop 2.0 opening announcement | Newton/Woods/Busch/ Rasure/Matolo | | 901 |
| 337. | TS754-6 | SF Chronicle article dated 2/15/18 re: TechShop 2.0 opens | Newton/Woods/Busch/ Rasure/Matolo | | 802, 901 |
| 338. | TS757 | Emails Ruttum/Rasure dated 12/12/17 re: termination of MOU | Newton/Woods/Busch/ Rasure/Matolo | | 802, 901 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 339. | TS758-9 | Letter Woods/Rasure dated 2/14/18 re: cease and desist | Rasure/Matolo | | 403C, 802, 901 |
|---|---|---|---|---|---|
| 340. | TS760-3 | Email Chin dated 3/7/18 re: TechShop 2.0 | Newton/Woods/Busch/ Kaelin/Matolo | | 802, 901, M, F, 403C |
| 341. | TS770-6 | Review of ALM Proposal dated 12/13/16 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, MIL #2, 403C, 403M, 403P |
| 342. | TS777-89 | ADEO/LMF Proposal | Newton/Woods/Busch/ Matolo | AEO | 401, 901, MIL #2, 403C, 403M, 403P |
| 343. | TS790-3 | LMF Proposal | Newton/Woods/Busch/ Matolo | AEO | 401, 901, MIL #2, 403C, 403M, 403P |
| 344. | TS794-7 | LMF Proposal Draft #1 | Newton/Woods/Busch/ Matolo | AEO | 401, 901, MIL #2, 403C, 403M, 403P |
| 345. | TS798 | Email Woods/Newton re: ADEO | Newton/Woods/Busch/ Matolo | AEO | 401, 802, 805, 901, MIL #2 |
| 346. | TS799-801 | Yu cease and desist letter dated 1/14/15 | Newton/Woods/Busch | | 401, 802, 901, 403C, 403M |
| 347. | TS802 | Yu cease and desist letter dated 5/16/12 | Newton/Woods/Busch | | 401, 802, 901, 403C, 403M |
| 348. | TS803 | Yu cease and desist letter dated 10/4/13 | Newton/Woods/Busch | | 401, 802, 901, 403C, 403M |
| 349. | TS804 | STEAM scholarship program | Newton/Woods/Busch/ Matolo | | 401, 901, F |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 350. | TS805 | STEAM scholarship program | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 351. | TS806-9 | '529 registration | Newton/Woods/Busch/ Kaelin/Matolo | | |
| 352. | TS810-12 | '110 registration | Newton/Woods/Busch/ Kaelin | | |
| 353. | TS813-9 | TechShop brochure | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 354. | TS820 | TechShop Shopbot class | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 355. | TS821 | TechShop gift card | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 356. | TS822 | TechShop brochure | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 357. | TS823-4 | TechShop Print/Online Guidelines | Newton/Woods/Busch/ Matolo | | 401, 802, 901 |
| 358. | TS825 | TechShop brochure | Newton/Woods/Busch/ Matolo | | 401, 901, F |
| 359. | TS827-8 | TechShop website capture 1/25/16 | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 360. | TS830 | TechShop logo | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 361. | TS831 | TechShop website banner | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 362. | TS832 | TechShop brochure | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 363. | TS833 | TechShop Austin Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 364. | TS834 | TechShop Chandler Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 365. | TS835 | TechShop DC Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |

PLAINTIFFS EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

| 366. | TS836 | TechShop Detroit Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
|------|-------|------------------------|----------------------------|--|------------------|
| 367. | TS837 | TechShop MP Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 368. | TS838 | TechShop Pittsburgh Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 369. | TS839 | TechShop SJ Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 370. | TS840 | TechShop SF Hours | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 371. | TS841 | TechShop referral card | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 372. | TS842 | TechShop interest card | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |
| 373. | TS843 | TechShop STEAM Camp brochure | Newton/Woods/Busch/ Matolo | | 401, 901, F, 802 |