UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC. a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHOP, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE, an individual residing in Kansas, TECHSHOP 2.0 LLC, a Kansas limited liability corporation, TECHSHOP 2.0 SAN FRANCISCO LLC, a Kansas limited liability corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY WITNESSES MIKE HILBERMAN AND DANIEL WOODS' NOTICE OF MOTION AND MOTION TO MODIFY DEFENDANTS' SUBPOENA AND LIMIT THE SCOPE OF TESTIMONY AT TRIAL, OR IN THE ALTERNATIVE, FOR A MOTION FOR A PROTECTIVE ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Having considered Non-party Witnesses Mike Hilberman and Daniel Woods' Notice of Motion and Motion to Modify Defendants' Subpoena and Limit the Scope of Testimony At Trial, or in the Alternative, for a Motion for a Protective Order ("Motion"), and any opposition, reply or other relevant papers filed therewith, and any oral argument presented, it is HEREBY ORDERED that:

1. The MOTION is GRANTED.

2. The Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, Civil Action No. 4:18-CV-01044-HSG on Mr. Woods and Mr. Hilberman are modified such that the parties are prohibited from eliciting any information from Mr. Hilberman and Mr. Woods as it relates to either of the following actions, or potential actions:

- John S. and James L. Knight Foundation v. TechShop San Jose, LLC, Early Growth Financial Services, Inc., Mike Hilberman and Daniel Woods, Case No. 18CV330565 –pending in the Superior Court of the State of California, County of Santa Clara ("Knight Foundation Lawsuit"); and

- The Bankruptcy Trustee's threatened lawsuit against Mr. Woods and Mr. Hilberman in the bankruptcy action entitled In re TechShop, Inc., Case No. 18-50398 (MEH), which is pending in the United States District Court, Northern District of California ("Trustee's Action").

IT IS SO ORDERED

Dated: _____ ___, 2019

JUDGE: HON. HAYWOOD S. GILLIAM, JR.
United States District Court
Northern District of California