Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DAN RASURE, et al., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br>**DEFENDANTS AND COUNTERCLAIMANTS' UPDATED WITNESS LIST** <br><br>Pre-Trial Conference: April 30, 2019 3:00 p.m. <br>Trial: June 3, 2019, 8:30 a.m. <br>Judge: Hon. Haywood S. Gilliam, Jr. |

Defendants and Counterclaimants ("Defendants") hereby provides their witness list pursuant to the Court's Order, Dkt. 161, to provide an estimate of how much time Defendants anticipate spending on the direct examination of each witness Defendants plans to call at trial, and on the cross-examination of each witness on Plaintiff's trial witness list.

For those witnesses that appear on both parties' trial witness lists, Defendants do not presently intend to call witnesses on both parties' list twice, except as may be needed as the evidence develops, and provided that Defendants are permitted to go beyond the scope of Plaintiff's direct examination when those witnesses are on the stand during Plaintiff's case-in-chief.

Defendants provide their time estimates below as presently advised. Defendants reserve the right to amend and/or supplement this disclosure as allowed by the Court and law, including in rebuttal to Plaintiff's case, arguments, or evidence.

**1.    Witnesses Defendants Will Present at Trial Direct Examination Time Estimate**

| Name | Substance of Testimony | Direct Examination Time Estimate |
|---|---|---|
| Dan Rasure | Mr. Rasure will be asked to provide non-cumulative testimony regarding the negotiations to acquire Plaintiff, the formation of the entity Defendants and the changes to their names, Defendants' use of the name "TechShop 2.0" and the time period of same, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, and Defendants' reliance on the foregoing conduct, the filing of this lawsuit without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, Defendants' lack of intent to infringe on Plaintiff's service marks TECHSHOP (hereinafter "Marks"), no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, Defendants' payment of Plaintiff's taxes and other expenses in reliance on Plaintiff's representations, the fraud Plaintiff perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, damages suffered by Defendants, and the formation and activities of MakerNexus and Humanmade. | Approximately 2 hours |
| James Newton | Mr. Newton will be asked to provide non-cumulative testimony regarding the formation and operation of Plaintiff, the adoption and use of the Marks, Plaintiff's discontinuance of use of those Marks in the U.S. and | Approximately 1 hour; 0 minutes in Defendants' case- |

| Name | Substance of Testimony | Direct Examination Time Estimate |
|---|---|---|
| | failure to renew U.S. Registrations therefor, efforts to register other marks in the U.S. Patent and Trademark Office, the negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and Plaintiff's Marks, offers to sell and sale of memberships and stock in Plaintiff while Plaintiff was insolvent; Plaintiff's representations to Mr. Rasure during the negotiations, Defendants' payment of Plaintiff's taxes and other expenses, the fraud perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, and third party uses of the Marks. | in-chief if permitted to go beyond the scope of direct during Plaintiff's case-in-chief |
| Dan Woods | Mr. Woods will be asked to provide non-cumulative testimony regarding the closure of Plaintiff in the U.S., negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, Plaintiff's representations to Mr. Rasure during the negotiations, Defendants' payment of Plaintiff's taxes and other expenses, the fraud Plaintiff perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, third party uses of the Marks, offers to sell and sale of memberships and stock in Plaintiff while Plaintiff was insolvent, the closure of Plaintiff, the closure of TechShop Brooklyn after obtaining $5.3 million in investment from New York City, efforts to save the TechShop Pittsburgh location, and the Bankruptcy Trustee's lawsuit against Mr. Woods for, *inter alia* fraud. | Approximately 1 hour 30 minutes; 0 minutes in Defendants' case-in-chief if permitted to go beyond the scope of direct during Plaintiff's case-in-chief |
| Doug Busch | Mr. Busch will be asked to provide non-cumulative testimony regarding the closure of Plaintiff, communications with Plaintiff's stockholders, the negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's representations to Mr. Rasure during the negotiations, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use | Approximately 45 minutes; 0 minutes in Defendants' case-in-chief if permitted to go |

| Name | Substance of Testimony | Direct Examination Time Estimate |
|---|---|---|
|  | of the name "TechShop 2.0" during the negotiations, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, the fraud Plaintiff perpetrated on Mr. Rasure, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, and third party uses of the Marks. | beyond the scope of direct during Plaintiff's case-in-chief |
| Michael Hilberman | Mr. Hilberman will be asked to provide non-cumulative testimony regarding offers to sell and sale of memberships and stock in Plaintiff while Plaintiff was insolvent, the closure of Plaintiff, the closure of TechShop Brooklyn after obtaining $5.3 million in investment from New York City, efforts to save the TechShop Pittsburgh location, negotiations between Plaintiff and Mr. Rasure, Defendants' payment of Plaintiff's and other expense, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "Techshop 2.0" during the negotiations, wind-down efforts for Plaintiff, and the Bankruptcy Trustee's lawsuit against Mr. Hilberman for, *inter alia*, fraud. | Approximately 45 minutes |
| Jeremiah Johnson | Mr. Johnson will be asked to provide non-cumulative testimony regarding the entity Defendants' financial records. | Approximately 1 hour |
| Paul Chambers | Mr. Chambers will be asked to provide non-cumulative testimony regarding the formation of, and activity on the TechShop 2.0 Facebook Group and website, the operations of Plaintiff, and the reputation of Plaintiff and the Marks in the U.S. maker space community. | Approximately 45 minutes |
| Mark Bünger | Mr. Bünger will be asked to provide expert testimony regarding the subject matter disclosed in his expert reports disclosed in this case. | Approximately 2 hours |

2.      **Witnesses Defendants May Present at Trial if the Need Arises Direct Examination Time Estimate**

| Name | Substance of Testimony | Direct Examination Time Estimate |
|---|---|---|
| Jerry Gable | Mr. Gable will be asked to provide non-cumulative testimony regarding Plaintiff's communications with investors, investments in Plaintiff, the operations of Plaintiff, the reputation of Plaintiff and the Marks in the | Approximately 45 minutes |

| Name | Substance of Testimony | Direct Examination Time Estimate |
|---|---|---|
|  | U.S. maker space community, and communications regarding TechShop 2.0. |  |

3.     **Cross Examination Time Estimate**

| Name | Cross Examination Time Estimate |
|---|---|
| Doris A. Kaelin | Approximately 45 minutes |
| James Newton | Approximately 1 hour |
| Dan Woods | Approximately 1 hour 30 minutes |
| Doug Busch | Approximately 45 minutes |
| Ryan Spurlock | Approximately 1 hour |
| Eric Matolo | Approximately 1 hour 30 minutes |

DATED: April 30, 2019

By    */s/ Andrea Pallios Roberts*

Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants