Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DAN RASURE, et al., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br>**DEFENDANTS AND COUNTERCLAIMANTS' SUPPLEMENTAL RULE 26(a)(3) TRIAL EXHIBIT LIST** <br><br>Pre-Trial Conference: April 30, 2019 3:00 p.m. <br>Trial: June 3, 2019, 8:30 a.m. <br>Judge:  Hon. Haywood S. Gilliam, Jr. |

CASE NO. 4:18-CV-01044-HSG
DEFENDANTS AND COUNTERCLAIMANTS' SUPPLEMENTAL RULE 26(a)(3) TRIAL EXHIBIT LIST

1  Defendants and Counterclaimants ("Defendants") hereby provide their Supplemental Trial
2  Exhibit List pursuant to Fed. R. Civ. P., 26(a)(3) and paragraph 3 of the Civil Pretrial and Trial
3  Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr. ("Standing Order").
4  Defendants' Trial Exhibit List was originally filed as an exhibit to the parties' Joint Pretrial
5  Statement and Proposed Order.  Defendants file this supplement to correct some clerical errors, try
6  to improve legibility, and to include Defendants' positions regarding Plaintiff's objections.[1]

---

[1] Defendants did not previously include their positions as to Plaintiff's objections because Plaintiff did not provide the basis for its exhibit objections until the very early morning hours on the day the Joint Pretrial Statement and Proposed Order was due to the Court.

DATED: April 30, 2019

By    */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants