Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
Olga Slobodyanyuk (Bar No. 311194)
olgaslobodaynyuk@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br> **NOTICE OF APPEARANCE OF OLGA SLOBODYANYUK** |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**
3       **PLEASE TAKE NOTICE** that Olga Slobodyanyuk, an attorney with the firm of Quinn
4  Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court and in the State of
5  California, hereby appears as an attorney of record for Dan Rasure, TheShop Dot Build, LLC
6  (formerly known as and sued herein under the name TechShop 2.0 LLC), and TheShop Dot Build
7  San Fran, LLC (formerly known as and sued herein under the name TechShop 2.0 San Francisco
8  LLC) in the above captioned matter.

     Olga Slobodyanyuk (Bar No. 311194)
     olgaslobodaynyuk@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California 94065-2139
     Telephone:   (650) 801-5000
     Facsimile:    (650) 801-5100

1 | DATED:  April 30, 2019

2 | By     */s/ Olga Slobodyanyuk*
3 |     Ann McFarland Draper (Bar No. 065669)
    courts@draperlaw.net
4 |     Draper Law Offices
    75 Broadway, Suite 202
5 |     San Francisco, California 94111
    Telephone: (415) 989-5620

6

7 |     QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Kevin P.B. Johnson (Bar No. 177129)
8 |     kevinjohnson@quinnemanuel.com
    Andrea Pallios Roberts (Bar No. 228128)
9 |     andreaproberts@quinnemanuel.com
    Olga Slobodyanyuk (Bar No. 311194)
10 |     olgaslobodaynyuk@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
11 |     Redwood Shores, California 94065-2139
    Telephone:    (650) 801-5000
12 |     Facsimile:     (650) 801-5100

13 |     Ed DeFranco (Bar No. 165596)
    eddefranco@quinnemanuel.com
14 |     51 Madison Avenue, 22nd Floor
    New York, NY 10010
15 |     Telephone:    (212) 849-7000
    Facsimile:     (212) 849-7100

16

17 |     John E. Nathan (P*ro Hac Vice*)
    jnathan155@yahoo.com
18 |     John E. Nathan LLC
    1175 Park Avenue
19 |     New York, NY 10128
    Telephone:    (917) 960-1667

20 |     Attorneys for Defendants and Counterclaimants

21

22

23

24

25

26

27

28