Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KLEIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br> **NOTICE OF ERRATA IN DEFENDANTS' AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1** <br><br> **RE: DOCUMENTS NOT PRODUCED DURING DISCOVERY/WITNESSES DISCLOSED** <br><br> Pre-Trial Conference: April 30, 2019 3:00 p.m. <br> Trial: June 3, 2019, 8:30 a.m. <br> Judge:  Hon. Haywood S. Gilliam, Jr. |

Defendants and Counterclaimants ("Defendants") hearby correct a mistatement in their Opposition to Plaintiff's Motion in Limine No. 1 Re: Documents Not Produced During Discovery/Witnesses Disclosed (Dkt. 149).  On page 2, lines 20-25, Defendants suggested that they did not produce documents from the file history of a prior attempt to register the word TECHSHOP by Plaintiff until recently.  (*Id.*)  In footnote 2, Defendants stated that they were willing to withdraw those exhibits (among others) and reflected that on their trial exhibit list filed with the parties' Joint Pretrial Statement and Proposed Order (Dkt. 155.)  Some of those documents, however, were produced before the close of fact discovery.  Specifically, the documents that Defendants marked as TX0985, TX0995, and TX0997 were produced bearing document control numbers DR003381-3387, DR003396-3490, and DR003491-3540, respectively, on September 26, 2018, before the close of fact discovery.  Thus, the implication that these documents were not produced until recently is incorrect.

On April 30, 2019, Defendants submitted a supplemental trial exhibit list that adds these documents as TX1177, TX1178, and TX1179. (Dkt. 164.)  These are the same documents that were previously marked as TX0985, TX0995, and TX0097, but are the versions Defendants produced on September 26, 2018.  Defendants met and conferred with Plaintiff about these exhibits in advance of filing their supplemental trial exhibit list, and included Plaintiff's objections to TX1177, TX1178, and TX1179 on the filed version of the list.  (Dkt. 164.)

| | | |
|---|---|---|
| 1 | DATED: April 30, 2019 | By      /s/ Andrea Pallios Roberts |

Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants