# EXHIBIT C

Summary of Principal Transaction Terms

TechShop, Inc. is willing to sell all of its assets to a third-party buyer, TechShop 2.0, LLC (TechShop 2.0) on the following terms by November 30, 2017 (with details to be finalized in definitive documentation to be prepared by TechShop 2.0 and approved by the Board of Directors of TechShop, Inc.):

1. TechShop 2.0 acquires all assets of TechShop, Inc. for the following consideration:

   o Up to a maximum of $200,000 in cash to be used as needed to pay creditors and administrative expenses. Administrative plan to be approved prior to close. Distribution requires both parties approval and funds will be provided as needed, including:
      - Immediately providing funds for:
        - November Health Insurance;
        - Google Suite, all efforts will be taken to minimize cost;
        - TechShop Legal Counsel- $15,000 available to use prior to completing notification of shareholders (completion of the 20 day shareholder notification period or waiver of the notification period by holders of the 51% of outstanding shares. Funds may not be used for anything non transaction related with TechShop2.0 without approval of TechShop2.0. Prior to completing notification of shareholders, funds may only be used for activity required to-complete notification.)

   o Assumption of all secured debt of approximately $21 million;

   o Assumption of all equipment leases;

   o Assumption of real property leases where mutually acceptable terms can be reached between TechShop2.0 and the landlords; and

   o Payment of approved employee back pay, with approval to be completed by location.

2. TechShop 2.0 also agrees to the following:

   o TechShop 2.0 will take the lead legal position in defending the sale of assets to TechShop 2.0 regarding the value paid by TechShop 2.0. TechShop 2.0 is not liable for any actions brought based on activity of TechShop prior to the transaction.

   o Maintain all existing liability policies for TechShop, Inc. through their scheduled expiration dates (including employee actions, property and injury, D&O, etc.). Unless otherwise agreed upon by both parties, any insurance refunds will go towards TechShop cleanup and wind down.

   o TechShop 2.0 and TechShop will mutually set up a checklist of items required to not buy a D&O tail. Parties will meet by March 1 to decide if the tail is required based on the checklist. TechShop 2.0 will pay for the tail or agreeable replacement coverage in March if the checklist items are not met.

   o Offer employment to certain former employees of TechShop, Inc. to facilitate the immediate reopening of TechShop locations.

CONFIDENTIAL
Outside Counsel's Eyes Only

TS000194

- o  Honor lifetime memberships given as part of any loan or investment in TechShop after a $275 transfer fee has been paid. Acceptance of new lifetime membership relinquishes any right the investor/lender has against TechShop. Member's investment/loan will be transferred to TechShop2.0 at a transfer rate of $1000 machine use credit per $5000 invested/loaned and not repaid.

- o  Honor paid lifetime memberships after a $400 transfer fee has been paid to TechShop 2.0.

- o  Honor prepaid individual memberships with a transfer fee of $40 per remaining month prepaid period not to exceed $250.

- o  Honor prepaid storage fees with a transfer fee of 50% of the remaining storage space fee.

- o  Corporate Memberships will be evaluated on a one on one basis. Small business members with 10 or less members will be treated as an individual in regards to prepayments.

_____
Daniel Woods
CEO, TechShop, Inc.

_____
Dan Rasure

039314/00001/8530893v4