# EXHIBIT G

## Partnership Agreement

This Partnership Agreement ("Agreement") is made as of this 7th day of September 2015 (the "Effective Date") by and between TECHSHOP INC., a corporation organized and existing under the laws of California, having its principal place of business at 300 S 2nd Street, San Jose, CA 95113, and TECHSHOP Global Ltd., a corporation organized and existing under the laws of the Republic of Ireland, having its principal place of business at Lackafinna South, Bullaun, Loughrea, Co. Galway, Ireland on the one hand, and Fujitsu Limited ("FUJITSU"), a company organized under the laws of Japan, and having its registered office at 1-1, Kamikodanaka 4-chome, Nakahara-ku, Kawasaki 211-8588, Japan on the other hand.

TECHSHOP INC. and TECSHOP Global Ltd. (collectively referred to as "TECHSHOP") shall be jointly and severally liable for the breach of the obligations under this Agreement by TECHSHOP Global Ltd. and TECHSHOP INC. respectively.

TECHSHOP, and FUJITSU are collectively referred to as the "Parties" and, individually, as a "Party".

WHEREAS, The Parties discussed on the terms and conditions for first workshop to be established, opened and operated by FUJITSU in Tokyo, Japan and entered into the LICENSE AND ASSISTANCE AGREEMENT effective as of September 7, 2015 ("License Agreement") and

WHEREAS, The Parties wish to seek further strengthened relationship between the Parties.

Now, therefore, in consideration of the mutual covenants and conditions, hereinafter contained, the Parties hereto agree as follows:

## 1. DEFENITION

Unless otherwise defined herein, any other capitalized terms not defined herein shall have the meaning set forth in the License Agreement.

1

CONFIDENTIAL
Outside Counsel's Eyes Only

TS000135

"Additional Workshop" shall mean the workshop to be established, opened, and operated under the Trademark, with the assistance of TECHSHOP and under this Agreement. All reference to "Workshop" in License Agreement are deemed to be references to Additional Workshop for the purpose of this Agreement.

## 2. ESTABLISHMENT OF WORKSHOP IN TOKYO

Both Parties acknowledge and agree that FUJITSU is entitled to establish, open and operate first Workshop in Tokyo, Japan pursuant to the terms and conditions of License Agreement.

## 3. OPTIONS BY FUJITSU.

FUJITSU must choose one of the following options described in subsections (a), (b), or (c) below by providing written notice to TECHSHOP on or before March 31, 2016 (the "<u>Option Expiration Date</u>") on conditions that License Agreement is effective and TECHSHOP provides FUJITSU with necessary information, including but not limited to, TECHSHOP's business plan and financial conditions, in order for FUJITSU to determine the above options. FUJITSU is deemed to have exercised the option stated in subsection (c) if it fails to respond by the Option Expiration Date.
In case FUJITSU opens multiple workshops under the options in subsections (a) or (b) of this Agreement, the terms and conditions of license and service regarding to establishment, opening and operation for Additional Workshop shall be set forth below based on the terms and conditions of License Agreement.
In the event of a conflict between the terms of License Agreement and this Agreement, the terms of this Agreement shall prevail.

(a) <u>Open Four Additional Workshops</u>. FUJITSU (or its Affiliates) will establish, open, and operate at least four (4) Additional Workshops under the Trademarks in Japan by March 31, 2021, the cities and locations of which are determined by FUJITSU (or its Affiliates) at its sole discretion. Targeted

2

milestones in regard to the determination for opening of the Additional Workshops shall be discussed in good faith and mutually agreed by the Option Expiration Date, which milestones will set reasonable expectations and timetables for establishing each Additional Workshop (for example, timing for each process including the site determination and the payment of License fee) in order to demonstrate progress towards the establishment of the minimum 4 Additional Workshops by March 31, 2021.

Notwithstanding the foregoing, if FUJITSU (or its Affiliates) desires to be relieved of its obligation to establish, open and operate any Additional Workshops pursuant to this subsection (a), then FUJITSU may pay the Exit Fee (described in subsection (c)) at any time and, upon payment of the Exit Fee, FUJITSU shall be relieved and forever released from its obligation to establish, open and operate the Additional Workshops set forth in this subsection (a). For the avoidance of doubt, the payment of the Exit Fee shall not affect the right of FUJITSU (or its Affiliates) granted for the Workshop/Additional Workshop which has been determined by FUJITSU to establish as long as the Service Fees and License Fees have been paid for such Workshop/Additional Workshop.

>The Parties agree to the following terms in connection with the establishment, opening, and operation of the Additional Workshop set forth in this subsection (a):
>
>> (i) TECHSHOP shall have no responsibility and liability to finance the expenses relating to the setup, build out, and operation of the Additional Workshops (including but not limited to its construction, equipment and supplies, rent, labor costs, travel expenses), and to manage and operate the Additional Workshops, provided that TECHSHOP will grant to FUJITSU (or its Affiliates) a license to the Licensed Materials and provide the Pre-Opening Services and Post-Opening Services necessary for FUJITSU (or its Affiliates) to establish, open and operate the Additional Workshops, pursuant to the License Agreement and reflecting the specific arrangements for and demands from the Additional Workshops (if any).

