ALLAN E. ANDERSON (SBN 133672)
TRACY LUU-VARNES (SBN 281165)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: allan.anderson@arentfox.com
tracy.luu-varnes@arentfox.com

Attorneys for Non-Parties
DANIEL WOODS and MIKE HILBERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC. a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHOP, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE, an individual residing in Kansas, TECHSHOP 2.0 LLC, a Kansas limited liability corporation, TECHSHOP 2.0 SAN FRANCISCO LLC, a Kansas limited liability corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING ON NON-PARTY WITNESSES MOTION TO MODIFY DEFENDANTS' SUBPOENA TO LIMIT SCOPE OF TESTIMONY AT TRIAL, OR IN THE ALTERNATIVE, A MOTION FOR PROTECTIVE ORDER AND ORDER**<br><br>[Declaration of Tracy Luu-Varnes in support of filed and lodged concurrently herewith and in support hereof]<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION; ~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-01044-HSG

AFDOCS/17986225.2

Pursuant to Local Rule 6-2, counsel for the parties and non-party witnesses Mike Hilberman and Daniel Woods (the "Parties") hereby stipulate as follows:

WHEREAS, on April 25, 2019, non-party witnesses Mike Hilberman and Daniel Woods filed their Motion to Modify Defendants' Subpoena to Limit Scope of Testimony at Trial, or in the Alternative, A Motion for Productive Order (ECF No. 159) ("Motion"), which, based on the Court's rules, availability and scheduling notes, is currently set to be heard on August 22, 2019;

WHEREAS, trial on this matter is currently scheduled to begin on June 3, 2019, over three months before the Motion will be heard;

WHEREAS, the Parties have agreed to the following revised briefing schedule and hearing date to allow the Motion to be heard prior to the commencement June 3, 2019 trial:

| Hearing on Motion | May 23, 2019 at 2:00 p.m., or another date prior to May 30, 2019 in advance of the June 3, 2019 trial that is convenient with the Court |
|---|---|
| Deadline to file Opposition | May 10, 2019 |
| Deadline to file Reply | May 16, 2019 |

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the hearing on the Motion will take place on May 23, 2019 at 2:00 p.m., or another date prior to May 30, 2019 in advance of the June 3, 2019 trial that is convenient with the Court, and the briefing schedule for the Motion will be as follows:

- the Opposition, if any, will be filed on or before May 10, 2019; and
- the Reply, if any, will be filed on or before May 16, 2019.

- 2 -

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/17986225.2

STIPULATION; ~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-01044-HSG

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 2, 2019    **ARENT FOX LLP**

By: /s/ Tracy Luu-Varnes
ALLAN E. ANDERSON
TRACY LUU-VARNES
Attorneys for Non-Party Witnesses
Daniel Woods and Mike Hilberman

Dated: May 2, 2019    **PARRISH LAW OFFICE**

By: /s/ James Charles Pistonino
James Charles Pistorino
Parrish Law Office
Attorneys for Plaintiff/Cross-Defendant

- 3 -

STIPULATION; ~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-01044-HSG

AFDOCS/17986225.2

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Dated: May 2, 2019 | |
| | By: /s/ Andrea Pallios Roberts |
| | Ann McFarland Draper |
| | courts@draperlaw.net |
| | Draper Law Offices |
| | 75 Broadway, Suite 202 |
| | San Francisco, Ca 94111 |
| | Telephone: (415) 989-5620 |
| | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Kevin P.B. Johnson |
| | kevinjohnson@quinnemanuel.com |
| | Andrea Pallios Roberts |
| | andreaproberts@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | |
| | Ed Franco |
| | eddfranco@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | |
| | John E. Nathan (Pro Hac Vice) |
| | jnathan155@yahoo.com |
| | John E. Nathan LLC |
| | New York, NY 10128 |
| | Telephone: (917) 960-1667 |
| | |
| | Attorneys for Defendants and Counterclaimants |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/17986225.2

- 4 -

STIPULATION; ~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-01044-HSG

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Tracy Luu-Varnes, hereby declare pursuant to Civil Local Rules 5-1(i)(3), I have obtained the concurrence in the filing of this document has been obtained from each of the above signatories.

Executed this 2nd day of May, 2019, in Los Angeles, California.

By: /s/ Tracy Luu-Varnes
TRACY LUU-VARNES

- 5 -

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION; ~~PROPOSED~~ ORDER
CASE NO. 4:18-CV-01044-HSG

AFDOCS/17986225.2

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 3, 2019

*Haywood S. Gilliam Jr.*
JUDGE HON. HAYWOOD S. GILLIAM, JR.
United States District Court
Northern District of California