## CERTIFICATE OF SERVICE

I, James C. Pistorino, counsel for TechShop, Inc., do hereby certify that on May 6th, 2019, I electronically filed with the Clerk of the Court the following document:

### TECHSHOP'S BRIEF RE: JMOL PROCEDURE

Using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all counsel who have made an appearance.

Dated at Menlo Park, CA this 6th day of May 2019.

James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff