# EXHIBIT 1




👍 Like    💬 Comment

 **Jim Schrempp** shared a link.
⭐ Admin • Sep 13, 2018 • 🌐

People have been asking for the video from our first town hall meeting. We thought it had been trashed because the video is such poor quality it's hard to watch. But I found it in my YouTube account! So here it is, for your viewing.

ⓘ About this website

 **YOUTUBE.COM**
**MNTownHall20180119**

👍❤️ Elise Engelhardt and 2 others          11 Comments



 Like     Comment     Share

 **Sridhar Rajagopal**  •••
Sep 10, 2018 • 🌐

An iconic Silicon Valley Maker store on the verge of closing! Any takers to rescue this gem