# EXHIBIT 2

 

  Elise Engelhardt and 2 ... 👍

2018.



30w     Like     Reply

**View 2 previous replies**

 **Jim Schrempp** ✪   Eric Hess truth

 **Kelly Yamanishi** Have been so impress…

 **Ryan Spurlock** Keep fighting the good…

 **Jim Schrempp** ✪
**James Pistorino**

30w     Like     Reply

 Write a comment...  

