# EXHIBIT 3



**Jim Schrempp** shared a link.
Admin · September 13, 2018

People have been asking for the video from our first town hall meeting. We thought it had been trashed because the video is such poor quality it's hard to watch. But I found it in my YouTube account! So here it is, for your viewing.



YOUTUBE.COM
MNTownHall20180119

 Elise Engelhardt and 2 others        11 Comments

👍 Like            💬 Comment            ➤ Share

View 2 more comments

 **Jim Schrempp** 🛡 **James Pistorino**
Like · Reply · 30w

 **Ryan Spurlock**

