Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:    (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No:  4:18-cv-01044-HSG (JCS)<br><br>**SUPPLEMENTAL DECLARATION OF ANN MCFARLAND DRAPER RE PRODUCTION OF MAKER NEXUS VIDEO, IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1**<br><br>**RE: DOCUMENTS NOT PRODUCED DURING DISCOVERY/WITNESSES DISCLOSED**<br><br>Trial: June 3, 2019, 8:00 a.m. |

I, Ann McFarland Draper, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am an attorney at the law firm of Draper Law Offices, who is one of the counsel for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. I make this declaration to supplement and clarify my May 6, 2019 declaration, filed as Docket No. 177 in response to the Court's request made at the Pretrial Conference held April 30, 2019, relating to Defendants' TX1157 and TX1158, which are respectively a video of the Maker Nexus Town Hall meeting held January 19, 2018 (the "Maker Nexus Video"), and an excerpt of that video.

3. Since my declaration (Dkt. 177) was filed, it has been brought to my attention that Jim Schrempp "tagged" John Hunt as well as James Pistorino in replies to Mr. Schrempp's September 13 Maker Nexus post and video link. On September 13, 2018, John Hunt was manager of the San Jose location for TheShop.Build San Jose LLC. Until it was brought to my attention today, I was not aware that Mr. Hunt had been tagged in connection with this post.

4. Attached as Exhibit 4 hereto is a screenshot of the Schrempp post depicted in Exhibits 1-3 of my May 6 declaration (Dkt. 177), in which all 11 comments have been expanded. Two additional steps (clicks) were required to make all of these comments display. Displaying all the comments shows that John Hunt was "tagged" in connection with the post and video link in the same manner that James Pistorino was "tagged." John Hunt's name was not displayed until I expanded the comments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May, 2019 at San Rafael, California.

*/s/ Ann McFarland Draper*
Ann McFarland Draper

1
2 **ATTESTATION**
3      Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that concurrence in the filing of
4 this document has been obtained from Ann McFarland Draper.
5
                                                                */s/ Andrea Pallios Roberts*
                                                                Andrea Pallios Roberts
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28