# EXHIBIT 4

 **Jim Schrempp** shared a link.
September 13, 2018

People have been asking for the video from our first town hall meeting. We thought it had been trashed because the video is such poor quality it's hard to watch. But I found it in my YouTube account! So here it is, for your viewing.



YOUTUBE.COM
MNTownHall20180119

👍❤ 3     11 Comments

👍 Like     ➦ Share

**Jim Schrempp** John Hunt
Like · 33w

**John Nagle** Back when people actually believed they'd have a shop open in April 2018.



Like · 33w

 **Eric Hess** Yes, I'm very disappointed both that we missed that goal, and that we let the community down by not making that goal.

That said, I have the utmost appreciation and respect for the Board for continuing on and working to open Maker Nexus, in spite of every challenge, setback and disruption we've faced along the way.

In the end, I hope that you'll be able to walk into our shop, look around at the people there and say "Yes, this was worth waiting for." Until then, we continue to work every day to open a makerspace.

Like · 33w 

 **Devin Montgomery** Eric Hess There are two possible worlds - one where we set goals, work to achieve them, and sometimes fail, and one where we never even try. Keep up the good work. This shit is hard. I look forwarding to visiting that shop!

Like · 33w 

 **Jim Schrempp** Eric Hess truth

Like · 33w

 **Kelly Yamanishi** Have been so impressed with your honesty as you face challenges, and transparency and communication in your work.

Like · 33w 

 **Ryan Spurlock** Keep fighting the good fight! If this was easy, everyone would be doing it. Which is the main reason there are not many nonprofit maker spaces in the Bay Area! You will prevail!

Like · 33w 

 **Jim Schrempp** James Pistorino
Like · 33w

 **Ryan Spurlock**

**WORK WORK WORK WORK WORK**

Like · 33w 1

 **Kelly Yamanishi** I feel called out by this, this afternoon! 😂😂😂
Like · 33w 1

 **Eric Hess** LoL. You and me both.
Like · 33w 2