Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:    (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No:  4:18-cv-01044-HSG (JCS)<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS RE PRODUCTION OF MAKER NEXUS VIDEO, IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1**<br><br>**RE: DOCUMENTS NOT PRODUCED DURING DISCOVERY/WITNESSES DISCLOSED**<br><br>Trial: June 3, 2019, 8:00 a.m. |

1      I, Andrea Pallios Roberts, declare as follows:

2      1.  I am an attorney at law duly licensed to practice law in the State of California.  I am an

3  attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for

4  Defendants and Counterclaimants ("Defendants").  I have personal knowledge of the facts stated

5  herein and, if called as a witness, could and would testify thereto.

6      2.  At the April 30, 2019 Pretrial Conference, I represented to the Court that Defendants did

7  not have the Maker Nexus video discussed in Plaintiff's Motion in Limine No. 1 until shortly

8  before it was produced, which was very recently.  That was my understanding at the time based

9  upon the information I had available to me.

10      3.  After the hearing, in connection with the Court's request for a declaration regarding

11  Defendants' efforts to locate the video during discovery, I learned that Defendants did have the

12  video prior to the close of fact discovery.  As described in the Declarations of Ann McFarland

13  Draper (Dkts. 177, 179), Ms. Draper located the video in her files.  (Dkt. 177, ¶ 21.)

14      4.  When I made representations to the Court about the production of the Maker Nexus video,

15  I had no intention to mislead the Court and apologize to the Court for my misstatement.

16

17      I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19      Executed this 8th day of May, 2019 at Redwood Shores, California.

20

21                                    */s/ Andrea Pallios Roberts*
                                       Andrea Pallios Roberts
22

23

24

25

26

27

28