Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:    (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' RESPONSE TO DANIEL WOODS'S MOTION TO MODIFY DEFENDANTS' SUBPOENA TO LIMIT SCOPE OF TESTIMONY AT TRIAL, OR IN THE ALTERNATIVE, A MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing: May 23, 2019, 2:00 p.m.<br>Trial: June 3, 2019, 8:00 a.m. |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Defendants served their Trial Witness List on April 2, 2019, and designated Daniel Woods as a trial witness.

3. Attached as Exhibit A is a true and correct copy of an email exchange between Mr. Woods' counsel and myself, beginning on April 24, 2019.

4. On May 9, 2019, I met and conferred by telephone with counsel for Mr. Woods. I advised counsel that Defendants do not intend to examine Mr. Woods about the *Knight Foundation* litigation. I also advised that Defendants are willing to forego seeking to elicit testimony from Mr. Woods regarding the bankruptcy Trustee's potential claims against Mr. Woods, but that Defendants should be permitted to cover all of the other topics listed in the disclosure in the trial witness list.

5. On May 10, 2019, the parties negotiated a stipulation to resolve Mr. Woods' motion. As of the filing of this declaration, Defendants and Mr. Woods have agreed to the language of the stipulation and Defendants understand that Mr. Woods' counsel will file the stipulation on Monday, May 13. Attached as Exhibit B is a true and correct copy of an email exchange between Mr. Woods' counsel and myself on May 10.

Executed this 10th day of May, 2019 at Redwood Shores, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts