ALLAN E. ANDERSON (SBN 133672)
TRACY LUU-VARNES (SBN 281165)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email:        allan.anderson@arentfox.com
                   tracy.luu-varnes@arentfox.com

Attorneys for non-parties

MIKE HILBERMAN and DANIEL WOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC. a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE, an individual residing in Kansas, TECHSHOP 2.0 LLC, a Kansas limited liability corporation, TECHSHOP 2.0 SAN FRANCISCO LLC, a Kansas limited liability corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  4:18-CV-01044-HSG (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO LIMIT THE TESTIMONY OF DANIEL WOODS AT TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Counsel for the parties and non-party witnesses Mike Hilberman and Daniel Woods (the "Parties") hereby stipulate as follows:

WHEREAS, on April 25, 2019, non-party witnesses Mike Hilberman and Daniel Woods filed their Motion to Modify Defendants' Subpoena to Limit Scope of Testimony at Trial, or in the Alternative, A Motion for Productive Order (ECF No. 159) ("Motion");

WHEREAS, on May 3, 2019, the Court granted the parties stipulation to re-schedule the hearing on the Motion from August 22, 2019 to May 23, 2019 (ECF Nos. 171);

WHEREAS, Mssrs. Woods and Hilberman are defendants or potential parties in the following matters:

- *John S. and James L. Knight Foundation v. TechShop San Jose, LLC, Early Growth Financial Services, Inc., Mike Hilberman and Daniel Woods*, Case No. 18CV330565 –pending in the Superior Court of the State of California, County of Santa Clara ("Knight Foundation Lawsuit"); and

- The Bankruptcy Trustee's threatened lawsuit against Mr. Woods and Mr. Hilberman in the bankruptcy action entitled *In re TechShop, Inc.*, Case No. 18-50398 (MEH), which is pending in the United States District Court, Northern District of California ("Trustee's Action").

- The Knight Foundation Lawsuit and the Trustee's Action are collectively referred to as "The Other Matters".

WHEREAS, the Motion seeks to limit and exclude the testimony sought of Mssrs. Hilberman and Woods regarding The Other Matters, which are wholly unrelated and irrelevant to the subject lawsuit, and/or otherwise protected by the attorney-client and/or "work product" privileges;

WHEREAS, on May 8, 2019, the Court granted TechShop, Inc.'s motion in limine to exclude Mr. Hilberman from testifying at trial (ECF No. 182);

WHEREAS, as a result of the Court's order excluding Mr. Hilberman from testifying at trial, the Motion, as it pertains to Mr. Hilberman, is moot;

WHEREAS, the Parties have further met and conferred regarding the subject matter of the Motion as it pertains to Mr. Woods and have agreed to a resolution to avoid a hearing on the Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval that the Parties will not seek to elicit any testimony from Dan Woods regarding The Other Matters, including any communications between Mr. Woods and his counsel regarding The Other Matters;

IT IS FURTHER STIPULATED AND AGREED THAT notwithstanding the foregoing, nothing in this Stipulation is intended, nor shall it be construed, to limit Defendants' right to elicit any testimony from Mr. Woods regarding TechShop, Inc.'s alleged fraud and/or alleged misrepresentation, but to the extent the Parties do so, the testimony sought will be limited to communications and dealings with Dan Rasure and the parties in the subject action, or related to the events described in the complaint and counterclaim in this subject action or the consequences thereof, without reference to The Other Matters.

IT IS FURTHER STIPULATED AND AGREED THAT this Stipulation does not impact Defendants' right to elicit testimony from Mr. Woods regarding the remainder of the issues disclosed in their Trial Witness List as to Mr. Woods.

Dated:    May 13, 2019          **ARENT FOX LLP**

By: /s/ Tracy Luu-Varnes
ALLAN E. ANDERSON
TRACY LUU-VARNES
Attorneys for Non-Party Witnesses
Mike Hilberman and Daniel Woods

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 13, 2019 | **PARRISH LAW OFFICE** |
| 3 | | |
| 4 | | By: /s/ James Charles Pistorino |
| 5 | | James Charles Pistorino<br>Parrish Law Office |
| 6 | | Attorneys for Plaintiff/Cross-Defendant |
| 7 | | |
| 8 | | |
| 9 | Dated: May 13, 2019 | |
| 10 | | |
| 11 | | By: /s/  Andrea Pallios Roberts |
| 12 | | Ann McFarland Draper<br>courts@draperlaw.net |
| 13 | | Draper Law Offices<br>75 Broadway, Suite 202 |
| 14 | | San Francisco, Ca 94111<br>Telephone: (415) 989-5620 |
| 15 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 16 | | Kevin P.B. Johnson |
| 17 | | kevinjohnson@quinnemanuel.com<br>Andrea Pallios Roberts |
| 18 | | andreaproberts@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 19 | | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| 20 | | Ed Franco |
| 21 | | eddfranco@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 22 | | New York, NY 10010<br>Telephone: (212) 849-7000 |
| 23 | | John E. Nathan (Pro Hac Vice) |
| 24 | | jnathan155@yahoo.com<br>John E. Nathan LLC |
| 25 | | New York, NY 10128<br>Telephone: (917) 960-1667 |
| 26 | | |
| 27 | | Attorneys for Defendants and Counterclaimants |
| 28 | | |

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Tracy Luu-Varnes, hereby declare pursuant to Civil Local Rules 5-1(i)(3), I have obtained the concurrence in the filing of this document has been obtained from each of the above signatories.

Executed this 13th day of May, 2019, in Los Angeles, California.


By /s/ Tracy Luu-Varnes
TRACY LUU-VARNES

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ ___, 2019

                                          JUDGE HON. HAYWOOD S. GILLIAM, JR.
                                          United States District Court
                                          Northern District of California