Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DAN RASURE, et al., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br>**DEFENDANTS AND COUNTERCLAIMANTS' FORM WITNESS LIST** <br><br>Trial: June 3, 2019, 8:30 a.m. <br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Paragraph 22 of the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Inr. Defendants and Counterclaimants ("Defendants") hereby provide their form witness list.

| Witness Name | Brief Summary of Testimony | Exhibits |
|---|---|---|
| Dan Rasure | Mr. Rasure will be asked to provide non-cumulative testimony regarding the negotiations to acquire Plaintiff, the formation of the entity Defendants and the changes to their names, Defendants' use of the name "TechShop 2.0" and the time period of same, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, and Defendants' reliance on the foregoing conduct, the filing of this lawsuit without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, Defendants' lack of intent to infringe on Plaintiff's service marks TECHSHOP (hereinafter "Marks"), no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, Defendants' payment of Plaintiff's taxes and other expenses in reliance on Plaintiff's representations, the fraud Plaintiff perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, damages suffered by Defendants, and the formation and activities of MakerNexus and Humanmade. | |
| James Newton | Mr. Newton will be asked to provide non-cumulative testimony regarding the formation and operation of Plaintiff, the adoption and use of the Marks, Plaintiff's discontinuance of use of those Marks in the U.S. and failure to renew U.S. Registrations therefor, efforts to register other marks in the U.S. Patent and Trademark Office, the negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and Plaintiff's Marks, offers to sell and sale of memberships and stock in Plaintiff while Plaintiff was insolvent; Plaintiff's representations to Mr. Rasure during the negotiations, Defendants' payment of Plaintiff's taxes and other expenses, the fraud perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, and third party uses of the Marks. | |

| Witness Name | Brief Summary of Testimony | Exhibits |
|---|---|---|
| Dan Woods | Mr. Woods will be asked to provide non-cumulative testimony regarding the closure of Plaintiff in the U.S., negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" while Mr. Rasure was negotiating with Plaintiff, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, Plaintiff's representations to Mr. Rasure during the negotiations, Defendants' payment of Plaintiff's taxes and other expenses, the fraud Plaintiff perpetrated on Mr. Rasure, lack of damages suffered by Plaintiff, third party uses of the Marks, offers to sell and sale of memberships and stock in Plaintiff while Plaintiff was insolvent, the closure of Plaintiff, the closure of TechShop Brooklyn after obtaining $5.3 million in investment from New York City, and efforts to save the TechShop Pittsburgh location. | |
| Doug Busch | Mr. Busch will be asked to provide non-cumulative testimony regarding the closure of Plaintiff, communications with Plaintiff's stockholders, the negotiations concerning the potential sale of Plaintiff to Mr. Rasure, Plaintiff's representations to Mr. Rasure during the negotiations, Plaintiff's authorization of, acquiescence in and failure to object to Defendants' use of the name "TechShop 2.0" during the negotiations, Plaintiff's authorization of the filing of this lawsuit while Mr. Rasure was negotiating with Plaintiff and without any prior notice, the fraud Plaintiff perpetrated on Mr. Rasure, lack of actual confusion, the degree of customer care of consumers in the relevant market, no likelihood of confusion, lack of value and bad reputation associated with Plaintiff and the Marks, and third party uses of the Marks. | |
| Jeremiah Johnson | Mr. Johnson will be asked to provide non-cumulative testimony regarding the entity Defendants' financial records. | |
| Paul Chambers | Mr. Chambers will be asked to provide non-cumulative testimony regarding the formation of, and activity on the TechShop 2.0 Facebook Group and website, the operations of Plaintiff, and the reputation of Plaintiff and the Marks in the U.S. maker space community. | |

| Witness Name | Brief Summary of Testimony | Exhibits |
|---|---|---|
| Mark Bünger | Mr. Bünger will be asked to provide expert testimony regarding the subject matter disclosed in his expert reports disclosed in this case. | |
| Jerry Gable | Mr. Gable will be asked to provide non-cumulative testimony regarding Plaintiff's communications with investors, investments in Plaintiff, the operations of Plaintiff, the reputation of Plaintiff and the Marks in the U.S. maker space community, and communications regarding TechShop 2.0. | |

DATED:  May 29, 2019

By       */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants