Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DAN RASURE, et al., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br>**DEFENDANTS AND COUNTERCLAIMANTS' FORM EXHIBIT LIST** <br><br>Trial: June 3, 2019, 8:30 a.m. <br>Judge: Hon. Haywood S. Gilliam, Jr. |

1    Pursuant to Paragraph 22 of the Civil Pretrial and Trial Standing Order for Cases Before
2 District Judge Haywood S. Gilliam, Jr., Defendants and Counterclaimants ("Defendants") hereby
3 provides their form exhibit list
4    This exhibit list does not identify exhibits that Defendants may use to impeach any
5 witnesses called live at trial by any party, and Defendants hereby reserve the right to offer and/or
6 use any exhibit to cross-examine and/or impeach witnesses at trial, regardless of whether that
7 exhibit is disclosed on this exhibit list.  Defendants further reserve the right to offer and/or use any
8 exhibit identified on Plaintiff's exhibit list or offered by Plaintiff at trial.  Additionally, Defendants
9 reserve the right to amend and/or supplement this disclosure as allowed by the Court and law,
10 including to add rebuttal exhibits as contemplated by paragraph 3 and 4 of the Standing Order, in
11 rebuttal to Plaintiff's case, arguments, or evidence, and/or for authentication purposes.  Defendants
12 note that its identification of any exhibit herein is not an admission that that exhibit would be
13 admissible if proffered by Plaintiff.

1 | DATED: May 29, 2019

2 |                                     By      */s/ Andrea Pallios Roberts*
3 |                                         Ann McFarland Draper (Bar No. 065669)
    |                                         courts@draperlaw.net
4 |                                         Draper Law Offices
    |                                         75 Broadway, Suite 202
5 |                                         San Francisco, California 94111
    |                                         Telephone: (415) 989-5620
6 |
    |                                         QUINN EMANUEL URQUHART &
7 |                                         SULLIVAN, LLP
    |                                         Kevin P.B. Johnson (Bar No. 177129)
8 |                                         kevinjohnson@quinnemanuel.com
    |                                         Andrea Pallios Roberts (Bar No. 228128)
9 |                                         andreaproberts@quinnemanuel.com
    |                                         555 Twin Dolphin Drive, 5th Floor
10|                                         Redwood Shores, California 94065-2139
    |                                         Telephone:     (650) 801-5000
11|                                         Facsimile:       (650) 801-5100

12|                                         Ed DeFranco (Bar No. 165596)
    |                                         eddefranco@quinnemanuel.com
13|                                         51 Madison Avenue, 22nd Floor
    |                                         New York, NY 10010
14|                                         Telephone:     (212) 849-7000
    |                                         Facsimile:       (212) 849-7100
15|
    |                                         John E. Nathan (P*ro Hac Vice*)
16|                                         jnathan155@yahoo.com
    |                                         John E. Nathan LLC
17|                                         1175 Park Avenue
    |                                         New York, NY 10128
18|                                         Telephone:     (917) 960-1667

19|                                         Attorneys for Defendants and Counterclaimants