# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0500 | TechShop Inc. screenshot of vision next iteration | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0501 | TechShop Incorporated | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0502 | Text message from J. Pistorino | Dan Rasure | | |
| TX0503 | Text message from A. Calvo | Dan Rasure | | |
| TX0504 | Continuation of text message from A. Calfo | Dan Rasure | | |
| TX0505 | TechShop Brooklyn Facebook post | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0506 | Text message R/Techshop re Dan Woods re: instructor pay | Dan Woods<br>Dan Rasure | | |
| TX0507 | Text message r/Techshop re TechShop no longer offering any memberships beside the month-to-month | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0508 | Text message re TechShop | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0509 | Post re TechShop continuing to beg for money, try to get free labor from investors | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0510 | Post re information packet about TechShop's pivot, investor loan, etc. | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0511 | Post re capital campaign | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0512 | Post re money owed to Autodesk | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0513 | Posts re changes, amount owed to Autodesk | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0514 | Post re money owed to Autodesk | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0515 | Post re money owed to Autodesk | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0516 | Post re Letter from TechShop | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0517 | Post re All Investor webinar | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0518 | Post re All Investor webinar | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0519 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0520 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0521 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0522 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0523 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0524 | Text message re TechShop Pittsburgh closing | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0525 | Text message re San Jose Techshop Woes | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0526 | Text messages re TechShop Austin | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0527 | TechShop Austin - RR (Twitter) post | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0528 | Techshopinc post | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0529 | Text message re TechShop 2.0 | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0530 | techshopinc post | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0531 | Text communication with Jerry Gable | Dan Rasure<br>Jerry Gable | | |
| TX0532 | Text messages re TechShop | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| Omitted | | | | |
| TX0534 | D. Woods text message re Google fees | Dan Rasure<br>Dan Woods | | |
| TX0535 | Text messages re TS Corporate ran multiple sets of books | Dan Rasure<br>Ryan Spurlock | | |
| TX0536 | Text messages re TechShop RDU | Dan Rasure<br>Ryan Spurlock | | |
| TX0537 | Text messages re creditors | Dan Rasure<br>Ryan Spurlock | | |
| TX0538 | Text messages re unpaid employee pay | Dan Rasure<br>Ryan Spurlock | | |
| TX0539 | Email from Daniel Woods to Ryan re Authorizing Dan Rasure of TechShop 2.0, LLC to Pay TechShop Round Rock, LLC's Past Due  Taxes | Dan Woods | | |
| TX0540 | Text message from Eric Hess to Maker Nexus re Pistorino resignation | Dan Rasure | | |
| TX0541 | Techshop magazine image | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0542 | Post re Letter from TechShop | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0543 | Post re All Investor webinar | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0544 | Post re TechShop shareholder meeting | Dan Woods<br>James Newton<br>Doug Busch<br>Dan Rasure | | |
| TX0545 | Draft Purchase and Sale Agreement By and Between AutoDesk, Inc. and Techshop 2.0 LLC | Dan Rasure | | |
| TX0546 | Text messages between Dan Rasure and Bill Lloyd | Dan Rasure | | |
| TX0547 | Text message string Hess | Dan Rasure | | |
| TX0548 | Message from (785) 821-2676 to Jerry Gable re need to switch over the website asap | Dan Rasure<br>Jerry Gable | | |
| TX0549 | TheShop.Build LLC Transaction Detail by Account January 1 through September 25, 2018 | Dan Rasure<br>Jeremiah Johnson | | |
| TX0550 | List of transactions Dan and Megan | Dan Rasure<br>Jeremiah Johnson | | |
| TX0551 | List of transactions Dan and Megan | Dan Rasure<br>Jeremiah Johnson | | |
| TX0552 | TheShop.Build San Fran LLC payroll report 1/1/2018-9/21/2018 | Dan Rasure<br>Jeremiah Johnson | | |
| TX0553 | TheShop.Build San Jose LLC payroll report 1/1/2018-9/21/2018 | Dan Rasure<br>Jeremiah Johnson | | |
| TX0554 | Kansas Business Center Business Entity Search | Dan Rasure | | |
| TX0555 | Limited Liability Company Articles of Organization | Dan Rasure | | |
| TX0556 | Office of Kansas Secretary of State Name Change Amendment | Dan Rasure | | |
| TX0557 | Kansas Business Center Business Entity Search | Dan Rasure | | |
| TX0558 | Limited Liability Company Articles of Organization | Dan Rasure | | |
| TX0559 | Office of Kansas Secretary of State Name Change Amendment | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0560 | Kansas Business Center Business Entity Search | Dan Rasure | | |
| TX0561 | Limited Liability Company Articles of Organization | Dan Rasure | | |
| TX0562 | Kansas Business Center Business Entity Search | Dan Rasure | | |
