James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**TECHSHOP'S FORM WITNESS LIST**<br><br>Trial: June 3, 2019 8:00am<br>Judge: Hon. Haywood Gilliam Jr. |

**TECHSHOP'S FORM WITNESS LIST**

Pursuant to Paragraph 22 of the Court's Civil Pretrial and Trial Standing Order, Plaintiff Doris A. Kaelin, trustee for the estate of TechShop, Inc. (hereinafter, "TechShop") provides its Form Witness List.

| Witness Name | Brief Description of Subject Matter | Exhibits |
|---|---|---|
| Ms. Doris A. Kaelin | Confusion, license interest | |
| Mr. James Newton | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants, licenses, damages | |
| Mr. Dan Woods | TechShop's use of the trademarks, infringement, confusion, willfulness, | |

|  | communications with Defendants licenses, damages |  |
|---|---|---|
| Mr. Doug Busch | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants licenses, damages |  |
| Mr. Ryan Spurlock | TechShop's use of the trademarks, infringement, confusion, willfulness, communications with Defendants |  |
| Dr. Eric Matolo | Damages |  |

Respectfully submitted,

James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff