1  COUNSEL LISTED ON NEXT PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAN RASURE et al.<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Trial: June 3, 2019, 8:00 a.m.<br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | James C. Pistorino (Bar No. 226496) |
|   | james@dparrishlaw.com |
| 2 | Parrish Law Offices |
|   | 224 Lexington Dr. |
| 3 | Menlo Park, CA  94025 |
|   | Telephone: (650) 400-0043 |
| 4 | |
|   | Attorneys for Plaintiff and Counter-defendants . |
| 5 | |
| 6 | Ann McFarland Draper (Bar No. 065669) |
|   | courts@draperlaw.net |
| 7 | Draper Law Offices |
|   | 75 Broadway, Suite 202 |
| 8 | San Francisco, California 94111 |
|   | Telephone: (415) 989-5620 |
| 9 | |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 11 | Andrea Pallios Roberts (Bar No. 228128) |
|   | andreaproberts@quinnemanuel.com |
| 12 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 13 | Telephone:     (650) 801-5000 |
|   | Facsimile:      (650) 801-5100 |
| 14 | |
|   | Ed DeFranco (Bar No. 165596) |
| 15 | eddefranco@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 16 | New York, NY 10010 |
|   | Telephone:     (212) 849-7000 |
| 17 | Facsimile:      (212) 849-7100 |
| 18 | John E. Nathan (*Pro Hac Vice*) |
|   | jnathan155@yahoo.com |
| 19 | John E. Nathan LLC |
|   | 1175 Park Avenue |
| 20 | New York, NY 10128 |
|   | Telephone:     (917) 960-1667 |
| 21 | |
|   | Attorneys for Defendants and Counterclaimants |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    The Plaintiff in this case, TechShop, is the owner of two federally registered trademarks in the word "TECHSHOP" for use with makerspace-related services.  TechShop's trademarks are a type sometimes called service marks.

As a plaintiff, TechShop asserts that, without authorization, Defendants Dan Rasure and two entities he formed have infringed the TECHSHOP marks in connection with the name of makerspace services.  TechShop asserts that Defendants' uses of Plaintiff's marks are likely to cause confusion, or to cause mistake, or to deceive.  TechShop claims that it was harmed by Defendants' uses, and TechShop seeks damages for Defendants' infringement.  TechShop also seeks a finding that the Defendants' infringement was willful.

The Defendants deny that they infringed and also claim that TechShop consented to Defendants' use of the marks at issue, and when Plaintiff objected, Defendants changed their name.  In addition to denying Plaintiff's claim of infringement, Defendants also contend: that TechShop discontinued and abandoned the use of the TECHSHOP marks in the United States; and that the TECHSHOP marks are not valid or protectable.  Defendant Dan Rasure also asserts that TechShop fraudulently induced him to pay certain of TechShop's expenses and taxes.  The Defendants also seek an award of punitive damages.

DATED: May 31, 2019

| | |
|---|---|
| By */s/ James C. Pistorino*<br>James C. Pistorino (Bar No. 226496)<br>james@dparrishlaw.com<br>Parrish Law Offices<br>224 Lexington Dr.<br>Menlo Park, CA 94025<br>Telephone: (650) 400-0043<br><br>Attorneys for Plaintiff and Counterdefendants | By  */s/ Andrea Pallios Roberts*<br>Ann McFarland Draper (Bar No. 065669)<br>courts@draperlaw.net<br>Draper Law Offices<br>75 Broadway, Suite 202<br>San Francisco, California 94111<br>Telephone: (415) 989-5620<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Andrea Pallios Roberts (Bar No. 228128)<br>andreaproberts@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>Ed DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:    (212) 849-7000<br>Facsimile:     (212) 849-7100<br><br>John E. Nathan (P*ro Hac Vice*)<br>jnathan155@yahoo.com<br>John E. Nathan LLC<br>1175 Park Avenue<br>New York, NY 10128<br>Telephone:    (917) 960-1667<br><br>Attorneys for Defendants and Counterclaimants |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James C. Pistorino.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts

-4-   Case No. 4:118-CV-01044-HSG (JCS)
JOINT PROPOSED STATEMENT OF THE CASE

08876-00001/10810763.1