UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DAN RASURE, et al.,<br><br>    Defendants. | Case No. 18-cv-01044-HSG<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

   IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

   IT IS SO ORDERED.

Dated:  May 31, 2019

   _____
   HAYWOOD S. GILLIAM, JR.
   United States District Judge

*Rev.03/19*