Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KLEIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS)<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' BRIEF RE EVIDENTIARY DISPUTES FOR JUNE 3, 2019**<br><br>Trial: June 3, 2019, 8:30 a.m |

Defendants and Counterclaimants submit below their positions regarding demonstrative and exhibit disputes that the parties could not resolve.

## I. DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEMONSTRATIVES AND EXHIBITS.

Plaintiff disclosed noticed five demonstratives and 108 exhibits. Defendants have only one objection to one demonstrative and five exhibits, specifically Plaintiff's demonstrative page 5, TX327-329, and TX360-361. Defendants' sole objection is that this proposed demonstrative and exhibits relate to Defendants' use of a logo. The service mark registrations in issue (TX 351 and TX 352) only cover the word TECHSHOP. The registrations themselves specifically state "the mark consists of standard characters without claim to any particular font, style, size, or color."

Plaintiff never pursued a claim against Defendants, either in its original Complaint (Dkt. 1) or its First Amended Complaint (Dkt. 45) for improper use of a logo. Evidence regarding Defendants' use of a logo is irrelevant to the pled claim of infringement of the TECHSHOP service marks. Interposing such a claim into the case is unduly prejudicial and unfair. And permitting Plaintiff to introduce such evidence creates a danger of misleading the jury and confusing the issues.

## II. PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEMONSTRATIVE AND EXHIBITS.

Plaintiff has presented objections to 18 number of slides in Defendants' opening demonstratives and to 5 exhibits disclosed for Mr. Newton's cross examination.

### A. File History Materials for the TECHSHOP Trademark Application (TX578, TX 579, TX 1177, TX1178, TX1179)

These exhibits are official records of the United States Patent & Trademark Office and include a sworn declaration from Plaintiff's founder and first witness, James Newton. Relying on that declaration, Mr. Newton's attorney filed a formal response in the United States Patent & Trademark Office stating that TechShop's customers were "sophisticated." This is relevant to degree of customer care, one of the *Sleekcraft* factors that the Ninth Circuit has identified as pertinent to the issue of likelihood of confusion and trademark infringement. The Office Actions are clearly relevant to the infringement charge in this case.

B.     **Plaintiff's Objections to Defendants' Opening Demonstratives**

Initially, Plaintiff objects to any use of images of exhibits in Defendants' opening demonstratives.  Use of exhibits in opening statements is routine.  Moreover, Plaintiff did not object to the vast majority of the exhibits included, and therefore they will be received in evidence without objection.  Specifically, Plaintiff never objected to TX501, TX527, TX530, TX597, TX610, TX611, TX612, TX612, TX614, TX622, TX636, TX645, TX649, TX656, TX919, and TX921.

The only specific objections ever voiced to exhibits reflected on opening demonstratives were to TX505, TX578, and TX1178.  TX505 is an official TechShop Brooklyn Facebook post, and is admissible as a party admission.  As noted above, TX578 and TX1178 are the file history documents discussed above.

Plaintiff also objected to a slide reflecting the expenses Mr. Rasure paid on TechShop's behalf, claiming that it was argumentative and objecting to the inclusion of Mr. Rasure's payment of TechShop's back taxes in Texas.  All of those expenses were specifically disclosed to the penny in Defendants' fraud counterclaim, with the exception of the Texas taxes.  Documents reflecting the Texas taxes (along with the other expenses) were produced and are admissible because Defendants gave notice they would be seeking "general, special and punitive damages against Cross-Defendants and each of them, in an amount according to proof but no less than the amounts listed in the above claims." (Dkt. 42, Prayer for Relief ¶ 4.)

| | | |
|---|---|---|
| 1 | DATED: June 2, 2019 | By      /s/ Andrea Pallios Roberts |

Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:     (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants