**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 18-cv-01044-HSG             **Case Name**: TechShop, Inc. v. Rasure, et al.

**Date:** June 3, 2019                   **Time**: 8:05 a.m.- 1:28 p.m. (Time: 4 hours and 36 minutes)

**The Honorable Haywood S. Gilliam, Jr.**

**Clerk**: Nikki D. Riley                **Court Reporter:** Diane Skillman

**COUNSEL FOR PLTF:**                    **COUNSEL FOR DEFT:**
James Charles Pistorino                  Andrea Pallios Roberts; John E. Nathan and Olga Slobodyanyuk

Trial Began: June 3, 2019                Further Trial: June 4, 2019

**Trial Motions Heard:**                 **Disposition**

1. 

2. 

3. 

Other:
Voir dire begun and completed; jury is selected and sworn; jury is instructed by the Court; opening by plaintiff and opening by defendant. The following witness is called by Plaintiff: James Newton. Matter is continued to June 4, 2019 at 8:30 a.m. for further jury trial.