| | |
|---|---|
| 1 | Ann McFarland Draper (Bar No. 065669) |
| | courts@draperlaw.net |
| 2 | Draper Law Offices |
| | 75 Broadway, Suite 202 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 989-5620 |
| 4 | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 6 | Andrea Pallios Roberts (Bar No. 228128) |
| | andreaproberts@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065-2139 |
| 8 | Telephone:   (650) 801-5000 |
| | Facsimile:     (650) 801-5100 |
| 9 | |
| | Ed DeFranco (Bar No. 165596) |
| 10 | eddefranco@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor |
| 11 | New York, NY 10010 |
| | Telephone:   (212) 849-7000 |
| 12 | Facsimile:     (212) 849-7100 |
| 13 | John E. Nathan (*Pro Hac Vice*) |
| | jnathan155@yahoo.com |
| 14 | John E. Nathan LLC |
| | 1175 Park Avenue |
| 15 | New York, NY 10128 |
| | Telephone:   (917) 960-1667 |
| 16 | |
| | Attorneys for Defendants and Counterclaimants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br>——————————————— <br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' BRIEF RE EVIDENTIARY DISPUTES FOR JUNE 7, 2019** <br><br> Trial: June 3, 2019, 8:00 a.m. |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the proposed demonstrative for Mr. Bunger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, in Oakland, California.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts