# EXHIBIT 1

# Mark Bunger Demonstratives on TechShop Brand Value

# TechShop Brand of No Value at time of Alleged Infringement

- The TechShop Brand had fallen into negative equity during the period of alleged infringement

- There was no likelihood of confusion between TechShop and TechShop 2.0

- Foreign licenses before TechShop's collapse are not an appropriate model for determining the value of the TechShop brand

- The value of the TechShop brand was undermined by its lack of distinctiveness

# History of Makerspaces

## Long before TechShop

**1970's**
**HomeBrew Computer club**

**1980's Chaos Computer Club**

**2001: MIT Professor Neil Gershenfeld Coins "Maker" & "Makerspace" and starts FabLab**



**2006: Noisebridge & TechShop begin**

**Hackerspace**

**Makerspace**

# Determining Brand Equity

Based on Subjective and Statistical  Data

Brand Equity is the amount that a consumer is willing to pay for  a product/service from one source over a similar product/service from another source and can be determined from a number of sources:

- Analysis of public and media comments
  (e.g. Google Trends analysis)

- Public sources weighing surveys, sales figures, etc.
  (e.g., Interbrand, Brand Finance)

- Licensing income from brand

# TechShop Brand Had Negative Equity

# TechShop Brand Value Reaches Negative Equity



Brands lose significant value into negative equity when there is



- sudden and unexpected negative change



- perception of negligence, incompetence or active malfeasance

- a personal or material negative impact on customers, employees, or others outside of management and investors



# TechShop Brand Value Reaches Negative Equity

## Statistical Analysis Shows Increase in Negative Brand Sentiment



Google Trends shows a steady decrease in interest in TechShop starting in 2014 with a sharp spike in interest at the time of the bankruptcy followed by further plummet.



# TechShop Brand Value Reaches Negative Equity

## Statistical Analysis Shows Increase in Negative Brand Sentiment

**AI Analysis of Online Comments Shows Increase in Negative Sentiment**



# TechShop Brand Value Reaches Negative Equity

Statistical Analysis Content Sources

**AI Analysis of Online Comments Shows Negative Sentiment**

| Source (6257) | Population % |
|---|---|
| Twitter | 64% |
| news articles | 19% |
| forums | 16% |
| blogs and article comments | 1% |

# TechShop Brand Value Reaches Negative Equity

## Statistical Analysis Shows Increase in Negative Brand Sentiment

**GlassDoor Survey Shows Employees have Low Opinion of TechShop**



# TechShop Brand Value Reaches Negative Equity

## Statistical Analysis Shows Increase in Negative Brand Sentiment

**GlassDoor Survey Shows Employees' Low Opinion of TechShop**



# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Sudden and Surprising

BIZ & TECH // BUSINESS

## TechShop 2.0 opens Monday in San Francisco

**By Benny Evangelista**
Feb. 15, 2018 | Updated: Feb. 15, 2018 6 a.m.

The abrupt closure in November of TechShop workshops across the country disrupted the lives of small business owners and do-it-yourself hobbyists who relied on the chain's machinery, from 3-D printers to welding tools.

First opened in 2006 in Menlo Park, TechShop had about 9,000 members nationwide, including about 1,000 for the San Francisco shop. But it closed its 10 U.S. locations with little prior notice on Nov. 15 and said it might file for Chapter 7 bankruptcy protection.

Ebitenyefa Baralaye of San Francisco, who was an artist-in-residence at TechShop, said he was stunned when the shop closed the day before the opening reception for an exhibit of his sculptures. He had to quickly move his sculptures out.

# TechShop Brand Value Reaches Negative Equity

### TechShop's Bankruptcy was Sudden and Surprising

TechShop shuts down all US locations, declares bankruptcy | TechCrunch

## TechShop shuts down all US locations, declares bankruptcy

It's a bummer for all involved, and likely a rather massive shock for the artists, designers and entrepreneurs who considered it home base. In my many visits to TechShop (I've been a member for a few years now) I've met countless people who used the shop's gear for everything from cranking out items for their online storefronts, to making shirts for their bands, to creating stencils for murals that stretch entire blocks in San Francisco. TechShop's sudden shutdown will definitely leave a big hole to fill.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Sudden and Surprising

## Mourning the Loss of TechShop

M: makezine.com/2017/11/16/mourning-the-loss-of-techshop/

November 16, 2017

Earlier today, I was stunned to hear that TechShop was filing for bankruptcy. My heart goes out to everyone involved and impacted, from visionary founder Jim Newton and his team, to every investor, employee, instructor, member, vendor, and landlord, and the many

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Sudden and Surprising

TechShop U.S.: Out of business : Makery

## TechShop U.S.: Out of business

Published 16 November 2017 by Carine Claude

The maker world has taken a blow. On Wednesday, November 15, the TechShop makerspace chain, now liquidated, announced the closure of its ten locations in the United States.

