# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc. v. Rasure, et al.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Haywood S. Gilliam, Jr. | James Charles Pistorino | Andrea Pallios Roberts; John E. Nathan and Olga Slobodyanyuk |
| JURY SELECTION: | REPORTER(S): | DEPUTY CLERK: |
| 6/3/2019 | Diane Skillman | Nikki Riley |
| TRIAL DATE: | | |
| 6/5/2019 | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30A | | | Judge enters the courtroom | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Daniel Woods resumes the stand and direct examination continues. | |
| 34 | | | | | **Previously admitted.** | |
| 43 | | | X | X | **Email Newton/Rasure dated 11/30/17 re: MOU/emails** | |
| 51 | | | | | **Previously admitted.** | |
| 53 | | | | | **Previously admitted.** | |
| 60 | | | | | **Previously admitted.** | |
| 62 | | | | | **Previously admitted.** | |
| 44 | | | X | X | **Email Dougherty/Rasure dated 11/30/17 re: MOU** | |
| 78 | | | | | **Previously admitted.** | |
| 324 | | | | | **Previously admitted.** | |
| 81 | | | | | **Previously admitted.** | |
| 29 | | | | | **Previously admitted.** | |
| 337 | | | | | **Previously admitted.** | |
| 336 | | | | | **Previously admitted.** | |
| 83 | | | | | **Previously admitted.** | |
| 327 | | | | | **Previously admitted.** | |
| 83 | | | | | **Previously admitted.** | |
| | | | | | Cross examination begins. | |
| | 1243 | | X | | | |

1

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc. v. Rasure, et al.
Date: June 5, 2019
Courtroom Deputy: Nikki D. Riley    Court Reporter: Diane Skillman

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 610 | | X | X | **Email from Dan Rasure to Elizabeth Bobek; Daniel Woods re Copy of Summary of Principal Terms FINAL-signed.pdf** | |
| | 596 | | | | **Previously admitted.** | |
| | 597 | | | | **Previously admitted.** | |
| | 921 | | | | **Previously admitted.** | |
| | 603 | | X | X | **Email from Elizabeth Bobek to Dan Rasure re Please confirm this final MOU** | |
| | 611 | | X | X | **Email from Elizabeth Bobek to Dan Rasure re TechShop, Inc. Reaches Agreement With Techshop 2.0, LLC to Acquire Tecshop's Assets** | |
| | 767 | | X | X | **Email from Dan Woods to johnhuntdesign@gmail.com re Julia -- The Next Iteration of TechShop Is In The Works…** | |
| | 753 | | X | X | **Email from Bill Spangler to dan@theshop.build re Bill - TechShop Inc Signs MOU with Third Party to Reopen Markerspaces…** | |
| | 619 | | X | X | **Email from Lara Croushore to Dan Rasure; Dan Rasure re Lara -- TechShop Inc Signs MOU with Third Party to Reopen Markerspaces…** | |
| | 501 | | X | X | **TechShop Incorporated** | |
| | 505 | | X | X | **TechShop Brooklyn Facebook post** | |
| | 527 | | X | X | **TechShop Austin - RR (Twitter) post** | |
| | 528 | | X | X | **Techshopinc post** | |
| | 530 | | X | X | **techshopinc post** | |
| | 614 | | X | X | **TechShop Announces Acquisition** | |
| | 613 | | X | X | **Email from Daniel Woods to Robert Thomas; Dan Rasure re Brief Introduction** | |
| | 615 | | X | X | **Email correspondence D. Woods to D. Rasure re Proceeding Forward - Pre-Close** | |
| | 906 | | X | X | **Email from Dan Rasure to Daniel Woods re Proceeding Forward - Pre-Close** | |
| | 622 | | X | X | **Email from Daniel Woods to Dan Rasure re TechShop Asset Purchase Agreement** | |

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc.  v.  Rasure, et al.
Date: June 5, 2019
Courtroom Deputy: Nikki D. Riley   Court Reporter:  Diane Skillman

