UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc.  v.  Rasure, et al.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Haywood S. Gilliam, Jr. | PLAINTIFF ATTORNEY: James Charles Pistorino | DEFENSE ATTORNEY: Andrea Pallios Roberts; John E. Nathan and Olga Slobodyanyuk |
|---|---|---|
| JURY SELECTION: 6/3/2019 | REPORTER(S): Diane Skillman | DEPUTY CLERK: Nikki Riley |
| TRIAL DATE: 6/6/2019 | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00A | | | Judge enters the courtroom. | |
| | | 8:18A | | | Judge exits the courtroom. | |
| | | 8:30A | | | Judge re-enters the courtroom. | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Eric Matolo resumes the stand and direct examination continues. | |
| | | | | | Demonstratives are shown. | |
| 93 | | | X | X | **Email Johnson/Rasure dated 12/14/17 re: TechShop financial projections** | |
| 293 | | | X | X | **TechShop 2.0 forecasts** | |
| 306 | | | X | X | **Email dated 12/20/16 re: ALM purchase** | |
| 73 | | | X | X | **Email Rasure/Calmes dated 1/30/18 re: license offer** | |
| | | | | | Demonstratives are shown. | |
| 6 | | | X | X | **Defendants' revenues 2/618-9/22/18** | |
| | | | | | Demonstratives are shown. | |
| | | | | | Cross examination begins. | |
| | | | | | Demonstratives are shown. | |
| 290 | | | X | X | **TechShop 2.0 website capture dated 12/5/18; Name and logo variations** | |
| | 746 | | X | X | **Email from Joe Murphy to mdrasure re THE SHOP Placeholder Graphics Individual All Files** | |
| 6 | | | | | **Previously admitted.** | |
| 292 | | | | | **Previously admitted.** | |
| 291 | | | | | **Previously admitted.** | |

1

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc. v. Rasure, et al.
Date: June 6, 2019
Courtroom Deputy: Nikki D. Riley   Court Reporter: Diane Skillman

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 612 | | | | | Previously admitted. | |
| | 1245 | | | | Demonstrative | |
| 308 | | | | | Previously admitted. | |
| 312 | | | X | X | Exhibit B to Adeo Agreement | |
| 317 | | | X | X | TechShop/TechShop Global Agreement | |
| 311 | | | | | Previously admitted. | |
| 310 | | | X | X | Exhibit B to Abu Dhabi Agreement | |
| 306 | | | | | Previously admitted. | |
| 73 | | | | | Previously admitted. | |
| 293 | | | | | Previously admitted. | |
| 376 | | | X | | | |
| | | | | | Jury is given a 15-minute break. | |
| | | 9:59A | | | Judge exits the courtroom. | |
| | | 10:15A | | | Judge re-enters the courtroom. | |
| | | | | | Eric Matolo resumes the stand and cross examination continues. | |
| 376 | | | | X | | |
| | 1075 | | X | X | Composite Exhibit of Odyssey Expo Webpages | |
| | | | | | Re-direct examination begins. | |
| | 1075 | | | | Previously admitted. | |
| 293 | | | | | Previously admitted. | |
| 73 | | | | | Previously admitted. | |
| 72 | | | X | X | Email Calmes/Rasure dated 1/24/18 re: license offer | |
| 71 | | | X | X | Email Calmes/Rasure dated 1/16-1/24/18 re: license offer | |
| 72 | | | | | Previously admitted. | |
| 73 | | | | | Previously admitted. | |
| 310 | | | | | Previously admitted. | |
| 311 | | | | | Previously admitted. | |
| 317 | | | | | Previously admitted. | |
| 6 | | | | | Previously admitted. | |

