1  COUNSEL LISTED ON NEXT PAGE

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS) <br><br> **JOINT REQUEST/STIPULATION REGARDING EQUIPMENT IN THE COURTROOM** <br><br><br> Trial: June 3, 2019, 8:00 a.m. <br> Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | James C. Pistorino (Bar No. 226496) |
|   | james@dparrishlaw.com |
| 2 | Parrish Law Offices |
|   | 224 Lexington Dr. |
| 3 | Menlo Park, CA  94025 |
|   | Telephone: (650) 400-0043 |
| 4 | |
|   | Attorneys for Plaintiff and Counter-defendants |
| 5 | |
| 6 | Ann McFarland Draper (Bar No. 065669) |
|   | courts@draperlaw.net |
| 7 | Draper Law Offices |
|   | 75 Broadway, Suite 202 |
| 8 | San Francisco, California 94111 |
|   | Telephone: (415) 989-5620 |
| 9 | |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 11 | Andrea Pallios Roberts (Bar No. 228128) |
|   | andreaproberts@quinnemanuel.com |
| 12 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 13 | Telephone:     (650) 801-5000 |
|   | Facsimile:      (650) 801-5100 |
| 14 | |
| 15 | Ed DeFranco (Bar No. 165596) |
|   | eddefranco@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 16 | New York, NY 10010 |
|   | Telephone:     (212) 849-7000 |
| 17 | Facsimile:      (212) 849-7100 |
| 18 | John E. Nathan (*Pro Hac Vice*) |
|   | jnathan155@yahoo.com |
| 19 | John E. Nathan LLC |
|   | 1175 Park Avenue |
| 20 | New York, NY 10128 |
|   | Telephone:     (917) 960-1667 |
| 21 | |
|   | Attorneys for Defendants and Counterclaimants |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1     Pursuant to this Court's Orders, the parties jointly request permission to bring easels into the courtroom for use during the upcoming trial.

DATED:  June 10, 2019

By */s/ James C. Pistorino*
James C. Pistorino (Bar No. 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff and Counterdefendants

By      */s/ Andrea Pallios Roberts*
Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:   (917) 960-1667

Attorneys for Defendants and Counterclaimants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James Pistorino.

*/s/ Andrea Pallios Roberts*
Andrea Pallios Roberts

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2019

_____
Hon. Haywood S. Gilliam
United States District Court