UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.**  18-cv-01044-HSG           **Case Name**:  TechShop, Inc.  v.  Rasure, et al.

**Date:**  June 11, 2019                **Time**: 8:38 a.m.- 1:08 p.m. (Time: 3 hours and 24 minutes)

**The Honorable Haywood S. Gilliam, Jr.**

**Clerk**: Nikki D. Riley              **Court Reporter:** Diane Skillman

**COUNSEL FOR PLTF:**                  **COUNSEL FOR DEFT:**
James Charles Pistorino                Andrea Pallios Roberts; John E. Nathan and Olga Slobodyanyuk


Trial Began: June 3, 2019              Further Trial:  June 12, 2019

**Trial Motions Heard:**               **Disposition**

1. _____      _____

2. _____      _____

3. _____      _____

Other:
Closing by Plaintiff; Closing by Defendant; Rebuttal by Plaintiff; Jury is instructed by the Court; Court Security Officer (CSO) is sworn and takes charge of the jury; Jury deliberations begin.  Matter is continued to June 12, 2019 at 8:30 a.m. for further jury trial.