FILED

JUN 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAN RASURE, et al.,<br><br>    Defendants. | Case No. 18-cv-01044-HSG<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find the following on the questions submitted to us:

### PLAINTIFF'S CLAIMS

1) Do you find by a preponderance of the evidence that "TECHSHOP" is a valid service mark?

    YES ✓        NO ____

*If you answered YES to Question 1, go to Question 2.*

*If you answered NO to Question 1, go to Question 12.*

2) Do you find by clear and convincing evidence that the "TECHSHOP" service marks were abandoned?

    YES ____        NO ✓

*If you answered YES to Question 2, go to Question 12.*

*If you answered NO to Question 2, go to Question 3.*

3) Do you find by a preponderance of the evidence that Plaintiff owns the "TECHSHOP" service marks?

    YES ✓        NO ____

*If you answered YES to Question 3, go to Question 4.*

*If you answered NO to Question 3, go to Question 12.*

### TechShop 2.0

4) Do you find by a preponderance of the evidence that Defendants used the name "TechShop 2.0" without Plaintiff's consent in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the services?

    YES __✓__      NO ____

*If you answered YES to Question 4, go to Question 5.*

*If you answered NO to Question 4, go to Question 8.*

5) Do you find by a preponderance of the evidence that Defendants had actual or statutory notice that Plaintiff's "TECHSHOP" service marks were registered?

    YES __✓__      NO ____

*If you answered YES to Question 5, go to Question 6.*

*If you answered NO to Question 5, go to Question 8.*

6) Do you find by a preponderance of the evidence that Defendants' use of "TechShop 2.0" caused Plaintiff to suffer actual damages, in the form of lost licensing revenue?

    YES ____      NO __✓__

*If you answered YES to Question 6, go to Question 6(a).*

*If you answered NO to Question 6, skip Question 6(a) and go to Question 7.*

    a) What amount of actual damages do you find that Plaintiff has proven by a preponderance of the evidence?

        $ _____

*Go to Question 7.*

7) Do you find by a preponderance of the evidence that Defendants' use of "TechShop 2.0" was an intentional or willful infringement?

    YES __✓__      NO ____

*If you answered YES to Question 7, go to Question 7(a).*

*If you answered NO to Question 7, skip Question 7(a) and go to Question 8.*

2

1  a) What amount of Defendants' profits (that are not included in the amount of actual damages in Question 6(a)) do you find attributable to Defendants' infringing use of "TechShop 2.0"?

$ __0__

*Go to Question 8.*

### TheShop.Build

8) Do you find by a preponderance of the evidence that Defendants used the name "TheShop.Build" without Plaintiff's consent in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the services?

YES ✓    NO ____

*If you answered YES to Question 8, go to Question 9.*

*If you answered NO to Question 8, go to Question 12.*

9) Do you find by a preponderance of the evidence that Defendants had actual or statutory notice that Plaintiff's "TECHSHOP" service marks were registered?

YES ✓    NO ____

*If you answered YES to Question 9, go to Question 10.*

*If you answered NO to Question 9, go to Question 12.*

10) Do you find by a preponderance of the evidence that Defendants' use of "TheShop.Build" caused Plaintiff to suffer actual damages, in the form of lost licensing revenue?

YES ____    NO ✓

*If you answered YES to Question 10, go to Question 10(a).*

*If you answered NO to Question 10, skip Question 10(a) and go to Question 11.*

a) What amount of actual damages do you find that Plaintiff has proven by a preponderance of the evidence?

$ _____

*Go to Question 11.*

3

11) Do you find by a preponderance of the evidence that Defendants' use of "TheShop.Build" was an intentional or willful infringement?

   YES ✓        NO ____

   *If you answered YES to Question 11, go to Question 11(a).*

   *If you answered NO to Question 11, skip Question 11(a) and go to Question 12.*

   a) What amount of Defendants' profits (that are not included in the amount of actual damages in Question 10(a)) do you find attributable to Defendants' infringing use of "TheShop.Build"?

   $ ___0___

   *Go to Question 12.*

### DEFENDANTS' CLAIM

12) Do you find by a preponderance of the evidence that Plaintiff made a false promise to Mr. Rasure?

   YES ____        NO ✓

   *If you answered YES to Question 12, go to Question 13.*

   *If you answered NO to Question 12, skip the remaining question and sign and date this form.*

13) What amount of damages did Mr. Rasure prove by a preponderance of the evidence that he suffered as a result of the false promise?

   $ _____

   *Sign and date this form.*

   _____[signature]_____        6/12/19
   Signature of jury foreperson       Date

4