**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.**  18-cv-01044-HSG          **Case Name**:  TechShop, Inc.  v.  Rasure, et al.

**Date:**  June 12, 2019             **Time**: 8:30 a.m.- 8:50 a.m. (Time:  20 minutes)

**The Honorable Haywood S. Gilliam, Jr.**

**Clerk**: Nikki D. Riley            **Court Reporter:** Diane Skillman

**COUNSEL FOR PLTF:**          **COUNSEL FOR DEFT:**
James Charles Pistorino         Andrea Pallios Roberts; John E. Nathan and Olga Slobodyanyuk


Trial Began: June 3, 2019          Further Trial:

**Trial Motions Heard:**            **Disposition**

1. _____          _____

2. _____          _____

3. _____          _____

Other:
Jury deliberations continue; Verdict is read and jury is excused.  Parties are directed to meet and confer and submit a proposed briefing schedule on all remaining issues.