

# JUROR NOTES

# TechShop v. Rasure
# 18-cv-1044-HSG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

NOTE FROM THE JURY

Note No. #1

Date June 4, 2019

Time 11:54

**FILED**

JUN 0 4 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can't seen monitor from second row. Print not enlarged - or highlighted.

_____
Juror No./Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

NOTE FROM THE JURY

Note No. #2

Date 6/11/19

Time 3:20

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Our Foreperson is John Zrimc (Juror #5)

Our planned time for Today the 11th is 4:30 PM.

6
_____
Juror No./Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

**FILED**

JUN 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTE FROM THE JURY

Note No. #3

Date 6/11/19

Time 3:00 PM

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

— I Need to make a Phone call to my employer. Need a Private room to speak about my Patients.

4
_____
Juror No./Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

**FILED**

JUN 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTE FROM THE JURY

Note No. #4

Date 6/11/19

Time 16:15

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

We would like to stay till 5PM.

05
Juror No./Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

NOTE FROM THE JURY

Note No. #5

Date 6/11/19

Time 16:48

**FILED**

JUN 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

We will be returning tomorrow morning at 7:15 AM and will remain here till 10 AM.

_____05_____
Juror No./Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HAYWOOD S. GILLIAM, JR.

Case No.: 18-cv-01044-HSG

CASE NAME: TechShop, Inc. v. Rasure, et al.

NOTE FROM THE JURY

Note No. #6

Date 6/12/19

Time 8:05

FILED

JUN 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

_____
Foreperson