1    COUNSEL LISTED ON NEXT PAGE

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

| | |
|---|---|
| 11   TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for 12   TECHSHOP, INC., | Case No: 4:18-cv-01044-HSG (JCS) |
| 13           Plaintiff, | **STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL SUBMISSIONS** |
| 14      v. | |
| 15   DAN RASURE et al. | Jury Trial: June 3 – June 12, 2019 Judge: Hon. Haywood S. Gilliam, Jr. |
| 16           Defendants. | |
| 17 | |
| 18   AND RELATED COUNTERCLAIMS | |

19

20

21

22

23

24

25

26

27

28

1   James C. Pistorino (Bar No.  226496)
    james@dparrishlaw.com
2   Parrish Law Offices
    224 Lexington Dr.
3   Menlo Park, CA  94025
    Telephone:     (650) 400-0043
4
    Attorneys for Plaintiff and Counter-defendants
5

6   Ann McFarland Draper (Bar No. 065669)
    courts@draperlaw.net
7   Draper Law Offices
    75 Broadway, Suite 202
8   San Francisco, California 94111
    Telephone:     (415) 989-5620
9
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
10  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
11  Andrea Pallios Roberts (Bar No. 228128)
    andreaproberts@quinnemanuel.com
12  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
13  Telephone:     (650) 801-5000
    Facsimile:     (650) 801-5100
14
    Ed DeFranco (Bar No. 165596)
15  eddefranco@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
16  New York, NY 10010
    Telephone:     (212) 849-7000
17  Facsimile:     (212) 849-7100

18  John E. Nathan (*Pro Hac Vice*)
    jnathan155@yahoo.com
19  John E. Nathan LLC
    1175 Park Avenue
20  New York, NY 10128
    Telephone:     (917) 960-1667
21
    Attorneys for Defendants and Counterclaimants
22

23

24

25

26

27

28

STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL
SUBMISSIONS

08876-00001/10929964.1

1     Pursuant to this Court's June 12, 2019 Order (Dkt. 220), the parties hereby submit a

2   proposal regarding entering judgment consistent with the jury's verdict.  Plaintiff believes that

3   judgment should not be entered until the Court has addressed Plaintiff's anticipated motion for a

4   new trial on damages.  Defendants respectfully submit that the Court should not enter a judgment

5   until the equitable issues are resolved, including Defendants' equitable defenses and cancellation

6   claims, and any equitable relief sought by Plaintiff.

7     As the Court ordered on June 12, 2019, the parties further submit proposed schedules for

8   all post-trial matters, including submissions on Defendants' equitable defenses (Dkt. 155, p. 25)

9   and cancellation claims (Dkt. 155, pp. 12, 25).  The parties agree that submissions on Defendants'

10   equitable defenses and counterclaims, any equitable relief sought by Plaintiff, Defendants'

11   renewed motion for judgment as a matter of law under Fed. R. Civ. P. 50(b), Plaintiff's motion

12   for a new trial on damages, and any motions for attorneys' fees shall occur simultaneously.[1]

13     The parties offer different proposed schedules for said submissions, which are set forth

14   below.

15     **Plaintiff's Proposal:**

16     Opening submissions          Due July 10, 2019

17     Responsive Submissions       Due July 24, 2019

18     Reply Submissions            Due August 6, 2019

19     To the extent needed, transcript of the trial is available on 3, 7, or 14 day's notice.  Thus,

20   even if ordered now, the transcript would be available in plenty of time to complete the briefing.

21     **Defendants' Proposal:**

22     Plaintiff's proposed schedule does not allow for the parties to receive the trial transcript in

23   advance of the submission deadlines.  It would be highly prejudicial to Defendants to resolve

24   these issues without the benefit of a transcript of the testimonial evidence, and beneficial to the

25   Court and both parties to have an accurate record of the testimony in briefing the post-jury

26

27   _____

[1]  Although submissions on equitable issues and other post-trial matters shall occur concurrently, the parties may file
separate briefs or submissions on these issues, provided that they comply with the Local Rules with respect to page

28   limits.

STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL
SUBMISSIONS

08876-00001/10929964.1

1  matters.  As Defendants have previously advised the Court, for economic reasons, Defendants

2  were not able to order a daily transcript of the trial.  On June 12, Defendants filed their transcript

3  order, requesting a 30-day trial transcript.  Defendants are not in a financial position to request an

4  expedited transcript with a shorter time-frame.  Defendants are diligently working to pay the

5  deposit for the 30-day transcript, the amount of which Defendants received yesterday (June 18).

6  Because the trial transcript will not be available until mid-July at the earliest, Defendants propose

7  the following schedule:

8        Opening submissions:      Due August 9, 2019

9        Responsive submissions:      Due August 30, 2019

10        Reply submissions:      Due September 13, 2019

11        Plaintiff will not be prejudiced by scheduling submissions to be due after the trial

12  transcript is complete because the jury awarded Plaintiff zero damages.  Defendants further note

13  that Plaintiff's proposed schedule allows for only two weeks for responsive submissions, but

14  almost two weeks for reply submissions.  Given the volume of submissions the parties have

15  indicated that they intend to file, two weeks is not a sufficient amount of time for responsive

16  submissions.  Defendants' proposed schedule allows for three weeks for responsive submissions

17  and two weeks for reply submissions.

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL SUBMISSIONS

08876-00001/10929964.1

1    DATED:  June 19, 2019

2

3

4    By /s/ James C. Pistorino                    By        /s/ Andrea Pallios Roberts
     James C. Pistorino (Bar No. 226496)          Ann McFarland Draper (Bar No. 065669)
5    james@dparrishlaw.com                        courts@draperlaw.net
     Parrish Law Offices                          Draper Law Offices
6    224 Lexington Dr.                            75 Broadway, Suite 202
     Menlo Park, CA  94025                        San Francisco, California 94111
7    Telephone:     (650) 400-0043                Telephone:     (415) 989-5620

8    Attorneys for Plaintiff and Counterdefendants   QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
                                                  Kevin P.B. Johnson (Bar No. 177129)
9                                                 kevinjohnson@quinnemanuel.com
                                                  Andrea Pallios Roberts (Bar No. 228128)
10                                                andreaproberts@quinnemanuel.com
                                                  555 Twin Dolphin Drive, 5th Floor
11                                                Redwood Shores, California 94065-2139
                                                  Telephone:     (650) 801-5000
12                                                Facsimile:     (650) 801-5100

13                                                Ed DeFranco (Bar No. 165596)
                                                  eddefranco@quinnemanuel.com
14                                                51 Madison Avenue, 22nd Floor
                                                  New York, NY 10010
15                                                Telephone:     (212) 849-7000
                                                  Facsimile:     (212) 849-7100

16                                                John E. Nathan (Pro Hac Vice)
17                                                jnathan155@yahoo.com
                                                  John E. Nathan LLC
18                                                1175 Park Avenue
                                                  New York, NY 10128
19                                                Telephone:     (917) 960-1667

20                                                Attorneys for Defendants and Counterclaimants

21

22

23

24

25

26

27

28

Case No. 4:118-CV-01044-HSG (JCS)
             STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL
                                                                            SUBMISSIONS

08876-00001/10929964.1

1

2

**<u>SIGNATURE ATTESTATION</u>**

3

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in

4

the filing of this document has been obtained from James Pistorino.

5

6

*/s/ Andrea Pallios Roberts*_____
Andrea Pallios Roberts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-                           Case No. 4:118-CV-01044-HSG (JCS)
STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL
SUBMISSIONS

1

## **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, no judgment shall be entered at this time.

3    The Court orders that the parties' post-trial submissions shall be due on the following

4  dates:

5    Opening submissions:          Due _____

6    Responsive submissions:     Due _____

7    Reply submissions:              Due _____

8

9    IT IS SO ORDERED.

10

11  Dated:  June ____, 2019

                                      _____

12                                        Hon. Haywood S. Gilliam
                                      United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROPOSAL RE JUDGMENT AND PROPOSED SCHEDULES FOR POST-JURY TRIAL
SUBMISSIONS

08876-00001/10929964.1