UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECHSHOP, INC.,

    Plaintiff,

v.

DAN RASURE, et al.,

    Defendants.

Case No. 18-cv-01044-HSG

**SCHEDULING ORDER**

Following the jury's June 12, 2019 verdict in this case, the Court directed the parties to meet and confer regarding a proposed judgment and a schedule for briefing their anticipated post-trial motions. *See* Dkt. No. 220. Both parties believed that entry of judgment should be delayed until after their motions for new trial, renewed judgment as a matter of law, equitable defenses and counterclaims, attorneys' fees, and any other post-trial motions were resolved. *See* Dkt. No. 222 at 3. However, Federal Rules of Civil Procedure 50, 54(d), and 59 all impose deadlines for post-trial filings based on the date of the entry of judgment. Accordingly, the Court will not delay entering judgment before adjudicating the post-trial motions and will enter judgment in a separate order today.

In addition, the Court sets the following briefing schedule for all post-trial matters, taking into account the schedules proposed by the parties and their estimates of when a trial transcript will be available:

| **Event** | **Deadline** |
|---|---|
| Opening Brief | July 23, 2019 |
| Opposition Brief | August 20, 2019 |
| Reply Brief | September 3, 2019 |
| Hearing | November 7, 2019 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 6/26/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2