UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAN RASURE, et al., <br><br> Defendants. | Case No. 18-cv-01044-HSG <br><br> **FINAL JUDGMENT** |

In accordance with the jury's verdict in this matter, as rendered on June 12, 2019, IT IS HEREBY ORDERED THAT Final Judgment be entered in favor of Plaintiff TechShop, Inc., and against Defendants and Counter-Claimants Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC.

**IT IS SO ORDERED.**

Dated: 6/26/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge