James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S BILL OF COSTS** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of Doris A. Kaelin, in her capacity as trustee for the estate of TechShop, Inc. (hereinafter "TechShop"), Bill of Costs.

2. On June 26, 2019, this Court entered judgment in favor of TechShop and against the Defendants. See Dkt. #223.

3. On February 16, 2018, TechShop incurred a $400.00 filing fee to file the Complaint in this case. See Dkt #1, receipt number 0971-12120441.

4. Attached as Exhibit A are true and correct copies of invoices from S&R Services totaling $180.00 for personal service of the Complaint on Defendants.

5. Pursuant to this Court's Civil Pretrial and Trial Standing Order, the trial exhibits must be marked/Bates numbered with a specific marking. See Judge Gilliam's Civil Pretrial and

Trial Standing Order ¶ 19.  Plaintiff retained Litigation Document Productions, Inc. to handle this task for which they charged $656.25.  A true and correct copy of their invoice is attached as Exhibit B.  With a 5% discount for prompt payment, the total expense incurred was $623.44.

      6.     During trial, Plaintiff used two demonstratives, one of which ended up being admitted as an exhibit (TX-374).  The cost of printing these demonstratives on foam board was $97.97.

     I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

     Executed this 8th day of July, 2019 at Menlo Park, California.

_____
James Pistorino