# EXHIBIT A

# PROCESS INVOICE

TAX ID 26-4161879

**S & R Services**
903 Sneath Lane, Suite 227 San Bruno, CA 94066
Phone: (650) 794-1923  Fax: (650) 989-4182
www.served-u.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| JAPIS | 2/23/2018 | 13284 |

**Bill To:**
PARRISH LAW OFFICE
788 WASHINGTON ROAD
PITTSBURGH, PA 15228
Ordered By: TANYA A. TERZA

File No:
Case No: 18-CV-01044 KAW
Plaintiff: TECHSHOP, INC.
Defendant: DAN RASURE, AN INDIVIDUAL RESIDING IN KANSAS,

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PROCESS SERVICE | | | 50.00 |
| RUSH - DO TODAY | | | 40.00 |

**SUMMARY**
Court: UNITED STATES DISTRICT COURT
Servee: TECHSHOP 2.0 LLC
Address: 926 HOWARD STREET, # SAN FRANCISCO, CA 94103
Documents: SUMMONS IN A CIVIL ACTION;
Result: Personally Served

Completed on 2/22/2018 at 3:10 PM

| | |
|---|---|
| Subtotal | 90.00 |
| DJ/PAYMENT | -90.00 |
| TOTAL DUE | $ .00 |

Thank you for choosing S & R Services!

**Remit To:**
S & R Services
903 Sneath Lane, Suite 227
San Bruno, CA 94066

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| JAPIS | 2/23/2018 | 13284 |

TOTAL DUE: $ .00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO S & R Services

Order#:13284/INVOICEP

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-01044 KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   **TECHSHOP 2.0 LLC**
was received by me on **February 20, 2018**

☐ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 926 HOWARD STREET, SAN FRANCISCO, CA 94103 on February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION to **DAN RASURE**, who is designated by law to accept service of process on behalf of **TECHSHOP 2.0 LLC** on **February 22, 2018 3:10 PM**

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 90.00 for services, for a total of $ 90.00*

*I declare under penalty of perjury that this information is true.*

Date: 2-23-18

_____
Server's signature

**Andy Esquer**
*Printed name and title*

Contracted by
903 Sneath Lane, Suite 227,
San Bruno, CA 94066
**(650) 794-1923**
*Server's Address*

AO440-13284



903 Sneath Lane, Suite 227 San Bruno, CA 94066
Phone: (650) 794-1923  Fax: (650) 989-4182
www.served-u.com

**PROCESS INVOICE**

TAX ID 26-4161879

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| JAPIS | 2/23/2018 | 13283 |

Bill To:
**PARRISH LAW OFFICE**
**788 WASHINGTON ROAD**
**PITTSBURGH, PA 15228**
Ordered By: TANYA A. TERZA

File No:
Case No: 18-CV-01044 KAW
Plaintiff: TECHSHOP, INC.
Defendant: DAN RASURE, AN INDIVIDUAL RESIDING IN KANSAS,

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PROCESS SERVICE ** 2nd DEFENDANT SAME LOCATION | | | 50.00 |

**SUMMARY**
Court: UNITED STATES DISTRICT COURT
Servee: DAN RASURE
Address: 926 HOWARD STREET, # SAN FRANCISCO, CA 94103
Documents: SUMMONS IN A CIVIL ACTION;
Result: Personally Served

Completed on 2/22/2018 at 3:10 PM

| | |
|---|---|
| Subtotal | 50.00 |
| DJ/PAYMENT | -50.00 |
| TOTAL DUE | $ .00 |

Thank you for choosing S & R Services!

