# EXHIBIT B



# LITIGATION DOCUMENT
## PRODUCTIONS, INC.
61 BATTERYMARCH STREET / BOSTON, MASSACHUSETTS 02110
(617) 542-7333

# Invoice

| FED ID 04-3215305 | DATE: | 5/15/2019 | INVOICE #: | 67624 |
|---|---|---|---|---|
| CLIENT/MATTER: | See Comments | | REQUESTOR: | J. Pistorino |

SERVICE DATE: 4/2/2019

**BILL TO:** Parrish Law Offices
Attn: James Pistorino
788 Washington Rd.
Pittsburgh, PA 15228

**SHIP TO:** Parrish Law Offices
Attn: James Pistorino
788 Washington Rd.
Pittsburgh, PA 15228

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Electronic Exhibit Sticker Exhibits. | | | | 373 | 1.25 | 466.25 |
| Labor (hours) | | HR | | 2 | 95.00 | 190.00 |
| | | | | | | |
| COMMENTS: | | | | | | |
| * C/M# : 4:18-cv-01044-HSG-JCS | | | | | | |
| * Create unique trial exhibit by California Northern District rules. Include case number, date entered, and deputy clerk. | | | | | | |
| * Organize and place exhibits in order by index. | | | | | | |
| * Stamp each exhibit with custom exhibit stamp Trial Exhibit 1-373. | | | | | | |
| * Place stamps on first page | | | | | | |
| * Expedite. | | | | | | |
| | | | | | | |
| Out-of-state sale, exempt from sales tax | | | | | 0.00% | 0.00 |

YOU MAY DEDUCT A CASH DISCOUNT OF: $   32.81   IF PAID BY:   5/25/2019            Total:   $656.25

Please note our terms: DUE UPON RECEIPT - 5% CASH DISCOUNT 10 DAYS - NET 30. ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually). By your acceptance of the above-described services, you acknowledge that you are solely responsible for payment of this invoice, and that there is no separate agreement concerning same between Litigation Document Productions, Inc. and any third parties.