James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S MOTION FOR ATTORNEYS FEES AND COSTS** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of Doris A. Kaelin, in her capacity as trustee for the estate of TechShop, Inc. (hereinafter "TechShop") motion for attorneys fees and costs.

2. I received a Bachelor of Science degree in Computer Science and a J.D., both from Duke University. I am a member of the Bars of Texas and California as well as the Bar of the Patent and Trademark Office. I am admitted in numerous district courts, the Court's of Appeals for the Federal Circuit and the Fifth Circuit, and the United States Supreme Court. In more than 20 years of practice, I have appeared in federal courts around the country as well as the State courts of Texas and California.

3. My practice has focused on intellectual property litigation, including patents, trademarks, and copyrights. I have represented numerous large and small companies in

intellectual property litigation, including companies such as Amazon, Apple, Google, Intel, and Merck.

4. Previously, I was a partner at Perkins Coie and Howrey. In late 2015, I joined the Parrish firm as a partner where I handle litigation of all types.

5. At Perkins Coie, my billing rate was ~$825/hour. With the lower over-head of the Parrish firm, my usual and customary billing rates were $495-525/hour during the pendency of this litigation. That is believed to be on the low-end for attorneys with comparable experience and training. As with all matters handled by the Parrish firm, invoices were generated based on daily time entries, billed monthly.

6. I handled every aspect of this case from drafting the Complaint, discovery requests, motion practice, reviewing discovery, responding to discovery, developing the facts of the case, pre-trial, trial, and post-trial briefs, attending every hearing, and presenting and cross-examining all the witnesses at trial.

7. A true and correct copy of email correspondence from Andrea Roberts dated Friday, May 10, 2019 is attached as Exhibit A.

8. A true and correct copy of email correspondence between James Pistorino and Defendants' counsel dated Wednesday, June 5, 2019 is attached as Exhibit B.

9. A true and correct copy of email correspondence between James Pistorino and Andrea Roberts dated Sunday, June 9, 2019 is attached as Exhibit C.

10. A true and correct copy of Dr. Matolo's resume as well as all the invoices submitted are attached as Exhibit D. As shown there, the invoices were generated off daily time entries, billed monthly.

11. A true and correct copy of Mr. Estravit's resume as well as the invoice submitted is attached as Exhibit E. As shown there, the invoice was generated off daily time entries.

12. True and correct copies of the invoices from the Marriott Oakland Convention Center are attached as Exhibit F.

13. True and correct copies of the invoices from Litigation Document Productions are attached as Exhibit G.

14. A spreadsheet showing the "all other costs" category is attached as Exhibit H.

15. A proposed Order is attached as Exhibit I.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 10th day of July, 2019 at Menlo Park, California.

_____
James Pistorino