# EXHIBIT H

## TechShop expenses

| date | expense | amount | payee |
|---|---|---|---|
| 5/30/2019 | chamber copies of pretrial filings | $ 316.34 | Quinn Emanuel Urquhart & Sullivan, LLP |
| 6/20/2019 | postage - mailings to James | $ 842.03 | FedEx |
| 7/1/2019 | filing fees for registration | $ 450.00 | James Pistorino |
| 7/1/2019 | easels and office supplies for trial | $ 106.51 | James Pistorino |
| 7/1/2019 | binders for trial | $ 58.12 | James Pistorino |
| 7/1/2019 | copying for trial | $ 11.97 | James Pistorino |
| 7/1/2019 | binders for trial | $ 231.49 | James Pistorino |
| 7/1/2019 | office supplies for trial | $ 259.00 | James Pistorino |
| 7/1/2019 | meals during witness prep | $ 180.86 | James Pistorino |
| 7/1/2009 | parking for trial 6/12 | $ 40.00 | James Pistorino |
| 7/1/2019 | parking for trial 6/13 | $ 40.00 | James Pistorino |
| 7/1/2019 | parking for witness prep 5/17 | $ 34.00 | James Pistorino |
| 7/1/2019 | parking for witness prep 5/20 | $ 34.00 | James Pistorino |
| 7/1/2019 | parking for witness prep 5/30 | $ 28.00 | James Pistorino |
| 7/1/2019 | parking for trial 6/9/19 | $ 21.00 | James Pistorino |
| | | $ 2,653.32 | |