# EXHIBIT I

James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>      Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**[PROPOSED] ORDER GRANTING TECHSHOP'S MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>Hearing Date:  November 7, 2019<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

    Plaintiff has filed its motion for attorneys fees and costs.  The Court has reviewed the papers and, good cause appearing therefore, the motion is **GRANTED**.

    Accordingly, TechShop is awarded $391,170 in fees and costs.

**IT IS SO ORDERED.**

Dated November ____, 2019

                                                          _____
                                                           HON. HAYWARD S. GILLIAM, JR.
                                                           United States District Court Judge