# Exhibit "A"

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Ann Draper | 2a. CONTACT PHONE NUMBER (415) 989-5620 | 3. CONTACT EMAIL ADDRESS ann@draperlaw.net |
| 1b. ATTORNEY NAME (if different) (same) | 2b. ATTORNEY PHONE NUMBER (415) 989-5620 | 3. ATTORNEY EMAIL ADDRESS ann@draperlaw.net |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Draper Law Offices 75 Broadway Suite 202 San Francisco, CA 94111 | 5. CASE NAME TechShop, Inc. v Dan Rasure, et al | 6. CASE NUMBER 18-cv-01044 |
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☑ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL ☑ CIVIL CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/13/2018 | JCS | Disc.Hr | entire hearing | ○ | ● | ○ | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 10/12/2018 | JCS | Disc.Hr | entire hearing | ○ | ● | ○ | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Need at least Daily turnaround, but would also do as hourly

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE /s/ Ann McFarland Draper | 12. DATE 10/19/2018 |
|---|---|

Clear Form · Save as new PDF

| CAND 435 (Rev. 08/2018) | INSTRUCTIONS |
|---|---|

Use this form to order the transcription of a record of proceedings. ***CJA counsel should use Form CJA24.*** Before completing this form, please visit cand.uscourts.gov/transcripts for complete transcript ordering information. **THESE INSTRUCTIONS SUPPLEMENT THE WEBSITE INFORMATION.**

1. Complete a separate order form for each case number for which transcripts are ordered.
2. Complete a separate order form for each court reporter who reported proceedings in the case.
3. Complete Items 1-12. Keep a copy of your completed order form for your records.
4. E-file this form in the U.S. District Court CM/ECF system. ***Exceptions to e-filing***: (a) sealed cases/proceedings; (b) non-parties; (c) pro se parties who are not e-filers. In such cases, mail or hand-deliver a hard copy addressed to the court reporter supervisor (email list available at cand.uscourts.gov/transcripts/contact) at the Court division where the proceeding was held.
5. Next, the court reporter/transcriber will contact you to confirm estimated costs and delivery options. Deliver payment to the court reporter/transcriber promptly. Upon receipt of the deposit, the court reporter/transcriber will begin work on the transcript.
6. Unless prepayment is waived, delivery time is computed from the date the court reporter/transcriber receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from the date of receipt of the DCN number.
7. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

### ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

| | |
|---|---|
| Items 1-3 | In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this is usually a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person. |
| Items 5-6. | Only one case number may be listed per order. |
| Item 7. | Visit cand.uscourts.gov/transcripts for instructions for determining the name of the court reporter who reported the proceeding or if the proceeding was audio-recorded. If minutes have not been filed, contact the court reporter supervisor at the division where the hearing was held. |
| Item 8. | Check appeal OR non-appeal AND criminal OR civil. ***In forma pauperis***: a court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis*. |
| Item 9a. | List specific date(s) of the proceedings for which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing. Under "type," indicate briefly what type of proceeding it was, such as "motion," "sentencing," or "CMC." |
| Item 9b. | Select desired **FORMAT(S)** for transcript. There is an additional charge for each format ordered. Visit cand.uscourts.gov/transcripts/rates for details. Unlock ECF/web access is included at no extra charge with each of the other formats. |
| Item 9c. | There are 7 **DELIVERY TYPES** to choose from (times are computed from date of receipt of the deposit fee or DCN number). **NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged. |

**TRANSCRIPT DELIVERY TIMES:**
- **ORDINARY** — 30 calendar days.
- **14-DAY** — 14 calendar days.
- **EXPEDITED** — 7 calendar days.
- **3-DAY** — 3 calendar days
- **DAILY (NEXT DAY)** — Following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
- **HOURLY (SAME DAY)** — within two (2) hours.
- **REALTIME** — A draft unedited, uncertified transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

| | |
|---|---|
| Item 11. | Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable. |
| Item 12. | Enter the date of signing the order and certification. |

| | |
|---|---|
| **From:** | joan columbini <joan.columbini.csr@gmail.com> |
| **Sent:** | Friday, October 19, 2018 3:08 PM |
| **Cc:** | Ann Draper |
| **Subject:** | Re: FTR__2018-09-13 JCS / 10/12/2018 JCS__18-cv-01044-HSG__Time 1:32-1:52 / 3:16-3:37__TechShop, Inc. v. Rasure et al |
| **Attachments:** | noname; noname |
| **Categories:** | Rasure.TM |

Good afternoon, Counsel.

