# Exhibit "C"

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, October 17, 2018 11:22 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:18-cv-01044-HSG TechShop, Inc. v. Rasure et al Audio Recordings of Court Proceedings |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by Draper, Ann on 10/17/2018 at 11:22 AM and filed on 10/17/2018

| | |
|---|---|
| **Case Name:** | TechShop, Inc. v. Rasure et al |
| **Case Number:** | [4:18-cv-01044-HSG](#) |
| **Filer:** | Dan Rasure |
| **Document Number:** | 77(No document attached) |

**Docket Text:**
**AUDIO RECORDINGS ORDER (re: [75] Discovery Hearing, ), by Dan Rasure. Court will send to Ann Draper at ann@draperlaw.net a link to the files requested in this order. ( Filing fee $ 31, receipt number 0971-12770331). (Draper, Ann) (Filed on 10/17/2018)**

**4:18-cv-01044-HSG Notice has been electronically mailed to:**

Ann McFarland Draper      ann@draperlaw.net, ann.draper@gmail.com, courts@draperlaw.net, stephanie@draperlaw.net

James Charles Pistorino      james@dparrishlaw.com, tanya@dparrishlaw.com

**4:18-cv-01044-HSG Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**

Audio File Attached