# Exhibit "E"

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 527864 | 12/31/2018 | 445989 |
| **Job Date** | **Case No.** ||
| 12/17/2018 | 4:18-cv-01044-HSG-JCS ||
| **Case Name** |||
| TechShop, Inc. v. Dan Rasure, et al. |||
| **Payment Terms** |||
| Net 30; Interest @ 1.5%/mo after 30 days |||

Ann McFarland Draper, Esq.
Draper Law Offices
75 Broadway
Suite 202
San Francisco CA  94111

| | | | | |
|---|---:|---|---:|---:|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Eric Matolo, Ph.D. | 128.00 Pages | @ | 6.00 | 768.00 |
| Exhibit | 25.00 Pages | @ | 0.68 | 17.00 |
| Copies: 8.5 x 11 - Color | 88.00 Pages | @ | 2.00 | 176.00 |
| BarkleyAccess (ASCII, PDF Trnscpts & Exhbts) | | | 35.00 | 35.00 |
| Administering Oath, etc. - C.C.P. 2093(b), Gov.C.8211(c) | | | 14.00 | 14.00 |
| Delivery of Original | | | 25.00 | 25.00 |
| Delivery of Copy | | | 25.00 | 25.00 |
| GreenTranscript Savings (BarkleyAccess Disc and Delivery) | | | -60.00 | -60.00 |
| Transcript Production fee | | | 50.00 | 50.00 |
| Copies: On Site Copy Service | 50.00 | @ | 0.50 | 25.00 |
| Copies: 8.5 x 11 - Color | 176.00 Pages | @ | 1.50 | 264.00 |
| BarkleyStreamOn: Video and Text Streaming Setup Fee | | | 115.00 | 115.00 |
| BarkleyStreamOn: Video and Text Streaming Per User | | | 250.00 | 250.00 |
| BarkleyStreamOn: Interactive Realtime Hookup | 113.00 Pages | @ | 1.50 | 169.50 |
| Videotape Recording of: | | | | |
| Eric Matolo, Ph.D.. | | | | |
| Videographer: Hourly Rate | 6.00 Hours | @ | 155.00 | 930.00 |

**Tax ID:** 95-3312349                                                                                                              Phone: (415) 989-5620    Fax:

*Please detach bottom portion and return with payment.*

Ann McFarland Draper, Esq.
Draper Law Offices
75 Broadway
Suite 202
San Francisco CA  94111

Job No.        : 445989            BU ID        :.BCR - OC
Case No.     : 4:18-cv-01044-HSG-JCS
Case Name  : TechShop, Inc. v. Dan Rasure, et al.

Invoice No. : 527864              Invoice Date  : 12/31/2018
**Total Due**     : **$2,895.50**

Remit To:    **Barkley Court Reporters**
             **10350 Santa Monica Blvd., Suite 200**
             **Los Angeles CA  90025-6923**

**PAYMENT WITH CREDIT CARD**                                AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                                Phone#:
Billing Address:
Zip:                            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 527864 | 12/31/2018 | 445989 |
| Job Date | Case No. | |
| 12/17/2018 | 4:18-cv-01044-HSG-JCS | |
| Case Name | | |
| TechShop, Inc. v. Dan Rasure, et al. | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Ann McFarland Draper, Esq.
Draper Law Offices
75 Broadway
Suite 202
San Francisco CA  94111

|  |  |  |  |  |
|---|---|---|---|---|
| Media Stock | 2.00 Disks | @ | 15.00 | 30.00 |
| Parking Reimbursement (Cost) | 17.00 | @ | 1.00 | 17.00 |
| Courier (GSO) |  |  | 45.00 | 45.00 |
|  | **TOTAL DUE >>>** |  |  | **$2,895.50** |

Location: Irvine, CA

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349                                                                                                      Phone: (415) 989-5620     Fax:

*Please detach bottom portion and return with payment.*

Ann McFarland Draper, Esq.
Draper Law Offices
75 Broadway
Suite 202
San Francisco CA  94111

Job No.       : 445989              BU ID        : .BCR - OC
Case No.      : 4:18-cv-01044-HSG-JCS
Case Name     : TechShop, Inc. v. Dan Rasure, et al.

Invoice No.   : 527864              Invoice Date : 12/31/2018
**Total Due**    : **$2,895.50**

Remit To:  **Barkley Court Reporters**
           **10350 Santa Monica Blvd., Suite 200**
           **Los Angeles CA  90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |