Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KLEIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.,<br><br>Defendants.<br><hr>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS)<br><br>**NOTICE OF ERRATA AND CORRECTION RE DEFENDANTS' BILL OF COSTS**<br><br>Judge:  Haywood S. Gilliam, Jr. |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Defendants hereby provide notice of errata and correction of certain typographical and clerical errors in Defendants' Bill of Costs and supporting papers. The following corrections have been made:

**<u>Bill of Costs (Form CAND 133) (Dkt. 228)</u>**

(1) In the entry "Trial exhibits, Civil L.R. 54-3(d)(4)," the total is changed from $5,549.69 to $5,509.81.

(2) In the entry "Total from itemized Witness Fees worksheet, Civil L.R. 54(e)," "Declaration of Andrea Roberts Ex. 16 (Busch fees and mileage payment)" is added. The costs associated with Mr. Busch's fees and mileage were previously included in the total, and the exhibit was filed with Defendants' Bill of Costs, but the exhibit was inadvertently not listed as support.

(3) In the entry for "Total Amount," the total is changed from $87,340.63 to $87,300.92.

**<u>Itemization (Dkt. 228-1)</u>**

(4) The last page of this document itemizing all of the costs was previously inadvertently omitted from the PDF that was filed.

**<u>Declaration of Andrea Pallios Roberts (Dkt. 228-2)</u>**

(5) In paragraph 6, the total of the invoices reflected in Exhibit 6 is changed from $15.48 to $16.91, which is consistent with the invoices reflected in that exhibit.

(6) In paragraph 7, the total of the exhibit copies for Dr. Matolo's witness binder is changed from $2,214.32 to $2, 212.32, which is consistent with the underlying invoices.

(7) In paragraph 8, the total for the costs reflected in Exhibit 11 is changed from $247.75 to $246.75, which is consistent with the invoice reflected in that exhibit.

(8) In paragraph 9, the total for the charges reflected in Exhibit 13 for Jeremiah Johnson's food during his hotel stay is changed from $77.47 to $77.41.

1  Replacement versions of the above three documents are filed herewith. Only these three
2  documents have changes. For the Court's convenience, the complete corrected Defendants' Bill
3  of Costs, with all supporting papers, is being refiled herewith.

4  Respectfully submitted,

5  DATED:  July 14, 2019                    By     */s/ Andrea Pallios Roberts*
                                                 Ann McFarland Draper (Bar No. 065669)
6                                                courts@draperlaw.net
                                                 Draper Law Offices
7                                                75 Broadway, Suite 202
                                                 San Francisco, California 94111
8                                                Telephone:     (415) 989-5620

9                                                QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP
10                                               Kevin P.B. Johnson (Bar No. 177129)
                                                 kevinjohnson@quinnemanuel.com
11                                               Andrea Pallios Roberts (Bar No. 228128)
                                                 andreaproberts@quinnemanuel.com
12                                               555 Twin Dolphin Drive, 5th Floor
                                                 Redwood Shores, California 94065-2139
13                                               Telephone:     (650) 801-5000
                                                 Facsimile:      (650) 801-5100
14
                                                 Ed DeFranco (Bar No. 165596)
15                                               eddefranco@quinnemanuel.com
                                                 51 Madison Avenue, 22nd Floor
16                                               New York, NY 10010
                                                 Telephone:     (212) 849-7000
17                                               Facsimile:      (212) 849-7100

18                                               John E. Nathan (P*ro Hac Vice*)
19                                               jnathan155@yahoo.com
                                                 John E. Nathan LLC
20                                               1175 Park Avenue
                                                 New York, NY 10128
21                                               Telephone:     (917) 960-1667

22                                               Attorneys for Defendants and Counterclaimants

23
24
25
26
27
28

-2-                          Case No. 4:18-CV-01044-HSG (JCS)
NOTICE OF ERRATA AND CORRECTION RE DEFENDANTS' BILL OF COSTS

08876-00001/10851884.1