| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Cost Type | Date | Quantity | Cost $ | Description |
| 2 | | | | | |
| 3 | a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | Service of Process, Civil LR 54-3(a)(2) | | | | |
| 7 | Attorney service | 3/29/2019 | 1.00 | 233.00 | Delivery of subpoena to James Newton by A & A LEGAL SERVICES |
| 8 | TOTAL | | | 233.00 | |
| 9 | | | | | |
| 10 | b. REPORTERS' TRANSCRIPTS | | | | |
| 11 | | | | | |
| 12 | Transcripts for appeal, Civil LR 54-3(b)(1) | | | | |
| 13 | Trial transcripts | 6/21/2019 | 1.00 | 4,795.70 | Trial transcripts for appeal |
| 14 | TOTAL | | | 4,795.70 | |
| 15 | | | | | |
| 16 | Rulings from the bench, Civil LR 54-3(b)(2) | | | | |
| 17 | Hearing transcript | 5/8/2019 | 1.00 | 276.00 | 4/30/2019 Hearing Transcript |
| 18 | Hearing transcript | 5/9/2019 | 1.00 | 11.50 | 4/30/2019 Hearing Transcript |
| 19 | Hearing transcript | | | 114.95 | 9/13/2018 Hearing Transcript |
| 20 | Hearing transcript | | | 102.85 | 10/12/2018 Hearing Transcript |
| 21 | Hearing transcript | | | 84.70 | 10/23/2018 Hearing Transcript |
| 22 | Hearing transcript | | | 31.00 | 10/12/2018 Hearing Audio Transcript |
| 23 | Hearing transcript | | | 31.00 | 10/23/2018 Hearing Audio Transcript |
| 24 | TOTAL | | | 652.00 | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | c. DEPOSITIONS | | | | |
| 28 | | | | | |
| 29 | Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 30 | Depostition Costs | | | 843.00 | Deposition transcript of Dr. Eric Matolo (transcript); • transcript (O + 1) 128 pages @ $6.00/page ($768.00); • BarkleyAccess (ASCII, PDF, Exhibits) ($35.00); ; • delivery fee, Original ($25.00); • delivery fee, 1 copy ($25.00); • Green Transcript Savings (-$60.00); ; • Transcript Production Fee ($50.00)) |
| 31 | Depostition Costs | | | 1556.50 | Video Deposition costs for Dr. Eric Matolo (video); • Video Setup Fee ($115.00); • Video & Text Streaming Fee ($250.00); • Interactive Realtime Hookup 113 Pages $ $1.50/page ($169.50); ; • Videotape Recording / Videographer, 6 hours at $155/hour $930.00); • Media stock, 2 disks @ $15 ($30); • Parking reimbursement ($17.00); • Courier (GSO) ($45.00) |
| 32 | TOTAL | | | 2399.50 | |
| 33 | | | | | |
| 34 | *Deposition exhibits, Civil LR 54-3(c)(3)* | | | | |
| 35 | Depostition Costs | | | 482.00 | Deposition of Dr. Eric Matolo (exhibits);  • Exhibits, 25 pages @ 0.68/page ($17.00); • Color copies, 88 pages @ $2/page ($176.00);  • Onsite copies, 50 pages @ 0.50/ page ($25.00); • Onsite color copies, 176 pages @ 1.50/page ($264.00) |
| 36 | TOTAL | | | 482.00 | |
| 37 | | | | | |
| 38 | *Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5)* | | | | |
| 39 | Depostition Costs | | | 14.00 | Deposition of Dr. Eric Matolo (notary) *Administering Oath, etc. - C.C.P. 2093(b), Gov.C.8211(c) ($14.00) |
| 40 | TOTAL | | | 14.00 | |
| 41 | | | | | |
| 42 | TOTAL Deposition | | | 2895.5 | |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 43 |   |   |   |   |   |
| 44 | d. REPRODUCTION, EXEMPLIFICATION |   |   |   |   |
| 45 |   |   |   |   |   |
| 46 |   |   |   |   |   |
| 47 | *Disclosure/formal discovery documents, Civil LR 54-3(d)(2)* |   |   |   |   |
| 48 | Electronic Discovery production Costs |   | 1 | 37440.00 | ED Production Expenses for data extraction, processing, searching, archiving and delivery of electronic document productions, including conversion of native files to different formats for production, creating & refining search lists, and creating & refining automation for searching and filtering documents responsive to discovery |
| 49 | Electronic Discovery production Costs |   | 1 | 714.00 | ED Production Expenses for Metadata extraction & document coding of Plaintiff's Initial Disclosure documents (Lilian Loescher-Gracie, 8.4 hours @ 85/hour) |
| 50 | Electronic Discovery production Costs |   | 1 | 297.50 | ED Production Expenses for key verification & error reduction attendant email data conversion for preparing production deliverables (Lilian LoescherGracie, 3.5 hours @ 85/hour) |
