SU
James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **SUPPLEMENTAL DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S BILL OF COSTS** |

I, James Pistorino, declare:

1. Out of an abundance of caution, I am filing this supplemental declaration to ensure compliance with the procedural requirements of 28 U.S.C. § 1924 and Civil Local Rule 54-1(a).

2. All of the costs detailed in TechShop's bill of costs and my prior declaration are correct, were necessarily incurred in this case, the services for which fees have been charged were actually and necessarily performed, and are allowable by law.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 18th day of July, 2019 at Menlo Park, California.

_____
James Pistorino