Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:     (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Hearing Date: November 7, 2019 <br> Time: 2:00 pm <br> Judge: Haywood S. Gilliam, Jr. |

1    After full consideration of the briefs, other submissions, evidence and arguments on the

2  motion of Defendants Dan Rasure, TheShop.build, LLC, and TheShop.build San Francisco, LLC

3  (collectively "Defendants"), the Court finds Defendants are the prevailing party, that this case is

4  an exceptional case under Section 1117 of the Lanham Act, and that Defendants are entitled to an

5  award of attorneys' fees and non-taxable costs on their defense of the Lanham Act claims, and

6  GRANTS Defendants' Motion for Attorneys' Fees and Costs.  The Court awards Defendants

7  reasonable attorneys' fees in the amount of $2,027,790.25 and non-taxable costs in the amount of

8  $61,165.75 for their attorneys' fees and costs through June 30, 2019.

9

10    IT IS SO ORDERED.

11  DATED: _____, 2019

12

13

14                                                          By_____

15                                                             Hon. Haywood S. Gilliam, Jr.
                                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                                    Case No. 4:18-CV-01044-HSG (JCS)