1  James C. Pistorino (SBN 226496)
 james@dparrishlaw.com
2  Parrish Law Offices
  224 Lexington Dr.
3  Menlo Park, CA 94025
  Telephone: (650) 400-0043
4
  Attorneys for Plaintiff
5

6        UNITED STATES DISTRICT COURT

7        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., | Case Number: **4:18-cv-01044-HSG-JCS** |
| Plaintiff, | **DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S MOTION FOR PERMANENT INJUNCTION** |
| vs. | |
| DAN RASURE, et al. | |
| Defendants. | |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of the TechShop's Motion for a Permanent Injunction.

2. On July 23, 2019, using the Internet, I access the domain name www.techshop2.com. That domain name forwarded to the domain name www.theshop.build. Attached as Exhibit A is a true and correct copy of the web page appearing thereon on July 23, 2019.

3. Also on July 23, 2019, I accessed the Facebook group, "TheShop.build-Makerspace" and the Attached as Exhibit B is a true and correct copy the associated web page.

4. Attached as Exhibit C is copy of the proposed Order/permanent injunction.

1  I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 23rd day of July, 2019 at Menlo Park, California.

_____
James Pistorino