# EXHIBIT C

James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, as trustee for the estate of TECHSHOP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.<br><br>    Defendants. | Case Number: **4:18-cv-01044-HSG-JCS**<br><br>**[PROPOSED] PERMANENT INJUNCTION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

**THE COURT** having considered the evidence admitted at trial and the arguments of counsel, hereby **GRANTS** TechShop's motion for entry of a permanent injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants Dan Rasure, TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC, and their agents, accountants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, and each of them, be and are hereby permanently restrained and enjoined from further infringing the "TechShop" trademark by using "TechShop 2.0" and "theShop.build", variations thereof, or other terms likely to cause confusion as to the association or sponsorship of TechShop with Defendants.

**IT IS SO ORDERED.**

Dated July ____, 2019

                                              HON. HAYWARD S. GILLIAM, JR.
                                              United States District Court Judge