VOL. 1

PAGES 1 - 84

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JR., JUDGE**

| | | |
|---|---|---|
| TECHSHOP, INC., | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. C-18-1044 HSG |
| | ) | |
| VS. | ) | MONDAY, JUNE 3, 2019 |
| | ) | |
| DAN RASURE, ET AL., | ) | OAKLAND, CALIFORNIA |
| | ) | |
| | ) | JURY TRIAL |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

**REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS**
**APPEARANCES:**

**FOR PLAINTIFF:**          PARRISH LAW OFFICE
                           24 LEXINGTON DRIVE
                           MENLO PARK, CALIFORNIA 94205
                  BY:  JAMES C. PISTORINO, ESQUIRE

**ALSO PRESENT:**          DORIS KAELIN, BANKRUPTCY TRUSTEE

**FOR DEFENDANTS:**        QUINN EMANUEL URQUHART & SULLIVAN
                           555 TWIN DOLPHIN DRIVE, 5TH FLOOR
                           REDWOOD SHORES, CALIFORNIA 94065
                  BY:  ANDREA P. ROBERTS, ESQUIRE
                       OLGA SLOBODYANYUK, ESQUIRE

                           JOHN E. NATHAN, ESQUIRE
                           1175 PARK AVENUE
                           NEW YORK, NEW YORK 10128

**REPORTED BY:**           DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                           OFFICIAL COURT REPORTER

           TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
1                          I N D E X

2                                          PAGE    VOL.

3    OPENING STATEMENT BY MR. PISTORINO       26      1

4    OPENING STATEMENT BY MS. ROBERTS         42      1

5    PLAINTIFF'S WITNESS:

6    NEWTON, JAMES

7    DIRECT EXAMINATION BY MR. PISTORINO      54      1

8

9

10   TRIAL EXHIBITS:        WITHDRAWN   ID.      EVD.    VOL.

11        28                                      66      1

12       351                                      74      1

13       352                                      78      1

14       357                                      80      1
```

| | |
|---|---|
| 1 | <u>MONDAY, JUNE 3, 2019</u>                    8:05 A.M. |
| 2 | P R O C E E D I N G S |
| 3 | (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF PROSPECTIVE |
| 4 | JURORS.) |
| 5 | **THE CLERK:**  CALLING C-18-1044 TECHSHOP, INC. VERSUS |
| 6 | RASURE, ET AL. |
| 7 | PLEASE STEP FORWARD AND STATE YOUR APPEARANCES FOR THE |
| 8 | RECORD PLEASE. |
| 9 | **MR. PISTORINO:**  GOOD MORNING, YOUR HONOR.  JAMES |
| 10 | PISTORINO ON BEHALF OF TECHSHOP. |
| 11 | **THE COURT:**  GOOD MORNING. |
| 12 | **MS. ROBERTS:**  GOOD MORNING, YOUR HONOR.  ANDREA |
| 13 | ROBERTS ON BEHALF OF DEFENDANT DAN RASURE AND THESHOP.BUILD |
| 14 | AND THESHOP.BUILD SF.  WITH ME AT THE COUNSEL TABLE IS MR. |
| 15 | RASURE AS WELL AS JAMES NATHAN AND OLGA SLOBODYANYUK. |
| 16 | **THE COURT:**  GOOD MORNING.  OKAY.  I GOT THE BRIEFS |
| 17 | FROM LAST NIGHT. |
| 18 | AS TO THE EXHIBITS TO BE USED WITH THE CROSS-EXAMINATION |
| 19 | OF THE WITNESS, WE DON'T NEED TO DEAL WITH THAT YET. |
| 20 | FOR THE OBJECTIONS TO THE OPENING DEMONSTRATIVES, I LOOKED |
| 21 | AT THE SLIDE DECK.  IT LOOKS LIKE A CLOSING ARGUMENT DECK. |
| 22 | YES, OCCASIONALLY THERE WILL BE A COUPLE OF EXHIBITS THAT ARE |
| 23 | REFERENCED IN OPENING WHERE THERE'S NO DISPUTE AS TO THEIR |
| 24 | ADMISSIBILITY, BUT THAT'S NOT WHAT THIS IS.  THIS IS ARGUMENT, |
| 25 | AND I'M INCLINED TO EXCLUDE. |

1          **MS. ROBERTS:**  ALL RIGHT, YOUR HONOR.

2       WE CAN REVISE IT AND NOT INCLUDE THE EXHIBITS.  BUT AS WE

3    STATED IN OUR ARGUMENT, WITH THE EXCEPTION OF THREE THAT ARE

4    AT ISSUE FOR MR. NEWTON, THESE ARE ALL EXHIBITS THAT HAVE NOT

5    BEEN OBJECTED TO, AND SO THEY WILL COME INTO EVIDENCE WITHOUT

6    OBJECTION.  BUT --

7          **THE COURT:**  IS THAT TRUE?

8          **MR. PISTORINO:**  WELL, I THINK THEY HAVE TO LAY THE

9    FOUNDATION IN THE FIRST INSTANCE.

10         **THE COURT:**  SEE, THAT'S THE PROBLEM.  I DON'T KNOW

11   THAT YOU ALL HAVE REALLY WORKED IT OUT.

12      YOU ARE SAYING THEY ARE GOING TO COME IN.  I DON'T HEAR

13   THE COMMITMENT FROM THE OTHER SIDE TO ADMIT THEM.  I THINK IT

14   SOUNDS TO ME LIKE YOU HAVE STIPULATED TO ZERO EXHIBITS, WHICH

15   IS GOING TO BE A GIGANTIC WASTE OF TIME FOR EVERYBODY, BUT IT

16   SOUNDS LIKE THAT'S WHERE WE ARE.

17      HAVE YOU STIPULATED TO THE ADMISSIBILITY OF ANYTHING?

18         **MS. ROBERTS:**  NO, YOUR HONOR.

19         **MR. PISTORINO:**  THERE HAVE BEEN NO STIPULATIONS

20   REGARDING ADMISSIBILITY --

21         **THE COURT:**  THAT'S PATHETIC.  THAT IS RIDICULOUS.

22      SO WE ARE GOING TO HAVE PEOPLE LAYING FOUNDATION FOR

23   THINGS THAT THERE'S NO REAL DISPUTE FOR?  YOU'RE NOT PREPARED.

24         **MS. ROBERTS:**  IF I MAY CLARIFY.

25      I MEAN, WE STIPULATED TO A GREAT DEAL OF THE DOCUMENTS

1    THAT WERE DISCLOSED FOR MR. NEWTON TODAY.  BUT WITH RESPECT TO

2    THE LACK OF OBJECTION TO THE DOCUMENTS THAT ARE IN THE OPENING

3    STATEMENT, I MEAN, I'M NOT SURE WHY THEY ARE -- THERE ARE NO

4    OBJECTIONS LISTED.  WITH THE EXCEPTION OF THE THREE, THERE ARE

5    NO OBJECTIONS LISTED IN THE EXHIBIT LIST THAT WE HAD TO

6    EXCHANGE WITH PRETRIAL DISCLOSURES.  SO IN RELIANCE ON THAT,

7    WE BELIEVE THAT THEY ARE GOING TO COME IN.

8        NOW, IF PLAINTIFF IS GOING TO BE RAISING NEW OBJECTIONS

9    THAT WERE NOT MADE IN A TIMELY MANNER DURING THE PRETRIAL

10   DISCLOSURE PROCESS, I GUESS THAT IS WHAT WE ARE FACED WITH.

11   BUT THERE IS A PROCEDURE FOR THAT; AND THERE WERE NO

12   OBJECTIONS.  AND THOSE EXHIBITS WERE INTENTIONALLY SELECTED

13   BECAUSE THERE ARE NO OBJECTIONS.

14       **THE COURT:**  IT JUST SOUNDS LIKE, AGAIN, YOU ALL ARE

15   TALKING PASSED EACH OTHER IN A WAY THAT WILL MAKE THIS A VERY

16   GLOPPY, VERY ANNOYING TRIAL.  AND AT THIS POINT I DON'T KNOW

17   HOW MUCH LEVERAGE I HAVE.  I'M GOING TO HAVE TO HOLD YOU

18   STRICTLY TO PERFORM, AND NOBODY HAS ANY LEEWAY BECAUSE I DON'T

19   THINK YOU ARE WORKING IN A WAY THAT EXPERIENCED TRIAL COUNSEL

20   NORMALLY DO THIS SO THINGS GO SMOOTHLY.

21       BUT YOU NEED TO -- THE DECK -- THE OBJECTION TO THE DECK

22   IS SUSTAINED.  IT'S ARGUMENTATIVE.

23       WHAT ELSE DO WE NEED TO DISCUSS?

24       **MS. ROBERTS:**  THERE WERE OBJECTIONS TO SOME OF THE

25   NEWTON EXHIBITS.  I'M NOT SURE IF YOU WANT TO HOLD THOSE FOR

```
 1    LATER.

 2              THE COURT:  I THINK I CAN TAKE THEM UP LATER.

 3    ALTHOUGH, THERE ARE THINGS THAT ARE GOING TO BE USED IN

 4    CROSS-EXAMINATION OF THE WITNESS?

 5              MS. ROBERTS:  RIGHT.  WE -- BOTH PARTIES DISCLOSED

 6    BOTH OBJECTIONS TO BE USED ON DIRECT AND ON CROSS, YOUR HONOR,

 7    KNOWING THAT WE HADN'T REACHED AGREEMENT SO WE COULD TRY TO

 8    RESOLVE ALL THOSE THINGS BEFOREHAND.

 9              THE COURT:  RIGHT.  IN JUST LOOKING AT THESE, THAT

10    WASN'T ENTIRELY CLEAR TO ME.  I MEAN... SO THE DEFENDANT ON

11    CROSS WANTS TO USE PTO RECORDS AND ADMIT THEM THROUGH THE

12    WITNESS?

13              MS. ROBERTS:  CORRECT.

14              THE COURT:  AND THEY'RE OFFICIAL RECORDS.  WHAT BASIS

15    WOULD THERE BE FOR THOSE NOT TO COME IN?  THEY ARE

16    SELF-AUTHENTICATING OFFICIAL RECORDS.

17              MR. PISTORINO:  THE POINT I HAVE BEEN TRYING TO MAKE,

18    YOUR HONOR, IS THOSE ARE NOT -- THOSE ARE, IN FACT, NOT THE

19    RECORDS OF THE TRADEMARKS AT ISSUE IN THIS CASE.  THEY ARE NOT

20    FOR THE REGISTRATIONS THAT THIS CASE IS ABOUT.

21         THEY ARE FOR PRIOR TRADEMARK APPLICATIONS SUBMITTED --

22    FILED BY TECHSHOP FOR DIFFERENT CLASSES.  SO, AGAIN, AS I

23    INDICATED THERE, THEY ARE -- THEY ARE NOT RELEVANT ON THE ONE

24    HAND.  ON THE OTHER HAND, THEY ARE CONFUSING AND PREJUDICIAL

25    BECAUSE THEY ARE NOT THE TRADEMARK REGISTRATIONS THAT ARE AT
```

1    ISSUE IN THIS CASE.

2         **THE COURT:**  YOU DIDN'T REALLY INDICATE IT THERE.

3    AGAIN, YOUR BRIEF WAS USELESS.  LOOK AT IT.  WHERE DID YOU SAY

4    THE PROBLEM WITH THE MATERIAL THEY ARE TRYING TO PUT IN IS

5    IT'S FOR DIFFERENT TRADEMARKS.

6         **MR. PISTORINO:**  I BELIEVE, IN FACT, I DID SAY THAT,

7    YOUR HONOR.

8         **THE COURT:**  SHOW ME.

9         **MR. PISTORINO:**  I DON'T THINK I HAVE A COPY OF THE

10   BRIEF IN FRONT OF ME AT THIS TIME.  I BELIEVE A HUNDRED

11   PERCENT I SAID EXACTLY THAT.

12        **THE COURT:**  I DON'T SEE IT.

13      DO YOU SEE IT?  CAN YOU POINT ME TO WHERE IT IS IN HIS

14   BRIEF?

15        **MS. ROBERTS:**  I'M ASSUMING HE'S REFERRING ON PAGE 3,

16   LINE 6 IS THE PARAGRAPH WHERE HE BEGINS HIS ARGUMENT.

17        **THE COURT:**  OKAY, RIGHT.  THESE DOCUMENTS RELATE TO

18   TRADEMARK APPLICATIONS THAT ARE NOT THE SUBJECT OF THIS

19   LAWSUIT AND THAT WERE ABANDONED.

20        **MS. ROBERTS:**  SO, YOUR HONOR, IF I MAY, AND WE CAN

21   CONFIRM THAT WITH MR. NEWTON SO THAT THE JURY IS CLEAR THAT

22   THESE WERE ABANDONED APPLICATIONS, BUT IT'S A SINGLE

23   APPLICATION FOR A TRADEMARK IN TECHSHOP.  SO IT IS VERY

24   SIMILAR, WHICH WE ADMIT THEY ABANDONED AND WE WILL MAKE THAT

25   CLEAR WITH THE WITNESS, BUT THERE IS INFORMATION IN THERE THAT

1    HAS BEARING ON THE MARKS AT ISSUE.

2        FOR EXAMPLE, TO OVERCOME A REJECTION BY THE U.S.P.T.O.,

3    TECHSHOP ARGUED THAT ITS CUSTOMERS ARE SOPHISTICATED.  THAT IS

4    RELEVANT TO ONE OF THE *SLEEKCRAFT* FACTORS.  THAT ANSWER ISN'T

5    DIFFERENT BECAUSE THEY ARE SERVICE MARKS WITH THE SAME NAME AT

6    ISSUE HERE.

7        SO THE INFORMATION IN THE DOCUMENTATION IS STILL RELEVANT

8    TO THE SERVICE MARKS AT ISSUE HERE.

9            **MR. PISTORINO:**  IF I MAY BRIEFLY, YOUR HONOR.

10        SINCE THERE ARE DIFFERENT -- SINCE DIFFERENT CLASSES WERE

11    CLAIMED, THE CONSUMERS THAT YOU ARE LOOKING AT WOULD

12    NECESSARILY BE DIFFERENT TO MAKE THE DIFFERENT SHOWINGS.

13        SO, AGAIN, MY POINT IS, POINT NUMBER ONE, IT'S CONFUSING

14    AND PREJUDICIAL BECAUSE THE DOCUMENTS THEY WANT TO PUT IN

15    FRONT OF THE JURORS INDICATE THAT THE TRADEMARK APPLICATION --

16    THE TRADEMARKS WERE ABANDONED WHEN THE ONES IN SUIT WERE NOT.

17        AND THE POINT THAT THEY ARE TRYING TO MAKE WITH REGARD TO

18    SOPHISTICATION OF CONSUMERS, ACTUALLY GOES TO SOMETHING

19    DIFFERENT.  I WOULD NOT BE ARGUING THIS IF THEY WERE TRYING TO

20    BRING FORTH RECORDS OF THE TRADEMARK APPLICATIONS THAT

21    RESULTED IN THE REGISTRATIONS THAT ARE AT ISSUE IN THIS CASE.

22            **THE COURT:**  THE OBJECTION IS SUSTAINED.

23        **MR. PISTORINO:**  THANK YOU, YOUR HONOR.

24        **THE COURT:**  ANYTHING ELSE?

25        **MS. ROBERTS:**  NOT IF YOU WANTED TO HOLD OFF ON THE

1    CROSS-EXAMINATION EXHIBITS.

2              **THE COURT:**  WHICH WERE THOSE BEYOND THE ONES WE JUST

3    TALKED ABOUT?

4              **MS. ROBERTS:**  SO THOSE WERE EXHIBITS -- I'M SORRY,

5    THOSE WERE FOR CROSS-EXAMINATION.

6         WE RAISED ISSUES WITH EXHIBITS THAT THEY DISCLOSED FOR

7    MR. NEWTON ON DIRECT, WHICH WE LISTED 327, 328, 329, 360, AND

8    361.  THIS MORNING, YOUR HONOR, I NOTICED 328 IS A TYPO.  SO

9    THAT ONE IS NOT AT ISSUE.

10        SO IT'S 327, 329, 360, AND 361.  THIS ALSO RELATES TO

11   SLIDE 5 IN PLAINTIFF'S OPENING DEMONSTRATIVE.  AND IT'S THE

12   ISSUE OF USE OF THE TECHSHOP LOGO.  THE TECHSHOP LOGO IS NOT

13   AT ISSUE IN THIS CASE.  IT'S NOT -- IT'S NOT REGISTERED.  IT

14   HASN'T BEEN ALLEGED TO BE INFRINGED BY DEFENDANTS.

15        AN INFRINGEMENT CASE RELATING TO AN UNREGISTERED MARK IS

16   AN ENTIRELY DIFFERENT CAUSE OF ACTION, A DIFFERENT SECTION OF

17   THE LANHAM ACT, SO YOU CAN'T INSERT IT INTO THIS CASE WITHOUT

18   PREJUDICE TO MY CLIENT.

19        AND SO THESE PARTICULAR EXHIBITS ARE JUST IMAGES OF THE

20   LOGO.  WE HAVEN'T OBJECTED TO EVERY DOCUMENT THAT HAS THEIR

21   LOGO ON IT.  WE UNDERSTAND, YOUR HONOR, THEY USE THEIR LOGO IN

22   BUSINESS, BUT THESE PARTICULAR EXHIBITS ARE ONLY THE LOGO.

23   AND THE SLIDES, SLIDE 5 IN THE OPENING DEMONSTRATIVES ARE ONLY

24   IMAGES OF THE LOGO, AND THEN A LOGO THAT WAS USED AT LEAST ON

25   SOME OF MY CLIENTS' DOCUMENTS.

1          BUT IT IS JUST NOT AT ISSUE IN THIS CASE.  AND THERE'S A

2     GREAT, GREAT CHANCE OF CONFUSING THE JURY BY INTRODUCING

3     SOMETHING THAT IS NOT AT ISSUE IN THE CASE.  JURORS ARE GOING

4     TO BE PROBABLY MORE FAMILIAR WITH LOGOS THAN WORD MARKS.  AND

5     THERE IS JUST ANY PROBATIVE VALUE OF ARGUING ABOUT THE LOGO IS

6     GREATLY OUTWEIGHED BY THE DANGER OF BOTH PREJUDICE AND

7     CONFUSING THE JURY.

8          **MR. PISTORINO:**  MAY I BRIEFLY RESPOND, YOUR HONOR?

9          SO MAYBE ONE AREA THAT WE DO AGREE -- HOW ABOUT THAT -- IS

10    THAT THE TRADEMARKS AT ISSUE ARE FOR WORD -- THE WORD

11    "TECHSHOP".  AND AS I UNDERSTAND DEFENDANTS' OBJECTION IS,

12    THEY OBJECT TO, AGAIN, THESE DOCUMENTS SHOWING THE WAY THAT

13    DEFENDANTS USE THAT -- THAT WORD MARK.  THEY USED IT IN THE

14    FORM OF A LOGO, THAT'S TRUE, BUT THE WORD, I CAN, IF YOU WANT

15    TO SEE SLIDE 5, THE WORD THAT IS ACTUALLY REGISTERED IS --

16    THAT'S -- THAT IS THE REGISTERED WORD.

17         IF YOU LOOK AT THE DOCUMENTS YOU'RE GOING TO SEE ALL THE

18    DOCUMENTS THAT HAVE OUR HEADER ON THEM.  YOU'LL SEE IT HAS A

19    REGISTRATION SYMBOL AFTER IT.  THE WORD MARK IS INCLUDED

20    WITHIN THE LOGO.  SO THE VERY --AND, AGAIN, THAT'S THE THING

21    THAT DEFENDANTS ARE ACCUSED OF INFRINGING.

22         SO THEIR POSITION, AS I UNDERSTAND IT, IS THEY DON'T WANT

23    TO ADMIT THE VERY THING THAT IS ACCUSED OF INFRINGING.  SO

24    RESPECTFULLY, I DON'T KNOW HOW IT COULD BE EXCLUDED.

25         THE -- FOCUSING JUST FOR A MOMENT, AS I SAID IN THE

1    PAPERS, ON THE LOGO ITSELF, RIGHT, AT THE END OF THE DAY, THE

2    JURORS WILL HAVE TO CONSIDER THAT FROM AN INTENT PERSPECTIVE

3    AND LIKELY OF CONFUSION PERSPECTIVE.  IF HE ADOPTS -- IF HE

4    ADOPTS THAT USE OF THE TECHSHOP WORD MARK, HOW DOES IT

5    REFLECTS ON INTENT?  AND DOES IT MAKE IT MORE LIKELY, HAVE A

6    TENDENCY TO MAKE IT MORE LIKELY THAT THE PUBLIC WOULD BE

7    CONFUSED?

8            **THE COURT:**  THE OBJECTION IS OVERRULED.

9            **MR. PISTORINO:**  THANK YOU, YOUR HONOR.

10           **THE COURT:**  ALL RIGHT.  WE SHOULD HAVE THE VENIRE

11   HERE WITHIN ABOUT TEN MINUTES.

12       MY PLAN FOR VOIR DIRE IS I CONDUCT MOST OF IT.  I GIVE YOU

13   EACH TEN MINUTES TO FOLLOW UP.  DO NOT ARGUE THE LAW DURING

14   YOUR PART OF THE VOIR DIRE.  DO NOT TRY TO PREVIEW THE CASE.

15   JUST PLAY IT STRAIGHT.

16       AND THEN WE GO THROUGH THE ENTIRE SELECTION PROCESS.  SO I

17   DON'T DO ANY EXCUSES ALONG THE WAY.  WE GET ALL THE WAY TO THE

18   END.  WE GET TOGETHER, WE FIGURE OUT IF THERE ARE PEOPLE WHO

19   NEED TO BE EXCUSED FOR CAUSE OR HARDSHIP, WE TAKE CARE OF

20   THOSE, WE DISCUSS IT.  ONCE THOSE PEOPLE ARE DECIDED, YOU THEN

21   ARE ABLE TO EXERCISE YOUR PEREMPTORIES.  THAT IS ALL DONE

22   OUTSIDE THE PRESENCE OF THE JURY.

23       I PLAN TO SEAT EIGHT GIVEN THE LENGTH OF THE TRIAL.  I

24   WILL BE BACK AROUND 8:30.

25           **MR. PISTORINO:**  THANK YOU, YOUR HONOR.

```
1           MS. ROBERTS:  THANK YOU.