3

CONFIDENTIAL
Outside Counsel's Eyes Only

TS000137

(ii)    For the purpose of this Agreement, the Parties acknowledge and agree that the Additional Workshop(s) shall include not only the workshop FUJITSU (or its Affiliates) solely establishes, opens and operates, but also the workshop FUJITSU (or its Affiliates) establishes, opens, and operates jointly with or through third party (including but not limited to enterprise, local government and university) ("Local Partner") and TECHSHOP will grant to FUJITSU (or its Affiliates) a license (including but not limited to sublicense to Local Partner) to the Licensed Materials and provide the Pre-Opening Services and Post-Opening Services necessary for FUJITSU (or its Affiliates) to pursue the above, pursuant to the License Agreement and reflecting such arrangements (if any), with the understanding that TECHSHOP and FUJITSU will jointly collaborate on such licensing terms with the Local Partner in order to avoid any dilution or harm to the Trademarks or TECHSHOP's goodwill. FUJITSU (or its Affiliates) may select Local Partner in its sole discretion, provided however that, Local Partner shall not be the entity as described in in Exhibit A hereto). In such case, FUJITSU (or its Affiliate) may disclose TECHSHOP's Confidential Information to Local Partner provided, however, that FUJITSU (or its Affiliates) shall cause Local Partner to comply with the confidential obligation substantially same as the obligations set forth in License Agreement.

(iii)    As consideration for TECHSHOP providing the Pre-Opening Services and Post-Opening Services pursuant to above (i) and (ii) for each Additional Workshop, FUJITSU (or its Affiliates) will pay TECHSHOP a lump-sum service fee, equal to Six Hundred Thousand U.S. Dollars ($600,000 USD) for Additional

4

CONFIDENTIAL
Outside Counsel's Eyes Only

        Workshop #1 and Four Hundred Thousand U.S. Dollars ($400,000 USD) for each subsequent Additional Workshop to be established under this Agreement. The service fee for each Additional Workshop is due on the date that the facility or studio for such Additional Workshop is ready to receive such service.

(iv)    As consideration for TECHSHOP's grant of the license (including but not limited to sublicense) and the furnishing of On-Going Support (as defined in section 3.3 of the License Agreement) for each Additional Workshop as stated in the above (i) and (ii), FUJITSU (or its Affiliates) will pay to TECHSHOP an annual license fee equal to Two Hundred and Fifty Thousand U.S. Dollars ($250,000 USD) and this annual license fee covers all fee for license and On-Going Support provided for the period from the order date of Pre-Opening Service and Post-Opening Service until the first anniversary of opening of such Additional Workshop. The initial annual license fee for each Additional Workshop is due on the date that the facility or studio for such Additional Workshop is ready to receive such service (and will be paid along with the Services Fees as described in subsection (iii) above), and each subsequent annual license fee is due on each one year anniversary of the soft opening of such Additional Workshop. In addition, FUJITSU (or its Affiliates) will pay to TECHSHOP a royalty for each Additional Workshop (in accordance with section 5.2(b) of the License Agreement).

(v)    FUJITSU (or its Affiliates) shall pay to TECHSHOP its reasonable travel costs (transportation, hotel, and meals) incurred in connection with TECHSHOP's providing the Pre-Opening Services and Post-Opening Services for each Additional Workshop at FUJITSU (or its Affiliate's) request or preapproved by FUJITSU (or its Affiliates).

5

CONFIDENTIAL
Outside Counsel's Eyes Only

      Payments for such travel costs will be made by FUJITSU (or its Affiliates) in accordance with section 5.3 of the License Agreement).

  (vi) The license for each Additional Workshop shall be provided at least for five (5) years from the opening date of each Additional Workshop and automatically renewed, unless otherwise terminated.

### (b) Invest in Series B Preferred Stock of TECHSHOP.

TECHSHOP will offer and FUJITSU will subscribe for and purchase the Series B Preferred Stock, or other current offering of stock in TECHSHOP in the range between Three Million to Five Million U.S. Dollars ($3,000,000-$5,000,000 USD). TECHSHOP shall provide the TECHSHOP's proposed terms and conditions for such investment and the Parties will discuss in good faith on such proposal. The consummation of the stock purchase and sale shall be completed by April 30, 2016.

  Within thirty (30) days after closing of FUJITSU's above purchase of TECHSHOP stock or offerings, FUJITSU may sell to TECHSHOP, and TECHSHOP shall purchase the equity securities of the FUJITSU affiliate that owns and operates the first workshop in Tokyo established under License Agreement, in the range between a 5% to 10% ownership of such affiliate, and not to exceed $250,000 USD.