| TX0563 | Limited Liability Company Articles of Organization | Dan Rasure | | |
| TX0564 | Screen shots of Facebook page Maker Orphans | Dan Rasure | | |
| TX0565 | FB:  Comments on Maker Orphans (Closed Group) | Dan Rasure | | |
| TX0566 | Facebook posting of letter from Dan Woods | Dan Rasure | | |
| TX0567 | List of Maker Nexus donors | Dan Rasure | | |
| TX0568 | Maker Nexus project update | Dan Rasure | | |
| TX0569 | Agenda for Maker Nexus project update | Dan Rasure | | |
| TX0570 | Agenda for Maker Nexus project update | Dan Rasure | | |
| TX0571 | Maker Nexus project update | Dan Rasure | | |
| TX0572 | Maker Nexus Homebrew Robotics Club | Dan Rasure | | |
| TX0573 | Envelope and Top Portion of First Class Letter to Dan Rasure from Parrish | Dan Rasure | | |
| TX0574 | Summary of Principal Transaction Terms | Dan Rasure Dan Woods | | |
| TX0575 | Draft Asset Purchase Agreement between TechShop 2.0, LLC and TechShop, Inc. | Dan Rasure Dan Woods | | |
| TX0576 | Application to Register a Foreign Limited Liability Company | Dan Rasure | | |
| TX0577 | Application to Register a Foreign Limited Liability Company | Dan Rasure | | |
| TX0578 | USPTO Ltr to TechShop Re Patent No. 77164217 Re Office Action to Avoid Abandonment | James Newton | | |
| TX0579 | USPTO Notice of Abandonment | James Newton | | |
| TX0580 | Email correspondence T. Reidbord to D. Woods, A. Rockovich,  D. Rasure re URGENT: Important Eleventh Hour Introduction | Dan Rasure Dan Woods | | |
| TX0581 | Email correspondence D. Woods to D. Rasure re Fwd: FW: Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOVPDX.FID1001099] | Dan Rasure Dan Woods | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|--------------------------------|------------------------------|
| TX0582 | Email from Daniel Woods to Lara Croushore re Urgent: Important Eleventh Hour Introduction | Dan Rasure<br>Dan Woods | | |
| TX0583 | Email from Elizabeth Bobek to Dan Rasure; Dan Rasure re Summary of Terms | Dan Rasure<br>Dan Woods | | |
| TX0584 | Email from Daniel Woods to Dan Rasure re TechShop Summary as of 11-24 | Dan Rasure<br>Dan Woods<br>Jim Newton,<br>Doug Busch | | |
| TX0585 | Email from Dan Rasure to Daniel Woods; Elizabeth Bobek re TechShop Summary as of 11-24 | Dan Rasure<br>Dan Woods | | |
| TX0586 | Email correspondence D. Woods to D. Rasure, E. Bauer re wind-down expenses | Dan Rasure,<br>Dan Woods | | |
| TX0587 | Email correspondence D. Woods to D. Rasure re Fwd: Can You Please Confirm Insurance | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch,<br>Mike Hilberman | | |
| TX0588 | Email from Dan Rasure to josh.ewing@autodesk.com re TechShop | Dan Rasure | | |
| TX0589 | Email correspondence M. Hilberman to D. Woods, D. Rasure re Can You Please Confirm Insurance | Dan Rasure<br>Dan Woods<br>Mike Hilberman | | |
| TX0590 | Email correspondence M. Hilberman to D. Woods, D. Rasure re Can You Please Confirm Insurance | Dan Rasure<br>Dan Woods<br>Mike Hilberman | | |
| TX0591 | Email correspondence D. Rasure to M. Hilberman, D. Busch, J. Newton re Medical payments - urgent | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch<br>Mike Hilberman | | |
| TX0592 | Email correspondence E. Woods to D. Rasure re Invitation: Update on Finalizing MOU and Payments @ Wed Nov 29, 2017 2pm - 3pm (PST) (drasure@megafab.com) | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0593 | Email correspondence M. Hilberman to D. Woods, D. Rasure re Kaiser Permanente premium payment receipt | Dan Rasure<br>Dan Woods<br>Mike Hilberman | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-------------------------------|-----------------------------|
| TX0594 | Email correspondence M. Hilberman to D. Rasure re Medical payments - urgent | Dan Rasure<br>Dan Woods<br>Mike Hilberman | | |
| TX0595 | Email correspondence D. Woods to D. Rasure re finance team update | Dan Rasure<br>Dan Woods | | |
| TX0596 | Email from Daniel Woods to E. Louse Larson; Louise Larson; Dan Rasure re Introduction - Louise Larson | Dan Rasure<br>Dan Woods<br>Jim Newton | | |
| TX0597 | Email from Daniel Woods to Jim Newton, Louise Larson; Doug Busch; Dan rasure; Elizabeth Bauer; Sean Doherty re General Messaging - TS Re-Opening | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0598 | Email from E. Louise Larson to Daniel Woods re Introduction - Louise Larson | Dan Rasure<br>Dan Woods<br>Jim Newton | | |
| TX0599 | Email correspondence M. Hilberman to D. Rasure re introduction - Amanda | Dan Rasure<br>Mike Hilberman | | |
| TX0600 | Email from Daniel Woods to Dan Rasure; Bill Lloyd re announcement | Dan Rasure<br>Dan Woods | | |
| TX0601 | Email from Elizabeth Bobek to Dan Rasure; Daniel Woods re TechShop Sumary as of 11-24 | Dan Rasure<br>Dan Woods | | |
| TX0602 | Email from Elizabeth Bobek to Daniel Woods; Dan Rasure; Jim Newton; Doug Busch; Sean Doherty re Please confirm this final MOU | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0603 | Email from Elizabeth Bobek to Dan Rasure re Please confirm this final MOU | Dan Rasure | | |
| TX0604 | Email from Jim Newton to Elizabeth Sobek re Please confirm this final MOU | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0605 | Email from Sean Doherty to Dan Rasure; Jim Newton re Please confirm this final MOU | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0606 | Email correspondence D. Woods to D. Rasure re bringing two contractors in immediately | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0607 | Email from Daniel Woods to Dan Rasure re Signed MOU | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0608 | Email from Dan Rasure Daniel Woods re Signed MOU | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0609 | Email from Elizabeth Bobek to Daniel Woods; Dan Rasure; Dan Rasure re Signed MOU [WOV-PDX.FID1014632] | Dan Rasure<br>Dan Woods | | |