The announcement came as a shock. TechShop is closing shop in the U.S. And the decision is final. As of November 15, the liquidation of its ten nationwide locations has sealed their fate "in spite of many months of effort to restructure the

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence

Report: TechShop Shuts Down, Files For Bankruptcy Amid Heavy Losses, Unsustainable Business Model

F **forbes.com**/sites/jeanbaptiste/2017/11/15/techshop-shuts-down/

November 16, 2017

Jean Baptiste Su
Contributor

**Analysis: A Failure that could have been prevented**

TechShop's failure to find a sustainable business model can be explained by a combination of lack of vision and the high cost of operating its studios, from renting huge spaces in costly urban areas, to hiring experienced staff, leasing the tools and industrial strength equipment, plus paying for insurances and utilities.

However, we believe that the TechShop management failed to act sooner - the company has been in business for over 10 years - to close or transfer unprofitable studios and actively seek enough partnerships with local ecosystems (universities, companies, cities…) to offset its operating costs.

Instead, it chose to open additional wholly-owned money-loosing makerspaces, like its brand new Brooklyn, New York location that opened just 2 weeks ago and is now officially closed!

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence

If Your Local TechShop Closed, Here Are Some Resources For You

makezine.com/2017/11/20/local-techshop-closed-resources/

November 20, 2017

For some, TechShop served as some kind of test to see if makerspaces could have a sustainable business model. This closure has been held up by some as proof that makerspaces can't be profitable, or can't exist at all. Frankly, after traveling around the world and seeing community spaces of all kinds, this is just another business closing out of the many business that will close this year. That's how business works. We don't see speculation of the restaurant industry going out of style when a chain dies.  There are so many variations in how spaces are organized, physically structured, and paid for, that it would be silly to rely on a single entity as the litmus test for success.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence



# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence



# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence



# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy was Perceived as the Result of Incompetence



[−] **Scantrons**  5 points 1 year ago*

For the record and not on a throw away account, hatch wasn't "lucky to get out" the staff and supporting individuals finally got him out. He was a large part of the problem and a HUGE reason the stores are in the mess they're in presently. You can't borrow from Peter to pay Paul while making golden promises.

[−] **Scantrons**  5 points 1 year ago

I was on the corporate level and also worked on the store level for a few years. I heard the stories of his spending on the company cards, the misogynistic manner in which he treated other female staff, etc. He continuously thought about himself. He threw parties for cheerleaders and spent TechShop funds on them. He may be business minded and have some good things but he doesn't get a pass in this. You may think he's great, and that's cool that you never had to deal with him in the way many of us did. He didn't give a rats ass about the company, he just saw dollar signs. He also spent THOUSANDS of dollars on

As a member since the days of Menlo Park and random third-hand equipment, it seemed pretty clear that certain location and build-out decisions were costing the company a lot of money, were often not well executed (the last RWC relocation was never much more than half-completed), and the latest SJ site was ridiculous. When I saw that place I figured "McD can survive a failure like this, but I doubt Techshop can".

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Customers Personally and Materially

## TechShop Closes Doors, Files Bankruptcy

By Dan Woods

November 15, 2017, 7:15 am PDT

I do not mean to trivialize the impact our closure will have on employees, members, or our faithful investors and lenders. If I can ever find a way to reward your loyalty, hard work and commitment to TechShop, I will.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Customers Personally and Materially

### If Your Local TechShop Closed, Here Are Some Resources For You

makezine.com/2017/11/20/local-techshop-closed-resources/

November 20, 2017





We're saddened to hear that TechShop closed its doors on November 15th. TechShop was an incredible asset to its community, providing a place where makers, crafters, and creators could get access to the tools that would unlock their creativity. Their closure leaves thousands of people without access to the tools they need to create projects and share their innovations with the world.