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 919 |  | X | X | Email from Dan Rasure to Kurt Ruttum, Rob Green, JP Claxton re TechShop, Inc. - Termination of MOU [IWOVPDX. FID1014632 |  |
|  | 634 |  | X | X | Email from Dan Rasure to Doug Busch; Daniel Woods re TS to TS2 process |  |
|  | 635 |  | X | X | Email from Daniel Woods to Dan Rasure re Response to Your Proposed Framework |  |
|  | 636 |  |  |  | Previously admitted. |  |
|  | 642 |  | X | X | Email correspondence D. Woods to ryan.lloyd@wilco.org |  |
|  | 644 |  |  |  | Previously admitted. |  |
|  | 645 |  |  |  | Previously admitted. |  |
|  | 646 |  |  |  | Previously admitted. |  |
|  | 647 |  | X | X | Email from Daniel Woods to Dan Rasure re The Board's Decision Regarding Your Proposal Arrangement |  |
|  | 566 |  | X | X | Facebook posting of letter from Dan Woods |  |
|  | 650 |  | X |  |  |  |
|  |  |  |  |  | Jury is given a 15-minute break. |  |
|  |  | 10:02A |  |  | Judge exits the courtroom. |  |
|  |  | 10:02A |  |  | Judge re-enters the courtroom. |  |
|  |  |  |  |  | Jury re-enters the courtroom. |  |
|  |  |  |  |  | Daniel Woods resumes the stand and cross continues. |  |
|  | 650 |  |  | X | Email from Daniel Woods to Dan Rasure re Notification Regarding Announced Opening of "TechShop 2.0" at 926 Howard Street |  |
|  | 652 |  |  |  | Previously admitted. |  |
|  | 896 |  | X | X | Email from Daniel Woods to Coughlin, William (W.J.) re Any Update on TechShop Detroit? TechShop2.0? |  |
|  | 656 |  | X | X | Email correspondence Pistorino to Rasure re cease & desist |  |
| 67 |  |  | X | X | ADAfruit interview of Rasure |  |
| 321 |  |  | X | X | Emails Torrone/Woods dated 2/17/18 re: techShops 2.0 |  |

3

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc.  v.  Rasure, et al.
Date: June 5, 2019
Courtroom Deputy: Nikki D. Riley    Court Reporter:  Diane Skillman

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 610 |  |  |  | **Previously admitted.** |  |
|  | 587 |  | X | X | **Email correspondence D. Woods to D. Rasure re Fwd: Can You Please Confirm Insurance** |  |
|  | 594 |  | X | X | **Email correspondence M. Hilberman to D. Rasure re Medical payments - urgent** |  |
|  | 592 |  | X | X | **Email correspondence E. Woods to D. Rasure re Invitation: Update on Finalizing MOU and Payments @ Wed Nov 29, 2017 2pm - 3pm (PST) (drasure@megafab.com)** |  |
|  | 620 |  |  |  | **Previously admitted.** |  |
|  | 643 |  |  |  | **Previously admitted.** |  |
|  | 581 |  | X | X | **Email correspondence D. Woods to D. Rasure re Fwd: FW: Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOVPDX.FID1001099]** |  |
|  | 584 |  | X | X | **Email from Daniel Woods to Dan Rasure re TechShop Summary as of 11-24** |  |
|  | 586 |  | X | X | **Email correspondence D. Woods to D. Rasure, E. Bauer re wind-down expenses** |  |
|  | 595 |  | X | X | **Email correspondence D. Woods to D. Rasure re finance team update** |  |
|  | 604 |  | X | X | **Email from Jim Newton to Elizabeth Sobek re Please confirm this final MOU** |  |
|  | 606 |  | X | X | **Email correspondence D. Woods to D. Rasure re bringing two contractors in immediately** |  |
|  | 621 |  | X | X | **Email correspondence E. Larson to D. Rasure re Larson invoice 001** |  |
|  |  |  |  |  | Re-direct examination begins. |  |
|  | 584 |  |  |  | **Previously admitted.** |  |
|  | 581 |  |  |  | **Previously admitted.** |  |
| 337 |  |  |  |  | **Previously admitted.** |  |
|  | 652 |  |  |  | **Previously admitted.** |  |
|  | 650 |  |  |  | **Previously admitted.** |  |
| 48 |  |  |  |  | **Previously admitted.** |  |
|  | 622 |  |  |  | **Previously admitted.** |  |
| 351 |  |  |  |  | **Previously admitted.** |  |
| 352 |  |  |  |  | Re-cross examination begins. |  |