Case No: <u>18-cv-01044-HSG</u>
Case Name: <u>TechShop, Inc.  v.  Rasure, et al.</u>
Date: <u>June 6, 2019</u>
Courtroom Deputy: <u>Nikki D. Riley</u>   Court Reporter:  <u>Diane Skillman</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 290 | | | | | **Previously admitted.** | |
| 73 | | | | | **Previously admitted.** | |
| | | | | | Re-cross examination begins. | |
| | 1075 | | | | **Previously admitted.** | |
| 311 | | | | | **Previously admitted.** | |
| 6 | | | | | **Previously admitted.** | |
| | | | | | Eric Matolo is excused. | |
| | | | | | Ryan Spurlock is called and sworn under direct examination. | |
| 2 | | | X | X | **Text message Spurlock/Rasure re: choosing name** | |
| 17 | | | X | X | **Text messages Spurlock/Rasure dated 12/3-12/4/17 re: emails** | |
| 3 | | | X | X | **Text messages Spurlock/Rasure dated 11/30/17 re: requests for email lists** | |
| 17 | | | | | **Previously admitted.** | |
| 195 | | | X | X | **FB messages Gable/Spurlock dated 1/20-2/26/18 re: TechShop logo** | |
| 330 | | | | | **Previously admitted.** | |
| | | | | | Jury is given a 15-minute break. | |
| | | **11:40A** | | | Judge exits the courtroom. | |
| | | **11:56A** | | | Judge re-enters the courtroom. | |
| | | | | | Jury re-enters the courtroom. | |
| | | | | | Ryan Spurlock resumes the stand and direct examination continues. | |
| | | | | | Cross examination begins. | |
| 2 | | | | | **Previously admitted.** | |
| 3 | | | | | **Previously admitted.** | |
| | | | | | Ryan Spurlock is excused. | |
| | | | | | Plaintiff rests. | |
| | | | | | Oral motion for judgment as a matter of law by defendant. | |
| | | | | | James Newton is re-called under direct examination. | |
| | | | | | Cross examination begins. | |

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc.  v.  Rasure, et al.
Date: June 6, 2019
Courtroom Deputy: Nikki D. Riley   Court Reporter:  Diane Skillman

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | James Newton is excused. | |
| | | | | | Daniel Rasure is called and sworn under direct examination. | |
| | 580 | | X | X | **Email correspondence T. Reidbord to D. Woods, A. Rockovich, D. Rasure re URGENT: Important Eleventh Hour Introduction** | |
| | 585 | | X | X | **Email from Dan Rasure to Daniel Woods; Elizabeth Bobek re TechShop Summary as of 11-24** | |
| | 597 | | | | **Previously admitted.** | |
| | 601 | | X | X | **Email from Elizabeth Bobek to Dan Rasure; Daniel Woods re TechShop Sumary as of 11-24** | |
| | 602 | | | | **Previously admitted.** | |
| | 598 | | | | **Previously admitted.** | |
| | 600 | | X | X | **Email from Daniel Woods to Dan Rasure; Bill Lloyd re announcement** | |
| | 610 | | | | **Previously admitted.** | |
| | 611 | | | | **Previously admitted.** | |
| | 501 | | | | **Previously admitted.** | |
| | 505 | | | | **Previously admitted.** | |
| | 527 | | | | **Previously admitted.** | |
| | 530 | | | | **Previously admitted.** | |
| | 612 | | | | **Previously admitted.** | |
| | 613 | | | | **Previously admitted.** | |
| | 614 | | | | **Previously admitted.** | |
| | 615 | | | | **Previously admitted.** | |
| | 622 | | | | **Previously admitted.** | |
| | 626 | | X | X | **Email from Dan Rasure to Doug Busch; Daniel Woods re Funds** | |
| | 627 | | X | X | **Email from Kurt Ruttum to Dan Rasure re TechShop, Inc. - Termination of MOU [IWOVPDX. FID1014632]** | |
| | 634 | | | | **Previously admitted.** | |
| | 635 | | | | **Previously admitted.** | |

Case No: 18-cv-01044-HSG
Case Name: TechShop, Inc. v. Rasure, et al.
Date: June 6, 2019
Courtroom Deputy: Nikki D. Riley    Court Reporter: Diane Skillman

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 636 | | | | **Previously admitted.** | |
| | 639 | | | | **Previously admitted.** | |
| | 642 | | | | **Previously admitted.** | |
| | 640 | | X | X | **Email correspondence D. Woods to D. Rasure Re: TechShop Austin** | |
| | 644 | | | | **Previously admitted.** | |
| | 645 | | | | **Previously admitted.** | |
| | 646 | | | | **Previously admitted.** | |
| | 647 | | | | **Previously admitted.** | |
| | | | | | Jury is excused for the day. | |
| | | | | | Counsel for defendant argues the Rule 50 motion. | |
| | | **1:36P** | | | Judge exits the bench. | |
| | | | | | Matter is continued to June 7, 2019 at 8:30 a.m. for further trial. | |

5