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| JAPIS | 2/23/2018 | 13283 |

Remit To:
**S & R Services**
**903 Sneath Lane, Suite 227**
**San Bruno, CA 94066**

TOTAL DUE:  $ .00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  S & R Services

Order#:13283/INVOICEP

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-01044 KAW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*       **DAN RASURE**
was received by me on **February 20, 2018**

☑ I personally served the SUMMONS IN A CIVIL ACTION on DAN RASURE at 926 HOWARD STREET, SAN FRANCISCO, CA 94103 on February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the SUMMONS IN A CIVIL ACTION to  , who is designated by law to accept service of process on behalf of   on  ; or

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 50.00 for services, for a total of $ 50.00*

*I declare under penalty of perjury that this information is true.*

Date: 2-23-18

Server's signature

**Andy Esquer**
*Printed name and title*

Contracted by
903 Sneath Lane, Suite 227,
San Bruno, CA 94066
**(650) 794-1923**
*Server's Address*

A0440-13283



903 Sneath Lane, Suite 227 San Bruno, CA 94066
Phone: (650) 794-1923  Fax: (650) 989-4182
www.served-u.com

# PROCESS INVOICE

TAX ID 26-4161879

| ACCOUNT NO | INVOICE DATE | INVOICE NO |
|---|---|---|
| JAPIS | 2/23/2018 | 13285 |

Bill To:
PARRISH LAW OFFICE
788 WASHINGTON ROAD
PITTSBURGH, PA 15228
Ordered By: TANYA A. TERZA

File No:
Case No: 18-CV-01044 KAW
Plaintiff: TECHSHOP, INC.
Defendant: DAN RASURE, AN INDIVIDUAL RESIDING IN KANSAS,

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PROCESS SERVICE ** 3rd DEFENDANT SAME LOCATION | | | 40.00 |

SUMMARY
Court: UNITED STATES DISTRICT COURT
Servee: TECHSHOP 2.0 SAN FRANCISCO, LLC
Address: 926 HOWARD STREET, # SAN FRANCISCO, CA 94103
Documents: SUMMONS IN A CIVIL ACTION;
Result: Personally Served

Completed on 2/22/2018 at 3:10 PM

| | |
|---|---|
| Subtotal | 40.00 |
| DJ/PAYMENT | -40.00 |
| TOTAL DUE | $ .00 |

Thank you for choosing S & R Services!



Remit To:
S & R Services
903 Sneath Lane, Suite 227
San Bruno, CA 94066

| ACCOUNT NO | INVOICE DATE | INVOICE NO |
|---|---|---|
| JAPIS | 2/23/2018 | 13285 |

TOTAL DUE:  $ .00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  S & R Services

Order#:13285/INVOICEP

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-01044 KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    TECHSHOP 2.0 SAN FRANCISCO, LLC
was received by me on February 20, 2018

☐ I personally served the SUMMONS IN A CIVIL ACTION on the individual at 926 HOWARD STREET, SAN FRANCISCO, CA 94103 on February 22, 2018 3:10 PM

☐ I left the SUMMONS IN A CIVIL ACTION at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION to DAN RASURE, who is designated by law to accept service of process on behalf of TECHSHOP 2.0 SAN FRANCISCO, LLC on February 22, 2018 3:10 PM

☐ I returned the SUMMONS IN A CIVIL ACTION unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 40.00 for services, for a total of $ 40.00*

*I declare under penalty of perjury that this information is true.*

Date: 2-23-18

_____
Server's signature

Andy Esquer
*Printed name and title*

Contracted by
903 Sneath Lane, Suite 227,
San Bruno, CA 94066
(650) 794-1923
*Server's Address*

A0440-13285

3/2018                                                      Transaction Receipt

**S & R SERVICES**
**903 SNEATH LN**
**SAN BRUNO, CA 9406600000, US**
**6507941923**

Store #1001333128

02/23/18 08:34:21 AM

eCommerce Sale

| **Billing Address** | **Credit Card Information** | |
|---|---|---|
| DEBRA M. PARRISH | CREDIT CARD NUMBER: | Amex ....3001 |
| 788 WASHINGTON ROAD | SWIPE CARD: | No |
| PITTSBURG, PA 15228 | STATUS: | APPROVED - 209800 |
|  | ORDER NUMBER: | 13284 |
|  | PO NUMBER: | 1 |

| Qty | Unit Cost | Extended Cost |
|---|---|---|
| 1 | 180.00 | 180.00 |
|  | **SUBTOTAL:** | **$180.00** |
|  | **TOTAL:** | **$180.00** |

I AGREE TO PAY ABOVE AMOUNT ACCORDING TO CARD ISSUER.

SIGNATURE X_____
           DEBRA M. PARRISH