I'm happy to take care of this for you.  I do require your payment in advance.  The amount for these two hearings is $193.60.  If there is any cost difference, I will either refund or invoice you the difference.
The most expeditious way to get the payment to me is through PayPal.  I'll have the transcript to you in 24 hours or less once I have received your payment.
If you are going to send a check to me, please make it payable to me and send to:
1301 Canyonwood Ct #1, Walnut Creek, CA 94595.

Please let me know if you have any questions.

Have a great afternoon,
Joan

On Fri, Oct 19, 2018 at 2:44 PM <Richard_Duvall@cand.uscourts.gov> wrote:
> Dear Joan,
>
> The attached PDF is an FTR transcript order for hearings held on 9/13/2018 and 10/12/2018, Docket #s 58 & 75 (see below) in the above mentioned case:
>
> 
>
> The FTR files have been placed in your DropBox.  Please contact Ann Draper within 2 hours to confirm deposit amount and delivery option.
>
> Dear Ms. Draper,
>
> FTR transcriber Joan Columbini has been assigned to fulfill your transcript request.  Please contact her directly should you have any questions regarding this order.
>
> Thank you both,
>
> Rick Duvall

Rick Duvall - USDC Northern District
Court Reporter Supervisor
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2079 Office Phone

--

Joan Marie Columbini, CSR, RPR
Certified Shorthand Reporter #5435
Registered Professional Reporter
510-367-3043

| | |
|---|---|
| **From:** | Ann Draper |
| **Sent:** | Wednesday, May 1, 2019 12:58 PM |
| **To:** | 'joan columbini' |
| **Subject:** | TechShop v Rasure (18-01044) - payment for transcripts |
| | |
| **Categories:** | Rasure.TM |

Hi Joan --

I am trying to clean up my loose ends for these transcript. I am sending you another **$108.90** via PayPal, which I think is what I owe, but here are the details.

I placed a transcript order around Oct.19 for two transcripts of discovery hearings before Magistrate Judge Spero (9/13 & 10/12/2018). You gave me an estimate of $193.60, which I paid. When the transcripts arrived, it seemed like I owed you for a few more pages, but I never got an invoice or confirmation of the calculation that I made, and so I have not paid this yet. I am transferring the **$24.20** amount via paypal today.

I placed another transcript order around 10/26 for a hearing 10/23/2018 before District Judge Gilliam. You sent the transcript around 10/29 and an invoice a month later, around 11/26/2018. I neglected to pay that invoice, and am transferring the **$84.70** amount via paypal.

Please let me know if I owe you anything more for any of these invoices. I apologize for my part in not getting you paid promptly.

Ann Draper


**DRAPER LAW OFFICES**
75 Broadway, Suite 202
San Francisco, CA  94111
415.989.5620 Tel

---

**From:** Ann Draper
**Sent:** Friday, October 26, 2018 12:53 PM
**To:** 'joan columbini'
**Subject:** RE: transcripts

Hi Joan --

> I didn't receive an invoice yet for the shortage, but I think it will be about $24.20:
> > 19 pages for the 9/13 transcript
> > 17 pages for the 10/12 transcript
> > 36 pages total
> >
> > $217.80 = 36 pages at $6.05/page (daily rate)
> > -193.60 = deposit paid

$ 24.20 = balance due for actual cost of transcript

Please confirm and I can transfer this via paypal

Ann Draper

**DRAPER LAW OFFICES**

75 Broadway, Suite 202
San Francisco, CA  94111
415.989.5620 Tel


**From:** joan columbini [mailto:joan.columbini.csr@gmail.com]
**Sent:** Saturday, October 20, 2018 5:43 PM
**To:** Ann Draper
**Subject:** transcripts

Good evening, Ann.