| 51 | Electronic Discovery production Costs |   | 1 | 953.42 | ED Production Expenses for Metadata verification, deduplication, and document coding, in preparation of responsive ESI documents for generating production deliverables (Shauna Hardeman, 11.22 hours @ 85/hour) |
| 52 | Electronic Discovery production Costs |   | 1 | 12643.75 | ED Production Expenses for document conversion, document coding, Metadata extraction, of SMS and emails, in preparation of responsive ESI documents for generating production deliverables (Stephanie Pinkham, 148.75 hours @ 85/hour) |
| 53 | Electronic Discovery production Costs |   | 1 | 4602.75 | ED Production Expenses for redaction of customer identifying information, in preparation for generating production deliverables (Lilian Loescher-Gracie, 54.15 hours @ 86/hour) |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 54 | Electronic Discovery production Costs | | 1 | 1725.50 | ED Production Expenses for redaction of customer identifying information, in preparation for generating production deliverables (Shauna Hardeman, 20.3 hours @ $85/hour) |
| 55 | Electronic Discovery production Costs | | 1 | 13706.25 | ED Production Expenses for redaction of customer identifying information, in preparation for generating production deliverables (Stephanie Pinkham, 161.25 hours @ 85/hour) |
| 56 | **TOTAL E-discovery Costs** | | | **72083.17** | |
| 57 | | | | | |
| 58 | | | | | |
| 59 | | | | | |
| 60 | *Trial exhibits, Civil LR 54-3(d)(4)* | | | | |
| 61 | Exhibit Labeling and Preparation | 4/30/2019 | 1.00 | 1,403.95 | Exhibit preparation (stickering, electronic stamping, etc) by SwayLaw LLC |
| 62 | **TOTAL Exhibit Labeling** | | | **1,403.95** | |
| 63 | | | | | |
| 64 | Exhibit Preparation | 5/22/2019 | 363.00 | 363.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 65 | Exhibit Preparation | 5/22/2019 | 121.00 | 121.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 66 | Exhibit Preparation | 5/22/2019 | 484.00 | 484.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 67 | Exhibit Preparation | 5/31/2019 | 4.00 | 4.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 68 | Exhibit Preparation | 5/31/2019 | 52.00 | 52.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 69 | Exhibit Preparation | 5/31/2019 | 3.00 | 3.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 70 | Exhibit Preparation | 5/31/2019 | 28.00 | 28.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 71 | Exhibit Preparation | 5/31/2019 | 148.00 | 148.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 72 | Exhibit Preparation | 5/31/2019 | 16.00 | 16.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 73 | Exhibit Preparation | 5/31/2019 | 1.00 | 1.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 74 | Exhibit Preparation | 5/31/2019 | 19.00 | 19.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 75 | Exhibit Preparation | 5/31/2019 | 76.00 | 76.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 76 | Exhibit Preparation | 5/31/2019 | 37.00 | 37.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 77 | Exhibit Preparation | 5/31/2019 | 20.00 | 20.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 78 | Exhibit Preparation | 5/31/2019 | 13.00 | 13.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 79 | Exhibit Preparation | 5/31/2019 | 7.00 | 7.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 80 | Exhibit Preparation | 5/31/2019 | 4.00 | 4.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 81 | Exhibit Preparation | 5/31/2019 | 16.00 | 16.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 82 | Exhibit Preparation | 5/31/2019 | 5.00 | 5.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 83 | Exhibit Preparation | 5/31/2019 | 88.00 | 88.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 84 | Exhibit Preparation | 5/31/2019 | 352.00 | 352.