2           THE COURT:  I ASSUME -- SO WHAT ARE YOU PLANNING TO

3    DO WITH YOUR DECK TO CONFORM WITH MY RULING?

4           MS. ROBERTS:  WE WILL REMOVE ALL OF THE SLIDES THAT

5    HAVE IMAGES OF EXHIBITS ON THEM.

6           THE COURT:  ALL RIGHT.

7           MR. PISTORINO:  YOUR HONOR, I WILL CONTINUE TO WORK

8    WITH MS. ROBERTS TO ADDRESS THE EXHIBITS ISSUES.

9         THANK YOU, YOUR HONOR.

10          (RECESS TAKEN AT 8:18 A.M.; RESUMED AT 8:35 A.M.)

11           (CLERK CALLS ROLL OF PROSPECTIVE JURORS.)

12      (JURY SELECTION HELD; REQUESTED NOT TO BE TRANSCRIBED.)

13         (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

14          THE COURT:  ALL RIGHT.

15        LADIES AND GENTLEMEN, YOU ARE NOW THE JURY IN THIS MATTER.

16   AND SO I'LL GIVE YOU SOME LOGISTICAL INFORMATION AND THEN TELL

17   YOU WHAT WE WILL BE DOING FOR THE REMAINDER OF THE DAY.

18        SO, FIRST, AT SOME POINT AFTER WE BREAK, MS. RILEY WILL

19   TAKE YOU TO THE JURY ROOM BACK THERE.  IT WILL BE YOUR HOME

20   AWAY FROM HOME WHILE WE ARE HERE IN TRIAL.  YOU WILL START AND

21   END EACH DAY THERE.  THERE ARE SUPPLIES.  THERE WILL BE

22   REFRESHMENTS.  YOU CAN LEAVE YOUR THINGS THERE.  AND MS. RILEY

23   WILL SHOW YOU YOUR WAY AROUND THERE.

24        SO AS I MENTIONED EARLIER, THE TRIAL SCHEDULE WILL BE

25   MONDAY THROUGH FRIDAY FROM 8:30 UNTIL 1:30 WE.  WILL TAKE TWO
```

1    15-MINUTE BREAKS.  USUALLY WE'LL TAKE ONE AFTER ABOUT AN HOUR

2    AND A HALF AND ONE ABOUT NOON.

3        AS I SAID, WE WILL NEED TO MODIFY THE SCHEDULE

4    OCCASIONALLY, FOR EXAMPLE, TO ACCOMMODATE A WITNESS OR

5    OTHERWISE TWEAK THE SCHEDULE, BUT WE REALLY DO TRY TO STICK TO

6    THAT.  SO YOU CAN COUNT ON, UNLESS I TELL YOU OTHERWISE, THAT

7    AT 1:30 EACH DAY YOU WILL BE DONE AND YOU WILL HAVE THE REST

8    OF THE DAY TO TAKE CARE OF YOUR OTHER RESPONSIBILITIES.

9        AS I MENTIONED, THE CASE IS EXPECTED TO RUN THROUGH

10   PROBABLY NEXT TUESDAY OR SO, NOT INCLUDING TIME FOR

11   DELIBERATIONS.  SO WE WILL BE AS EFFICIENT AS POSSIBLE AT ALL

12   TIMES, BUT THAT IS AN ESTIMATE.

13       ON THAT POINT, ONE OF THE THINGS THAT IS MOST HOPEFUL IS

14   FOR YOU TO BE SURE TO ARRIVE HERE PROMPTLY EACH DAY ON TIME SO

15   WE CAN GET STARTED WITH THE PRESENTATION OF EVIDENCE RIGHT AT

16   8:30.  I FIND IF EVERYONE IS HERE, WE CAN GET GOING AND THAT

17   KEEPS THE TRIAL MOVING ALONG IN AN EFFICIENT WAY.  SO IF YOU

18   CAN COMMIT YOURSELVES TO DO THAT, I KNOW YOUR FELLOW JURORS

19   WILL APPRECIATE IT, AS WILL I.

20       I'LL FURTHER TELL YOU THAT I MAKE EVERY EFFORT TO TAKE UP

21   MATTERS WITH THE ATTORNEYS AS NEEDED EITHER BEFORE THE TRIAL

22   DAY STARTS OR AFTER OR WHILE WE ARE ON A BREAK SO THAT WAY WE

23   CAN MAXIMIZE YOUR TIME WHEN YOU ARE HERE WITH THE PRESENTATION

24   OF THE EVIDENCE.

25       ALL RIGHT.  SO TODAY'S SCHEDULE.  IT'S ABOUT 11:45.  WE

1    WILL PROCEED AS FOLLOWS:  I WILL GIVE YOU SOME PRELIMINARY

2    INSTRUCTIONS ABOUT YOUR CONDUCT AS JURORS.  THESE ARE JUST

3    PRINCIPLES THAT WILL GOVERN YOUR SERVICE AS A JUROR AND SOME

4    DIRECTIONS FROM ME ABOUT HOW TO CONSIDER THE EVIDENCE AND TO

5    DISCHARGE YOUR DUTIES AS JURORS.

6        WE WILL THEN HAVE OPENING STATEMENTS.  AND I'LL EXPLAIN A

7    LITTLE BIT FURTHER IN A MINUTE, THE OPENING STATEMENTS ARE NOT

8    EVIDENCE, BUT RATHER THAT IS THE OPPORTUNITY FOR THE ATTORNEYS

9    FOR EACH SIDE TO TALK WITH YOU AND TELL YOU THEIR VIEW OF WHAT

10   THEY EXPECT THE EVIDENCE TO SHOW.  AND SO WE WILL PROCEED WITH

11   OPENING STATEMENTS TODAY.  AND LIKELY WE WILL GET STARTED WITH

12   THE PLAINTIFF'S FIRST WITNESS.

13       SO FOR TODAY, YOU CAN COUNT ON BEING HERE UNTIL 1:30 OR SO

14   LIKE ALL NORMAL DAYS, AND THEN WE WILL BREAK AT THAT POINT.

15   OKAY?

16       SO, FIRST, LET ME GIVE YOU THESE PRELIMINARY INSTRUCTIONS

17   TO KEEP IN MIND AS YOU PROCEED THROUGH THE TRIAL AS JURORS.

18       MEMBERS OF THE JURY, YOU ARE NOW THE JURY IN THIS CASE.

19   IT IS MY DUTY TO INSTRUCT YOU ON THE LAW.  IT IS YOUR DUTY TO

20   FIND THE FACTS FROM ALL THE EVIDENCE IN THE CASE.  TO THOSE

21   FACTS YOU WILL APPLY THE LAW AS I GIVE IT TO YOU.  YOU MUST

22   FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE WITH IT

23   OR NOT.  AND YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES

24   OR DISLIKES, OPINIONS, PREJUDICES OR SYMPATHY.  THAT MEANS

25   THAT YOU MUST DECIDE THE CASE SOLELY ON THE EVIDENCE BEFORE

1    YOU.  AND YOU WILL RECALL THAT YOU TOOK AN OATH TO DO SO.

2        AT THE END OF THE TRIAL, I WILL GIVE YOU FINAL

3    INSTRUCTIONS.  IT IS THE FINAL INSTRUCTIONS THAT WILL GOVERN

4    YOUR DUTIES ONCE YOU HAVE THE CASE TO DELIBERATE.

5        PLEASE DO NOT READ INTO THESE INSTRUCTIONS OR ANYTHING I

6    MAY SAY OR DO THAT I HAVE AN OPINION REGARDING THE EVIDENCE OR

7    WHAT YOUR VERDICT SHOULD BE.

8        TO HELP YOU FOLLOW THE EVIDENCE, I WILL GIVE YOU A BRIEF

9    SUMMARY OF THE POSITIONS OF THE PARTIES.  AND THIS IS THE SAME

10   ONE THAT I SHARED WITH YOU DURING THE JURY INSTRUCTION -- JURY

11   SELECTION PROCESS, BUT I'LL REPEAT IT SO IT IS FRESH IN YOUR

12   MIND.

13       THE PLAINTIFF IN THIS CASE, TECHSHOP, IS THE OWNER OF TWO

14   FEDERALLY REGISTERED TRADEMARKS IN THE WORD "TECHSHOP" FOR USE

15   WITH MAKERSPACE-RELATED SERVICES.  TECHSHOP'S TRADEMARKS ARE A

16   TYPE SOMETIMES CALLED SERVICE MARKS.

17       AS A PLAINTIFF, TECHSHOP ASSERTS THAT, WITHOUT

18   AUTHORIZATION, DEFENDANTS DAN RASURE AND TWO ENTITIES HE

19   FORMED HAVE INFRINGED THE TECHSHOP MARKS IN CONNECTION WITH

20   THE NAME OF MAKERSPACE SERVICES.  TECHSHOP ASSERTS THAT

21   DEFENDANTS' USE OF PLAINTIFF'S MARKS ARE LIKELY TO CAUSE

22   CONFUSION, OR TO CAUSE MISTAKE, OR TO DECEIVE.  TECHSHOP

23   CLAIMS THAT IT WAS HARMED BY DEFENDANTS' USES, AND TECHSHOP

24   SEEKS DAMAGES FOR DEFENDANTS' INFRINGEMENT.  TECHSHOP ALSO

25   SEEKS A FINDING THAT THE DEFENDANTS' INFRINGEMENT WAS WILLFUL.

1      THE DEFENDANTS DENY THAT THEY INFRINGED AND ALSO CLAIM

2      THAT TECHSHOP CONSENTED TO DEFENDANTS' USE OF THE MARKS AT

3      ISSUE, AND WHEN PLAINTIFF OBJECTED, DEFENDANTS CHANGED THEIR

4      NAME.  IN ADDITION TO DENYING PLAINTIFF'S CLAIM OF

5      INFRINGEMENT, DEFENDANTS ALSO CONTEND THAT TECHSHOP

6      DISCONTINUED AND ABANDONED THE USE OF THE TECHSHOP MARKS IN

7      THE UNITED STATES AND THAT THE TECHSHOP MARKS ARE NOT VALID OR

8      PROTECTABLE.  DEFENDANT DAN RASURE ALSO ASSERTS THAT TECHSHOP

9      FRAUDULENTLY INDUCED HIM TO PAY CERTAIN OF TECHSHOP'S EXPENSES

10     AND TAXES.  THE DEFENDANTS ALSO SEEK AN AWARD OF PUNITIVE

11     DAMAGES.

12     NOW THERE ARE A NUMBER OF INSTRUCTIONS ABOUT EVIDENCE AND

13     CONSIDERATION OF THE EVIDENCE.

14     WHEN A PARTY HAS THE BURDEN OF PROVING ANY CLAIM OR

15     AFFIRMATIVE DEFENSE BY A PREPONDERANCE OF THE EVIDENCE, IT

16     MEANS YOU MUST BE PERSUADED BY THE EVIDENCE THAT THE CLAIM OR

17     AFFIRMATIVE DEFENSE IS MORE PROBABLY TRUE THAN NOT TRUE.  YOU

18     SHOULD BASE YOUR DECISION ON ALL OF THE EVIDENCE REGARDLESS OF

19     WHICH PARTY PRESENTED IT.

20     WHEN A PARTY HAS A BURDEN OF PROVING ANY CLAIM OR DEFENSE

21     BY CLEAR AND CONVINCING EVIDENCE, IT MEANS THAT THE PARTY MUST

22     PRESENT EVIDENCE THAT LEAVES YOU WITH A FIRM BELIEF OR

23     CONVICTION THAT IT IS HIGHLY PROBABLE THAT THE FACTUAL

24     CONTENTIONS OF THE CLAIM OR DEFENSE ARE TRUE.

25     THIS IS A HIGHER STANDARD OF PROOF THAN PROOF BY A

1    PREPONDERANCE OF THE EVIDENCE, BUT DOES NOT REQUIRE PROOF

2    BEYOND A REASONABLE DOUBT.

3        THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

4    FACTS ARE CONSISTS OF THE SWORN TESTIMONY OF ANY WITNESS, THE

5    EXHIBITS THAT ARE ADMITTED INTO EVIDENCE, ANY FACTS TO WHICH

6    THE LAWYERS HAVE AGREED, AND ANY FACTS THAT I MAY INSTRUCT YOU

7    TO ACCEPT AS PROVED.

8        IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE

9    TESTIMONY AND EXHIBITS RECEIVED INTO EVIDENCE.  CERTAIN THINGS

10   ARE NOT EVIDENCE AND MAY NOT -- YOU MAY NOT CONSIDER THEM IN

11   DECIDING WHAT THE FACTS ARE.  I WILL LIST THOSE FOR YOU.

12       FIRST, ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT

13   EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.  WHAT THEY MAY SAY

14   IN THEIR OPENING STATEMENTS, WILL SAY IN THEIR CLOSING

15   ARGUMENTS AND AT OTHER TIMES IS INTENDED TO HELP YOU INTERPRET

16   THE EVIDENCE, BUT IT IS NOT EVIDENCE.  IF THE FACTS AS YOU

17   REMEMBER THEM DIFFER FROM THE WAY THE LAWYERS HAVE STATED

18   THEM, YOUR MEMORY OF THEM CONTROLS.

19       SECOND, QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT

20   EVIDENCE.  ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT

21   WHEN THEY BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF

22   EVIDENCE.  YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY

23   THE COURT'S RULING ON IT.

24       THIRD, TESTIMONY THAT IS EXCLUDED OR STRICKEN OR THAT YOU

25   ARE INSTRUCTED TO DISREGARD IS NOT EVIDENCE AND MUST NOT BE

1    CONSIDERED.  IN ADDITION, SOME EVIDENCE MAY BE RECEIVED ONLY

2    FOR A LIMITED PURPOSE.  WHEN I INSTRUCT YOU TO CONSIDER

3    CERTAIN EVIDENCE ONLY FOR A LIMITED PURPOSE, YOU MUST DO SO

4    AND YOU MAY NOT CONSIDER THAT EVIDENCE FOR ANY OTHER PURPOSE.

5        ANYTHING THAT YOU MAY SEE OR HEAR WHEN THE COURT WAS NOT

6    IN SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY

7    ON THE EVIDENCE RECEIVED AT THE TRIAL.

8        AS I MENTIONED, SOME EVIDENCE MAY BE ADMITTED ONLY FOR A

9    LIMITED PURPOSE.  AND WHEN I INSTRUCT YOU THAT AN ITEM OF

10   EVIDENCE WILL ONLY BE ADMITTED FOR A LIMITED PURPOSE, YOU MUST

11   ONLY CONSIDER IT ONLY FOR THAT LIMITED PURPOSE AND NOT FOR ANY

12   OTHER PURPOSE.  AND IF THAT CIRCUMSTANCE COMES TO PASS IN THE

13   TRIAL, I WILL GIVE YOU AN INSTRUCTION AT THAT TIME EXPLAINING

14   THAT.

15       EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

16   IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

17   WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

18   CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

19   WHICH YOU CAN FIND ANOTHER FACT.

20       YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE.  THE LAW MAKES

21   NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

22   OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

23   WEIGHT TO GIVE ANY EVIDENCE.

24       THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

25   RECEIVED INTO EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR

1   OFFERS AN EXHIBIT INTO EVIDENCE AND THE LAWYER ON THE OTHER

2   SIDE THINKS THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE,

3   THAT LAWYER MAY OBJECT.

4       IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

5   OR THE EXHIBIT RECEIVED.  IF I SUSTAIN THE OBJECTION, THE

6   QUESTION CANNOT BE ANSWERED AND THE EXHIBIT CANNOT BE

7   RECEIVED.

8       WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST

9   IGNORE THE QUESTION AND MUST NOT GUESS WHAT THE ANSWER MIGHT

10  HAVE BEEN.

11      SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

12  RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

13  MEANS WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT CONSIDER

14  THE STRICKEN EVIDENCE FOR ANY PURPOSE.

15      IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

16  WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

17  YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

18  NONE OF IT.  IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU

19  MAY TAKE INTO ACCOUNT THE OPPORTUNITY AND ABILITY OF THE

20  WITNESS TO SEE, OR HEAR, OR KNOW THE THINGS TESTIFIED TO, THE

21  WITNESS'S MEMORY, THE WITNESS'S MANNER WHILE TESTIFYING, THE

22  WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY, THE

23  WITNESS'S BIAS OR PREJUDICE, IF ANY, WHETHER OTHER EVIDENCE

24  CONTRADICTED THE WITNESS'S TESTIMONY, THE REASONABLENESS OF

25  THE WITNESS'S TESTIMONY IN LIGHT OF ALL THE EVIDENCE, AND ANY

1    OTHER FACTORS THAT BEAR ON BELIEVABILITY.

2        SOMETIMES A WITNESS MAY SAY SOMETHING THAT IS NOT

3    CONSISTENT WITH SOMETHING ELSE HE OR SHE SAID.  SOMETIMES

4    DIFFERENT WITNESSES WILL GIVE DIFFERENT VERSIONS OF WHAT

5    HAPPENED.  PEOPLE OFTEN FORGET THINGS OR MAKE MISTAKES IN WHAT

6    THEY REMEMBER.  ALSO, TWO PEOPLE MAY SEE THE SAME EVENT BUT

7    REMEMBER IT DIFFERENTLY.  YOU MAY CONSIDER THESE DIFFERENCES,

8    BUT DO NOT DECIDE THE TESTIMONY IS UNTRUE JUST BECAUSE IT

9    DIFFERS FROM OTHER TESTIMONY.

10       HOWEVER, IF YOU DECIDE THAT A WITNESS HAS DELIBERATELY

11   TESTIFIED UNTRUTHFULLY ABOUT SOMETHING IMPORTANT, YOU MAY

12   CHOOSE NOT TO BELIEVE ANYTHING THAT WITNESS SAID.  ON THE

13   OTHER HAND, IF YOU THINK THE WITNESS TESTIFIED UNTRUTHFULLY

14   ABOUT SOME THINGS BUT TOLD THE TRUTH ABOUT OTHERS, YOU MAY

15   ACCEPT THE PART THAT YOU THINK IS TRUE AND IGNORE THE REST.

16       THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

17   NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY

18   ABOUT IT.  WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES

19   ARE AND HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

20       THIS IS A PRETTY LENGTHY INSTRUCTION ABOUT SOME IMPORTANT

21   PRINCIPLES GOVERNING YOUR CONDUCT AS JURORS:  I WILL SAY A FEW

22   WORDS, MORE THAN A FEW WORDS, ABOUT YOUR CONDUCT AS JURORS.

23       FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL.  AND DO NOT

24   DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

25   JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

1    CASE.

2         SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

3    THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

4    THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

5    INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

6    THE COURSE OF YOUR JURY DUTY.

7         THUS, UNTIL THE END OF THE CASE OR UNTIL I TELL YOU

8    OTHERWISE, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO

9    NOT LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE

10   MERITS OF THE CASE OR ANYTHING TO DO WITH IT.  THIS INCLUDES

11   DISCUSSING THE CASE IN PERSON, IN WRITING, BY PHONE OR

12   ELECTRONIC MEANS, VIA EMAIL, TEXT MESSAGING, OR ANY INTERNET

13   CHAT ROOM, BLOG, WEBSITE, OR OTHER FEATURE, INCLUDING BUT NOT

14   LIMITED TO FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM, LINKEDIN,

15   SNAPCHAT, OR OTHER FORMS OF SOCIAL MEDIA.  AND I ALWAYS TELL

16   JURORS AT THIS POINT THAT IF SOMETHING GOT INVENTED IN THE

17   LAST TWO HOURS WHILE SITTING HERE, THEN ADD THAT TO THIS LIST.

18        THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

19   UNTIL I GIVE YOU THE CASE FOR DELIBERATIONS.  IT APPLIES TO

20   COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR FAMILY

21   MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS AND PEOPLE INVOLVED

22   IN THE TRIAL.  ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND YOUR

23   EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR IN THE CASE AND

24   HOW LONG YOU EXPECT THE TRIAL TO LAST.

25        BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