### (c) Pay "Exit Fee"

FUJITSU shall be relieved from option to choose either subsection (a) or subsection (b) upon payment of an "Exit Fee" to TECHSHOP equal to Five Hundred Thousand Dollars ($500,000). This Exit Fee shall be paid by wire transfer to TECHSHOP on or before April 5, 2016.

  EACH PARTY RECOGNIZES AND AGREES THAT THE PAYMENT OF THE EXIT FEE IS NOT A PENALTY, AND THAT SUCH EXIT FEE IS A MATERIAL, BARGAINED FOR EXCHANGE UNDER THIS

CONFIDENTIAL
Outside Counsel's Eyes Only

AGREEMENT AND THAT THE EXIT FEE HAS BEEN TAKEN INTO ACCOUNT AND REFLECTED IN DETERMINING THE CONSIDERATION TO BE GIVEN BY EACH PARTY UNDER THIS AGREEMENT AND IN THE DECISION BY EACH PARTY TO ENTER INTO THIS AGREEMENT.  THE PARTIES WOULD NOT HAVE ENTERED INTO THIS TRANSACTION, NOR AGREED TO THIS SECTION 2, WITHOUT THE INCLUSION OF THE EXIT FEE AS A BARGAINED FOR EXCHANGE.

(d) In the event that FUJITSU either (i) chooses the option described in subsection (a), or (ii) makes an investment of at least Five Million U.S. Dollars ($5,000,000 USD) pursuant to its choice of the option described in subsection (b) above, then TECHSHOP expressly grants FUJITSU the exclusive right to establish, open and operate the Workshops/Additional Workshops in Japan and undertakes that from the date of the choice through March 31, 2021 (the "Exclusivity Period"), TECHSHOP will not grant to any third party a license to establish, open, and operate any workshop in Japan, unless authorized to do so by FUJITSU in writing. During this Exclusivity Period, TECHSHOP shall only work exclusively with FUJITSU (or its Affiliates) to establish or operate a workshop in Japan.  However, this Exclusivity Period shall immediately terminate if FUJITSU pays the Exit Fee in accordance with subsection (a), or fails to consummate the stock purchase in accordance with subsection (b), as may be applicable depending on the option exercised by FUJITSU.

Furthermore, if FUJITSU either (i) chooses the option described in subsection (a), or (ii) makes an investment of at least Five Million U.S. Dollars ($5,000,000 USD) pursuant to its choice of the option described in subsection (b) above, then TECHSHOP permits FUJITSU (or its Affiliates) to establish, open and operate multiple Additional Workshops and to sublicense the license to Local Partner as set forth in subsection (a).

For the clarification, if FUJITSU makes an investment of at least Five Million U.S. Dollars ($5,000,000 USD) pursuant to its choice of the

7

CONFIDENTIAL
Outside Counsel's Eyes Only

option described in subsection (b), FUJITSU (or its Affiliates) shall have no obligation but the right to establish, open and operate multiple Additional Workshops pursuant to the License Agreement; provided that FUJITSU will pay TECHSHOP a license fee for the use of the Licensed Materials, and FUJITSU may, but shall not be required to, engage TECHSHOP for the Pre-Opening and Post-Opening Services.

**4. Term**

This Agreement shall commerce from Effective Date and continue until the expiration or termination of the License Agreement.

Unless otherwise stated herein, the terms and conditions of License Agreement shall apply.

AS WITNESS the hands of the duly authorized officers of the Parties hereto on the day and year first before written.

| For TECHSHOP INC. | For TECHSHOP Global Ltd. | FOR FUJITSU |
|---|---|---|
| *[signature: Mark Hatch]* | *[signature: Paul Duggan]* | 2015/9/30 *[signature: Hiroyuki Sakai]* |
| Name : Mark Hatch | Name : Paul Duggan | Name : Hiroyuki Sakai |
| Title : CEO | Title : CEO | Title : EVP Head of Global Marketing Unit |

CONFIDENTIAL
Outside Counsel's Eyes Only

TS000142

# EXHBIT A

## EXCLUSION OF CERTAIN LOCAL PARTNERS

Any business that develops, markets, sells or licenses Products and Services similar to, or which otherwise compete with, Autodesk's Products and Services. By way of example, Autodesk's Competitors include, but are not limited to, Dassault Systemes, Inc. and its subsidiaries DS Solidworks Corp. and DS Enovia Corp. as well as Parametric Technology Corporation and 3D Systems, Inc. Autodesk's "Products and Services" include, but are not limited to, 3D print and content, computer-aided design, analysis, simulation, visualization, documentation, collaboration and/or data management software products, services and solutions for the manufacturing, building, architecture and construction industries.

Notwithstanding the foregoing, Parties acknowledge and agree that following entities are not included in the above excluded Local Partner:

1. Dai Nippon Printing Co., Ltd
2. KOKUYO Co., Ltd
3. Tsubame City
4. Kinki University
5. Mori Buildings
6. TWBA /Hakuhodo

CONFIDENTIAL
Outside Counsel's Eyes Only

TS000143