| TX0610 | Email from Dan Rasure to Elizabeth Bobek; Daniel Woods re Copy of Summary of Principal Terms FINAL-signed.pdf | Dan Rasure<br>Dan Woods | | |
| TX0611 | Email from Elizabeth Bobek to Dan Rasure re TechShop, Inc. Reaches Agreement With Techshop 2.0, LLC to Acquire Tecshop's Assets | Dan Rasure | | |
| TX0612 | Open Letter to Stakeholders | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0613 | Email from Daniel Woods to Robert Thomas; Dan Rasure re Brief Introduction | Dan Rasure<br>Dan Woods | | |
| TX0614 | TechShop Announces Acquisition | Dan Rasure | | |
| TX0615 | Email correspondence D. Woods to D. Rasure re Proceeding Forward - Pre-Close | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0616 | Email from Doug Busch to Dan Rasure re Your "Welcome to TechShop 2.0 email | Dan Rasure<br>Doug Busch | | |
| TX0617 | Email from Jim Newton to Dan Rasure; Martin Bogomolni re Introductions -- Dan R. and Martin B. for TechShop 2.0 | Dan Rasure<br>Jim Newton | | |
| TX0618 | Email from Daniel Woods to Dan Rasure re Proceeding Forward - Pre-Close | Dan Rasure<br>Dan Woods | | |
| TX0619 | Email from Lara Croushore to Dan Rasure; Dan Rasure re Lara -- TechShop Inc Signs MOU with Third Party to Reopen Markerspaces… | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|--------------------------------|------------------------------|
| TX0620 | Email correspondence D. Woods to D. Rasure re TechShop's G Suite is | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0621 | Email correspondence E. Larson to D. Rasure re Larson invoice 001 | Dan Rasure Dan Woods | | |
| TX0622 | Email from Daniel Woods to Dan Rasure re TechShop Asset Purchase Agreement | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0623 | Email correspondence D. Woods to D. Rasure re Arranging Payments For Services | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0624 | Email from Dan Rasure to josh.weing@autodesk.com re Draft Purchase Agreement | Dan Rasure | | |
| TX0625 | Email from Mike Hilberman to Dan Rasure re following up? | Dan Rasure Dan Woods Mike Hilberman | | |
| TX0626 | Email from Dan Rasure to Doug Busch; Daniel Woods re Funds | Dan Rasure Dan Woods Doug Busch | | |
| TX0627 | Email from Kurt Ruttum to Dan Rasure re TechShop, Inc. - Termination of MOU [IWOV-PDX.FID1014632] | Dan Rasure Dan Woods Jim Newton, Doug Busch | | |
| TX0628 | Email from Dan Rasure to Kurt Ruttum; Rob Green; JP Claxton re TechShop, Inc. - Terination of MOU [IWOV-PDX.FID1014632] | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0629 | Email correspondence E. Larson to D. Rasure re Larson invoice 001 | Dan Rasure Dan Woods | | |
| TX0630 | Email correspondence J. Taylor to D. Rasure Re: Make More Together | Dan Rasure | | |
| TX0631 | Email from Doug Busch to Dan Rasure re Mechanism for transferring member data | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0632 | Email correspondence J. Taylor to D. Rasure Re: D&O Policy | Dan Rasure | | |
| TX0633 | Email from Andrew Owen to Dan Rasure re Introduction: Autodesk/TechShop 2.0 Counsel | Dan Rasure | | |
| TX0634 | Email from Dan Rasure to Doug Busch; Daniel Woods re TS to TS2 process | Dan Rasure Dan Woods Doug Busch | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0635 | Email from Daniel Woods to Dan Rasure re Response to Your Proposed Framework | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0636 | Email from Daniel Woods to Dan Rasure re Follow-up Resonse to Your Proposed Framework | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0637 | Email from Daniel Woods to Dan Rasure; KennyF@pawneeleasing.com re TECHSHOP, INC. Lease #353186 | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0638 | Email from Daniel Woods to Dan Rasure re Follow-up Response to Your Proposed Framework | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0639 | Email from Dan Rasure to Daniel Woods; Doug Busch; Sean Doherty; Him Newton re TechShop Austin | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0640 | Email correspondence D. Woods to D. Rasure Re: TechShop Austin | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0641 | Email from Dan Rasure to Daniel Woods re R R taxes | Dan Rasure<br>Dan Woods | | |
| TX0642 | Email correspondence D. Woods to ryan.lloyd@wilco.org | Dan Rasure<br>Dan Woods | | |
| TX0643 | Email correspondence D. Woods to D. Rasure re Google | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0644 | Email from Dan Rasure to Daniel Woods; Jim Newton; Dou g Busch; Sean Doherty re Equipment Rental | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0645 | Email from Daniel Woods to Dan Rasure re Equipment Rental | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0646 | Email from Dan Rasure to Daniel Woods; Doug Busch, Sean Doherty; Jim Newton re Equipment Rental | Dan Rasure<br>Dan Woods<br>Jim Newton<br>Doug Busch | | |
| TX0647 | Email from Daniel Woods to Dan Rasure re The Board's Decision Regarding Your Proposal Arrangement | Dan Rasure<br>Dan Woods | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|--------------------------------|------------------------------|
| TX0648 | Email correspondenc R. Lloyd to D. Rasure re TechShop taxes | Dan Rasure | | |
| TX0649 | Email from Daniel Woods to Dan Rasure re Notification Regarding Announced Opening of "TechShop 2.0" at 926 Howard Street | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0650 | Email from Daniel Woods to Dan Rasure re Notification Regarding Announced Opening of "TechShop 2.0" at 926 Howard Street | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0651 | Email from Dan Rasure to Bill Lloyd; Josh Ewing re Techshop Offer | Dan Rasure | | |