As makers and entrepreneurs ourselves, it's easy for us to imagine the pain and frustration of the TechShop members who have had their tools ripped away without warning. We got together to see if we could give TechShop members easier access to some of the tools they might need to continue their craft.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Small Businesses

Report: TechShop Shuts Down, Files For Bankruptcy Amid Heavy Losses,
Unsustainable Business Model

F forbes.com/sites/jeanbaptiste/2017/11/15/techshop-shuts-down/

November 16, 2017

Jean Baptiste Su
Contributor

The sudden closure of the maker shop is leaving thousands of entrepreneurs and artisans
unable to run their businesses, without access to TechShop's tools and equipment.

A decision that also comes at the worst period possible, when these small businesses need
to prepare orders for the peak holiday season, with little or no time to find alternative
solutions.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Small Businesses

**More Twists In The Story of TechShop: 2.0 Agreement Cancelled**

By Caleb Kraft   @Calebkraft

December 15, 2017, 6:00 am PDT

While it may be easy to disregard this whole mess as a few investors battling over the remains, we need to remember there are many makers impacted by this closure. There are startups who can't access their materials, at the most important time of year no less, to create their products or projects.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Small Businesses



I love how he tried to play the 'we support veterans' card, yet his lack of promised transparency spelled the end of my business. Note the entire lack of data and tangibles in his statement.

He's a shill and deserves the reputation.

# TechShop Brand Value Reaches Negative Equity

## TechShop's Bankruptcy Harmed Employees

> ### Glassdoor
> https://www.glassdoor.com/Reviews/TechShop-Reviews-E515949.htm

Cons: No transparency. With the recent bankruptcy it is obvious that the corporate management is delusion at best, and mean-hearted in any case. Corporate did not have any business sense, and hundreds of people lost their jobs in one fell swoop when they realized all their bad decisions could no longer be hidden.

# No Possibility of Confusion

# Public Statements Show No Possibility of Confusion

## The Parties Distinguished TechShop and TechShop 2.0

**TechShop To Reopen Locations Through Asset Acquisition**

By Dan Woods
December 3, 2017, 4:30 am PDT

**Dan Woods Distinguished "TechShop 2.0" in First Announcement**

TechShop, Inc. has reached an agreement with a third party to acquire all company assets. The new entity, TechShop 2.0, LLC plans to re-open as many stores as possible, as soon as possible. The acquiring partnership is led by Dan Rasure and Bill Lloyd (Owner of BHL Services Inc. of Minneapolis)..

TechShop 2.0 is a "third party" and a "new entity" led by different people.

Announcing the closure of TechShop was the most difficult thing I've had to do in my career. When the opportunity for a different path forward presented itself, we did whatever humanly possible to work with Dan Rasure and make TechShop 2.0 a reality.

TechShop is closed and a new person will make TechShop 2.0 a reality.

None of TechShop's Directors and Officers have or will receive so much as a dollar from this deal—either through equity, cash payments, or compensation.

Old officers and directors are not involved

# Public Statements Show No Possibility of Confusion

The Parties Distinguished TechShop and TechShop 2.0

**Dan Woods Publicly Distinguishes "TechShop 2.0" as a Separate Group**



# Public Statements Show No Possibility of Confusion

## The Parties Distinguished TechShop and TechShop 2.0

**Dan Rasure and Media Distinguish "TechShop 2.0" as a "new entity" . . .**

DECEMBER 5, 2017 AT 12:41 AM

## Adafruit interviews Dan Rasure, Managing Partner TechShop 2.0 @techshop @adafruit #adafruit

Managing partner, OK. And then when did you start? When did you become the managing partner of TechShop 2.0?

So we started — this is the new entity we formed to buy the assets of TechShop. I had been following TechShop for most of the last decade. I had just got back to my hotel on a Thursday night, and I flipped open my iPad or computer and saw the notice. I sent a couple texts and emails to a couple

That's cool. That moved fast. And then for the company location, is it going to be a Minnesota LLC, a California LLC? What state will it be based out of?

So as of right now, I have it based out of Kansas. But I'm still evaluating that. Obviously they did have 10 LLCs; still looking at those LLC locations, where they're at. I'm very familiar with Kansas law, it's almost identical to Delaware. But it's in Kansas instead instead of Delaware. So that's why we did that.