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc.  v.  Rasure, et al.
Date: June 5, 2019
Courtroom Deputy: Nikki D. Riley   Court Reporter:  Diane Skillman

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 650 |  |  |  | **Previously admitted.** |  |
|  |  |  |  |  | Re-direct examination begins. |  |
|  |  |  |  |  | Daniel Woods is excused. |  |
|  |  |  |  |  | Douglas Busch is called and sworn under direct examination. |  |
| 48 |  |  |  |  | **Previously admitted.** |  |
| 52 |  |  |  |  | **Previously admitted.** |  |
| 53 |  |  |  |  | **Previously admitted.** |  |
| 54 |  |  |  |  | **Previously admitted.** |  |
| 55 |  |  |  |  | **Previously admitted.** |  |
| 58 |  |  |  |  | **Previously admitted.** |  |
| 59 |  |  |  |  | **Previously admitted.** |  |
| 47 |  |  |  |  | **Previously admitted.** |  |
| 59 |  |  |  |  | **Previously admitted.** |  |
| 60 |  |  |  |  | **Previously admitted.** |  |
| 62 |  |  |  |  | **Previously admitted.** |  |
| 61 |  |  |  |  | **Previously admitted.** |  |
| 65 |  |  |  |  | **Previously admitted.** |  |
|  |  |  |  |  | Jury is given a 15-minute break. |  |
|  |  | 11:58A |  |  | Judge exits the courtroom. |  |
|  |  | 12:11P |  |  | Judge re-enters the courtroom. |  |
|  |  |  |  |  | Jury re-enters the courtroom. |  |
|  |  |  |  |  | Douglas Busch resumes the stand and direct examination continues. |  |
| 65 |  |  |  |  | **Previously admitted.** |  |
| 78 |  |  |  |  | **Previously admitted.** |  |
| 324 |  |  |  |  | **Previously admitted.** |  |
| 334 |  |  | X | X | **Letter Woods/Rasure dated 2/14/18 re: cease and desist** |  |
| 337 |  |  |  |  | **Previously admitted.** |  |
| 83 |  |  |  |  | **Previously admitted.** |  |
| 327 |  |  |  |  | **Previously admitted.** |  |

Case No: <u>18-cv-01044-HSG</u>
Case Name: <u>TechShop, Inc.  v.  Rasure, et al.</u>
Date: <u>June 5, 2019</u>
Courtroom Deputy: <u>Nikki D. Riley</u>   Court Reporter:  <u>Diane Skillman</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Cross examination begins. | |
| | 597 | | | | **Previously admitted.** | |
| | 921 | | | | **Previously admitted.** | |
| | 616 | | X | X | **Email from Doug Busch to Dan Rasure re Your "Welcome to TechShop 2.0 email** | |
| | 612 | | | | **Previously admitted.** | |
| | 919 | | | | **Previously admitted.** | |
| | 612 | | | | **Previously admitted.** | |
| | 610 | | | | **Previously admitted.** | |
| | | | | | Re-direct examination begins. | |
| | | | | | Douglas Busch is excused. | |
| | | | | | Eric Matolo is called and sworn under direct examination. | |
| **291** | | | X | X | **Matolo Resume** | |
| | | | | | Eric Matolo is deemed an expert. | |
| **28** | | | | | **Previously admitted.** | |
| **307** | | | X | X | **AutoDesk Non-Disturbance Agreement 12/15/14** | |
| **308** | | | X | X | **TechShop/ADEO License 12/15/14** | |
| **311** | | | X | X | **Exhibit B to Fujitsu Agreement** | |
| | | | | | Jury is excused for the day. | |
| | | 1:21P | | | Judge exits the courtroom. | |
| | | | | | Matter is continued to June 6, 2019 at 8:30 am for further trial. | |

6