Here are your transcripts.  I did underestimate the number of pages by a few, so I'll send you an invoice, you can either send a check or use PayPal.  It's not too much, so no hurry.

Please let me know if you need anything else.

Have a nice evening


--


Joan Marie Columbini, CSR, RPR
Certified Shorthand Reporter #5435
Registered Professional Reporter
510-367-3043

```
                                            PAGES 1 - 19

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

              BEFORE THE HONORABLE JOSEPH C. SPERO

TECHSHOP, INC., A CALIFORNIA      )
CORPORATION, DORIS A. KAELIN,     )
IN HER CAPACITY AS CHAPTER 7      )
TRUSTEE FOR TECHSHOP, INC., A     )
CALIFORNIA CORPORATION,           )
                                  )
              PLAINTIFF,          )
VS.                               )   NO. 18-CV-01044 HSG
                                  )
DAN RASURE, ET AL.                )
                                  )   SAN FRANCISCO, CALIFORNIA
              DEFENDANTS.         )   THURSDAY
                                  )   SEPTEMBER 13, 2018
_____ )
                                  )
AND RELATED CROSS ACTION.         )
_____ )
```

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND**

**RECORDING  1:32 P.M. - 1:52 P.M.**

**APPEARANCES:**

**FOR PLAINTIFF**          PARRISH LAW OFFICE
                           24 LEXINGTON DRIVE
                           MENLO PARK, CALIFORNIA 94205
                      **BY: JAMES CHARLES PISTORINO, ESQUIRE**


**FOR DEFENDANTS**         DRAPER LAW OFFICES
                           75 BROADWAY, SUITE 202
                           SAN FRANCISCO, CALIFORNIA 94111
                      **BY: ANN MCFARLAND DRAPER, ESQUIRE**


*TRANSCRIBED BY:  JOAN MARIE COLUMBINI, CSR #5435, RPR*
                  *RETIRED OFFICIAL COURT REPORTER, USDC*

# CERTIFICATE OF TRANSCRIBER

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

*/s/ Joan Marie Columbini*

JOAN MARIE COLUMBINI

OCTOBER 20, 2018

*JOAN MARIE COLUMBINI, CSR, RPR*
*RETIRED OFFICIAL COURT REPORTER, USDC*
*510-367-3043*

```
                                              PAGES 1 - 17

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

             BEFORE THE HONORABLE JOSEPH C. SPERO

TECHSHOP, INC., A CALIFORNIA      )
CORPORATION, DORIS A. KAELIN,     )
IN HER CAPACITY AS CHAPTER 7      )
TRUSTEE FOR TECHSHOP, INC., A     )
CALIFORNIA CORPORATION,           )
                                  )
              PLAINTIFF,          )
VS.                               )  NO. 18-CV-01044
                                  )
DAN RASURE, ET AL,                )
                                  )  SAN FRANCISCO, CALIFORNIA
              DEFENDANTS.         )  FRIDAY
                                  )  OCTOBER 12, 2018
_____)
                                  )
AND RELATED CROSS ACTION.         )
_____)
```

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND**

**RECORDING   3:16 P.M. - 3:37 P.M.**

**APPEARANCES:**

| | |
|---|---|
| **FOR PLAINTIFF** | PARRISH LAW OFFICE<br>24 LEXINGTON DRIVE<br>MENLO PARK, CALIFORNIA 94205<br>BY: **JAMES CHARLES PISTORINO, ESQUIRE** |
| **FOR DEFENDANTS** | DRAPER LAW OFFICES<br>75 BROADWAY, SUITE 202<br>SAN FRANCISCO, CALIFORNIA 94111<br>BY: **ANN MCFARLAND DRAPER, ESQUIRE** |

*TRANSCRIBED BY: JOAN MARIE COLUMBINI, CSR #5435, RPR*
*RETIRED OFFICIAL COURT REPORTER, USDC*

# CERTIFICATE OF TRANSCRIBER

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

*jncolumbini*

JOAN MARIE COLUMBINI

OCTOBER 20, 2018