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 85 | Exhibit Preparation | 6/4/2019 | 15.00 | 15.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 86 | Exhibit Preparation | 6/4/2019 | 6.00 | 6.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 87 | Exhibit Preparation | 6/4/2019 | 9.00 | 9.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 88 | Exhibit Preparation | 6/4/2019 | 2.00 | 2.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 89 | Exhibit Preparation | 6/4/2019 | 6.00 | 6.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 90 | Exhibit Preparation | 6/4/2019 | 6.00 | 6.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 91 | Exhibit Preparation | 6/4/2019 | 4.00 | 4.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 92 | Exhibit Preparation | 6/4/2019 | 129.00 | 129.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 93 | Exhibit Preparation | 6/4/2019 | 24.00 | 24.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 94 | Exhibit Preparation | 6/4/2019 | 6.00 | 6.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 95 | Exhibit Preparation | 6/4/2019 | 24.00 | 24.00 | Color document printing for Dr. Matolo Witness Binder @ 1.00/page |
| 96 | Exhibit Preparation | 5/22/2019 | 42.00 | 10.08 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 97 | Exhibit Preparation | 5/22/2019 | 14.00 | 3.36 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 98 | Exhibit Preparation | 5/22/2019 | 56.00 | 13.44 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 99 | Exhibit Preparation | 5/31/2019 | 12.00 | 2.88 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 100 | Exhibit Preparation | 5/31/2019 | 3.00 | 0.72 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 101 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 102 | Exhibit Preparation | 5/31/2019 | 20.00 | 4.80 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 103 | Exhibit Preparation | 5/31/2019 | 11.00 | 2.64 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 104 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 105 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 106 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 107 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 108 | Exhibit Preparation | 5/31/2019 | 88.00 | 21.12 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 109 | Exhibit Preparation | 5/31/2019 | 2.00 | 0.48 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 110 | Exhibit Preparation | 5/31/2019 | 8.00 | 1.92 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 111 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 112 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 113 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 114 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 115 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 116 | Exhibit Preparation | 5/31/2019 | 11.00 | 2.64 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 117 | Exhibit Preparation | 5/31/2019 | 44.00 | 10.56 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 118 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 119 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 120 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 121 | Exhibit Preparation | 5/31/2019 | 5.00 | 1.20 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 122 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 123 | Exhibit Preparation | 5/31/2019 | 8.00 | 1.92 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 124 | Exhibit Preparation | 5/31/2019 | 1.00 | 0.24 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 125 | Exhibit Preparation | 5/31/2019 | 44.00 | 10.56 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 126 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 127 | Exhibit Preparation | 5/31/2019 | 4.00 | 0.96 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 128 | Exhibit Preparation | 5/31/2019 | 22.00 | 5.28 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 129 | Exhibit Preparation | 5/31/2019 | 44.00 | 10.56 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 130 | Exhibit Preparation | 5/31/2019 | 32.00 | 7.68 | Document printing for Dr. Matolo Witness Binder @ .24/page |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 131 | Exhibit Preparation | 5/31/2019 | 11.00 | 2.64 | Document printing for Dr. Matolo Witness Binder @ .24/page |