```
1    JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND

2    THAT YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER, AND TO

3    REPORT THE CONTACT TO THE COURT.

4         BECAUSE YOU WILL RECEIVE ALL THE EVIDENCE AND LEGAL

5    INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT, DO

6    NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

7    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  DO NOT

8    DO ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, SEARCHING

9    THE INTERNET, OR USING OTHER REFERENCE MATERIALS.  DO NOT MAKE

10   ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN ABOUT THE

11   CASE ON YOUR OWN.  DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN

12   THIS CASE, AND DO NOT USE INTERNET PROGRAMS OR OTHER DEVICES

13   TO SEARCH FOR OR VIEW ANY PLACE DISCUSSED IN THE TRIAL.

14        ALSO DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

15   THE PEOPLE INVOLVED, INCLUDING THE PARTIES, THE WITNESSES OR

16   THE LAWYERS UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

17        IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

18   CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

19   POSSIBLE.

20        THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS CASE

21   DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN

22   COURT.  WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH

23   AND THE ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE

24   TRIAL PROCESS.  IF YOU DO ANY RESEARCH OR INVESTIGATION

25   OUTSIDE THE COURTROOM OR GAIN ANY INFORMATION THROUGH IMPROPER
```

1    COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

2    INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

3    BEEN TESTED BY THE TRIAL PROCESS.  EACH OF THE PARTIES IS

4    ENTITLED TO A FAIR TRIAL BY AN IMPARTIAL JURY, AND IF YOU

5    DECIDE THE CASE BASED ON INFORMATION NOT PRESENTED IN COURT,

6    YOU WILL HAVE DENIED THE PARTIES A FAIR TRIAL.  REMEMBER,

7    YOU'VE TAKEN AN OATH TO FOLLOW THE RULES, AND IT IS VERY

8    IMPORTANT THAT YOU FOLLOW THESE RULES.

9        A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

10   FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

11   COULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.  IF ANY

12   JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE NOTIFY THE

13   COURT IMMEDIATELY.

14       ALL RIGHT.  I URGE YOU TO PAY CLOSE ATTENTION TO THE

15   TESTIMONY AS IT IS GIVEN.  DURING DELIBERATIONS, YOU WILL NOT

16   HAVE A TRANSCRIPT OF THE TRIAL TESTIMONY.

17       LET ME -- THIS IS A RESTATEMENT OF SOMETHING I JUST SAID

18   BUT CAN'T BE SAID TOO MANY TIMES.  IF THERE'S ANY NEWS MEDIA

19   ACCOUNT OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH

20   IT, YOU MUST IGNORE IT.  YOU MUST NOT READ, WATCH, OR LISTEN

21   TO ANY NEWS OR MEDIA ACCOUNTS OR COMMENTARY ABOUT THE CASE OR

22   ANYTHING TO DO WITH IT.  CASE MUST BE DECIDED BY YOU SOLELY

23   AND EXCLUSIVELY ON THE EVIDENCE THAT WILL BE RECEIVED IN THE

24   CASE AND ON MY INSTRUCTIONS AS TO THE LAW THAT APPLIES.

25       AND, AGAIN, IF ANY JUROR IS EXPOSED TO ANY OUTSIDE

1    INFORMATION, PLEASE NOTIFY ME IMMEDIATELY.

2         IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

3    EVIDENCE.  THAT'S WHY MS. RILEY GAVE YOU THE NOTEPADS.  IF YOU

4    DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF UNTIL YOU AND YOUR

5    FELLOW JURORS GO TO THE JURY ROOM TO DECIDE THE CASE.

6         DO NOT LET NOTE-TAKING DISTRACT YOU.  WHEN YOU LEAVE, YOUR

7    NOTES SHOULD BE LEFT IN THE JURY ROOM.  NO ONE WILL READ YOUR

8    NOTES, AND THEY WILL BE DESTROYED AT THE CONCLUSION OF THE

9    CASE.

10        WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR

11   MEMORY, YOUR OWN MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO

12   ASSIST YOUR MEMORY.  YOU SHOULD NOT BE OVERLY INFLUENCED BY

13   YOUR NOTES OR THOSE OF YOUR FELLOW JURORS.

14        FROM TIME TO TIME DURING THE TRIAL, IT MAY BECOME

15   NECESSARY FOR ME TO TALK WITH THE ATTORNEYS OUT OF THE HEARING

16   OF THE JURY, EITHER BY HAVING A CONFERENCE AT THE BENCH WHILE

17   YOU'RE PRESENT OR BY CALLING A RECESS.

18        PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE ARE

19   WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

20   RELEVANT INFORMATION FROM YOU, BUT RATHER TO DECIDE HOW

21   CERTAIN EVIDENCE SHOULD BE TREATED UNDER THE RULES OF EVIDENCE

22   AND AVOID CONFUSION AND ERROR.

23        OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

24   LENGTH OF THESE CONFERENCES TO A MINIMUM.  I MAY NOT ALWAYS

25   GRANT AN ATTORNEY'S REQUEST FOR A CONFERENCE.  DO NOT CONSIDER

1    MY GRANTING OR DENYING A REQUEST FOR A CONFERENCE AS ANY

2    INDICATION OF MY OPINION OF THE CASE OR OF WHAT YOUR VERDICT

3    SHOULD BE.

4        TRIALS PROCEED IN THE FOLLOWING WAY:  FIRST, EACH SIDE MAY

5    MAKE AN OPENING STATEMENT.  AS I MENTIONED, AN OPENING

6    STATEMENT IS NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP

7    YOU UNDERSTAND WHAT THAT PARTY EXPECTS THE EVIDENCE WILL SHOW.

8    A PARTY IS NOT REQUIRED TO MAKE AN OPENING STATEMENT.

9        THE PARTIES WILL THEN PRESENT EVIDENCE AND COUNSEL FOR

10   THE -- I'M SORRY.  THE PLAINTIFF WILL THEN PRESENT EVIDENCE

11   AND COUNSEL FOR THE DEFENDANT MAY CROSS-EXAMINATION -- MAY

12   CROSS-EXAMINE.  THEN THE DEFENDANT MAY PRESENT EVIDENCE AND

13   COUNSEL FOR THE PLAINTIFF MAY CROSS-EXAMINE.

14       AFTER THE EVIDENCE HAS BEEN PRESENTED, I WILL INSTRUCT YOU

15   ON THE LAW THAT APPLIES TO THE CASE, AND THE ATTORNEYS WILL

16   MAKE CLOSING ARGUMENTS.  AFTER THAT, YOU WILL GO TO THE JURY

17   ROOM TO DELIBERATE ON YOUR VERDICT.

18       SO THOSE ARE THE PRELIMINARY INSTRUCTIONS.  AND AT THIS

19   TIME, THE PARTIES HAVE THE OPPORTUNITY TO MAKE AN OPENING

20   STATEMENT, AS I MENTIONED.

21       MR. PISTORINO, IS THE PLAINTIFF PREPARED TO PRESENT ITS

22   OPENING STATEMENT?

23           **MR. PISTORINO:**  YES, WE ARE, YOUR HONOR.  WE WOULD

24   LIKE TO MOVE SOME EASELS.

25           **THE COURT:**  ALL RIGHT.

1          **MR. PISTORINO:**  THANK YOU.

2        IT MIGHT MAKE SENSE TO MOVE THE MONITOR AS WELL.

3          **THE CLERK:**  YOU NEED TO DO THAT.

4          **MR. PISTORINO:**  YES.

5                (PAUSE IN THE PROCEEDINGS.)

6          **MR. PISTORINO:**  YOUR HONOR, MAY I APPROACH THE JURORS

7    TO PLACE SOME DEMONSTRATIVES UP DURING MY OPENING?

8          **THE COURT:**  YOU MAY.

9          **MR. PISTORINO:**  THANK YOU.

10         **THE COURT:**  WHENEVER YOU ARE READY.

11         **MR. PISTORINO:**  THANK YOU.

12        GO AHEAD, PUT UP THE FIRST SLIDE.

13               (DISPLAYED ON SCREEN.)

14                    **OPENING STATEMENT**

15         **MR. PISTORINO:**  GOOD AFTERNOON NOW.

16        THE EVIDENCE IN THIS CASE IS GOING TO SHOW THAT MY CLIENT,

17    TECHSHOP, REPRESENTED HERE BY MS. KAELIN, HAS BROUGHT A

18    LAWSUIT AGAINST THE DEFENDANTS, MR. RASURE AND TWO ENTITIES

19    THAT HE FORMED, TECHSHOP 2.0 LLC AND TECHSHOP 2.0 SAN

20    FRANCISCO LLC.  YOU WILL SEE A COPY OF THE COMPLAINT IN THIS

21    CASE AND SEE WHO THE DEFENDANTS ARE.

22               (DISPLAYED ON SCREEN.)

23        THE EVIDENCE IN THIS CASE IS GOING TO SHOW THAT TECHSHOP

24    HAS TRADEMARKS.  TECHSHOP -- THE WAY TECHSHOP PRESENTED ITS

25    TRADEMARKS, THE FIRST ITEM ON THE LIST, THE EVIDENCE IS GOING

1    TO SHOW THE DEFENDANTS, WITHOUT AUTHORIZATION, USED THE

2    TECHSHOP MARKS AS THEY ARE ON THE SECOND ITEM AND THE THIRD

3    ITEM, AND THAT AFTER THIS LAWSUIT WAS FILED, THE DEFENDANTS

4    BEGAN USING THE BOTTOM ITEM ON THE LIST.  THE EVIDENCE IS

5    GOING TO SHOW THAT WAS WITHOUT AUTHORIZATION.

6         AGAIN, THE TECHSHOP, THE EVIDENCE WILL SHOW THAT

7    TECHSHOP -- THE WAY TECHSHOP USED ITS MARKS WAS THE FIRST ITEM

8    ON THE LIST, THIS ONE HERE (INDICATING), AND THAT THESE THREE

9    ARE THE THREE VERSIONS THE DEFENDANTS USED.  TECHSHOP ALLEGES

10   INFRINGE.

11        NOW I WANT TO TAKE YOU BACK FOR A MOMENT AND WE HEARD A

12   LITTLE BIT OF DISCUSSION ABOUT WHAT A MAKERSPACE IS.  I'M

13   GOING TO INTRODUCE YOU TO THE CAST OF THE CHARACTERS OF THE

14   WITNESSES THAT YOU ARE GOING TO HEAR.

15                     (DISPLAYED ON EASEL.)

16        YOU ARE GOING TO HEAR FIRST FROM MR. JAMES NEWTON, THE

17   FOUNDER OF TECHSHOP.  AND WHAT YOU WILL HEAR FROM MR. NEWTON

18   IS THAT HE WAS A TINKERER, A MAKER, SOMEONE THAT JUST LIKES TO

19   MAKE THINGS.  MR. NEWTON HAD ENGAGED IN A NUMBER OF

20   ACTIVITIES.

21        YOU WILL HEAR HIM TALK ABOUT HIS EXPERIENCE WITH THE

22   *BATTLEBOTS* COMPETITION AND TV SHOW.  YOU'LL HEAR MR. NEWTON

23   TALK ABOUT HIS ROLE WITH THE *MYTHBUSTERS* TV SHOW AS A SCIENCE

24   ADVISER TO IT.  AND IN THAT REGARD, YOU WILL HEAR HIS PASSION

25   FOR MAKING THINGS.

OPENING STATEMENT - PISTORINO

1        MR. NEWTON'S PASSION LED HIM TO FOUND TECHSHOP IN 2006.

2        IF WE CAN MOVE TO THE TIMELINE, PLEASE.  I THINK IT IS

3    SLIDE 4, PLEASE.

4                        (DISPLAYED ON SCREEN.)

5        YOU WILL HEAR THAT MR. NEWTON'S PASSION LED HIM TO FOUND

6    TECHSHOP IN 2006.  WHAT IS A MAKERSPACE OR WHAT IS -- WHAT WAS

7    TECHSHOP?

8        MR. NEWTON WILL TELL YOU THAT IT'S JUST LIKE A GYM FOR

9    TOOLS.  HE WILL TALK ABOUT HOW, AT THE MAKERSPACE THAT HE

10   CREATED, SOMEONE COULD COME IN AND USE A SEWING MACHINE IF

11   THEY DIDN'T HAVE ONE, OR USE A TABLE SAW IF THEY DIDN'T HAVE

12   ONE, AND THAT HE WOULD -- THEY WOULD ALSO OFFER CLASSES ON HOW

13   TO USE THESE MATERIALS.

14       JUST LIKE A GYM, MR. NEWTON WILL TELL YOU, THEY SIGNED UP

15   AS MEMBERS.  AND ONCE THEY TOOK THE CLASSES, THEY COULD USE

16   THE TOOLS AT TECHSHOP.

17       FROM ITS FOUNDING IN A SINGLE LOCATION IN MENLO PARK IN

18   2006, YOU WILL HEAR FROM MR. NEWTON HOW TECHSHOP WAS

19   PHENOMENALLY SUCCESSFUL.  BY LATE 2017, TECHSHOP HAD TEN

20   LOCATIONS IN THE UNITED STATES, MORE THAN 9,000 MEMBERS, AND

21   HAD EDUCATED MORE THAN A HUNDRED THOUSAND PEOPLE ON HOW TO USE

22   VARIOUS TOOLS.

23       IN ADDITION, TECHSHOP HAD LICENSEES OUTSIDE OF THE UNITED

24   STATES.  YOU WILL HEAR ABOUT -- FROM MR. NEWTON ABOUT THE

25   SUCCESS OF TECHSHOP AND HAVING LICENSEES IN JAPAN, IN ABU

1    DHABI, AND IN FRANCE.

2        YOU WILL HEAR FROM MR. NEWTON AND FROM THE OTHER WITNESSES

3    OF TECHSHOP OF TECHSHOP'S TREMENDOUS SUCCESS AND ITS

4    NOTORIETY.  YOU WILL HEAR FROM THE TECHSHOP WITNESSES, AND I

5    AM GOING TO GO THROUGH THEM IN A MOMENT, HOW PROUD THEY WERE

6    WHEN PRESIDENT OBAMA CAME AND SPOKE AT TECHSHOP'S PITTSBURGH'S

7    LOCATION IN 2014.  YOU WILL HEAR HOW, FROM OTHERS OF TECHSHOP

8    WITNESSES, HOW, DURING THE PAST PRESIDENTIAL ELECTION,

9    PRESIDENTIAL CANDIDATE BERNIE SANDERS CAME AND VISITED

10   TECHSHOP'S LOCATION RIGHT HERE IN SAN FRANCISCO.

11       FOR THOSE OF YOU THAT ARE YOUNGER, YOU WILL HEAR FROM ONE

12   OF TECHSHOP'S WITNESSES HOW ANDRE 3000 FROM OUTKAST CAME AND

13   VISITED THE TECHSHOP FACILITY HERE IN SAN FRANCISCO.

14       YOU WILL HEAR AGAIN FROM MR. NEWTON ABOUT HOW WIDELY KNOWN

15   TECHSHOP WAS IN THE MAKER COMMUNITY, INDEED WORLDWIDE.  YOU

16   WILL HEAR FROM HIM AND THE OTHER WITNESSES HOW TECHSHOP WAS

17   THE SUBJECT OF NUMEROUS PUBLICATIONS DISTRIBUTED

18   INTERNATIONALLY.  ARTICLES ABOUT TECHSHOP, YOU WILL HEAR,

19   APPEARED IN *FORBES, INC.*, *POPULAR MECHANICS*, *MAKE*: MAGAZINE,

20   *THE WALL STREET JOURNAL* AND *SAN JOSE MERCURY NEWS*, JUST AS

21   EXAMPLES.

22       ONE ASPECT OF TECHSHOP -- ONE OF -- THE WAY THAT TECHSHOP

23   WORKED, IT WAS REALLY AN INCUBATOR FOR SMALL BUSINESSES, YOU

24   WILL HEAR FROM MR. NEWTON.  YOU WILL HEAR MR. NEWTON DESCRIBE

25   HOW MANY, MANY SMALL BUSINESSES USE THEIR ABILITY TO ACCESS

1    THE TOOLS AND EQUIPMENT AND THE CLASSES THAT TECHSHOP OFFERED

2    TO START SMALL BUSINESSES.  MANY, MANY BUSINESSES STARTED THIS

3    WAY.

4         SOME OF THOSE BUSINESSES BECAME PHENOMENALLY SUCCESSFUL,

5    AND THEY'RE NAMES THAT YOU MIGHT KNOW.  MANY FOLKS MIGHT BE

6    FAMILIAR WITH THE COMPANY CALLED SQUARE, THAT MAKES PAYMENT

7    PROCESSING TECHNOLOGY.  YOU WILL HEAR FROM MR. NEWTON HOW THAT

8    STARTED AT THE TECHSHOP MENLO PARK FACILITY.

9         SOME OF YOU MAY HAVE HEARD OF THE COMPANY CALLED DODOCASE,

10   COVERS FOR IPADS.  YOU'LL HEAR ALSO FROM MR. NEWTON HOW THAT

11   STARTED AT TECHSHOP.

12        YOU WILL HEAR FROM MR. NEWTON, AND WE WILL GO THROUGH THE

13   OTHER WITNESSES IN A MOMENT AS WELL, TECHSHOP'S OUTREACH TO

14   THE COMMUNITY.  TECHSHOP HAD PROGRAMS FOR VETERANS.  TECHSHOP

15   HAD PROGRAMS FOR WOMEN.  TECHSHOP TAUGHT WOMEN -- TAUGHT

16   SEWING.  AND IT ALSO TAUGHT WELDING.  TECHSHOP TAUGHT FOLKS

17   HOW TO USE WOODWORKING TOOLS.  AND YOU'LL HEAR HOW THE

18   TECHSHOP HAD PROGRAMS ON HOW TO USE LASERS.

19        VETERANS, WOMEN, MEN, CHILDREN.  TECHSHOP HAD A TREMENDOUS

20   OUTREACH PROGRAM TEACHING WHAT THEY CALL STEAM CLASSES,

21   SCIENCE, TECHNOLOGY, EDUCATION, THEY ADDED ART FOR THE A AND

22   MATHEMATICS.  TREMENDOUS SUMMER PROGRAMS.  YOU'LL HEAR HOW

23   TECHSHOP HAD OUTREACH PROGRAMS DIRECTED AT DISADVANTAGED

24   YOUTH, SCHOLARSHIP PROGRAMS FOR YOUTH AT TECHSHOP WHERE

25   DISADVANTAGED YOUTH COULD COME TO TECHSHOP DURING THE SUMMER

1    AND TAKE CLASSES ON HOW TO USE LASERS AND CREATE ITEMS.

2         YOU'LL HEAR -- MANY FOLKS MAY NOT BE FAMILIAR WITH LASERS,

3    MR. NEWTON MIGHT EXPLAIN A LITTLE BIT TO YOU, BUT IT'S VERY

4    MUCH LIKE A LASER PRINTER BUT IT CAN CUT THINGS.  IT CAN CUT

5    WOOD, PAPER, PLASTICS TO MAKE AN ACTUAL PHYSICAL ITEM.

6         YOU WILL HEAR FROM MR. NEWTON HOW TECHSHOP'S PROGRAMS IN

7    THIS REGARD TAUGHT CHILDREN AS YOUNG AS EIGHT HOW TO USE

8    LASERS AND PEOPLE AS OLD AS 80, ALL THE SAME.

9         BECAUSE OF TECHSHOP'S SUCCESS, YOU WILL SEE THAT TECHSHOP

10   APPLIED FOR AND RECEIVED TRADEMARK REGISTRATIONS FROM THE

11   UNITED STATES PATENT AND TRADEMARK OFFICE.

12        IF WE CAN GO TO, I THINK I HAVE SLIDE 3.  SLIDE 3.

13                  (DISPLAYED ON SCREEN.)

14        YOU WILL HEAR EVIDENCE FROM MR. NEWTON AND THE OTHERS, OF

15   COURSE, THAT TECHSHOP RECEIVED THESE TWO TRADEMARK

16   REGISTRATIONS FROM THE UNITED STATES PATENT AND TRADEMARK

17   OFFICE USING ITS NAME TECHSHOP.

18        YOU WILL HEAR THAT HOW, AFTER TECHSHOP RECEIVED THESE

19   TRADEMARK REGISTRATIONS, HOW TECHSHOP CONTINUOUSLY MARKED ITS

20   MATERIALS WITH THE LITTLE "R" WITH A CIRCLE INDICATING THAT IT

21   HAD TRADEMARK PROTECTION.  YOU ARE GOING TO SEE NUMEROUS,

22   NUMEROUS EXAMPLES OF TECHSHOP'S USE OF ITS TRADEMARKED NAME IN

23   ITS PUBLICATIONS.

24        NEXT, I MENTIONED A LITTLE BIT EARLIER ABOUT TECHSHOP'S

25   LICENSES.  TECHSHOP'S TRADEMARKS AND TECHSHOP BUSINESS WERE SO

1    SUCCESSFUL AND THE BRAND SO WIDELY KNOWN THAT, AS I MENTIONED

2    EARLIER, THE TECHSHOP TRADEMARKS WERE LICENSED WORLDWIDE.  YOU

3    WILL HEAR HOW FUJITSU IN JAPAN LICENSED THE TECHSHOP

4    TRADEMARKS TO OPEN A TECHSHOP PLACE IN TOKYO.

5       YOU WILL HEAR ABOUT HOW A GOVERNMENT PROGRAMMING IN ABU

6    DHABI TOOK A LICENSE TO THE TECHSHOP TRADEMARKS TO OPEN A

7    TECHSHOP JUST LIKE THE ONE THAT'S HERE IN SAN FRANCISCO IN ABU

8    DHABI.

9       YOU WILL HEAR HOW ANOTHER COMPANY -- YOU'LL HEAR THE NAME

10   ADEO OR LEROY MERLIN DID THE SAME THING; TOOK LICENSES TO THE

11   TECHSHOP TRADEMARKS TO OPEN TECHSHOPS IN FRANCE.  I THINK THEY

12   HAVE ONE IN PARIS AND AT LEAST TWO OR THREE OTHERS.

13      YOU'LL HEAR HOW TECHSHOP ALSO HAD A LICENSING PROGRAM

14   DIRECTED TO THE USE OF ITS TRADEMARKS THAT IT BEGAN ROLLING

15   OUT IN THE UNITED STATES IN 2017.