| TX0652 | Email from Dan Rasure to Dan Woods; Doug Busch; Jim Newton; Sean Doherty re update | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0653 | Email from Dan Rasure to Josh Ewing re TechShop-Draft Purchase and Sale Agreement redlne 1 | Dan Rasure | | |
| TX0654 | Email from jpclaxton@catalystog.com to josh.ewing@autodesk.com re TechShop 2.0 letter | Dan Rasure | | |
| TX0655 | Email from Dan Rasure to Bill Lloyd; Josh Ewing re TechShop - Draft Purchase and Sale Agreement redline 1 | Dan Rasure | | |
| TX0656 | Email correspondence Pistorino to Rasure re cease & desist | Dan Rasure | | |
| TX0657 | Email from Dan Rasure to 'Mike Doty'; Michael C re TechShop trademark search | Dan Rasure | | |
| TX0658 | Email from Byers, Dave to Dan Rasure re TechShop Files Chapter-7 | Dan Rasure | | |
| TX0659 | Email from Dan Rasure to Sean Hackett re generalmember | Dan Rasure | | |
| TX0660 | Email correspondence Byers to Rasure re indemnification agrmnt | Dan Rasure | | |
| TX0661 | Email from dan@theshop.build | Dan Rasure | | |
| TX0662 | Email correspondence string Rasure to Woods | Dan Rasure Dan Woods | | |
| TX0663 | Email correspondence string Rasure to Woods | Dan Rasure Dan Woods | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0664 | Email correspondence from [Customer] to TechShop 2.0 re Welcome to TechShop 2.0 | Dan Rasure | | |
| TX0665 | Email correspondence from [Customer] to D. Rasure re TS2 and Lenders | Dan Rasure | | |
| TX0666 | Email communications with customer | Dan Rasure | | |
| TX0667 | Email correspondence from [Customer] to D. Rasure re Laser cutter expense / Re-opening dates | Dan Rasure | | |
| TX0668 | Email correspondence from D. Rasure to Nadia.Kellam@asu.edu re sexual harassment incidents at Techshop Chandler and creating an inclusive environment | Dan Rasure | | |
| TX0669 | Email correspondence from [Customer] to info@techshop2.com re Observations, and possible Arlington-DC Job Opportunities? | Dan Rasure | | |
| TX0670 | Email correspondence from [Customer] to D. Rasure re Quality of tools available for SMD assembly | Dan Rasure | | |
| TX0671 | Email correspondence from [Customer] to info@techshop2.com re $25,000 Loan to Techshop? | Dan Rasure | | |
| TX0672 | Email from Dan Rasure to daniel.woods; jimnewton; doug; sean re update | Dan Rasure Dan Woods Jim Newton Doug Busch | | |
| TX0673 | Email communications with customer | Jerry Gable | | |
| TX0674 | Email communications with customer | Dan Rasure Jerry Gable | | |
| TX0675 | Email from TheShop.build San Francisco to dan.rasure@techshop2.com re Pizza with Dan Rasure this Friday | Dan Rasure | | |
| TX0676 | Email from Dan Rasure to M G re Dan Rasure - a suggestion on name for TheShop… | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0677 | Email from TheShop.build San Francisco to dan.rasure@techshop2.com re Message from Dan Rasure | Dan Rasure | | |
| TX0678 | Email correspondence from [Customer] to info Re: San Jose TheShop.build | Dan Rasure | | |
| TX0679 | Email correspondence from [Customer] to TheShop.build San Francisco Re: Message from Dan Rasure | Dan Rasure | | |
| TX0680 | Email communications with customer | Dan Rasure | | |
| TX0681 | Email correspondence from [Customer] to info Re: TheShop.build Update | Dan Rasure | | |
| TX0682 | Email communications with customer | Dan Rasure | | |
| TX0683 | Email communications with customer | Dan Rasure | | |
| TX0684 | Email communications with customer | Dan Rasure | | |
| TX0685 | Email correspondence from [Customer] to info@theshop.build Re: TheShop.build Update | Dan Rasure | | |
| TX0686 | Email correspondence from info <info@theshop.build> to [Customer] Re: TheShop.build Update | Dan Rasure | | |
| TX0687 | Email communications with customer | Dan Rasure | | |
| TX0688 | Memo from The Laser Nerd <laser@theshop.build> to D. Rasure Re Rebranding | Dan Rasure | | |
| TX0689 | Email communications with customer | Dan Rasure | | |
| TX0690 | Email communications with customer | Dan Rasure | | |
| TX0691 | Email communications with customer | Dan Rasure | | |
| TX0692 | Email communications with customer | Dan Rasure | | |
| TX0693 | Email communications with customer | Dan Rasure | | |
| TX0694 | Email communications with customer | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|--------------------------------|------------------------------|
| TX0695 | Email correspondence from Retep Enoizats <plogics4211@gmail.com> to TheShop.build | Dan Rasure | | |
| TX0696 | Email from J. Murphy to D. Rasure Subject: Techshop SJ Instructor application; Mauricio Echeverry Resume for Techshop 2.docx | Dan Rasure | | |
| TX0697 | Email correspondence from Keelan Kelly <keelankelly@gmail.com> to D. Rasure re Why I Kvetch. | Dan Rasure | | |
| TX0698 | Email communications with customer | Dan Rasure | | |
| TX0699 | Email communications with customer | Dan Rasure | | |
| TX0700 | Email communications with customer | Dan Rasure | | |
| TX0701 | Email correspondence Porter to Rasure re objection to employ of Parrish Law Offices | Dan Rasure | | |
| TX0702 | Email correspondence Porter to Rasure re objection to employ of Parrish Law Offices | Dan Rasure | | |
| TX0703 | Email correspondence Chesarek to Rasure re Trademark issue | Dan Rasure | | |
| TX0704 | Email correspondence from Jordan Layman <jordan@ideafablabs.com> to Laser Nerd Re: Maker Space Connections | Dan Rasure | | |
| TX0705 | Email communications with customer | Dan Rasure | | |