# Public Statements Show No Possibility of Confusion

## The Parties Distinguished TechShop and TechShop 2.0

**Media Distinguished "TechShop 2.0" When Memorandum of Understanding Terminated Early**

DECEMBER 12, 2017 AT 9:03 PM

TechShop "Memorandum of understanding" – canceled?
@techshop #techshop #techshop20

Breaking news... following up, the "Memorandum of understanding" in regards of the sale of TechShop 1.0 to TechShop 2.0, was canceled today? 12/12/17. In other words, the "Purchase of TechShop Assets" involving the parties in the initial statment is unlikely to happen as announced, which means that TechShop 1.0 may have more opportunities for whom, and how, the sale will occur, when & if there is a sale (first release here 12/15/17 – PDF). A "2.0" could still happen and my guess it will, just not with the some of the folks in the announcement?

**More Twists In The Story of TechShop: 2.0 Agreement Cancelled**

By Caleb Kraft    @Calebkraft
December 15, 2017, 6:00 am PDT

What makes this especially messy is that Rasure had begun paying money to vendors to cover bills for TechShop. Rasure said:

This of course means that Rasure won't simply walk away, having already begun investing in his TechShop 2.0. The board of TechShop meanwhile is talking to multiple parties about

# Public Statements Show No Possibility of Confusion

## TechShop 2.0 was Distinguishable within Maker Community



## 2.0 adjective

\ ˈtü-ˌpȯint-ˈō 🔊 \

### Definition of *2.0*

—used postpositively to describe a new and improved version or example of something or someone

**//** … data previously collected by the planet-hunting telescope are turning up a trove of strange and wonderful worlds, bringing researchers closer, they hope, to finding "Earth *2.0*."

— Amina Khan, *Los Angeles Times*, 27 Feb. 2014

**//** Everyone agrees that the new [Doug] Bruce is no longer the arrogant overachiever he used to be. He's Doug *2.0,* shaggier and nicer …

— Ty Burr, *Boston Globe*, 24 Mar. 2006

# Public Statements Show No Possibility of Confusion

## TechShop 2.0 was Distinguishable within Maker Community

**The Maker Community understood the 2.0 to signify something new and different**



The concept of "Web 2.0" began with a conference brainstorming session between O'Reilly and MediaLive International. Dale Dougherty, web pioneer and O'Reilly VP, noted that far from having "crashed", the web was more important than ever, with exciting new applications and sites popping up with surprising regularity. What's more, the companies that had survived the collapse seemed to have some things in common. Could it be that the dot-com collapse marked some kind of turning point for the web, such that a call to action such as "Web 2.0" might make sense? We agreed that it did, and so the Web 2.0 Conference was born.

# Foreign Licenses Do Not Measure Value

# TechShop, Inc. Foreign Licensing

Not a Valid Measure of Brand Value

- Licenses predate the November 15, 2017, closing and bankruptcy announcement

- TechShop gained brand value while foreign entities gained other value, (e.g. manuals, know how for set up, advice on space)

- Foreign licenses do not represent domestic value

- Licenses for community outreach activities are not comparable to relevant licenses in case

# TechShop, Inc. Foreign Licensing

Not a Valid Measure of Brand Value

## Foreign Partners Distanced Themselves After Drop in Brand Value

TechShop U.S.: Out of business : Makery

## TechShop U.S.: Out of business

Published 16 November 2017 by Carine Claude

The maker world has taken a blow. On Wednesday, November 15, the TechShop makerspace chain, now liquidated, announced the closure of its ten locations in the United States.

"While we share the same name, TechShop, the U.S. and French companies have always been distinct," states the press release. Therefore, the cessation of activities in the United States will be inconsequential to France (...). The TechShop-Ateliers Leroy Merlin adventure continues, with a vision that is close to that of our American colleagues, but with a slightly different business model." They confirm: the inauguration of France's third TechShop at Station F , a big start-ups campus in Paris, is still on schedule, in just a few weeks.

# TechShop, Inc. Foreign Licensing

### Not a Valid Measure of Brand Value

## TechShop Received a Greater Benefit than Foreign Partners



HOME    SERVICES    NEWS    EDUCATION    ABOUT US

## TechShop Makerspace Coming to Europe

*With Leroy Merlin, a leading player in the French DIY market, TechShop announces its first location in Paris, France*

February 17, 2015 09:00 AM Eastern Standard Time

SAN JOSE, Calif.--(BUSINESS WIRE)--TechShop, Inc., a membership-based, do-it-yourself workshop and fabrication studio with locations across the United States, today announced its first location in France. TechShop, with its first ever international license, will open this year in Europe with Leroy Merlin, a brand of Adéo, the third largest DIY retail company in the world.