| 132 | **TOTAL Matolo Witness Binder** |  |  | **2,212.32** |  |
| 133 |  |  |  |  |  |
| 134 | Exhibit Preparation | 6/4/2019 | 8.00 | 1.92 | Documents for Johnson Witness binder @ .24/page |
| 135 | Exhibit Preparation | 6/4/2019 | 8.00 | 1.92 | Documents for Johnson Witness binder @ .24/page |
| 136 | Exhibit Preparation | 6/4/2019 | 172.00 | 41.28 | Documents for Johnson Witness binder @ .24/page |
| 137 | Exhibit Preparation | 6/4/2019 | 8.00 | 1.92 | Documents for Johnson Witness binder @ .24/page |
| 138 | Exhibit Preparation | 6/4/2019 | 32.00 | 7.68 | Documents for Johnson Witness binder @ .24/page |
| 139 | Exhibit Preparation | 6/4/2019 | 8.00 | 1.92 | Documents for Johnson Witness binder @ .24/page |
| 140 | Exhibit Preparation | 6/4/2019 | 20.00 | 4.80 | Documents for Johnson Witness binder @ .24/page |
| 141 | Exhibit Preparation | 6/4/2019 | 32.00 | 7.68 | Documents for Johnson Witness binder @ .24/page |
| 142 | Exhibit Preparation | 6/4/2019 | 8.00 | 1.92 | Documents for Johnson Witness binder @ .24/page |
| 143 | Exhibit Preparation | 6/4/2019 | 12.00 | 2.88 | Documents for Johnson Witness binder @ .24/page |
| 144 | **TOTAL Johnson Witness Binder** |  |  | **73.92** |  |
| 145 |  |  |  |  |  |
| 146 | Exhibit Preparation | 6/7/2019 | 36.00 | 33.39 | Witness Binder Production by Off-site document services |
| 147 | Exhibit Preparation | 6/7/2019 | 324.00 | 36.29 | Document printing for Witness Binders by Off-site document services |
| 148 | Attorney service | 6/10/2019 | 1.00 | 210.00 | Delivery of Exhibit Flash Drive to Court by A & A LEGAL SERVICES |
| 149 | Exhibit Preparation |  | 1.00 | 45.57 | Specialized Paper for printing trial exhibit sets and exhibits for witness binders, 24# paper, 96 brightness, 3-hole prepunched  from Kelly Paper |
| 150 | Exhibit Preparation |  | 1.00 | 68.13 | Specialized Paper for printing trial exhibit sets and exhibits for witness binders, 24# paper, 96 brightness, 3-hole prepunched  from Marin Office Supply for binders |
| 151 | Exhibit Preparation |  | 1.00 | 580.95 | Copies & Prints of Trial Exhibits for witness binders |
| 152 | **TOTAL Witness Binders** |  |  | **974.33** |  |
| 153 |  |  |  |  |  |
| 154 | Pretrial Filings Binders | 4/17/2019 | 16.00 | 3.84 | Printing Vior Dire Requested by Court @ .24/page |
| 155 | Pretrial Filings Binders | 4/17/2019 | 1.00 | 0.24 | Printing Case Binder Cover -- PC filings @ .24/page |
| 156 | Pretrial Filings Binders | 4/17/2019 | 18.00 | 4.32 | Printing Defendant's Exhibit List w/ Plaintiff's Objections @ .24/page |
| 157 | Pretrial Filings Binders | 4/17/2019 | 2.00 | 0.48 | Printing Case Binder Cover -- PC filings @ .24/page |
| 158 | Pretrial Filings Binders | 4/17/2019 | 31.00 | 7.44 | Printing Plaintiff's Witness List w/ Defendant Objections @ .24/page |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 159 | Pretrial Filings Binders | 4/17/2019 | 31.00 | 7.44 | Printing Plaintiff's List w/ Defendant's Objections @ .24/page |
| 160 | Pretrial Filings Binders | 4/18/2019 | 8.00 | 1.92 | Joint Proposed Statement of the Case |
| 161 | Pretrial Filings Binders | 4/17/2019 | 18.00 | 4.32 | Printing Defendant's Exhibit List w/ Plaintiff's Objections @ .24/page |
| 162 | Pretrial Filings Binders | 4/17/2019 | 7.00 | 1.68 | Printing Ex B -- Defendant's Witness List @ .24/page |
| 163 | Pretrial Filings Binders | 4/17/2019 | 60.00 | 14.40 | Printing Joint Pretrial Statement and Proposed Order @ .24/page |
| 164 | Pretrial Filings Binders | 4/17/2019 | 6.00 | 1.44 | Printing Ex. A -- Witness & Exhibit List @ .24/page |