16      SO, FIRST, YOU WILL HEAR OF THE TREMENDOUS SUCCESS OF

17   TECHSHOP.  BUT IN THE LATE 2017, YOU WILL HEAR FROM THE

18   WITNESSES HOW TECHSHOP BEGAN EXPERIENCING FINANCIAL

19   DIFFICULTIES.  AND IN MID-NOVEMBER 2017, YOU WILL HEAR HOW

20   TECHSHOP WAS FORCED TO CLOSE ITS DOORS.  AT THAT TIME TECHSHOP

21   ANNOUNCED THAT IT WAS GOING TO SEEK BANKRUPTCY PROTECTION.

22   AND THAT WILL GET US PROBABLY TO THE THING THAT WE ARE REALLY

23   HERE ABOUT TODAY.

24      AT THAT TIME, TECHSHOP, YOU WILL HEAR, WAS APPROACHED BY

25   MR. RASURE.  BEFORE TECHSHOP COULD FILE A BANKRUPTCY PETITION,

 1   MR. RASURE APPROACHED TECHSHOP AND HE OFFERED TO DO A DEAL

 2   WITH TECHSHOP; OFFERED TO PURCHASE THE ASSETS OF TECHSHOP AND

 3   REOPEN THE TECHSHOP STORES, THE TEN STORES IN THE UNITED

 4   STATES.  THREE HERE IN THE BAY AREA.  ONE IN SAN JOSE, ONE IN

 5   MID-PENINSULA, IN REDWOOD CITY AT THAT TIME, AND ONE IN SAN

 6   FRANCISCO.

 7       AND YOU WILL HEAR HOW THE TECHSHOP BOARD WORKED WITH

 8   MR. RASURE.  AT THE TIME THAT TECHSHOP -- YOU'LL HEAR HOW THAT

 9   AT THE TIME TECHSHOP CLOSED ITS DOORS, TECHSHOP ONLY HAD

10   ENOUGH MONEY REALLY TO FILE FOR BANKRUPTCY.  TECHSHOP WAS NOT

11   IN A POSITION TO CONTINUE OPERATING.

12       YOU WILL HEAR THAT IN THE DISCUSSIONS WITH MR. RASURE,

13   THAT TECHSHOP NEEDED MONEY TO EVEN HAVE DISCUSSIONS.  AND YOU

14   WILL HEAR HOW TECHSHOP AND MR. RASURE AGREED THAT MR. RASURE

15   WOULD PAY SOME EXPENSES SO THAT TECHSHOP COULD EVEN ENGAGE IN

16   NEGOTIATION WITH MR. RASURE.

17       AT THAT TIME, YOU WILL HEAR HOW HOPEFUL TECHSHOP WAS THAT

18   THIS DEAL WITH MR. RASURE WOULD WORK OUT, HOW -- HOW MUCH --

19   HOW MUCH TECHSHOP HOPED THAT ITS STORES COULD BE REOPENED AND

20   HOW MANY OF THE MEMBERS THAT DEPENDED ON TECHSHOP COULD HAVE

21   AGAIN ACCESS TO THE TOOLS AND EQUIPMENT THAT THEY WERE USING

22   TO OPERATE SMALL BUSINESSES OR THE CLASSES THAT TECHSHOP

23   OFFERED THAT THEY VALUED SO MUCH.

24       YOU WILL HEAR THAT MR. RASURE PROPOSED TO USE THE NAME

25   TECHSHOP 2.0 FOR AN ENTITY TO ACQUIRE THE ASSETS OF TECHSHOP.

1    AND THEN THE PARTIES THEN ENTERED INTO A MEMORANDUM OF

2    UNDERSTANDING, AN AGREEMENT OF THE BASIC TERMS OF WHAT A DEAL

3    LIKE THAT MIGHT LOOK LIKE WITH THE IDEA THAT THEY WOULD

4    SUBSEQUENTLY ENTER INTO A REAL DEAL ONCE ALL THE DETAILS COULD

5    BE WORKED OUT.

6        YOU WILL HEAR FROM THE TECHSHOP WITNESSES HOW TWO VERY

7    IMPORTANT POINTS FOR MR. RASURE, HE INFORMED THEM, WERE THE

8    TECHSHOP TRADEMARKS BECAUSE OF THE WIDE NOTICE AND THE

9    TECHSHOP EMAIL CUSTOMER LIST.

10       YOU WILL ALSO HEAR THAT ONE IMPORTANT POINT FOR THE

11   TECHSHOP BOARD WAS PROOF OF MR. RASURE'S CAPABILITY OF DOING

12   AN AGREEMENT LIKE THIS, AN ARRANGEMENT LIKE THIS.  YOU HAVE

13   ALREADY HEARD AND WILL HAVE ALREADY HEARD THAT TECHSHOP HAD

14   TEN LOCATIONS IN THE UNITED STATES WITH MORE THAN 9,000

15   MEMBERS.  SO IT WAS A VERY SUBSTANTIAL ORGANIZATION.

16       SO YOU WILL HEAR HOW TECHSHOP -- THE TECHSHOP BOARD WAS

17   CONCERNED THAT MR. RASURE PROVIDE PROOF THAT HE WAS ABLE TO DO

18   A DEAL OF THIS SIZE.  YOU WILL HEAR HOW THEY WANTED TO SEE

19   PROOF OF HIS FINANCIAL CAPABILITY OF ENTERING INTO A

20   TRANSACTION OF THIS MAGNITUDE.

21       AND YOU WILL ALSO HEAR HOW THE TECHSHOP BOARD FELT IT WAS

22   VERY IMPORTANT TO KNOW THAT MR. RASURE ALSO HAD A TEAM THAT

23   COULD HELP HIM.  A SINGLE INDIVIDUAL COULD NOT PURCHASE A

24   NATIONWIDE BUSINESS OF THIS SIZE.

25       THE TECHSHOP BOARD FELT THEY ARE JUST GOING TO NEED A

1    TEAM.  THEY FELT IT WAS THEIR DUTY TO MAKE SURE THAT THEY WERE

2    NOT SELLING TECHSHOP TO SOMEBODY THAT COULD NOT TAKE OVER A

3    BUSINESS LIKE THAT TO PRESERVE THE VALUE OF TECHSHOP.

4        YOU WILL HEAR THAT AFTER THEY EXECUTED THE MEMORANDUM OF

5    UNDERSTANDING, THAT TECHSHOP THEN PROVIDED WITH -- MR. RASURE

6    WITH THE TERMS, THE FINAL TERMS OF THE PROPOSED FINAL DEAL.

7    AND THE SUBJECT OF ALL OF THESE THINGS, OF COURSE, WAS THE

8    RIGHT TO USE THE TECHSHOP TRADEMARKS.

9        YOU WILL HEAR FROM TECHSHOP'S WITNESS, FOR EXAMPLE,

10   MR. DOUG BUSCH, A MEMBER OF THE TECHSHOP BOARD, HOW HE TRIED

11   TO WORK WITH MR. RASURE TO DETERMINE WHETHER OR NOT

12   MR. RASURE, IN FACT, HAD THE FINANCIAL CAPABILITY TO DO A

13   TRANSACTION OF THIS SIZE, OR WHETHER OR NOT HE WAS JUST A GUY

14   SAYING THE THINGS THAT THEY WANTED -- THAT TECHSHOP FELT HE

15   MIGHT WANT TO HEAR.

16       YOU WILL ALSO HEAR HOW MR. BUSCH SOUGHT TO DETERMINE WHO

17   ELSE WAS INVOLVED IN MR. RASURE'S PROPOSED DEAL.  WAS IT JUST

18   MR. RASURE OR WERE THERE OTHERS?

19       YOU WILL HEAR HOW MR. RASURE INFORMED MR. BUSCH THAT

20   MR. RASURE WAS AN EXECUTIVE AT A COMPANY CALLED PIRANHA

21   MEGAFAB, AND THAT MR. RASURE HAD THE CAPABILITY OF COMMITTING

22   THE ASSETS OF PIRANHA MEGAFAB TO MAKE THIS TRANSACTION WORK.

23       BUT THEN YOU WILL HEAR FROM MR. BUSCH, HIS EFFORTS TO

24   DETERMINE IF THOSE THINGS WERE CORRECT.  YOU WILL HEAR FROM

25   MR. BUSCH HOW, WHEN HE ATTEMPTED TO INVESTIGATE IT, YOU WILL

1   HEAR MR. RASURE WAS NOT AN EXECUTIVE AT PIRANHA MEGAFAB.

2   MR. BUSCH WAS -- THAT MR. RASURE WAS, IN FACT, JUST A SALES

3   CONSULTANT.

4        YOU WILL HEAR HOW WHEN MR. RASURE PROVIDED THE NAMES OF

5   OTHER PEOPLE HE THOUGHT -- OTHER PEOPLE THAT WERE GOING TO BE

6   PART OF HIS EXECUTIVE TIME, YOU WILL HEAR HOW MR. BUSCH

7   ATTEMPTED TO INVESTIGATE IT, AND THEY NEVER RESPONDED.  THEY

8   NEVER RESPONDED.

9        IN LIGHT OF MR. RASURE'S FAILURE TO PROVIDE THE BASIC

10  INFORMATION THAT HE WAS THE REAL DEAL, YOU WILL HEAR HOW

11  TECHSHOP CANCELED THE MEMORANDUM OF UNDERSTANDING SO THAT

12  TECHSHOP COULD SPEAK WITH OTHER POTENTIAL SUITERS.

13       YOU WILL HEAR THAT EVEN AFTER THE CANCELLATION OF THE

14  MEMORANDUM OF UNDERSTANDING HOW TECHSHOP CONTINUED TO ATTEMPT

15  TO WORK WITH MR. RASURE TO COMPLETE A TRANSACTION SO THAT THE

16  TECHSHOP STORES COULD REOPEN AND THE MEMBERS COULD, AGAIN,

17  HAVE ACCESS TO THEIR SPACE.

18       THOUGH THIS CONTINUED -- THIS NEGOTIATION CONTINUED FROM,

19  AGAIN, STARTING IN AT LEAST INITIALLY IN NOVEMBER, AND THEN

20  WITH THE MEMORANDUM OF UNDERSTANDING EXECUTED IN 1ST OF

21  DECEMBER 2017, AND THEN CANCELED BY TECHSHOP ON DECEMBER 13TH,

22  2017, YOU WILL HEAR HOW TECHSHOP CONTINUED TO ATTEMPT TO WORK

23  WITH MR. RASURE INTO FEBRUARY 2018.

24       BUT YOU WILL ALSO HEAR HOW THEY WERE NEVER ABLE TO COME TO

25  AN AGREEMENT.  MR. RASURE CONTINUED TO USE THE NAME TECHSHOP

1    FOR THE -- WITH REGARD TO THE ENTITY HE HAD CREATED TO

2    PURCHASE THE ASSETS OF TECHSHOP.  YOU WILL HEAR HOW TECHSHOP

3    NEVER AGREED THAT MR. RASURE COULD USE ITS TRADEMARKS TO OPEN

4    A MAKERSPACE.  NEVER AGREED THAT MR. RASURE COULD USE THE

5    TECHSHOP TRADEMARKS TO OPEN A MAKERSPACE JUST LIKE TECHSHOP

6    HAD.

7        AND THAT'S, AGAIN, WHEN YOU WILL GET TO THE POINT HERE

8    WHERE YOU WILL HEAR HOW IN MID-FEBRUARY, 2018, TECHSHOP WAS

9    SURPRISED WHEN THEY HEARD MR. RASURE MAKE A PUBLIC

10   ANNOUNCEMENT THAT HE WAS GOING TO OPEN TECHSHOP'S FORMER

11   FACILITY IN SAN FRANCISCO UNDER THE NAME TECHSHOP 2.0.

12       YOU WILL HEAR THERE WAS NO TRANSACTION GIVING MR. RASURE

13   THE RIGHT TO USE THE TECHSHOP TRADEMARKS AND HOW HE OPENED THE

14   FACILITY, PUBLICLY ANNOUNCED HE WAS GOING TO OPEN THE FACILITY

15   USING THE NAME TECHSHOP 2.0.

16       THROUGHOUT THIS TIME -- I'M GOING TO TAKE A BREAK FOR A

17   MOMENT.  LET'S GO THROUGH A FEW OF THE WITNESSES THAT YOU'LL

18   HEAR FROM.

19       FIRST WE ALREADY HEARD OF MR. NEWTON, THE FOUNDER OF

20   TECHSHOP.  YOU WILL HEAR FROM HIM FIRST.

21       AFTER THAT, YOU WILL HEAR FROM DAN WOODS, THE CEO OF

22   TECHSHOP.  AGAIN, YOU WILL HEAR ABOUT THE TREMENDOUS SUCCESS

23   OF TECHSHOP AND BOTH MR. NEWTON AND MR. WOODS ABOUT THEIR

24   DISCUSSIONS WITH MR. RASURE.

25       YOU WILL ALSO HEAR FROM, AS I MENTIONED, DOUG BUSCH, A

1    BOARD MEMBER OF TECHSHOP.  AGAIN, ABOUT HIS ASSOCIATION WITH

2    TECHSHOP AND ITS SUCCESS AND ALSO HIS NEGOTIATIONS WITH

3    MR. RASURE.

4        YOU WILL ALSO HEAR FROM THE FORMER MANAGER OF TECHSHOP SAN

5    FRANCISCO FACILITY, MR. RYAN SPURLOCK.  MR. RYAN SPURLOCK WAS

6    THE GENERAL MANAGER AND YOU'LL HEAR HOW HE ATTEMPTED TO WORK

7    WITH MR. RASURE TO REOPEN THE TECHSHOP STORES.  YOU WILL HEAR

8    HOW HE ATTEMPTED TO WORK WITH MR. RASURE RIGHT UP THROUGH

9    FEBRUARY TO REOPEN THE TECHSHOP STORES.

10       YOU WILL SEE THAT AS SOON AS TECHSHOP HEARD THAT

11   MR. RASURE WAS GOING TO REOPEN THE TECHSHOP FACILITY IN SAN

12   FRANCISCO USING THE NAME TECHSHOP 2.0, HOW TECHSHOP QUICKLY

13   REACTED, HOW THEY FIRST SENT AN EMAIL.  YOU WILL SEE THEM.

14   YOU WILL SEE HOW THEN TECHSHOP SENT A LETTER INFORMING

15   MR. RASURE AGAIN THAT HE HAD NO RIGHT TO USE THE TECHSHOP

16   MARKS.  NO DEAL HAD BEEN DONE.

17       YOU WILL THEN SEE THAT AFTER TECHSHOP SENT THAT NOTICE ON

18   FEBRUARY 14TH, THE NEXT DAY AN ARTICLE APPEARED IN THE *SAN*

19   *FRANCISCO CHRONICLE* ABOUT MR. RASURE'S OPENING OF TECHSHOP'S

20   FORMER FACILITY IN SAN FRANCISCO ON HOWARD STREET USING THE

21   NAME TECHSHOP 2.0.

22       THEN YOU WILL SEE THE NEXT DAY, FEBRUARY 16TH, 2018, HOW

23   TECHSHOP SENT ANOTHER LETTER TO MR. RASURE, AGAIN DEMANDING

24   THAT HE CEASE AND DESIST FROM THE INFRINGEMENT ATTACHING A

25   COPY OF THE COMPLAINT THAT'S IN THIS CASE.  YOU WILL SEE IT.

1    AND YOU WILL SEE THAT THE DEFENDANTS ARE MR. RASURE AND

2    TECHSHOP 2.0 AND TECHSHOP 2.0 LLC.

3        YOU'LL SEE HOW AFTER TECHSHOP SUED MR. RASURE FOR

4    INFRINGEMENT BY USING CONFUSINGLY SIMILAR VARIATIONS OF THE

5    TECHSHOP WORD MARK, HOW MR. RASURE THEN SWITCHED THE BOTTOM

6    ONE, THIS ONE RIGHT HERE (INDICATING).

7        YOU'LL HEAR EVIDENCE THAT MR. RASURE KNEW HE DID NOT HAVE

8    THE RIGHT TO USE THE TECHSHOP TRADEMARKS TO OPEN THE TECHSHOP

9    FACILITY IN SAN FRANCISCO.  YOU WILL HEAR HOW TECHSHOP ONLY

10   ALLOWED MR. RASURE TO USE THE NAME TECHSHOP 2.0 FOR THE

11   VEHICLE TO PURCHASE THE TECHSHOP ASSETS, BUT THE DEAL NEVER

12   WENT THROUGH.

13       YOU'LL HEAR FROM THE TECHSHOP WITNESSES HOW TECHSHOP

14   CONTINUOUSLY USED THE TECHSHOP MARKS AND ENFORCED AND

15   PROTECTED THEM.  YOU WILL HEAR THAT'S WHY THEY FILED THIS

16   LAWSUIT.

17       IN ADDITION TO MR. RASURE'S JUST -- YOU WILL HEAR EVIDENCE

18   OF HIS ACTUAL KNOWLEDGE OF THE TECHSHOP TRADEMARKS, AGAIN, YOU

19   WILL HAVE HEARD THAT'S ONE THING THAT WAS BEING NEGOTIATED

20   FOR, YOU WILL SEE ALL THE DOCUMENTS WHERE TECHSHOP MARKED THE

21   DOCUMENTS WITH THE LITTLE "R" IN THE CIRCLE INDICATING ITS

22   TRADEMARK RIGHTS.

23       NOW, AFTER TECHSHOP DID FILE A LAWSUIT AGAINST MR. RASURE,

24   YOU'LL HEAR HOW, AGAIN, SINCE TECHSHOP DIDN'T HAVE ANY FUNDS,

25   HOW TECHSHOP FILED THE BANKRUPTCY IN THIS CASE.

1    YOU HEARD ME MENTION EARLIER THAT TECHSHOP, AT THE TIME

2    THAT TECHSHOP CLOSED ITS DOORS, YOU WILL HEAR EVIDENCE IT DID

3    NOT HAVE ENOUGH FUNDS TO CONTINUE TO OPERATE, AND THAT PART OF

4    THE INITIAL PROPOSED TRANSACTION WAS THAT MR. RASURE WAS GOING

5    TO HAVE TO PUT UP FUNDS TO EVEN ALLOW TECHSHOP TO NEGOTIATE.

6    ONE ASPECT OF THAT IS TECHSHOP NEEDED LAWYERS TO REVIEW A

7    PROPOSED TRANSACTION.  YOU WILL HEAR HOW IT WAS PART OF THE

8    DEAL MR. RASURE WAS GOING TO HAVE TO PUT UP MONEY EVEN FOR

9    TECHSHOP TO HIRE LAWYERS TO PROTECT ITSELF.

10   SO WE HAVE MR. NEWTON, MR. WOODS, MR. BUSCH, AND YOU WILL

11   HAVE HEARD FROM RYAN SPURLOCK AS WELL.  AS I MENTIONED, YOU

12   WILL HEAR FROM MR. SPURLOCK ABOUT HIS EFFORTS TO WORK WITH

13   MR. RASURE TO REOPEN THE STORES.

14   SO, AGAIN, YOU WILL HAVE HEARD EVIDENCE THAT WITHOUT

15   CONSENT, MR. RASURE AND THE TECHSHOP 2.0 ENTITIES USED THE

16   TECHSHOP MARKS.  YOU'LL SEE THE EVIDENCE OF HOW THEY USED THEM

17   IN A MANNER THAT TECHSHOP ALLEGED INFRINGED THE TRADEMARKS.

18   NOW, I MENTIONED BEFORE ABOUT TECHSHOP'S LICENSING PROGRAM

19   AND THE EVIDENCE YOU WILL HEAR ABOUT THAT.  YOU WILL ALSO HEAR

20   FROM A WITNESS, DR. ERIC MATOLO.  DR. MATOLO HAS A PH.D. IN

21   ECONOMICS AND HE WILL TELL YOU HOW HE LOOKED AT THE DOCUMENTS

22   HERE, INCLUDING TECHSHOP'S LICENSES, TO DETERMINE HOW MUCH A

23   LICENSE FOR THE TECHSHOP MARKS WOULD HAVE BEEN WORTH; HOW

24   MUCH, IF A TRANSACTION HAD GONE THROUGH, HOW MUCH WOULD THAT

25   LICENSE HAVE BEEN WORTH.  YOU WILL HEAR HIM ARRIVE AT HIS

1    OPINION.

2        YOU WILL HEAR THAT HIS OPINION IS THAT THE DAMAGES

3    TECHSHOP SUFFERED FROM LOST LICENSING REVENUE WAS UP TO

4    $1.5 MILLION.  THAT'S THE RIGHT TO LICENSE THE MARKS FOR THE

5    NATIONWIDE, INDEED WORLDWIDE USE OF THE TECHSHOP TRADEMARKS

6    AND ITS WORLDWIDE FAME.

7        YOU'LL HEAR HOW ONE DATA POINT THAT MR. -- DR. MATOLO,

8    THAT IS, RELIED ON WAS MR. RASURE'S OWN OFFER TO OTHERS TO

9    LICENSE THE TECHSHOP TRADEMARKS WHEN HE DIDN'T EVEN HAVE THE

10   MARKS.  YOU WILL HEAR HOW MR. RASURE SOUGHT TO LICENSE OTHERS

11   TO USE THE TECHSHOP TRADEMARKS FOR NUMBERS -- SIMILAR NUMBERS.

12       FINALLY, YOU WILL ALSO HEAR -- YOU WILL ALSO HEAR FROM

13   DR. MATOLO ABOUT ANOTHER FORM OF DAMAGES THAT HE OPINED ON,

14   WHICH IS DEFENDANTS' PROFITS.  AND YOU WILL HEAR HOW HE

15   CALCULATED THE REVENUES OF DEFENDANTS.  YOU WILL HEAR HIS

16   OPINION ON THAT.

17       NOW, I MENTIONED BEFORE ABOUT MR. SPURLOCK'S WORK WITH

18   MR. RASURE, HOW HE CONTINUED TO WORK WITH HIM INTO FEBRUARY OF

19   2018.  WHAT YOU WILL HEAR FROM MR. SPURLOCK, YOU WILL HEAR HOW

20   MR. RASURE TOLD HIM THAT HE KNEW HE DID NOT HAVE THE RIGHT TO

21   USE THE TECHSHOP TRADEMARKS, BUT HE WAS DOING IT ANYWAY

22   BECAUSE HE DID NOT BELIEVE TECHSHOP HAD THE MONEY TO HIRE A

23   LAWYER TO DEFEND TECHSHOP.  YOU WILL HEAR FROM MR. SPURLOCK ON

24   THAT.

25       THANK YOU.

1          **THE COURT:**  MS. ROBERTS, IS THE DEFENSE PREPARED TO

2     PRESENT ITS OPENING?

3          **MS. ROBERTS:**  YES, YOUR HONOR.

4                         **OPENING STATEMENT**

5          **MS. ROBERTS:**  GOOD AFTERNOON.  I AM GOING TO

6     INTRODUCE MYSELF AGAIN.

7       MY NAME IS ANDREA ROBERTS AND I REPRESENT THE DEFENDANT

8     DAN RASURE, AND HIS TWO COMPANIES, THESHOP.BUILD AND

9     THESHOP.BUILD SAN FRANCISCO.

10      I WOULD LIKE TO TELL YOU A LITTLE BIT MORE ABOUT

11    MR. RASURE AND HIS COMPANIES, AND THEN I WOULD LIKE TO SHARE

12    WITH YOU WHAT THE EVIDENCE IN THIS CASE WILL SHOW.

13      MR. RASURE GREW UP IN KANSAS, AND HE HAS A HISTORY IN

14    BUILDING, DESIGNING, ENGINEERING, SELLING, AND MARKETING

15    PRODUCTS.  HE WILL TELL YOU THAT HE HAS (SIC) BUILDING IN

16    WORKSHOPS FOR AS LONG AS HE CAN REMEMBER.  HIS FAMILY OWNED A

17    LUMBER YARD AND HE STARTED OUT REPAIRING EQUIPMENT AT THE

18    FAMILY LUMBER YARD.  HE LATER PROGRESSED TO HIS OWN PROJECTS,

19    AND THEN HE STARTED ACQUIRING COMPANIES AND CONTINUED TO BUILD

20    AND CREATE IN CONNECTION WITH THOSE ACQUIRED COMPANIES.

21      MR. RASURE FOUNDED THESHOP.BUILD AND THESHOP.BUILD SAN

22    FRANCISCO.  YOU'VE ALREADY HEARD ABOUT THEM A LITTLE BIT, BUT

23    WE'LL TALK ABOUT THE HISTORY OF THEIR FOUNDING, BUT I FIRST

24    WANT TO TELL YOU WHAT THESHOP.BUILD IS.

25      IT'S A MAKERSPACE, WHICH IS A TERM YOU'VE ALREADY HEARD

OPENING STATEMENT - ROBERTS

1    TODAY.  THESHOP.BUILD'S FACILITY HAVE MACHINERY THAT MOST

2    PEOPLE DON'T OWN THEMSELVES SUCH AS 3D PRINTERS, LASERS, HEAVY

3    METAL WORKING TOOLS, WOODWORKING TOOLS, INDUSTRIAL SEWING

4    MACHINES, AND WELDERS.  CUSTOMERS CAN PURCHASE MEMBERSHIPS AND

5    THEN HAVE ACCESS TO THE FACILITIES AND TOOLS IN THE