| TX0706 | Email from D. Rasure to E. Lira; Subject:  Re:  TechShop Paycheck | Dan Rasure | | |
| TX0707 | Email from Bill Spangler to dan@theshop.build re Bill - TechShop Inc Signs MOU with Third Party to Reopen Markerspaces… | Dan Rasure | | |
| TX0708 | Email from John Hunt to Dan Rasure re Julia -- The Next Iteration of TechShop is in The works….. | Dan Rasure | | |
| Omitted | | | | |
| TX0710 | Techshop 2.0 Newsletter 1 15 18 | Dan Rasure | | |
| TX0711 | Email: TechShop Investor 1.0 v. 2.0 Customer Identity | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-------------------------------|------------------------------|
| TX0712 | Email text correspondence from TheShop.Build to Dan Rasure Re San Jose TheShop.Build re Opening of new location and sign up for membership | Dan Rasure | | |
| TX0713 | Email correspondence from info to [Customer] Re: TheShop.build update 3-9-18 | Dan Rasure | | |
| TX0714 | Email correspondence from info to [Customer] Re: TheShop.build Update | Dan Rasure | | |
| TX0715 | Email communications with customer | Dan Rasure | | |
| TX0716 | Email correspondence from [Customer] to TheShop.build re Invitation for Brunch at TheShop.build - Saturday March 17th | Dan Rasure | | |
| TX0717 | Email correspondence from [Customer] to TheShop.build re Re: Invitation for Brunch at TheShop.build - Saturday March 17th | Dan Rasure | | |
| TX0718 | Facebook post from Jeremiah Johnson to Dan Rasure re request to give him a call re registration of theshop.build | Dan Rasure Jeremiah Johnson | | |
| TX0719 | John Parts Taylor | Dan Rasure | | |
| TX0720 | Customer Identification - to Dan - teach at TechShop | Dan Rasure | | |
| TX0721 | Customer Identification - Intermittant laser use | Dan Rasure | | |
| TX0722 | Email correspondence from Mauricio Echeverry <vasama0@hotmail.com> to info@techshop2.com re instructor invoice | Dan Rasure Jerry Gable | | |
| TX0723 | Email correspondence from phil garrow.com to TechShop 2.0 re More information on today's email | Jerry Gable | | |
| TX0724 | Email correspondence from Miles Bintz to TechShop 2.0 re More information on today's email | Jerry Gable | | |
| TX0725 | Email correspondence from P. Beck to TechShop 2.0 re More information on today's email | Jerry Gable | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-----------------------------|----------------------------|
| TX0726 | Email correspondence from G. White to info@techshop2.com; jerry.gable@techshop2.com re November and ongoing billing from TechShop 1.0 | Jerry Gable Dan Rasure | | |
| TX0727 | Email: Request for Contact Information TechShop 2.0 | Jerry Gable Dan Rasure | | |
| TX0728 | Email text correspondence from Tony Yeh to TechShop 2.0 regarding his support Re D. Rasure's Newsletter 01/15/18. | Dan Rasure | | |
| TX0729 | Email: TechShop Investor 1.0 v. 2.0 Allen Lavee | Jerry Gable Dan Rasure | | |
| TX0730 | Email correspondence from sendjohnmanfordmail@gmail.com to Info@techshop2.com re Investor in techshop | Jerry Gable Dan Rasure | | |
| TX0731 | Email correspondence from Kim to Info@theshop.build re Techshop class passes | Jerry Gable Dan Rasure | | |
| TX0732 | Email: Wanting laser - SJSU Kohei | Jerry Gable Dan Rasure | | |
| TX0733 | Email correspondence from Noel Rabinowitz to sanfrancisco@theshop.build re Formal request to honor the terms of my Techshop Membership | Dan Rasure | | |
| TX0734 | Email communications with customer | Jerry Gable | | |
| TX0735 | Email communications with customer | Dan Rasure | | |
| TX0736 | Email: Info on Membership at each level Required Arlen Raasch | Jerry Gable, Dan Rasure | | |
| TX0737 | Email corrspondence from Chris Zegelin to TheShop.build re San Jose TheShop.build | Jerry Gable, Dan Rasure | | |
| TX0738 | Email: Message from Dan Rasure RE opening of SJ Facility | Dan Rasure | | |
| TX0739 | Email correspondence from Susan Tolley to TheShop.build RE: TheShop.build update 3-9-18 | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0740 | Email correspondence from patrick.barron@gmail.com to Info@theshop.build re Signup credit: ******My annual membership, activated in August 2017, and then TechShop closed it's doors**** | Jerry Gable Dan Rasure | | |
| TX0741 | Email: Path to Laser Cutting Joe Murphy COO | Dan Rasure | | |
| TX0742 | Memo from Joe Murphy to Gerry Gable re Blast Email; Consolidation of Q & A; press release. | Jerry Gable | | |
| TX0743 | Email correspondence from Ayelet Lorberbaum to sanfrancisco@theshop.build re Our classes at the Techshop | Jerry Gable Dan Rasure | | |
| TX0744 | Email correspondence from Kalina Kheirolomoom to sanfrancisco@theshop.build re Former Techshop Membership Credit? | Jerry Gable Dan Rasure | | |
| TX0745 | Email correspondence from Magnus Schevene to sanfrancisco@theshop.build re Membership and SBU | Dan Rasure | | |
| TX0746 | Email from Joe Murphy to mdrasure re THE SHOP Placeholder Graphics Individual All Files | Jerry Gable Dan Rasure | | |
| TX0747 | Email: Invitation to Brunch March 17th Minh Trieu | Dan Rasure | | |
| TX0748 | Email: AirBnB Membership Invoice 6456 to Dan from Jamie Brim | Dan Rasure | | |
| TX0749 | Email from D. Rasure to J. Murphy | Dan Rasure | | |
| TX0750 | Email correspondence Murphy to Johnson re expense report - April | Jeremiah Johnson | | |
| TX0751 | Email correspondence from J. Murphy to D. Rasure re Fwd: Bankruptcy of TechShop | Dan Rasure | | |
| TX0752 | Email correspondence from Jane T to dan@theshop.build re Become a San Jose Founding Member | Dan Rasure | | |
| TX0753 | Email from Bill Spangler to dan@theshop.build re Bill - TechShop Inc Signs MOU with Third Party to Reopen Markerspaces… | Dan Rasure Dan Woods | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0754 | Email correspondence Spangler to dan@theshop.build re TechShop Update from CEO Mark Hatch | Dan Rasure | | |