"TechShop's mission in providing a transformational experience that fosters innovation and creativity is well aligned with Leroy Merlin's focus," said Mark Hatch, CEO of TechShop. "In addition to helping to spread the maker movement message and TechShop brand, Leroy Merlin will be sharing with us best practices in retail management. We believe this partnership will enhance and extend our brand both in the US and around the globe."

# TechShop, Inc. Foreign Licensing

Not a Valid Measure of Brand Value

## <u>Brands are not Equally Valued Across Countries</u>

**$15,000 Franchise**                                    **≥ $10,000 Franchise**











# TechShop, Inc. Foreign Licensing

Not a Valid Measure of Brand Value

## Foreign Partners Used TechShop Brand for Community Outreach



**TechShop, Inc.**
Driving the Maker Movement for Long-lasting Innovation

TechShop provides spaces and resources for makers. Together with Fujitsu, they have created 'TechShop Inside! – Powered by FUJITSU', a new initiative for students of all ages to experience 'making'. For school age children, TechShop is enabling their creativity by allowing them to safely engage with the tools they need to realize their ideas. TechShop and Fujitsu hope these children will be inspired by making and will turn into lifelong innovators.

# TechShop, Inc. Foreign Licensing

### Not a Valid Measure of Brand Value

## Foreign Partners Used TechShop Brand for Community Outreach



TechShop Abu Dhabi is the first facility in the GCC, and is brought to you in partnership with the innovator program, an initiative supporting the UAE community to engage on technology and unleash their innovation capability.

**OBJECTIVE**

The purpose of TechShop Abu Dhabi was to support the Innovator Programme, provide prototyping services and assist entrepreneurship development in the Emirate of Abu Dhabi.

# TechShop Name is Not Distinctive

# "TechShop" is not a Distinctive Name

## "TechShop" is Formed From Two Generic Parts

**Maker Community Used TechShop Generically with FabSpaces and Makerspaces**

Is it a Hackerspace, Makerspace, TechShop, or FabLab?

M: makezine.com/2013/05/22/the-difference-between-hackerspaces-makerspaces-techshops-and-fablabs/

December 2, 2

The past decade has seen the sudden, dramatic appearance of community spaces offering public, shared access to high-end manufacturing equipment. These spaces are interchangeably referred to as hackerspaces, makerspaces, TechShops, and FabLabs. This can lead the intended audience to become incredibly confused as to why there might be so many names for a single concept. I'd like to take some time to untangle the mess, explain the concepts behind each title, and talk about why I now make significant distinctions between all of these types of spaces.

# "TechShop" is not a Distinctive Name

## "TechShop" is Formed From Two Generic Parts

**Frequency of Use of Name Components (1434 Makerspaces)**



# "TechShop" is not a Distinctive Name

## "Tech" or "Shop" are Usually Combined with a More Distinctive Component

**Makerspace names including the word Tech**

1. Saskatoon TechWorks
2. TinkerTech
3. Forschung und Technik e.V.
4. Technocopia Worcester
5. Technologia Incognita
6. Tech Club Joensuu
7. 4-H Robotics & Technology Club
8. Tech Dojo
9. Quantum Tech Club
10. Technarium
11. Technik.cafe
12. Techné
13. Tech Valley Center of Gravity
14. Open to Source Tech Zone
15. Gold Coast TechSpace
16. Nelson Tech Club
17. Jaaga: Bangalore Art & Technology Space
18. Technistub
19. Centre for Electronics Design and Technology
20. Texarkana Institute of Technology
21. TechStars
22. Bio, Tech and Beyond
23. EMC Techlabs
24. SoTechie Spaces
25. Biznet Techspace
26. Tech Brewery
27. Feral Technology Institute

**Makerspace names including the word Shop**

1. The Village Workshop
2. Foothills Community Workshop
3. The Shop
4. Workshop88
5. 23b Shop
6. SYN Shop
7. Syn Shop
8. MELD Workshop
9. Urban Workshop
10. Workshop 88
11. Ultimate Workshop
12. The Build Shop, LLC
13. Seattle Attic Community Workshop
14. Kaupunkiverstas - Urban Workshop
15. Einstein's Workshop
16. Foothills community workshop
17. Makeshop Miami
18. ProtoShed Community Workshop
19. Buildmore Workshop
20. BuildMore Workshop