| 165 | Pretrial Filings Binders | 4/17/2019 | 1.00 | 0.24 | Printing Case Binder Cover -- PC filings @ .24/page |
| 166 | Pretrial Filings Binders | 4/17/2019 | 14.00 | 3.36 | Printing Defendant's Proposed Verdict Form @ .24/page |
| 167 | Pretrial Filings Binders | 4/17/2019 | 7.00 | 1.68 | Printing Ex B -- Defendant's Witness List @ .24/page |
| 168 | Pretrial Filings Binders | 4/17/2019 | 312.00 | 74.88 | Printing Joint Proposed Jury Instructions @ .24/page |
| 169 | Pretrial Filings Binders | 4/17/2019 | 16.00 | 3.84 | Printing Proposed verdict Form (Defendant) @ .24/page |
| 170 | Pretrial Filings Binders | 4/16/2019 | 2.00 | 46.41 | Production of Joint Pretrial Statement binders required by Court by Off-site document services |
| 171 | Pretrial Filings Binders | 4/16/2019 | 2.00 | 40.11 | Production of Joint Pretrial Statement binders required by Court by Off-site document services |
| 172 | Pretrial Filings Binders | 4/16/2019 | 70.00 | 64.92 | Production of Joint Pretrial Statement binders required by Court by Off-site document services |
| 173 | Pretrial Filings Binders | 4/16/2019 | 152.00 | 140.98 | Production of Joint Pretrial Statement binders required by Court by Off-site document services |
| 174 | Pretrial Filings Binders | 4/16/2019 | 862.00 | 96.54 | Printing of Joint Pretrial Statement materials for binders required by Court by Off-site document services |
| 175 | Pretrial Filings Binders | 4/16/2019 | 546.00 | 61.15 | Printing of Joint Pretrial Statement materials for binders required by Court by Off-site document services |
| 176 | Attorney delivery service | 5/10/2019 | 1.00 | 246.75 | Delivery of Pretrial Conference Statements to Court by A & A LEGAL SERVICES |
| 177 | **TOTAL PreTrial Binders** | | | **828.38** | |
| 178 | | | | | |
| 179 | Equipment for Exh. Delivery | 5/23/2019 | 1.00 | 8.51 | Flash drive for delivery of exhibits to Court as required by Court's Standing Order |
| 180 | Equipment for Exh. Delivery | 5/30/2019 | 1.00 | 8.40 | Flash drive for delivery of exhibits to Court as required by Court's Standing Order |
| 181 | **TOTAL Equipment for Exh. Delivery** | | | **16.91** | |
| 182 | | | | | |
| 183 | **TOTAL EXH PREP** | | | **5,509.81** | |
| 184 | | | | | |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 185 |  |  |  |  |  |
| 186 | *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) |  |  |  |  |
| 187 |  |  |  |  |  |
| 188 | Jeremiah Johnson |  |  |  |  |
| 189 | Meals during travel | 6/4/2019 | 1.00 | 39.87 | Per Diem for food for Jeremiah Johnson as set by 28 U.S.C. 1821; 5 U.S.C. 5702 and GSA perdiem rates |
| 190 | Meals during travel | 6/5/2019 | 1.00 | 29.04 | Per Diem for food for Jeremiah Johnson as set by 28 U.S.C. 1821; 5 U.S.C. 5702 and GSA perdiem rates |
| 191 | Meals during travel | 6/7/2019 | 1.00 | 5.00 | Per Diem for food for Jeremiah Johnson as set by 28 U.S.C. 1821; 5 U.S.C. 5702 and GSA perdiem rates |
| 192 | Meals during travel | 6/7/2019 | 1.00 | 3.50 | Per Diem for food for Jeremiah Johnson as set by 28 U.S.C. 1821; 5 U.S.C. 5702 and GSA perdiem rates |
| 193 | Hotel Stay | 6/3/2019 | 1.00 | 894.48 | June 22, 2019, receipt from Oakland Marriott City Center |
| 194 | **TOTAL Jeremiah Johnson** |  |  | **971.89** |  |
| 195 |  |  |  |  |  |
| 196 | James Newton |  |  |  |  |
| 197 | Witness fee | 3/22/2019 | 1.00 | 60.07 | James Newton witness fees and mileage costs |
| 198 | **TOTAL James Newton** |  |  | **60.07** |  |
| 199 |  |  |  |  |  |
| 200 | Daniel Woods |  |  |  |  |
| 201 | Witness fee | 3/22/2019 | 1.00 | 53.63 | Daniel Woods witness fees and mileage costs |
| 202 | **TOTAL Daniel Woods** |  |  | **53.63** |  |
| 203 |  |  |  |  |  |
| 204 | Doug Busch |  |  |  |  |
| 205 | Witness fee | 3/22/2019 | 1.00 | 46.15 | Doug Busch witness fees and mileage costs |
| 206 | **TOTAL Doug Busch** |  |  | **46.15** |  |
| 207 |  |  |  |  |  |
| 208 | **Total Witness Fees** |  |  | **1,131.74** |  |
| 209 |  |  |  |  |  |
| 210 | **Total Bill of Costs** |  |  | **87,300.92** |  |