6    FACILITIES.  THESHOP.BUILD ALSO OFFERS CLASSES ON HOW TO USE

7    THE TOOLS AND HOW TO DO SPECIFIC PROJECTS.

8        NOW LET'S TURN TO WHAT THE EVIDENCE WILL SHOW ABOUT

9    WHETHER THERE IS INFRINGEMENT OF TECHSHOP SERVICE MARKS.

10       AS YOU'VE HEARD, THERE ARE TWO NAMES AT ISSUE HERE,

11   TECHSHOP 2.0 AND THESHOP.BUILD.  YOU'VE HEARD TECHSHOP'S

12   THEORY OF THE CASE.  I WILL NOW EXPLAIN TO YOU WHAT WE BELIEVE

13   THE EVIDENCE IS GOING TO SHOW.  THERE ARE THREE CLAIMS HERE

14   AND I'LL ADDRESS EACH ONE IN TURN.

15       FIRST, TECHSHOP'S CLAIM THAT TECHSHOP 2.0 INFRINGES.

16   SECOND, TECHSHOP'S CLAIM THAT THE THESHOP.BUILD INFRINGES.

17   AND, THIRD, MR. RASURE'S CLAIM THAT TECHSHOP COMMITTED FRAUD.

18       DO YOU MIND IF WE TAKE DOWN YOUR....

19                      (DISPLAY REMOVED)

20       OKAY.  LET'S START WITH THE FIRST CLAIM, AND THAT IS THAT

21   TECHSHOP 2.0 INFRINGES.

22       THE EVIDENCE WILL SHOW THAT TECHSHOP CANNOT MEET ITS

23   BURDEN OF PROVING THAT TECHSHOP 2.0 INFRINGES ITS MARKS FOR AT

24   LEAST THREE REASONS.

25       FIRST, THE EVIDENCE WILL SHOW THAT MR. RASURE AND HIS

1   COMPANIES USED THE TECHSHOP 2.0 NAME WITH TECHSHOP'S CONSENT.

2   USE OF A TRADEMARK ONLY CONSTITUTES INFRINGEMENT IF THE USE IS

3   WITHOUT THE CONSENT OF THE TRADEMARK OWNER.

4        MR. RASURE WILL TESTIFY AND HE'S GOING TO TELL YOU THAT

5   THE HISTORY OF TECHSHOP'S CONSENT TO THE NAME TECHSHOP 2.0.

6   IT ALL STARTED ON NOVEMBER 15TH, 2017.  THAT'S THE DAY THAT

7   TECHSHOP SHUT DOWN ALL OF ITS U.S. LOCATIONS WITHOUT GIVING

8   ANY PRIOR NOTICE TO MEMBERS.  TECHSHOP LOCKED MEMBERS OUT OF

9   THE BUILDINGS AND ANNOUNCED THAT IT WAS DECLARING BANKRUPTCY.

10       MR. RASURE HAD BEEN FOLLOWING TECHSHOP SINCE ITS FOUNDING.

11  WHEN HE HEARD ABOUT TECHSHOP'S CLOSURE, HE REACHED OUT AND

12  OFFERED TO BUY THE COMPANY AND REOPEN THE LOCATIONS.

13       TECHSHOP AGREED.  TECHSHOP AND MR. RASURE THEN QUICKLY

14  BEGAN NEGOTIATING THE TERMS OF A DEAL.  STARTING IN THOSE

15  EARLY NEGOTIATIONS, MR. RASURE BEGAN CALLING HIS COMPANY

16  TECHSHOP 2.0.  TECHSHOP DID NOT OBJECT TO THAT NAME.

17       IN FACT, TECHSHOP EVEN REFERRED TO MR. RASURE'S COMPANY AS

18  TECHSHOP 2.0.  YOU ARE GOING TO SEE DOCUMENT AFTER DOCUMENT

19  AFTER DOCUMENT IN WHICH TECHSHOP'S REPRESENTATIVES REFERRED TO

20  MR. RASURE'S COMPANY AS TECHSHOP 2.0.

21       FOR EXAMPLE, YOU'LL SEE THAT TECHSHOP'S CEO PREPARED AN

22  ANNOUNCEMENT OF THE EXPECTED DEAL AND CALLED MR. RASURE'S

23  COMPANY IN THAT ANNOUNCEMENT TECHSHOP 2.0.

24       YOU WILL ALSO SEE ANOTHER EMAIL IN WHICH ONE OF TECHSHOP'S

25  BOARD MEMBERS, MR. DOUG BUSCH, ASKED MR. RASURE IF HE WAS SURE

 1  HE WANTED TO CALL HIS COMPANY TECHSHOP 2.0.  MR. BUSCH SAID TO

 2  MR. RASURE, TOTALLY YOUR CALL.  TECHSHOP'S CEO DAN WOODS THEN

 3  CHIMED IN SAYING, YES, THIS IS DAN'S CALL.

 4      ON DECEMBER 1ST, 2017, TECHSHOP AND MR. RASURE ENTERED

 5  INTO A MEMORANDUM OF UNDERSTANDING REGARDING THE PRINCIPAL

 6  TERMS OF THE DEAL.  YOU'RE GOING TO SEE THAT DOCUMENT IN THE

 7  COURSE OF THE CASE.  AND IN THAT DOCUMENT, YOU'LL SEE THAT

 8  MR. RASURE'S COMPANY IS CALLED TECHSHOP 2.0.  THE DOCUMENT WAS

 9  SIGNED BY TECHSHOP'S CEO MR. WOODS.  THE MEMORANDUM OF

10  UNDERSTANDING GAVE THE PARTIES UNTIL DECEMBER 21ST TO FINALIZE

11  ALL OF THE TERMS OF THE DEAL.

12      TECHSHOP THEN ANNOUNCED THE DEAL TO ITS EMPLOYEES, ITS

13  INVESTORS, AND THE PUBLIC.  TECHSHOP REFERRED TO MR. RASURE'S

14  COMPANY AS TECHSHOP 2.0 IN ITS ANNOUNCEMENT TO ITS EMPLOYEES.

15      TECHSHOP SENT OUT AN EMAIL TO ALL OF ITS SHAREHOLDERS

16  ANNOUNCING THE DEAL AND REFERENCED -- REFERRED TO MR. RASURE'S

17  COMPANY AS TECHSHOP 2.0.

18      AND TECHSHOP ANNOUNCED THE DEAL TO THE PUBLIC, INCLUDING

19  ON SOCIAL MEDIA SUCH AS FACEBOOK, INSTAGRAM, AND TWITTER.  AND

20  IN ALL THOSE ANNOUNCEMENTS REFERRED TO MR. RASURE'S COMPANY AS

21  TECHSHOP 2.0.

22      THE NEGOTIATIONS CONTINUED AND TECHSHOP SENT MR. RASURE A

23  DRAFT ASSET PURCHASE AGREEMENT THAT LAID OUT ALL OF THE

24  DETAILS FOR THE POTENTIAL DEAL.  IN THAT DRAFT AGREEMENT,

25  MR. RASURE'S COMPANY IS AGAIN IDENTIFIED AS TECHSHOP 2.0.

1    THIS IS A DRAFT AGREEMENT THAT WAS PREPARED BY TECHSHOP AND

2    SENT TO MR. RASURE.

3        THEN TECHSHOP UNILATERALLY CANCELED THE MEMORANDUM OF

4    UNDERSTANDING WITHOUT PRIOR NOTICE.

5        ON DECEMBER 12TH, TECHSHOP'S COUNSEL SENT MR. RASURE AN

6    EMAIL TELLING HIM THAT THE MEMORANDUM OF UNDERSTANDING WAS

7    TERMINATED.  ALTHOUGH THE PARTIES HAD OVER A WEEK TO FINALIZE

8    THE TERMS OF THE DEAL, BECAUSE REMEMBER THE MEMORANDUM OF

9    UNDERSTANDING GAVE THEM UNTIL DECEMBER 21ST, TECHSHOP TOOK THE

10   POSITION THAT MR. RASURE WASN'T MOVING FAST ENOUGH TO GET THEM

11   INFORMATION.

12       IN THIS TERMINATION EMAIL THAT YOU WILL SEE THAT IS SENT

13   BY TECHSHOP'S LAWYER, THE LAWYER REFERRED TO MR. RASURE'S

14   COMPANY AS TECHSHOP 2.0 AND DID NOT SAY THAT MR. RASURE NEEDED

15   TO STOP USING THAT NAME.  EVEN AFTER TECHSHOP TERMINATED THE

16   MEMORANDUM OF UNDERSTANDING, THE PARTIES CONTINUED NEGOTIATING

17   A POTENTIAL DEAL.  MR. RASURE MADE PROPOSALS THROUGHOUT

18   JANUARY OF 2018 AND THE PARTIES WERE NEGOTIATING RIGHT UP

19   UNTIL THE FILING OF THIS LAWSUIT.

20       AGAIN, BOTH MR. RASURE AND TECHSHOP CONTINUED TO CALL HIS

21   COMPANY TECHSHOP 2.0 IN THESE NEGOTIATIONS.  AS LATE AS

22   FEBRUARY 1ST, WHICH WAS TWO WEEKS BEFORE THIS CASE WAS FILED,

23   TECHSHOP REFERRED TO MR. RASURE'S COMPANY AS TECHSHOP 2.0 IN

24   AN EMAIL RESPONDING TO A PROPOSAL FOR MR. RASURE.

25       AND ONLY TWO DAYS BEFORE THIS LAWSUIT WAS FILED, ON

1    FEBRUARY 14TH, TECHSHOP CALLED MR. RASURE'S COMPANY TECHSHOP

2    2.0 IN A LETTER AND DID NOT SAY THAT THE NAME INFRINGED

3    TECHSHOP'S MARKS.  SO RIGHT UP UNTIL TWO DAYS BEFORE THIS

4    LAWSUIT WAS FILED, TECHSHOP CONSENTED TO MR. RASURE'S USE OF

5    THE NAME TECHSHOP 2.0.

6        YOU WILL HEAR FROM MR. RASURE, AND YOU WILL SEE DOCUMENTS

7    THAT SHOW THAT THE NEGOTIATIONS CONTINUED.  MR. RASURE WAS

8    NEGOTIATING TO ACQUIRE TECHSHOP RIGHT UP UNTIL THE DAY THE

9    LAWSUIT WAS FILED.

10       THE VERY FIRST INKLING THAT MR. RASURE HAD THAT TECHSHOP

11   OBJECTED TO THE NAME TECHSHOP 2.0 WAS AT 7:21 P.M. ON FRIDAY,

12   FEBRUARY 16TH, 2018, THE DAY THIS LAWSUIT WAS FILED.  AND I

13   WILL ADD, THE FRIDAY BEFORE THE HOLIDAY WEEKEND.

14       TECHSHOP FILED THIS LAWSUIT AND THEN SENT THAT LETTER ON

15   FEBRUARY 16TH TO DEMAND MR. RASURE STOP USING THE NAME

16   TECHSHOP 2.0, AND TO LET HIM KNOW THAT A LAWSUIT HAD ALREADY

17   BEEN FILED.  TECHSHOP DID NOT OBJECT TO MR. RASURE'S USE OF

18   THE NAME TECHSHOP 2.0 BEFORE FILING A LAWSUIT.  AS SOON AS

19   TECHSHOP OBJECTED, MR. RASURE TOOK STEPS TO CHANGE THE NAME OF

20   TECHSHOP 2.0 TO THESHOP.BUILD.

21       MR. RASURE OPENED HIS FIRST LOCATION ON FEBRUARY 19TH OF

22   2018 UNDER THE NAME THESHOP.BUILD.  HE WORKED TO CHANGE THE

23   WEBSITE, DOMAIN NAME, FACEBOOK GROUPS, AND ANYTHING ELSE THAT

24   HAD THE NAME TECHSHOP 2.0 ON IT AS QUICKLY AS POSSIBLE.

25       SINCE MR. RASURE AND HIS COMPANIES DID NOT USE THE NAME

1    TECHSHOP 2.0 AFTER TECHSHOP OBJECTED, TECHSHOP CANNOT PROVE

2    INFRINGEMENT.

3        A SECOND REASON WHY TECHSHOP CANNOT MEET ITS BURDEN THAT

4    USE OF TECHSHOP 2.0 INFRINGED ITS MARKS IS BECAUSE MR. RASURE

5    DID NOT SELL ANY PRODUCTS OR SERVICES UNDER THE NAME

6    TECHSHOP 2.0.

7        MR. RASURE WILL TESTIFY THAT HE NEVER OPENED A LOCATION

8    WITH THE NAME TECHSHOP 2.0.  HE DID NOT START SELLING

9    PRE-MEMBERSHIPS FOR THE LOCATION HE INTENDED TO OPEN UNTIL

10   FEBRUARY 12TH.  HE SOLD THOSE PRE-MEMBERSHIPS UNDER THE NAME

11   TECHSHOP 2.0 FOR ONLY FIVE DAYS, FEBRUARY 12TH, 13TH, 14TH,

12   15TH, AND 16TH.  THAT WAS ENTIRELY WITHIN THE CONSENT PERIOD.

13   THEN HE CHANGED THE NAME AS SOON AS HE GOT NOTICE OF

14   TECHSHOP'S OBJECTION.  MR. RASURE OPENED THESHOP.BUILD ON

15   FEBRUARY 19TH.

16       A THIRD REASON WHY TECHSHOP CANNOT MEET ITS BURDEN OF

17   PROOF FOR TECHSHOP 2.0 IS BECAUSE INFRINGEMENT ONLY EXISTS IF

18   A TERM IS USED IN A MANNER THAT IS LIKELY TO CAUSE CONFUSION

19   AMONG ORDINARY CONSUMERS.  TECHSHOP CANNOT PROVE LIKELIHOOD OF

20   CONFUSION HERE.

21       MR. RASURE WILL TESTIFY THAT WHEN THE PARTIES ANNOUNCED

22   THE MEMORANDUM OF UNDERSTANDING, THEY MADE IT VERY CLEAR THAT

23   TECHSHOP 2.0 WAS A NEW COMPANY.  YOU WILL SEE THAT WHEN

24   TECHSHOP ANNOUNCED THE DEAL, TECHSHOP IDENTIFIED TECHSHOP 2.0

25   AS A NEW ENTITY.

1      WHEN MR. RASURE ANNOUNCED THE DEAL, HE SIMILARLY REFERRED

2    TO TECHSHOP 2.0 AS A NEW COMPANY AND TECHSHOP AS THE PREVIOUS

3    COMPANY.

4      MARK BÜNGER, AN EXPERT IN BRAND VALUE AND MAKERSPACES WILL

5    TESTIFY, AND YOU WILL HEAR THAT IN HIS OPINION, THERE IS NO

6    CHANCE OF CONFUSION BECAUSE THE CONSUMERS IN THIS INDUSTRY

7    KNEW THE DIFFERENCE BETWEEN THE PARTIES.

8      MR. RASURE WILL ALSO TESTIFY THAT ORDINARY CONSUMERS IN

9    THIS INDUSTRY ARE VERY WELL-INFORMED AND, THUS, THERE IS NO

10   LIKELIHOOD OF CONFUSION BETWEEN THE TWO COMPANIES.

11     NOW LET'S TAKE A LOOK AT THE EVIDENCE IN CONNECTION WITH

12   TECHSHOP'S CLAIM THAT THESHOP.BUILD INFRINGES ITS MARKS.

13   AGAIN, THERE ARE SEVERAL REASONS WHY TECHSHOP CANNOT MEET ITS

14   BURDEN OF INFRINGEMENT.

15     FIRST, ONCE AGAIN, TECHSHOP DID NOT OBJECT TO THE NAME

16   THESHOP.BUILD.  THE EVIDENCE WILL SHOW THAT TECHSHOP KNEW THAT

17   MR. RASURE'S COMPANIES CHANGED THEIR NAMES.  TECHSHOP KNEW

18   WHAT THEY CHANGED THEIR NAMES TO.

19     MR. RASURE OPENED THE SAN FRANCISCO LOCATION OF THE

20   THESHOP.BUILD ON FEBRUARY 19TH, 2018.  HE OPENED THE SECOND

21   LOCATION IN SAN JOSE ON AUGUST 22ND, 2018.  IT WAS NOT UNTIL

22   NOVEMBER 23RD OF 2018 THAT TECHSHOP FIRST TOLD MR. RASURE AND

23   HIS COMPANIES THAT IT THOUGHT THESHOP.BUILD WAS ALSO

24   INFRINGING.

25     MR. RASURE AND HIS COMPANIES HAD BEEN USING THE NAME

1    THESHOP.BUILD FOR NINE MONTHS BEFORE TECHSHOP EVER COMPLAINED

2    ABOUT IT.

3         SECOND, TECHSHOP CANNOT MEET ITS BURDEN OF PROOF FOR

4    THESHOP.BUILD BECAUSE THERE IS NO LIKELIHOOD OF CONFUSION.

5    AGAIN, TRADEMARK LAW PROTECTS AGAINST ONE COMPANY TRYING TO

6    CONFUSE CONSUMERS ABOUT THE SOURCE OF THEIR PRODUCTS.

7         AT THE END OF THE CASE, THE JUDGE IS GOING TO GIVE YOU

8    INSTRUCTIONS ON TRADEMARK LAW, AND YOU WILL HEAR THAT THERE

9    ARE DIFFERENT FACTORS YOU CAN WEIGH.

10        AS YOU HEAR THE EVIDENCE, CONSIDER WHAT ARE THE

11   SIMILARITIES BETWEEN TECHSHOP AND THESHOP.BUILD.  YOU WILL

12   HEAR THAT TECHSHOP SERVICE MARKS ONLY COVERED THE WORD

13   "TECHSHOP".  THEY DO NOT COVER A LOGO.  THE ONLY SIMILARITY

14   BETWEEN THE WORDS TECHSHOP AND THESHOP.BUILD IS THE WORD SHOP.

15        **MR. PISTORINO:**  I AM SORRY TO OBJECT.  I BELIEVE THIS

16   LINE IS IMPROPER, YOUR HONOR.

17        **THE COURT:**  IS THE OBJECTION ARGUMENTATIVE?

18        **MR. PISTORINO:**  YES, YOUR HONOR.

19        **THE COURT:**  SUSTAINED.

20        **MR. PISTORINO:**  THANK YOU.

21        **MS. ROBERTS:**  AS YOU HEAR THE EVIDENCE, CONSIDER WHAT

22   THE WORD "SHOP" MEANS AND THE WAY MY CLIENT, MR. RASURE, IS

23   USING THE SHOP IS CONSISTENT WITH THAT MEANING.  IT'S HIS

24   BUSINESS.  IT'S A WORKSHOP.  IT'S A SHOP.

25        YOU WILL ALSO HEAR THAT THERE IS NO LIKELIHOOD OF

1    CONFUSION BECAUSE, AGAIN, THE PARTIES MADE VERY CLEAR THAT

2    THERE WERE TWO DIFFERENT COMPANIES, AND CONSUMERS IN THE

3    INDUSTRY ARE WELL-INFORMED AND SOPHISTICATED AND UNDERSTOOD

4    THE DIFFERENCES.

5        NOW LET'S TALK ABOUT DAMAGES.  TECHSHOP IS SEEKING DAMAGES

6    BASED ON THE USE OF TECHSHOP 2.0 AND THESHOP.BUILD.  DAMAGES

7    ARE THE AMOUNT OF MONEY THAT TECHSHOP IS ASKING FOR.

8        YOU'VE HEARD THE AMOUNTS THAT TECHSHOP'S COUNSEL TOLD YOU

9    THAT THEY ARE ASKING FOR.  IN THIS CASE, TECHSHOP SHOULD GET

10   ZERO DOLLARS, AND THERE ARE SEVERAL REASONS WHY.

11       FIRST, THE EVIDENCE WILL SHOW THAT THE TECHSHOP MARK IS

12   NOT VALUABLE.  YOU WILL HEAR THAT CUSTOMERS WERE VERY

13   FRUSTRATED AND UNHAPPY WHEN TECHSHOP SHUT ITS DOORS.  WHEN YOU

14   HAVE CUSTOMERS SAY BAD THINGS ABOUT YOU, YOU DON'T HAVE A

15   VALUABLE BRAND.

16       YOU ALSO HEARD TECHSHOP SAY THAT IT'S BASING ITS DAMAGES

17   CALCULATION ON PRIOR LICENSE AGREEMENTS COVERING THE TECHSHOP

18   MARKS.  YOU HEARD THAT THESE ARE PRIOR LICENSE AGREEMENTS IN

19   FOREIGN COUNTRIES, IN JAPAN, FRANCE, ABU DHABI.  YOU WILL ALSO

20   HEAR THAT EACH OF THOSE LICENSES PREDATES TECHSHOP'S ABRUPT

21   CLOSURE IN THE UNITED STATES.  SO THERE'S A DIFFERENT SET OF

22   FACTS AS TO THE VALUE THAT THE LICENSEES WOULD HAVE PLACED ON

23   THESE MARKS BEFORE AND AFTER THE ABRUPT CLOSURE.

24       SECOND, TECHSHOP DECLARED BANKRUPTCY.  THAT IS A PUBLIC

25   DECLARATION YOU ARE NOT AN ONGOING BUSINESS OF VALUE TO

1    CONSUMERS.

2        THIRD, TECHSHOP IS ASKING FOR THESHOP.BUILD'S PROFITS.

3    TECHSHOP CLOSED ITS DOORS ON NOVEMBER 15TH, 2017.  IT HAS NOT

4    OFFERED ANY PRODUCTS OR SERVICES FOR SALE AFTER THAT DATE.

5    MR. RASURE DID NOT OPEN HIS BUSINESS UNTIL FEBRUARY 19TH,

6    THREE MONTHS LATER.  SO ANY PROFITS EARNED BY THE SHOP WERE

7    NOT DIVERTED FROM TECHSHOP BECAUSE TECHSHOP WASN'T SELLING

8    ANYTHING.

9        FINALLY, THERE ARE NO PROFITS.  YOU WILL HEAR FROM THE

10   CHIEF FINANCIAL OFFICER OF THESHOP.BUILD, JEREMIAH JOHNSON.

11   AND HE WILL TELL YOU THAT IN THE 15 MONTHS THE BUSINESS HAS

12   BEEN OPEN, IT HAS NOT MADE A PENNY.  SO THERE ARE NO PROFITS

13   FOR TECHSHOP TO RECOVER.

14       THAT BRINGS US TO MR. RASURE'S CLAIM THAT TECHSHOP

15   COMMITTED FRAUD.  NOT ONLY HAS MR. RASURE AND HIS COMPANIES

16   NOT MADE MONEY ON THE BUSINESS, BUT MR. RASURE LOST MONEY AS A

17   RESULT OF TECHSHOP'S FRAUD.

18       YOU WILL SEE THAT IN THE MEMORANDUM OF UNDERSTANDING, THE

19   PARTIES AGREED THAT PART OF WHAT MR. RASURE WOULD PAY TO BUY

20   ALL OF TECHSHOP'S ASSETS WAS OUTSTANDING EXPENSES OF TECHSHOP.

21   MR. RASURE WILL TESTIFY THAT RELYING ON TECHSHOP'S PROMISE TO

22   MAKE A DEAL, HE PAID FOR TECHSHOP'S COUNSEL, OVERDUE MEDICAL

23   INSURANCE FOR TECHSHOP EMPLOYEES, TECHSHOP'S DIRECTOR OF

24   MARKETING, AND GOOGLE CHARGES ALL THAT WERE OVERDUE FOR

25   TECHSHOP.

1      MR. RASURE PAID OVER $33,000 AS PART OF THESE EXPENSES

2   THAT WERE TECHSHOP'S EXPENSES AND WERE PART OF THE DEAL UNDER

3   WHICH HE WOULD PURCHASE THE COMPANY.  AS YOU HEARD, THAT DEAL

4   DIDN'T GO THROUGH BUT TECHSHOP NEVER REPAID MR. RASURE.

5      YOU WILL ALSO HEAR THAT THIS LITIGATION HAS CAUSED

6   MR. RASURE TO SUFFER BEYOND THESE OUT-OF-POCKET COSTS.  IT HAS

7   AFFECTED HIS INCOME, HIS CREDIT, AND HIS REPUTATION.

8      TO CLOSE, YOU ARE GOING TO HEAR TECHSHOP'S STORY FIRST.

9   MR. RASURE AND HIS COMPANIES HAVE TO WAIT BEFORE THEY CAN

10  PRESENT THEIR SIDE OF THE STORY.  I ASK THAT YOU RESERVE

11  JUDGMENT UNTIL YOU'VE HEARD ALL OF THE EVIDENCE.

12     I THANK YOU FOR YOUR SERVICE.

13         **THE COURT:**  SO AT THIS POINT, LADIES AND GENTLEMEN,

14  THE PLAINTIFF IS GOING TO BEGIN PRESENTING ITS CASE.

15     AND I'LL ASK MR. PISTORINO IF YOU ARE PREPARED TO CALL

16  YOUR FIRST WITNESS.

17         **MR. PISTORINO:**  WE ARE, YOUR HONOR.  TECHSHOP CALLS

18  JAMES NEWTON.

19               (PAUSE IN THE PROCEEDINGS.)

20         **THE CLERK:**  STAND AND RAISE YOUR RIGHT HAND FOR ME,

21  PLEASE.

22     (**JAMES NEWTON**, CALLED AS A WITNESS FOR THE PLAINTIFF,

23  HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

24         **THE WITNESS:**  YES.

25         **THE CLERK:**  YOU MAY BE SEATED.  ONCE SEATED, I'M