| TX0755 | Email from Greg Castellanos to Megan Drew; Dan Rasure; jerry.gable; joe.murphy re New Summer of Innovation promo collage | Jerry Gable Dan Rasure | | |
| TX0756 | Email from Dan Rasure to john.hunt@theshop-sj.com re Rev 2 - Open Letter to Stakeholders | Dan Rasure Doug Busch | | |
| TX0757 | Email correspondence from McCully to Techshop 2.0 re The state of things, in my opinion | Jerry Gable Dan Rasure | | |
| TX0758 | Memo from R. Snedegar to TechShop; Subject:  2.0 Re Techshop 2.0 - State of Things in My Opinion | Jerry Gable Dan Rasure | | |
| TX0759 | Email of Facebook post from Megan Drew Wieslander to theShop.build re Who's ready for a little contest??  We hear you,... | Jerry Gable Dan Rasure | | |
| TX0760 | Email correspondence from Adriana Vecchio to Techshop Thereafter re [Techshop Thereafter] I only found out TechShop closed when I got my... | Dan Rasure | | |
| TX0761 | Memo from Facebook to J. Murphy; Russell Trivich commented on TheShop.Build-Makerspace's video. | Dan Rasure | | |
| TX0762 | Email correspondence from Hunt to Lee re TechShop closing: What was known, and when | Dan Rasure | | |
| TX0763 | Memo from R.C. Morton to TheShop.Build; Subject [theShop.build] We woodworkers at TheShop.build* have spent...; Facebook post. | Jerry Gable Dan Rasure | | |
| TX0764 | Email correspondence from Hunt to Lee re Michael Erickson's comments about the cause of bankruptcy | Dan Rasure | | |
| TX0765 | Email correspondence from Lee to Hunt re Interesting investor insights | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0766 | Email correspondence from Hunt to Lee re Interesting investor insights | Dan Rasure | | |
| TX0767 | Email from Dan Woods to johnhuntdesign@gmail.com re Julia -- The Next Iteration of TechShop Is In The Works… | Dan Woods | | |
| TX0768 | Email communications with customer | Jerry Gable | | |
| TX0894 | Summary of Principal Transaction Terms | Dan Rasure Dan Woods | | |
| TX0895 | Email from Doug Busch to Daniel Woods re TechShop, Inc. - Termination of MOU [IWOV-PDX.FID1014632] | Dan Woods Doug Busch | | |
| TX0896 | Email from Daniel Woods to Coughlin, William (W.J.) re Any Update on TechShop Detroit? TechShop2.0? | Dan Woods Dan Rasure | | |
| TX0897 | Email from Vicky Snyder to Dan Rasure, Daniel Woods, Jim Newton -- TechShop Founder re TechShop, Inc. Reaches Agreement With TechShop 2.0, LLC to Acquire TechShop's Assets | Dan Woods Dan Rasure, Jim Newton | | |
| TX0898 | Email correspondence Croushore to Woods, Smucker, Rasure re Urgent important eleventh hour introduction | Dan Woods Dan Rasure | | |
| TX0899 | Email correspondence from E. Bobek to D. Woods re IMPORTANT CALL | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0900 | Email from Daniel Woods to Todd Reidbord re URGENT: Important Eleventh Hour Introduction | Dan Woods Dan Rasure | | |
| TX0901 | Email correspondence Rasure to Busch; re funds | Dan Rasure | | |
| TX0902 | Email correspondence D. Rasure to D. Woods re follow-up response to your proposed framework | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0903 | Email from Dan Rasure to Daniel Woods re Notification Regarding Announced Opening of "TechShop 2.0" at 926 Howard Street | Dan Woods Dan Rasure Jim Newton Doug Busch | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0904 | Email from Dan Rasure to Doug Busch, Jim Newton, Sean Doherty, Daniel Woods re Legal Review of Dan Rasure's Proposal | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0905 | Email from Dan Rasure to Daniel Woods re Proceeding Forward - Pre-Close | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0906 | Email from Dan Rasure to Daniel Woods re Proceeding Forward - Pre-Close | Dan Woods Dan Rasure | | |
| TX0907 | Email correspondence D. Rasure to D. Busch re Rev. 2 - Open Letter to Stakeholders | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0908 | Email from Dan Rasure to Dan Woods re Response to Your Proposed Framework | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0909 | Email correspondence D. Rasure to D. Woods re Invitation: Update on Finalizing MOU and Payments @ Wed Nov 29, 2017 2pm - 3pm (PST) (drasure@megafab.com) | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0910 | Email from Dan Rasure to Daniel Woods re Follow-Up Response to Your Proposed Framework | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0911 | Email correspondence D. Rasure to J. Newton, D. Busch, S. Doherty, E. Bauer, D. Woods re Proceeding Forward - Pre-Close | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0912 | Email from Dan Rasure to Mike Hilberman re urgent - RE: connecting | Dan Woods Dan Rasure Mike Hilberman | | |
| TX0913 | Email from Dan Rasure to Daniel Woods re Autodesk-offer | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0914 | Email from Dan Rasure to Elizabeth Bobek, Daniel Woods re Summary of Terms | Dan Woods Dan Rasure | | |
| TX0915 | Email correspondence D. Rasure to D. Woods re RR taxes | Dan Woods Dan Rasure Jim Newton Doug Busch | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0916 | Email from Dan Rasure to Daniel Woods re Employee bonus pay | Dan Woods Dan Rasure  Doug Busch | | |
| TX0917 | Email from Dan Rasure to Daniel Woods re RREquipmentRental | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0918 | Email correspondence D. Rasure to J. Newton re Dan, TechShop, Google G-Suite Payment Instructions | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0919 | Email from Dan Rasure to Kurt Ruttum, Rob Green, JP Claxton re TechShop, Inc. - Termination of MOU [IWOV-PDX.FID1014632 | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0920 | Email correspondence D. Rasure to J. Newton re wind-down expenses | Dan Woods Dan Rasure Jim Newton | | |