```
 1    GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

 2    LAST NAME FOR THE RECORD.

 3            THE WITNESS:  JAMES NEWTON.  J-A-M-E-S N-E-W-T-O-N.

 4            THE CLERK:  THANK YOU.

 5                       DIRECT EXAMINATION

 6    BY MR. PISTORINO:

 7    Q.  GOOD AFTERNOON, MR. NEWTON.

 8    A.  GOOD AFTERNOON.

 9    Q.  MR. NEWTON, CAN YOU PLEASE TELL THE JURY A LITTLE BIT

10    ABOUT YOURSELF?

11    A.  HOW DO YOU MEAN?

12    Q.  ARE YOU A BAY AREA NATIVE, SIR?

13    A.  YES.  BORN AND RAISED IN THE SAN FRANCISCO BAY AREA.

14    Q.  DO YOU HAVE A FAMILY, SIR?

15    A.  YES.  I HAVE A VERY SUPPORTIVE WIFE AND THREE WONDERFUL

16    KIDS.

17    Q.  AND CAN YOU TELL THE JURY A LITTLE BIT ABOUT YOUR

18    EDUCATIONAL BACKGROUND?

19    A.  I WENT TO SAN JOSE STATE UNIVERSITY AND BRANHAM HIGH

20    SCHOOL IN SAN JOSE.  AND I GOT INTERESTED IN COMPUTER GRAPHICS

21    IN COLLEGE.

22        SUBSEQUENTLY WENT ON TO START A NEW COMPANY TO DO COMPUTER

23    GRAPHICS AND NEW SYSTEMS.  THAT WAS BACK IN THE DAY WHEN

24    COMPUTER GRAPHICS WERE PRETTY NEW.

25    Q.  DID YOU GET A DEGREE FROM SAN JOSE STATE?
```

1    **A.**  I DID NOT, BUT I WROTE THE PROGRAM FOR THE COMPUTER

2    GRAPHICS DEGREE PROGRAM BECAUSE IT DIDN'T EXIST.  AND THEN I

3    ENDED UP NOT GETTING -- I GOT HIRED AWAY.

4    **Q.**  CAN YOU PLEASE TELL THE JURY A LITTLE BIT ABOUT YOUR WORK

5    HISTORY, SIR?

6    **A.**  YEAH.  MY WHOLE LIFE I HAVE BEEN A TINKERER, A MAKER, WHAT

7    THEY CALL A MAKER.  I LIKE TO MAKE THINGS WITH MY HANDS.

8    DESIGN THINGS.  SORRY, I WAS GETTING WAVES FROM SOMEBODY OVER

9    THERE.

10        AND HAD A SERIES OF BUSINESSES, COMPUTER GRAPHICS BUSINESS

11   THAT I MENTIONED.  ALSO DID BUSINESS THAT DEVELOPED WEBSITES,

12   DATABASE DRIVEN WEBSITES EARLY ON.  DID ICONS, USER INTERFACE

13   GRAPHICS FOR A LOT OF THE COMPANIES IN SILICON VALLEY OVER THE

14   YEARS.  AND, YEAH.

15   **Q.**  I THINK I HEARD YOU MENTIONED THAT YOU WERE A MAKER; IS

16   THAT RIGHT?

17   **A.**  I'VE ALWAYS BEEN A MAKER.  STILL AM.  YES.

18   **Q.**  CAN YOU DESCRIBE FOR THE JURY SOME THINGS THAT YOU'VE

19   MADE?

20   **A.**  I JUST GOT DONE LAST YEAR MAKING A REMOTE CONTROL FIRE

21   FIGHTING ROBOTIC TANK THAT'S CONTROLLED WITH VR GOGGLES,

22   VIRTUAL REALITY GOGGLES.

23        IT'S DESIGNED TO ALLOW FIREFIGHTERS TO DRIVE THIS VEHICLE

24   INTO THE HEART OF A FIRE, BUT THEY OPERATE IT FROM A SAFE

25   DISTANCE.  ALL THE TRAGIC DEATHS THAT WE'VE SEEN IN THESE

1    WILDFIRES, WE'RE TRYING TO DO SOMETHING ABOUT THAT.  SO WE

2    DESIGNED THAT.  I ACTUALLY DESIGNED IT WITH JAMIE HYNEMAN,

3    FORMERLY FROM THE *MYTHBUSTERS* TELEVISION PROGRAM.  AND IT'S

4    DOWN IN SOUTHERN CALIFORNIA RIGHT NOW BEING TESTED.  SO WE

5    HOPE TO PLAY THAT.

6        THAT'S ONE EXAMPLE OF, YOU KNOW, A FAIRLY COMPLEX PROJECT

7    THAT I'VE MANAGED AND BUILT.

8    **Q.**  I WANT TO TAKE YOU BACK TO THE TIME BEFORE YOU FOUNDED

9    TECHSHOP.

10       WERE YOU INVOLVED IN ANY OTHER ROBOTICS WORK AT THAT TIME?

11   **A.**  I JOINED -- I FORMED A BATTLEBOTS TEAM WITH A COUPLE OF MY

12   FRIENDS BACK IN THE DAY AND BUILT COMBAT ROBOTS.  THESE ARE

13   ROBOTS THAT YOU BUILD.  THEY ARE REMOTE CONTROLLED, AND THEY

14   BASICALLY GO INTO AN ARENA, MAYBE THE SIZE OF THIS ROOM, AND

15   THEY HIT EACH OTHER AND DAMAGE EACH OTHER UNTIL ONE OF THEM IS

16   NOT WORKING ANYMORE.  THAT'S THE IDEA.

17   **Q.**  AND THAT WAS A TV SHOW?

18   **A.**  THAT WAS A TV SERIES.  IT'S STILL ON.  BUT, YEAH, I TRIED

19   TO COMPETE IN THE EARLY SEASONS OF THAT.

20   **Q.**  AND I HEARD YOU MENTION MR. HYNEMAN OF *MYTHBUSTERS*.  DID

21   YOU HAVE SOME ASSOCIATION WITH *MYTHBUSTERS* BEFORE YOU FORMED

22   TECHSHOP?

23   **A.**  YEAH.  ACTUALLY I STARTED TALKING TO HIM DURING SEASON

24   THREE AND MANAGED TO GET ON THE SHOW AS THE SCIENCE ADVISER

25   FOR THE SHOW.  SO I GOT TO BUILD SMALL SCALE EXPERIMENTS AND

1    KIND OF SEE WHAT WAS GOING TO HAPPEN IF WE PURSUED THAT IDEA

2    ON CAMERA.

3        SO I DO TECHNICAL RESEARCH AND THEN ACTUALLY BUILD KIND OF

4    MODELS OF WHAT WE WERE GOING TO MAKE TO SEE IF IT WOULD WORK.

5    **Q.**  WAS THE *MYTHBUSTERS* -- WHERE WAS THE *MYTHBUSTERS* TV SHOW

6    BASED OUT OF GEOGRAPHICALLY?

7    **A.**  THE STUDIO ITSELF WAS IN SAN FRANCISCO, AND THEY WOULD

8    SHOOT SOME OF THE STUFF OVER HERE IN OAKLAND AT THE... AT THE

9    I GUESS IT'S THE ALAMEDA NAVAL AIR STATION OUT ON THE RUNWAY

10   THERE.

11   **Q.**  DID YOU EVER APPEAR ON ANY OF THE TV SHOWS?

12   **A.**  I WAS NOT A PERSONALITY ON THE SHOW, BUT YOU CAN SEE ME

13   KIND OF IN FOUR OR FIVE DIFFERENT SCENES KIND OF IN THE

14   BACKGROUND.  I DIDN'T WANT TO BE ON CAMERA.

15   **Q.**  ARE THERE ANY OF THE SHOWS THAT WE MIGHT REMEMBER THAT YOU

16   WERE, IN FACT, ON CAMERA ON?

17   **A.**  ONE OF THEM WAS, IF YOU REMEMBER, THE GIANT DEATH RAY

18   EPISODE, THE FIRST ONE WHERE WE MADE A GIANT MIRROR AND TRIED

19   TO REFLECT THE SUN ONTO A SHIP THAT WAS OUT IN THE WATER.

20       I AM IN ONE OF THOSE SCENES HOLDING UP ONE OF THE MIRRORS

21   THAT WE'RE TESTING TO SEE HOW MUCH POWER WE CAN GET OUT OF

22   THESE MIRRORS.

23   **Q.**  I WANT TO BRING YOU FORWARD TO THE TIME YOU FOUNDED

24   TECHSHOP.

25       WHAT CAUSED YOU TO FORM TECHSHOP?

1    **A.**   WELL, I WAS -- AFTER THE *BATTLEBOTS* -- DURING THE

2    *BATTLEBOTS* STUFF, I ACTUALLY PITCHED A CLASS AT THE LOCAL

3    COLLEGE TO TEACH PEOPLE HOW TO MAKE SMALL COMBAT ROBOTIC

4    DEVICES, ROBOTS.

5    **Q.**   WHAT COLLEGE WAS THAT, SIR?

6    **A.**   COLLEGE OF SAN MATEO.

7    **Q.**   OKAY.

8    **A.**   I DID IT BASICALLY SO I COULD GET ACCESS TO THEIR MACHINE

9    SHOP, YOU KNOW, GET ACCESS TO THE TOOLS SO I COULD BUILD

10   STUFF.

11        AND I SORT OF WENT ON *MYTHBUSTERS* FOR THE SAME REASON, SO

12   I COULD, YOU KNOW, USE THEIR SHOP AND MAKE COOL STUFF.

13   BECAUSE THAT'S WHAT I LOVED TO DO.

14        AND SO WHEN BOTH OF THOSE WERE KIND OF OVER WITH, I FELT

15   LIKE I NEEDED -- I DIDN'T HAVE ACCESS TO A SHOP ANYMORE, SO I

16   THOUGHT MAYBE I NEED TO THINK ABOUT BUILDING MY OWN SHOP.

17   AND, YOU KNOW, NATURALLY I HAD STARTED OTHER BUSINESSES BEFORE

18   THAT, SO I THOUGHT, WELL, IF I START A SHOP, I WILL HAVE TO

19   BUY ALL THE EQUIPMENT, BUY INSURANCE, AND PAY RENT, AND DO ALL

20   THAT STUFF.  AND THEN I HAVE TO PAY FOR ALL OF THE STUFF

21   SOMEHOW SO I'M GOING TO END UP PROBABLY DOING, YOU KNOW, JOB

22   SHOP MACHINE WORK FOR CUSTOMERS TO PAY THE BILLS.  I DIDN'T

23   REALLY WANT TO DO THAT.  I WANTED TO HAVE A SHOP SO I COULD

24   MAKE MY OWN PROJECTS.

25        SO AT THAT TIME THERE WERE NO MAKERSPACES, AS YOU WILL

1    HEAR A LOT ABOUT I'M SURE WHILE YOU'RE HERE.  THERE WERE NO

2    MAKERSPACES AT THAT TIME.  SO IT WASN'T AN OBVIOUS IDEA TO

3    JUST, YOU KNOW, MAKE A MACHINE SHOP AND CHARGE ADMISSION FOR

4    IT.

5        SO I THOUGHT ABOUT LIKE HOW I COULD DO THAT.  WELL, I

6    NOTICED THAT THE PEOPLE -- A LOT OF THE PEOPLE THAT HAD TAKEN

7    THE ROBOTICS CLASS AT CSM FROM ME, THE FIRST TIME THEY TOOK

8    THE CLASS THEY BUILT A ROBOT.  THE SECOND TIME THEY WOULD

9    EMAIL ME AND SAY, I DON'T WANT TO BUILD ANOTHER ROBOT, BUT

10   COULD I JUST TAKE THE CLASS AND COME IN AND USE ALL THE

11   EQUIPMENT?  AND I SAID, YEAH, SURE, THEN I DON'T HAVE TO TEACH

12   YOU.  YOU CAN JUST USE THE STUFF.

13       WELL, BY THE FOURTH CLASS, ALMOST EVERYONE IN THE CLASS

14   WAS NOT MAKING A ROBOT, THEY WERE JUST THERE TO USE THE

15   EQUIPMENT.  SO I HAD THAT IDEA IN THE BACK OF MY HEAD.  PEOPLE

16   WILL GO TO EXTREME LENGTHS TO GET ACCESS TO TOOLS AND

17   EQUIPMENT.  IT'S REALLY HARD TO GET ACCESS TO A MILLING

18   MACHINE OR WELDING EQUIPMENT.

19   **Q.**  YOU USED THE TERM "MAKERSPACE" BEFORE.  WHAT DO YOU MEAN

20   BY THE TERM "MAKERSPACE"?

21   **A.**  MAKERSPACE IS BASICALLY -- THE EASIEST WAY TO THINK OF IT

22   IS LIKE THE HEALTH CLUB MODEL, RIGHT?

23       YOU GO TO THE GYM, AND THEY HAVE ALL THE EQUIPMENT THERE.

24   YOU JOIN AS A MEMBER AND YOU USE ALL THEIR EQUIPMENT INSTEAD

25   OF BUYING IT OR TRYING TO PUT IT IN YOUR OWN HOUSE.

1      THE MAKERSPACE IS THE SAME KIND OF IDEA.  YOU JOIN AS A

2  MEMBER, AND THE FACILITY PROVIDES YOU WITH ALL THE TOOLS, THE

3  MACHINES, BIG MILLING MACHINES, AND LATHES, AND WELDING, YOU

4  KNOW, ALL THE STUFF YOU NEED TO MAKE YOUR IDEAS BUT YOU DON'T

5  HAVE TO BUY THEM AND PUT THEM IN YOUR OWN HOUSE.  SO IT'S JUST

6  KIND OF THE CONCEPT.

7      THERE WEREN'T ANY MAKERSPACES, LIKE I SAID, BACK IN 2005.

8  THERE'S TONS OF THEM NOW.  SO, YOU KNOW, I'M GLAD ABOUT THAT

9  BECAUSE NOW IT'S A LITTLE BIT EASIER FOR PEOPLE TO GET ACCESS

10  TO THIS STUFF.

11  **Q.**  WHAT WAS YOUR IDEA THEN IN FOUNDING TECHSHOP, SIR?

12  **A.**  SO THE IDEA WAS THAT I WAS GOING TO BUILD THIS SHOP.  IT

13  WAS KIND OF JUST SO THAT I COULD GET ACCESS TO THE MACHINES

14  FOR FREE AND I WOULDN'T HAVE TO DO JOB SHOP WORK TO PAY FOR

15  IT.  THE MEMBERS WOULD PAY THEIR ADMISSION AND THEY WOULD PAY

16  FOR THE EXPENSES, AND THEN I'D GET TO USE THE SHOP FOR FREE.

17      BUT, YOU KNOW, WHEN IT REALLY CAME DOWN TO IT, IT WAS

18  ABOUT EMPOWERING PEOPLE, LIKE I HAD DONE IN THE ROBOTICS

19  CLASS.  I SAW PEOPLE, YOU TEACH THEM HOW TO USE THE TOOLS AND,

20  YOU KNOW, MOST PEOPLE HAVE IDEAS OF STUFF THEY WANT TO MAKE.

21  SO YOU SEE THOSE IDEAS BLOSSOM OUT AND YOU SEE THE PEOPLE

22  ACTUALLY MAKING THOSE THINGS INTO REAL, REAL THINGS.

23      IT'S REALLY -- AND YOU TEACH THEM ALONG THE WAY.  AND YOU

24  HOOK THEM UP WITH EACH OTHER, THEY GET TO NETWORK WITH EACH

25  OTHER, IT'S JUST MAGICAL.  SO, YEAH.

NEWTON - DIRECT / PISTORINO

1   **Q.**  AND SO THEN IN 2006, WHAT DID YOU DO THEN?

2   **A.**  I STARTED TECHSHOP IN 2006.  WE OPENED IN JULY OF 2006.

3   **Q.**  AND WHERE DID YOU FOUND TECHSHOP AT?  WHERE WAS THE FIRST

4   LOCATION?

5   **A.**  THE FIRST LOCATION WAS IN MENLO PARK, CALIFORNIA.

6   **Q.**  AND I KNOW YOU DESCRIBED TO US A LITTLE BIT ABOUT WHAT IS

7   A MAKERSPACE, BUT WHAT KIND OF EQUIPMENT WAS IN THE ORIGINAL

8   TECHSHOP IN MENLO PARK?

9   **A.**  WE HAD PRETTY MUCH EVERYTHING THAT -- WELL, THE LIST OF

10  EQUIPMENT THAT I HAD WAS STUFF THAT I NEEDED TO DO MY OWN

11  PROJECTS.  SO IT WAS -- KIND OF WORKED OUT.

12      A LOT OF PEOPLE, THEY ALL NEEDED THE SAME EQUIPMENT AS

13  WELL.  SO THERE WAS A MACHINE SHOP WITH MILLING MACHINES AND

14  LATHES, AND ALL THE ACCESSORIES THAT GO WITH ALL THAT STUFF.

15  **Q.**  I'M SORRY, WHAT IS A MILLING MACHINE?

16  **A.**  A MILLING MACHINE IS BASICALLY A MACHINE THAT HAS A MOTOR

17  WITH A SPINDLE AND A TOOL THAT TURNS, AND YOU PUT YOUR WORK

18  PIECE UNDERNEATH THERE, AND AS YOU MOVE THE WORK PIECE AROUND,

19  IT CUTS THE MATERIAL AWAY FROM YOUR... FROM YOUR... FROM YOUR

20  WORK PIECE.

21  **Q.**  WHAT KIND OF MATERIALS WOULD A MILLING MACHINE BE USED --

22  **A.**  TYPICALLY METALS OR PLASTICS.

23  **Q.**  COULD YOU USE A MILLING MACHINE TO MAKE A PART OUT OF

24  METAL?

25  **A.**  YES.

1    **Q.**  WHAT OTHER KINDS OF EQUIPMENT WERE AT THE ORIGINAL

2    TECHSHOP IN MENLO PARK?

3    **A.**  WE HAD WOODWORKING EQUIPMENT LIKE TABLE SAWS AND BAND SAWS

4    AND SANDERS, AND, YOU KNOW, ALL THE ACCESSORIES TO GO WITH

5    THAT.  SO MAKING FURNITURE OR, YOU KNOW... ALL KINDS OF STUFF

6    OUT OF WOOD.

7    **Q.**  ANY OTHER KINDS OF EQUIPMENT?

8    **A.**  OH, TONS.  WE HAD LASER CUTTERS WHICH IS KIND OF LIKE A

9    REGULAR PRINTER EXCEPT IT USES A LASER TO CUT MOSTLY ORGANIC

10   MATERIALS, WOOD, PAPER, SOME PLASTICS AND ENGRAVE THEM.  SO

11   IT'S REALLY EASY TO USE.  YOU DO YOUR ART WORK, PRINT IT OUT,

12   AND YOU HAVE THESE THINGS CUT OUT OF MATERIALS.  IT'S REALLY,

13   REALLY FUN.

14       WE HAD 3D PRINTERS EVEN EARLY ON, WHICH IS A MACHINE --

15   YOU MAY HAVE SEEN IN THE NEWS WHERE YOU TAKE A 3D OBJECT IN

16   THE COMPUTER AND YOU PRINT IT OUT TO THIS THING, AND IT BUILDS

17   THE OBJECT UP IN LAYERS SO THEN YOU HAVE THE ACTUAL PHYSICAL

18   ITEM.

19       WE HAD SEWING EQUIPMENT SO YOU COULD DO TEXTILES AND

20   CLOTHING AND SILKSCREEN SHIRTS.

21       WE HAD ELECTRONICS SO YOU COULD DO CIRCUIT BOARDS AND

22   REPAIR OF ELECTRONIC DEVICES AND ELECTRICAL ITEMS.

23       WE HAD FINISHING, PAINTING, THINGS LIKE THAT.

24       I'M TRYING TO THINK OF ALL THE OTHER STUFF THAT I'M

25   MISSING.

1        SHEET METAL, WORKING WITH SHEET METAL EQUIPMENT.  SO PUNCH

2    AND CUT AND FOLD EQUIPMENT.

3        THE CONCEPT WAS, WE PRETTY MUCH OWNED WELDING.  WE PRETTY

4    MUCH HAD TO ACCOMMODATE ANY IDEA THAT SOMEONE HAD WHEN THEY

5    CAME IN THE DOOR.  WE HAD TO BE ABLE TO SAY, YEP, YOU CAN USE

6    THIS STUFF OVER HERE FOR THIS PART OF THE PROJECT, AND THEN

7    THIS MACHINE FOR THAT, AND THEN YOU CAN FINISH IT UP WITH THIS

8    ONE.

9        SO WE HAD TO BE ABLE TO ACCOMMODATE THE PERSON'S WHOLE ARC

10   OF THEIR IDEA.  IF WE LEFT OUT ANY OF THOSE ARCS ALONG THE

11   WAY, THEN WE WOULD FAIL THE CUSTOMER BECAUSE THEY WOULDN'T BE

12   ABLE TO COMPLETE THE PROJECT.

13   **Q.**  IN ADDITION TO THE EQUIPMENT ITSELF, DID TECHSHOP OFFER

14   ANY OTHER SERVICES?

15   **A.**  YEAH.  WE HAD TRAINING FOR THE CLASSES -- FOR THE

16   EQUIPMENT.  BECAUSE, YOU KNOW, NOT ONLY DID -- PEOPLE HAD

17   THESE IDEAS OF THINGS THEY WANTED TO MAKE BUT THEY DIDN'T KNOW

18   WHAT MATERIALS TO USE OR WHAT MACHINES TO USE, AND CERTAINLY

19   THEY DIDN'T KNOW HOW TO USE THE MACHINES MOST OF THE TIME.

20   SOME OF THEM DID, BUT MOST OF THE PEOPLE DID NOT KNOW HOW TO

21   USE THE EQUIPMENT.

22       SO WE WOULD TEACH THEM HOW TO USE IT, HOW TO USE IT

23   SAFELY.  AND IF THEY -- WE WOULD SHOW THEM BASICS OF IT.  IF

24   THEY WANTED TO APPLY THEMSELVES TO THAT EVEN MORE, THEY COULD

25   BECOME, YOU KNOW, QUITE EXPERT ON THAT PIECE OF EQUIPMENT IF

1    THEY CHOSE TO.

2        BUT THE IDEA WAS, IF YOU JUST WANTED TO LEARN HOW TO USE

3    IT REAL QUICK FOR YOUR PROJECT, GET YOUR PROJECT DONE, AND

4    MOVE ON TO THE NEXT THING, THAT WAS KIND OF THE IDEA BEHIND