| TX0921 | Email from Dan Rasure to Elizabeth Bobek, Daniel Woods re General Messaging - TS Re-Opening | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0922 | Email from Dan Rasure to Daniel Woods re RR taxes | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0923 | Email from Dan Rasure to Daniel Woods re Notification Regarding Announced Opening of "TechShop 2.0" at 926 Howard Street | Dan Woods Dan Rasure Jim Newton Doug Busch | | |
| TX0924 | Correspondence Pistorino to Rasure; c&d letter | Dan Rasure | | |
| Omitted | | | | |
| Omitted | | | | |
| TX0927 | Appendix to Expert Report of Mark Bunger | Mark Bunger | | |
| TX0928 | Amended Appendix II to Expert Report of Mark Bunger | Mark Bunger | | |
| TX0930 | Email: Update on TechShop Detroit TechShop 2.0 | Dan Woods Dan Rasure | | |
| TX0931 | Email: Membership discount idea from Full Speed Ahead | Dan Rasure | | |
| TX0932 | Email: Concerning 25k loan to TechShop 1.0 | Dan Rasure | | |
| TX0933 | Email: TechShop 2.0 Newsletter | Dan Rasure | | |
| TX0934 | Email: CC Issuing Refunds | Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-------------------------------|------------------------------|
| TX0935 | Email: Investor in TechShop - Default loan made to TechShop | Jerry Gable Dan Rasure | | |
| TX0936 | Email: TechShop 2.0 SF Press Release - TS1 lifetime member | Jerry Gable Dan Rasure | | |
| TX0937 | Email: TechShop 2.0 RE: Discounts, CC credits, carry over SBU's | Dan Rasure | | |
| TX0938 | Email: Pizza with Dan Rasure this Friday Name Change: The Shop | Jerry Gable Dan Rasure | | |
| TX0939 | Email: Don Chesarek RE: SJ TechShop Investor | Dan Rasure | | |
| TX0940 | Email: SJ TheShop.build RE: Ellen Attn. General and SEC | Dan Rasure | | |
| TX0941 | Email: TheShop.build update RE: Closing of shop - 24hr. Fitness main equipment | Dan Rasure | | |
| TX0942 | Email: TechShop SF Leftovers RE: Refunds/Member | Dan Rasure | | |
| TX0943 | Email: TheShop.build update RE: Cu stuff in locker - come get it. | Dan Rasure | | |
| TX0944 | Email: Former TechShop Member 1yr. Member Refund | Dan Rasure | | |
| TX0945 | Email: Q about Corporate Membership | Dan Rasure | | |
| TX0946 | Email: TheShop.build Update Renew membership - invested in classes | Jerry Gable Dan Rasure | | |
| TX0947 | Email: Magee Mooney RE: CC refunds Member on Hold | Dan Rasure | | |
| TX0948 | Email: Casey Catelli RE: Gift Certificate thru TechShop SF 2016 | Dan Rasure | | |
| TX0949 | Email: TechShop Lifetime Member RE: joining TheShop - Michael Udaltsov | Jerry Gable Dan Rasure | | |
| TX0950 | Email: Lifetime Membership Questions - Geary Chew | Jerry Gable Dan Rasure | | |
| TX0951 | Email: TheShop.build Newsletter RE: Kim Martin former cu | Dan Rasure | | |
| TX0952 | Email: RE: Other Shop Locations | Jerry Gable Dan Rasure | | |
| TX0953 | Email: Will you teach at TheShop | Dan Rasure | | |
| TX0954 | Email: Digi Key Electronics Visit - Kevin Alseth | Jerry Gable Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX0955 | Email: TechShop v. TheShop thoughts and feelings- The Laser Nerd | Jerry Gable Dan Rasure | | |
| TX0956 | Email: TheShop.build Update: Wally Drake | Jerry Gable Dan Rasure | | |
| TX0957 | Email: Help with SJ Shop Setup - Stephen Huber | Jerry Gable Dan Rasure | | |
| TX0958 | Email: TheShop.build Update RE: Reasurrance of cu. - Youngmi Pak | Dan Rasure | | |
| TX0959 | Email: Innovation Gateway Fujitsu Sunnyvale - Ryoma Ohashi | Dan Rasure | | |
| TX0960 | Email: Build Out Help SJ Shop - Bob Gerenser | Dan Rasure | | |
| TX0961 | Email: TheShop.build Update RE: TechShop 1.0 member list of sbus | Jerry Gable Dan Rasure | | |
| TX0962 | Email: Announcemnt of SJ Location - Han Hong | Jerry Gable Dan Rasure | | |
| TX0963 | Email: Lifetime Member Question - Sean Garner | Jerry Gable Dan Rasure | | |
| TX0964 | Email: Playground Global Shop Safety Training - George Ketigian | Jerry Gable Dan Rasure | | |
| TX0965 | Email: Lifetime Membership Offer SF and SJ - Summer Green | Jerry Gable Dan Rasure | | |
| TX0966 | Email: Vacuum Form Machine - Simon Yuen | Jerry Gable Dan Rasure | | |
| TX0967 | Email: Class reciprocity from TechShop - David Valencic | Jerry Gable Dan Rasure | | |
| TX0968 | Email: Bay Area Reprap new meeting room - Frank Worrell | Jerry Gable Dan Rasure | | |
| TX0969 | Email: Membership and Office space - Adrian Rohani | Jerry Gable Dan Rasure | | |
| TX0970 | Email: Family Membership Question - Christian Santos | Dan Rasure | | |
| TX0971 | Email: Family Membership Question - Li Yuan | Jerry Gable Dan Rasure | | |
| TX0972 | Email: TheShop Locations - John Oliver | Jerry Gable Dan Rasure | | |
| TX0973 | Email: 2018 Donation Form - Rustic Icenogle Discovery Charter School 2 | Jerry Gable Dan Rasure | | |
| TX0974 | Email: Teaching Classes - Hanaa | Jerry Gable Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-------------------------------|------------------------------|
| TX0975 | Email: Shop Instructor Teaching Classes - Robert Kozak | Jerry Gable<br>Dan Rasure | | |
| TX0976 | Email: Rhino Class Resume - Slice Lab - Diego Taccioli | Jerry Gable<br>Dan Rasure | | |
| TX0977 | Email: Membership - Johnny Lemoine | Jerry Gable<br>Dan Rasure | | |
| TX0978 | Email: Membership - Vishwakanth Brahmaiah | Jerry Gable<br>Dan Rasure | | |
| TX0979 | Email: Future Locations - Samuel | Jerry Gable<br>Dan Rasure | | |
| TX0980 | Email: Member Application - Chris Gonzalez | Jerry Gable<br>Dan Rasure | | |