5    THAT.  INSTEAD OF TAKING A WHOLE SEMESTER CLASS TO LEARN HOW

6    TO USE THE WELDER, YOU KNOW, WE TEACH YOU IN AN HOUR, AND THEN

7    YOU CAN MOVE ON.

8    **Q.**  SO, FOR EXAMPLE, IF -- SAY SOMEONE DIDN'T KNOW HOW TO USE

9    A SEWING MACHINE, WOULD THAT BE THE KIND OF CLASS TECHSHOP

10   WOULD OFFER?

11   **A.**  EXACTLY.  RIGHT.

12   **Q.**  AFTER THE CLASS, HOW WOULD THE MEMBERS BE ABLE TO ACCESS

13   THE EQUIPMENT?

14   **A.**  IF THEY WERE A MEMBER AFTER THAT, THEY COULD JUST COME IN,

15   THEY COULD RESERVE THE EQUIPMENT SO THAT IT'S READY FOR THEM

16   WHEN THEY GET THERE, AND THEN THEY CAN USE IT FOR THEIR

17   PROJECTS.

18   **Q.**  OKAY.

19       SO TECHSHOP WAS FOUNDED IN -- YOU SAID 2006 IN MENLO PARK;

20   IS THAT RIGHT?

21   **A.**  YET.

22   **Q.**  I WANT TO TAKE US FORWARD A BIT.

23       BY 2017, CAN YOU DESCRIBE FOR US WHAT HAD HAPPENED TO

24   TECHSHOP IN TERMS OF HAD IT GROWN, SHRUNK, WHAT HAD HAPPENED?

25   **A.**  YEAH.  SO LIKE I SAID, WE OPENED IN 2006 IN JULY.  AND

1    RIGHT AWAY WE STARTED GETTING A LOT OF LOCAL PRESS BECAUSE,

2    YOU KNOW, THIS CONCEPT OF A MAKERSPACE WAS VERY NEW.  AND A

3    LOT OF THE NEWS -- LOT OF THE PRESS REALLY WAS INTERESTED IN

4    IT, AND THE PUBLIC WAS, TOO.

5        SO WE STARTED GETTING A LOT OF PRESS.  AND I THINK... I

6    THINK IT WAS EARLY 2007 WE STARTED GETTING SOME NATIONAL

7    PRESS.  WE GOT IN *INK* MAGAZINE WITH A NICE ARTICLE.  AND WE

8    STARTED GETTING A LOT OF INQUIRIES FROM PEOPLE ALL OVER THE

9    COUNTRY AND THE WORLD WANTING TO KNOW HOW THEY COULD HAVE A

10   TECHSHOP IN THEIR PART OF THE COUNTRY.

11   **Q.**  MR. NEWTON, BY 2017, HOW MANY LOCATIONS DID TECHSHOP HAVE

12   IN THE UNITED STATES?

13   **A.**  BY 2017 WE HAD TEN LOCATIONS IN THE U.S.

14   **Q.**  OKAY.  MR. NEWTON, IF I CAN, I WOULD LIKE YOU TO PLACE

15   BEFORE YOU A DOCUMENT WE HAVE MARKED TX28.  IT SHOULD BE IN

16   YOUR BINDER THERE, SIR.

17   **A.**  TX28?

18       THE TABS START AT 29.

19           **THE CLERK:**  IF YOU HAVE IT ON YOUR LAPTOP, YOU CAN

20   PUBLISH IT AND IT WILL GO TO THE WITNESS ONLY.

21           **THE WITNESS:**  I'VE GOT IT.  I'M SORRY.

22           **MR. PISTORINO:**  WE WOULD LIKE TO HAVE THIS EXHIBIT

23   ADMITTED PURSUANT TO STIPULATION.

24           **MS. ROBERTS:**  COUNSEL, DO YOU HAVE COPIES FOR US?

25           **THE COURT:**  ANY OBJECTION TO THE ADMISSION OF

1    EXHIBIT 28?

2              **MS. ROBERTS:**  NO OBJECTION.

3              **THE COURT:**  28 IS ADMITTED.

4              (TRIAL EXHIBIT 28 RECEIVED IN EVIDENCE.)

5                   (DISPLAYED ON SCREEN.)

6    **BY MR. PISTORINO:**

7    **Q.**  MR. NEWTON, DO YOU RECOGNIZE EXHIBIT 28 AS THE TECHSHOP

8    LICENSING OPTIONS AND MANAGED SERVICES 2017 GUIDEBOOK?

9    **A.**  YES.

10   **Q.**  IF I CAN, I WOULD LIKE YOU TO TURN WITH ME TO ABOUT THE

11   THIRD OR FOURTH PAGE IN THAT HAS THE HEADING "BRINGING THE

12   WORLD'S MAKERSPACE EXPERT TO YOUR COMMUNITY".

13   **A.**  OKAY.

14   **Q.**  ON THE RIGHT COLUMN ABOUT -- DOWN THERE, DO YOU SEE WHERE

15   IT INDICATES THAT AT THAT TIME IN 2017, TECHSHOP HAD ABOUT

16   9,000 ACTIVE MEMBERS?

17   **A.**  YES.

18   **Q.**  OKAY.

19        IT INDICATES THAT TECHSHOP HAD ALSO ENGAGED OVER A HUNDRED

20   THOUSAND INDIVIDUALS.

21        WHAT DOES THAT MEAN?

22   **A.**  THAT MEANT EITHER THAT PEOPLE THAT HAD JOINED AS MEMBERS,

23   PEOPLE HAD TAKEN CLASSES, OR ATTENDED SOME OF OUR DIFFERENT

24   SEMINARS AND PROGRAMS AND TEAM BUILDING EVENTS OR WHATEVER IT

25   WAS, STEAM CLASSES FOR KIDS, AND SO ON.  WE HAD A LOT OF STUFF

1   FOR PEOPLE TO INTERACT WITH.

2   **Q.**  SO BETWEEN 2006 AND 2017, TECHSHOP HAD GROWN TO TEN

3   LOCATIONS IN THE UNITED STATES; IS THAT RIGHT?

4   **A.**  CORRECT.

5   **Q.**  AND HAD TAUGHT A HUNDRED THOUSAND PEOPLE HOW TO USE THE

6   VARIOUS EQUIPMENT OFFERED BY TECHSHOP; IS THAT ACCURATE?

7   **A.**  YES, AT LEAST THAT MANY.

8   **Q.**  AND DID TECHSHOP ALSO BY 2017 HAVE A LICENSE OPERATIONS

9   OUTSIDE OF THE UNITED STATES?

10   **A.**  WE HAD LICENSED SEVERAL LOCATIONS OUTSIDE OF THE UNITED

11   STATES.

12   **Q.**  WHERE WERE THOSE, SIR?

13   **A.**  THERE WAS ONE IN TOKYO, JAPAN.  THERE WAS ONE IN -- TWO IN

14   FRANCE, ONE IN PARIS, AND I THINK THE OTHER CITY WAS LÉON, AND

15   ONE IN ABU DHABI.

16   **Q.**  IF YOU CAN GO TO THE PAGE BEFORE IN THE SAME DOCUMENT, THE

17   PAGE THAT'S TITLED "LAND OF OPPORTUNITY?"

18       ARE YOU WITH ME THERE?

19                     (DISPLAYED ON SCREEN.)

20       DO YOU SEE THE PART WHERE IT SAYS, "OPERATES MAKERSPACES

21   ON BEHALF OF CLIENTS LIKE FUJITSU."

22       WITH ME THERE?

23   **A.**  YEAH.

24   **Q.**  IS THAT THE LICENSEE IN JAPAN YOU WERE REFERRING TO?

25   **A.**  YES, IT WAS.

1  **Q.**  DID YOU EVER VISIT THE TECHSHOP IN JAPAN?

2  **A.**  I NEVER HAD THE OPPORTUNITY TO DO THAT.

3  **Q.**  IT ALSO MENTIONS ANOTHER COMPANY CALLED LEROY MERLIN.

4      WHERE WAS THAT LOCATION, SIR?

5  **A.**  THAT WAS -- THEY WERE THE LICENSEES OF THE TWO FRENCH

6  LOCATIONS.

7  **Q.**  OKAY.

8      NOW I WANT TO FIND OUT A LITTLE BIT ABOUT YOUR EFFORTS OR

9  TECHSHOP'S EFFORTS TO PROTECT THE TECHSHOP BRAND.

10      DID TECHSHOP ENGAGE IN ANY EFFORTS TO PROMOTE THE TECHSHOP

11  BRAND?

12  **A.**  OH, YES.  YES.

13  **Q.**  CAN YOU DESCRIBE SOME FOR US, PLEASE?

14  **A.**  WE WOULD DO... WE WOULD DO OUTREACH EVENTS WHERE WE WOULD

15  HAVE DISPLAY, AND WE'D SHOW PEOPLE -- TELL PEOPLE WHAT IT WAS

16  ALL ABOUT.  MOST PEOPLE, YOU KNOW, IN THE EARLY DAYS HAD NOT

17  HEARD OF TECHSHOP AND CERTAINLY HAD NOT HEARD OF A MAKERSPACE.

18  SO THIS WAS, YOU KNOW, THEIR EYES WOULD LIGHT UP AND COME IN

19  AND SAY, WAIT, I CAN COME IN AND MAKE ALL MY IDEAS THERE?

20      WE WOULD DO -- IN ADDITION TO EVENTS, WE WOULD, OF COURSE,

21  DO EMAIL BLASTS.  WE HAD A WEBSITE THAT TALKED ABOUT OUR

22  SERVICES AND PRODUCTS.

23      WE WOULD DO, YOU KNOW, A LOT OF PRESS, DO INTERVIEWS,

24  THINGS LIKE THAT TO SPREAD THE WORD.  ANYTHING WE COULD DO TO

25  GET PEOPLE TO KNOW THAT TECHSHOP EXISTS.

NEWTON - DIRECT / PISTORINO

1   **Q.** IN YOUR OPINION, BY 2017 WAS THE TECHSHOP BRAND WIDELY

2   KNOWN?

3   **A.** ABSOLUTELY.

4       PEOPLE WOULD -- WHEN I WOULD GIVE TALKS, EVEN OVERSEAS I

5   WOULD GIVE TALKS, AND SOMETIMES I WOULD SAY, HOW MANY PEOPLE

6   HERE HAVE ALREADY HEARD OF TECHSHOP?  AND ALWAYS THERE WOULD

7   BE A TON OF HANDS GOING UP.

8   **Q.** DID TECHSHOP HAVE ANY CELEBRITIES OR PERSONS OF NOTE

9   BECOME AWARE OF TECHSHOP?

10  **A.** WELL, PRESIDENT OBAMA CAME TO OUR TECHSHOP IN PITTSBURGH

11  AND GAVE A SPEECH ON THE IMPORTANCE OF INNOVATION IN THE U.S.

12  SO THAT WAS PRETTY AMAZING TO HAVE THE PRESIDENT OF THE

13  COUNTRY COME AND ACTUALLY ACKNOWLEDGE YOUR COMPANY AND WHAT

14  YOU WERE DOING FOR THE COMMUNITY.  THAT WAS PRETTY NEAT.

15  **Q.** SO BY 2014 EVEN PRESIDENT OBAMA WAS AWARE OF THE TECHSHOP

16  BRAND; IS THAT RIGHT?

17  **A.** YES.

18  **Q.** CAN YOU DESCRIBE FOR THE JURORS -- WE MIGHT ALL BE JUST

19  INTERESTED TO HEAR ABOUT WHAT WAS PRESIDENT OBAMA'S VISIT

20  LIKE?

21  **A.** IT WAS INTERESTING BECAUSE OUR PR PERSON SAID THAT THE

22  PRESIDENT WAS GOING TO BE SPEAKING AT TECHSHOP.  AND I ASSUMED

23  OFF THE BAT THAT HE WAS GOING TO BE SPEAKING AT THE LOCATION

24  THAT WE HAD JUST OPENED IN ARLINGTON, WHICH WAS MUCH CLOSER TO

25  THE WHITE HOUSE.  IT'S LIKE THE FIRST SUBWAY STOP OR SOMETHING

1    FROM THE WHITE HOUSE.

2        THEN I FOUND OUT -- SO I MADE MY HOTEL RESERVATIONS AND

3    TRAVEL PLANS BECAUSE I WAS GOING TO BE MEETING WITH HIM, AND

4    THEN I FOUND OUT THAT, NO, HE'S NOT TALKING -- HE'S NOT GIVING

5    THE SPEECH AT THE ARLINGTON LOCATION, HE'S GIVING IT IN

6    PITTSBURGH, WHICH IS ABOUT A FOUR-HOUR DRIVE FROM DC.  SO I

7    HAD TO DRIVE -- RENT A RENTAL CAR, DRIVE OUT THERE TO MEET

8    HIM.

9        I GOT THERE AND THE SECRET SERVICE HAD SHUT DOWN TECHSHOP

10   FOR TWO DAYS BEFORE THAT AND THEY HAD IT CLOSED AFTER THE

11   SPEECH FOR A DAY TO CLEAN EVERYTHING UP.  AND THEY SAID

12   STAGING UP AND, OF COURSE, DID A SECURITY SWEEP TO GET RID OF

13   ALL OF THE QUESTIONABLE ITEMS THAT MIGHT BE LEFT AROUND FOR,

14   YOU KNOW, HOW THE SECRET SERVICE CAN BE.

15       BUT IT WAS FANTASTIC.  THEY HAD -- IT WAS REALLY, REALLY

16   GREAT TO HAVE THE COMPANY ACKNOWLEDGED LIKE THAT AND WHAT WE

17   HAD DONE.

18   Q.  YOU MENTIONED EARLIER THAT SOME COMPANIES WOULD USE THE

19   TECHSHOP FACILITIES; IS THAT RIGHT?

20   A.  YEAH.  WE HAD A LOT OF COMPANIES THAT WOULD USE TECHSHOP.

21   TESLA USED IT A LOT.  THEY HAD A LOT OF MEMBERSHIPS FOR THEIR

22   EMPLOYEES TO COME IN AND GOOF AROUND, BUILD PROTOTYPES AND

23   STUFF LIKE THAT.

24   Q.  WERE YOU AWARE OF ANY COMPANIES THAT STARTED OUT OF

25   TECHSHOP?

NEWTON - DIRECT / PISTORINO

1    **A.**  THERE'S A LOT OF COMPANIES THAT STARTED OUT OF TECHSHOP.

2    PROBABLY HUNDREDS OF THEM, YEAH.

3    **Q.**  ARE THERE ANY THAT THE JURORS MIGHT BE FAMILIAR WITH?

4    **A.**  THERE WAS ONE COMPANY CALLED SQUARE.  IT'S THE CREDIT CARD

5    COMPANY THAT TAKES THE SWIPES.  THEY PROTOTYPED THEIR FIRST

6    READERS, THE FIRST PROTOTYPE READER AT TECHSHOP.

7        I ACTUALLY HELPED THEM WITH THE CIRCUIT BOARD AND SOME OF

8    THE DESIGN ON IT.

9    **Q.**  WHAT FACILITIES AT TECHSHOP WERE THEY USING TO PROTOTYPE

10   THEIR PRODUCT?

11   **A.**  YOU MEAN THE LOCATION?

12   **Q.**  WHAT EQUIPMENT?  WHAT EQUIPMENT?

13   **A.**  THEY WERE USING THE ELECTRONICS STUFF AND I THINK THEY

14   USED THE 3D PRINTER AND MAYBE EVEN THE INJECTION MOLDING

15   MACHINE.

16   **Q.**  ARE THERE ANY OTHER COMPANIES THAT STARTED OUT OF TECHSHOP

17   THAT THE JURORS MIGHT BE FAMILIAR WITH?

18   **A.**  THERE'S ONE CALLED DODOCASE.  IT'S -- THEY STARTED OUT BY

19   MAKING CASES FOR THE IPAD WHEN IT FIRST CAME OUT.  THEY HAVE

20   BEEN SUPER SUCCESSFUL AND NOW THEY MAKE CASES FOR EVERYTHING,

21   ALL THE DIFFERENT KINDS OF CASES.

22       THERE WAS ORU KAYAK.  IT'S A FOLDING ORIGAMI KAYAK THAT

23   FOLDS UP INTO A RELATIVELY SMALL PACK.  THEY WERE ON *SHARK*

24   *TANK* AND THEY GOT FUNDED.

25       THERE WAS ANOTHER GUY, I CAN'T REMEMBER THE NAME, I THINK

NEWTON - DIRECT / PISTORINO

1    IT'S LUMEO (PHONETIC).  HE WAS ON *SHARK TANK* AS WELL.  HE HAD

2    ALL THE SHARKS ACTUALLY GIVE HIM AN OFFER, WHICH DOESN'T

3    HAPPEN VERY OFTEN.

4    **Q.**  AND ALL THESE COMPANIES WERE USING THE TECHSHOP FACILITIES

5    AND EQUIPMENT AND CLASSES TO DEVELOP THEIR PRODUCTS; IS THAT

6    RIGHT?

7    **A.**  YEAH.  YEAH.  AND MOST OF THEM WOULD ALWAYS SAY, YOU KNOW,

8    THE COMPANY WOULD NOT EXIST IF IT WASN'T FOR TECHSHOP BECAUSE

9    THEY HAD THE IDEA AND THEY WOULD HAVE NO WAY TO ACTUALLY MAKE

10   THE PROTOTYPE OR EVEN MAKE -- GO INTO PRODUCTION AND START TO

11   SELL THE PRODUCTS.

12   **Q.**  DID TECHSHOP HAVE ANY OTHER OUTREACH EFFORTS, FOR EXAMPLE,

13   TO WOMEN?

14   **A.**  YEAH.  WE WOULD DO A LOT OF PROGRAMS.

15       ANY TIME WE SAW SOME -- YOU KNOW, ANY GROUP THAT WAS NOT

16   REPRESENTED AS MUCH AS WE THOUGHT, WE WOULD TRY TO MAKE

17   EFFORTS TO -- GIVE THEM A LITTLE BIT MORE SUPPORT, ENCOURAGE

18   THEM TO COME IN.

19       WE HAD A WOMEN'S DAY THAT WE WOULD DO AND FREE CLASSES FOR

20   WOMEN AND SPECIAL CLASSES THAT WERE MAYBE A LITTLE BIT LESS

21   INTIMIDATING.  BECAUSE WE HEARD FROM SOME OF THE WOMEN THAT

22   THEY DIDN'T WANT TO TAKE CLASSES WITH GUYS SOMETIMES BECAUSE

23   THEY KIND OF BRAG AND WANT TO -- THEY DIDN'T WANT TO HAVE A

24   COMPETITION KIND OF ENVIRONMENT.

25   **Q.**  DID TECHSHOP OFFER CLASSES FOR YOUTH?

NEWTON - DIRECT / PISTORINO

1    **A.**  YEAH.  WE HAD A LOT OF AFTER SCHOOL PROGRAMMING.  WHAT WE

2    CALLED STEAM.  YOU'VE HEARD OF STEM, AND SOME PEOPLE CALL IT

3    STEAM.  THEY ADD ART IS THE A.  AND IT'S SCIENCE, TECHNOLOGY,

4    ENGINEERING, ART, AND MATHEMATICS.

5        AND WE HAD AFTER SCHOOL PROGRAMS AS WELL AS SUMMER CAMP

6    PROGRAMS.  AND A LOT OF THE CLASSES THEY WERE OPEN FOR KIDS.

7    WE WOULD NOT LET THE KIDS USE THE DANGEROUS EQUIPMENT, BUT

8    THERE WAS A LOT OF STUFF AT THE STOP THAT THEY COULD ACTUALLY

9    USE.

10   **Q.**  FOR WHAT AGES DID THEY OFFER CLASSES FOR CHILDREN?

11   **A.**  I DON'T REMEMBER WHAT THE LOW WAS.  BUT, YOU KNOW, PRETTY

12   MUCH AS SOON AS KIDS WERE ABLE TO FUNCTION AND USE TOOLS, WE

13   WOULD LET THEM COME IN AND --

14   **Q.**  WHAT KIND OF EQUIPMENT --

15   **A.**  -- TAKE CLASSES.

16   **Q.**  YOU WERE INDICATING THAT AS SOON AS THE CHILDREN COULD USE

17   THE EQUIPMENT; IS THAT CORRECT?

18   **A.**  YES.

19   **Q.**  WHAT KIND OF EQUIPMENT WAS TECHSHOP DID OFFER CLASSES FOR

20   CHILDREN?

21   **A.**  MOSTLY THE LASER CUTTERS AND 3D PRINTERS.  AND WE WOULD DO

22   KIND OF WHAT'S CALLED DESIGN THINKING.  STUFF WHERE THEY WOULD

23   USE MATERIALS LIKE PHONE CORD AND POPSICLE STICKS, THINGS LIKE

24   THAT, BUT TO DESIGN KIND OF PROTOTYPES OF WHAT THEIR IDEAS

25   WERE BEFORE THEY WOULD COMMIT IT TO A MORE REFINED TOOL OR

1    PROCESS.

2    **Q.**  OKAY.  AT SOME POINT DID TECHSHOP SEEK TRADEMARK

3    PROTECTION, SIR?

4    **A.**  YES, WE DID.

5    **Q.**  IF YOU COULD TURN WITH ME TO THE DOCUMENT WE'VE MARKED

6    TX351.

7              **THE CLERK:**  I'M SORRY, 351?

8              **MR. PISTORINO:**  351.

9              **THE CLERK:**  IT IS ON THE SCREEN.

10             **THE WITNESS:**  OKAY.

11             **MR. PISTORINO:**  YOUR HONOR, WE WOULD ASK FOR 351 TO

12    BE ADMITTED.

13             **THE COURT:**  ANY OBJECTION?

14             **MS. ROBERTS:**  NO OBJECTION.

15             **THE COURT:**  351 IS ADMITTED.

16         (TRIAL EXHIBIT 351 RECEIVED IN EVIDENCE.)

17                  (DISPLAYED ON SCREEN.)

18    **BY MR. PISTORINO:**

19    **Q.**  MR. NEWTON, IS THE DOCUMENT -- IS THIS ONE OF TECHSHOP'S

20    TRADEMARK REGISTRATIONS?

21    **A.**  YES.

22    **Q.**  WHAT --

23             **MR. PISTORINO:**  IF WE CAN MOVE TO THE NEXT PAGE,

24    PLEASE.

25                  (DISPLAYED ON SCREEN.)