| TX0981 | Email: Voluteer - Stephan Pellissier | Dan Rasure | | |
| TX0982 | Email: Maker Space - Joshua Schisser | Dan Rasure | | |
| TX0983 | Email: Membership - Stephen Wyszomirski | Dan Rasure | | |
| Omitted | | | | |
| Omitted | | | | |
| TX1069 | Composite Exhibit of Agreement Drafts | Dan Woods<br>Dan Rasure | | |
| TX1070 | Composite Exhibit of Customer Emails | Dan Rasure | | |
| TX1071 | Composite Exhibit of Dan Woods Correspondence | Dan Woods<br>Dan Rasure | | |
| TX1072 | Composite Exhibit of Public Announcements | Dan Woods<br>Dan Rasure<br>Doug Busch | | |
| TX1073 | Composite Exhibit of Social Media Posts | Dan Rasure<br>Dog Woods<br>Jim Newton<br>Doug Busch | | |
| TX1075 | Composite Exhibit of Odyssey Expo Webpages | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1150 | Printout of webpage from whattheythink.com | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1151 | Printout of webpage for odysseyexpo.org | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|-------------------------------|-----------------------------|
| TX1152 | Printout of webpage for odysseyexpo.org | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1153 | Printout of webpage for odysseyexpo.org | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1154 | Odyssey Expo 2019 Exhibitor Rules and Regulations | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1155 | Printout of webpage for odysseyexpo.org | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1156 | Press Release for Odyssey Expo | Dan Woods<br>Doris Kaelin<br>Jim Newton<br>Doug Busch<br>Dan Rasure | | |
| TX1157 | Video of MakerNexus Jan. 19, 2018 Town Hall Meeting | Dan Rasure | | |
| TX1158 | Excerpt of Maker Nexus Video of MakerNexus Jan. 19, 2018 Town Hall Meeting | Dan Rasure | | |
| TX1159 | Photo of TheShop.Build | Dan Rasure | | |
| TX1160 | Screen shot of Document Properties for DR000306 | Dan Rasure | | |
| TX1161 | Social media post showing image of Maker Nexus Board of Directors | Dan Rasure | | |
| TX1162 | Email from D. Rasure to W. Coughlin | Dan Rasure<br>Dan Woods | | |
| TX1177 | Service Mark Appication  No. 77164217 | Jim Newton | | |
| TX1178 | Response to Office Action for App. No. 77164217 | Jim Newton | | |
| TX1179 | Office Action for App. No. 77164217 | Jim Newton | | |
| TX1180 | TheShop.Build San Fran LLC's Profit & Loss Statement from January through December 2018 | Jeremiah Johnson | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---|---|---|---|---|
| TX1181 | TheShop.Build San Fran LLC's Profit & Loss Statement from January 2018 | Jeremiah Johnson | | |
| TX1182 | TheShop.Build San Fran LLC's Profit & Loss Statement from February 2018 | Jeremiah Johnson | | |
| TX1183 | TheShop.Build San Fran LLC's Profit & Loss Statement from March  2018 | Jeremiah Johnson | | |
| TX1184 | TheShop.Build San Fran LLC's Profit & Loss Statement from March  2018 | Jeremiah Johnson | | |
| TX1185 | TheShop.Build San Fran LLC's Profit & Loss Statement from May  2018 | Jeremiah Johnson | | |
| TX1186 | TheShop.Build San Fran LLC's Profit & Loss Statement from June  2018 | Jeremiah Johnson | | |
| TX1187 | TheShop.Build San Fran LLC's Profit & Loss Statement from July  2018 | Jeremiah Johnson | | |
| TX1188 | TheShop.Build San Fran LLC's Profit & Loss Statement from July  2018 | Jeremiah Johnson | | |
| TX1189 | TheShop.Build San Fran LLC's Profit & Loss Statement from August 31 through September 1,  2018 | Jeremiah Johnson | | |
| TX1190 | TheShop.Build San Fran LLC's Profit & Loss Statement from October 2018 | Jeremiah Johnson | | |
| TX1191 | TheShop.Build San Fran LLC's Profit & Loss Statement from November 2018 | Jeremiah Johnson | | |
| TX1192 | TheShop.Build San Fran LLC's Profit & Loss Statement from December 2018 | Jeremiah Johnson | | |
| TX1193 | TheShop.Build San Fran LLC's Profit & Loss Statement from January through December  2018 | Jeremiah Johnson | | |
| TX1194 | TheShop.Build San Jose LLC's Profit & Loss Statement from January through December  2018 | Jeremiah Johnson | | |
| TX1195 | TheShop.Build San Jose LLC's Transaction Detail by Account Statement from January through December  2018 | Jeremiah Johnson | | |

# 2019-05-29 Defendants' Form Trial Exhibit List

| Ex. No. | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted Into Evidence |
|---------|-------------|--------------------|--------------------------------|------------------------------|
| TX1196 | TheShop.Build San Jose LLC's Profit & Loss Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1197 | TheShop.Build San Fran LLC's Transaction Detail by Account Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1198 | TheShop.Build San Jose LLC's Profit & Loss Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1199 | TheShop.Build San Jose LLC's Transaction Detail by Account Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1200 | TheShop.Build San Fran LLC's Transaction Detail by Account Statement from January through December 2018 | Jeremiah Johnson | | |
| TX1201 | TheShop.Build San Fran LLC's Transaction Detail by Account Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1202 | TheShop.Build San Jose LLC's Transaction Detail by Account Statement from January through April 2019 | Jeremiah Johnson | | |
| TX1203 | TheShop.Build San Fran LLC Profit & Loss January through April 2019 | Jeremiah Johnson | | |
| TX1204 | TheShop.Build San Jose LLC Profit & Loss January through April 2019 | Jeremiah Johnson | | |
| TX1205 | TheShop.Build San Fran LLC Transaction Detail by Account January through April 2019 | Jeremiah Johnson | | |
| TX1206 | TheShop.Build San Jose LLC Transaction Detail by Account January through April 2019 | Jeremiah Johnson | | |