```
1         THERE WE GO.
2    BY MR. PISTORINO:
3    Q.   AND TECHSHOP SOUGHT TRADEMARK REGISTRATION IN WHAT NAME?
4         IN WHAT NAME DID YOU GET A REGISTRATION IN?
5    A.   FOR THE WORD "TECHSHOP".
6    Q.   AND THEN IT LISTS BELOW THE REGISTRATION, IT LISTS A
7    SERIES OF THINGS THAT TECHSHOP OBTAINED A REGISTRATION FOR.
8         MAYBE I'LL JUST ASK ABOUT ONE OR TWO OF THEM AND SEE IF
9    THAT'S THE KIND OF THING TECHSHOP DID.
10        DID TECHSHOP PROVIDE PROFESSIONAL NETWORKING OPPORTUNITIES
11   AND HOSTING PROFESSIONAL NETWORKING EVENTS FOR INDIVIDUALS
12   WITH A SHARED INTEREST IN MANUFACTURING AND FABRICATION?
13            MS. ROBERTS:  OBJECTION, LEADING.
14            THE COURT:  OVERRULED, BUT WHY DON'T WE FRAME IT AS Q
15   AND A.
16            MR. PISTORINO:  OKAY.
17   BY MR. PISTORINO:
18   Q.   MR. NEWTON, DID TECHSHOP OFFER SERVICES SUCH AS THOSE THAT
19   ARE LISTED UNDER THE CLASSES PORTION OF THE REGISTRATION?
20   A.   YES.
21   Q.   CAN YOU DESCRIBE FOR US WHAT KINDS OF SERVICES TECHSHOP
22   OFFERED, AGAIN, IN THE PROFESSIONAL NETWORKING AREA?
23   A.   THAT WAS TYPICALLY, WE WOULD DO TEAM BUILDING EVENTS
24   TYPICALLY FOR LARGER COMPANIES, BUT COULD ALSO BE FOR SMALLER
25   GROUPS OR SMALLER COMPANIES, LARGE GROUP OF FRIENDS OR EVEN
```

1    BIRTHDAY PARTIES WE WOULD DO.

2        THE TEAM BUILDING EVENTS TYPICALLY WERE FOR COMPANIES LIKE

3    GOOGLE OR FACEBOOK OR APPLE.  AND THEY WOULD SEND A WHOLE

4    BUNCH OF THEIR PEOPLE TO TECHSHOP, AND WE'D BREAK THEM INTO

5    GROUPS, AND LIKE TYPICALLY, YOU KNOW, LIKE ONE GROUP WOULD

6    LEARN HOW TO WELD.  AND THEY'D WELD -- DESIGN AND WELD LIKE

7    WHATEVER THEIR GROUP'S LOGO IS SO THEY CAN WELD THIS THING

8    TOGETHER, TAKE IT BACK AND HANG IT ON THE WALL WHERE ALL THEIR

9    GROUPS HANG OUT IN THE BUILDING.

10       ANOTHER GROUP MIGHT BE ASSEMBLING AND PROGRAMMING SMALL

11   LITTLE... CALLED SUMOBOT ROBOTS.  THEY WOULD THEN PUT THEM ON

12   A DISK, KIND OF LIKE SUMO WRESTLING.  AND THE LITTLE ROBOTS

13   WOULD TRY TO PUSH EACH OTHER OFF THE CIRCLE, YOU KNOW, INTO

14   THE FOAM, MOAT.  AND JUST KIND OF, YOU KNOW, BURN OFF STEAM

15   AND HAVE A GOOD TIME AND LEARN HOW TO DO DIFFERENT ACTIVITIES.

16   Q.  YOU MENTIONED GOOGLE WAS AN EXAMPLE OF A COMPANY THAT

17   TECHSHOP PROVIDED -- WERE THERE OTHER COMPANIES?

18   A.  YEAH.  THERE WAS FACEBOOK THAT I KNOW OF.  THERE WAS APPLE

19   THAT I KNOW OF.  I THINK TESLA DID ONE OR TWO.  AND LIKE FOR

20   GOOGLE, THEY WOULD PULL UP IN A BUNCH OF THEIR GOOGLE BUSES

21   RIGHT IN FRONT OF THE FACILITY AND ALL STREAM OUT AND HAVE

22   FUN.

23   Q.  AND WERE THESE SERVICES OFFERED ONLY AT THE TECHSHOP

24   LOCATION IN MENLO PARK?

25   A.  NO.  THAT WAS PRETTY MUCH A CORE SERVICE THAT WE OFFERED

1    AT ALL OUR LOCATIONS.

2    **Q.**  SO ALL TEN OF THE LOCATIONS THEN; IS THAT CORRECT?

3    **A.**  YES.

4    **Q.**  AND THEN BELOW IN THE DOCUMENT WE MARKED TX351, IT ALSO

5    SAYS THAT... IT LISTS THE TECHSHOP OFFERS SERVICES FOR

6    PROVIDING FACILITIES FOR EDUCATION AND TRAINING.

7    **A.**  YES.

8    **Q.**  CAN YOU DESCRIBE THOSE FOR US?

9    **A.**  THAT WOULD BE EITHER THE CLASSES THAT WE OFFERED TO SHOW

10   PEOPLE HOW TO USE THE EQUIPMENT SAFELY.  WE HAD MORE ADVANCED

11   CLASSES LIKE HOW TO PATENT YOUR INVENTION.  HOW TO GET YOUR

12   PRODUCT UL LISTING, IF IT WAS AN ELECTRICAL OR SAFETY-RELATED

13   PRODUCT.

14   **Q.**  I'M SORRY, WHAT IS "UL", SIR?

15   **A.**  UL IS LIKE ALL ELECTRICAL EQUIPMENT AND STUFF HAS TO BE

16   UL.  IT'S A -- IT'S A TESTING LABORATORY THAT PUTS A RATING ON

17   THE PRODUCT FOR YOU.

18       WE WOULD ALSO DO PERSONAL TRAINING JUST KIND OF LIKE A

19   HEALTH CLUB.  IT'S THE SAME KIND OF IDEA.  AND WE WOULD HAVE

20   DIFFERENT SEMINARS, HOW TO, YOU KNOW, BUSINESS-RELATED ISSUES

21   AND WORKSHOPS.

22   **Q.**  IF YOU COULD TURN TO THE DOCUMENT WE MARKED TX352, PLEASE.

23   **A.**  OKAY.

24       **MR. PISTORINO:**  YOUR HONOR, WE ALSO MOVE TO ADMIT

25   TX352.

1          **MS. ROBERTS:**  NO OBJECTION.

2          **THE COURT:**  352 IS ADMITTED.

3          (TRIAL EXHIBIT 352 RECEIVED IN EVIDENCE.)

4                  (DISPLAYED ON SCREEN.)

5   BY MR. PISTORINO:

6   **Q.**  IN ADDITION TO THE TRADEMARK REGISTRATION WE SAW IN 351,

7   DID TECHSHOP ALSO GET ANOTHER REGISTRATION AS WE ARE SEEING

8   HERE IN TX352?

9   **A.**  YES.

10  **Q.**  AND CAN YOU DESCRIBE FOR US WHETHER OR NOT, FOR EXAMPLE,

11  TECHSHOP PROVIDED WORKSHOP FACILITIES?

12  **A.**  YES, WE DID.

13  **Q.**  CAN YOU DESCRIBE THEM FOR US?

14  **A.**  YEAH.  TEAM BUILDING EVENTS AND WORKSHOPS.  OH,I'M SORRY.

15  WORKSHOPS TO -- BASICALLY IT WAS LIKE A GROUP CLASS.  YOU

16  KNOW, JUST LIKE YOU WOULD SEE A TYPICAL WORKSHOP.  INSTEAD OF

17  A SMALLER CLASS WITH MAYBE FOUR OR FIVE PEOPLE, IT MIGHT BE 30

18  PEOPLE.

19          AND IT'S A TOPIC, SOMETIMES THERE WOULD BE A GUEST SPEAKER

20  AND USUALLY A QUESTION AND ANSWER SESSION DURING THAT

21  SOMETIME.

22  **Q.**  THE REGISTRATION MENTIONS ALLOWING MEMBERS TO UNDERTAKE

23  DO-IT-YOURSELF PROJECTS.  WAS THAT KIND OF THING HAPPENING AT

24  TECHSHOP?

25  **A.**  YEAH.  THAT WAS THE MAJOR FOCUS OF TECHSHOP WAS TO LET

1    PEOPLE WORK ON THEIR PRODUCTS USING OUR EQUIPMENT.

2    Q.   AND WAS THIS BEING DONE UNDER THE TECHSHOP BRAND?

3    A.   YES.

4    Q.   CAN YOU DESCRIBE FOR THE JURORS MAYBE ANY OF THE

5    DO-IT-YOURSELF PROJECTS YOU SAW HAPPENING AT TECHSHOP?

6    A.   THERE WAS ONE GUY THAT MADE, I THINK IT WAS PROBABLY THE

7    MOST AMAZING THING I SAW, HE MADE A MACHINE THAT MAKES

8    DIAMONDS.  LIKE NOT FAKE DIAMONDS, BUT REAL DIAMONDS USING

9    METHANE GAS AND HYDROGEN, I THINK IT WAS HYDROGEN, AND A

10   MICROWAVE OVEN MAGNETRON TUBE JUST OFF OF A STANDARD MICROWAVE

11   OVEN.  AND IT WOULD MAKE THIS LITTLE PLASMA BALL INSIDE THE

12   CHAMBER.  IT NEVER MACHINED ANYTHING AND NEVER USED THE

13   MILLING MACHINE OR ANYTHING, BUT HE MADE THIS PRESSURE VESSEL.

14   IT ACTUALLY MADE PIECES OF ACTUAL REAL DIAMOND.

15   Q.   WHICH TECHSHOP LOCATION DID THAT OCCUR OUT OF, SIR?

16   A.   HE WAS AT OUR MENLO PARK LOCATION.

17   Q.   OKAY.

18       AFTER TECHSHOP GOT ITS TRADEMARK REGISTRATIONS, DID

19   TECHSHOP BEGIN MARKING ITS PRODUCTS -- MARKING ITS DOCUMENTS

20   WITH THE TRADEMARK REGISTRATION LOGO?

21   A.   YES.

22   Q.   IF YOU COULD TURN WITH ME, SIR, TO THE DOCUMENT WE MARKED

23   TX357.

24            THE CLERK:  I'M SORRY, 357?

25            MR. PISTORINO:  357.

1        **THE CLERK:**  THANK YOU.

2        **THE WITNESS:**  OKAY.

3        **MR. PISTORINO:**  YOUR HONOR, WE'D ASK THAT TX357 BE

4   ADMITTED.

5        **MS. ROBERTS:**  NO OBJECTION.

6        **THE COURT:**  357 IS ADMITTED.

7        (TRIAL EXHIBIT 357 RECEIVED IN EVIDENCE.)

8   BY MR. PISTORINO:

9   **Q.**  SO AFTER TECHSHOP GOT THE TRADEMARK REGISTRATION, DID

10  TECHSHOP COME UP WITH A GUIDE THAT WE ARE SEEING HERE IN

11  TX357?

12  **A.**  YES.

13  **Q.**  OKAY.  WHAT WAS THE PURPOSE OF THE GUIDE THAT WE'RE SEEING

14  IN TX357?

15  **A.**  IT WAS SO THAT ALL OF OUR MATERIAL LOOKED CONSISTENT

16  ACROSS OUR STORES.  COMMUNICATION WAS... WAS KIND OF A

17  STANDARDIZED SO WE WOULD ALWAYS REFER TO TECHSHOP IN THE SAME

18  WAY.  AND, OF COURSE, IT WAS TO PROTECT THE TRADEMARK BECAUSE

19  YOU -- YOU KNOW, THAT'S PART OF WHAT YOU HAVE TO DO WITH A

20  TRADEMARK.

21  **Q.**  I SEE UNDER THE STYLE SECTION, I GUESS IT'S THE FIRST

22  BULLET POINT THIRD LINE IN, DO YOU SEE WHERE IT SAYS

23  "REGISTERED TRADEMARK LOGO"?

24  **A.**  YES.

25  **Q.**  AND WAS THAT SOMETHING THAT TECHSHOP REQUIRED ITS

1    PERSONNEL TO DO WHEN THEY ARE PREPARING LITERATURE OR

2    DOCUMENTS?

3    **A.**   YES.

4    **Q.**   OKAY.  IF I CAN, I WOULD LIKE TO JUST GO TO THE VERY TOP

5    OF THE DOCUMENT WHERE IT SAYS TECHSHOP WITH THE GEAR THERE.

6         DO YOU SEE THAT, SIR?

7    **A.**   YES.

8    **Q.**   I SEE -- IS THAT THE LITTLE R NEXT TO THE P THERE, IS THAT

9    THE TRADEMARK REGISTRATION LOGO?

10   **A.**   YES, IT IS.

11   **Q.**   I HAVE A FEW QUESTIONS ACTUALLY ABOUT THE TECHSHOP AS IT

12   APPEARS THERE.

13        I SEE IT'S BLUE AND RED.  WAS THERE ANY PARTICULAR REASON

14   WHY YOU USED BLUE AND RED FOR THE TECHSHOP MARKS?

15   **A.**   I JUST LIKE -- I DESIGNED THE LOGO IN 2005, AND I JUST

16   LIKED THE COLORS, THE PURE... THE PURE COLORS.  PROBABLY, YOU

17   KNOW, AMERICAN INNOVATION AND ALL.  I THINK I WAS KIND OF

18   GOING FOR THAT A BIT.

19   **Q.**   AND THEN I SEE THAT THE LETTER "O" IS IN THE SHAPE OF A

20   GEAR.

21        CAN YOU TELL US HOW YOU CAME TO SELECT THAT, SIR?

22   **A.**   YEAH.  I THOUGHT THE GEAR HAD TO DO, SINCE, YOU KNOW, WE

23   WERE OFFERING A LOT OF MACHINES TO OUR MEMBERS, I THOUGHT, YOU

24   KNOW, GEARS ARE MACHINE-LIKE.  AND THE CONCEPT WAS A TECHNICAL

25   SHOP.  USE A LOT OF DIFFERENT TECHNOLOGIES IN THIS WORKSHOP.

1    SO THE GEAR WAS KIND OF, I DON'T KNOW, A TIE-IN TO THAT.

2    **Q.**  AND WAS THERE ANY PARTICULAR MEANING?  I SEE TEN SPOKES ON

3    THE GEAR.

4    **A.**  YEAH.  NOT VERY MANY PEOPLE KNEW THIS, NOT EVEN OUR

5    EMPLOYEES, BUT THERE'S TEN POINTS ON THE GEAR BECAUSE WE HAD

6    TEN AREAS OF THE SHOP, LIKE WOOD SHOP, AND SHEET METAL, AND

7    WELDING, AND MACHINING, AND SEWING.  THERE WERE ABOUT TEN OF

8    THEM, ROUGHLY.  CLOSE ENOUGH.

9    SO I THOUGHT INSTEAD OF USING EIGHT, TYPICALLY YOU SEE

10   GEARS THERE'S USUALLY EIGHT OR SEVEN TEETH, I DON'T KNOW WHY.

11   I DID TEN BECAUSE OF THAT, AND I THOUGHT THE BALANCE LOOKED A

12   LITTLE BETTER, TOO.

13   **Q.**  AND THEN THE WAY WE SEE THE TECHSHOP MARKS BEING USED

14   THERE, WAS THAT A STANDARD PRACTICE OF TECHSHOP TO PRESENT ITS

15   TRADEMARKS IN THAT WAY?

16   **A.**  YES.

17   **Q.**  OKAY.

18   I'M GOING TO HAVE A FEW QUESTIONS NOW ABOUT TECHSHOP'S USE

19   OF THE MARKS AS THEY APPEARED IN PUBLICATIONS AND OUTSIDE.

20   IF YOU COULD TURN WITH ME TO A DOCUMENT WE'VE MARKED

21   TX215.

22   **THE COURT:**  IT'S ABOUT 1:23.  THAT MIGHT BE A GOOD

23   PLACE TO BREAK FOR THE DAY.

24   **MR. PISTORINO:**  THAT'S FINE.

25   **THE COURT:**  SINCE WE ARE SWITCHING TO A NEW TOPIC.

1       LADIES AND GENTLEMEN, IT'S A LITTLE BEFORE 1:25, BUT I

2   THINK THIS IS A GOOD BREAKING PLACE FOR THE DAY.  WE WILL

3   RESUME TOMORROW PROMPTLY AT 8:30.

4       AND JUST PLEASE REMEMBER ALL OF THE INSTRUCTIONS I GAVE

5   YOU.  I'LL JUST HIT THE BULLET POINTS:  UNTIL THE TRIAL IS

6   OVER, DO NOT DISCUSS THE CASE WITH ANYONE, INCLUDING YOUR

7   FELLOW JURORS, MEMBERS OF YOUR FAMILY, PEOPLE INVOLVED IN THE

8   TRIAL, OR ANYONE ELSE, AND DO NOT ALLOW ANYONE ELSE TO DISCUSS

9   THE CASE WITH YOU.  THAT COVERS ANY MEANS, METHOD OF

10  COMMUNICATION, IN PERSON, ON THE PHONE, TEXT, BLOGS, SOCIAL

11  MEDIA, NO COMMUNICATION BY ANY MEANS ABOUT THE CASE.

12      IF ANYONE TRIES TO COMMUNICATE WITH YOU ABOUT THE CASE,

13  PLEASE LET ME KNOW THAT IMMEDIATELY.  DO NOT READ, WATCH, OR

14  LISTEN TO ANY NEWS REPORTS OR OTHER ACCOUNTS ABOUT THE TRIAL

15  OR ANYONE ASSOCIATED WITH IT, INCLUDING ONLINE INFORMATION.

16  DON'T DO ANY RESEARCH ABOUT THE ISSUES INVOLVED IN THE CASE,

17  EITHER USING DICTIONARIES, OR THE INTERNET, OR ANY OTHER

18  MEANS.  DON'T MAKE ANY INVESTIGATION ABOUT THE ISSUES INVOLVED

19  IN THE CASE ON YOUR OWN.

20      FINALLY, ALWAYS REMEMBER TO KEEP AN OPEN MIND AND NOT

21  DECIDE WHERE YOU STAND ON THE ISSUES UNTIL YOU'VE HEARD ALL

22  THE EVIDENCE, YOU'VE HEARD MY INSTRUCTIONS, AND THE ARGUMENTS

23  OF COUNSEL, AND YOU'VE HAD THE OPPORTUNITY TO HEAR THE VIEWS

24  OF YOUR FELLOW JURORS.

25      AND ALSO JUST AS A LOGISTICAL NOTE, IF YOU EVER NEED TO

```
1    COMMUNICATE ANYTHING TO ME, YOU CAN GIVE A SIGNED NOTE TO

2    MS. RILEY AND SHE'LL MAKE SURE THAT I GET IT.

3        SO WITH THAT, LET'S BREAK FOR THE DAY.  ENJOY THE REST OF

4    YOUR AFTERNOON.  WE'LL SEE YOU TOMORROW MORNING AND GET

5    STARTED AT 8:30.

6        (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

7            THE COURT:  OKAY.  SO I WILL PLAN TO SEE YOU TOMORROW

8    MORNING AT 8:00 IF WE HAVE ANY ISSUES TO TAKE UP.  JUST FOR

9    PLANNING PURPOSES, WHO ARE THE NEXT WITNESSES IN ORDER?

10           MR. PISTORINO:  THE NEXT WITNESS IS MR. WOODS AND

11   THEN MR. BUSCH.

12           THE COURT:  ALL RIGHT.

13       ANYTHING WE NEED TO TAKE UP TODAY?

14           MS. ROBERTS:  NO, YOUR HONOR.

15           MR. PISTORINO:  I DON'T THINK AT THIS TIME.

16           THE COURT:  SEE YOU IN THE MORNING.

17           MR. PISTORINO:  THANK YOU, YOUR HONOR.

18

19           (PROCEEDINGS ADJOURNED AT 1:28 P.M.)

20

21

22

23

24

25
```

### CERTIFICATE OF REPORTER

I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE
UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY
CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_Diane E. Skillman_

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

WEDNESDAY, JUNE 26, 2019