VOL. 2

PAGES 85 - 290

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JR., JUDGE**

```
TECHSHOP, INC.,            )
                           )
          PLAINTIFF,       )   NO. C-18-1044 HSG
                           )
   VS.                     )   TUESDAY, JUNE 4, 2019
                           )
DAN RASURE, ET AL.,        )   OAKLAND, CALIFORNIA
                           )
                           )   JURY TRIAL
                           )
          DEFENDANTS.      )
_____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**            PARRISH LAW OFFICE
                             24 LEXINGTON DRIVE
                             MENLO PARK, CALIFORNIA 94205
                        BY:  JAMES C. PISTORINO, ESQUIRE

**ALSO PRESENT:**             DORIS KAELIN, BANKRUPTCY TRUSTEE

**FOR DEFENDANTS:**           QUINN EMANUEL URQUHART & SULLIVAN
                             555 TWIN DOLPHIN DRIVE, 5TH FLOOR
                             REDWOOD SHORES, CALIFORNIA 94065
                        BY:  ANDREA P. ROBERTS, ESQUIRE
                             OLGA SLOBODYANYUK, ESQUIRE

                             JOHN E. NATHAN, ESQUIRE
                             1175 PARK AVENUE
                             NEW YORK, NEW YORK 10128

**REPORTED BY:**              DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                             OFFICIAL COURT REPORTER

        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1                    I N D E X

 2    PLAINTIFF'S WITNESSES:                    PAGE   VOL.

 3    NEWTON, JAMES

 4    DIRECT EXAMINATION BY MR. PISTORINO (RESUMED)   92    2

 5    CROSS-EXAMINATION BY MS. ROBERTS         210    2

 6    REDIRECT EXAMINATION BY MR. PISTORINO    257    2

 7    WOODS, DANIEL

 8    DIRECT EXAMINATION BY MR. PISTORINO      263    2

 9

10    TRIAL EXHIBITS:        WITHDRAWN   I.D.   EVD.   VOL.

11        29                                   185    2

12        32                                   125    2

13        34                                   127    2

14        47                                   162    2

15        48                                   131    2

16        50                                   145    2

17        51                                   142    2

18        52                                   147    2

19        53                                   149    2

20        54                                   153    2

21        55                                   155    2

22        58                                   156    2

23        59                                   158    2

24        60                                   159    2

25        61                                   167    2
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

| TRIAL EXHIBITS: | WITHDRAWN | I.D. | EVD. | VOL. |
|---|---|---|---|---|
| 62 | | | 170 | 2 |
| 65 | | | 173 | 2 |
| 66 | | | 174 | 2 |
| 78 | | | 175 | 2 |
| 81 | | | 183 | 2 |
| 83 | | | 194 | 2 |
| 215 | | | 94 | 2 |
| 246 | | | 99 | 2 |
| 273 | | | 178 | 2 |
| 280 | | | 101 | 2 |
| 288 | | | 202 | 2 |
| 292 | | | 103 | 2 |
| 295 | | | 105 | 2 |
| 296 | | | 106 | 2 |
| 297 | | | 107 | 2 |
| 298 | | | 108 | 2 |
| 299 | | | 108 | 2 |
| 300 | | | 110 | 2 |
| 301 | | | 112 | 2 |
| 302 | | | 111 | 2 |
| 303 | | | 113 | 2 |
| 322 | | | 193 | 2 |
| 324 | | | 182 | 2 |
| 327 | | | 199 | 2 |

| | TRIAL EXHIBITS: | WITHDRAWN | I.D. | EVD. | VOL. |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 330 | | | 201 | 2 |
| 3 | 335 | | | 188 | 2 |
| 4 | 336 | | | 191 | 2 |
| 5 | 337 | | | 189 | 2 |
| 6 | 347 | | | 122 | 2 |
| 7 | 349 | | | 115 | 2 |
| 8 | 353 | | | 116 | 2 |
| 9 | 354 | | | 118 | 2 |
| 10 | 355 | | | 119 | 2 |
| 11 | 356 | | | 120 | 2 |
| 12 | 373 | | | 278 | 2 |
| 13 | 596 | | | 224 | 2 |
| 14 | 597 | | | 220 | 2 |
| 15 | 598 | | | 225 | 2 |
| 16 | 602 | | | 216 | 2 |
| 17 | 612 | | | 227 | 2 |
| 18 | 617 | | | 229 | 2 |
| 19 | 620 | | | 253 | 2 |
| 20 | 636 | | | 236 | 2 |
| 21 | 637 | | | 237 | 2 |
| 22 | 639 | | | 239 | 2 |
| 23 | 643 | | | 256 | 2 |
| 24 | 644 | | | 241 | 2 |
| 25 | 645 | | | 241 | 2 |

| TRIAL EXHIBITS: | WITHDRAWN | I.D. | EVD. | VOL. |
|---|---|---|---|---|
| 646 | | | 243 | 2 |
| 649 | | | 244 | 2 |
| 652 | | | 246 | 2 |
| 897 | | | 225 | 2 |
| 909 | | | 252 | 2 |
| 918 | | | 251 | 2 |
| 921 | | | 222 | 2 |

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
1    TUESDAY, JUNE 4, 2019                        8:26 A.M.

2                    P R O C E E D I N G S

3                            O0O

4         THE CLERK:  REMAIN SEATED.  COME TO ORDER.  WE ARE

5    CALLING C-18-1044 TECHSHOP, INC. VERSUS RASURE, ET AL.

6      PLEASE STEP FORWARD AND STATE YOUR APPEARANCES FOR THE

7    RECORD.

8         MR. PISTORINO:  GOOD MORNING, YOUR HONOR.  JAMES

9    PISTORINO ON BEHALF OF TECHSHOP.

10          THE COURT:  GOOD MORNING, MR. PISTORINO.

11          MS. ROBERTS:  ANDREA ROBERTS ON BEHALF OF DEFENDANTS.

12          THE COURT:  GOOD MORNING, MS. ROBERTS.

13      LET'S SEE.  SO THE ONLY THING THAT I WANTED TO BE SURE

14   THAT WE HAD FIGURED OUT A PLAN FOR IS AT THE PRETRIAL

15   CONFERENCE, WE DISCUSSED WHETHER YOU COULD AGREE ON A WAY THAT

16   THESE WITNESSES WILL ONLY BE CALLED ONCE AS OPPOSED TO DOING

17   THE DOUBLE TRIP TO THE STAND.

18      WHERE DID YOU LAND ON THAT?

19          MR. PISTORINO:  I DON'T THINK WE HAVE AN AGREEMENT ON

20   THAT RIGHT NOW BECAUSE I THINK THE ISSUES ARE SOMEWHAT

21   DISTINCT.

22      I KNOW THAT WE HAVE HAD THE DISCUSSION PARTICULARLY IN

23   REGARD TO MR. BUSCH WHO, I THINK, SEEMS LIKE HIS TOTAL AREA IS

24   RELATIVELY SMALLER, BUT I THINK FOR THE OTHER WITNESSES, AT

25   LEAST MR. NEWTON AND MR. WOODS, WE DO NOT HAVE AGREEMENT ON
```

```
 1    THEM.

 2         THE COURT:  SO THE IDEA IS THE CROSS WILL BE WITHIN

 3    THE SCOPE OF DIRECT.  AND THEN IF YOU NEED TO CALL HIM AGAIN

 4    IN YOUR CASE, HE WILL JUST HAVE TO COME BACK.

 5         MS. ROBERTS:  RIGHT.  WE WOULD PREFER TO DO IT ALL AT

 6    ONCE, BUT WE UNDERSTAND PLAINTIFF GETS TO PUT ON THEIR CASE

 7    THE WAY THEY WANT TO, SO IF WE NEED TO CALL THEM BACK, THAT'S

 8    WHAT WE WILL DO.

 9         THE COURT:  OKAY.  WE WILL JUST HAVE TO BE PREPARED

10    TO DO THAT.

11      ANYTHING ELSE FOR THIS MORNING?

12         MR. PISTORINO:  I DON'T THINK ANYTHING AT THIS TIME.

13         MS. ROBERTS:  NO, YOUR HONOR.

14         THE COURT:  OKAY.  WAS THERE AN ISSUE PER YESTERDAY

15    WITH SOME EXHIBITS FOR MR. NEWTON?  HAS THAT BEEN RESOLVED?

16    DID I RULE ON THAT?

17         MS. ROBERTS:  I THINK YOU RULED ON EVERYTHING THAT

18    WAS AT ISSUE FOR MR. NEWTON.

19         THE COURT:  OKAY.

20         MR. PISTORINO:  YEAH, I BELIEVE SO.

21         THE COURT:  ALL RIGHT.  WE WILL BRING THE JURY IN IN

22    A MINUTE.

23         THE CLERK:  THEY ARE NOT ALL HERE.  I ASKED THAT THEY

24    KNOCK WHEN THEY ARE ALL HERE.  WE'RE MISSING TWO.

25         THE COURT:  IN THAT CASE, I WILL GO BACK TO CHAMBERS
```

```
1    AND WE WILL BE BACK WHEN THEY ARE ALL HERE.

2         (PROCEEDINGS ADJOURNED AT 8:28 A.M.; RESUMED 8:40 A.M.)

3              THE COURT:  ARE WE READY FOR THE JURY?

4            MS. ROBERTS:  YES, YOUR HONOR.

5            THE CLERK:  READY?

6         (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

7              THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

8    WELCOME BACK.

9         YOU WILL RECALL YESTERDAY WE HAD BEGUN THE PRESENTATION OF

10   THE PLAINTIFF'S CASE, AND WE WILL CONTINUE WITH THE DIRECT

11   EXAMINATION OF MR. WOODS (SIC).

12        SO YOU MAY PROCEED WHENEVER YOU'RE READY, MR. PISTORINO --

13   I'M SORRY, MR. NEWTON.

14            MR. PISTORINO:  CORRECT.

15        MR. NEWTON?

16                  DIRECT EXAMINATION RESUMED

17   BY MR. PISTORINO:

18   Q.  GOOD MORNING, MR. NEWTON.

19   A.  GOOD MORNING.

20   Q.  I WANT TO JUST RETURN TO A FEW ITEMS THAT WE DISCUSSED

21   YESTERDAY AND MAKE SURE WE ARE CLEAR ON THEM.

22        IF YOU COULD TURN IN YOUR BOOK TO, I THINK WE HAVE IT AS

23   TX351.

24                  (DISPLAYED ON SCREEN.)

25        ARE YOU WITH ME THERE, SIR?
```

NEWTON – DIRECT / PISTORINO

1    **A.**  YES.

2    **Q.**  DO YOU RECALL THAT WAS ONE OF THE TRADEMARK REGISTRATIONS

3    WE DISCUSSED YESTERDAY?

4    **A.**  YES.

5    **Q.**  I JUST WANT TO MAKE SURE THAT WE COVER ALL OF OUR

6    TECHNICAL POINTS.

7       WAS TECHSHOP THE OWNER OF THE TRADEMARK AT ISSUE HERE THAT

8    WE SEE IN 351?

9    **A.**  YES.

10   **Q.**  OKAY.  AND I'M GOING TO HAVE THE SAME QUESTION ABOUT NO.

11   TX352.

12                       (DISPLAYED ON SCREEN.)

13      ARE YOU ON 352?

14   **A.**  YES.

15   **Q.**  WAS TECHSHOP THE OWNER OF THE TRADEMARK REGISTRATION WE

16   SEE IN TX352?

17   **A.**  YES.

18   **Q.**  I WANT TO RETURN TO SOME OF YOUR TESTIMONY ABOUT SOME OF

19   THE ACTIVITIES OF TECHSHOP IN TEACHING, ESPECIALLY IN REGARD

20   TO CHILDREN.

21      DID TECHSHOP HAVE A TRAILER THAT IT USED?

22   **A.**  YES.  WE HAD A TRAILER THAT WAS A MOBILE TECHSHOP, MOBILE

23   VERSION OF TECHSHOP.  SO IT HAD 3D PRINTERS IN IT, IT HAD

24   LASER CUTTERS IN IT, AND HAND TOOLS, SOLDERING EQUIPMENT,

25   ELECTRONICS, STUFF FOR ASSEMBLING KITS, AND WE WOULD TAKE IT

1   EITHER TO THINGS LIKE, YOU KNOW, DIFFERENT FAIRS AND WE WOULD

2   ALSO TAKE IT OUT TO SCHOOLS AND ACTUALLY PUT ON TRAINING AND

3   CLASSES FOR THE KIDS RIGHT ON-SITE.  SO IT WAS A MOBILE, A

4   MOBILE VERSION OF TECHSHOP.

5   **Q.**  SO WOULD THE TRAILER THEN GOOD TO A SCHOOL -- TELL ME WHAT

6   ACTIVITIES TECHSHOP WOULD DO AT A SCHOOL, FOR EXAMPLE, WITH

7   THE TRAILER?

8   **A.**  THE KIDS WOULD BUILD ELECTRONICS OR THEY WOULD BUILD KITS

9   FOR DIFFERENT THINGS THAT WOULD TEACH THEM DIFFERENT ASPECTS

10  OF MAKING.

11  **Q.**  OKAY.  GREAT.  THANK YOU.

12      IF YOU COULD TURN WITH ME TO TX215, PLEASE.

13          **MR. PISTORINO:**  YOUR HONOR, WE MOVE TO HAVE TX215

14  ADMITTED.

15          **THE WITNESS:**  OKAY.  I'M THERE.

16          **THE COURT:**  ANY OBJECTION?

17          **MS. ROBERTS:**  NO OBJECTION.

18          **THE COURT:**  215 IS ADMITTED.

19          (TRIAL EXHIBIT 215 RECEIVED IN EVIDENCE.)

20  **BY MR. PISTORINO:**

21  **Q.**  MR. NEWTON, IS THIS A COPY OF -- OR VERSION, AT LEAST, OF

22  THE TECHSHOP WEBSITE?

23  **A.**  YES.

24  **Q.**  I'M JUST GOING TO HAVE A FEW QUESTIONS ABOUT THE VARIOUS

25  THINGS THAT WE ARE SEEING ON THE TECHSHOP WEBSITE.

NEWTON – DIRECT / PISTORINO

```
1        THIS IS A VERSION I CAN SEE.  THIS IS FROM 2014; IS THAT
2   FAIR?
3   A.  YES.
4   Q.  AND WE CAN SEE RIGHT IN THE MIDDLE THERE, THAT'S PRESIDENT
5   OBAMA, RIGHT?
6   A.  YES, IT IS.
7   Q.  YOU WERE -- I KNOW YOU STARTED TO TELL US A LITTLE BIT
8   YESTERDAY ABOUT PRESIDENT OBAMA'S VISIT.
9        IS THERE ANYTHING ELSE YOU RECALL ABOUT THAT?
10  A.  NO.  I THINK I WAS PRETTY COMPLETE.
11       HE CAME -- ARRANGED THIS AHEAD OF TIME.  HE KNEW WHAT
12  TECHSHOP WAS EVEN BEFORE I MET HIM.  HE HAD HEARD ABOUT IT
13  FROM -- WE HAD BEEN WORKING WITH SOME OF THE OTHER GOVERNMENT
14  AGENCIES FOR A WHILE, AND SO HE HAD ACTUALLY HEARD ABOUT
15  TECHSHOP THROUGH THOSE CONTACTS.
16  Q.  WHAT OTHER GOVERNMENT AGENCIES WAS TECHSHOP WORKING WITH?
17  A.  WE WERE WORKING WITH NASA FOR A WHILE.  AND WE WERE
18  WORKING WITH THE NAVY TO BUILD KIND OF VERSIONS OF THE SCHOOL
19  TRAILER.  WE BUILT A BUNCH OF TRAILERS FOR THEM FOR -- MOBILE
20  MAKERSPACES FOR THEM TO USE.
21       AND SO, YEAH, THE PRESIDENT HAD HEARD ABOUT US THROUGH
22  SOME OF THOSE CONTACTS.
23  Q.  OKAY.  AND IF WE CAN GO TO THE -- WELL, I SEE JUST ABOVE
24  PRESIDENT OBAMA, WE SEE THE TECHSHOP NAME THERE.  DO YOU SEE
25  THAT?
```

1    **A.**  YES.

2    **Q.**  IF WE CAN GO TO THE VERY TOP OF THE WEBSITE THERE.

3        AND I SEE THE TECHSHOP UP ON THE LEFT.  IS THAT THE WAY

4    TECHSHOP WOULD HAVE PRESENTED ITS NAMES AND ITS MARKS?

5    **A.**  YES.

6    **Q.**  OKAY.

7        AND THEN ON THE LEFT-HAND SIDE, I SEE KIND OF A LIST OF

8    MENU ITEMS AND I SEE ONE OF THEM LISTED AS CLASSES.

9        DO YOU SEE THAT?  MAYBE THE THIRD BULLET POINT DOWN.

10   **A.**  YES.

11   **Q.**  I KNOW YOU'D MENTIONED JUST A FEW CLASSES.  IS THERE ONE

12   THAT PARTICULARLY COMES TO YOUR MIND ABOUT CLASSES THAT

13   TECHSHOP OFFERED?

14   **A.**  I THINK ONE OF MY FAVORITES WAS WE ACTUALLY HAD A CLASS

15   EARLY ON WHERE WE TAUGHT PEOPLE HOW TO MAKE HOLOGRAMS.

16       SO THEY WOULD ACTUALLY BRING A LITTLE 3D ITEM FROM HOME,

17   AND WE WOULD GO INTO ONE OF OUR CLASSROOMS THAT WE HAD

18   DARKENED, AND WE'D ACTUALLY USE LASERS TO BOUNCE OFF OF THEIR

19   LITTLE OBJECT ONTO THE PLATE OF FILM, AND THEN WE'D DEVELOP IT

20   IN SOME DEVELOPER AND FIXER, AND IT WOULD ACTUALLY MAKE A 3D

21   HOLOGRAM IMAGE.  IT WAS PRETTY AMAZING THAT YOU COULD DO IT SO

22   EASILY.

23   **Q.**  OKAY.

24   **A.**  WE REALLY LIKED TO MAKE CLASSES THAT WOULD AMAZE PEOPLE.

25   THEY WOULD COME OUT OF THE CLASS AND SAY, I DIDN'T KNOW I

1   COULD DO THAT.  THAT'S REALLY, REALLY COOL.

2   **Q.**  COULD YOU GIVE THE JURY A SENSE OF THE NUMBER OF CLASSES

3   THAT TECHSHOP OFFERED?  WAS IT FIVE, TEN?  CAN YOU BALLPARK IT

4   FOR THE JURY, PLEASE?

5   **A.**  WELL, WE HAD CLASSES ON EVERY SINGLE MACHINE IN THE SHOP

6   AND ALL THE PROCESSES IN THE SHOP.  SO THERE WERE, YOU KNOW,

7   THERE WERE LITERALLY THOUSANDS OF DIFFERENT CLASSES THAT WE

8   OFFERED, DIFFERENT TOPICS.

9       WE ALSO -- YOU KNOW, LIKE THE HOLOGRAM CLASS.  THAT'S NOT

10  A PIECE OF EQUIPMENT IN THE SHOP, NECESSARILY, BUT IT'S A

11  TECHNIQUE THAT WE WOULD TEACH PEOPLE HOW TO DO.  SO THERE WERE

12  A LOT OF TECHNICAL -- TECHNIQUES CLASSES AS WELL.

13  **Q.**  IF WE CAN GO TO THE SECOND PAGE OF THIS EXHIBIT NUMBER,

14  PLEASE.

15                    (DISPLAYED ON SCREEN.)

16      I SEE, AGAIN, I THINK YOU HAD MENTIONED IT, ONE OF THE

17  CLASSES WE ARE SEEING THERE WAS ABOUT UNDERWRITERS

18  LABORATORIES; IS THAT RIGHT?

19  **A.**  YES.

20  **Q.**  DESCRIBE FOR US WHAT THAT CLASS WOULD HAVE ENTAILED?

21  **A.**  A LOT OF OUR MEMBERS WERE BUILDING OBJECTS THAT HAD

22  ELECTRICALLY-POWDER COMPONENTS TO IT.  WHEN YOU'RE INVENTING,

23  PRODUCING A PRODUCT LIKE THAT, DEVELOPING A PRODUCT, IT IS A

24  REALLY IMPORTANT FACTOR TO KNOW HOW TO GET IT APPROVED BY UL.

25  THERE ARE SOME OTHER AGENCIES THAT DO APPROVAL AS WELL, BUT UL

NEWTON – DIRECT / PISTORINO

```
1    IS PROBABLY THE BEST KNOWN ONE.

2         AND SO THIS CLASS WAS JUST KIND OF AN OVERVIEW SO WE WOULD

3    TEACH PEOPLE KIND OF HOW DO YOU EVEN TAKE YOUR PRODUCT AND GET

4    IT TESTED AND GET IT VERIFIED, AND GET THAT UL TAG THAT YOU

5    GET TO STICK ON THE BACK.

6         A LOT OF ORGANIZATIONS WON'T BUY A PRODUCT AND A LOT OF

7    PLACES WON'T SELL PRODUCTS UNLESS THEY HAVE UL OR A SUITABLE

8    CERTIFICATION.

9         SO THAT WAS AN IMPORTANT CLASS FOR MEMBERS TO KNOW ABOUT

10   IF THEY WERE GOING TO DEVELOP A PRODUCT LIKE THAT.

11   Q.  WOULD A CLASS LIKE THAT HAVE BEEN IMPORTANT TO BUSINESSES?

12   A.  YES.

13   Q.  WERE THESE CLASSES, AGAIN, OFFERED UNDER THE TECHSHOP

14   BRANDS?

15   A.  YES, THEY WERE.

16   Q.  IF WE CAN GO TO THE VERY BOTTOM OF THE EXHIBIT.

17        YOU SEE DOWN THERE SORT OF A COPYRIGHT NOTICE AND OTHER

18   THINGS?

19   A.  YES.

20   Q.  AND DO YOU SEE AT THE BOTTOM WHERE IT SAYS, TECHSHOP IS A

21   TRADEMARK?

22   A.  YES.

23   Q.  SO WAS THAT SOMETHING THAT APPEARED ON THE BOTTOM OF

24   TECHSHOP'S WEB PAGE?

25   A.  YES, IT DID.
```

1   **Q.**  SO PERSONS THAT JUST VISITED THE TECHSHOP WEB PAGE WOULD

2   HAVE SEEN FROM THAT THAT TECHSHOP HAD A TRADEMARK ON ITS NAME,

3   CORRECT?

4   **A.**  CORRECT.

5   **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED TX246.

6   **A.**  OKAY.

7   **Q.**  KIND OF ANOTHER VERSION OF THE --

8            **MR. PISTORINO:**  ACTUALLY I MOVE TO HAVE EXHIBIT TX246

9   ADMITTED, YOUR HONOR.

10           **THE COURT:**  246.  ANY OBJECTION?

11           **MS. ROBERTS:**  NO OBJECTION.

12           **THE COURT:**  246 IS ADMITTED.

13           (TRIAL EXHIBIT 246 RECEIVED IN EVIDENCE.)

14                   (DISPLAYED ON SCREEN.)

15   **BY MR. PISTORINO:**

16   **Q.**  I THINK ANOTHER VERSION OF THE TECHSHOP WEB PAGE.  I JUST

17   WANT TO ASK ONE QUESTION ON SOME MATERIAL THAT APPEARS ON THE

18   RIGHT-HAND SIDE OF THE WEB PAGE THERE.  I SEE IT HAS SOME

19   DISCUSSION ABOUT VETERANS APPRECIATION DAY.

20        CAN YOU DESCRIBE FOR US WHAT ACTIVITY THAT WAS THAT

21   TECHSHOP WAS DOING?

22   **A.**  WE ACTUALLY WORKED OUT A DEAL WITH THE V.A. WHERE THEY

23   WOULD PURCHASE MEMBERSHIPS THAT WE WOULD THEN GIVE AWAY TO

24   VETERANS FOR FREE.

25        SO THEY WOULD GET -- THEY WOULD GET A MEMBERSHIP FOR A

1   CERTAIN PERIOD OF TIME, AND THEN THEY WOULD GET A BUNCH OF

2   CLASSES, TOO.  WE HAD SOME REALLY, REALLY GREAT SUCCESSES.

3       I KNOW THERE WAS ONE PAIR OF VETERANS THAT OPENED THE

4   COFFEE ROASTING AND COFFEE SHOP IN DC, AND BECOME QUITE WELL

5   KNOWN THERE.

6       THEY SAID THAT THEY WOULDN'T HAVE GOTTEN THE EXPOSURE TO

7   KNOW HOW TO MAKE THE EQUIPMENT AND ALL THAT IF THEY HADN'T

8   HAD, YOU KNOW, ACCESS TO THIS.

9   **Q.**  AND I SEE, AGAIN, JUST GOING DOWN TO THE RIGHT HAND THERE,

10  I SEE ALSO TEXTILES MEETUP.

11  **A.**  YES.

12  **Q.**  WHAT WOULD A TEXTILES MEETUP HAVE BEEN?

13  **A.**  WE DID MEETUPS FOR DIFFERENT KINDS OF, I GUESS, YOU KNOW,

14  PEOPLE THAT LIKED TO DO DIFFERENT KINDS OF ACTIVITIES.  IN

15  THIS CASE IT WAS PEOPLE THAT LIKED TO WORK WITH CLOTH, FABRIC,

16  YOU KNOW, MAKE CLOTHING, OR WORK WITH TEXTILES IN SOME WAY.

17      IT WAS KIND OF A WAY FOR PEOPLE TO GET TOGETHER, SHARE

18  IDEAS, SHOW PEOPLE IN THE GROUP WHAT THEY HAD BEEN WORKING ON

19  AND SHARE TIPS AND TRICKS.

20  **Q.**  AND WHERE WOULD A MEETUP LIKE THAT TYPICALLY OCCUR?

21  **A.**  AT TECHSHOP.

22  **Q.**  OKAY.  AND, AGAIN, A PARTICULAR TECHSHOP LOCATION OR MORE

23  THAN ONE?

24  **A.**  WE DID MEETUPS AT ALL OF OUR LOCATIONS, YEAH.

25  **Q.**  IF YOU CAN MOVE WITH ME TO THE DOCUMENT WE MARKED TX280.

1    **A.**  OKAY.

2           **MR. PISTORINO:**  I MOVE TO HAVE TX280 ADMITTED,

3    PLEASE, YOUR HONOR.

4           **MS. ROBERTS:**  NO OBJECTION.

5           **THE COURT:**  280 IS ADMITTED.

6           (TRIAL EXHIBIT 280 RECEIVED IN EVIDENCE.)

7                    (DISPLAYED ON SCREEN.)

8    **BY MR. PISTORINO:**

9    **Q.**  I JUST WANT TO GIVE FOLKS A SENSE OF THE BREADTH OF

10   CLASSES THAT TECHSHOP OFFERED.

11      CAN YOU DESCRIBE -- I SEE IT MENTIONS CNC 301 CLASS.

12      CAN YOU DESCRIBE FOR THE JURY WHAT THAT KIND OF CLASS

13   WOULD HAVE BEEN?

14   **A.**  SURE.

15      ONE OF THE PIECES OF EQUIPMENT THAT WE HAD IN THE SHOP WAS

16   CALLED A CNC MILLING MACHINE.  AND THIS IS -- THE BEST WAY TO

17   DESCRIBE -- WHAT THIS IS, IS IT'S A MILLING MACHINE THAT I

18   DESCRIBED YESTERDAY WITH THE TOOL THAT'S IN THE MOTOR SPINDLE,

19   AND THEN YOU MOVE YOUR WORKPIECE, ALUMINUM OR PLASTIC OR EVEN

20   WOOD PASSED THAT TOOL.  AND IT CUTS SLOTS OR SHAPES THE

21   OBJECT.

22      IF YOU WERE GOING TO GO ON A MANUAL MILLING MACHINE AND

23   YOU WERE GOING TO CUT SOMETHING, YOU BASICALLY HAVE A DIAL

24   THAT MOVES THE TABLE THIS WAY (INDICATING), RIGHT AND LEFT,

25   AND YOU HAVE ANOTHER DIAL THAT YOU TURN THAT MOVES THE TABLE

NEWTON – DIRECT / PISTORINO

1    THIS WAY (INDICATING) ON WHAT'S CALLED THE Y AXIS, FORWARD AND

2    BACK.

3        SO IF YOU WERE GOING TO TRY TO DO SOMETHING, YOU KNOW,

4    ORGANIC LIKE A MOUSE SHAPE, YOU KNOW, A COMPUTER MOUSE SHAPE,

5    OR SOMETHING CURVED, YOU WOULD HAVE TO, ON THE MANUAL MILLING

6    MACHINE, YOU WOULD HAVE TO TURN THOSE KNOBS JUST RIGHT TO TRY

7    TO GET THAT CURVE.  IT'S LIKE DRAWING A CIRCLE WITH AN ETCH A

8    SKETCH.  IF YOU'VE EVER DONE THAT, IT'S REALLY HARD.

9        SO THE COMPUTER CONTROLLED -- CNC MEANS COMPUTER

10   NUMERICALLY CONTROLLED.  SO YOU BASICALLY DESIGN YOUR OBJECT

11   IN THE COMPUTER IN CAD SOFTWARE, COMPUTER-AIDED DESIGN

12   SOFTWARE, AND YOU FEED THAT 3D PROGRAM FILE INTO THE CNC MILL,

13   AND IT BASICALLY DOES THE TURNING OF THE KNOBS FOR YOU.  SO IT

14   CUTS THE SHAPE OUT.  SO IT'S VERY GOOD FOR DOING MORE ROUND

15   AND ORGANIC KINDS OF SHAPES AND ALSO FOR REPEATING THE SAME

16   SHAPE MANY TIMES.

17       SO OUR MEMBERS, A LOT OF THEM THAT WERE GOING INTO, YOU

18   KNOW, MORE SERIOUS PRODUCT DEVELOPMENT OR DESIGN WOULD

19   DEFINITELY WANT TO USE A CNC MILLING MACHINE FOR THAT.

20   **Q.**  AND A CLASS LIKE THAT OR THAT KIND OF EQUIPMENT, WOULD

21   THAT BE APPROPRIATE FOR A HOBBYIST, A DO-IT-YOURSELFER, OR

22   PROFESSIONAL FOLKS; WHAT KIND OF FOLKS WOULD IT BE APPROPRIATE

23   FOR?

24   **A.**  WE REALLY TRIED TO GEAR A LOT OF THE CLASSES -- OR MOST OF

25   THE CLASSES TOWARDS ANYONE WHO WANTED TO KNOW MORE ABOUT THAT

1    MACHINE.

2         SO WITH THIS CLASS, YOU KNOW, IT WOULD BE SOMEBODY THAT

3    PROBABLY HAD BEEN USING THE MANUAL MILLING MACHINE BEFORE AND

4    THEY KIND OF KNEW A LITTLE BIT ABOUT HOW THE MILLING MACHINE

5    WORKS, AND THEN THEY WOULD WANT TO KIND OF STEP IT UP A LITTLE

6    BIT TO GET MORE AUTOMATION AND MORE PRODUCTION CAPABILITY.

7    Q.  IF YOU COULD MOVE WITH ME TO THE DOCUMENT WE MARKED TX292,

8    PLEASE.

9         **MR. PISTORINO:**  YOUR HONOR, WE MOVE TO HAVE TX292

10   ADMITTED.

11        **MS. ROBERTS:**  NO OBJECTION.

12        **THE COURT:**  292 IS ADMITTED.

13        (TRIAL EXHIBIT 292 RECEIVED IN EVIDENCE.)

14             (DISPLAYED ON SCREEN.)

15   **BY MR. PISTORINO:**

16   Q.  AGAIN, ANOTHER VERSION OF THE TECHSHOP WEB PAGE.  THIS

17   TIME FROM -- AND I WANT TO DIRECT YOU TO JUST THE FIRST PART.

18        YOU SEE IT SAYS TECHSHOP RIGHT IN THE MIDDLE THERE?

19   **A.**  YES.

20   Q.  I SEE IT HAS THE TECHSHOP WITH THE "R" IN THE CIRCLE.

21        DO YOU SEE THAT?

22   **A.**  YES.

23        **MS. ROBERTS:**  OBJECTION, LEADING.

24        **THE COURT:**  OVERRULED.

25

1    **BY MR. PISTORINO:**

2    **Q.** WHAT I WANT TO ASK JUST A LITTLE BIT ABOUT IS THE STYLE

3    GUIDE THAT TECHSHOP HAD.

4        CAN YOU DESCRIBE FOR US HOW A DOCUMENT LIKE THIS, THIS

5    VERSION OF THE WEB PAGE, WOULD HAVE BEEN CREATED IN

6    COMPLIANCE, IF AT ALL, WITH THE STYLE GUIDE THAT WE SAW

7    EARLIER?

8    **A.** I WOULD USE A PARTICULAR FONT, A TYPEFACE.  WE GENERALLY

9    USED A, YOU KNOW, SANS-SERIF TYPEFACE.  WE WOULD USE CERTAIN

10   COLORS GENERALLY.  AND, OF COURSE, WHENEVER WE ARE USING THE

11   WORD "TECHSHOP" OR USING THE WORD IN A LOGO OR SOMETHING, IT

12   WOULD NEED TO HAVE THE REGISTERED TRADEMARK CIRCLE, THE CIRCLE

13   "R".

14   **Q.** AND IF WE CAN GO TO THE VERY BOTTOM.  ACTUALLY, I THINK

15   IT'S THE NEXT PAGE IN THE EXHIBIT.  I WANT TO GO BACK AGAIN TO

16   SORT OF THE COPYRIGHT PORTION AT THE BOTTOM THERE.

17   **A.** I'M SORRY, WHICH ONE?

18   **Q.** SAME EXHIBIT, NEXT PAGE, AT THE BOTTOM WHERE IT HAS THE

19   COPYRIGHT INFORMATION.

20       DO YOU SEE THAT?

21                      (DISPLAYED ON SCREEN.)

22   **A.** YES.

23   **Q.** AND, AGAIN, THE PART THAT HAS THE TECHSHOP THERE, IS THAT

24   SOMETHING THAT WOULD HAVE BEEN REQUIRED BY THE STYLE GUIDE?

25   **A.** YES, IT WOULD.

1    **Q.** AND IT WAS SOMETHING LIKE THIS, WOULD THAT BE -- WOULD

2    THAT HAVE BEEN A STANDARD PRACTICE TO PUT THAT NOTICE ON THE

3    TECHSHOP WEB PAGE?

4    **A.** YES.

5    **Q.** OKAY.

6        I KNOW WE HEARD YESTERDAY SOME DISCUSSION ABOUT MANY

7    PUBLICATIONS THAT TECHSHOP APPEARED IN, WAS THE SUBJECT OF.

8        IF YOU COULD TURN WITH ME TO THE DOCUMENT WE MARKED TX295.

9        BEAR WITH ME THERE, SIR.

10   **A.** YES.

11       **MR. PISTORINO:** JUST GIVE ME A MOMENT UNTIL THE JURY

12   CAN SEE IT.

13       I AM SORRY.  SORRY, YOUR HONOR.  I MOVE TO ADMIT TX295.

14       **MS. ROBERTS:** NO OBJECTION.

15       **THE COURT:** 295 IS ADMITTED.

16       (TRIAL EXHIBIT 295 RECEIVED IN EVIDENCE.)

17             (DISPLAYED ON SCREEN.)

18   **BY MR. PISTORINO:**

19   **Q.** THIS IS A COPY OF *FORBES* MAGAZINE FROM 2008.

20   **A.** YES.

21   **Q.** IF YOU CAN TURN WITH ME TO THE SECOND PAGE IN THE EXHIBIT.

22             (DISPLAYED ON SCREEN.)

23       OKAY.  IS THAT YOU IN THE PICTURE THERE?

24   **A.** YES, IT IS.

25   **Q.** DO YOU RECALL BEING -- WERE YOU INTERVIEWED FOR THIS

1   ARTICLE?

2   **A.**  YES.  I WAS INTERVIEWED AND PHOTOGRAPHED FOR THE ARTICLE.

3   **Q.**  AND HOW DID YOU THINK ABOUT THE DESCRIPTION OF TECHSHOP AS

4   THE GEEK GYM?

5   **A.**  I THINK IT FIT BECAUSE, YOU KNOW, THE TECHSHOP CONCEPT

6   REALLY WAS A, YOU KNOW, YOU CAN THINK OF IT AS A HEALTH CLUB

7   WITH THE TOOLS AND EQUIPMENT INSTEAD OF THE EXERCISE

8   EQUIPMENT.

9   **Q.**  OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED

10  TX296.

11          **MR. PISTORINO:**  YOUR HONOR, I MOVE TO HAVE 296

12  ADMITTED, PLEASE.

13          **MS. ROBERTS:**  NO OBJECTION.

14          **THE COURT:**  ADMITTED.

15          (TRIAL EXHIBIT 296 RECEIVED IN EVIDENCE.)

16  **BY MR. PISTORINO:**

17  **Q.**  AND TX296, THIS IS A COPY OF *INC.* MAGAZINE; IS THAT RIGHT?

18  **A.**  YES.

19  **Q.**  IF YOU CAN TURN TO, I GUESS TECHNICALLY IT'S THE THIRD

20  PAGE IN THE EXHIBIT.

21  **A.**  OKAY.

22  **Q.**  AND WAS THERE AN ARTICLE ABOUT TECHSHOP IN THIS VERSION OF

23  *INC.* MAGAZINE?

24  **A.**  YES, THERE WAS.

25  **Q.**  OKAY.  AND ACTUALLY IF WE TURN TO THE NEXT PAGE IN THE

```
 1    EXHIBIT.

 2           AGAIN, IS THAT A PICTURE OF YOU?

 3    A.  YES.

 4    Q.  DID YOU PARTICIPATE IN A LOT OF THESE PHOTO SHOOTS FOR

 5    MAGAZINES AND PUBLICATIONS?

 6    A.  YES.  VERY, VERY, VERY MANY.

 7    Q.  IF WE CAN TURN WITH ME TO THE DOCUMENT MARKED TX297.

 8           MR. PISTORINO:  YOUR HONOR, I MOVE TO HAVE TX297

 9    ADMITTED.

10           MS. ROBERTS:  NO OBJECTION.

11           THE COURT:  297 IS ADMITTED.

12           (TRIAL EXHIBIT 297 RECEIVED IN EVIDENCE.)

13    BY MR. PISTORINO:

14    Q.  AGAIN, THIS IS YET ANOTHER PUBLICATION IN INC.; IS THAT

15    CORRECT?

16    A.  YES.

17    Q.  AND I THINK WE ARE GOING... I THINK IF WE TURN TO THE

18    SIXTH PAGE IN THE DOCUMENT.

19                     (DISPLAYED ON SCREEN.)

20        AGAIN, SOME MORE DISCUSSION ABOUT TECHSHOP; IS THAT RIGHT?

21    A.  YES.

22    Q.  HOW ABOUT CAN YOU TURN WITH ME TO THE DOCUMENT WE'VE

23    MARKED TX298.

24           MR. PISTORINO:  YOUR HONOR, I MOVE TO HAVE 298

25    ADMITTED.
```

1          **MS. ROBERTS:**  NO OBJECTION.

2          **THE COURT:**  ADMITTED.

3              (TRIAL EXHIBIT 298 RECEIVED IN EVIDENCE.)

4                      (DISPLAYED ON SCREEN.)

5    **BY MR. PISTORINO:**

6    **Q.**  CAN YOU JUST DESCRIBE FOR US WHAT IS LOOKS LIKE *MAKE*:

7    MAGAZINE?

8    **A.**  *MAKE*: MAGAZINE IS A PUBLICATION THAT'S DIRECTED TOWARDS

9    PEOPLE THAT LIKE TO MAKE THINGS WITH THEIR HANDS.  THEY

10   STARTED IN JUST ABOUT THE TIME THAT TECHSHOP STARTED, JUST

11   MAYBE A LITTLE BIT BEFORE.

12       AND THEY ALSO HAD AN EVENT EVERY YEAR CALLED THE MAKER

13   FAIRE.  SO THE MAGAZINE AND THE FAIRE KIND OF WENT TOGETHER.

14   **Q.**  OKAY.  AND IF YOU CAN TURN WITH ME TO THE SECOND PAGE IN

15   THE EXHIBIT.  ACTUALLY, I GUESS, THE SECOND, THIRD, FOURTH,

16   FIFTH, AND SIXTH PAGES.

17                      (DISPLAYED ON SCREEN.)

18       IS THIS JUST A MULTIPAGE ARTICLE ABOUT TECHSHOP?

19   **A.**  YES.

20   **Q.**  OKAY.  IF YOU CAN MOVE WITH ME TO A DOCUMENT WE MARKED

21   TX299.

22          **MR. PISTORINO:**  YOUR HONOR, I WOULD MOVE TO HAVE

23   TX299 ADMITTED.

24          **MS. ROBERTS:**  NO OBJECTION.

25          **THE COURT:**  ADMITTED.

1                (TRIAL EXHIBIT 299 RECEIVED IN EVIDENCE.)

2    **BY MR. PISTORINO:**

3    **Q.**  AND THIS LOOKS LIKE A *POPULAR MECHANICS*; IS THAT RIGHT?

4    **A.**  YES.

5    **Q.**  I GUESS WE'RE –– THE SECOND AND THIRD PAGE, THERE'S SORT

6    OF LIKE A PHOTO SPREAD.  IF WE CAN TURN THERE REAL QUICK.

7                        (DISPLAYED ON SCREEN.)

8        IS THAT YOU ON THE RIGHT-HAND SIDE THERE?

9    **A.**  YES, IT IS.

10   **Q.**  SOUNDS LIKE ANOTHER PHOTO SHOOT?

11   **A.**  YES.

12   **Q.**  OKAY.

13       AND THE FIFTH PAGE IN THE EXHIBIT, PLEASE.

14                       (DISPLAYED ON SCREEN.)

15       ON THE BOTTOM –– THERE, AGAIN, IS THAT MORE DISCUSSION

16   ABOUT TECHSHOP?

17   **A.**  YES.

18   **Q.**  WHAT WE JUST LOOKED AT IS... OKAY.

19       IF WE CAN TURN TO –– WAS TECHSHOP THE SUBJECT OF, AGAIN,

20   MULTIPLE ARTICLES IN THESE VARIOUS PUBLICATIONS?

21   **A.**  YES, IT WAS.

22   **Q.**  IF WE CAN TURN TO TX300 ––

23           **THE CLERK:**  I'M SORRY, 300?

24           **MR. PISTORINO:**  300, PLEASE.

25       YOUR HONOR, I WOULD MOVE TO HAVE TX300 ADMITTED.

1          **MS. ROBERTS:**  NO OBJECTION.

2          **THE COURT:**  300 IS ADMITTED.

3          (TRIAL EXHIBIT 300 RECEIVED IN EVIDENCE.)

4                    (DISPLAYED ON SCREEN.)

5     **BY MR. PISTORINO:**

6     **Q.**  AND THIS IS -- THIS WAS ANOTHER VERSION OF THE ISSUE OF

7     *POPULAR MECHANICS* ABOUT TECHSHOP?

8     **A.**  YES.  THIS WAS THE FATHER'S DAY ISSUE.

9     **Q.**  OKAY.  CAN YOU -- IF WE TURN TO THE SECOND PAGE OF THE

10    EXHIBIT.

11                    (DISPLAYED ON SCREEN.)

12         AND WHAT CAN -- CAN YOU TELL US ANYTHING ABOUT THE

13    FATHER'S DAY ISSUE AND THE ARTICLE HERE ABOUT TECHSHOP?

14    **A.**  *POPULAR MECHANICS* APPROACHED ME TO PARTICIPATE IN THIS

15    EPISODE -- THIS ISSUE.  AND I THOUGHT IT WAS REALLY -- IT

16    MEANT A LOT TO ME BECAUSE MY DAD HAD REALLY TAUGHT ME HOW TO

17    DO ALL OF THESE THINGS WITH TOOLS.  HOW TO WELD, HOW TO WORK

18    ON CARS, HOW TO DESIGN AND BUILD THINGS.  AND HE HAD PASSED

19    AWAY IN 1998.

20         SO I, YOU KNOW, IT WAS PRETTY TOUCHING FOR ME TO BE ABLE

21    TO COMMENT ON HIM HOW HE HELPED ME DO THAT.

22    **Q.**  DID YOU HAVE ANY UNDERSTANDING ABOUT HOW WIDELY

23    DISTRIBUTED, FOR EXAMPLE, THE *FORBES* MAGAZINE; DID YOU HAVE AN

24    UNDERSTANDING, IS IT A LOCAL, REGIONAL, NATIONAL,

25    INTERNATIONAL PUBLICATION?

1    **A.**  INTERNATIONAL.

2    **Q.**  WHAT ABOUT *INC.* MAGAZINE?

3    **A.**  THAT'S ALSO INTERNATIONAL, I BELIEVE.

4    **Q.**  WHAT ABOUT *MAKE* MAGAZINE?

5    **A.**  *MAKE* IS DEFINITELY INTERNATIONAL.

6    **Q.**  *POPULAR MECHANICS*?

7    **A.**  INTERNATIONAL.

8    **Q.**  WAS TECHSHOP ALSO THE SUBJECT OF NEWSPAPER ARTICLES ABOUT

9    TECHSHOP?

10   **A.**  YES.

11   **Q.**  I'M SORRY, I MISSED ONE.

12       CAN YOU MOVE WITH ME TO TX302?

13           **MR. PISTORINO:**  YOUR HONOR, I MOVE TO HAVE TX302

14   ADMITTED, PLEASE.

15           **MS. ROBERTS:**  NO OBJECTION.

16           **THE COURT:**  ADMITTED.

17           (TRIAL EXHIBIT 302 RECEIVED IN EVIDENCE.)

18                   (DISPLAYED ON SCREEN.)

19   **BY MR. PISTORINO:**

20   **Q.**  AND THIS IS *WIRED* MAGAZINE; IS THAT RIGHT?

21   **A.**  YES.

22   **Q.**  I GUESS WE ARE AT THE SIXTH PAGE OF THE EXHIBIT.

23       AND, AGAIN, MORE DISCUSSION ABOUT TECHSHOP?

24   **A.**  YES.  CORRECT.

25   **Q.**  WE KEEP SAYING IT, IT LOOKS LIKE YOU PARTICIPATED IN A LOT

1    OF PHOTO SHOOTS; IS THAT RIGHT?

2    **A.**  YES.

3    **Q.**  AND, AGAIN, WAS *WIRED* AN INTERNATIONAL -- INTERNATIONALLY

4    DISTRIBUTED PUBLICATION TO YOUR KNOWLEDGE?

5    **A.**  YES.

6    **Q.**  I WAS GOING TO ASK ABOUT NEWSPAPER ARTICLES, SO LET'S TURN

7    TO TX301.

8          **MR. PISTORINO:**  AND, YOUR HONOR, I MOVE TO HAVE

9    EXHIBIT 301 ADMITTED.

10          **MS. ROBERTS:**  NO OBJECTION.

11          **THE COURT:**  ADMITTED.

12          (TRIAL EXHIBIT 301 RECEIVED IN EVIDENCE.)

13                (DISPLAYED ON SCREEN.)

14   **BY MR. PISTORINO:**

15   **Q.**  AND THIS WAS AN ARTICLE THAT APPEARED ABOUT TECHSHOP IN

16   THE *SAN JOSE MERCURY NEWS*; IS THAT CORRECT?

17   **A.**  YES.

18   **Q.**  IF WE GO TO THE, REALLY IT'S KIND OF THE THIRD PAGE OF THE

19   EXHIBIT.

20        IS THAT SOMETHING THAT -- I SEE IT'S CALLED "TINKERER'S

21   PARADISE".  IS THAT A NEW PHRASE THAT THE *MERCURY NEWS* CAME UP

22   WITH TO DESCRIBE TECHSHOP OR SOMETHING THAT OTHER FOLKS USED

23   AS WELL?

24   **A.**  I THINK THAT WAS THEIR PHRASE.

25   **Q.**  I SEE ALL THE SPARKS THERE.  JUST SO EVERYBODY CAN KNOW,

1    WHAT IS THAT GUY DOING IN THE PICTURE?

2    **A.**  LOOKS LIKE HE'S GRINDING A PIECE OF METAL.

3    **Q.**  SO MAYBE USING LIKE AN ANGLE GRINDER?

4    **A.**  AN ANGLE GRINDER ON STEEL.  STEEL MAKES NICE SPARKS.

5    **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED 303.

6         **MR. PISTORINO:**  YOUR HONOR, I MOVE TO HAVE 303

7    ADMITTED.

8         **MS. ROBERTS:**  NO OBJECTION.

9         **THE COURT:**  ADMITTED.

10         (TRIAL EXHIBIT 303 RECEIVED IN EVIDENCE.)

11              (DISPLAYED ON SCREEN.)

12   **BY MR. PISTORINO:**

13   **Q.**  THIS IS AN IMAGE OF THE FRONT PAGE OF THE *WALL STREET*

14   *JOURNAL*.  IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT.

15       AND I SEE IT DESCRIBES IT AS SORT OF "TINKERING MAKES A

16   COMEBACK AMID CRISIS"?

17   **A.**  YES.

18   **Q.**  WAS TECHSHOP THE SUBJECT OF ARTICLES IN *THE WALL STREET*

19   *JOURNAL*?

20   **A.**  YES, IT WAS.

21   **Q.**  OKAY.

22       SO DID YOU HAVE AN OPINION OR A VIEW HOW WIDELY KNOWN THE

23   TECHSHOP BEING THE TECHSHOP MARKS WERE?

24   **A.**  IN MY EXPERIENCE IT WAS VERY WELL-KNOWN, VERY WIDELY

25   KNOWN.

1   **Q.**  JUST LOCALLY, REGIONALLY, NATIONALLY, OR INTERNATIONALLY?

2   **A.**  PRETTY MUCH EVERYWHERE I WOULD GO, NATIONALLY AND

3   INTERNATIONALLY PEOPLE KNEW, HAD HEARD ABOUT TECHSHOP.

4   **Q.**  AND YOU MENTIONED THE MAKER FAIRE EARLIER.

5       DID TECHSHOP DO REPRESENTATIONS THERE, HAVE BOOTHS AT THE

6   MAKER FAIRE.

7   **A.**  YEAH.  WE WOULD HAVE -- TYPICALLY HAVE BOOTHS AND ALSO

8   GIVE TALKS IF WE WERE INVITED TO DO THAT.

9   **Q.**  DO YOU HAVE ANY IDEA OF HOW MANY PEOPLE ATTENDED MAKER

10  FAIRE MAYBE THE LAST TIME THAT YOU CAN RECALL?

11  **A.**  I DON'T KNOW THE NUMBER.

12  **Q.**  OKAY.

13  **A.**  IN EXCESS OF A HUNDRED THOUSAND.

14  **Q.**  OKAY.

15  **A.**  I KNOW IT WAS -- THEY SAID IT WAS THE LARGEST EVENT AT THE

16  SAN MATEO COUNTY FAIR GROUNDS.  EXCEPT FOR THE FAIR ITSELF,

17  THE COUNTY FAIR.

18  **Q.**  THAT WAS HELD AT THE SAN MATEO COUNTY CONVENTION CENTER;

19  IS THAT RIGHT?

20  **A.**  YES.

21  **Q.**  JUST ONE TIME OR MULTIPLE YEARS?

22  **A.**  MULTIPLE YEARS.

23  **Q.**  OKAY.  OKAY.

24      I WANT TO TURN TO A LITTLE BIT NOW ABOUT -- WE'VE SEEN

25  SOME OF THE OTHER PUBLICATIONS TALK ABOUT TECHSHOP.  I WANT TO

1    TURN TO A LITTLE BIT OF TECHSHOP'S OWN PUBLICATIONS AND GO

2    THROUGH THEM.

3        SO IF YOU CAN TURN WITH ME TO TX349.

4            **MR. PISTORINO:**  WHICH WE WOULD ALSO MOVE TO HAVE

5    ADMITTED, PLEASE.

6            **MS. ROBERTS:**  NO OBJECTION.

7            **THE COURT:**  349 IS ADMITTED.

8            (TRIAL EXHIBIT 349 RECEIVED IN EVIDENCE.)

9                    (DISPLAYED ON SCREEN.)

10   **BY MR. PISTORINO:**

11   **Q.**  AND BEFORE I DO ANYTHING, I JUST WANT TO COME BACK AND I

12   SEE THE NAME "TECHSHOP" AT THE TOP RIGHT THERE.

13       IS THE "R" IN THE CIRCLE IN THE TOP RIGHT THERE NEAR THE

14   "P"?

15   **A.**  YES.

16   **Q.**  WAS THAT IN KEEPING WITH THE TECHSHOP STYLE GUIDE?

17   **A.**  YES, IT WAS.

18   **Q.**  I SEE THE EXHIBIT ITSELF TALKS ABOUT -- SAYS SOMETHING

19   LIKE WHAT HAPPENS WHEN 1,000 YOUNG MINDS GET ACCESS TO THE

20   GREATEST TOOLS ON EARTH.

21       CAN YOU TELL US WHAT WE'RE SEEING HERE ABOUT THE TECHSHOP

22   STEAM SCHOLARSHIP PROGRAM?

23   **A.**  THIS WAS A PROGRAM THAT WE PUT TOGETHER TO EXPOSE KIDS

24   THAT WOULDN'T -- WOULD NOT NORMALLY GET EXPOSURE TO, TOOLS AND

25   EQUIPMENT TO BE ABLE TO MAKE THINGS -- UNDERSERVED --

NEWTON – DIRECT / PISTORINO

1   TYPICALLY UNDERSERVED CHILDREN.

2   **Q.**  AND IT SAYS, THE EXHIBIT TALKS ABOUT 1,000 CHILDREN.  IS

3   THAT THE SCALE THE TECHSHOP WAS WORKING ON?

4   **A.**  THAT WAS THE SCOPE OF THAT PARTICULAR PROGRAM THAT WE DID,

5   YES.

6   **Q.**  SO THEN DID TECHSHOP GIVE SCHOLARSHIPS TO 1,000

7   UNDERSERVED CHILDREN --

8   **A.**  YES.

9   **Q.**  AND WHEN THEY WOULD COME IN FOR THESE KINDS OF CLASSES,

10  WHAT WOULD -- ACTUALLY LET ME ASK FIRST.

11      WHAT AGES WERE THESE CHILDREN THAT TECHSHOP WAS OFFERING

12  THESE CLASSES TO?

13  **A.**  I DON'T RECALL WHAT THE EXACT AGE RANGE WAS, BUT I BELIEVE

14  IT WAS LATE ELEMENTARY SCHOOL INTO HIGH SCHOOL.

15  **Q.**  SO LATE ELEMENTARY SCHOOL, DID YOU SAY?

16  **A.**  I -- AS I RECALL.

17  **Q.**  SO MAYBE AS YOUNG AS TEN?  IS THAT FAIR?

18  **A.**  PROBABLY SO, YES.

19  **Q.**  OKAY.

20      IF YOU CAN TURN WITH ME TO THE DOCUMENT THAT WE'VE MARKED

21  TX353.

22          **MR. PISTORINO:**  WE WOULD ALSO MOVE TO HAVE ADMITTED,

23  YOUR HONOR.

24          **MS. ROBERTS:**  NO OBJECTION.

25          **THE COURT:**  353 IS ADMITTED.

1          (TRIAL EXHIBIT 353 RECEIVED IN EVIDENCE.)

2               (DISPLAYED ON SCREEN.)

3     **BY MR. PISTORINO:**

4     **Q.**  IS WHAT WE ARE LOOKING HERE ONE OF TECHSHOP'S BROCHURE

5     CARDS?

6     **A.**  YES.

7     **Q.**  I SEE THE PHRASE THERE, "BUILD YOUR DREAMS HERE".  I ALSO

8     SEE IT IN THE WAY THAT TECHSHOP ALSO PRESENTED ITS MARK ON THE

9     BLUE AND RED.

10         CAN YOU TELL ME HOW DID YOU COME UP WITH THAT PHRASE?

11    WHERE DID THAT COME FROM?

12    **A.**  I DESIGNED THE LOGO -- WHEN I FIRST GOT THE IDEA FOR

13    TECHSHOP IN 2005, SOMETIMES WHEN I DESIGN PRODUCTS OR

14    DIFFERENT IDEAS THAT I HAVE, IT'S KIND OF WEIRD, I WILL DESIGN

15    THE LOGO AND THE NAME FOR IT FIRST.

16         SO I DESIGNED THE LOGO AND PUT THE TAGLINE IN OF "BUILD

17    YOUR DREAMS HERE".  I THOUGHT -- THE MORE I THOUGHT ABOUT IT

18    THE MORE I THOUGHT IT WAS KIND OF FLUFFY, OR I DON'T KNOW, TOO

19    MUCH.  SO I TOLD MY WIFE THAT I WAS THINKING ABOUT CHANGING IT

20    TO BUILD YOUR STUFF HERE.  AND SHE SAID, DON'T YOU DARE CHANGE

21    IT.

22         AND IT WAS GOOD BECAUSE A LOT OF PEOPLE SAW -- A LOT OF

23    PEOPLE WERE REALLY INSPIRED BY TECHSHOP, AND THEY DID EXACTLY

24    WHAT THE TAGLINE SAID.

25    **Q.**  OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE'VE

```
 1    MARKED TX354.

 2            MR. PISTORINO:  WHICH I ALSO MOVE TO BE ADMITTED,

 3    YOUR HONOR.

 4            MS. ROBERTS:  NO OBJECTION.

 5            THE COURT:  354 IS ADMITTED.

 6            (TRIAL EXHIBIT 354 RECEIVED IN EVIDENCE.)

 7                    (DISPLAYED ON SCREEN.)

 8    BY MR. PISTORINO:

 9    Q.  THIS TALKS ABOUT -- IT SEEMS TO BE A PACKAGE, $200 PACKAGE

10    TO LEARN ABOUT CNC SHOPBOT.

11    A.  YES.

12    Q.  I KNOW YOU MENTIONED CNC MILLING MACHINE BEFORE.  WHAT'S A

13    CNC SHOPBOT?

14    A.  AGAIN, IT'S A COMPUTER NUMERICALLY CONTROLLED MACHINE.  SO

15    YOU TAKE YOUR COMPUTER-GENERATED ARTWORK, FILE, WHATEVER IT

16    IS, IN THIS CASE IT'S PROBABLY GOING TO BE MORE OF A

17    TWO-DIMENSIONAL SHAPE THAT YOU ARE GOING TO CUT OUT OF MAYBE A

18    SHEET OF PLYWOOD OR SOMETHING.

19        IN THIS CASE, THE MATERIAL STAYS IN ONE SPOT ON THE BED

20    AND THE CUTTING TOOL IS ACTUALLY THE THING THAT MOVES AROUND

21    AS OPPOSED TO THE MILL WHERE, YOU KNOW, ON THE MILLING

22    MACHINE, THE TOOL STAYS STATIONARY AND YOUR WORKPIECE MOVES

23    AROUND.

24        BUT THIS IS A LARGE FORMAT.  SO YOU COULD PUT A, YOU KNOW,

25    LIKE A FULL SHEET OF PLYWOOD ON HERE AND THEN CUT OUT PIECES
```

1    TO MAKE FURNITURE OR SHELVING OR ANY KIND OF STUFF YOU WANT TO

2    MAKE.

3    **Q.**  DID MEMBERS AT TECHSHOP HAVE DO-IT-YOURSELF PROJECTS WHERE

4    THEY WERE MAKING FURNITURE, USING, FOR EXAMPLE, THE EQUIPMENT

5    THAT WE ARE SEEING HERE?

6    **A.**  YES.

7    **Q.**  OKAY.  WAS THAT BEING DONE, AGAIN, THE SERVICES OFFERED

8    UNDER THE TECHSHOP MARKS?

9    **A.**  YES.

10   **Q.**  AT THE BOTTOM, WE SEE AGAIN IT SAYS "TECHSHOP" ON THE

11   LOWER RIGHT THERE?

12       AND I JUST WANT TO SEE WHETHER OR NOT -- WITH THE "R" IN

13   THE CIRCLE, WHETHER OR NOT THAT WAS COMPLYING WITH THE

14   TECHSHOP STYLE GUIDE?

15   **A.**  YES.

16   **Q.**  OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED

17   TX355.

18           **MR. PISTORINO:**  WE MOVE TO HAVE 355 ADMITTED, YOUR

19   HONOR.

20           **MS. ROBERTS:**  NO OBJECTION.

21           **THE COURT:**  IT'S ADMITTED.

22       (TRIAL EXHIBIT 355 RECEIVED IN EVIDENCE.)

23              (DISPLAYED ON SCREEN.)

24   **BY MR. PISTORINO:**

25   **Q.**  AND CAN YOU DESCRIBE FOR US WHAT WE'RE SEEING IN DOCUMENT

1    355?

2    **A.**  THIS WAS AN ADVERTISEMENT FOR GIFT CARDS.  WE WOULD OFFER

3    GIFT CARDS TO PEOPLE SO THAT THEY COULD BUY MEMBERSHIPS AND

4    CLASSES FOR OTHER PEOPLE.

5    **Q.**  AND WERE THE GIFT CARDS SORT OF A POPULAR THING AT

6    TECHSHOP?

7    **A.**  VERY POPULAR, YES.

8    **Q.**  AT ANY PARTICULAR TIME OF THE YEAR?

9    **A.**  MOSTLY CHRISTMAS AND HOLIDAYS, AS YOU WOULD IMAGINE.  BUT

10   WE SOLD QUITE A FEW OF THEM ALL YEAR ROUND REALLY.

11   **Q.**  AND I SEE WE HAVE TECHSHOP AGAIN IN THE BLUE AND THE RED

12   WITH THE "R" IN THE CIRCLE, RIGHT?

13   **A.**  YES.

14   **Q.**  ONCE AGAIN, DOES IT APPEAR TO YOU TO BE IN ACCORDANCE WITH

15   THE STYLE GUIDE?

16   **A.**  YES.

17   **Q.**  I THINK YOU HAD -- IF YOU CAN MOVE WITH ME TO THE DOCUMENT

18   WE'VE MARKED TX356.

19        **MR. PISTORINO:**  AND THAT WHICH WE WOULD MOVE TO HAVE

20   ADMITTED, YOUR HONOR.

21        **MS. ROBERTS:**  NO OBJECTION.

22        **THE COURT:**  ADMITTED.

23        (TRIAL EXHIBIT 356 RECEIVED IN EVIDENCE.)

24             (DISPLAYED ON SCREEN.)

25

1    **BY MR. PISTORINO:**

2    **Q.**  AND I SEE THIS DOCUMENT LOOKS LIKE IT TALKS ABOUT

3    SOMETHING TECHSHOP WAS DOING FOR INTERNATIONAL WOMEN'S DAY.

4        WHAT WAS TECHSHOP DOING FOR INTERNATIONAL WOMEN'S DAY?

5    **A.**  WE OFFERED FREE COURSES FOR WOMEN.  MOSTLY AS AN EFFORT TO

6    KIND OF GET THEM TO BE MORE COMFORTABLE WORKING IN A SHOP

7    THAT'S PRIMARILY MALE CENTRIC.

8    **Q.**  AND, AGAIN, IF WE LOOK AT THE BOTTOM THERE, BOTTOM RIGHT,

9    WE SEE, AGAIN, THE TECHSHOP MARK; IS THAT RIGHT?

10   **A.**  YES.

11                    (PAUSE IN THE PROCEEDINGS.)

12   **Q.**  MAYBE I'LL SAVE A LITTLE BIT OF TIME AND NOT BELABOR THE

13   POINT ANYMORE.

14       SO DID TECHSHOP HAVE A POLICY OF COMPLYING WITH THE STYLE

15   GUIDE --

16   **A.**  YES, WE DID.

17   **Q.**  AND IS IT YOUR OPINION THAT THE TECHSHOP MARKS AND MARK

18   WITH THE "R" WITH THE CIRCLE WAS VERY WIDELY DISTRIBUTED?

19   **A.**  YES.

20   **Q.**  OKAY.

21       SO LET ME ASK A LITTLE BIT, DID TECHSHOP EVER BECOME AWARE

22   OF ANYBODY USING THE TECHSHOP TRADEMARKS WITHOUT AUTHORIZATION

23   BEFORE THE INCIDENT AT ISSUE IN THIS CASE?

24   **A.**  YES.  THERE WERE A FEW TIMES WHEN WE HEARD, HEARD OUR NAME

25   POP UP IN DIFFERENT SITUATIONS.

1    **Q.**  OKAY.  AND DID TECHSHOP HAVE SORT OF A POLICY ON HOW IT

2    WOULD RESPOND IF IT BECAME AWARE OF INFORMATION LIKE THAT?

3    **A.**  WE ALWAYS ADDRESSED THE ISSUE AND TRY AND GET THEM TO STOP

4    USING IT.

5    **Q.**  SO WOULD TECHSHOP SEEK TO ENFORCE ITS TRADEMARKS IF

6    NECESSARY?

7    **A.**  YES.

8    **Q.**  IF YOU COULD TURN WITH ME TO A DOCUMENT WE MARKED TX347.

9             **MR. PISTORINO:**  WHICH WE MOVE TO HAVE ADMITTED, YOUR

10   HONOR.

11            **MS. ROBERTS:**  NO OBJECTION.

12            **THE COURT:**  ADMITTED.

13            (TRIAL EXHIBIT 347 RECEIVED IN EVIDENCE.)

14                 (DISPLAYED ON SCREEN.)

15   **BY MR. PISTORINO:**

16   **Q.**  AND CAN YOU TELL US WHAT WE ARE SEEING HERE IN NO. 347?

17   **A.**  THIS WAS A LETTER FROM OUR ATTORNEY TO A PARTY THAT WE HAD

18   IDENTIFIED THAT WAS TRYING TO USE OUR TRADEMARK.

19   **Q.**  SO WAS THIS ONE OF THE EFFORTS WE ARE SEEING, ONE OF

20   TECHSHOP'S EFFORTS TO ENFORCE ITS TRADEMARK RIGHTS?

21   **A.**  YES.

22   **Q.**  MAYBE WE WILL JUST SHOW ONE QUICK EXHIBIT -- EXAMPLE HERE.

23        I THINK YOU HAD MENTIONED BEFORE, DID TECHSHOP HAVE A

24   PROGRAM TO LICENSE ITS TRADEMARKS?

25   **A.**  YES, WE DID.

1    **Q.** AND CAN YOU JUST DESCRIBE THAT GENERALLY FOR THE JURY SO

2    THEY GET A SENSE OF WHAT IT WAS?

3    **A.** SURE.

4        WE WOULD -- THERE WERE SOME FIRMS OUTSIDE THE UNITED

5    STATES THAT WERE INTERESTED IN OPENING TECHSHOP LOCATIONS.  SO

6    WE ENTERED INTO LICENSING AGREEMENTS WITH THEM FOR THE BRAND

7    AND ALSO FOR... IN OUR COURSES AND OUR WHOLE KIND OF WAY THAT

8    WE DO BUSINESS AND BUILD THE SHOP, HOW IT IS LAID OUT, AND SO

9    ON.

10   **Q.** AND I THINK MAYBE THE -- ONE OF THE FIRST EXHIBITS WE

11   LOOKED AT WAS A TECHSHOP LICENSING BROCHURE IN 2017.

12       DO YOU RECALL THAT?

13   **A.** YES.

14   **Q.** BY 2017 WAS TECHSHOP ALSO OFFERING LICENSES TO USE THE

15   MARKS INSIDE THE UNITED STATES?

16   **A.** YES, IT WAS.

17   **Q.** NOW BY LATE 2017, COMING UP ON THE... MAYBE I'LL SAY THE

18   SECOND HALF OF THE YEAR, CAN YOU DESCRIBE FOR US WHAT WAS

19   GOING ON WITH TECHSHOP?

20   **A.** WHAT WAS --

21   **Q.** IN TERMS OF TECHSHOP'S FINANCIAL CONDITION, SIR.

22   **A.** WE WERE FINDING IT HARDER AND HARDER TO OPERATE.  WE WERE

23   REALIZING THAT THE BUSINESS MODEL WASN'T AS PROFITABLE AS WE

24   THOUGHT IT WOULD BE.

25   **Q.** AND HAD TECHSHOP BEEN TAKING EFFORTS TO ADDRESS THAT?

1    **A.**  YES.

2    **Q.**  CAN YOU JUST DESCRIBE SOME OF THE EFFORTS TECHSHOP HAD

3    BEEN TAKING IN THIS, MAYBE I'LL SAY LATE 2016 INTO COMING IN

4    LATE 2017 TIME FRAME?

5    **A.**  WE WERE OFFERING A WIDER VARIETY OF PRODUCTS AND SERVICES,

6    TRYING TO FIGURE OUT NEW THINGS WE COULD OFFER TO OUR

7    CUSTOMERS THAT WOULD BE OF VALUE TO THEM.  WE WERE ALSO TRYING

8    TO DO MORE LICENSING DEALS WITH COMPANIES THAT WANTED TO OPEN

9    TECHSHOP LOCATIONS.

10   **Q.**  AND ULTIMATELY SORT OF I'LL SAY THROUGH THE MID PART OF

11   NOVEMBER 2017, WERE THOSE EFFORTS BY TECHSHOP TO RAISE MORE

12   FUNDS, WERE THEY SUCCESSFUL?

13   **A.**  ULTIMATELY NO.

14   **Q.**  AND SO DID THE TECHSHOP BOARD REACH A DECISION?

15   **A.**  YEAH.  WE DECIDED THAT WE REALLY HAD TO FILE BANKRUPTCY

16   FOR THE COMPANY.

17   **Q.**  AND DID TECHSHOP MAKE AN ANNOUNCEMENT, OR WHAT HAPPENED

18   AFTER THE BOARD MADE THAT DECISION?

19   **A.**  YES, WE MADE AN ANNOUNCEMENT TO THE PUBLIC.

20   **Q.**  ANNOUNCING WHAT, SIR?

21   **A.**  SAY AGAIN?

22   **Q.**  ANNOUNCING WHAT?

23   **A.**  THAT WE WERE GOING TO BE FILING BANKRUPTCY.

24   **Q.**  AND DID TECHSHOP TAKE ANY ACTIONS IN THAT REGARD AS WELL?

25   **A.**  YES, WE DID.

1   Q.  WHAT WERE THEY?

2   A.  WE RETAINED COUNSEL AND STARTED TO DO THE WORK ON THE

3   FILING.

4   Q.  WHAT ABOUT THE BUSINESS ITSELF AND THE SORT OF THE

5   OPERATION OF THE STORES AFTER THIS ANNOUNCEMENT; DID TECHSHOP

6   DO ANYTHING?

7   A.  WE CLOSED THE STORES AND TERMINATED THE EMPLOYEES.

8   Q.  WAS THIS ABOUT NOVEMBER 15TH, 2017?

9   A.  YES.

10  Q.  OKAY.

11      SO JUST -- THERE WAS A PUBLIC -- TECHSHOP PUBLICLY

12  ANNOUNCED THEY WERE GOING TO CLOSE THE STORES AND PROCEED WITH

13  THE BANKRUPTCY PROTECTION; IS THAT RIGHT?

14  A.  YES.

15  Q.  AND IF YOU CAN, TURN WITH ME TO THE DOCUMENT THAT WE'VE

16  MARKED TX32.

17  A.  32?

18  Q.  32.

19          MR. PISTORINO:  WHICH WE ALSO MOVE TO BE ADMITTED,

20  YOUR HONOR.

21          MS. ROBERTS:  NO OBJECTION.

22          THE COURT:  32 IS ADMITTED.

23      (TRIAL EXHIBIT 32 RECEIVED IN EVIDENCE.)

24              (DISPLAYED ON SCREEN.)

25

1    **BY MR. PISTORINO:**

2    **Q.**  WE MIGHT BE GETTING CLOSER TO SOME OF THE ISSUES RELEVANT

3    TO THIS CASE.

4        AFTER TECHSHOP ANNOUNCED THAT -- I SHOULDN'T START IN.

5        AFTER TECHSHOP CLOSED THE DOORS TO ITS STORES IN THE

6    UNITED STATES AND ANNOUNCED THAT IT WAS GOING TO SEEK

7    BANKRUPTCY PROTECTION, WHAT HAPPENED NEXT THAT'S RELEVANT TO

8    OUR CASE HERE?

9    **A.**  WE WERE APPROACHED BY A PARTY THAT WAS INTERESTED IN

10   KEEPING THE COMPANY ALIVE.

11   **Q.**  AND WHO WAS THAT?

12   **A.**  IT WAS MR. RASURE.

13   **Q.**  OKAY.  AND IS THAT MR. RASURE, THE DEFENDANT HERE?

14   **A.**  YES.

15   **Q.**  AND WE CAN SEE IN TX32, HE INDICATES THAT HE WAS VERY

16   INTERESTED IN BUYING TECHSHOP.

17       DO YOU SEE THAT?

18   **A.**  YES.

19   **Q.**  CAN YOU DESCRIBE FOR US WHAT MR. RASURE TOLD THE TECHSHOP

20   BOARD?

21   **A.**  HE SAID HE WAS INTERESTED IN KEEPING AS MANY OF THE

22   LOCATIONS OPEN AS POSSIBLE BY PROVIDING THE NECESSARY

23   RESOURCES TO MAKE THAT HAPPEN.

24   **Q.**  WOULD HE HAVE AN INTENTION OF PURCHASING THE ASSETS OF

25   TECHSHOP?

1   **A.**  YES.

2   **Q.**  OKAY.

3       AND HOW –– WHAT WAS THE BOARD'S REACTION TO THAT APPROACH

4   BY MR. RASURE?

5   **A.**  WE WERE, YOU KNOW, TRYING TO DO THE BEST THING FOR THE

6   COMPANY AND ALL –– AS MANY PEOPLE AS WE COULD, SO WE WERE

7   PRETTY THRILLED THAT –– NOT THRILLED THAT WE WERE HAVING TO

8   CLOSE THE COMPANY, BUT THRILLED THAT MAYBE IT WOULD STAY OPEN

9   FOR OUR MEMBERS TO BE ABLE TO USE IT.

10  **Q.**  OKAY.

11      WHEN TECHSHOP ANNOUNCED IT WAS GOING –– THAT IT HAD TO

12  CLOSE THE DOORS TO THE STORE, WHAT WAS THE REACTION, I'LL TRY

13  IT THAT WAY, OF THE MEMBERS?

14  **A.**  WELL, YOU KNOW, EVERYBODY WAS SUPER SAD AND DISAPPOINTED.

15  **Q.**  OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE'VE

16  MARKED TX34.

17          **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

18  HONOR.

19          **MS. ROBERTS:**  NO OBJECTION.

20          **THE COURT:**  34 IS ADMITTED.

21          (TRIAL EXHIBIT 34 RECEIVED IN EVIDENCE.)

22                  (DISPLAYED ON SCREEN.)

23  **BY MR. PISTORINO:**

24  **Q.**  TX34 IS AN EMAIL FROM MR. DAN WOODS.

25      DO YOU SEE THAT?

1    **A.**  YES.

2    **Q.**  AND I THINK WE ARE GOING TO BE HEARING FROM MR. WOODS

3    LATER, BUT FOR NOW, CAN YOU DESCRIBE FOR THE JURY WHO

4    MR. WOODS IS?

5    **A.**  MR. WOODS WAS OUR CEO.

6    **Q.**  AND I SEE THAT TX34 IS DATED NOVEMBER 18TH, 2017; IS THAT

7    RIGHT?

8    **A.**  YES.

9    **Q.**  AND SO WAS THAT JUST ABOUT TWO TO THREE DAYS AFTER

10   TECHSHOP ANNOUNCED THAT IT WAS GOING TO SEEK BANKRUPTCY

11   PROTECTION AND HAD TO CLOSE ITS DOORS?

12   **A.**  YES, IT WAS.

13   **Q.**  OKAY.  MR. WOODS SAYS THAT -- MR. WOODS IS INTRODUCING

14   MR. RASURE TO SOMEBODY CALLED KIRK KOZLOWSKI.

15       DO YOU SEE THAT?

16   **A.**  YES.

17   **Q.**  DO YOU KNOW, WHO WAS KIRK KOZLOWSKI?

18   **A.**  HE WAS OUR ATTORNEY.

19   **Q.**  MR. WOODS SAYS THAT MR. RASURE IS OF PIRANHA MEGAFAB.  AND

20   HE GOES ON TO SAY THAT -- SEE THE PART WHERE IT SAYS, DAN IS

21   EXTREMELY KNOWLEDGEABLE, EXPERIENCED IN ACQUISITIONS AND

22   TURNAROUNDS, AND EXCEPTIONALLY WELL CAPITALIZED.

23       DO YOU SEE THAT?

24   **A.**  YES.

25   **Q.**  WHAT HAD MR. RASURE TOLD THE TECHSHOP BOARD ABOUT SORT OF

1    WHO HE WAS AND WHAT RESOURCES HE HAD?

2    **A.**   THAT DESCRIBES WHAT HE SAID.  HE SAID HE HAD DONE A LOT OF

3    ACQUISITIONS AND HAD, YOU KNOW, DEEP RESOURCES TO BE ABLE TO

4    PULL THIS OFF.

5    **Q.**   WITH THIS APPROACH BY MR. RASURE SORT OF WHAT HAPPENED

6    NEXT?  HOW DID THE TECHSHOP BOARD CHOOSE TO PROCEED?

7    **A.**   WE -- WELL, WE STARTED THE NEGOTIATIONS.

8    **Q.**   I WANT TO ASK A LITTLE BIT ABOUT TECHSHOP'S SORT OF

9    FINANCIAL CONDITION RIGHT AT THAT TIME.

10       WHEN TECHSHOP ANNOUNCED THAT IT WAS GOING TO SEEK

11   BANKRUPTCY PROTECTION AND CLOSE THE DOORS TO ITS STORES, DID

12   TECHSHOP HAVE REALLY ANY MONEY AT ALL TO CONTINUE OPERATING?

13   **A.**   NO.  NOT REALLY.

14   **Q.**   DID TECHSHOP HAVE MONEY TO HIRE LAWYERS?

15   **A.**   WE HAD... NOT REALLY EXCEPT FOR MONEY FOR BANKRUPTCY THAT

16   WE HAD SET ASIDE.

17   **Q.**   SO AT THAT TIME, IF TECHSHOP WAS GOING TO DO ANYTHING ELSE

18   THAT NEEDED LEGAL ADVICE OTHER THAN THE BANKRUPTCY

19   PROCEEDINGS, DID TECHSHOP HAVE THE FUNDS TO DO THAT?

20   **A.**   NO.

21   **Q.**   WHAT ABOUT JUST BASIC OPERATING THINGS; DID TECHSHOP HAVE

22   THE FUNDS TO CONTINUE WITH EMAIL SERVICE?

23   **A.**   NO.

24   **Q.**   CAN YOU TELL US WHERE WAS -- HOW WAS TECHSHOP HAVING EMAIL

25   SERVICE?

1  **A.**  YOU MEAN WHAT SERVICE DID WE USE?

2  **Q.**  CORRECT.

3  **A.**  WE USED G SUITES FROM GOOGLE.

4  **Q.**  WAS THERE A CHARGE FOR USING G SUITES?

5  **A.**  YES.

6  **Q.**  DID TECHSHOP HAVE THE FUNDS TO EVEN CONTINUE TO PAY FOR

7  THE G SUITE SERVICE?

8  **A.**  NO, WE DID NOT.

9  **Q.**  SO MAYBE YOU CAN HELP US UNDERSTAND.

10  IF TECHSHOP WAS NOT GOING TO SEEK BANKRUPTCY PROTECTION

11  RIGHT AWAY, HOW COULD IT EVEN SPEND ANY TIME TO NEGOTIATE WITH

12  ANYBODY ABOUT A POTENTIAL ACQUISITION?

13  **A.**  WE COULDN'T WITHOUT ANY RESOURCES.

14  **Q.**  OKAY.  IN ORDER FOR TECHSHOP TO ENGAGE IN A DISCUSSION OR

15  NEGOTIATION, DID TECHSHOP EVEN NEED FUNDS TO DO THAT?

16  **A.**  YES.

17       **MS. ROBERTS:**  OBJECTION, LEADING.

18       **THE COURT:**  OVERRULED.

19  **BY MR. PISTORINO:**

20  **Q.**  SO IF -- TRYING TO UNDERSTAND THEN.

21  IF SOMEONE WAS TO APPROACH TECHSHOP TO ENGAGE IN A

22  NEGOTIATION, WHAT WOULD TECHSHOP HAVE NEEDED TO ENGAGE IN A

23  NEGOTIATION THEN?

24  **A.**  WE WOULD HAVE NEEDED MONEY TO RETAIN AN ATTORNEY TO PAY

25  FOR AN ATTORNEY AND MONEY TO KEEP A SKELETON STAFF ON BOARD.

1   THE OFFICERS WEREN'T LOOKING FOR MONEY AT THAT POINT, BUT IF

2   WE NEEDED SUPPORT STAFF, WE WOULD NEED LEGALLY TO HIRE THEM

3   AND MORALLY TO PAY THEM TO HELP US THROUGH THE PROCESS.

4       AND THE COMMUNICATIONS WERE IMPORTANT, SO WE WOULD NEED,

5   YOU KNOW, THE EMAIL TO BE WORKING.  IT WAS PAST DUE AT THAT

6   POINT AND PRETTY CLOSE TO BEING SHUT OFF.

7   **Q.**  AND SO DID TECHSHOP AND MR. RASURE ENGAGE IN A NEGOTIATION

8   THEN?

9   **A.**  YES, WE DID.

10  **Q.**  WHAT WAS THE RESULT OF THAT AT LEAST INITIAL NEGOTIATION

11  WITH MR. RASURE?

12  **A.**  WE PUT TOGETHER A MOU, WHICH MEANS A MEMORANDUM OF

13  UNDERSTANDING.

14  **Q.**  AND WHAT WAS THE -- IF YOU CAN TURN WITH ME THE EXHIBIT WE

15  MARKED AS TX48.

16          **MR. PISTORINO:**  WHICH WE WOULD ALSO MOVE TO HAVE

17  ADMITTED, YOUR HONOR.

18          **MS. ROBERTS:**  NO OBJECTION.

19          **THE COURT:**  48 IS ADMITTED.

20          (TRIAL EXHIBIT 48 RECEIVED IN EVIDENCE.)

21                  (DISPLAYED ON SCREEN.)

22  **BY MR. PISTORINO:**

23  **Q.**  AND I SEE THIS IS AN EMAIL, FOR EXAMPLE, FROM MR. RASURE

24  ON DECEMBER 1ST; IS THAT RIGHT?

25  **A.**  YES, IT IS.

1  **Q.**  SO THIS WOULD HAVE BEEN ABOUT TWO WEEKS AFTER TECHSHOP

2  CLOSED THE DOORS, CORRECT?

3  **A.**  YES.

4  **Q.**  AND HE INDICATES IT'S A SUMMARY OF THE PRINCIPAL TERMS,

5  CORRECT?

6  **A.**  YES.

7  **Q.**  IF YOU CAN TURN TO THE SECOND PAGE OF THE DOCUMENT, CAN

8  YOU TELL US A LITTLE BIT ABOUT IT?

9      WHAT WAS THE MEMORANDUM OF UNDERSTANDING WITH MR. RASURE?

10  **A.**  HE HAD AGREED TO PAY THESE COSTS THAT WE WOULD NEED TO

11  BASICALLY KEEP A SKELETON CREW ALIVE; TO BE ABLE TO GET OUR

12  COMMUNICATIONS -- KEEP OUR COMMUNICATIONS -- ELECTRONIC

13  COMMUNICATIONS GOING, THE EMAIL AND SO ON, AND ALL THE

14  BUSINESS RECORDS THAT WERE IN G SUITES THAT WE WOULD CERTAINLY

15  NEED TO BE ABLE TO PASS ON TO HIM FOR HIS USE, FOR LEGAL

16  COUNSEL.

17      AND THEN HE HAD ALSO AGREED TO TAKE ON THE DEBT THAT WE

18  HAD OF $21 MILLION, AND THERE WAS A WHOLE LIST OF ITEMS THAT

19  HE AGREED TO.

20  **Q.**  OKAY.  SOME OF THESE TERMS, THOUGH, ARE TERMS JUST TO --

21  OR WERE SOME OF THESE TERMS JUST TERMS TO ENABLE TECHSHOP TO

22  ENGAGE IN A NEGOTIATION?

23  **A.**  ABSOLUTELY --

24          **MS. ROBERTS:**  OBJECTION, LEADING.

25          **THE COURT:**  OVERRULED.

1    **BY MR. PISTORINO:**

2    **Q.**  CAN YOU JUST POINT US TO SOME OF THESE TERMS THAT ARE JUST

3    TO ENABLE TECHSHOP TO ENGAGE IN THE NEGOTIATION?

4    **A.**  YEAH.  LIKE WE HAD TO COVER HEALTH INSURANCE FOR THE STAFF

5    THAT WAS GOING TO BE HELPING WITH THE PROCESS.

6       THE GOOGLE SUITE SOFTWARE HAD TO BE PAID FOR SO THAT WE

7    COULD KEEP THAT OPEN.  WE HAD TO HAVE AN ATTORNEY FOR OUR SIDE

8    OF THE NEGOTIATION, SO THAT HAD TO BE PAID.

9       THOSE WERE THE PRIMARY THINGS THAT WE NEEDED TO HAVE TO BE

10   ABLE TO EVEN NEGOTIATE WITH MR. RASURE.

11   **Q.**  THE TERMS YOU JUST DESCRIBED, FOR EXAMPLE, THE HEALTH

12   INSURANCE, WAS THAT JUST TO COVER THE TIME OF THE NEGOTIATION?

13   **A.**  YES.

14   **Q.**  AND THE DOCUMENT THAT WE'RE SEEING HERE, THIS MOU SUMMARY,

15   WAS THIS LIKE -- WAS THIS THE FINAL PURCHASE AGREEMENT WITH

16   MR. RASURE?

17   **A.**  NO.

18   **Q.**  CAN YOU -- THEN WHAT WAS IT?  IT SAYS, "SUMMARY OF

19   PRINCIPAL TERMS"?

20   **A.**  YEAH, JUST KIND OF A -- TO SEE IF WE WERE ON THE SAME PAGE

21   OR NOT.  IF WE KIND OF AGREED TO THE SAME BASIC POINTS SO THEN

22   WE COULD GO ON FROM THAT, PRESUMABLY, AND MAKE A MORE DETAILED

23   CONTRACT.

24   **Q.**  TECHSHOP'S INTENTION WAS TO LATER MAKE THE ACTUAL

25   AGREEMENT WITH MR. RASURE; IS THAT --

1  **A.**  ABSOLUTELY.

2  **Q.**  AND I SEE IN THE SECOND LINE UNDER WHERE IT SAYS "SUMMARY

3  PRINCIPAL", DO YOU SEE THE PART WHERE IT SAYS "TECHSHOP ENTERS

4  ITS TRANSACTION".

5       AND IT SAYS, "WITH DETAILS TO BE FINALIZED IN DEFINITIVE

6  DOCUMENTATION TO BE PREPARED."

7       DO YOU SEE THAT?

8  **A.**  YES.

9  **Q.**  IS THAT WHAT YOU ARE REFERRING TO THAT ANOTHER AGREEMENT

10  WOULD BE THE REAL FINAL AGREEMENT; IS THAT RIGHT?

11  **A.**  YEAH, THAT'S CORRECT.

12  **Q.**  SO, AGAIN, HELP US TO UNDERSTAND.  IT SAYS, ONE THING THAT

13  MR. RASURE WOULD HAVE PROVIDED WAS $15,000 FOR TECHSHOP LEGAL

14  COUNSEL.

15       DO YOU SEE THAT?

16  **A.**  YES.

17  **Q.**  SO WHY WOULD MR. RASURE HAVE TO PROVIDE $15,000 SO THAT

18  TECHSHOP COULD GET LEGAL COUNSEL?

19  **A.**  THERE WAS NO OTHER WAY THAT WE COULD PAY FOR LEGAL COUNSEL

20  AND WE ABSOLUTELY HAD TO HAVE IT BEFORE WE COULD ENTER INTO A

21  NEGOTIATION TO SELL THE ASSETS OF THE COMPANY TO ANYBODY.

22  **Q.**  AT THAT STAGE, DID MR. RASURE KNOW THAT TECHSHOP DIDN'T

23  HAVE FUNDS TO PAY FOR LEGAL COUNSEL OTHER THAN ITS BANKRUPTCY

24  COUNSEL?

25  **A.**  YES.  WE WERE VERY, VERY CLEAR WITH HIM FROM DAY ONE.

NEWTON – DIRECT / PISTORINO

1    **Q.**  IF MR. RASURE HAD NOT PROVIDED THE FUNDS FOR TECHSHOP TO

2    RETAIN LEGAL COUNSEL TO ASSIST IT IN A POTENTIAL NEGOTIATION

3    WITH MR. RASURE, WOULD TECHSHOP HAVE BEEN ABLE TO ENGAGE IN A

4    NEGOTIATION?

5    **A.**  NO.

6    **Q.**  WHAT OPTIONS WOULD TECHSHOP HAVE HAD AT THAT TIME?

7    **A.**  WE WOULD JUST IMMEDIATELY FILE FOR THE BANKRUPTCY AND....

8    **Q.**  OKAY.

9       I SEE, AGAIN, IN SORT OF THE VERY FIRST LINE, THE

10   AGREEMENT IS BETWEEN TECHSHOP AND IT SAYS, "TECHSHOP 2.0 LLC".

11      DO YOU SEE THAT?

12   **A.**  YES.

13   **Q.**  AT THAT TIME FOR THIS AGREEMENT TECHSHOP KNEW THAT

14   MR. RASURE WAS USING THE NAME HERE, AT LEAST, OF TECHSHOP 2.0,

15   CORRECT?

16   **A.**  CORRECT.

17   **Q.**  WHAT WAS YOUR UNDERSTANDING OF MR. RASURE USING THE TERM

18   "TECHSHOP 2.0" IN THIS REGARD?

19   **A.**  WE WERE UNDER THE IMPRESSION THAT THAT WAS GOING TO BE

20   JUST FOR THE NEGOTIATIONS.

21   **Q.**  OKAY.

22      DID TECHSHOP AGREE THAT MR. RASURE COULD USE THE TECHSHOP

23   TRADEMARKS TO OPEN UP MAKERSPACES?

24   **A.**  NO, ABSOLUTELY NOT.  THAT'S WHAT THE NEGOTIATION WAS ABOUT

25   WAS TO GET TO THE POINT WHERE WE COULD TRANSFER THE ASSETS TO

1  HIM AND HE COULD DO THAT.

2  **Q.**  OKAY.

3      THE MOU THAT WE ARE SEEING IN EXHIBIT NO. 48, THAT WASN'T

4  THE AGREEMENT THAT GAVE MR. RASURE THE RIGHT TO USE TECHSHOP

5  TRADEMARKS TO OPEN MAKERSPACES?

6  **A.**  NO.

7  **Q.**  AS PART OF THIS DISCUSSION ABOUT A MOU AND COMING WITH THE

8  FINAL AGREEMENT, WERE THERE THINGS THAT TECHSHOP HAD THAT

9  MR. RASURE TOLD THE BOARD WERE IMPORTANT TO HIM?

10  **A.**  YEAH.  HE SAID THE BRAND NAME ITSELF WAS IMPORTANT.  HE

11  SAID THE MAILING LIST OF OUR CUSTOMERS WAS IMPORTANT.  AND HE

12  SAID MOST OF THE LOCATIONS HE THOUGHT WERE IMPORTANT.  HE HAD

13  PLANNED TO CLOSE A FEW OF THEM, BUT HE WAS PRIMARILY

14  INTERESTED IN MOST OF THEM.

15  **Q.**  WE'VE SEEN A LITTLE BIT ABOUT THE BRAND, BUT I WANT TO ASK

16  FOR A MOMENT ABOUT THE EMAIL LIST.

17      WHY WOULD TECHSHOP'S EMAIL LIST HAVE BEEN IMPORTANT TO

18  MR. RASURE?

19          **MS. ROBERTS:**  OBJECTION, CALLS FOR SPECULATION.

20          **THE COURT:**  SUSTAINED.

21  **BY MR. PISTORINO:**

22  **Q.**  WAS TECHSHOP'S EMAIL LIST IMPORTANT TO TECHSHOP?

23  **A.**  ABSOLUTELY.  YES.

24  **Q.**  WHY?

25  **A.**  IT HAD, I BELIEVE, HUNDREDS OF THOUSANDS OF NAMES OF

NEWTON – DIRECT / PISTORINO

1    PEOPLE THAT HAD OPTED IN THAT WERE, YOU KNOW, REALLY

2    INTERESTED IN TECHSHOP PARTICULARLY, BUT JUST BEING PART OF

3    THE MAKER MOVEMENT.  SO IT WAS A VERY, VERY VALUABLE LIST.

4    **Q.**  WHY?  WHAT COULD BE DONE WITH A LIST LIKE THAT?

5    **A.**  IT COULD BE USED FOR MARKETING PURPOSES.  WE -- THAT'S

6    WHAT WE USED IT FOR TO MARKET OUR CLASSES AND EVENTS AND OUR

7    MEMBERSHIPS AND OTHER PRODUCTS AND SERVICES.

8    **Q.**  WERE ALL THE -- WE SAW EARLIER THAT TECHSHOP HAD 9,000

9    MEMBERS.

10   **A.**  YES.

11   **Q.**  WERE THE TECHSHOP MEMBERS ON THAT EMAIL LIST?

12   **A.**  YES, THEY WERE.

13   **Q.**  CAN YOU TELL US A LITTLE BIT WHERE WAS THE TECHSHOP EMAIL

14   LIST STORED?

15   **A.**  THAT WAS STORED ON A SERVER.

16   **Q.**  IN ANY KIND OF SOFTWARE OR DATABASE?

17   **A.**  YES.  IT WAS IN A DATABASE THAT WAS A PART OF A CUSTOMER

18   RELATIONSHIP MEASURE, CRM, THAT I HAD ACTUALLY DEVELOPED FOR

19   THE COMPANY.

20   **Q.**  AND WHERE WAS THAT -- WHERE WAS THAT CRM DATABASE STORED?

21   YOU MENTIONED A SERVER, BUT WHERE PHYSICALLY?

22   **A.**  THERE WAS -- THE MASTER WAS STORED IN THE CENTRAL SERVER

23   ON A HOSTING SERVICE.  AND THEN EACH LOCATION HAD A CASHED --

24   ANOTHER SERVER THAT WOULD SYNCHRONIZE THE DATA.

25       SO THE STAFF COULD, IF THE INTERNET WENT OUT, THE STAFF

1    COULD STILL LOOK UP MEMBERSHIP INFORMATION AND FUNCTION, AND

2    THEN THAT DATA WOULD GET SYNCHRONIZED PERIODICALLY TO THE

3    CENTRAL SERVER.

4    **Q.**  AT THE VARIOUS TECHSHOP'S LOCATIONS, WERE THERE COMPUTERS

5    STORING THIS CRM SYSTEM WITH THE EMAIL LIST ON IT?

6    **A.**  YES.

7    **Q.**  SO, HELP ME TO UNDERSTAND.

8        SO, FOR EXAMPLE, TECHSHOP HAD A STORE IN SAN FRANCISCO; IS

9    THAT RIGHT?

10   **A.**  YES, IT DID.

11   **Q.**  AND WAS THAT AT 926 HOWARD STREET?

12   **A.**  YES.

13   **Q.**  AND AT THE TECHSHOP LOCATION AT 926 HOWARD STREET, WERE

14   THERE COMPUTERS STORING THE TECHSHOP CRM SYSTEM?

15   **A.**  YES.

16   **Q.**  DID THAT -- DID THOSE COMPUTERS IN THE CRM SYSTEM STORE

17   THE TECHSHOP EMAIL LIST?

18   **A.**  YES, IT DID.

19   **Q.**  WAS THAT ONE OF THE THINGS THAT MR. RASURE TOLD THE BOARD

20   HE WAS INTERESTED IN PURCHASING?

21   **A.**  YES.

22   **Q.**  OKAY.  WHAT WAS TECHSHOP'S REACTION TO ENTERING INTO THIS

23   MOU WITH MR. RASURE?

24   **A.**  WHAT WAS OUR REACTION?

25   **Q.**  YEAH.  HOW DID THE BOARD FEEL ABOUT IT?

1    **A.**  WE WERE -- WE WERE VERY PLEASED THAT WE WERE GOING TO BE

2    ABLE TO HAVE SOMEBODY TAKE OVER THE COMPANY AND AT LEAST, LIKE

3    I SAID, KEEP AS MANY LOCATIONS OPEN AS POSSIBLE SO OUR MEMBERS

4    COULD CONTINUE TO USE THE FACILITY.

5    **Q.**  WAS TECHSHOP -- WAS TECHSHOP HOPING THIS ARRANGEMENT WITH

6    MR. RASURE WOULD WORK OUT?

7    **A.**  ABSOLUTELY.

8    **Q.**  I THINK WE SAW A LITTLE BIT, YOU MENTIONED SORT OF THE

9    SCALE OF THE COMMITMENTS THAT WERE GOING TO BE UNDERTAKEN.

10       I THINK IN THE MOU IT INDICATED THAT MR. RASURE WAS GOING

11   TO PUT UP ABOUT TWO -- AT LEAST $200,000; IS THAT RIGHT?

12   **A.**  YES.

13   **Q.**  AND THEN TECHSHOP HAD SOME DEBTS, CORRECT?

14   **A.**  YES.

15   **Q.**  AND PART OF THE MOU IT INDICATES THAT... SAYS, I THINK,

16   BULLET POINT NUMBER ONE, ASSUMPTION OF ALL SECURED DEBT OF

17   APPROXIMATELY $21 MILLION.

18       IS THAT RIGHT?

19   **A.**  YES.

20   **Q.**  GIVEN SORT OF THE SCALE OF THIS PROPOSED ARRANGEMENT WITH

21   MR. RASURE, DID THE TECHSHOP BOARD HAVE -- WAS THE TECHSHOP

22   BOARD SEEKING SOME SORT OF ASSURANCES THAT MR. RASURE COULD DO

23   A DEAL LIKE THIS?

24   **A.**  SURE.  JUST LIKE ANY TIME YOU WOULD ENTER INTO SOMETHING

25   LIKE THIS, YOU NEED TO BE SURE THAT THE PERSON YOU ARE DEALING

1    WITH ACTUALLY HAS THE RESOURCES TO DO WHAT THEY SAY THEY ARE

2    GOING TO DO.

3    **Q.**   AND SO WHAT -- WHAT -- WHAT KIND OF THINGS WAS THE

4    TECHSHOP BOARD LOOKING FOR IN THAT REGARD TO SEE WHETHER OR

5    NOT WHAT MR. RASURE SAID HE COULD DO HE COULD DO?

6    **A.**   YEAH.  THE BOARD WANTED TO SEE PROOF OF FINANCIAL FUNDING

7    AND WE ALSO WANTED TO SEE WHO WAS GOING TO BE ON HIS TEAM, WHO

8    WAS GOING TO ACTUALLY LEAD THIS EFFORT ON THEIR SIDE.

9        THE BOARD FELT LIKE, YOU KNOW, WE HAVE THE OPPORTUNITY TO

10   HAND THIS OFF; IF WE WERE GOING TO HAND IT OFF, TO HAND IT OFF

11   TO SOMEBODY WHO COULD ACTUALLY ACHIEVE THIS.

12   **Q.**   WHY DID THE BOARD CARE ABOUT MR. RASURE'S FINANCIAL

13   CAPABILITY?

14   **A.**   IT'S THE BOARD'S RESPONSIBILITY TO LOOK AFTER THE

15   WELL-BEING OF THE COMPANY AND THE ASSETS.

16   **Q.**   AND WHY DID THE BOARD CARE ABOUT WHO MR. RASURE'S TEAM

17   WAS?

18   **A.**   WE JUST WANTED TO KNOW -- MAKE SURE THAT WE WERE PUTTING

19   IT INTO GOOD HANDS.

20       IF HE DIDN'T HAVE A TEAM THAT WE FELT COULD TAKE OVER SUCH

21   A LARGE OPERATION, THEN WE WERE CONSIDERING EITHER JUST FILING

22   FOR BANKRUPTCY OR MAYBE LOOKING FOR OTHER PARTIES THAT COULD

23   TAKE THIS ON.

24   **Q.**   DID THE -- DID THE BOARD FEEL LIKE IT HAD ANY DUTIES IN

25   THIS REGARD IN TERMS OF MAKING SURE THAT MR. RASURE COULD DO

1    THIS?

2    **A.**  YEAH, ABSOLUTELY.

3    **Q.**  WHY?  WHAT WAS THE --

4    **A.**  THE BOARD IS IN CHARGE OF THE WELL-BEING OF THE COMPANY

5    AND WATCHING OVER OF THE ASSETS.

6    **Q.**  OKAY.

7        DURING THESE DISCUSSIONS WITH MR. RASURE, DID HE TELL THE

8    BOARD ANYTHING ABOUT HIS VIEWS OF THE VALUE OF THE TECHSHOP

9    BRAND AND ITS MARKS?

10   **A.**  HE SAID HE THOUGHT IT WAS VERY VALUABLE.

11   **Q.**  AND --

12   **A.**  IT'S TRUE, IT IS.  THAT'S HOW PEOPLE KNOW THE COMPANY.

13   **Q.**  WELL, MAYBE YOU CAN TELL US ABOUT THAT.

14       AFTER TECHSHOP CLOSED ITS DOORS IN MID-NOVEMBER 2017, DID

15   THE BOARD STILL AND YOU STILL HAVE A VIEW ABOUT THE VALUE OF

16   THE TECHSHOP MARKS?

17   **A.**  YES.  YES.

18   **Q.**  WHAT WAS --

19   **A.**  ABSOLUTELY.

20   **Q.**  I'M SORRY.  WHAT WAS THE BOARD'S VIEW?

21   **A.**  WELL, YOU KNOW, WE HAD DONE A LOT OF REALLY GOOD STUFF

22   OVER THE YEARS AND, YOU KNOW, CHANGED A LOT OF PEOPLE'S LIVES

23   FOR THE BETTER.  SO IT WAS STILL ASSOCIATED.  PEOPLE WERE

24   UPSET THAT WE CLOSED AND WE WERE, TOO.  BUT WE FELT THAT THE

25   BRAND WAS STILL A POSITIVE, OVERALL POSITIVE THING.

1  **Q.**  IF YOU CAN TURN TO ME -- WITH ME TO THE DOCUMENT WE'VE

2  MARKED TX351.

3        **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

4  HONOR.

5        **THE CLERK:**  I THOUGHT 351 WAS ADMITTED YESTERDAY.

6    WAS IT NOT?

7        **MR. PISTORINO:**  OH, I'M SORRY, I MISSPOKE.

8    IT'S TX51, WHICH WE MOVE TO HAVE ADMITTED, YOUR HONOR.

9        **THE COURT:**  ANY OBJECTION?

10        **MS. ROBERTS:**  NO OBJECTION.

11        **THE COURT:**  51 IS ADMITTED.

12        (TRIAL EXHIBIT 51 RECEIVED IN EVIDENCE.)

13          (DISPLAYED ON SCREEN.)

14  **BY MR. PISTORINO:**

15  **Q.**  AND WHAT WE ARE SEEING IN EXHIBIT 51, THIS IS AN EMAIL

16  FROM MR. RASURE TO A NUMBER OF FOLKS, INCLUDING YOURSELF,

17  DATED DECEMBER 4TH, 2017.

18    IS THAT RIGHT?

19  **A.**  YES.

20  **Q.**  OKAY.  AND SO THIS WAS ABOUT THREE DAYS AFTER THE MOU WAS

21  ENTERED INTO, CORRECT?

22  **A.**  YES.

23  **Q.**  AND I REALLY WANT TO DROP DOWN TO REALLY JUST THE FIRST

24  TWO PARAGRAPHS RIGHT AFTER "GOOD MORNING".

25    WELL, ACTUALLY LET'S GO TO THE SECOND PARAGRAPH.  DO YOU

1    SEE THE PART THAT SAYS:

2        OVER THE NEXT DAYS AND WEEKS THIS WILL SHIFT TO THE

3    SUCCESS OF TECHSHOP AND THE CHANGE WILL BE SEEN THROUGH THE

4    ACTIONS INSTEAD OF WORDS.

5        ARE YOU WITH ME THERE?

6    **A.**  YES.

7    **Q.**  THEN MR. RASURE WENT ON TO TELL THE BOARD:

8        I VALUE WHAT TECHSHOP BECAME AND WHAT IT CAN DO IN THE

9    FUTURE.  IF I DIDN'T, I WOULD HAVE PUSHED FOR AN IMMEDIATE

10   NAME CHANGE.  MY GOAL IS NOT TO CHANGE THE NAME GOING FORWARD.

11   I HAVE ADMIRED TECHSHOP FROM A DISTANCE FOR ALMOST TEN YEARS.

12       DO YOU SEE THAT?

13   **A.**  YES.

14   **Q.**  WHAT IS -- IS THIS THE KIND OF THING MR. RASURE WAS

15   TELLING THE BOARD ABOUT HOW HE VALUED THE TECHSHOP NAME AND

16   BRAND?

17   **A.**  YES.  IT IS ONE OF THE REASONS WE WERE SO EXCITED ABOUT

18   THE DEAL.

19   **Q.**  AND, AGAIN, AT THIS POINT MR. RASURE WAS PROPOSING TO USE

20   THE NAME TECHSHOP 2.0; IS THAT RIGHT?

21   **A.**  YES.

22   **Q.**  IN TERMS OF THAT ACQUISITION OF THE ASSETS OF TECHSHOP,

23   DID THE BOARD HAVE A PROBLEM WITH THAT IF THE ASSETS WERE

24   ACQUIRED?

25   **A.**  NO, NOT AT ALL.

NEWTON – DIRECT / PISTORINO

1    **Q.**  OKAY.

2        AND AFTER, YOU MENTIONED THE BOARD WAS VERY PLEASED THAT

3    THE MEMORANDUM OF UNDERSTANDING HAD BEEN ENTERED INTO AND IT

4    LOOKED LIKE AN POTENTIAL ACQUISITION WAS GOING TO OCCUR,

5    RIGHT?

6    **A.**  YES.

7    **Q.**  WAS THERE A PUBLIC ANNOUNCEMENT OF THE -- OF THIS PROPOSED

8    TRANSACTION WITH MR. RASURE?

9    **A.**  YES, THERE WAS.

10   **Q.**  WHY DID THE BOARD COMMUNICATE TO THE PUBLIC THAT LOOKED

11   LIKE A DEAL MIGHT HAPPEN WITH MR. RASURE?

12   **A.**  WE HAD ALREADY ANNOUNCED THAT WE WERE PLANNING TO CLOSE

13   THE COMPANY, AND WHILE WE HAD CLOSED THE COMPANY, WE ANNOUNCED

14   WE WERE GOING TO FILE BANKRUPTCY, SO THIS WAS GOOD NEWS.  THIS

15   WAS GOOD NEWS FOR PEOPLE THAT WE WERE GOING TO BE ABLE TO KEEP

16   THE STORES OPEN AND KEEP IT AVAILABLE FOR PEOPLE TO USE.

17   **Q.**  IF THE STORES WERE ABLE TO REOPEN, WHAT WOULD HAPPEN, FOR

18   EXAMPLE, WITH THE SUMMER CAMPS?  WAS THAT THE KIND OF THING

19   THE BOARD WAS THINKING ABOUT?

20   **A.**  YEAH, YEAH.  WE THOUGHT ALL THE PROGRAMS WOULD BE ABLE TO

21   CONTINUE.  AND MR. RASURE SEEMED LIKE HE WANTED TO CONTINUE

22   ALL THESE PROGRAMS PRETTY MUCH AS IS.  SO WE WERE VERY

23   POSITIVE ABOUT THAT.

24   **Q.**  OKAY.  SO AT THE TIME THE BOARD ENTERED INTO THE MOU, WAS

25   THE BOARD OPEN TO THIS TRANSACTION WOULD COME TO FRUITION?

1    **A.**   ABSOLUTELY.  YES.

2    **Q.**   AND IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED

3    TX50.

4    **A.**   SORRY?

5    **Q.**   TX50.

6            **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

7    HONOR.

8            **MS. ROBERTS:**  NO OBJECTION.

9            **THE COURT:**  50 IS ADMITTED.

10           (TRIAL EXHIBIT 50 RECEIVED IN EVIDENCE.)

11                    (DISPLAYED ON SCREEN.)

12   **BY MR. PISTORINO:**

13   **Q.**   THIS IS A DOCUMENT DATED DECEMBER 3RD, 2017.  AND IT'S

14   TECHSHOP ANNOUNCES ACQUISITION.

15       DO YOU SEE THAT?

16   **A.**   YES.

17   **Q.**   WERE THERE JUST A NUMBER OF THESE KINDS OF STATEMENTS

18   ABOUT THE POTENTIAL DEAL WITH MR. RASURE?

19   **A.**   YES.

20   **Q.**   OKAY.  AND I THOUGHT YOU MENTIONED BEFORE THE BOARD WAS

21   KIND OF EXCITED ABOUT HOPING?

22   **A.**   YEAH, WITHIN THE CONTEXT OF US, YOU KNOW... US BACKING

23   AWAY FROM OUR ROLE IN THE COMPANY.  YEAH.

24   **Q.**   OKAY.

25   **A.**   THE POINT WAS WE THOUGHT WE WERE GOING TO BE ABLE TO KEEP

1   THE COMPANY OPEN WHICH WAS A POSITIVE OVERALL THING.

2   **Q.**  WAS THE -- DID THE -- WAS THE BOARD PREPARED TO UNDERTAKE

3   EFFORTS TO MAKE THIS DEAL HAPPEN?

4   **A.**  YES.

5   **Q.**  DESCRIBE FOR US THE EFFORTS THAT THE BOARD WAS GOING TO DO

6   TO HOPEFULLY COME TO A FINAL DEAL WITH MR. RASURE?

7   **A.**  CAN YOU --

8   **Q.**  SURE --

9   **A.**  -- CLARIFY?

10  **Q.**  DID THE BOARD NEED TO PROVIDE DOCUMENTATION TO MR. RASURE?

11  **A.**  YES.

12  **Q.**  AND DESCRIBE FOR US SOME OF THE EFFORTS THE BOARD

13  UNDERTOOK.

14  **A.**  ALL THE DOCUMENTATION THAT WAS REQUIRED, WE WORKED VERY,

15  VERY QUICKLY TO GET ALL THAT STUFF TOGETHER.  EVEN THOUGH WE

16  HAD A SKELETON CREW AND SOME OF THE PEOPLE THAT HAD BEEN...

17  HAD ACCESS TO CERTAIN INFORMATION OF THE COMPANY WEREN'T THERE

18  ANYMORE.  SO IT WAS A LOT OF EFFORT FOR US TO GET ALL THE

19  INFORMATION TOGETHER, BUT WE WERE ABLE TO DO THAT.

20  **Q.**  OKAY.

21      YOU HAD MENTIONED EARLIER THAT THE DOCUMENT THAT WE SAW,

22  THE MEMORANDUM OF UNDERSTANDING, THAT WAS NOT SUPPOSED TO BE

23  THE FINAL DEAL; IS THAT RIGHT?

24  **A.**  NO.  CORRECT.

25  **Q.**  THERE WAS ANOTHER FINAL DEAL COMING, CORRECT?

1   **A.**  YES.

2   **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED TX52.

3        **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

4   HONOR.

5        **MS. ROBERTS:**  NO OBJECTION.

6        **THE COURT:**  ADMITTED.

7        (TRIAL EXHIBIT 52 RECEIVED IN EVIDENCE.)

8            (DISPLAYED ON SCREEN.)

9   **BY MR. PISTORINO:**

10  **Q.**  AND WHAT WE ARE SEEING IN THIS EXHIBIT, THIS IS AN EMAIL

11  FROM MR. WOODS TO A NUMBER OF FOLKS, INCLUDING YOURSELF AND

12  MR. RASURE.  AND IT'S -- THE SUBJECT IS THE TECHSHOP ASSET

13  PURCHASE AGREEMENT, CORRECT?

14  **A.**  YES.

15  **Q.**  WHAT WAS THIS SUPPOSED TO BE?

16  **A.**  THIS WAS A DRAFT OF THE PROPOSED ASSET PURCHASE AGREEMENT.

17  SO IT LISTED ALL THE THINGS THAT WERE INCLUDED IN THE

18  ARRANGEMENT.

19  **Q.**  AND SO WHAT WE ARE SEEING HERE IS SORT OF TECHSHOP'S

20  PROPOSAL THAT IF WE ARE ABLE TO COME TO AGREEMENT ON

21  EVERYTHING?

22  **A.**  YES, CORRECT.

23  **Q.**  WERE THE TRADEMARKS OF TECHSHOP ONE OF THE ASSETS OF

24  TECHSHOP THAT WOULD HAVE BEEN TRANSFERRED AS PART OF THIS

25  PROPOSED DEAL?

1    **A.**  YES.

2    **Q.**  OKAY.  IF WE CAN JUST TURN TO THE THIRD PAGE OF THE

3    EXHIBIT BRIEFLY.

4                        (DISPLAYED ON SCREEN.)

5        YOU SEE IT'S GOT -- IT SAYS "BACKGROUND".  WITH ME THERE?

6    **A.**  YES.

7    **Q.**  AND THEN IT LISTS, LOOKS LIKE A NUMBER OF TECHSHOP -- SAYS

8    "SUBSIDIARIES"; IS THAT RIGHT?

9    **A.**  CORRECT.

10   **Q.**  WE HEARD DISCUSSION BEFORE THAT TECHSHOP HAD TEN LOCATIONS

11   IN THE UNITED STATES; IS THAT RIGHT?

12   **A.**  YES.

13   **Q.**  IS THIS KIND OF A LISTING OF EACH OF THE TECHSHOP

14   LOCATIONS?

15   **A.**  YES.

16   **Q.**  IF WE COULD JUST TURN TO THE... MIGHT BE EIGHT MORE PAGES

17   IN EXHIBIT A IN THE EXHIBIT, BATES NO. 7796.

18             **THE CLERK:**  WE ARE STILL ON EXHIBIT 52?

19             **MR. PISTORINO:**  CORRECT.

20                        (DISPLAYED ON SCREEN.)

21   **BY MR. PISTORINO:**

22   **Q.**  AND IF WE -- IF YOU GO WITH ME TO THE BOTTOM OF IT, YOU

23   SEE IT SAYS, "INTELLECTUAL PROPERTY RIGHTS"?

24   **A.**  YES.

25   **Q.**  UNDER A, ASSET PURCHASE AGREEMENT.  AND UNDER INTELLECTUAL

1    PROPERTY RIGHTS, YOU SEE ONE OF THE ITEMS LISTED THERE IS

2    TRADEMARK SERVICE MARKS, TRADE NAMES, TRADE DRESS, AND

3    INTERNET DOMAIN NAMES.  WITH ME?

4    **A.**  YES.

5    **Q.**  SO IF THE ARRANGEMENT WITH MR. RASURE HAD COME TO PASS,

6    WERE THOSE THE THINGS THAT MR. RASURE WOULD HAVE GOTTEN IF

7    IT -- IF IT HAD COME TO FRUITION?

8    **A.**  YES.

9    **Q.**  IN ORDER TO GET THOSE THINGS LISTED IN THE ASSET PURCHASE

10   AGREEMENT, WHAT ARE THE THINGS THAT MR. RASURE WOULD HAVE HAD

11   TO DO?

12   **A.**  WELL, THE -- ALL THE THINGS THAT WERE ON HIS SIDE WOULD

13   HAVE TO BE COMPLETED.

14   **Q.**  SUCH AS?

15   **A.**  SUCH AS PUTTING UP THE MONEY FOR THE DEBT OR HANDLING THE

16   DEBT AND HANDLING THE OTHER DATA POINTS THAT HE AGREED TO.

17   **Q.**  HE WOULD HAVE HAD TO AGREE TO ACCEPT THE $21 MILLION IN

18   LIABILITY; IS THAT CORRECT?

19   **A.**  CORRECT.

20   **Q.**  TURN TO THE DOCUMENT TX23.

21           **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

22   HONOR -- I'M SORRY, MY MISTAKE.  TX53.

23           **THE COURT:**  ANY OBJECTION?

24           **MS. ROBERTS:**  NO OBJECTION.

25           **THE COURT:**  53 IS ADMITTED.

1            (TRIAL EXHIBIT 53RECEIVED IN EVIDENCE.)

2                  (DISPLAYED ON SCREEN.)

3    **BY MR. PISTORINO:**

4    **Q.**  IF WE CAN TURN TO THE -- TURN ACTUALLY TO THE SECOND PAGE

5    OF THE EXHIBIT.

6         IN THE SECOND PAGE WE SEE AN EMAIL FROM MR. WOODS TO YOU,

7    MR. NEWTON, ALONG WITH MR. RASURE.  ARE YOU WITH ME?

8    **A.**  YES.

9    **Q.**  AND MR. WOODS MENTIONED THAT WE ALL WANT THE PROCESS TO

10   MOVE FORWARD.  A KEY ELEMENT OF WHICH IS NEGOTIATION OF THE

11   FINAL TERMS.  AND THE FIRST DRAFT OF THE BILL OF SALES IS AN

12   IMPORTANT STEP, BUT ISN'T THE ONLY THING WE NEED TO BE WORKING

13   ON.

14        WITH ME?

15   **A.**  YES.

16   **Q.**  WHAT WERE THE OTHER THINGS THAT THE PARTIES WERE SUPPOSED

17   TO BE WORKING ON TO COME TO THIS FINAL DEAL?

18   **A.**  THERE WAS STILL THE ISSUE OF KNOWING IF MR. RASURE HAD THE

19   FUNDS -- FUNDING BEHIND HIM TO BE ABLE TO COMPLETE HIS SIDE OF

20   THE DEAL AND WE STILL WANTED TO KNOW WHO HIS TEAM WAS -- TO

21   KNOW -- TO MAKE SURE THAT THEY WERE GOING TO HAVE THE

22   WHEREWITHAL TO BE ABLE TO, YOU KNOW, MANAGE THIS LARGE

23   ORGANIZATION.

24   **Q.**  DID THE TECHSHOP BOARD HAVE A VIEW OF THE SCALE OF FUNDS

25   THAT WOULD ACTUALLY BE NEEDED TO PULL SOMETHING LIKE THIS OFF?

1  **A.**  YES.  GENERALLY SO, YES.

2  **Q.**  JUST GIVE US THE BALLPARK THAT THE BOARD WAS THINKING WAS

3  THE SCALE OF FUNDS THAT WOULD BE NEEDED TO ACQUIRE A COMPANY

4  WITH TEN LOCATIONS IN THE UNITED STATES AND 9,000 MEMBERS.

5  **A.**  IN THE MANY MILLIONS OF DOLLARS.

6  **Q.**  WOULD JUST $1 MILLION BE ENOUGH?

7  **A.**  NO.

8  **Q.**  OKAY.  MORE THAN $10 MILLION?

9  **A.**  YES.

10  **Q.**  IN THE FIRST PAGE OF THE EXHIBIT THAT WE JUST SAW, WE CAN

11  SEE AN EMAIL FROM, LOOKS LIKE MR. DOUG BUSCH -- ARE YOU WITH

12  ME -- ON DECEMBER 7TH?

13  **A.**  YES.

14  **Q.**  AGAIN, WE ARE ALL GOING TO HEAR FROM DOUG BUSCH LATER.

15  WHO'S DOUG BUSCH?

16  **A.**  HE WAS A MEMBER OF OUR BOARD AND ONE OF OUR LARGEST

17  INVESTORS.

18  **Q.**  AND WE SAW THAT THE MEMORANDUM OF UNDERSTANDING HAD BEEN

19  ENTERED INTO ON DECEMBER 1ST.  AND ON DECEMBER 7TH, MR. BUSCH

20  WRITES TO MR. RASURE:

21  "I HAVE NOT SEEN ANY OF THE ITEMS THAT WE AGREED YOU

22  WOULD PROVIDE BY CLOSE OF BUSINESS TODAY.  PLEASE

23  SEND THEM AS SOON AS POSSIBLE OR TELL ME WHERE TO

24  FIND THEM."

25  WHAT WAS MR. BUSCH REFERRING TO HERE?

1    **A.**  HE WAS --

2              **MS. ROBERTS:**  OBJECTION, CALLS FOR SPECULATION.

3              **THE COURT:**  SUSTAINED.

4    **BY MR. PISTORINO:**

5    **Q.**  WHAT DID YOU UNDERSTAND MR. BUSCH TO BE ASKING FOR?

6    **A.**  HE WAS ASKING FOR THE FINANCIAL PROOF AND ALSO A SUMMARY

7    OF HIS TEAM, WHO MR. RASURE'S TEAM WOULD BE.

8         AT THIS POINT WE ONLY KNEW MR. RASURE, AND WE DIDN'T THINK

9    THAT HE COULD HANDLE THE WHOLE THING HIMSELF, CERTAINLY,

10   BECAUSE NONE OF US COULD HAVE HANDLED IT OURSELVES.

11   **Q.**  FOR THIS PROPOSED TRANSACTION THAT TECHSHOP BOARD THOUGHT

12   WOULD BE MORE THAN $10 MILLION, HAD TECHSHOP SEEN ANYBODY ELSE

13   FROM THE OTHER SIDE OTHER THAN MR. RASURE?

14   **A.**  NO.

15   **Q.**  OKAY.

16   **A.**  WE HAD NOT.

17   **Q.**  SINCE THIS EMAIL IS DATED DECEMBER 7TH AND THE MOU WAS

18   ENTERED INTO DECEMBER 1ST, WHAT WAS THE BOARD FEELING ABOUT

19   THE FACT THAT IT DIDN'T HAVE PROOF OF FINANCIAL CAPABILITY?

20   **A.**  WE WERE STARTING TO DOUBT THAT HE HAD THE RESOURCES THAT

21   HE HAD CLAIMED.

22   **Q.**  AND WHAT ABOUT THE LACK OF IDENTIFICATION OF SOMEBODY ELSE

23   TO BE ON THE TEAM WITH MR. RASURE?

24   **A.**  YEAH, THAT WAS DISCONCERTING AS WELL THAT HE COULDN'T, YOU

25   KNOW, IMMEDIATELY POINT TO ANYONE THAT HE WAS GOING TO HAVE

```
 1    HELP HIM RUN THIS THING AND TURN IT AROUND.

 2    Q.  OKAY.

 3        IF YOU CAN TURN WITH ME TO THE DOCUMENT MARKED TX54.

 4    A.  SORRY, SAY AGAIN?

 5            MR. PISTORINO:  54, WHICH WE MOVE TO HAVE ADMITTED,

 6    YOUR HONOR.

 7            MS. ROBERTS:  NO OBJECTION.

 8            THE COURT:  EXHIBIT 54 IS ADMITTED.

 9            (TRIAL EXHIBIT 54 RECEIVED IN EVIDENCE.)

10                 (DISPLAYED ON SCREEN.)

11            MR. PISTORINO:  IF WE CAN GO TO THE SORT OF THE

12    BOTTOM OF THE FIRST PAGE.

13    BY MR. PISTORINO:

14    Q.  YOU SEE AN EMAIL MR. RASURE DATED DECEMBER 7TH?

15    A.  YES.

16    Q.  AND MR. RASURE SAID, "ROB GREEN AND JP CLAXTON ARE MY

17    BOARD/CURRENT LEADERSHIP TEAM."

18        DO YOU SEE THAT?

19    A.  YES.

20    Q.  WAS THIS THE TWO INDIVIDUALS MR. RASURE IDENTIFIED?

21    A.  YES.

22    Q.  AND THEN AT THE TOP OF THE EXHIBIT WE SEE AGAIN ANOTHER

23    EMAIL FROM MR. BUSCH.  AND HE SAYS HE WILL BE REACHING OUT TO

24    THOSE INDIVIDUALS, CORRECT?

25    A.  CORRECT.
```

1    **Q.** AND WHAT WAS THE, NOW THAT THE BOARD KNEW THAT THERE MIGHT

2    BE TWO PEOPLE, WHAT DID THE BOARD FEEL IT NEEDED TO DO?

3    **A.** WE NEEDED TO CONTACT THEM AND KIND OF TALK TO THEM, MAKE

4    SURE THEY WERE ON BOARD AND KIND OF GET THEIR FEELING FOR, YOU

5    KNOW, WHAT THEY THOUGHT THEIR ROLE WOULD BE AND WHAT THEY

6    WOULD BE DOING.

7    **Q.** IS THAT -- SO CONSISTENT WITH THAT IN THE SECOND

8    PARAGRAPH, HE INDICATES... MR. BUSCH INDICATED IT WOULD

9    OBVIOUSLY BE INFEASIBLE TO RUN THE TRANSITION OF AN OPERATION

10   OF THIS SIZE AND COMPLEXITY SINGLE HANDED.  I NEED THE NAMES,

11   CONTACT INFORMATION, RÉSUMÉS, AND REFERENCES FOR THE TOP THREE

12   PEOPLE IN THE ORGANIZATION, INCLUDING REFERENCES AND RÉSUMÉ

13   FOR YOU.

14       DO YOU SEE THAT?

15   **A.** YES.

16   **Q.** WHAT IS -- IS THAT -- WHAT IS HE SAYING HERE?

17   **A.** JUST WANTED TO HAVE MORE BACKGROUND INFORMATION AND

18   CONTACT INFORMATION FOR THESE PEOPLE SO WE COULD PROPERLY VET

19   THEM.

20   **Q.** OKAY.  AND THEN HE ALSO GOES ON TO SAY, "I'M STILL WAITING

21   FOR A CONFIRMATION OF CAPITALIZATION DOCUMENTS AND

22   INCORPORATION DOCUMENTS."  RIGHT?

23   **A.** YES.

24   **Q.** BY DECEMBER 7TH, LIKE A WEEK AFTER THE AGREEMENT WAS

25   ENTERED INTO, DID TECHSHOP HAVE ANY PROOF THAT MR. RASURE HAD

1    THE FUNDS ON THE SCALE THAT WOULD BE NEEDED TO ENTER INTO A

2    TRANSACTION LIKE THIS?

3    **A.**  NO, WE DIDN'T.

4    **Q.**  IF YOU CAN TURN TO THE DOCUMENT WE MARKED AS TX55.

5            **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

6    YOUR HONOR.

7            **MS. ROBERTS:**  NO OBJECTION.

8            **THE COURT:**  ADMITTED.

9            (TRIAL EXHIBIT 55 RECEIVED IN EVIDENCE.)

10                   (DISPLAYED ON SCREEN.)

11   **BY MR. PISTORINO:**

12   **Q.**  TX55.  THIS IS AN EMAIL FROM MR. BUSCH DATED THE NEXT DAY,

13   FRIDAY, DECEMBER 8TH, TO MR. RASURE AND A NUMBER OF OTHERS

14   INCLUDING YOU, MR. NEWTON; IS THAT RIGHT?

15   **A.**  YES.

16   **Q.**  MR. BUSCH INDICATES HE IS GOING TO REACH OUT TO THOSE TWO

17   PEOPLE THAT MR. RASURE NAMED AND, IN FACT, HE CC'D THEM ON

18   THERE, CORRECT?

19   **A.**  YES.

20   **Q.**  AND THEN HE LISTED A NUMBER OF THINGS THAT MR. BUSCH WAS

21   LOOKING FOR, RIGHT?

22   **A.**  YES.

23   **Q.**  RÉSUMÉS, AND THAT KIND OF THING.

24       I REALLY WANT TO TAKE YOU DOWN TO THE SECOND PARAGRAPH.

25   DO YOU SEE WHERE HE STARTS OFF SAYING, WE ARE VERY CONCERNED

1  THAT WE HAVE NOT SEEN ANY EVIDENCE OF CAPITALIZATION, THAT WE

2  DON'T SEE ANY INDICATIONS OF AN OPERATIONAL TEAM BEING

3  ASSEMBLED BEYOND YOU PERSONALLY, AND THAT NEGOTIATIONS WITH

4  LANDLORDS AND AUTODESK AND LOWES SEEM TO BE AT AN EXTREMELY

5  PRELIMINARY LEVEL.

6      WITH ME?

7  **A.**  YES.

8  **Q.**  SO WHAT WAS THE BOARD'S FEELING ABOUT THE FACT THAT

9  THROUGH DECEMBER 8TH, THE BOARD HADN'T SEEN ANYTHING ABOUT

10  CAPITALIZATION?

11  **A.**  CORRECT.

12  **Q.**  WHAT WAS THE BOARD'S FEELING ABOUT THAT?

13  **A.**  WE WERE STARTING TO WONDER IF HE WAS ACTUALLY, YOU KNOW,

14  BEING SERIOUS OR JUST KIND OF, I DON'T KNOW, MISREPRESENTING

15  WHAT HE FELT LIKE HE WAS GOING TO DO.

16  **Q.**  IF YOU CAN TURN TO ME (SIC) THE DOCUMENT MARKED TX58.

17      **MR. PISTORINO:**  WHICH WE WOULD ALSO MOVE TO HAVE

18  ADMITTED, YOUR HONOR.

19      **MS. ROBERTS:**  NO OBJECTION.

20      **THE COURT:**  EXHIBIT 58 IS ADMITTED.

21      (TRIAL EXHIBIT 58 RECEIVED IN EVIDENCE.)

22          (DISPLAYED ON SCREEN.)

23  **BY MR. PISTORINO:**

24  **Q.**  TX58, THIS IS AN EMAIL FROM MR. BUSCH TO A NUMBER OF

25  PEOPLE, INCLUDING YOU, MR. NEWTON, DATED DECEMBER 9TH.

1    CORRECT?

2    **A.**  YES.

3    **Q.**  AND DID YOU HAVE A DISCUSSION WITH MR. BUSCH ABOUT HIS

4    EFFORTS TO FOLLOW UP WITH THE PEOPLE, THE TWO INDIVIDUALS

5    MR. RASURE HAD NAMED?

6    **A.**  YES.

7    **Q.**  WHAT DID MR. BUSCH TELL YOU ABOUT THE SUCCESS OF HIS

8    EFFORTS TO FIND OUT MORE ABOUT THESE TWO PEOPLE?

9         **MS. ROBERTS:**  OBJECTION, CALLS FOR HEARSAY.

10        **THE COURT:**  SUSTAINED.

11   **BY MR. PISTORINO:**

12   **Q.**  IN THE DOCUMENT, YOU SEE MR. BUSCH INDICATED THAT HE

13   HAD -- TO MR. GREEN AND MR. CLAXTON, THAT HE HAD NOT HEARD

14   BACK FROM EITHER OF THEM BY TELEPHONE OR EMAIL, CORRECT?

15   **A.**  CORRECT.

16   **Q.**  WERE THERE DISCUSSIONS ABOUT -- WITH THE BOARD ABOUT THE

17   INABILITY TO CONTACT MR. GREEN AND MR. CLAXTON AND INVESTIGATE

18   THEIR REFERENCES?

19   **A.**  YES.

20   **Q.**  YOU SEE AT THE, ACTUALLY THE BOTTOM PART OF THE EXHIBIT

21   THERE, WAS A SORT OF EMAIL FROM EARLIER IN THE DAY FROM

22   MR. BUSCH AS WELL REACHING OUT TO MR. GREEN AND MR. CLAXTON

23   SEEKING THAT SAME INFORMATION, CORRECT?

24   **A.**  YES.

25   **Q.**  OKAY.

1        YOU CAN TURN TO ME THE DOCUMENTS MARKED TX59.

2            **MR. PISTORINO:**  WHICH WE MOVE TO HAVE ADMITTED, YOUR

3    HONOR.

4            **MS. ROBERTS:**  NO OBJECTION.

5            **THE COURT:**  ADMITTED.

6            (TRIAL EXHIBIT 59 RECEIVED IN EVIDENCE.)

7                    (DISPLAYED ON SCREEN.)

8    **BY MR. PISTORINO:**

9    **Q.**  NO. 59, THIS IS ANOTHER EMAIL FROM MR. BUSCH.  THIS ONE

10   DATED SUNDAY, DECEMBER 10TH, TO MR. GREEN AND MR. CLAXTON,

11   CC'G A NUMBER OF PEOPLE, INCLUDING YOURSELF, CORRECT?

12   **A.**  YES.

13   **Q.**  HE INDICATES, FOLLOWING UPON THESE EARLIER ONES, THAT

14   HE... ASKED THEM TO CONTACT THEM AND MR. BUSCH HADN'T GOTTEN A

15   RESPONSE, CORRECT?

16   **A.**  YES.

17   **Q.**  AND THEN HE GOES ON TO SAY, ONCE AGAIN, THAT THE BOARD

18   STILL DOES NOT HAVE ANY EVIDENCE THAT TECHSHOP 2.0 HAS

19   CAPITALIZATION NEEDED TO CONCLUDE A DEAL; IS THAT RIGHT?

20   **A.**  CORRECT.

21   **Q.**  I JUST WANT TO ASK A LITTLE BIT, THESE VARIOUS EXHIBITS WE

22   HAVE BEEN LOOKING AT, THEY SEEM LIKE THEY ARE PROCEEDING DAY

23   BY DAY ALMOST EACH AND EVERY DAY.

24       HOW –– WAS WHAT THE TEMPO OF THE NEGOTIATIONS WITH

25   MR. RASURE?

1    **A.**  HOW DO YOU MEAN?  PLEASE CLARIFY.

2    **Q.**  WAS THE BOARD WORKING ON THIS EVERY DAY OR TAKING A

3    VACATION?

4    **A.**  PRETTY MUCH CONSTANTLY.

5    **Q.**  OKAY.  WHY THE SPEED?

6    **A.**  WELL, WE WERE COMPLETELY OUT OF MONEY.  AND WE HAD TO --

7    IF THIS DEAL WASN'T GOING TO WORK, WE NEEDED TO MOVE TO FILE

8    BANKRUPTCY AS QUICKLY AS WE COULD.

9    **Q.**  IF YOU CAN TURN TO ME TO A DOCUMENT WE MARKED TX60.

10          **MR. PISTORINO:**  WHICH WE MOVE TO HAVE ADMITTED, YOUR

11   HONOR.

12          **MS. ROBERTS:**  NO OBJECTION.

13          **THE COURT:**  ADMITTED.

14          (TRIAL EXHIBIT 60 RECEIVED IN EVIDENCE.)

15              (DISPLAYED ON SCREEN.)

16   **BY MR. PISTORINO:**

17   **Q.**  TX60 IS AN EMAIL THE NEXT DAY FROM MR. BUSCH TO MR. RASURE

18   AND YOURSELF AND A NUMBER OF OTHERS, WHERE HE INDICATES THAT

19   HE'S STILL NOT GOTTEN A RESPONSE FROM MR. GREEN OR MR. CLAXTON

20   AND HE HASN'T GOTTEN ANYTHING FROM MR. RASURE.  AGAIN SAYS THE

21   MATTERS BELOW, REFERRING TO THE CAPITALIZATION.

22          GIVEN THAT IT HAD NOW BEEN MORE THAN TEN DAYS, ABOUT TEN

23   DAYS SINCE THE MOU HAD BEEN ENTERED INTO, WHAT WAS THE BOARD'S

24   FEELING ABOUT MR. RASURE AND HIS CAPABILITY OF PERFORMING THIS

25   TRANSACTION?

1    **A.**  WE WERE BECOMING VERY DOUBTFUL THAT HE WAS GOING TO BE

2    ABLE TO DO THIS, THIS DEAL.  WE THOUGHT, YOU KNOW, IF

3    MR. GREEN AND MR. CLAXTON WERE REALLY INVOLVED, WE THOUGHT

4    THEY SHOULD ALL BE REALLY, YOU KNOW, ANXIOUS TO GET BACK TO US

5    QUICKLY AND MAKE THIS DEAL HAPPEN.

6        BUT NOTHING WAS HAPPENING, AND IT JUST -- WE STARTED

7    REALIZING THAT IT WASN'T GOING TO HAPPEN.

8            **MR. PISTORINO:**  IF WE COULD... IS THIS 60 HERE?

9    OKAY.

10               (PAUSE IN THE PROCEEDINGS.)

11           **THE COURT:**  IT MIGHT BE A GOOD TIME TO TAKE OUR

12   BREAK.  IT'S A LITTLE AFTER TEN.

13       SO, LADIES AND GENTLEMEN, IT'S JUST SHY OF 10:05.  LET'S

14   TAKE OUR FIRST MORNING 15-MINUTE RECESS, AND COME BACK TO

15   RESUME AT 10:20.

16       PLEASE DO REMEMBER ALL OF MY INSTRUCTIONS TO YOU:  NO

17   COMMUNICATIONS ABOUT THE CASE, NO RESEARCH ABOUT THE CASE OR

18   THE ISSUES INVOLVED IN IT, NO CONTACT OF ANY KIND WITH THE

19   PARTIES OR LAWYERS ABOUT ANY TOPIC EVEN THE WEATHER, AND AS

20   ALWAYS, PLEASE REMEMBER TO KEEP AN OPEN MIND UNTIL ALL OF THE

21   EVIDENCE HAS BEEN PRESENTED, YOU'VE HEARD THE ARGUMENTS OF

22   COUNSEL AND MY INSTRUCTIONS, AND YOU HAVE HAD A CHANCE TO HEAR

23   THE VIEWS OF YOUR FELLOW JURORS.

24       WE WILL SEE YOU BACK HERE AT 10:20.

25       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

1          **THE CLERK:**  YOU MAY BE SEATED.

2          **THE COURT:**  SEE YOU AT 10:20.

3      (RECESS TAKEN AT 10:06 A.M.; RESUMED AT 10:20 A.M.)

4          **THE CLERK:**  REMAIN SEATED.  COME TO ORDER.  COURT IS

5  BACK IN SESSION.  HONORABLE HAYWOOD S. GILLIAM JR., PRESIDING.

6      READY?

7      ALL RIGHT, FOLKS.

8      (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

9          **THE CLERK:**  YOU MAY BE SEATED.

10          **THE COURT:**  YOU MAY CONTINUE WHENEVER YOU ARE READY,

11  MR. PISTORINO.

12          **MR. PISTORINO:**  THANK YOU, YOUR HONOR.

13  **BY MR. PISTORINO:**

14  **Q.**  NOW BEFORE WE CONTINUE WITH THE TIMELINE OF THE EMAILS WE

15  HAVE BEEN LOOKING AT, I WANT TO GO BACK AND ASK YOU A LITTLE

16  BIT ABOUT THE TECHSHOP EMAIL LIST.

17      DURING THIS TIME FRAME WAS -- DID MR. RASURE SAY ANYTHING

18  ABOUT THE TECHSHOP EMAIL LIST?

19  **A.**  CAN YOU CLARIFY?

20  **Q.**  SURE.

21      DURING THIS TIME FRAME, FROM THE TIME OF ENTRY OF THE MOU,

22  MEMORANDUM OF UNDERSTANDING, THROUGH, I THINK WE ARE UP TO

23  DECEMBER 11TH NOW, DID MR. RASURE SAY ANYTHING ABOUT THE

24  TECHSHOP EMAIL LIST?

25  **A.**  HE INQUIRED IF HE COULD HAVE A COPY OF IT.

1    **Q.**  OKAY.

2        IF YOU CAN, TURN WITH ME TO THE DOCUMENT THAT WE'VE MARKED

3    TX47, PLEASE.

4            **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

5    YOUR HONOR.

6            **MS. ROBERTS:**  NO OBJECTION.

7            **THE COURT:**  47 IS ADMITTED.

8                (TRIAL EXHIBIT 47 RECEIVED IN EVIDENCE.)

9                    (DISPLAYED ON SCREEN.)

10   **BY MR. PISTORINO:**

11   **Q.**  IF YOU COULD TURN WITH ME, MR. NEWTON, TO THE THIRD PAGE

12   OF THE DOCUMENT.

13       AND ON THE THIRD PAGE THIS IS AN EMAIL FROM YOU DATED

14   NOVEMBER 30TH, 2017 WHERE YOU TALK ABOUT SENDING OUT A MEMBER

15   MESSAGE.

16       DO YOU SEE THAT?

17   **A.**  YES.

18   **Q.**  SO THIS IS RIGHT AROUND THE TIME OF THE MEMORANDUM OF

19   UNDERSTANDING HAD BEEN ENTERED INTO.

20       WHAT ARE YOU REFERRING TO WHEN YOU TALKED ABOUT WANTING TO

21   SEND OUT A MEMBER MESSAGE?

22   **A.**  BASICALLY TALKING ABOUT THE MECHANICS OF HOW WE SEND IT

23   OUT.  MOST OF OUR STAFF WAS GONE AT THAT TIME, THE PEOPLE THAT

24   USED TO SEND THE EMAIL BLASTS OUT WERE NOT AROUND ANYMORE.

25   **Q.**  SO AT THIS TIME WAS TECHSHOP GOING TO SEND OUT A MESSAGE

1    TO THE MEMBERS AN EMAIL ABOUT THE PROPOSED TRANSACTION WITH

2    MR. RASURE?

3    **A.**  YES.

4    **Q.**  HELP US UNDERSTAND, HOW WOULD THAT HAVE HAPPENED?  HOW

5    WOULD AN EMAIL MESSAGE HAVE GONE OUT FROM TECHSHOP?

6    **A.**  WE WOULD RUN A SCRIPT THAT WOULD GO THROUGH THE DATABASE

7    AND PULL ALL THE, YOU KNOW, ALL THE RECORDS THAT HAVE MATCHED

8    WHATEVER WE WERE TRYING TO ADDRESS.

9        SO, YOU KNOW, IF WE WERE TRYING TO DO -- TRYING TO GET

10   PEOPLE TO REJOIN IF THEY HAD QUIT, WE WOULD FILTER FOR PEOPLE

11   WHOSE MEMBERSHIPS LAPSED, AND SO ON.

12       IN THIS CASE, WE WERE GOING TO SEND A BLAST OUT TO THE

13   ENTIRE LIST.  WE WOULD SCRIPT THAT, RUN IT, AND SEND EACH OF

14   THOSE EMAILS OUT INDIVIDUALLY TO THE PEOPLE THAT WERE -- THAT

15   IT WAS BEING SENT TO.

16   **Q.**  THE TECHSHOP EMAIL LIST YOU MENTIONED EARLIER, THAT WAS

17   SOMETHING THAT MR. RASURE WAS INTERESTED IN PURCHASING AS PART

18   OF THE ASSETS?

19   **A.**  YES.

20   **Q.**  YOU REFER DOWN TO THE BOTTOM ABOUT... SAYING THAT -- I

21   THINK YOU ARE INDICATING THAT MAYBE LOUISE AND TERESA ARE

22   GOING TO HELP SEND OUT THE MESSAGE TO THE MEMBERS?

23   **A.**  CORRECT.

24   **Q.**  THEN YOU GO ON TO SAY, "PLUS PRIVACY LAWS PREVENT US FROM

25   PROVIDING CONTACT DATA TO TS2.  SO IT REALLY DOES NEED TO BE

1   SENT THROUGH OUR CRM."

2       DO YOU SEE THAT?

3   **A.**  CORRECT.

4   **Q.**  WHAT WAS THE BOARD'S FEELING ABOUT ITS CAPABILITIES OF

5   SHARING THE TECHSHOP EMAIL LIST WITH MR. RASURE BEFORE THE

6   COMPLETION OF A TRANSACTION WITH MR. RASURE?

7   **A.**  WE HAD A STRICT POLICY NOT TO SHARE OR SELL OUR MAILING

8   LIST TO ANYONE.  AND WE WERE VERY, VERY STRICT ABOUT THAT.

9       SO I JUST WAS REMINDING THE TEAM, DON'T JUST GIVE THE

10  EMAIL LIST TO THE OTHER, YOU KNOW, TO THE OTHER PARTY.  WE

11  NEED TO SEND IT OUT -- UNTIL THE DEAL IS DONE, WE NEED TO KEEP

12  CONTROL OF THE DATA.

13  **Q.**  IN ADDITION TO THE PRIVACY REASONS, WERE THERE -- WAS

14  THERE ANOTHER REASON WHY TECHSHOP WOULD NOT SHARE THE CUSTOMER

15  EMAIL LIST WITH MR. RASURE?

16  **A.**  WELL, IT WAS AN ASSET JUST LIKE, YOU KNOW, THE MACHINES

17  AND THE COURSE MATERIALS AND THE TRADEMARK, AND EVERYTHING

18  ELSE.  IT WAS AN ASSET OF THE COMPANY.  AND WE WERE NOT

19  INTERESTED IN TRANSFERRING ANY OF THE ASSETS UNTIL THE DEAL

20  WAS, YOU KNOW, COMPLETED.

21  **Q.**  OKAY.

22      SO IF WE GO TO THE SECOND PAGE OF THE EXHIBIT, PLEASE,

23  WHERE WE SEE AN EMAIL FROM A GENTLEMAN, IT LOOKS LIKE SEAN,

24  SEAN TO YOU, WHERE HE SAYS, "FOR CLARITY, IT IS NOT JUST

25  PRIVACY LAW, IT IS ALSO NOT GIVING AWAY THE FAMILY SILVER

1    BEFORE IT IS PAID FOR."

2        DO YOU SEE THAT?

3    **A.**   CORRECT.  YES.

4    **Q.**   WHO WAS SEAN DOHERTY?

5    **A.**   HE WAS ONE OF OUR ADVISERS, ONE OF OUR INVESTORS.

6    **Q.**   AND WAS HE INVOLVED IN THESE DISCUSSIONS WITH MR. RASURE,

7    THESE NEGOTIATIONS?

8    **A.**   YES.

9    **Q.**   AND THEN IF WE GO TO THE FIRST PAGE OF THE EXHIBIT.

10                   (DISPLAYED ON SCREEN.)

11       YOU WILL SEE AT THE BOTTOM THERE'S AN EMAIL FROM

12   MR. RASURE DATED NOVEMBER 30TH.  DO YOU SEE WHERE HE SAYS, "WE

13   NEED TO RECEIVE THIS CONTACT INFORMATION AS PART OF THE

14   TRANSACTION.  DAN RASURE."

15       IS THAT RIGHT?

16   **A.**   YES.

17   **Q.**   OKAY.  AND THEN -- SO THAT'S THE KIND OF THING, AGAIN,

18   THAT MR. RASURE HAD BEEN SAYING HE WANTED AS PART OF THIS

19   DEAL, CORRECT?

20   **A.**   YES.

21   **Q.**   AND THEN AT THE TOP OF THIS EMAIL IT'S, AGAIN, ANOTHER

22   MESSAGE FROM MR. DOHERTY TO A NUMBER OF FOLKS, INCLUDING YOU,

23   WHERE THE FIRST PART HE SAYS, "THE MOU SAYS ALL ASSETS

24   FOLLOWING REVIEW AND PRIVACY WILL BE TRANSFERRED TO THE NEW

25   ENTITY."  CORRECT?

1    **A.**  YES, CORRECT.

2    **Q.**  WAS THAT THE BOARD'S UNDERSTANDING OF HOW IT WAS GOING TO

3    WORK?

4    **A.**  YES.

5    **Q.**  AND THEN NEXT HE SAYS, "GIVEN THAT TS" -- IS THAT

6    TECHSHOP?

7        SEE WHERE IT SAYS, GIVEN THAT TS OPERATES IN SOME OF THE

8    STATES WITH THE TOUGHEST -- TOUGHEST LAWS IN THIS AREA AND THE

9    RAPID GROWTH OF LAWYERS CREATING AND WINNING CASES IN THIS

10   AREA, IT IS SOMETHING THAT TS 2.0 NEEDS TO BE CAREFUL WITH.

11       DO YOU SEE THAT?

12   **A.**  YES.

13   **Q.**  SO WAS THE BOARD CONCERNED ABOUT COMPLIANCE WITH THE

14   PRIVACY LAWS?

15   **A.**  ABSOLUTELY.  WE'D ALWAYS BEEN VERY CAREFUL ABOUT NOT

16   SHARING ANY PERSONAL DATA.

17   **Q.**  THE FACT THAT TECHSHOP WOULD NOT SHARE THE TECHSHOP

18   CUSTOMER LIST WITH MR. RASURE BEFORE THE TRANSACTION WAS

19   FINALIZED WITH THE ASSET PURCHASE AGREEMENT, WAS THAT

20   SOMETHING THAT MR. RASURE WAS UNHAPPY ABOUT?

21           **MS. ROBERTS:**  OBJECTION --

22           **THE WITNESS:**  YES.

23           **MS. ROBERTS:**  -- CALLS FOR SPECULATION.

24           **THE COURT:**  SUSTAINED.  WHY DON'T WE KEEP IT TO WHAT

25   HE HEARD.

1    BY MR. PISTORINO:

2    Q.  WHAT DID MR. RASURE TELL YOU ABOUT HIS FEELINGS ABOUT THE

3    FACT THAT TECHSHOP WOULD NOT SHARE ITS CUSTOMER EMAIL LIST

4    UNTIL THE TRANSACTION WAS COMPLETE?

5    A.  HE DIDN'T SEEM VERY HAPPY ABOUT IT.

6        EVEN THOUGH THAT WAS PART OF THE AGREEMENT THAT WE BOTH,

7    YOU KNOW, HAD AGREED TO.

8    Q.  SO I WANT TO GO BACK TO THE CHRONOLOGICAL HERE.  IF WE GO

9    TO TX61, PLEASE.

10            MR. PISTORINO:  WHICH WE WOULD MOVE TO HAVE ADMITTED,

11   YOUR HONOR.

12            THE CLERK:  I'M SORRY, WHAT'S THE NUMBER?

13            MR. PISTORINO:  61.

14            MS. ROBERTS:  NO OBJECTION.

15            THE COURT:  ADMITTED.

16            (TRIAL EXHIBIT 61 RECEIVED IN EVIDENCE.)

17                (DISPLAYED ON SCREEN.)

18   BY MR. PISTORINO:

19   Q.  IN THIS EXHIBIT THIS IS AN EMAIL FROM MR. RASURE DATED

20   DECEMBER 11TH TO A NUMBER OF FOLKS, INCLUDING YOU, ARE YOU

21   WITH ME THERE?

22   A.  YES.

23   Q.  AND YOU CAN SEE AT THE BOTTOM OF THE FIRST PAGE MR. RASURE

24   IS RESPONDING TO MR. BUSCH'S MESSAGE EARLIER ABOUT NOT HAVING

25   RECEIVED ANY INFORMATION FROM MR. GREEN OR MR. CLAXTON OR

1    EVIDENCE OF CAPITALIZATION, CORRECT?

2    **A.**   CORRECT.

3    **Q.**   GOING TO THE TOP, MR. RASURE SAYS, "BEING TOLD WE WON'T

4    RECEIVE THE CUSTOMER INFORMATION WHEN WE ARE HONORING PREPAID

5    MEMBERSHIPS IN SOME CAPACITY HAS TAKEN UP TIME AND ADDED

6    RISK."

7         ARE YOU WITH ME THERE?

8    **A.**   YES.

9    **Q.**   WHAT WAS MR. RASURE SAYING ABOUT THE FACT THAT TECHSHOP

10   WOULD NOT PROVIDE ITS CUSTOMER EMAIL LISTFUL UNTIL THE DEAL

11   WAS COMPLETE?

12   **A.**   WHAT WAS HE --

13   **Q.**   WHAT WAS HE SAYING?

14   **A.**   HE WAS SAYING THAT HE WAS -- HE DIDN'T THINK IT WAS RIGHT.

15   **Q.**   NOW, WAS MR. RASURE HAVING COMMUNICATIONS WITH THE

16   TECHSHOP BOARD OTHER THAN JUST IN THESE EMAILS WE ARE SEEING?

17   **A.**   WE HAD MET WITH HIM A FEW TIMES, BUT THE PRIMARY CONTACT

18   WAS THROUGH EMAIL.

19   **Q.**   OKAY.

20        IF YOU COULD -- NOW, BY THE EMAILS THAT WE'RE SEEING HERE

21   ON THE 11TH, IT HAD BEEN ABOUT TEN DAYS THAT -- SINCE THE MOU

22   HAD BEEN ENTERED INTO AND TECHSHOP BOARD HAD NOT GOTTEN THIS

23   INFORMATION FROM MR. RASURE, WHAT WAS THE TECHSHOP BOARD'S

24   FEELING ABOUT THE FACT THAT IT DIDN'T HAVE THIS INFORMATION?

25   **A.**   WE WERE, YOU KNOW, STARTING TO LOOK AT WHAT WE WERE GOING

1    TO DO, HOW WERE WE GOING TO... YOU KNOW, WHAT STEPS WE WERE

2    GOING TO HAVE TO TAKE.

3    **Q.**  OKAY.  DID THE BOARD COME TO A DECISION ABOUT WHAT STEP TO

4    TAKE IN LIGHT OF THE FACT THAT IT DIDN'T HAVE THIS INFORMATION

5    FROM MR. RASURE TO COMPLETE THE TRANSACTION?

6    **A.**  YES.

7    **Q.**  WHAT DID THE BOARD DECIDE TO DO?

8    **A.**  WE DECIDED WE WOULD END THE MOU AND MOVE TO FILE

9    BANKRUPTCY.

10   **Q.**  OKAY.  WHY DID THE BOARD DECIDE TO END THE MOVEMENT MOU?

11   WHAT WOULD THAT ALLOW THE BOARD TO DO?

12   **A.**  WHAT WOULD THAT --

13   **Q.**  WHY DID THE BOARD DECIDE TO END THE MOU?

14   **A.**  WE COULD POTENTIALLY NEGOTIATE OR PURSUE OTHER SIMILAR

15   DEALS WITH OTHER PARTIES.  AND IF THAT STILL WASN'T AVAILABLE,

16   THEN WE COULD -- WE HAD PUT OFF FILING BANKRUPTCY BECAUSE OF

17   THIS DEAL.  WE PUT IT OFF FOR QUITE AWAYS, QUITE A LONG TIME.

18        SO WE MADE THE DETERMINATION THAT THIS DEAL WASN'T GOING

19   TO GO THROUGH, SO WE HAD TO PURSUE OTHER POSSIBILITIES.

20   **Q.**  YOU SAID THE BOARD MADE THE DETERMINATION THAT THIS DEAL

21   WASN'T GOING TO GO THROUGH.

22   **A.**  RIGHT.

23   **Q.**  WHAT DO YOU MEAN BY THAT?

24   **A.**  THERE WAS NO FINANCIAL PROOF GIVEN AT ALL.  THERE WAS NO

25   RESPONSE FROM THE PEOPLE THAT HE SAID WERE GOING TO BE ON HIS

1   TEAM.  AND WE JUST -- WE SAW NO EVIDENCE THAT ANYTHING WAS

2   GOING TO HAPPEN WITH THIS DEAL.

3   **Q.**  IF YOU COULD TURN WITH ME TO THE DOCUMENT WE MARKED TX62.

4          **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

5   YOUR HONOR.

6          **MS. ROBERTS:**  NO OBJECTION.

7          **THE COURT:**  62 IS ADMITTED.

8          (TRIAL EXHIBIT 62 RECEIVED IN EVIDENCE.)

9                (DISPLAYED ON SCREEN.)

10  **BY MR. PISTORINO:**

11  **Q.**  WHAT WE ARE SEEING IN TX62, THIS IS AN EMAIL FROM MR. KURT

12  RUTTUM.

13      WHO IS MR. KURT RUTTUM?

14  **A.**  HE WAS OUR ATTORNEY.

15  **Q.**  AND WHAT WAS HIS ROLE IN THIS... DISCUSSIONS WITH

16  MR. RASURE?

17  **A.**  WHAT WAS HIS ROLE?

18  **Q.**  WHAT WAS HE DOING?

19  **A.**  REPRESENTING TECHSHOP.

20  **Q.**  AND WAS THE BOARD SEEKING ADVICE FROM MR. RUTTUM ABOUT THE

21  PROPOSED TRANSACTION WITH MR. RASURE?

22  **A.**  YES.

23  **Q.**  OKAY.  AND IN THE EMAIL FROM MR. RUTTUM, AGAIN TO

24  MR. RASURE AND A NUMBER OF OTHERS, INCLUDING YOURSELF, HE

25  STARTS OFF SAYING THAT, "AS YOU KNOW, TECHSHOP, INC. HAS, IN

1    GOOD FAITH, ATTEMPTED OVER THE PAST SEVERAL WEEKS TO NEGOTIATE

2    A TRANSACTION WITH YOUR GROUP, TECHSHOP 2.0 LLC BASED ON THE

3    NONBINDING MEMORANDUM OF UNDERSTANDING EXECUTED ON

4    DECEMBER 1ST."

5         THEN HE GOES ON TO SAY, "TECHSHOP HAS TIMELY PROVIDED ALL

6    OF THE REQUESTED INFORMATION IT CAN LAWFULLY PROVIDE."

7         DO YOU SEE THAT?

8    **A.**  YES.

9    **Q.**  WAS THAT THE BOARD'S FEELING, THAT THE BOARD HAD DONE

10   EVERYTHING IT COULD TO MAKE THE TRANSACTION GO TO FRUITION?

11   **A.**  ABSOLUTELY.

12   **Q.**  AND THEN HE GOES ON TO SAY, "TECHSHOP 2.0, ON THE OTHER

13   HAND, HAS CONSISTENTLY FAILED TO PROVIDE THE INFORMATION OR

14   FUNDING NECESSARY TO PERMIT THIS TRANSACTION TO PROCEED."

15        DO YOU SEE THAT?

16   **A.**  YES.

17   **Q.**  WHAT KIND OF FUNDING OR INFORMATION HAD THE BOARD BEEN

18   SEEKING FROM TECHSHOP 2.0, MR. RASURE, THAT IT HAD NOT

19   RECEIVED?

20   **A.**  WE HAD NOT RECEIVED THE PROOF OF FINANCING, PROOF OF

21   FUNDING RESOURCES AND WE HADN'T RECEIVED CONFIRMATION THAT

22   THERE WAS ANYONE ELSE ON HIS TEAM BESIDES HIM.

23   **Q.**  AND HE GOES ON TO SAY, "THEREFORE, EFFECTIVE IMMEDIATELY,

24   TECHSHOP IS TERMINATING THE MEMORANDUM OF UNDERSTANDING AND

25   WILL BEGIN EXPLORING ITS OTHER OPTIONS."

1      DO YOU SEE THAT?

2    **A.**   CORRECT.  YES.

3    **Q.**   I THINK YOU MENTIONED IT EARLIER, WHAT OTHER OPTIONS DID

4    TECHSHOP HAVE IF THIS ARRANGEMENT WITH MR. RASURE WASN'T GOING

5    TO WORK?

6    **A.**   WE FELT SINCE WE WERE IN NEGOTIATIONS WITH MR. RASURE, IT

7    WOULDN'T HAVE BEEN RIGHT FOR US TO GO AND NEGOTIATE, OPEN UP

8    NEW TALKS WITH OTHER PARTIES WHILE THE DISCUSSIONS WITH

9    MR. RASURE WERE SOUGHT.

10      SO WE FELT SINCE NOTHING SEEMED TO BE HAPPENING WITH THAT

11   ULTIMATELY, WE NEEDED TO END THIS SO THAT WE COULD PURSUE

12   POSSIBLE OTHER ARRANGEMENTS TO KEEP THE COMPANY OPEN.

13   **Q.**   NOW, AFTER THIS EMAIL FROM MR. RUTTUM ON DECEMBER 12TH,

14   2017, DID THE BOARD CONTINUE TO HAVE ANY CONTACT WITH

15   MR. RASURE?

16   **A.**   YES.

17   **Q.**   DESCRIBE FOR THE JURY WHAT KIND OF CONTINUED CONTACT THE

18   BOARD HAD WITH MR. RASURE.

19   **A.**   JUST A CONTINUATION OF TRYING TO GET THE INFORMATION THAT

20   WE WERE LOOKING FOR.

21   **Q.**   WERE THERE CONTINUED NEGOTIATIONS WITH MR. RASURE?

22   **A.**   YES.

23   **Q.**   AND WHAT KIND OF NEGOTIATIONS CONTINUED TO HAPPEN AFTER

24   THIS DECEMBER 12TH EMAIL?

25   **A.**   IT WAS VERY MUCH ALONG THE SAME LINES, TRYING TO, YOU

1  KNOW, WE DIDN'T WANT TO GIVE UP ON THIS.  WE THOUGHT WE HAD --

2  STILL HAD HOPE EVEN THOUGH WE HAD TO END THE MOU SO WE COULD

3  PURSUE OTHER POSSIBLE DEALS.  WE STILL THOUGHT IF HE CAN COME

4  THROUGH WITH THE STUFF AND WE CAN ACTUALLY MAKE A DEAL, THEN

5  WE NEED TO TRY TO KEEP THAT ALIVE IF WE CAN.

6  **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT MARKED TX65.

7       **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

8  YOUR HONOR.

9       **MS. ROBERTS:**  NO OBJECTION.

10      **THE COURT:**  ADMITTED.

11      (TRIAL EXHIBIT 65 RECEIVED IN EVIDENCE.)

12      **THE WITNESS:**  I'M SORRY, YOU SAID 55?

13      **MR. PISTORINO:**  65, SIR.

14      **THE WITNESS:**  SORRY.

15           (DISPLAYED ON SCREEN.)

16      OKAY.

17  **BY MR. PISTORINO:**

18  **Q.**  OKAY.  AND THIS DOCUMENT, THIS IS AN EMAIL FROM MR. BUSCH

19  DATED DECEMBER 19TH, SO ABOUT A WEEK AFTER THE CANCELLATION OF

20  THE MOU, AND IT'S ENTITLED "MECHANISM FOR TRANSFERRING MEMBER

21  DATA".

22      DO YOU SEE THAT?

23  **A.**  YES.

24  **Q.**  DID MR. BUSCH EXPRESS ANY IDEAS HE HAD TO POTENTIALLY

25  ADDRESS MR. RASURE'S CONCERN ABOUT THE EMAIL LIST?

1  **A.**  YES.

2  **Q.**  WHAT DID -- WHAT WAS -- WHAT DID MR. BUSCH SAY?  WHAT WAS

3  HIS PLAN?

4  **A.**  I BELIEVE THIS WAS -- THERE WERE TWO DIFFERENT THINGS THAT

5  WE TALKED ABOUT.  ONE WAS LETTING OUR MEMBERS OPT INTO A NEW

6  LIST THAT MR. RASURE COULD CONTROL.

7  **Q.**  AND SO WAS THE BOARD STILL WILLING TO CONSIDER PROPOSALS

8  OR WORKING WITH MR. RASURE EVEN AFTER THE CANCELLATION OF THE

9  MOU?

10  **A.**  YES.

11  **Q.**  OKAY.

12     DID MR. RASURE CONTINUE TO MAKE ALTERNATIVE PROPOSALS FOR

13  A TRANSACTION WITH TECHSHOP?

14  **A.**  YES.

15  **Q.**  WERE THEY THE SAME ONE THAT WE SAW EARLIER WHERE HE WOULD

16  PURCHASE ALL OF THE ASSETS FOR $200,000 PLUS ASSUMING THE

17  $21 MILLION IN LIABILITIES?

18  **A.**  NO.

19  **Q.**  OKAY.

20     IF YOU CAN TURN WITH ME TO THE DOCUMENT WE HAVE MARKED

21  TX66.

22        **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

23  YOUR HONOR.

24        **MS. ROBERTS:**  NO OBJECTION.

25        **THE COURT:**  ADMITTED.

1              (TRIAL EXHIBIT 66 RECEIVED IN EVIDENCE.)

2                    (DISPLAYED ON SCREEN.)

3    **BY MR. PISTORINO:**

4    **Q.**  AND TX66, THIS IS AN EMAIL FROM MR. WOODS, NOW INTO

5    JANUARY OF 2018, TO MR. RASURE AND YOURSELF, CORRECT?

6    **A.**  YES.

7    **Q.**  AND HE SAYS, "WE'VE REVIEWED YOUR OUTLINE AS A TEAM AND

8    WANTED TO RESPOND AS QUICKLY AS POSSIBLE."

9        YOU SEE THAT?

10   **A.**  YES.

11   **Q.**  OKAY.  IN THIS TIME FRAME UP TO THIS EMAIL, HAD MR. RASURE

12   PROPOSED ALTERNATIVE WAYS OF POTENTIALLY DOING A TRANSACTION?

13   **A.**  YEAH -- YES.

14   **Q.**  AND THE BOARD WAS PREPARED TO CONSIDER THOSE; IS THAT

15   RIGHT?

16   **A.**  WE WERE, YES.

17   **Q.**  OKAY.  IF YOU CAN TURN TO THE DOCUMENT WE'VE MARKED TX78?

18          **THE CLERK:**  I'M SORRY?

19          **MR. PISTORINO:**  TX78.

20       WHICH WE WOULD MOVE TO HAVE ADMITTED, YOUR HONOR.

21          **THE COURT:**  ANY OBJECTION AS TO 78?

22          **MS. ROBERTS:**  NO OBJECTION.

23          **THE COURT:**  ADMITTED.

24           (TRIAL EXHIBIT 78 RECEIVED IN EVIDENCE.)

25                    (DISPLAYED ON SCREEN.)

1    **BY MR. PISTORINO:**

2    **Q.**  THIS IS ANOTHER EMAIL FROM MR. WOODS, NOW INTO THE FIRST

3    WEEK OF FEBRUARY 2018, TO MR. RASURE, AND THE SUBJECT IS THE

4    BOARD'S DECISION REGARDING YOUR PROPOSED RENTAL AGREEMENT.

5    **A.**  CORRECT.

6    **Q.**  TELL US WHAT WAS THIS ABOUT?  WHAT DID MR. RASURE PROPOSED

7    (SIC)?

8    **A.**  HE PROPOSED TO RENT THE EQUIPMENT AND I GUESS THE

9    FACILITIES FROM... FROM US SOMEHOW TO KEEP IT OPEN.  THE BOARD

10   DIDN'T THINK IT MADE A LOT OF SENSE.

11   **Q.**  SO WAS THIS A -- HOW DID THIS RELATE TO THE EARLIER

12   PROPOSED TRANSACTION WHERE WE WAS GOING TO BUY ALL THE ASSETS?

13   **A.**  IT WAS KIND OF THE BLUE.  IT WAS COMPLETELY A DIFFERENT

14   THING THAN WHAT WE HAD BEEN WORKING ALL THAT TIME TO DO.

15   **Q.**  AND THEN I SEE ABOUT THE, I GUESS IT'S THE THIRD PARAGRAPH

16   DOWN, MR. WOODS MENTIONS THAT TECHSHOP WAS GOING TO PROCEED

17   WITH THE CHAPTER 7 FILING; IS THAT RIGHT?

18   **A.**  CORRECT.

19   **Q.**  AND CHAPTER 7 IS ONE FORM OF SEEKING BANKRUPTCY

20   PROTECTION; IS THAT WHAT YOU UNDERSTOOD?

21   **A.**  YES.

22   **Q.**  OKAY.  SO SINCE THE DEAL WITH MR. RASURE HAD NOT FINALLY

23   COME TO COMPLETION, DID THE BOARD HAVE A VIEW ABOUT WHETHER OR

24   NOT MR. RASURE COULD USE THE TECHSHOP TRADEMARKS TO OPEN A

25   MAKERSPACE?

1    **A.**  YES.

2    **Q.**  WHAT WAS THE BOARD'S VIEW?

3    **A.**  WELL, IF WE DIDN'T COMPLETE THE TRANSACTION, THEN THERE

4    WOULD BE NO REASON THAT WE WOULD ALLOW HIM TO USE THE NAME OF

5    THE COMPANY.

6    **Q.**  HAD HE PUT UP THE $200,000 AND AGREED TO ACCEPT

7    $21 MILLION IN LIABILITY TO GAIN THAT ASSET?

8    **A.**  SAY AGAIN?  SORRY.

9    **Q.**  HAD HE PUT UP THE $200,000 --

10   **A.**  HAD HE?  NO.

11   **Q.**  HAD HE AGREED TO ACCEPT THE $21 MILLION OF LIABILITY OF

12   TECHSHOP IN ORDER TO GAIN THE RIGHT TO USE THE TECHSHOP

13   TRADEMARKS?

14   **A.**  NO.

15   **Q.**  I WANT TO ASK IT A LITTLE BIT DIFFERENTLY.

16       DID TECHSHOP EVER TELL MR. RASURE THAT HE HAD THE RIGHT TO

17   USE THE TECHSHOP TRADEMARKS TO OPEN A MAKERSPACE?

18   **A.**  NO.

19   **Q.**  DID YOU EVER HINT TO HIM THAT THAT WOULD BE OKAY?

20   **A.**  NO.

21   **Q.**  DID YOU HAVE ANY KNOWLEDGE THAT ANYBODY ON THE BOARD EVER

22   INDICATED TO MR. RASURE THAT HE COULD OPEN A MAKERSPACE USING

23   THE TECHSHOP TRADEMARKS?

24   **A.**  ABSOLUTELY NOT.

25   **Q.**  OKAY.

1          I WOULD LIKE TO MOVE TO THE DOCUMENT WE MARKED TX273,

2     PLEASE.

3               **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

4     YOUR HONOR.

5               **MS. ROBERTS:**  NO OBJECTION.

6               **THE COURT:**  ADMITTED.

7               (TRIAL EXHIBIT 273 RECEIVED IN EVIDENCE.)

8                    (DISPLAYED ON SCREEN.)

9     **BY MR. PISTORINO:**

10    **Q.**  WHAT WE ARE SEEING IN TX273, THIS IS A DOCUMENT DATED

11    FEBRUARY 9TH, 2018, SO JUST TWO DAYS AFTER THE FINAL REJECTION

12    BY TECHSHOP.  AND IT STATES, "TECHSHOP 2.0 TO OPEN IN SAN

13    FRANCISCO."

14         ARE YOU WITH ME THERE?

15    **A.**  YES.

16    **Q.**  IT STATES THAT THEY ARE GOING TO BE -- TECHSHOP 2.0 IS

17    GOING TO RE-OPENING THE FORMER SOMA TECHSHOP FACILITY ON

18    HOWARD STREET.

19         DO YOU SEE THAT?

20    **A.**  YES.

21    **Q.**  DID TECHSHOP HAVE A FACILITY ON HOWARD STREET?

22    **A.**  YES, WE DID.

23    **Q.**  OKAY.  OPERATING UNDER THE TECHSHOP BRAND?

24    **A.**  YES.

25    **Q.**  OFFERING THE DO-IT-YOURSELF FACILITIES?

1   **A.**   YES.  IT WAS A COMPLETE, A COMPLETE TECHSHOP.

2   **Q.**   OFFERING THE PROFESSIONAL NETWORKING EVENTS?

3   **A.**   YES.

4   **Q.**   DID YOU BECOME AWARE OF MR. RASURE'S ANNOUNCEMENT THAT HE

5   WAS GOING TO BE RE-OPENING TECHSHOP'S FORMER LOCATION ON

6   HOWARD STREET IN SAN FRANCISCO?

7   **A.**   YES.

8   **Q.**   WHAT WAS YOUR REACTION TO HEARING ABOUT THAT?

9   **A.**   I WAS VERY SURPRISED BECAUSE THERE HAD BEEN NO DISCUSSION

10  OF THIS AT ALL.

11  **Q.**   OKAY.

12  **A.**   AS FAR AS I KNEW, THE NEGOTIATIONS HAD COMPLETELY BROKEN

13  DOWN.

14  **Q.**   AND WHAT ABOUT THE FACT THAT MR. RASURE WAS GOING TO OPEN

15  TECHSHOP'S FORMER FACILITY USING THE NAME TECHSHOP 2.0; WHAT

16  DID YOU THINK ABOUT THAT?

17  **A.**   I WAS VERY SHOCKED ABOUT THAT, TOO, BECAUSE THAT WAS

18  SUPPOSED TO BE PART OF THE AGREEMENT THAT NEVER WENT THROUGH,

19  AND HERE WE HE WAS GOING TO USE THE NAME WITHOUT KEEPING HIS

20  SIDE OF THE BARGAIN UP.

21  **Q.**   WHEN TECHSHOP CLOSED ITS DOORS, THE DOORS OF ITS SAN

22  FRANCISCO LOCATION IN MID-NOVEMBER 2017, WHAT WAS IN THE

23  FACILITY?

24  **A.**   EVERYTHING WAS INTACT.  THE ENTIRE -- WE JUST CLOSED THE

25  DOORS AND LOCKED IT.

1      SO EVERYTHING THAT WE HAD BEEN OFFERING TO OUR MEMBERS,

2   ALL THE MACHINES, ALL THE HAND TOOLS, ALL THE FACILITIES, THE

3   MATERIALS, THE THINGS IN THE STORE.  WE HAD A STORE THAT WE

4   WOULD SELL MATERIALS AND SUPPLIES.  THE -- THERE WAS STILL

5   CUSTOMER PERSONAL EFFECTS IN THE LOCKERS.  AND ALL THE

6   COMPUTERS, ALL THE SERVERS, THE DATABASE WAS STILL THERE.

7      JUST -- IF WE HAD GOTTEN FUNDING, WE COULD HAVE GONE RIGHT

8   BACK IN AND TURNED THE LIGHTS BACK ON AND BEEN IN FULL

9   OPERATION AT THAT POINT.

10  **Q.**  YOU SEE IN THE EXHIBIT THAT WE'VE MARKED HERE HE,

11  MR. RASURE, TECHSHOP 2.0, INDICATED THEY ARE GOING TO BE

12  PROVIDING ACCESS TO MILLING MACHINES.

13     DID TECHSHOP HAVE MILLING MACHINES AT ITS SAN FRANCISCO

14  LOCATION?

15  **A.**  YES.

16  **Q.**  AND THEN HE SAYS THEY'RE GOING TO HAVE CNC ROUTERS.  WAS

17  THAT AT THE SAN FRANCISCO LOCATION?

18  **A.**  YES.

19  **Q.**  LASER CUTTERS?

20  **A.**  YES.

21  **Q.**  WELDERS?

22  **A.**  YES.

23  **Q.**  3D PRINTERS?

24  **A.**  YES.

25  **Q.**  IN FACT, ISN'T EVERYTHING THAT'S LISTED THERE JUST THE

NEWTON – DIRECT / PISTORINO

```
 1    TECHSHOP EQUIPMENT THAT WAS AT THE TECHSHOP STORE?
 2    A.  YES.
 3    Q.  AND AT LEAST YOU UNDERSTOOD THAT MR. RASURE WAS JUST GOING
 4    TO REOPEN IT USING THE NAME TECHSHOP 2.0?
 5    A.  APPARENTLY SO, YES.
 6    Q.  DID YOU HAVE A FEELING ABOUT WHETHER OR NOT MR. RASURE
 7    OPENING THE STORE USING THE NAME TECHSHOP 2.0, HOW DID YOU
 8    FEEL ABOUT -- THE BOARD HAVE A FEELING ABOUT THAT AS IT
 9    RELATED TO THE TECHSHOP TRADEMARKS?
10    A.  WE FELT IT WAS COMPLETELY UNACCEPTABLE FOR HIM TO BE DOING
11    THIS.
12    Q.  WHEN YOU SAY "UNACCEPTABLE", WHAT DO YOU MEAN BY THAT?
13    A.  WELL, WE HAD JUST SPENT, YOU KNOW, A LOT OF TIME
14    NEGOTIATING, TRYING TO TRANSFER THESE ASSETS TO HIM IN A
15    MANNER THAT WAS ACCEPTABLE TO BOTH SIDES.  AND THAT DIDN'T
16    WORK OUT, BUT HE DECIDED TO GO AHEAD AND TAKE ALL OF THE GOOD
17    PARTS ON HIS SIDE AND WALK AWAY, YOU KNOW, TAKE WHAT WE WERE
18    GOING TO GIVE HIM.
19    Q.  AT THE BOTTOM OF THIS EXHIBIT, IT SAYS IT'S COMING FROM, I
20    THINK IT SAYS MEGAN DREW WIESLANDER.
21        DO YOU SEE THAT?
22    A.  SAY AGAIN?
23        YES.
24    Q.  AT THE BOTTOM IT SAYS IT'S COMING FROM MEGAN DREW
25    WIESLANDER.
```

1          DO YOU HAVE AN UNDERSTANDING OF WHO MEGAN DREW WIESLANDER

2     IS?

3     **A.**   I'M ASSUMING IT WAS HIS PR CONTACT PERSON.

4     **Q.**   DID YOU EVER HEAR THAT MS. WIESLANDER WAS MR. RASURE'S

5     WIFE?

6     **A.**   I DID NOT KNOW THAT UNTIL JUST NOW ACTUALLY.

7     **Q.**   IF YOU CAN MOVE WITH ME TO THE DOCUMENT WE MARKED TX324?

8     **A.**   324?

9     **Q.**   YES.

10            **MR. PISTORINO:**  WHICH WE MOVE TO HAVE ADMITTED, YOUR

11    HONOR.

12            **MS. ROBERTS:**  NO OBJECTION.

13            **THE COURT:**  324 IS ADMITTED.

14            (TRIAL EXHIBIT 324 RECEIVED IN EVIDENCE.)

15                  (DISPLAYED ON SCREEN.)

16    **BY MR. PISTORINO:**

17    **Q.**   WHAT WE JUST MARKED AS TX324 APPEARS IT IS A FACEBOOK

18    POSTING FROM MR. RASURE, CORRECT?

19    **A.**   YES.

20    **Q.**   AND HE MENTIONS THAT TECHSHOP 2.0 WILL OPEN IN SAN

21    FRANCISCO ON FEBRUARY 19TH.

22         DO YOU SEE THAT?

23    **A.**   YES.

24    **Q.**   IN ADDITION TO YOURSELF, DID THE OTHER MEMBERS OF THE

25    BOARD BECOME AWARE OF MR. RASURE'S INTENTION TO REOPEN

```
 1   TECHSHOP'S FACILITY USING THE NAME TECHSHOP 2.0?

 2   A.  YES.

 3   Q.  WHAT WAS THE BOARD'S REACTION TO LEARNING OF THAT

 4   CERTAINLY NO LATER THAN FEBRUARY 12TH?

 5   A.  WE WERE PRETTY MAD ABOUT THE SITUATION.

 6   Q.  IF YOU CAN MOVE WITH ME TO THE DOCUMENT WE MARKED TX81.

 7   A.  SORRY, 81?

 8   Q.  TX81.

 9        MR. PISTORINO:  WHICH WE WOULD MOVE TO HAVE ADMITTED,

10   YOUR HONOR.

11        MS. ROBERTS:  NO OBJECTION.

12        THE COURT:  ADMITTED.

13        (TRIAL EXHIBIT 81 RECEIVED IN EVIDENCE.)

14             (DISPLAYED ON SCREEN.)

15   BY MR. PISTORINO:

16   Q.  THIS IS AN EMAIL FROM MR. WOODS THE NEXT DAY TO A NUMBER

17   OF FOLKS, INCLUDING DAN RASURE.

18        ARE YOU WITH ME SO FAR, SIR?

19   A.  YES.

20   Q.  THIS EMAIL IS DIRECTED TO BILL.

21        DO YOU SEE THAT?

22   A.  YES.

23   Q.  ACTUALLY, WILLIAM COUGHLIN.  WHO IS MR. COUGHLIN?

24   A.  MR. COUGHLIN IS THE -- WAS THE HEAD OF FORD MOTOR

25   COMPANY'S GLOBAL INNOVATIONS DIVISION.
```

1    **Q.**  HAD TECHSHOP BEEN HAVING SOME CONTACT WITH FORD MOTOR

2    COMPANY?

3    **A.**  YES.

4    **Q.**  WHAT SORT OF CONTACT HAD TECHSHOP HAD?

5    **A.**  THEY HAD ORIGINALLY HELPED US, AND THEY REACHED OUT TO US

6    AND HELPED US OPEN OUR DETROIT LOCATION.

7    **Q.**  AND I SEE DOWN IN THE EXHIBIT HERE, YOU SEE THERE'S A

8    PARAGRAPH WHERE IT SAYS, "FURTHER, THERE'S ABSOLUTELY NO

9    RELATIONSHIP BETWEEN MR. RASURE'S TECHSHOP 2.0 AND THE

10   TECHSHOP, INC. OR ITS LLC'S."

11        DO YOU SEE IS THAT?

12   **A.**  YES.

13   **Q.**  THEN HE GOES ON TO SAY, "MR. RASURE'S REPRESENTATIONS

14   ONLINE AND SOCIAL MEDIA ARE HIS OWN.  WE ARE AWARE THAT HE HAS

15   PROMISED TO OPEN A MAKERSPACE IN TECHSHOP SAN FRANCISCO'S

16   FORMER LOCATION BY NEXT MONDAY."

17        WITH ME?

18   **A.**  YES.

19   **Q.**  OKAY.  SO HAD IT BECOME WIDELY KNOWN NOW WITH THESE

20   ANNOUNCEMENTS THAT MR. RASURE WAS GOING TO OPEN TECHSHOP'S

21   FACILITY USING THE NAME TECHSHOP 2.0?

22   **A.**  YES.

23   **Q.**  IN LIGHT OF THE ANNOUNCEMENT BY MR. RASURE, WHAT STEPS DID

24   THE BOARD TAKE?

25   **A.**  WE ASKED HIM TO STOP USING THE TRADEMARK.

1   **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT THAT'S MARKED

2   TX29.

3           **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

4   YOUR HONOR.

5           **MS. ROBERTS:**  NO OBJECTION.

6           **THE COURT:**  THIS WAS 29?

7           **MR. PISTORINO:**  29.

8           **THE COURT:**  29 IS ADMITTED.

9           (TRIAL EXHIBIT 29 RECEIVED IN EVIDENCE.)

10              (DISPLAYED ON SCREEN.)

11  **BY MR. PISTORINO:**

12  **Q.**  WHAT WE ARE LOOKING AT HERE, THIS IS A LETTER THAT

13  TECHSHOP SENT THE NEXT DAY, FEBRUARY 14TH, JUST TWO DAYS OR SO

14  AFTER LEARNING OF THE -- MR. RASURE'S PLANS, AND SENT IT TO --

15  I SEE THE FIRST NAME LISTED IS MR. DAVE BYERS.

16      WHO IS MR. BYERS?

17  **A.**  MR. BYERS WAS THE LANDLORD/MANAGER FOR THE *SAN FRANCISCO*

18  *CHRONICLE* FOR ALL THE FACILITIES AND BUILDINGS THAT THE

19  *CHRONICLE* OWNED, INCLUDING THE BUILDING THAT TECHSHOP WAS

20  RENTING.

21  **Q.**  SO MR. BYERS WAS THE LANDLORD FOR TECHSHOP'S FACILITY IN

22  SAN FRANCISCO; IS THAT RIGHT?

23  **A.**  YES.

24  **Q.**  AND THE LETTER ALSO WENT TO MR. RASURE, CORRECT?

25  **A.**  YES.

1    **Q.** AND SO HERE, TECHSHOP INDICATED THAT THEY -- IT SAYS, "WE

2    NOTED THE PUBLIC ANNOUNCEMENT THAT MR. RASURE INTENDS TO OPEN

3    A SO-CALLED TECHSHOP 2.0 LOCATION IN THE FACILITY AT 926

4    HOWARD STREET, SAN FRANCISCO, IN WHICH TECHSHOP, SOMA, LLC" --

5    THAT'S TECHSHOP HERE, CORRECT?

6    **A.** YES.

7    **Q.** "OPERATED UNTIL CLOSING IN NOVEMBER 2017."

8        AND THEN HE WENT ON TO SAY THAT MR. RASURE HAS NO

9    AGREEMENTS OR CONTRACTUAL RELATIONSHIP WITH TECHSHOP, INC. OR

10   TECHSHOP SOMA AT THIS TIME, AND -- NOR TO THE BEST OF OUR

11   KNOWLEDGE WITH ANY OF THE SECURED CREDITORS OF THOSE ENTITIES.

12       DO YOU SEE THAT?

13   **A.** YES.

14   **Q.** SO WAS THERE ANY AGREEMENT IN FEBRUARY -- THROUGH

15   FEBRUARY 14TH THAT MR. RASURE COULD USE TECHSHOP TRADEMARKS TO

16   OPEN A MAKERSPACE FACILITY?

17   **A.** NO, NOT AT ALL.

18   **Q.** AND AT THE BOTTOM HERE, THE PARAGRAPH BEGINS TECHSHOP --

19   IT SAYS, "ALSO BE ADVISED THAT MR. RASURE HAS NO RIGHTS TO THE

20   POSSESSION OR USE OF THE ASSETS OF TECHSHOP, INC. OR TECHSHOP

21   SOMA, INCLUDING BUT NOT LIMITED TO," AND THEN IT SAYS

22   "TRADEMARKS AND INTELLECTUAL PROPERTY".

23       DO YOU SEE THAT?

24   **A.** YES.

25   **Q.** NOW, DID THAT REFLECT THE BOARD'S FEELING ABOUT

1    MR. RASURE'S ABILITY TO OPEN A MAKERSPACE USING THE TECHSHOP

2    TRADEMARKS?

3    **A.**  YES.

4    **Q.**  AND THEN, ACTUALLY, JUST THE PARAGRAPH BEFORE IT SAYS, "BE

5    ADVISED THAT TECHSHOP, INC. WILL BE FILING CHAPTER 7

6    BANKRUPTCY SHORTLY AND THE ASSETS IN THE BUILDING WILL COME

7    UNDER THE CONTROL OF THE TRUSTEE WHO WILL BE RESPONSIBLE FOR

8    LIQUIDATING THEM TO THE BENEFIT OF THE CREDITORS IN ACCORDANCE

9    WITH LAW."

10        DO YOU SEE THAT?

11   **A.**  YES.

12   **Q.**  DID THE TECHSHOP BOARD HAVE A FEELING ABOUT ITS DUTY TO

13   PROTECT THE ASSETS OF TECHSHOP?

14   **A.**  ABSOLUTELY.

15   **Q.**  WHAT WAS THE TECHSHOP BOARD'S FEELING?

16   **A.**  IT WAS THE BOARD'S RESPONSIBILITY TO MAKE SURE THAT ALL

17   THE ASSETS OF THE COMPANY WERE HANDED AS COMPLETELY AS

18   POSSIBLE TO THE TRUSTEE WHEN WE FILED FOR BANKRUPTCY.

19   **Q.**  AT THAT TIME THAT THIS LETTER WAS SENT ON FEBRUARY 14TH,

20   DID YOU HAVE A VIEW ABOUT WHETHER THERE WAS ANY WAY MR. RASURE

21   COULD HAVE BELIEVED HE HAD A RIGHT TO USE THE TECHSHOP

22   TRADEMARKS?

23   **A.**  NOT AT ALL.

24   **Q.**  DO YOU KNOW WHETHER OR NOT MR. RASURE ACTUALLY GOT THIS

25   NOTICE ON FEBRUARY 14TH THAT HE HAD NO RIGHT TO USE THE

```
 1    TECHSHOP TRADEMARKS?

 2              MS. ROBERTS:  OBJECTION, CALLS FOR SPECULATION.

 3              THE COURT:  SUSTAINED.

 4              MR. PISTORINO:  OKAY.

 5    BY MR. PISTORINO:

 6    Q.  IF I CAN, LET'S MOVE TO TX335.

 7              MR. PISTORINO:  WHICH I MOVE TO HAVE ADMITTED, YOUR

 8    HONOR.

 9              MS. ROBERTS:  NO OBJECTION.

10              THE COURT:  335 IS ADMITTED.

11              (TRIAL EXHIBIT 335 RECEIVED IN EVIDENCE.)

12                        (DISPLAYED ON SCREEN.)

13    BY MR. PISTORINO:

14    Q.  AND THIS DOCUMENT, THE BOTTOM PART, IS AN EMAIL FROM

15    MR. WOODS TO MR. RASURE.  SAYS, "RE NOTIFICATION REGARDING

16    ANNOUNCED OPENING OF TECHSHOP 2.0 AT 926 HOWARD STREET."

17         ARE YOU WITH ME THERE?

18    A.  YES.

19    Q.  THAT'S DATED THE SAME DAY AS THE LETTER WE SAW, CORRECT?

20    A.  YES.

21    Q.  AND THIS IS AN EMAIL TRANSMITTING THAT LETTER TO

22    MR. RASURE, CORRECT?

23    A.  CORRECT.

24    Q.  AND THEN AT THE TOP, MR. RASURE ACKNOWLEDGES HIS RECEIPT

25    AND HE SAYS, "THANK YOU".  CORRECT?
```

1    **A.**  YES.

2    **Q.**  SO AT THAT TIME DID THE BOARD HAVE A VIEW ABOUT WHETHER OR

3    NOT MR. RASURE HAD BEEN NOTIFIED BY TECHSHOP THAT HE HAD NO

4    RIGHT TO USE THE TECHSHOP NAME AND MARKS TO OPEN A MAKERSPACE?

5    **A.**  YES.

6    **Q.**  WHAT WAS THE BOARD'S VIEW WHETHER THEY HAD EXPLICITLY TOLD

7    MR. RASURE HE HAD NO RIGHT TO USE THE TECHSHOP TRADEMARKS?

8    **A.**  WE THOUGHT IT WAS VERY CLEAR.  WE HAD SENT THE

9    NOTIFICATION TO HIM, AND HE HAD ACKNOWLEDGED IT.

10   **Q.**  OTHER THAN THE ACKNOWLEDGMENT OF THE RECEIPT OF THE

11   BOARD'S NOTICE, WAS THERE ANY OTHER RESPONSE OR ACTIVITY FROM

12   MR. RASURE IN REGARD TO THE NOTICE?

13   **A.**  HE STARTED TO CHANGE THE LOGOS.

14   **Q.**  BEFORE THEN, I'M TRYING TO GO -- THAT WAS THE 14TH.  DID

15   TECHSHOP RECEIVE SOME OTHER RESPONSE FROM MR. RASURE ON THE

16   15TH?

17   **A.**  I BELIEVE SO, BUT I CAN'T RECALL EXACTLY WHAT IT WAS.

18   **Q.**  DID ANYTHING ELSE HAPPEN ON THE 15TH THAT CAUGHT THE

19   BOARD'S ATTENTION?

20   **A.**  I CAN'T RECALL WHAT IT WAS.

21   **Q.**  IF WE CAN MOVE THE DOCUMENT WE MARKED TX337.

22         **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED,

23   YOUR HONOR.

24         **MS. ROBERTS:**  NO OBJECTION.

25         **THE COURT:**  ADMITTED.

```
 1              (TRIAL EXHIBIT 337 RECEIVED IN EVIDENCE.)

 2                    (DISPLAYED ON SCREEN.)

 3    BY MR. PISTORINO:

 4    Q.  TX337 IS A PRINTOUT FROM AN ARTICLE THAT APPEARED IN THE

 5    SAN FRANCISCO CHRONICLE ON FEBRUARY 15TH, 2017; IS THAT RIGHT?

 6    A.  YES.

 7    Q.  OKAY.  AND THE TITLE IS TECHSHOP 2.0" ANNOUNCES --

 8    "OPENS", THAT IS, "MONDAY IN SAN FRANCISCO".

 9        RIGHT?

10    A.  CORRECT.

11    Q.  SO THE DAY BEFORE, ON THE FEBRUARY 14TH, WE JUST SAW THE

12    BOARD NOTIFIED MR. RASURE EXPLICITLY THEY HAD NO RIGHT TO OPEN

13    THE SPACE USING THE TECHSHOP 2.0 NAME, AND THE NEXT DAY THERE

14    WAS AN ARTICLE IN THE CHRONICLE ABOUT MR. RASURE DOING THAT,

15    CORRECT?

16    A.  YES.

17    Q.  I WANT TO DIRECT YOUR ATTENTION TO THE PICTURE THAT WE ARE

18    SEEING OF MR. -- WHO IS IN THE PICTURE?

19    A.  IT APPEARS TO BE MR. RASURE.

20    Q.  OKAY.  AND CAN YOU RECOGNIZE WHERE THE PICTURE IS TAKEN?

21    A.  YES.  THAT'S THE WOOD SHOP AT THE TECHSHOP SAN FRANCISCO

22    LOCATION.

23    Q.  AND WHAT IS ABOVE MR. RASURE'S HEAD IN THE PICTURE?

24    A.  THAT WAS A SIGN THAT WE HAD HANGING IN OUR WOOD SHOP THAT

25    HAD OUR LOGO AND WOODWORKS ON IT THAT WE HAD MADE FOR THE
```

```
1    SHOP.

2    Q.   AND THAT PICTURE WITH MR. RASURE UNDERNEATH THE TECHSHOP

3    SIGN INDICATING HE WAS OPENING TECHSHOP 2.0, THAT APPEARED IN

4    THE *SAN FRANCISCO CHRONICLE*?

5    A.   YES.

6    Q.   WHAT WAS THE BOARD'S REACTION TO SEEING AN ARTICLE IN THE

7    *SAN FRANCISCO CHRONICLE* ABOUT MR. RASURE OPENING TECHSHOP 2.0

8    AT HIS FORMER FACILITY AFTER IT NOTIFIED HIM THAT HE DIDN'T

9    HAVE THE RIGHT TO DO THAT?

10   A.   I THINK IT WAS JUST UTTER DISBELIEF AT THIS POINT.

11   Q.   DURING THAT TIME, IN ADDITION TO SEEING THESE VARIOUS

12   NOTICES, DID TECHSHOP LOOK AT ANY WEBSITES THAT WERE OPERATED

13   BY MR. RASURE REGARDING TECHSHOP 2.0?

14   A.   YES.

15   Q.   OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED

16   TX336.

17          MR. PISTORINO:  WHICH I MOVE TO HAVE ADMITTED, YOUR

18   HONOR.

19          MS. ROBERTS:  NO OBJECTION.

20          THE COURT:  ADMITTED.

21          (TRIAL EXHIBIT 336 RECEIVED IN EVIDENCE.)

22                  (DISPLAYED ON SCREEN.)

23   BY MR. PISTORINO:

24   Q.   IS THIS A COPY OF THE WEBSITE THAT MR. RASURE WAS

25   OPERATING?
```

1  **A.**  YES.

2  **Q.**  I HAVE TO ADMIT IT'S A TERRIBLE COPY.

3      AND I WANT TO DIRECT YOUR ATTENTION, THOUGH, TO THE TOP

4  PART WHERE IT SAYS "TECHSHOP 2.0".

5      ARE YOU WITH ME THERE?

6  **A.**  YES.

7  **Q.**  YOU SEE THE BLUE AND THE RED AND THE GEAR, THAT'S

8  TECHSHOP'S MARK, RIGHT?

9  **A.**  THAT'S OUR ACTUAL SAME -- IT APPEARS TO BE EXACTLY THE

10  SAME LOGO.

11  **Q.**  GOT THE GEAR WITH THE TEN POINTS YOU CREATED, CORRECT?

12  **A.**  YES.

13  **Q.**  AND THEN BELOW HE INDICATES, TECHSHOP 2.0 SAN FRANCISCO TO

14  OPEN FEBRUARY 19TH, CORRECT?

15  **A.**  CORRECT.

16  **Q.**  WAS THERE ANY -- WAS THERE ANY REACTION TO THESE

17  ANNOUNCEMENTS BY THE FORMER MEMBERS OF TECHSHOP?

18      DID ANYBODY SAY ANYTHING TO YOU ABOUT IT?

19  **A.**  MOST PEOPLE --

20          **MS. ROBERTS:**  OBJECTION, CALLS FOR HEARSAY.

21          **THE COURT:**  SUSTAINED.

22  **BY MR. PISTORINO:**

23  **Q.**  OKAY.  IN ADDITION TO APPEARING IN THE *SAN FRANCISCO*

24  *CHRONICLE*, WAS MR. RASURE'S ANNOUNCEMENT THAT HE WAS GOING TO

25  OPEN TECHSHOP 2.0 IN THE FORMER TECHSHOP FACILITY ANNOUNCED

1    ANYWHERE ELSE?

2    **A.**  I BELIEVE HE SENT AN EMAIL OUT.

3    **Q.**  IF YOU CAN TURN WITH ME TO THE DOCUMENT MARKED TX322.

4         **MR. PISTORINO:**  WHICH I MOVE TO HAVE ADMITTED, YOUR

5    HONOR.

6         **MS. ROBERTS:**  NO OBJECTION.

7         **THE COURT:**  ADMITTED.

8         (TRIAL EXHIBIT 322 RECEIVED IN EVIDENCE.)

9              (DISPLAYED ON SCREEN.)

10   **BY MR. PISTORINO:**

11   **Q.**  IS 322 A FACEBOOK POST, SORT OF REPEATING THE *SAN*

12   *FRANCISCO CHRONICLE* ARTICLE?

13   **A.**  SAY AGAIN PLEASE?

14   **Q.**  IS TX322 A FACEBOOK POST SORT OF -- AND INCLUDING THE

15   ARTICLE IN THE *SAN FRANCISCO CHRONICLE*?

16   **A.**  YES.

17   **Q.**  AT THIS TIME WERE THERE VARIOUS FACEBOOK GROUPS DIRECTED

18   TO TECHSHOP?

19   **A.**  YES.

20   **Q.**  WAS THIS ONE OF THE ONES THAT WAS SHARED ON THOSE GROUPS?

21   **A.**  I BELIEVE SO, YES.

22   **Q.**  IN LIGHT OF THE FACT THAT -- OF THESE ARTICLES APPEARING

23   THE DAY AFTER TECHSHOP'S NOTICE ON FEBRUARY 14TH, DID THE

24   BOARD COME TO ANY DECISIONS ABOUT WHAT TO DO NEXT?

25   **A.**  YES.

1   **Q.**  WHAT WERE THOSE DECISIONS?  WHAT DID THE BOARD DECIDE TO

2   DO?

3   **A.**  WE HAD TO BASICALLY, YOU KNOW, NOTIFY HIM AGAIN.

4   **Q.**  DID THE BOARD COME TO A DECISION ABOUT WHETHER OR NOT IT

5   NEEDED TO ENFORCE ITS TRADEMARK RIGHTS?

6   **A.**  YES.

7   **Q.**  OKAY.  IF YOU CAN TURN WITH ME TO THE DOCUMENT THAT'S

8   MARKED TX83.

9            **MR. PISTORINO:**  WHICH WE --

10           **THE WITNESS:**  83?

11           **MR. PISTORINO:**  83.  WHICH WE MOVE TO HAVE ADMITTED,

12   YOUR HONOR.

13           **MS. ROBERTS:**  NO OBJECTION.

14           **THE COURT:**  ADMITTED.

15        (TRIAL EXHIBIT 83 RECEIVED IN EVIDENCE.)

16            (DISPLAYED ON SCREEN.)

17   **BY MR. PISTORINO:**

18   **Q.**  AND TX83 -- WELL, LET ME ASK YOU, WHAT IS -- WHAT WAS

19   COMMUNICATED IN THIS LETTER SENT FEBRUARY 16TH?

20   **A.**  IT WAS A DEMAND FOR HIM TO STOP USING THE TRADEMARK.

21   **Q.**  IF WE WITH SEE ON THE SECOND PAGE OF THE EXHIBIT, IT'S A

22   LETTER THAT I WROTE TO THE MR. RASURE, CORRECT?

23   **A.**  YES.

24   **Q.**  ON BEHALF OF TECHSHOP, CORRECT?

25   **A.**  YES.

1   **Q.** OKAY.

2       GOING BACK TO THE FIRST PAGE, YOU CAN SEE WHERE THE LETTER

3   INDICATES THAT IT'S A DEMAND TO CEASE AND DESIST INFRINGEMENT,

4   CORRECT?

5   **A.** YES.

6   **Q.** DID THE BOARD HAVE A FEELING ABOUT WHETHER OR NOT

7   MR. RASURE WAS INFRINGING THE TECHSHOP TRADEMARKS AT THAT

8   TIME?

9   **A.** YES, WE DID.

10  **Q.** WHAT WAS THE FEELING?

11  **A.** WE FELT THAT HE WAS USING THE TRADEMARK WITHOUT

12  AUTHORIZATION BECAUSE WE HAD NOT COMPLETED THE TRANSACTION

13  THAT WOULD TRANSFER THE RIGHTS TO THAT.

14  **Q.** DID THE BOARD HAVE A FEELING ABOUT WHETHER OR NOT

15  CONSUMERS, MEMBERS OF THE PUBLIC, MIGHT BE CONFUSED ABOUT THE

16  RELATIONSHIP BETWEEN THE TECHSHOP 2.0 AND SAN FRANCISCO AND

17  TECHSHOP, INC.?

18  **A.** YES.

19  **Q.** WHAT WAS THE BOARD'S FEELING?

20  **A.** WE FELT THAT IT WOULD CREATE A LOT OF CONFUSION.  THAT WAS

21  BASED ON ME PERSONALLY HAVING PEOPLE COME UP TO ME AND ASK ME,

22  OH, SO YOU GUYS DID THE DEAL.  AWESOME.  AND THAT WASN'T THE

23  CASE.  THE DEAL HAD NOT GONE THROUGH.

24  **Q.** AND AT THAT TIME, ON FEBRUARY 16TH, THE BOARD HAD ALREADY

25  DECIDED TO FILE A LAWSUIT TO ENFORCE ITS TRADEMARK RIGHTS,

1   CORRECT?

2   **A.**  WE FELT THAT WE HAD THE OBLIGATION TO THE ESTATE OF THE

3   COMPANY TO DO THAT SINCE THAT WAS A VERY KEY ASSET.

4   **Q.**  OKAY.  AND THEN ATTACHED TO THE LETTER IS A COPY OF THE

5   COMPLAINT IN THIS CASE, CORRECT?

6   **A.**  YES.

7   **Q.**  SO IF WE CAN GO TO THE THIRD PAGE OF THE EXHIBIT.

8                   (DISPLAYED ON SCREEN.)

9       AND BEFORE WE GET ANYWHERE, I WANT TO ASK ONE THING ABOUT

10  ONE ASPECT OF IT.

11      WHEN THE BOARD DECIDED TO ENFORCE ITS TRADEMARK RIGHTS,

12  WHO WAS IT GOING TO SUE?

13  **A.**  TECHSHOP 2.0.

14  **Q.**  MR. RASURE?

15  **A.**  LLC BECAUSE THAT WAS THE NAME OF THE ENTITY.

16  **Q.**  OKAY.  SO TECHSHOP 2.0 LLC, CORRECT?

17  **A.**  YES.

18  **Q.**  I SEE ANOTHER ENTITY, TECHSHOP 2.0 SAN FRANCISCO.  IS THAT

19  ANOTHER ONE THE BOARD HAD LEARNED OF?

20  **A.**  YES.

21  **Q.**  WERE THOSE ENTITIES THE BOARD UNDERSTOOD WERE OPERATED BY

22  MR. RASURE?

23  **A.**  YES.

24  **Q.**  AND THEN ALSO SUING MR. RASURE, RIGHT?

25  **A.**  CORRECT.

1    **Q.**  IF WE CAN TURN TO PAGE 6 OF THE COMPLAINT IN THIS CASE,

2    UNDER THE FIRST CAUSE OF ACTION, PARAGRAPH 31.

3                    (DISPLAYED ON SCREEN.)

4        ARE YOU WITH ME WHERE IT SAYS, THE TECHSHOP WAS SUING THE

5    DEFENDANTS FOR THEIR UNAUTHORIZED USE OF THE TECHSHOP

6    TRADEMARKS AND CONFUSINGLY SIMILAR VARIATIONS THEREOF; IS THAT

7    RIGHT?

8    **A.**  YES.

9    **Q.**  NOW WE'VE SEEN... FOR EXAMPLE, WE SAW IN THE WEBSITE --

10   WEB PAGE -- GIVE ME A SECOND HERE.

11                   (PAUSE IN THE PROCEEDINGS.)

12       WERE THERE DIFFERENT VARIATIONS OF THE TECHSHOP TRADEMARKS

13   THAT MR. RASURE HAD BEEN USING?

14   **A.**  I THINK THE LOGO AND THE WORD.

15       I'M NOT SURE WHAT YOU MEAN.

16   **Q.**  WELL, IF YOU CAN GO BACK WITH ME, IF YOU COULD, TO

17   EXHIBIT 336.

18                   (DISPLAYED ON SCREEN.)

19       ARE YOU WITH ME THERE?

20   **A.**  YES.

21   **Q.**  WE TALKED A LITTLE BIT ABOUT THE TECHSHOP 2.0 IN THE UPPER

22   RIGHT?

23   **A.**  YES.

24   **Q.**  IS THAT KIND OF SIMILAR TO MAYBE I WILL SAY THE THIRD ITEM

25   ON OUR BOARD HERE (INDICATING)?

1  **A.**  IT CONTAINS OUR ENTIRE LOGO, YES.

2  **Q.**  THE VERSION THAT WE ARE SEEING HERE IN 336, IT'S NOT

3  EXACTLY THE SAME BECAUSE IT DOESN'T HAVE THAT OPENING SOON

4  PART, RIGHT?

5  **A.**  CORRECT.

6       **MS. ROBERTS:**  OBJECTION, THIS IS NOT IN EVIDENCE.

7       **THE COURT:**  IS THAT CORRECT?

8       **THE CLERK:**  336 --

9       **MS. ROBERTS:**  THE USE OF THE DEMONSTRATIVE, THE

10  DEMONSTRATIVE IS NOT IN EVIDENCE.

11       **THE COURT:**  WELL, OVERRULED.

12    WELL, WHY DON'T WE USE THE EXHIBIT.

13       **MR. PISTORINO:**  OKAY.

14  **BY MR. PISTORINO:**

15  **Q.**  I WAS REALLY JUST TRYING TO FIND OUT IS WE SEE ONE VERSION

16  IN 336 HERE, AND REALLY JUST WANTED TO FIND OUT, WERE THERE

17  OTHER VARIATIONS OF THE USE OF THE TECHSHOP MARKS OTHER THAN

18  THE ONES WE ARE SEEING JUST THE PARTICULAR ONE WE ARE SEEING

19  IN 336?

20  **A.**  YES.

21  **Q.**  THAT IS WHAT I WAS TRYING TO GO TO.

22    SO NOW COMING BACK TO THE COMPLAINT HERE, WHICH WAS TX83,

23  AND WE WERE AT PARAGRAPH 31 OF TX83, WAS THE BOARD SUING

24  MR. RASURE FOR JUST ALL OF THE VARIANCE OF THE TECHSHOP

25  TRADEMARKS THAT HE WAS USING?

1   **A.**  YES.

2   **Q.**  ANY CONFUSINGLY SIMILAR ONES; THAT'S WHAT THE BOARD WANTED

3   TO SUE ABOUT?

4   **A.**  CORRECT.

5   **Q.**  OKAY.

6      NOW AFTER THE... AFTER THE BOARD FILED THE LAWSUIT AND

7   SERVED A COPY ON MR. RASURE, WAS THERE ANY CHANGES BY

8   MR. RASURE TO HIS USE OF THE TECHSHOP TRADEMARKS?

9   **A.**  WE SAW THAT HE CHANGED THE LOGO.

10  **Q.**  OKAY.  IF YOU CAN PUT IN FRONT OF YOU WHAT WE MARKED

11  TX327.

12          **MR. PISTORINO:**  WHICH WE WOULD MOVE TO HAVE ADMITTED

13  YOUR HONOR.

14          **MS. ROBERTS:**  NO OBJECTION.

15          **THE COURT:**  ADMITTED.

16          (TRIAL EXHIBIT 327 RECEIVED IN EVIDENCE.)

17                  (DISPLAYED ON SCREEN.)

18  **BY MR. PISTORINO:**

19  **Q.**  AFTER TECHSHOP SERVED MR. RASURE WITH THE COMPLAINT IN

20  THIS CASE, THE LAWSUIT HAD BEEN STARTED, DID HE BEGIN USING

21  THE THESHOP.BUILD?

22  **A.**  YES.

23  **Q.**  WHAT WAS THE BOARD'S FEELING ABOUT WHETHER OR NOT

24  THESHOP.BUILD INFRINGED THE TECHSHOP TRADEMARKS?

25  **A.**  WE THOUGHT IT STILL SEEMED REALLY, REALLY CONFUSING

1    BECAUSE REALLY ALL HE REALLY DID WAS TAKE THE "C", THE LETTER

2    "C" OUT OF TECH AND MOVED THE LETTERS AROUND AND TRIMMED THE

3    CORNERS OFF THE GEAR.  IT WAS –– YOU GLANCE AT IT AND IT STILL

4    LOOKED LIKE OUR LOGO.

5    **Q.**  WHAT ABOUT THE COLORS THAT ARE BEING USED; DID THE BOARD

6    OR YOURSELF HAVE A FEELING ABOUT THAT?

7    **A.**  YEAH.  THE COLORS HAD BEEN KEPT EXACTLY AS THEY WERE IN

8    OUR LOGO.

9    **Q.**  AND WHAT ABOUT THE GEAR THAT HE USED FOR THE LETTER "O";

10   WHAT DID YOU THINK ABOUT THAT WHEN YOU SAW THAT?

11   **A.**  IT WAS STILL TEN–POINT GEAR, JUST LIKE OUR LOGO WAS, BUT

12   HE KIND OF NIPPED THE CORNERS OF THE GEAR TEETH OFF A LITTLE

13   BIT.

14   **Q.**  DID YOU EVER TELL MR. RASURE THE STORY YOU TOLD THE JURY

15   ABOUT WHAT EACH OF THE SPOKES ON THE GEAR WAS SUPPOSED TO

16   MEAN?

17   **A.**  NOT THAT I RECALL, NO.

18   **Q.**  OKAY.

19   **A.**  NOT VERY MANY PEOPLE KNEW ABOUT THAT.

20   **Q.**  DID YOU EVER GO AND LOOK AT THE FACEBOOK GROUP THAT

21   MR. RASURE WAS OPERATING?

22       DID YOU EVER SEE IT?

23   **A.**  I DID NOT PERSONALLY, NO.  I DON'T REALLY DO SOCIAL MEDIA.

24   **Q.**  OKAY.  IF WE CAN, I WOULD LIKE TO TURN YOU TO THE DOCUMENT

25   WE MARKED TX330.

1          **MR. PISTORINO:**  WHICH WE MOVE TO HAVE ADMITTED, YOUR

2     HONOR.

3          **MS. ROBERTS:**  NO OBJECTION.

4          **THE COURT:**  ADMITTED.

5          (TRIAL EXHIBIT 330 RECEIVED IN EVIDENCE.)

6                    (DISPLAYED ON SCREEN.)

7     BY MR. PISTORINO:

8     **Q.**  WHAT WE ARE SEEING IN TX330 IS A FACEBOOK GROUP CALLED

9     THESHOP.BUILD WHERE WE SEE AT THE TOP PART IT'S GOT SOME OF

10    THE SHOP PART WITH THE GEAR THING, AND REALLY WANTED TO ASK

11    YOU A QUESTION ABOUT THE POSTING HERE BY MR. HILLSBERG.

12         IT SAYS, "I REALLY LIKE YOU CHANGED THE NAME TO SOMETHING

13    ORIGINAL AND FRESH, BUT NOW YOU'RE USING A MODIFIED TS LOGO."

14         DO YOU SEE THAT?

15    **A.**  YES.

16    **Q.**  DID THE BOARD HAVE A DISCUSSION ABOUT MR. RASURE'S USE OF

17    THE MODIFIED TECHSHOP LOGO?

18    **A.**  YES.

19    **Q.**  WHAT WAS THE BOARD'S DISCUSSION?

20    **A.**  IT WAS EXACT SAME AS THIS.  I DON'T THINK WE WERE THE ONLY

21    ONES THAT FELT THIS WAY.  IT WAS A SLIGHT MODIFICATION OF OUR

22    LOGO JUST TO GET AROUND -- WE THOUGHT JUST TO GET AROUND THE

23    NOTIFICATION THAT WE HAD SENT.

24    **Q.**  DID THE BOARD FEEL IT WAS STILL A CONFUSINGLY SIMILAR

25    VARIATION OF THE TECHSHOP MARKS?

```
 1    A.  ABSOLUTELY.

 2    Q.  AND IF YOU CAN TURN WITH ME TO THE DOCUMENT WE MARKED

 3    TX228 (SIC).

 4            MR. PISTORINO:  WHICH WE WOULD MOVE TO HAVE ADMITTED,

 5    YOUR HONOR.

 6            THE WITNESS:  I'M SORRY, 228?

 7            MR. PISTORINO:  I'M SORRY, 288.

 8            THE COURT:  ANY OBJECTION TO 228 (SIC)?

 9            MR. PISTORINO:  I'M SORRY, 288.

10            THE COURT:  288.

11            MS. ROBERTS:  NO OBJECTION.

12            THE COURT:  ADMITTED.  288.

13              (TRIAL EXHIBIT 288 RECEIVED IN EVIDENCE.)

14    BY MR. PISTORINO:

15    Q.  WHAT WE ARE SEEING IN 288, THIS IS A COPY OF THE WEBSITE

16    OPERATED BY MR. RASURE.  AND YOU SEE AT THE TOP, WHAT'S THE

17    WEBSITE ADDRESS?

18    A.  IT'S TECHSHOP2.COM.

19    Q.  ON THE PAGE ITSELF --

20            MR. PISTORINO:  IS 288 ADMITTED?

21            THE COURT:  IT IS.

22            MR. PISTORINO:  THERE WE GO.

23                    (DISPLAYED ON SCREEN.)

24    BY MR. PISTORINO:

25    Q.  TECHSHOP2.COM?
```

1    **A.**  YES.

2    **Q.**  THEN BELOW IN THE BODY, HE INDICATES THE THESHOP.BUILD SAN

3    FRANCISCO TO OPEN ON FEBRUARY 19TH.

4        ARE YOU WITH ME THERE?

5    **A.**  YES.

6    **Q.**  THAT'S STILL... THAT'S STILL THE TECHSHOP FACILITY IN SAN

7    FRANCISCO, RIGHT?

8    **A.**  YES.

9    **Q.**  ACTUALLY ON THE NEXT PAGE OF THE EXHIBIT.

10                  (DISPLAYED ON SCREEN.)

11       I SEE THE -- DO YOU SEE A COPYRIGHT NOTICE THERE,

12   COPYRIGHT 2018 TECHSHOP 2.0?

13   **A.**  YES.

14   **Q.**  THE... THE TOOLS AND EQUIPMENT THAT ARE MENTIONED ON THE

15   FIRST PAGE OF THE EXHIBIT, WERE THOSE, AGAIN, THE AREA -- THE

16   AREA TECHSHOP HAD BEEN OPERATING -- THE BUSINESS AREA THAT

17   TECHSHOP HAD BEEN OPERATING IN?

18   **A.**  YES.

19   **Q.**  WERE TECHSHOP AND MR. RASURE TARGETING THE SAME CUSTOMER

20   GROUP?

21   **A.**  YES.

22   **Q.**  I WANT TO ASK A FEW QUESTIONS ABOUT WHAT TECHSHOP THOUGHT

23   WAS GOING TO HAPPEN WITH ITS TRADEMARKS.

24       WHEN TECHSHOP CLOSED THE DOORS TO ITS STORES IN

25   MID-NOVEMBER 2017, WHAT DID TECHSHOP THINK WAS GOING TO HAPPEN

1   TO THE TRADEMARKS?

2   **A.**  WE THOUGHT IT WOULD BE KEPT AS PART OF THE ASSETS THAT

3   WERE HANDED OVER TO THE BANKRUPTCY TRUSTEE.

4   **Q.**  EVEN AFTER TECHSHOP CLOSED THE DOORS IN NOVEMBER 2017,

5   WERE THE TRADEMARKS STILL BEING USED?

6   **A.**  NOT ACTIVELY BY THE COMPANY BECAUSE IT WAS CLOSED, BUT IT

7   WAS STILL ASSOCIATED WITH TECHSHOP, YES.

8   **Q.**  THE LICENSES TO THE FOREIGN FOLKS, THEY WERE STILL IN

9   OPERATION, CORRECT?

10  **A.**  YES.  CORRECT.

11  **Q.**  AND THEN WE SAW EARLIER ON FEBRUARY 16TH THAT TECHSHOP

12  FILED THIS LAWSUIT, CORRECT?

13  **A.**  CORRECT.

14  **Q.**  SO IT WAS TECHSHOP USING... USING THE MARKS FOR

15  ENFORCEMENT PURPOSES FOR THIS LAWSUIT?

16  **A.**  YES.

17  **Q.**  SO AT LEAST THROUGH THE FILING OF THE LAWSUIT, WAS

18  TECHSHOP STILL USING THE MARKS FOR THE INTERNATIONAL LICENSEES

19  AND ITS ENFORCEMENT EFFORTS IN THIS CASE?

20  **A.**  YES.

21  **Q.**  NOW COMING FORWARD INTO -- AFTER THE FILING THE LAWSUIT,

22  WHAT HAPPENED NEXT?  WHAT DID TECHSHOP DECIDE TO DO AFTER IT

23  FILED THE LAWSUIT IN THIS CASE?

24  **A.**  I BELIEVE THE NEXT STOP WAS THAT WE STARTED TO FILE

25  BANKRUPTCY.

NEWTON – DIRECT / PISTORINO

1  **Q.**  AND WE SAW EARLIER THE COMMUNICATIONS FROM MR. WOODS.  DID

2  TECHSHOP HAVE A BELIEF THAT THE TRUSTEE WOULD DO ANYTHING WITH

3  THE TECHSHOP TRADEMARKS?

4  **A.**  YES.

5  **Q.**  WHAT WAS THE BOARD'S BELIEF THAT WHAT WAS THE TRUSTEE

6  GOING TO DO?

7  **A.**  WE DIDN'T KNOW FOR SURE, BUT WE IMAGINED THE TRUSTEE WOULD

8  TRY TO SELL THE TRADEMARK.

9  **Q.**  OKAY.

10     UP UNTIL THE TIME OF THE FILING OF THE BANKRUPTCY, HAD THE

11  BOARD EVER FORMED AN INTENT TO JUST ABANDON THOSE TRADEMARKS,

12  JUST FORGET ABOUT THEM?

13  **A.**  NO.

14  **Q.**  WHY NOT?

15  **A.**  THAT WOULD BE COMPLETELY AGAINST OUR RESPONSIBILITIES AS A

16  BOARD.  JUST LIKE AS IF, YOU KNOW, WE DUMPED ALL THE MACHINERY

17  IN THE DUMP OR, YOU KNOW, GAVE THE MAILING LIST AWAY, OR

18  ANYTHING LIKE THAT.  WE HAD TO PRESERVE ALL THE ASSETS AND

19  HAND THEM AS COMPLETELY AS WE COULD TO THE TRUSTEE.

20  **Q.**  DID THE BOARD HAVE A KIND OF FEELING WHAT THE TOP TWO

21  ASSETS OF TECHSHOP WERE AT THE TIME OF FILING BANKRUPTCY?

22  **A.**  YES.

23  **Q.**  WHAT WAS THE BOARD'S FEELING WHAT THOSE TWO ASSETS WERE?

24  **A.**  THE BRAND AND THE MAILING LIST.

25  **Q.**  OKAY.  I WANT TO COME FORWARD HERE A LITTLE BIT.

1          YOU MENTIONED BEFORE THAT THE CUSTOMER NAMES WERE STORED

2      IN THE TECHSHOP CRM DATABASE, CORRECT?

3      **A.**  YES.

4      **Q.**  AND DID TECHSHOP HAVE ANY INTERNAL EMAIL ADDRESSES?

5      **A.**  YES.  WE HAD -- YES, WE DID.  WE HAD SPECIAL ADDRESSES

6      THAT WERE BASICALLY ALIASES FOR GROUPS.  SOME OF THEM WERE --

7      THEY WERE MOSTLY INTERNAL TO LIKE FACILITIES.  SO THAT WOULD

8      GO TO ALL THE PEOPLE THAT WERE IN CHARGE OF MAINTAINING THE

9      FACILITIES AT A PARTICULAR LOCATION.

10     **Q.**  AND WERE ANY OF THOSE TECHSHOP INTERNAL EMAIL ADDRESSES

11     STORED IN THE TECHSHOP CRM DATABASE?

12     **A.**  YES.

13     **Q.**  SO THEY WOULD HAVE JUST BEEN PART OF THE LIST OF --

14     POTENTIAL LIST OF TECHSHOP CUSTOMERS, CORRECT?

15     **A.**  YES.  THAT WAS SO THAT WE COULD SEND AN EMAIL BLAST WITH

16     OUR SAME EMAILING MECHANISM OUT TO THE SPECIAL ALIAS GROUPS SO

17     THOSE PEOPLE WOULD RECEIVE ANNOUNCEMENTS.  IT WAS JUST USED

18     FOR INTERNAL PURPOSES.

19     **Q.**  DID YOU EVER COMMUNICATE TO MR. -- DID YOU OR ANY MEMBER

20     OF THE BOARD TO YOUR KNOWLEDGE EVER COMMUNICATE TO MR. RASURE

21     THESE INTERNAL TECHSHOP EMAIL ADDRESSES?

22     **A.**  NO.

23     **Q.**  AFTER THE FILING OF THE BANKRUPTCY PETITION IN THIS CASE,

24     WHAT WAS YOUR CONTINUED ROLE WITH TECHSHOP AFTER THAT FILING?

25     **A.**  I WAS THE RESPONSIBLE PERSON FOR THE BANKRUPTCY

1    PROCEEDINGS.

2    **Q.**  BUT DID YOU HAVE A CONTINUED ROLE AS A MEMBER OF THE BOARD

3    OR IS THAT SOMETHING THAT WAS TAKEN OVER BY THE TRUSTEE?

4    **A.**  IT WAS TAKEN BY THE TRUSTEE.

5    **Q.**  BUT EVEN AFTER THE FILING OF THE BANKRUPT PETITION IN THIS

6    CASE, DID YOU CONTINUE TO HAVE THE ABILITY TO MONITOR ANY OF

7    THE TECHSHOP EMAIL ADDRESSES?

8    **A.**  YES.  WE WERE MAINTAINING AN ARCHIVE OF ANY EMAILS THAT

9    CAME INTO THE TECHSHOP DOMAIN NAME.  AND I WOULD HAVE TO GO IN

10   EVERY ONCE IN A WHILE, I WOULD GET AN ALERT THAT THE ACCOUNT

11   HAD FILLED UP MOSTLY WITH SPAM, AND SO I WOULD HAVE TO GO IN

12   EVERY SO OFTEN AND JUST KIND OF WEED OUT ALL OF THE SPAM

13   MESSAGES TO FREE UP THE SPACE.

14   **Q.**  AND --

15   **A.**  ARCHIVE MESSAGES THAT WOULD POTENTIALLY BE WANTED BY THE

16   TRUSTEE.

17   **Q.**  DID YOU CONTINUE TO DO THAT AFTER THE BANKRUPTCY PETITION

18   WAS FILED?

19   **A.**  YES.

20   **Q.**  WE HEARD SOMETIME, FIRST OR SECOND WEEK OF FEBRUARY 2018,

21   MR. RASURE WAS -- HAD ANNOUNCED HE WAS GOING TO OPEN THE

22   TECHSHOP FACILITY IN SAN FRANCISCO, CORRECT?

23   **A.**  YES.

24   **Q.**  AT LEAST TO YOUR KNOWLEDGE, DID HE, IN FACT, ULTIMATELY

25   OPEN THAT FACILITY ON FEBRUARY 19TH?

NEWTON – DIRECT / PISTORINO

1    **A.**  YES.

2    **Q.**  WERE THE COMPUTERS OF TECHSHOP THAT STORED THE CUSTOMER

3    RESOURCE LIST IN THE FACILITY AT –– IN SAN FRANCISCO?

4    **A.**  YES.

5    **Q.**  THAT MR. RASURE HAD ACCESS TO, CORRECT?

6    **A.**  CORRECT.

7    **Q.**  ABOUT A MONTH OR TWO AFTER MR. RASURE GOT ACCESS TO THE

8    FACILITY WITH THE COMPUTERS, THESE INTERNAL EMAIL ADDRESSES,

9    DID THEY GET ANY COMMUNICATIONS FROM MR. RASURE?

10   **A.**  YES.  I NOTICED THAT ONE –– AT LEAST ONE OF HIS EMAIL

11   BLASTS THAT HE WAS SENDING OUT, JUST NOTICES ABOUT PROGRESS ON

12   HIS NEW VERSION OF TECHSHOP, I NOTICED WHEN I WAS CLEANING THE

13   SPAM OUT, THERE WAS A WHOLE BUNCH, LIKE 50 EMAILS WITH THE

14   SAME EMAIL BLAST.

15       I THOUGHT THAT WAS KIND OF ODD, SO I LOOKED AT THE EMAIL

16   ADDRESSES THAT WERE IN THERE, AND MOST OF THEM WERE EITHER

17   EMPLOYEES THAT HADN'T BEEN IN TECHSHOP FOR YEARS AND YEARS AND

18   YEARS, MOSTLY SINGLE DIGIT FIRST NAME AT TECHSHOP.WS, WHICH IS

19   WHAT WE USED IN THE VERY BEGINNING, WE HAD A FIRST NAME DOT

20   LAST NAME NOMENCLATURE, BUT WHEN WE FIRST STARTED TECHSHOP

21   BEFORE WE KNEW WE WERE GOING TO GET, YOU KNOW, LARGER, WE JUST

22   WOULD USE THE FIRST NAME AND THE EMAIL OR THE DOMAIN NAME.

23   **Q.**  CAN I ASK, MR. NEWTON, DID YOU EVER COMMUNICATE TO

24   MR. RASURE THESE INTERNAL TECHSHOP EMAIL ADDRESSES?

25   **A.**  NO.

1    **Q.**  I WANT TO FOLLOW UP A LITTLE BIT ON YOU WERE THE FOUNDER

2    OF TECHSHOP, CORRECT?

3    **A.**  CORRECT.

4    **Q.**  AND WE SAW BY LATE 2017, TECHSHOP HAD TEN LOCATIONS IN THE

5    UNITED STATES AND 9,000 MEMBERS, RIGHT?

6    **A.**  YES.

7    **Q.**  AND WHAT WAS YOUR FEELING ABOUT THE SUCCESS OF TECHSHOP UP

8    TO THAT POINT?  WAS THAT SOMETHING YOU WERE PROUD OF?

9    **A.**  I WAS VERY, VERY PROUD OF IT.  I STILL AM.

10   **Q.**  DID YOU HAVE A FEELING -- WHAT WAS YOUR FEELING ABOUT

11   MR. RASURE'S USE OF THE TECHSHOP MARKS WITHOUT THE TECHSHOP'S

12   PERMISSION?  DID YOU THINK THAT WAS RIGHT?

13   **A.**  NO.

14   **Q.**  OKAY.

15   **A.**  I THOUGHT IT WAS COMPLETELY WRONG THAT WE WOULD, YOU KNOW,

16   ENTER INTO STARTING TO NEGOTIATE AND THEN THE NEGOTIATIONS

17   BREAK DOWN BUT HE TAKES ALL THE STUFF THAT HE WAS TRYING TO

18   GET ANYWAY.  IT'S NOT REALLY THE WAY YOU ARE SUPPOSED TO DO

19   STUFF IN MY OPINION.

20          **MR. PISTORINO:**  NOTHING FURTHER AT THIS TIME, YOUR

21   HONOR.

22          **THE COURT:**  ANY CROSS-EXAMINATION?

23             (EXHIBIT BINDERS HANDED TO WITNESS.

24          **MS. ROBERTS:**  THAT ONE, TOO.

25          **THE WITNESS:**  I'M SORRY, DID YOU SAY I WOULD NEED

1    BOTH?

2                **MS. ROBERTS:**  YES.

3                     **CROSS-EXAMINATION**

4    **BY MS. ROBERTS:**

5    **Q.**  GOOD MORNING, MR. NEWTON.

6    **A.**  IS IT STILL MORNING?  YES.  GOOD MORNING.

7    **Q.**  STILL MORNING.

8         CAN YOU TURN FIRST TO TX351, WHICH IS ALREADY ADMITTED.

9    IT'S, I THINK, IN BOTH BOOKS YOU HAVE IN FRONT OF YOU.

10   **A.**  THAT'S IN THE --

11   **Q.**  IT'S ACTUALLY IN BOTH OF THEM.  WHATEVER IS EASIER FOR

12   YOU.

13   **A.**  351?

14   **Q.**  YES.

15                     (DISPLAYED ON SCREEN.)

16        ARE YOU THERE?

17   **A.**  YES.

18   **Q.**  AND THIS IS ONE OF THE TRADEMARK REGISTRATIONS THAT YOU

19   TESTIFIED ABOUT EARLIER?

20   **A.**  YES.

21   **Q.**  IF YOU TURN TO THE PAGE THAT SAYS REG NUMBER 4247529?

22   **A.**  THAT WAS A LITTLE TOO FAST.  CAN YOU SAY IT AGAIN, PLEASE?

23   **Q.**  IT HAS THE REGISTRATION NUMBER ENDING IN 529.  IT'S THE

24   SECOND TO THE LAST PAGE.

25   **A.**  OKAY.

NEWTON – CROSS / ROBERTS

1    **Q.**  TOWARDS THE BOTTOM THERE DO YOU SEE WHERE IT SAYS, "THE

2    MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY

3    PARTICULAR FONT, STYLE, SIZE OR COLOR."

4         DO YOU SEE THAT?

5    **A.**  YES.

6    **Q.**  THAT'S REFERRING TO THE MARK THAT TECHSHOP RECEIVED?

7    **A.**  YES.

8    **Q.**  SO THE BLUE AND RED AMERICAN COLORS THAT YOU DECIDED, THAT

9    WASN'T COVERED BY THIS MARK, CORRECT?

10   **A.**  CORRECT.

11   **Q.**  SAME THING WITH THE GEAR?

12   **A.**  YES.

13   **Q.**  CAN YOU TURN NOW TO 352, WHICH IS ALREADY ADMITTED.

14                    (DISPLAYED ON SCREEN.)

15        THIS IS THE OTHER TRADEMARK REGISTRATION YOU TESTIFIED

16   ABOUT, CORRECT?

17   **A.**  YES.

18   **Q.**  IF YOU TURN TO THE SECOND PAGE.

19        YOU SEE THERE THAT THIS ONE ALSO SAYS, "THE MARK CONSISTS

20   OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT,

21   STYLE, SIZE, OR COLOR?

22   **A.**  YES.

23   **Q.**  NOW LET'S TALK A LITTLE BIT ABOUT THE CLOSER OF TECHSHOP.

24        SO TO CONFIRM, AFTER NOVEMBER 15TH, 2017, TECHSHOP WAS

25   CLOSED, CORRECT?

1    **A.**  CORRECT.

2    **Q.**  IT WAS NO LONGER OFFERING ANY SERVICES TO CONSUMERS, WAS

3    IT?

4    **A.**  CORRECT.

5    **Q.**  AND MR. RASURE HAD NOTHING TO DO WITH THAT CLOSURE,

6    CORRECT?

7    **A.**  THAT'S CORRECT.

8    **Q.**  AND FROM NOVEMBER 15TH, 2017 THROUGH FEBRUARY 16TH, 2018,

9    WHEN THIS CASE WAS FILED, TECHSHOP WAS NOT OFFERING ANY

10   SERVICES OR PRODUCTS TO ANYONE?

11   **A.**  CORRECT.

12   **Q.**  AND SINCE THE FILING OF THE LAWSUIT, TECHSHOP HAS NOT

13   OFFERED ANY PRODUCTS OR SERVICES TO ANYONE, CORRECT?

14   **A.**  CORRECT.

15   **Q.**  TECHSHOP FILED FOR BANKRUPTCY ON FEBRUARY 26TH, 2018?

16   **A.**  I BELIEVE SO.

17   **Q.**  AND THAT MEANS THAT TECHSHOP NO LONGER IS OPERATING IN THE

18   ORDINARY COURSE OF BUSINESS?

19   **A.**  YES.

20   **Q.**  AND TECHSHOP HAS NOT REOPENED ANY OF THE LOCATIONS THAT IT

21   HAD IN THE UNITED STATES, CORRECT?

22   **A.**  CORRECT.

23   **Q.**  I WOULD LIKE TO TAKE A LOOK AT SOME OF THE EXHIBITS THAT

24   TECHSHOP'S COUNSEL SHOWED YOU.

25        SO, FIRST, LET'S TAKE A LOOK AT 295, WHICH WAS ALREADY

```
 1    ADMITTED.
 2                     (DISPLAYED ON SCREEN.)
 3        AND THESE WILL BE IN THE BOOK THAT TECHSHOP'S COUNSEL GAVE
 4    YOU.
 5    A.  OKAY.  STAND BY.
 6        YOU SAID 295?
 7    Q.  295.
 8    A.  OKAY.
 9    Q.  AND THE DATE ON THIS MAGAZINE ISSUE IS SEPTEMBER 2008,
10    CORRECT?
11    A.  YES.
12    Q.  LET'S TAKE A LOOK NOW AT 296.
13                     (DISPLAYED ON SCREEN.)
14    A.  OKAY.
15    Q.  THE DATE ON THIS ISSUE IS JULY 2007, CORRECT?
16    A.  YES.
17    Q.  LET'S TAKE A LOOK AT 297.
18                     (DISPLAYED ON SCREEN.)
19    A.  OKAY.
20    Q.  DO YOU SEE THE DATE ON THIS ISSUE IS JULY 2010?
21    A.  JULY/AUGUST 2010, YES.
22    Q.  TAKE A LOOK AT TX298.
23                     (DISPLAYED ON SCREEN.)
24        AND THE DATE THERE IS MAY 2014, CORRECT?
25    A.  I'M SEEING AUGUST/SEPTEMBER 2014.
```

```
 1    Q.   OKAY.  2014.  SORRY.

 2         TURN NOW TO 299.

 3                        (DISPLAYED ON SCREEN.)

 4    A.   OKAY.

 5    Q.   THAT ONE HAS THE DATE APRIL 2014?

 6    A.   CORRECT.

 7    Q.   TURN TO TX300.

 8                        (DISPLAYED ON SCREEN.)

 9    A.   OKAY.

10    Q.   THAT DOCUMENT HAS THE DATE JUNE 2013?

11    A.   YES.  I COULDN'T SEE IT DOWN THERE.  YES, CORRECT.

12    Q.   TURN TO TX301.

13                        (DISPLAYED ON SCREEN.)

14    A.   OKAY.

15    Q.   THAT ONE HAS THE DATE 2010?

16    A.   YES.

17    Q.   TURN TO TX302.

18                        (DISPLAYED ON SCREEN.)

19    A.   OKAY.

20    Q.   AND THAT HAS A DATE FEBRUARY, 2010?

21    A.   I'M TRYING TO FIND IT.  WHERE IS THE DATE?

22    Q.   I BELIEVE IT IS RIGHT UNDERNEATH THE BAR CODE.

23    A.   OH, YES.  FEBRUARY OF 2010.  SORRY.

24    Q.   AND TURN TO TX303.

25                        (DISPLAYED ON SCREEN.)
```

1    **A.**  OKAY.

2    **Q.**  AND THE DATE ON THAT IS NOVEMBER, I THINK 2007.

3    **A.**  2009.

4    **Q.**  2009.  I CAN'T READ MY OWN WRITING.

5        OKAY.  SO ALL OF THOSE ARTICLES YOU TESTIFIED ABOUT, YOU

6    WERE DESCRIBING, THE INTERVIEWS ABOUT TECHSHOP AND ALL YOUR

7    PHOTO SHOOTS, THOSE ALL HAPPENED BEFORE TECHSHOP CLOSED ITS

8    DOORS, CORRECT?

9    **A.**  CORRECT.

10   **Q.**  YOU ALSO DURING YOUR TESTIMONY TALKED A LOT ABOUT THE

11   ADVERTISEMENTS THAT TECHSHOP USED.  SO WE'LL LOOK, FOR

12   EXAMPLE, AT TX349.

13                      (DISPLAYED ON SCREEN.)

14   **A.**  OKAY.

15   **Q.**  WHICH IS ALREADY ADMITTED.

16       THERE'S NO DATE ON THIS ADVERTISEMENT, CORRECT?

17   **A.**  DOES NOT APPEAR THAT THERE IS.

18   **Q.**  BUT IT PREDATES THE CLOSER OF TECHSHOP IN NOVEMBER OF

19   2017, CORRECT.

20   **A.**  YES.

21   **Q.**  THAT IS TRUE OF ALL THE ADVERTISEMENTS YOU LOOKED AT

22   TODAY, CORRECT?

23   **A.**  YES.

24   **Q.**  AND THE SAME THING WITH THE CLASSES, ALL THE DIFFERENT

25   CLASSES THAT YOU TESTIFIED THAT TECHSHOP OFFERED, THAT WAS ALL

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1    BEFORE NOVEMBER 15TH, 2017, CORRECT?

2    **A.**  YES.

3    **Q.**  THE SAME IS TRUE OF PRESIDENT OBAMA'S VISIT, THAT HAPPENED

4    BEFORE THE CLOSER?

5    **A.**  YES.

6    **Q.**  YOU ALSO TESTIFIED ABOUT TECHSHOP'S LICENSING PRACTICES.

7         SO JUST TO BE CLEAR, TECHSHOP NEVER LICENSED ITS TECHSHOP

8    SERVICE MARKS TO ANYONE IN THE UNITED STATES, CORRECT?

9    **A.**  I DON'T BELIEVE SO.

10   **Q.**  SO YOU TESTIFIED THAT TECHSHOP WAS OFFERING LICENSES BUT

11   NO ONE ACTUALLY TOOK A LICENSE, CORRECT?

12   **A.**  CORRECT.

13   **Q.**  AND INCLUDING BOTH FOREIGN LICENSEES, NOBODY HAS ACTUALLY

14   TAKEN A LICENSE TO TECHSHOP'S SERVICE MARKS AFTER

15   NOVEMBER 15TH, 2017, CORRECT?

16   **A.**  I BELIEVE THAT'S CORRECT.

17   **Q.**  ALL RIGHT.  NOW LET'S TALK ABOUT YOUR NEGOTIATIONS WITH

18   MR. RASURE ON BEHALF OF TECHSHOP.

19        SO AS WE HAVE HEARD, YOU WERE INVOLVED IN THOSE

20   NEGOTIATIONS, CORRECT?

21   **A.**  YES.

22   **Q.**  WE LOOKED AT A LOT OF EMAILS THAT YOU WERE ON.

23        IF YOU COULD TURN TO TX602.

24             **MS. ROBERTS:**  YOUR HONOR, WE OFFER TO ADMIT 602.

25             **MR. PISTORINO:**  NO OBJECTION, YOUR HONOR.

1         **THE COURT:**  602 IS ADMITTED.

2              (TRIAL EXHIBIT 602 RECEIVED IN EVIDENCE.)

3                   (DISPLAYED ON SCREEN.)

4    **BY MS. ROBERTS:**

5    **Q.**  THIS IS AN EMAIL FROM ELIZABETH BOBEK TO MR. WOODS,

6    MR. RASURE, MR. BUSCH, MR. DOHERTY, AND YOURSELF.

7    **A.**  EXCUSE ME.  THE INK IS SMEARING ON THESE TABS.  THEY ARE

8    ALL WET.  SO I'M NOT SURE IF I AM ON THE RIGHT PAGE OR NOT.

9         THEY ARE ALL TOTALLY WET INK.

10   **Q.**  CAN YOU SEE IT ON YOUR SCREEN THERE IN FRONT OF YOU?

11   **A.**  YES, I CAN.

12        I WOULD LIKE TO LOOK AT THE ACTUAL DOCUMENT.  I AM NOT

13   SURE.  WHAT TAB IS 602 AFTER?

14   **Q.**  IT PRECEDES 610.

15   **A.**  WHAT'S BEFORE THAT?  THAT ONE IS SMUDGED, TOO.

16   **Q.**  598.

17   **A.**  598 IS BEFORE THAT?

18   **Q.**  YES.

19   **A.**  SORRY.  I AM ASSUMING THAT -- OKAY.  I AM ASSUMING I'M ON

20   THE RIGHT ONE.

21   **Q.**  IT'S IN FRONT OF YOU ON YOUR SCREEN?

22   **A.**  YES.

23   **Q.**  SO THIS IS AN EMAIL DATED NOVEMBER 30TH, 2017 FROM

24   ELIZABETH BOBEK TO YOURSELF, MR. RASURE, MR. WOODS, MR. BUSCH,

25   AND SEAN DOHERTY, CORRECT?

1           AND THE SUBJECT LINE IS "PLEASE CONFIRM THIS IS FINAL

2     MOU".

3     A.   THAT'S CORRECT.

4     Q.   AND THERE'S AN ATTACHMENT TO THIS DOCUMENT, CORRECT?

5     A.   YES.

6     Q.   THE ATTACHMENT IS "SUMMARY OF PRINCIPAL TRANSACTION

7     TERMS"?

8     A.   IT JUST SAYS "TECHSHOP MOU SUMMARY".  DOESN'T SAY ANYTHING

9     ABOUT TRANSACTION TERMS.

10    Q.   IF YOU TURN TO THE SECOND PAGE, THE HEADING?

11    A.   OKAY.

12    Q.   THE HEADING THERE, "SUMMARY OF PRINCIPAL TRANSACTION

13    TERMS"?

14    A.   CORRECT.

15    Q.   THIS IS A DRAFT OF THE MOU THAT WE'VE LOOKED AT ALREADY

16    TODAY, CORRECT?

17    A.   RIGHT.

18    Q.   IN THIS DOCUMENT, THIS DRAFT MOU, MR. RASURE'S COMPANY IS

19    REFERRED TO AS TECHSHOP 2.0?

20    A.   YES.

21    Q.   IF YOU COULD TURN TO TX48, WHICH IS IN THE FIRST BINDER

22    THAT YOU RECEIVED.  AND IS ALREADY ADMITTED.

23    A.   SORRY, 48?

24    Q.   48.

25                      (DISPLAYED ON SCREEN.)

1     **A.**  OKAY.

2     **Q.**  THIS IS THE FINAL SIGNED MOU?

3     **A.**  YES.

4     **Q.**  AND DO YOU SEE IN THE FIRST SENTENCE IT SAYS, "TECHSHOP,

5     INC. IS WILLING TO SELL ALL OF ITS ASSETS TO A THIRD-PARTY

6     BUYER TECHSHOP 2.0 LLC, TECHSHOP 2.0 ON THE FOLLOWING TERMS BY

7     DECEMBER 21ST, 2017"?

8     **A.**  CORRECT.

9          **MS. ROBERTS:**  YOUR HONOR, IF I MAY.  I'M INFORMED

10    THAT THE NEXT WITNESS HAS COME IN.  OUR PREFERENCE WOULD BE

11    FOR THE FACT WITNESSES TO BE SEQUESTERED.

12         **THE COURT:**  THAT SHOULD BE THE CASE.

13    WHY DON'T YOU TAKE CARE OF THAT, MR. PISTORINO.

14    **BY MS. ROBERTS:**

15    **Q.**  STILL REFERRING TO THE EXHIBIT IN FRONT OF YOU, IF YOU

16    TURN TO THE LAST PAGE OF IT.  IT IS SIGNED BY DANIEL WOODS,

17    CEO OF TECHSHOP, CORRECT?

18    **A.**  CORRECT.

19    **Q.**  DATED DECEMBER 1ST, 2017?

20    **A.**  YES.

21    **Q.**  AND SO THE FINAL MEMORANDUM OF UNDERSTANDING THAT WAS

22    SIGNED BY TECHSHOP CEO REFERRED TO MR. RASURE'S COMPANY AS

23    TECHSHOP 2.0, CORRECT?

24    **A.**  YES.

25    **Q.**  AND YOU TESTIFIED TECHSHOP PUBLICLY ANNOUNCED THE

1   MEMORANDUM OF UNDERSTANDING?

2   **A.**  YES, WE DID.

3   **Q.**  IN THOSE ANNOUNCEMENTS, MR. RASURE'S COMPANY WAS CALLED

4   TECHSHOP 2.0?

5   **A.**  CORRECT.

6   **Q.**  AND YOU HAD THE OPPORTUNITY TO REVIEW AT LEAST SOME OF

7   THOSE PUBLIC ANNOUNCEMENTS BEFORE THEY WENT OUT, CORRECT?

8   **A.**  YES.

9   **Q.**  IF YOU COULD TURN TO TX597.

10          **MR. PISTORINO:**  NO OBJECTION, YOUR HONOR.

11          **MS. ROBERTS:**  MOVE TO ADMIT.

12          **THE COURT:**  597 IS ADMITTED.

13          (TRIAL EXHIBIT 597 RECEIVED IN EVIDENCE.)

14              (DISPLAYED ON SCREEN.)

15          **THE WITNESS:**  OKAY.

16  **BY MS. ROBERTS:**

17  **Q.**  ARE YOU THERE?

18  **A.**  YEAH.

19  **Q.**  THIS IS AN EMAIL DATED NOVEMBER 29TH, 2017, FROM DANIEL

20  WOODS TO YOU, LOUISE LARSON, DOUG BUSCH, DAN RASURE, ELIZABETH

21  BAUER, AND SEAN DOHERTY, CORRECT?

22  **A.**  CORRECT.

23  **Q.**  AND THERE'S AN ATTACHMENT WITH THE TITLE "RE-OPENING

24  MESSAGING GENL"?

25  **A.**  YES.

1    **Q.**  AND MR. WOODS SAYS, "COMMENTS/EDITS WELCOME", CORRECT?

2    **A.**  YES.

3    **Q.**  YOU UNDERSTAND THAT HE WAS ACCEPTING COMMENTS OR EDITS TO

4    THE ATTACHMENT HE WAS PROVIDING TO YOU?

5    **A.**  YES.

6    **Q.**  IF YOU TURN TO THE NEXT PAGE, PAGE 2 OF THIS EXHIBIT, THIS

7    IS A DRAFT OF THE MESSAGE FROM DAN WOODS?

8    **A.**  YES.

9    **Q.**  DO YOU SEE AT THE VERY BEGINNING OF THIS DRAFT MESSAGE

10   FROM MR. WOODS, THE CEO OF TECHSHOP, HE SAYS:  "I AM EXTREMELY

11   PLEASED TO ANNOUNCE THAT TECHSHOP HAS REACHED AN AGREEMENT

12   WITH A THIRD PARTY TO ACQUIRE ALL OF THE COMPANY'S ASSETS AND

13   SECURE DEBT WITH PLANS TO REOPEN AS MANY STORES AS POSSIBLE

14   UNDER THE NAME TECHSHOP 2.0."

15       DO YOU SEE THAT?

16   **A.**  YES.

17   **Q.**  AND IN THIS DRAFT ANNOUNCEMENT THAT WAS SHARED WITH YOU,

18   MR. WOODS REFERRED TO THE NAME OF MR. RASURE'S COMPANY AS

19   TECHSHOP 2.0?

20   **A.**  CORRECT.

21   **Q.**  COULD YOU TURN NOW TO TX921?

22       **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

23   EXHIBIT.

24       **MR. PISTORINO:**  NO OBJECTION.

25       **THE COURT:**  921?

1              **MS. ROBERTS:**  YES.

2              **THE COURT:**  IS ADMITTED.

3              (TRIAL EXHIBIT 921 RECEIVED IN EVIDENCE.)

4                     (DISPLAYED ON SCREEN.)

5     **BY MS. ROBERTS:**

6     **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED NOVEMBER 30TH,

7     2017, CORRECT?

8     **A.**  YES.

9     **Q.**  AND YOU'RE CC'D ON THIS EMAIL?

10    **A.**  YES, I AM.

11    **Q.**  IF YOU TURN TO THE END, THE EARLIEST EMAIL IN TIME, IT'S

12    AT THE BOTTOM OF PAGE 2.

13    **A.**  OKAY.

14    **Q.**  THAT'S THE EMAIL FROM MR. WOODS THAT WE WERE JUST LOOKING

15    AT WHERE HE WAS WELCOMING COMMENTS, CORRECT?

16    **A.**  YES.

17    **Q.**  IF YOU LOOK JUST ABOVE THAT, THERE'S AN EMAIL FROM DOUG

18    BUSCH ON NOVEMBER 29TH, 2017, CORRECT?

19    **A.**  YES.

20    **Q.**  AND YOU TESTIFIED EARLIER DOUG BUSCH WAS ONE OF THE

21    INVESTORS IN TECHSHOP AND ON THE BOARD OF DIRECTORS?

22    **A.**  YES.

23    **Q.**  AND IN MR. BUSCH'S RESPONSE TO MR. WOODS' EMAIL, WHICH YOU

24    ARE CC'D ON, HE ASKED MR. RASURE, "HAVE YOU SETTLED FIRMLY ON

25    TECHSHOP 2.0 AS THE NAME YOU WILL REOPEN UNDER", CORRECT?

1    **A.** YES.

2    **Q.** AND MR. BUSCH WRITES AT THE END OF THAT SECOND PARAGRAPH

3    OF THE EMAIL, "TOTALLY YOUR CALL.  I'M JUST ASKING", CORRECT?

4    **A.** YES.

5    **Q.** IN THIS EMAIL MR. BUSCH DID NOT SAY HE OBJECTED TO

6    MR. RASURE'S USE OF THE NAME TECHSHOP 2.0, CORRECT?

7    **A.** CORRECT.  AT THIS POINT IT WAS JUST IN THE MOU.

8    **Q.** HE DIDN'T OBJECT TO THE NAME, CORRECT?

9    **A.** CORRECT.

10   **Q.** AND THEN IF YOU LOOK TO THE EMAIL JUST AFTER THAT, JUST

11   ABOVE, THAT'S AN EMAIL FROM MR. WOODS, CORRECT?

12   **A.** YES.

13   **Q.** AND MR. WOODS WRITES:  "IT SURE WAS EASIER TO WRITE WITH A

14   BRAND NAME, BUT, YES, THIS IS DAN'S CALL", CORRECT?

15   **A.** CORRECT.

16   **Q.** AND IN THIS CASE WE HAVE TWO DAN'S HERE, BUT HE'S

17   REFERRING TO DAN RASURE, CORRECT?

18   **A.** YES.

19   **Q.** IS DAN RASURE'S CALL.

20       NOW TECHSHOP INTRODUCED MR. RASURE'S COMPANY TO EMPLOYEES

21   AS TECHSHOP 2.0, CORRECT?

22   **A.** YES.

23   **Q.** CAN YOU TURN, PLEASE, TO TX596?

24       **MR. PISTORINO:**  NO OBJECTION.

25       **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT.

1          **THE COURT:**  WHY DON'T WE WAIT UNTIL IT GETS OFFERED

2     AND THEN LET ME KNOW IF THERE'S AN OBJECTION.

3          SO 596 IS ADMITTED.

4              (TRIAL EXHIBIT 596 RECEIVED IN EVIDENCE.)

5                   (DISPLAYED ON SCREEN.)

6     **BY MS. ROBERTS:**

7     **Q.**  THIS IS AN EMAIL DANIEL WOODS DATED NOVEMBER 29TH, 2017.

8     **A.**  HANG ON.

9     **Q.**  SORRY, ARE YOU THERE?

10    **A.**  NO.  MORE SMUDGING.

11         OKAY.  REPEAT YOUR QUESTION, PLEASE?

12    **Q.**  THIS IS AN EMAIL FROM DANIEL WOODS DATED NOVEMBER 29TH,

13    2017?

14    **A.**  YES.

15    **Q.**  AND IT'S TO E.LOUISELARSON@GMAIL.COM.  LOUISE LARSON, DAN

16    RASURE, AND YOU'RE CC'D?

17    **A.**  YES.

18    **Q.**  MS. LARSON WAS TECHSHOP'S DIRECTOR OF MARKETING, CORRECT?

19    **A.**  YES.

20    **Q.**  AND IN THIS EMAIL MR. WOODS INTRODUCED MR. RASURE TO

21    MS. LARSON AS QUOTE "THE LEAD INSTIGATOR OF TECHSHOP 2.0",

22    CORRECT?

23    **A.**  CORRECT.

24    **Q.**  CAN YOU TURN NOW TO TX598?

25          **MS. ROBERTS:**  WE MOVE TO ADMIT THIS DOCUMENT.

1          **MR. PISTORINO:**  NO OBJECTION.

2          **THE COURT:**  ADMITTED.

3              (TRIAL EXHIBIT 598 RECEIVED IN EVIDENCE.)

4                  (DISPLAYED ON SCREEN.)

5     **BY MS. ROBERTS:**

6     **Q.**  THIS IS AN EMAIL FROM LOUISE LARSON DATED NOVEMBER 30TH,

7     2017 TO DANIEL WOODS, AND YOU'RE CC'D, CORRECT?

8     **A.**  CORRECT.

9     **Q.**  MR. RASURE IS ALSO CC'D?

10    **A.**  YES.

11    **Q.**  AND MS. LARSON RESPONDED TO MR. WOODS' EARLIER EMAIL

12    SAYING, "TECHSHOP 2.0 IS AN EXCITING REVISION OF THIS

13    COMMUNITY MAKERSPACE."  CORRECT?

14    **A.**  CORRECT.

15    **Q.**  SO MS. LARSON WAS REFERRING TO MR. RASURE'S COMPANY AS

16    TECHSHOP 2.0?

17    **A.**  CORRECT.

18    **Q.**  TURN NOW TO TX897.

19              **THE CLERK:**  I'M SORRY?

20              **THE WITNESS:**  SORRY, SAY AGAIN?

21              **MS. ROBERTS:**  TX897.

22              **THE WITNESS:**  897?

23              **MS. ROBERTS:**  WE MOVE TO ADMIT THIS EXHIBIT.

24              **MR. PISTORINO:**  NO OBJECTION.

25              **THE COURT:**  ADMITTED.

```
 1              (TRIAL EXHIBIT 897 RECEIVED IN EVIDENCE.)

 2                     (DISPLAYED ON SCREEN.)

 3   BY MS. ROBERTS:

 4   Q.  THIS IS AN EMAIL FROM VICKY SNYDER TO YOU AND OTHERS DATED

 5   DECEMBER 1ST, 2017?

 6   A.  CORRECT.

 7   Q.  AND MS. SNYDER IS RESPONDING TO AN EARLIER EMAIL FROM

 8   MR. WOODS DATED NOVEMBER 1ST, 2017?

 9   A.  CORRECT.

10   Q.  IT BEGINS "DEAR COMRADES"?

11       CORRECT?

12   A.  YES.

13   Q.  AND THAT WAS SENT TO EVERYONE AT TECHSHOP, CORRECT?

14   A.  I DON'T SEE -- I DON'T KNOW WHAT THE MAILING LIST WAS THAT

15   WAS INCLUDED IN THIS.

16   Q.  YOU RECEIVED THIS EMAIL, CORRECT?

17   A.  I DID, YES.

18   Q.  AND MR. WOODS' EMAIL THAT YOU RECEIVED, THE SECOND

19   PARAGRAPH ANNOUNCES:  "TECHSHOP, INC. HAS REACHED AN AGREEMENT

20   WITH A THIRD PARTY TO ACQUIRE ALL COMPANY ASSETS.  THE NEW

21   ENTITY TECHSHOP 2.0 LLC PLANS TO REOPEN AS MANY STORES AS

22   POSSIBLE AS SOON AS POSSIBLE."

23       CORRECT?

24   A.  CORRECT.

25   Q.  AND MR. WOODS IS REFERRING TO MR. RASURE'S ORGANIZATION AS
```

```
 1    TECHSHOP 2.0, CORRECT?

 2    A.   CORRECT.

 3    Q.   TURN NOW PLEASE TO EXHIBIT TX612.

 4         MS. ROBERTS:  YOUR HONOR, WE MOVE TO ADMIT THIS

 5    EXHIBIT.

 6         MR. PISTORINO:  NO OBJECTION.

 7         THE COURT:  612 IS ADMITTED.

 8         (TRIAL EXHIBIT 612 RECEIVED IN EVIDENCE.)

 9              (DISPLAYED ON SCREEN.)

10         THE WITNESS:  WHAT IS THE TAB THAT COMES AFTER THAT

11    ONE?

12    BY MS. ROBERTS:

13    Q.   IT'S JUST BEFORE 617.

14    A.   OKAY.

15              (PAUSE IN THE PROCEEDINGS.)

16    OKAY.

17    Q.   DID YOU FIND IT?

18    THIS IS AN EMAIL FROM DOUG BUSCH DATED DECEMBER 3RD, 2017

19    TO DAN RASURE AND YOU'RE CC'D AS JIM AT TECHSHOP.COM, CORRECT?

20    A.   CORRECT.

21    Q.   AND THE SUBJECT LINE OF THIS EMAIL IS FORWARD REV TO OPEN

22    LETTER TO SHAREHOLDERS, CORRECT?

23    A.   YES.

24         MR. PISTORINO:  OBJECTION, MISSTATES THE DOCUMENT.

25         MS. ROBERTS:  SORRY?
```

1          **MR. PISTORINO:**  OBJECTION, MISSTATES THE DOCUMENT.

2          **THE COURT:**  OVERRULED.  THE DOCUMENT TITLE SPEAKS FOR

3     ITSELF, THE SUBJECT LINE.

4     **BY MS. ROBERTS:**

5     **Q.**  LOOKING AT MR. BUSCH'S EMAIL, HE WRITES THAT HE IS SHARING

6     THIS MESSAGE WHICH WILL BE POSTING ON VARIOUS RELEVANT SOCIAL

7     MEDIA SITES LATER TODAY, CORRECT?

8     **A.**  YES.

9     **Q.**  AND MR. BUSCH ALSO COMMENTS THAT HIS DRAFT MESSAGE QUOTE

10    "DRAWS A CLEAR DISTINCTION BETWEEN THE TECHSHOP, INC. TEAM AND

11    YOUR NEW TEAM AND SPEAKS ONLY FOR US", CORRECT?

12    **A.**  YES.

13    **Q.**  IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE, YOU WILL SEE

14    THE HEADING THAT SAYS "OPEN LETTER TO TECHSHOP INC.

15    STAKEHOLDERS"?

16         DO YOU SEE THAT?

17    **A.**  YES.

18    **Q.**  AND DO YOU UNDERSTAND THAT'S THE BEGINNING OF THE LETTER

19    THAT FOLLOWS ON THE FOLLOWING PAGES?

20    **A.**  YES.

21    **Q.**  IF YOU CAN TURN TO PAGE 4 OF THE DOCUMENT.  THE BOTTOM OF

22    THAT PAGE HAS THE HEADING "ACTIONS TAKEN"?

23         ARE YOU THERE?

24    **A.**  ON PAGE 4?

25    **Q.**  I'M SORRY, PAGE 3.

1    **A.**  YES.  NOW I SEE IT.

2    **Q.**  SO, THAT'S THE HEADING.

3        THEN NOW, IF YOU TURN TO PAGE 4, MORE OF THE CONTENT

4    WITHIN THAT SECTION.  IN THE SECOND PARAGRAPH ON THAT PAGE,

5    MR. BUSCH WRITES:  "BEFORE THE DEAL CAN ACTUALLY BE CLOSED BY

6    SELLING THE ASSETS OF TECHSHOP, INC. TO THE NEW COMPANY NAMED

7    BY MR. RASURE AS TECHSHOP 2.0, THE BYLAWS OF THE TECHSHOP,

8    INC. CORPORATION REQUIRE THAT WE PROVIDE 20 DAYS' NOTICE OF

9    THE DEAL OR ANY CHANGES TO TERMS TO ALL SHAREHOLDERS OF

10   PREFERRED STOCK."

11       DO YOU SEE THAT?

12   **A.**  YES.

13   **Q.**  SO MR. BUSCH HERE IS REFERRING TO MR. RASURE'S

14   ORGANIZATION AS TECHSHOP 2.0?

15   **A.**  YES.

16   **Q.**  TURN NOW TO TX617?

17            **THE CLERK:**  I'M SORRY, TX17?

18            **MS. ROBERTS:**  617.

19       YOUR HONOR, WE MOVE TO ADMIT THIS EXHIBIT.

20            **MR. PISTORINO:**  NO OBJECTION.

21            **THE COURT:**  ADMITTED.

22         (TRIAL EXHIBIT 617 RECEIVED IN EVIDENCE.)

23               (DISPLAYED ON SCREEN.)

24   **BY MS. ROBERTS:**

25   **Q.**  ARE YOU THERE, MR. NEWTON?

NEWTON – CROSS / ROBERTS

1    **A.**  YES.

2    **Q.**  THIS IS AN EMAIL FROM YOU DATED DECEMBER 4TH, 2017 TO DAN

3    RASURE AND SOMEBODY NAMED MARTIN BOGOMOLNI, CORRECT?

4    **A.**  YES.

5    **Q.**  AM I SAYING THAT NAME CORRECTLY?

6    **A.**  I DON'T KNOW.

7    **Q.**  WE WON'T TELL HIM.

8         YOU TELL MR. RASURE IN THE SECOND SENTENCE OF THIS EMAIL

9    THAT MR. BOGOMOLNI HAS EXPRESSED INTEREST TO ME IN POSSIBLY

10   PARTICIPATING IN TECHSHOP 2.0, CORRECT?

11   **A.**  YES.

12   **Q.**  AND THE SUBJECT OF THIS SUBJECT LINE OF YOUR EMAIL IS

13   "INTRODUCTIONS DAN R. AND MARTIN B. FOR TECHSHOP 2.0",

14   CORRECT?

15   **A.**  YES.

16   **Q.**  AND SO WHEN YOU WERE MAKING THIS INTRODUCTION, YOU

17   REFERRED TO MR. RASURE'S COMPANY AS TECHSHOP 2.0, CORRECT?

18   **A.**  YES.

19   **Q.**  TURN NOW PLEASE TO TX622.

20        ACTUALLY, TURN YOUR ATTENTION TO TX52, WHICH IS ALREADY

21   ADMITTED AND SHOULD BE IN YOUR OTHER BINDER.

22            **THE CLERK:**  I'M SORRY?

23            **MS. ROBERTS:**  52.

24                 (DISPLAYED ON SCREEN.)

25

1        **THE WITNESS:**  OKAY.

2     **BY MS. ROBERTS:**

3     **Q.**  THIS IS AN EMAIL FROM DANIEL WOODS DATED DECEMBER 6, 2017

4     TO DAN RASURE, CORRECT?

5     **A.**  YES.

6     **Q.**  AND YOU ARE CC'D ON THIS EMAIL?

7     **A.**  YES, I AM.

8     **Q.**  AND KURT RUTTUM IS ALSO CC'D ON THIS EMAIL?

9     **A.**  YES.

10    **Q.**  AND YOU TESTIFIED EARLIER THAT HE WAS ONE OF TECHSHOP'S

11    OUTSIDE LAWYERS AT THE TIME?

12    **A.**  CORRECT.

13    **Q.**  MR. WOODS' EMAIL SAYS, "THE PROPOSED ASSET PURCHASE

14    AGREEMENT IS ATTACHED".  CORRECT?

15    **A.**  YES.

16    **Q.**  AND IF YOU TURN THE PAGE, YOU WILL SEE THE ATTACHMENTS

17    THAT IS THE PROPOSED ASSET PURCHASE AGREEMENT?

18    **A.**  CORRECT.

19    **Q.**  AND THIS IS A DRAFT, A DRAFT DOCUMENT OF THE AGREEMENT

20    THAT THE PARTIES WERE DISCUSSING?

21    **A.**  YES.

22    **Q.**  AND IN THE VERY FIRST PARAGRAPH OF THE DRAFT ASSET

23    PURCHASE AGREEMENT, THE DOCUMENT IDENTIFIES THE PARTIES TO THE

24    DEAL AS TECHSHOP, INC. AND TECHSHOP 2.0 LLC, CORRECT?

25    **A.**  YES.

NEWTON – CROSS / ROBERTS

1    **Q.**  SO THE DRAFT ASSET PURCHASE AGREEMENT USED THE NAME

2    TECHSHOP 2.0, CORRECT?

3    **A.**  YES.

4    **Q.**  IN THAT CASE IT WAS REFERRING TO MR. RASURE'S COMPANY AS

5    TECHSHOP 2.0?

6    **A.**  CORRECT.

7          **THE COURT:**  IS THIS A GOOD TIME FOR OUR SECOND BREAK?

8    IT'S ABOUT 11:50.

9          **MS. ROBERTS:**  YES.

10         **THE COURT:**  WHY DON'T WE GO AHEAD AND TAKE OUR SECOND

11   RECESS, LADIES AND GENTLEMEN.  SO IT'S 11:53.  LET'S COME BACK

12   AND RESUME AT 12:10.

13      (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

14         **THE CLERK:**  YOU MAY BE SEATED.

15      (RECESS TAKEN AT 11:53 A.M.; RESUMED AT 12:10 P.M.)

16      (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

17         **THE CLERK:**  REMAIN SEATED COME TO ORDER.  THIS COURT

18   IS BACK IN SESSION.  THE HONORABLE HAYWOOD S. GILLIAM, JR.

19   PRESIDING.

20      I AM NOT SURE WHAT THAT IS, BUT WHATEVER IT IS IT SHOULD

21   BE OFF.

22         **THE COURT:**  SO I ASSUME THAT YOU SAW WE GOT A NOTE

23   FROM JUROR NO. 8 SAYING, "CAN'T SEE MONITOR FROM SECOND ROW.

24   PRINT NOT ENLARGED OR HIGHLIGHTED".  SO, JUST GIVE YOU THAT

25   FOR YOUR INFORMATION.

1        ARE WE READY TO RESUME?

2            **MR. PISTORINO:**  CAN I ASK, WOULD IT BE POSSIBLE FOR

3    HER TO MOVE CLOSER TO THE MONITOR, TO THE BIG MONITOR?  THAT'S

4    ALL.

5            **THE COURT:**  WE COULD.  SOMETIMES WE HAVE MOVED THE

6    MONITOR --

7            **THE CLERK:**  THAT MONITOR DOESN'T MOVE TO THIS END.

8    NORMALLY THEY HOOK UP THE ADDITIONAL MONITOR AND PLACE IT

9    THERE.

10            **MR. PISTORINO:**  SHE CAN'T JUST SIT IN A DIFFERENT

11   CHAIR IS ALL I'M SUGGESTING.

12            **THE CLERK:**  I'M NOT THE JUDGE.

13            **THE COURT:**  NO.

14            **MR. PISTORINO:**  OKAY.

15            **THE COURT:**  BUT IT'S FOR EVERYBODY'S INFORMATION,

16   SHE'S OBVIOUSLY SITTING IN THE SECOND ROW.  TO THE EXTENT

17   THERE IS SOMETHING YOU WANT THEM TO SEE, YOU NEED TO MAKE SURE

18   THEY CAN SEE IT.

19        ALL RIGHT.  READY?

20            (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

21            **THE CLERK:**  YOU MAY BE SEATED.

22            **THE COURT:**  YOU MAY CONTINUE WHENEVER YOU ARE READY,

23   MS. ROBERTS.

24            **MS. ROBERTS:**  THANK YOU.

25

1    **BY MS. ROBERTS:**

2    **Q.**  MR. NEWTON, CAN YOU PLEASE TO TURN TO TX62, WHICH IS

3    ALREADY ADMITTED AND SHOULD BE IN THE FIRST BINDER THAT YOU

4    RECEIVED.

5    **A.**  STAND BY.

6        62?

7    **Q.**  YES.

8    **A.**  OKAY.

9    **Q.**  THIS IS AN EMAIL FROM KURT RUTTUM DATED DECEMBER 12TH,

10   2017 TO DAN RASURE, CORRECT?

11   **A.**  YES.

12   **Q.**  AND YOU ARE CC'D ON THIS EMAIL?

13   **A.**  YES, I AM.

14   **Q.**  AND, AGAIN, MR. RUTTUM WAS TECHSHOP'S ATTORNEY?

15   **A.**  YES.

16   **Q.**  IN HIS EMAIL MR. RUTTUM INFORMS MR. RASURE THAT TECHSHOP

17   WAS TERMINATING THE MEMORANDUM OF UNDERSTANDING, CORRECT?

18   **A.**  CORRECT.

19   **Q.**  AND IN THIS EMAIL, TERMINATING THE MEMORANDUM OF

20   UNDERSTANDING, MR. RUTTUM REFERS TO MR. RASURE'S GROUP AS

21   TECHSHOP 2.0, CORRECT?

22   **A.**  YES.

23   **Q.**  THIS EMAIL DOES NOT TELL MR. RASURE THAT HE NEEDS TO STOP

24   USING THE NAME TECHSHOP 2.0, CORRECT?

25   **A.**  CORRECT.

NEWTON – CROSS / ROBERTS

1    **Q.**  NOW ALTHOUGH THE MEMORANDUM OF UNDERSTANDING WAS

2    TERMINATED ON DECEMBER 12TH, TECHSHOP CONTINUED TO NEGOTIATE

3    WITH MR. RASURE, CORRECT?

4    **A.**  YES.

5    **Q.**  TURN PLEASE TO TX66, WHICH IS ALREADY ADMITTED.

6                         (DISPLAYED ON SCREEN.)

7        IT SHOULD BE IN THE FIRST BINDER.

8    **A.**  YES.

9    **Q.**  THIS IS AN EMAIL FROM DANIEL WOODS DATED JANUARY 8TH,

10   2018, CORRECT?

11   **A.**  YES.

12   **Q.**  IT'S TO DAN RASURE, CORRECT?

13   **A.**  YES.

14   **Q.**  AND YOU ARE CC'D?

15   **A.**  CORRECT.

16   **Q.**  AND JANUARY 8TH, THIS IS NEARLY A MONTH AFTER THE

17   MEMORANDUM OF UNDERSTANDING WAS TERMINATED, CORRECT?

18   **A.**  YES.

19   **Q.**  AND THE SUBJECT LINE OF THIS EMAIL IS "RESPONSE TO YOUR

20   PROPOSED FRAMEWORK", RIGHT?

21   **A.**  YES.

22   **Q.**  MR. WOODS BEGINS HIS EMAIL, "WE'VE REVIEWED YOUR OUTLINE

23   AS A TEAM AND WANTED TO RESPOND AS QUICKLY AS POSSIBLE".

24       CORRECT?

25   **A.**  YES.

1    **Q.**  THIS IS A RESPONSE TO A PROPOSAL THAT MR. RASURE HAD MADE,

2    CORRECT?

3    **A.**  YES.

4    **Q.**  AND IN MR. WOODS' EMAIL HE WRITES –– THIS IS PARAGRAPH 2

5    OF THE EMAIL:  "OUR UNDERSTANDING HAS BEEN THAT THE DEAL WOULD

6    EITHER BE, A, A FORECLOSURE BY AUTODESK OR, B, A FORECLOSURE

7    BY TECHSHOP 2.0.  AND AS SUCH, PAYING EMPLOYEE BACK WAGES WAS

8    COMPULSORY.  BUT THE DEAL AS DESCRIBED SEEMS TO BE BACK TO A

9    DEAL BETWEEN TECHSHOP AND TECHSHOP 2.0", CORRECT?

10   **A.**  YES.

11   **Q.**  MR. WOODS IS REFERRING TO MR. RASURE'S COMPANY AS TECHSHOP

12   2.0, CORRECT?

13   **A.**  CORRECT.

14   **Q.**  TURN NOW, PLEASE, TO TX636.

15        **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

16   EXHIBIT.

17        **MR. PISTORINO:**  NO OBJECTION.

18        **THE COURT:**  636 IS ADMITTED.

19        (TRIAL EXHIBIT 636 RECEIVED IN EVIDENCE.)

20             (DISPLAYED ON SCREEN.)

21   **BY MS. ROBERTS:**

22   **Q.**  THIS IS AN EMAIL FROM DANIEL WOODS TO DAN RASURE DATED

23   JANUARY 13TH, 2018, CORRECT?

24   **A.**  YES.

25   **Q.**  AND YOU ARE CC'D ON THIS EMAIL?

1    **A.**  YES, I AM.

2    **Q.**  AND MR. WOODS BEGINS HIS EMAIL, "THE TEAM MET AND REVIEWED

3    STATUS THIS AFTERNOON", CORRECT?

4    **A.**  YES.

5    **Q.**  IN PARAGRAPH 1 OF MR. WOODS' EMAIL ON WHICH YOU ARE CC'D,

6    HE SAYS, "WE'VE BEEN OPERATING UNDER THE BELIEF THAT THIS DEAL

7    WOULD EITHER BE, A, A FORECLOSURE BY AUTODESK OR, B, A

8    FORECLOSURE BY TECHSHOP 2.0.  AND AS SUCH, PAYING EMPLOYEE

9    BACK WAGES WAS COMPULSORY.  BUT THE DEAL YOU DESCRIBED SEEMS

10   TO BE BACK TO A DEAL BETWEEN TECHSHOP AND TECHSHOP 2.0".

11   CORRECT?

12   **A.**  CORRECT.

13   **Q.**  AND, AGAIN, MR. WOODS IS REFERRING TO MR. RASURE'S COMPANY

14   IN THIS JANUARY 13TH EMAIL AS TECHSHOP 2.0, RIGHT?

15   **A.**  YES.

16   **Q.**  TURN NOW PLEASE TO EXHIBIT 637.

17        **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

18   EXHIBIT.

19        **MR. PISTORINO:**  NO OBJECTION.

20        **THE COURT:**  ADMITTED.

21        (TRIAL EXHIBIT 637 RECEIVED IN EVIDENCE.)

22             (DISPLAYED ON SCREEN.)

23   **BY MS. ROBERTS:**

24   **Q.**  MR. NEWTON, THIS EXHIBIT IS AN EMAIL FROM DANIEL WOODS

25   DATED JANUARY 23RD, 2018 TO DAN RASURE.  AND THE EMAIL ADDRESS

NEWTON – CROSS / ROBERTS

1    KENNYF@PAWNEELEASING.COM, CORRECT?

2    **A.**  YES.

3    **Q.**  AND YOU ARE CC'D ON THIS EMAIL?

4    **A.**  YES.

5    **Q.**  IF YOU TURN TO PAGE 2 OF THIS EMAIL, TOWARDS THE BOTTOM OF

6    THE PAGE YOU WILL SEE THERE'S AN EMAIL FROM KENNY FITZGERALD

7    TO DANIEL WOODS AT TECHSHOP.WS?

8    **A.**  YES.

9    **Q.**  IS THAT RIGHT?

10       MR. FITZGERALD WRITES:  "I HAVE ATTACHED THE LEASE

11   AGREEMENT AS WELL AS THE ACCELERATED LEASE BALANCE DUE ON THE

12   EQUIPMENT LEASE.  THE ACCOUNT IS PAST DUE NEARLY 90 DAYS, AND

13   WE DO NEED THIS CURED AT THIS POINT IN TIME TO AVOID FURTHER

14   ACTION."

15       IS THAT RIGHT?

16   **A.**  YES.

17   **Q.**  YOU SEE ABOVE THAT MR. WOODS' RESPONSE TO MR. FITZGERALD,

18   CORRECT?

19   **A.**  ABOVE THAT?  I'M SORRY?

20   **Q.**  YES.  THE EMAIL THAT BEGINS ON THE FIRST PART OF THE

21   PAGE –– THE FIRST PAGE OF THE EXHIBIT.

22   **A.**  CORRECT, YES.

23   **Q.**  THAT'S MR. WOODS' RESPONSE, CORRECT?

24   **A.**  YES.

25   **Q.**  YOU ARE CC'D ON THAT RESPONSE, CORRECT?

1    **A.**  YES.

2    **Q.**  AND MR. WOODS TELLS MR. FITZGERALD, "KENNY, WE ARE IN THE

3    PROCESS OF WORKING ON AN ARRANGEMENT WITH AUTODESK AND MR. DAN

4    RASURE WHEREBY MR. RASURE WILL ASSUME ASSETS AND REOPEN AS

5    MANY LOCATIONS AS POSSIBLE.  THIS DEAL SHOULD CONCLUDE BY THE

6    END OF THE MONTH".

7         IS THAT RIGHT?

8    **A.**  THAT WAS THE AGREEMENT, YES.

9    **Q.**  AND MR. FITZGERALD WAS SOMEONE OUTSIDE OF TECHSHOP,

10   CORRECT?

11   **A.**  YES.

12   **Q.**  AND SO MR. WOODS IS TELLING MR. FITZGERALD SOMEBODY

13   OUTSIDE OF TECHSHOP THAT THERE'S STILL A POSSIBILITY OF A DEAL

14   BETWEEN TECHSHOP AND MR. RASURE, CORRECT?

15   **A.**  YES.

16   **Q.**  THAT'S AS OF JANUARY 23RD, 2018, CORRECT?

17   **A.**  YES.

18   **Q.**  TURN NOW PLEASE TO TX639.

19        **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

20   EXHIBIT.

21        **MR. PISTORINO:**  NO OBJECTION.

22        **THE COURT:**  ADMITTED.

23        (TRIAL EXHIBIT 639 RECEIVED IN EVIDENCE.)

24             (DISPLAYED ON SCREEN.)

25

1    **BY MS. ROBERTS:**

2    **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED JANUARY 31ST, 2018

3    TO YOU, DANIEL WOODS, DOUG BUSCH, AND SEAN DOHERTY, CORRECT?

4    **A.**  YES.

5    **Q.**  THE SUBJECT LINE OF THIS EMAIL SAYS "TECHSHOP AUSTIN",

6    CORRECT?

7    **A.**  SAY AGAIN, PLEASE?

8    **Q.**  THE SUBJECT LINE OF THE EMAIL SAYS "TECHSHOP AUSTIN"?

9    **A.**  IT INCLUDES TECHSHOP AUSTIN, YEAH.

10   **Q.**  THE ATTACHMENT IS ENTITLED IS "TS2AUSTIN.DOCX"?

11   **A.**  YES.

12   **Q.**  THE TECHSHOP AUSTIN LOCATION WAS ALSO KNOWN AS TECHSHOP

13   ROUND ROCK, CORRECT?

14   **A.**  CORRECT.

15   **Q.**  IF YOU TURN TO THE SECOND PAGE OF THE EXHIBIT, YOU SEE THE

16   ATTACHMENT, CORRECT?

17   **A.**  YES.

18   **Q.**  AND IN THE UPPER LEFT-HAND CORNER YOU SEE TECHSHOP 2.0,

19   CORRECT?

20   **A.**  YES.

21   **Q.**  AND THIS IS A PROPOSAL MADE BY MR. RASURE TO TECHSHOP; IS

22   THAT RIGHT?

23   **A.**  CORRECT.

24   **Q.**  AND MR. RASURE'S PROPOSAL THAT YOU RECEIVED SAYS,

25   "TECHSHOP 2.0 DESIRES TO REOPEN THE FORMER TECHSHOP ROUND ROCK

1    LOCATION", RIGHT?

2    **A.**  YES.

3    **Q.**  TURN NOW PLEASE TO TX644.

4         **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

5    EXHIBIT.

6         **MR. PISTORINO:**  NO OBJECTION.

7         **THE COURT:**  ADMITTED.

8         (TRIAL EXHIBIT 644 RECEIVED IN EVIDENCE.)

9              (DISPLAYED ON SCREEN.)

10   **BY MS. ROBERTS:**

11   **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED FEBRUARY 1ST, 2018

12   TO YOU, DANIEL WOODS, DOUG BUSCH, AND SEAN DOHERTY, CORRECT?

13   **A.**  YES.

14   **Q.**  AND HIS EMAIL SAYS, "PLEASE FIND THE ENCLOSED EQUIPMENT

15   RENTAL AGREEMENT FOR ROUND ROCK", IS THAT RIGHT?

16   **A.**  YES.

17   **Q.**  IF YOU TURN TO THE SECOND PAGE, THERE IS AN EQUIPMENT

18   RENTAL AGREEMENT ATTACHED; IS THAT RIGHT?

19   **A.**  YES.

20   **Q.**  IF YOU LOOK IN THE FIRST PARAGRAPH OF THAT DRAFT

21   AGREEMENT, THE PARTIES ARE REFERENCED AS TECHSHOP AUSTIN LLC

22   AND TECHSHOP 2.0 AUSTIN, CORRECT?

23   **A.**  YES.

24   **Q.**  TURN NOW PLEASE TO TX645.

25         **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

```
1    EXHIBIT.

2              MR. PISTORINO:  NO OBJECTION.

3              THE COURT:  645 IS ADMITTED.

4          (TRIAL EXHIBIT 645  RECEIVED IN EVIDENCE.)

5                   (DISPLAYED ON SCREEN.)

6    BY MS. ROBERTS:

7    Q.  THIS IS AN EMAIL FROM DANIEL WOODS DATED FEBRUARY 1ST,

8    2018 TO DAN RASURE; IS THAT RIGHT?

9    A.  YES.

10   Q.  AND YOU ARE CC'D ON THIS EMAIL, CORRECT?

11   A.  YES.

12   Q.  AND MR. WOODS IS RESPONDING TO A PROPOSAL FROM MR. RASURE,

13   CORRECT?

14   A.  YES.

15   Q.  AND MR. WOODS SAYS IN THE FIRST ASTERISK OF HIS EMAIL,

16   "THIS IS NOW A RENTAL AGREEMENT AS OPPOSED TO AN AGREEMENT TO

17   COOPERATE WITH A PURCHASE AND FORECLOSURE BETWEEN LOWES AND

18   TECHSHOP 2.0", IS THAT RIGHT?

19   A.  YES.

20   Q.  AND IN THE SECOND ASTERISK MR. WOODS SAYS, "TECHSHOP AND

21   NOT TECHSHOP 2.0 WOULD BE RESPONSIBLE FOR PAYING CERTAIN BACK

22   PAY AND FUNDS -- AND FROM FUNDS RECEIVED", IS THAT RIGHT?

23   A.  YES.

24   Q.  AND IN THIS EMAIL ON WHICH YOU WERE CC'D, MR. WOODS IS

25   REFERRING TO MR. RASURE'S ORGANIZATION AS TECHSHOP 2.0, RIGHT?
```

1    **A.**  CORRECT.

2    **Q.**  TURN NOW PLEASE TO TX646.

3          **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

4    EXHIBIT.

5          **MR. PISTORINO:**  NO OBJECTION.

6          **THE COURT:**  ADMITTED.

7          (TRIAL EXHIBIT 646 RECEIVED IN EVIDENCE.)

8                (DISPLAYED ON SCREEN.)

9    **BY MS. ROBERTS:**

10   **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED FEBRUARY 2ND, 2018.

11   AND YOU ARE ONE OF THE RECIPIENTS, CORRECT?

12   **A.**  YES.

13   **Q.**  THE SUBJECT LINE OF MR. RASURE'S EMAIL IS "EQUIPMENT

14   RENTAL", IS THAT RIGHT?

15   **A.**  YES.

16   **Q.**  AND IN THE TEXT OF HIS EMAIL HE REFERS TO A TECHSHOP 2.0

17   EQUIPMENT RENTAL; IS THAT RIGHT?

18   **A.**  CORRECT.

19   **Q.**  AND IF YOU TURN TO THE SECOND PAGE, THERE, AGAIN, IS A

20   DRAFT EQUIPMENT RENTAL AGREEMENT; IS THAT RIGHT?

21   **A.**  YES.

22   **Q.**  AND IN THE FIRST PARAGRAPH OF THAT DRAFT AGREEMENT, THE

23   PARTIES TO THE AGREEMENT ARE LISTED AS TECHSHOP AUSTIN LLC,

24   AND TECHSHOP 2.0 AUSTIN; IS THAT RIGHT?

25   **A.**  YES.

```
1    Q.   TURN NOW PLEASE TO TX649.

2              THE CLERK:  HOLD ON ONE SECOND.

3              MS. ROBERTS:  ACTUALLY I BELIEVE THIS WAS ALREADY

4    ADMITTED.  LET ME GET THE NUMBER.

5              THE CLERK:  HOLD ON.

6              MS. ROBERTS:  NOT UNDER THIS NUMBER.

7              THE CLERK:  OH, GOTCHA.

8    BY MS. ROBERTS:

9    Q.   TAKE A LOOK AT 649.

10             MS. ROBERTS:  WE MOVE TO ADMIT THIS EXHIBIT.

11             MR. PISTORINO:  NO OBJECTION.

12             THE COURT:  ADMITTED.

13             (TRIAL EXHIBIT 649 RECEIVED IN EVIDENCE.)

14                  (DISPLAYED ON SCREEN.)

15   BY MS. ROBERTS:

16   Q.   THIS IS AN EMAIL FROM DANIEL WOODS DATED FEBRUARY 14TH,

17   2018, CORRECT?

18   A.   YES.

19   Q.   IT'S TO DAN RASURE?

20   A.   CORRECT.

21   Q.   AND YOU ARE CC'D?

22   A.   YES.

23   Q.   AND THERE'S A LETTER ATTACHED TO THIS EMAIL?

24   A.   YES.

25   Q.   AND THIS IS THE LETTER YOU LOOKED AT EARLIER TODAY,
```

1    CORRECT?

2    **A.**  I BELIEVE SO.

3    **Q.**  THE LETTER THAT WENT TO -- IS ADDRESSED TO MR. RASURE AND

4    MR. DAVE BYERS AT HEARST CORPORATION?

5    **A.**  YES.

6    **Q.**  AT THE BEGINNING OF THIS LETTER FROM DANIEL WOODS, IT

7    STARTS, "WE NOTED THE PUBLIC ANNOUNCEMENT THAT MR. RASURE

8    INTENDS TO OPEN A SO-CALLED TECHSHOP 2.0", IS THAT RIGHT?

9    **A.**  YES.

10   **Q.**  ISN'T IT TRUE THAT NOWHERE IN THIS LETTER DOES IT SAY THAT

11   TECHSHOP 2.0 INFRINGES TECHSHOP'S TRADEMARKS?

12   **A.**  CAN YOU RESTATE THAT?

13   **Q.**  ISN'T IT TRUE THAT NOWHERE IN THIS LETTER DOES IT SAY THAT

14   TECHSHOP 2.0 INFRINGES TECHSHOP'S TRADEMARKS?

15           **MR. PISTORINO:**  OBJECTION, CALLS FOR LEGAL

16   CONCLUSION.

17           **THE COURT:**  OVERRULED.

18           **THE WITNESS:**  IT'S KIND OF A DOUBLE NEGATIVE.  SO I'M

19   TRYING TO --

20   **BY MS. ROBERTS:**

21   **Q.**  DO THE WORDS TECHSHOP 2.0 INFRINGES TECHSHOP'S TRADEMARKS

22   APPEAR IN THIS LETTER?

23   **A.**  NO.

24   **Q.**  THE LETTER DOES NOT SAY THAT MR. RASURE MUST STOP USING

25   THE NAME TECHSHOP 2.0, DOES IT?

1    **A.**  NOT YET, NO.

2    **Q.**  TURN NOW PLEASE TO EXHIBIT TX652.

3         **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

4    EXHIBIT.

5         **MR. PISTORINO:**  NO OBJECTION.

6         **THE COURT:**  ADMITTED.

7         (TRIAL EXHIBIT 652 RECEIVED IN EVIDENCE.)

8              (DISPLAYED ON SCREEN.)

9    **BY MS. ROBERTS:**

10   **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED FEBRUARY 15TH,

11   2018, CORRECT?

12   **A.**  YES.

13   **Q.**  AND YOU ARE ONE OF THE RECIPIENTS OF THIS EMAIL, CORRECT?

14   **A.**  YES.

15   **Q.**  SO THIS IS THE DAY AFTER THE EMAIL THAT -- THE LETTER WE

16   JUST LOOKED AT, RIGHT?

17   **A.**  CORRECT.

18   **Q.**  AND THIS IS THE DAY BEFORE THIS LAWSUIT WAS FILED?

19   **A.**  I BELIEVE SO.

20   **Q.**  AND MR. RASURE BEGINS HIS EMAIL, "TODAY WAS A GREAT DAY

21   BUT WE AREN'T QUITE DONE", RIGHT?

22   **A.**  YES.

23   **Q.**  HE TELLS YOU AND THE OTHER RECIPIENTS OF THIS EMAIL, "WE

24   ARE WORKING ON FINALIZING ONE DOCUMENT RIGHT NOW INTERNALLY

25   AND AUTODESK WILL HAVE A DOCUMENT BACK TOMORROW".  CORRECT?

1    **A.**  YES.

2    **Q.**  HE TELLS YOU ALL, "I AM STILL TRYING TO FIGURE OUT A

3    SOLUTION FOR THE INSTRUCTORS", CORRECT?

4    **A.**  YES.

5    **Q.**  AND HE THANKS YOU AND ACKNOWLEDGES THAT TIME IS GETTING

6    EXTREMELY TIGHT, CORRECT?

7    **A.**  YES.

8    **Q.**  AND, AGAIN, THIS EMAIL UPDATE IS SENT THE DAY BEFORE THE

9    LAWSUIT IS FILED.  RIGHT?

10   **A.**  I BELIEVE SO.

11   **Q.**  LET'S NOW LOOK AT TX83, WHICH IS ALREADY ADMITTED.

12                     (DISPLAYED ON SCREEN.)

13   **A.**  OKAY.

14   **Q.**  I WOULD LIKE TO TURN YOUR ATTENTION NOW TO THE COMPLAINT

15   THAT WAS ATTACHED TO THAT LETTER.

16   **A.**  OKAY.

17   **Q.**  AND YOU'VE REVIEWED THE COMPLAINT, CORRECT?

18   **A.**  YES.

19   **Q.**  YOU TESTIFIED ABOUT IT EARLIER TODAY?

20   **A.**  CORRECT.

21   **Q.**  YOU AUTHORIZED ITS FILING?

22   **A.**  YES.

23   **Q.**  NOWHERE IN THE COMPLAINT DOES TECHSHOP MAKE ANY

24   ALLEGATIONS ABOUT USE OF ITS MAILING LIST, CORRECT?

25   **A.**  CORRECT.

1    **Q.**  AND NOWHERE IN THE COMPLAINT DOES IT MENTION THE WORDS

2    THESHOP.BUILD, CORRECT?

3    **A.**  THAT'S CORRECT.

4    **Q.**  TURN BACK PLEASE TO EXHIBIT 612, WHICH SHOULD ALREADY BE

5    ADMITTED.

6                        (DISPLAYED ON SCREEN.)

7    **A.**  SORRY, THAT'S A SMUDGED ONE AGAIN.  WHAT IS THE TAB AFTER

8    THAT ONE?

9    **Q.**  IT PRECEDES 617 AND COMES AFTER 610.

10   **A.**  610 IS WIPED OFF, TOO.

11        OKAY.  GOT IT.

12   **Q.**  THIS IS THE EMAIL FROM DOUG BUSCH DATED DECEMBER 3RD,

13   2017?

14   **A.**  YES.

15   **Q.**  AND JUST AS A REMINDER, THE BOTTOM OF THAT FIRST PAGE HAS

16   THE HEADING "OPEN LETTER TO TECHSHOP, INC. STAKEHOLDERS"?

17   **A.**  CORRECT.

18   **Q.**  IF YOU TURN TO PAGE 4 OF THAT EXHIBIT, AND YOU SEE MIDWAY

19   DOWN THE PAGE THERE IS A HEADING "NEXT STEPS".  IS THAT RIGHT?

20   **A.**  YES.

21   **Q.**  AND MR. BUSCH WRITES IN THIS SECTION NEXT STEPS, "AS A

22   TECHSHOP, INC. MEMBER AND AS A DIRECTOR, I FULLY UNDERSTAND

23   THE FRUSTRATION MEMBERS HAVE EXPERIENCED AS A RESULT OF BEING

24   LOCKED OUT OF STORES, BEING UNABLE TO COMPLETE PROJECTS, AND

25   NOT HAVING ACCESS TO YOUR MATERIALS AND TOOLS IN STORAGE."

NEWTON – CROSS / ROBERTS

1          DO YOU SEE THAT?

2     **A.**  YES.

3     **Q.**  HE ALSO SAYS THAT HE REGRETS THE BAD EXPERIENCE THAT THE

4     MEMBERS HAVE HAD.  CORRECT?

5     **A.**  YES.

6     **Q.**  AND YOU REVIEWED THIS OPEN LETTER TO STAKEHOLDERS WHEN

7     MR. BUSCH SENT IT TO YOU?

8     **A.**  YES.

9     **Q.**  YOU DID NOT CORRECT ANY OF THOSE STATEMENTS?

10    **A.**  CORRECT.

11    **Q.**  NOW, YOU TESTIFIED EARLIER ABOUT TECHSHOP RUNNING OUT OF

12    MONEY AND NOT HAVING MONEY TO EVEN NEGOTIATE, CORRECT?

13    **A.**  YES.

14    **Q.**  I WOULD LIKE TO TURN OUR ATTENTION TO THE EXPENSES THAT

15    TECHSHOP NEEDED ASSISTANCE WITH.

16         IF WE CAN TAKE A LOOK BACK AT TX48, WHICH IS ALREADY

17    ADMITTED.  IT'S THE MEMORANDUM OF UNDERSTANDING.

18                      (DISPLAYED ON SCREEN.)

19         IT SHOULD BE IN YOUR FIRST BOOK.

20    **A.**  OKAY.

21    **Q.**  AND THERE ARE TWO NUMBERED PARAGRAPHS IN THE SUMMARY OF

22    PRINCIPAL TRANSACTION TERMS, CORRECT?

23    **A.**  CORRECT.

24    **Q.**  AND THE FIRST PARAGRAPH SAYS, "TECHSHOP 2.0 ACQUIRES ALL

25    ASSETS OF TECHSHOP, INC. FOR THE FOLLOWING CONSIDERATION",

NEWTON – CROSS / ROBERTS

1  CORRECT?

2  **A.**  YES.

3  **Q.**  AND THEN THERE'S A SERIES OF BULLET POINTS.

4     THE FIRST ONE SAYS UP TO A MAXIMUM OF $200,000.

5     DO YOU SEE THAT?

6  **A.**  YES.

7  **Q.**  BENEATH THAT THERE'S AN INDENTED BULLET POINT, IMMEDIATELY

8  PROVIDING FUNDS FOR.  DO YOU SEE THAT?

9  **A.**  YES.

10 **Q.**  IT LISTS NOVEMBER HEALTH INSURANCE, CORRECT?

11 **A.**  YES.

12 **Q.**  GOOGLE SUITE?

13 **A.**  YES.

14 **Q.**  AND TECHSHOP LEGAL COUNSEL?

15 **A.**  YES.

16 **Q.**  AND THAT WAS PART OF WHAT MR. RASURE'S COMPANY TECHSHOP

17 2.0 WOULD NEED TO PAY AS PART OF THE DEAL TO ACQUIRE THE

18 ASSETS OF TECHSHOP, CORRECT?

19 **A.**  THAT WAS THE ORIGINAL AGREEMENT, YES.

20 **Q.**  NOW LET'S TALK ABOUT THE GOOGLE SUITE EXPENSES.

21    I BELIEVE YOU TESTIFIED EARLIER THAT TECHSHOP USED THAT

22 FOR LIKE GMAIL AND CLOUD-BASED SERVICES; IS THAT CORRECT?

23 **A.**  YES.

24 **Q.**  AND TECHSHOP WAS BEHIND PAYMENT ON ITS GOOGLE SUITE

25 ACCOUNT, CORRECT?

1    **A.**  YES.

2    **Q.**  IT WAS ALREADY BEHIND PAYMENT BEFORE IT STARTED

3    NEGOTIATIONS WITH MR. RASURE?

4    **A.**  CORRECT.

5    **Q.**  TURN PLEASE TO TX918.

6          **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

7    EXHIBIT.

8          **MR. PISTORINO:**  NO OBJECTION.

9          **THE COURT:**  918 IS ADMITTED.

10         (TRIAL EXHIBIT 918 RECEIVED IN EVIDENCE.)

11               (DISPLAYED ON SCREEN.)

12         **THE WITNESS:**  OKAY.

13   **BY MS. ROBERTS:**

14   **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED NOVEMBER 29, 2017,

15   CORRECT?

16   **A.**  YES.

17   **Q.**  YOU ARE LISTED ON THE "TO" LINE?

18   **A.**  YES.

19   **Q.**  IF YOU TURN TO PAGE 2, YOU SEE AN EMAIL FROM YOU TO

20   MR. RASURE ON NOVEMBER 28TH, CORRECT?

21   **A.**  YES.  CORRECT.

22   **Q.**  IN THAT EMAIL YOU ARE PROVIDING TO MR. RASURE INSTRUCTIONS

23   ON HOW TO MAKE THE OUTSTANDING G SUITE PAYMENTS?

24   **A.**  YES.

25   **Q.**  YOU TELL HIM IN THIS EMAIL THAT THE OUTSTANDING BALANCE IS

1    $6,586.23?

2    **A.**  YES.

3    **Q.**  THAT IS HOW MUCH TECHSHOP OWED AS OF THAT DATE?

4    **A.**  CORRECT.

5    **Q.**  YOU TELL MR. RASURE THAT THE MINIMUM PAYMENT IS $2,737.24,

6    CORRECT?

7    **A.**  CORRECT.

8    **Q.**  BUT YOU TELL HIM THAT PAYING THAT WILL ONLY GET US A FEW

9    DAYS SO WE NEED TO PAY THE WHOLE BALANCE TO GIVE US RUNWAY,

10   RIGHT?

11   **A.**  YES.

12   **Q.**  SO YOU WERE ASKING HIM TO PAY THE FULL AMOUNT?

13   **A.**  YES.

14   **Q.**  TURN NOW PLEASE TO TX909.

15         **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

16   EXHIBIT.

17         **MR. PISTORINO:**  NO OBJECTION.

18         **THE COURT:**  ADMITTED.

19         (TRIAL EXHIBIT 909 RECEIVED IN EVIDENCE.)

20              (DISPLAYED ON SCREEN.)

21   **BY MS. ROBERTS:**

22   **Q.**  THIS IS AN EMAIL FROM DAN RASURE DATED NOVEMBER 29TH,

23   2017, CORRECT?

24   **A.**  YES.

25   **Q.**  AND YOU ARE CC'D ON THIS EMAIL, CORRECT?

```
 1    A.  YES, I AM.

 2    Q.  IF YOU LOOK MIDWAY DOWN THE PAGE, THERE'S AN EMAIL FROM

 3    MR. RASURE ON NOVEMBER 29TH, 2017 AT 8:24 A.M.

 4        DO YOU SEE THAT?

 5    A.  YES.

 6    Q.  MR. RASURE TELLS YOU FIRST GOOGLE PAYMENT IS DONE, RIGHT?

 7    A.  YES.

 8    Q.  TURN NOW PLEASE TO TX620.

 9        MS. ROBERTS:  YOUR HONOR, WE MOVE TO ADMIT THIS

10    EXHIBIT.

11        MR. PISTORINO:  NO OBJECTION.

12        THE COURT:  ADMITTED.

13        (TRIAL EXHIBIT 620 RECEIVED IN EVIDENCE.)

14             (DISPLAYED ON SCREEN.)

15        THE WITNESS:  OKAY.  SORRY.

16    BY MS. ROBERTS:

17    Q.  THIS IS AN EMAIL FROM DANIEL WOODS DATED DECEMBER 5TH,

18    2017 TO DAN RASURE, CORRECT?

19    A.  YES.

20    Q.  AND YOU ARE CC'D ON THIS EMAIL?

21    A.  YES, I AM.

22    Q.  IF YOU LOOK AT THE SECOND EMAIL THAT'S ON THE BOTTOM OF

23    THE FIRST PAGE, THAT IS AN EMAIL FROM DANIEL WOODS AND YOU ARE

24    ALSO CC'D ON THAT EMAIL?

25    A.  CORRECT.
```

1    **Q.**   AND THAT EMAIL IS DIRECTED TO DAN RASURE, RIGHT?

2    **A.**   YES.

3    **Q.**   MR. WOODS TELLS MR. RASURE, "DAN, WOKE UP THIS MORNING TO

4    THE FOLLOWING MESSAGE.  YOUR DOMAIN'S G SUITE ACCOUNT HAS BEEN

5    SUSPENDED", IS THAT RIGHT?

6    **A.**   YES.

7    **Q.**   AND AT THE BOTTOM OF THAT FIRST PAGE, MR. WOODS TELLS

8    MR. RASURE, "JIM TELLS ME THAT YOU ONLY PAID ROUGHLY HALF OF

9    THE BILL.  I'M NOT SURE WHY THAT WAS, HOWEVER, WE NO LONGER

10   HAVE ACCESS TO GMAIL.  WE MUST HAVE IT PAID ASAP."

11       IS THAT RIGHT?

12   **A.**   YES.  AS I HAD TOLD HIM WOULD HAPPEN.

13   **Q.**   THE "JIM" THERE BEING REFERENCED IS YOU, CORRECT?

14   **A.**   YES.

15   **Q.**   TURN PLEASE TO TX918.  I BELIEVE THIS IS ALREADY ADMITTED.

16                    (DISPLAYED ON SCREEN.)

17   **A.**   OKAY.

18   **Q.**   SO THIS WAS THE EMAIL THAT CONTAINED YOUR INSTRUCTIONS TO

19   MR. RASURE ON HOW TO PAY THE G SUITE BILL, RIGHT?

20   **A.**   YES.

21   **Q.**   IF YOU COULD TURN TO YOUR EMAIL WITH THE INSTRUCTIONS.

22   **A.**   OKAY.

23   **Q.**   ON THE SECOND PAGE OF THE EXHIBIT -- I'M SORRY, THE THIRD

24   PAGE OF THE EXHIBIT.

25   **A.**   I'M SORRY, THE THIRD PAGE OR THE SECOND?

1    **Q.**   THE PAGE ENDING IN 3 AT THE BOTTOM AND IT'S GOT YOUR

2    SIGNATURE ON IT.

3    **A.**   OKAY.

4    **Q.**   SO IN YOUR INSTRUCTIONS THERE'S -- YOU SEE PARAGRAPH 5

5    THERE?

6        YOU TELL MR. RASURE, "IF YOU LEAVE YOUR CREDIT CARD OR

7    BANK ACCOUNT ON THE ACCOUNT, THEN YOU CAN PROBABLY MAKE THE

8    MINIMUM PAYMENT AND THE SYSTEM WOULD AUTOMATICALLY CHARGE THE

9    NEXT PAYMENT WHEN IT IS DUE."

10       RIGHT?

11   **A.**   YES.

12   **Q.**   SO YOU KNEW THAT LEAVING HIS CREDIT CARD NUMBER IN THERE

13   WOULD RESULT IN ADDITIONAL AUTOMATIC CHARGES LATER?

14   **A.**   YES.   THAT'S THE WAY ONLINE SERVICES WORK.

15       I DON'T THINK THERE'S ANY OTHER WAY TO DO IT.  I DON'T

16   THINK YOU CAN PUT A CREDIT CARD NUMBER ON AND NOT HAVE IT AUTO

17   RENEW.

18   **Q.**   YOU UNDERSTOOD THAT IF HE PUT HIS CREDIT CARD NUMBER IN,

19   IT WOULD AUTOMATICALLY BE CHARGED IN THE FUTURE?

20   **A.**   YES.

21   **Q.**   AND YOU TELL HIM, "IF IT GIVES YOU THE OPTION OF SAVING

22   THE CREDIT CARD INFO, PLEASE INDICATE YES", RIGHT?

23   **A.**   CORRECT.

24   **Q.**   TURN NOW PLEASE TO TX643.

25           **MS. ROBERTS:**  YOUR HONOR, WE MOVE TO ADMIT THIS

NEWTON – CROSS / ROBERTS

1  EXHIBIT.

2          **MR. PISTORINO:** NO OBJECTION.

3          **THE WITNESS:** OKAY.

4          **THE COURT:** 643 IS ADMITTED.

5          (TRIAL EXHIBIT 643 RECEIVED IN EVIDENCE)

6                  (DISPLAYED ON SCREEN.)

7  **BY MS. ROBERTS:**

8  **Q.** THIS IS AN EMAIL FROM DAN WOODS TO DAN RASURE DATED

9  FEBRUARY 1ST, 2018, CORRECT?

10  **A.** YES.

11  **Q.** YOU ARE CC'D ON THIS EMAIL?

12  **A.** YES.

13  **Q.** IF YOU TURN TO PAGE 3 OF THIS DOCUMENT.

14  **A.** OKAY.

15  **Q.** YOU'LL SEE THAT THE CHAIN BEGINS WITH AN EMAIL FROM

16  MR. RASURE SAYING HE DID NOT AUTHORIZE A $5,919 CHARGE TO

17  GOOGLE AND ASKING FOR IT TO BE REMOVED. CORRECT?

18  **A.** YES.

19  **Q.** AND MR. WOODS THEN IN THE FOLLOWING EMAIL ASKS YOU TO

20  PLEASE INVESTIGATE THE CHARGE WITH GOOGLE, CORRECT?

21  **A.** YES.

22  **Q.** AND IN THE MOST RECENT EMAIL OF THE CHAIN, THE ONE AT THE

23  VERY TOP OF PAGE 1, MR. WOODS TELLS MR. RASURE THAT YOU WERE

24  UNABLE TO DO ANYTHING ONLINE EXCEPT REMOVE THE CREDIT CARD,

25  CORRECT?

NEWTON – CROSS / ROBERTS

1    **A.**  YES.

2    **Q.**  YOU WEREN'T ABLE TO REVERSE THE CHARGE, RIGHT?

3    **A.**  GOOGLE DOESN'T DO THAT.

4    **Q.**  MR. WOODS PASSED AWAY –– PASSED ALONG YOUR EXPLANATION

5    THAT THE CREDIT CARD WAS FLAGGED AS THE PRIMARY RESULTING IN

6    THE AUTO CHARGE, CORRECT?

7    **A.**  YES.

8    **Q.**  WITH RESPECT TO THESE EXPENSES RELATING TO THE GOOGLE

9    SUITE ACCOUNT, MR. RASURE WAS NOT REPAID BY TECHSHOP, CORRECT?

10   **A.**  NO.  WHY WOULD HE HAVE BEEN?

11   **Q.**  YES OR NO, HE DIDN'T GET REPAID FOR THOSE PAYMENTS?

12   **A.**  NO.

13          **MS. ROBERTS:**  NO FURTHER QUESTIONS.

14          **THE COURT:**  ANY REDIRECT?

15          **MR. PISTORINO:**  JUST A FEW.

16   MAYBE I WILL GO BACKWARDS.

17                 **REDIRECT EXAMINATION**

18   **BY MR. PISTORINO:**

19   **Q.**  YOU WERE ASKED QUESTIONS ABOUT EXHIBIT 643 ABOUT THESE

20   GOOGLE G SUITE CHARGES, DO YOU RECALL THAT?

21   **A.**  YES.

22   **Q.**  AND ALL OF THESE EXHIBITS, THESE ARE INSTANCES WHERE

23   MR. RASURE PUT IN HIS CREDIT CARD INFORMATION, CORRECT?

24   **A.**  YES.

25   **Q.**  DID TECHSHOP EVER GET MR. RASURE'S CREDIT CARD

1   INFORMATION?

2   **A.**  NO.

3   **Q.**  OKAY.

4   **A.**  THAT'S WHY WE HAD -- WE SIGNED UP AN ACCOUNT ON -- SIGNED

5   UP AN ACCOUNT ON THE MASTER ACCOUNT THAT ONLY HE HAD ACCESS

6   TO.

7   **Q.**  SO WHATEVER HAPPENED, TECHSHOP DIDN'T DO IT, CORRECT?

8   **A.**  CORRECT.

9   **Q.**  I WANT TO TURN YOU TO WHAT WAS MARKED AS TX652.

10  **A.**  IS THAT IN THIS --

11  **Q.**  IT'S IN THE WHITE BINDER.

12  **A.**  OKAY.

13                      (DISPLAYED ON SCREEN.)

14  **Q.**  WITH ME?

15  **A.**  OKAY.  YES.

16  **Q.**  THAT WAS AN EMAIL FROM MR. RASURE DATED THURSDAY,

17  FEBRUARY 15TH.  WITH ME?

18  **A.**  YES.

19  **Q.**  AND THAT WAS THE DAY AFTER TECHSHOP HAD WRITTEN HIM A

20  LETTER SAYING HE DIDN'T HAVE THE RIGHT TO USE THE TECHSHOP

21  TRADEMARKS, CORRECT?

22  **A.**  YES.

23  **Q.**  OKAY.

24      AND I'M JUST CURIOUS HERE, WAS THIS THE SAME DAY THAT THE

25  ARTICLE APPEARED IN THE *SAN FRANCISCO CHRONICLE* ABOUT

1    MR. RASURE OPENING TECHSHOP 2.0 AT TECHSHOP'S FORMER FACILITY

2    IN SAN FRANCISCO?

3    **A.**   YES.

4    **Q.**   THAT'S THE ONE WE SAW EARLIER?

5    **A.**   YES.

6    **Q.**   LATER THAT SAME DAY, THURSDAY, FEBRUARY 15TH, MR. RASURE

7    WROTE YOU AND MEMBERS OF THE TECHSHOP BOARD, AND HE SAYS,

8    "TODAY WAS A GREAT DAY".

9       DO YOU SEE THAT?

10   **A.**   YES, I DO.

11   **Q.**   IN LIGHT OF THE FACT THAT TECHSHOP HAD WRITTEN MR. RASURE

12   A LETTER AND TOLD HIM THAT HE DIDN'T HAVE THE RIGHT TO USE THE

13   TECHSHOP MARKS, BUT THAT HE CONTINUED ON, AND AN ARTICLE

14   APPEARED IN THE *SAN FRANCISCO CHRONICLE* ABOUT MR. RASURE DOING

15   JUST THAT, DID TECHSHOP FEEL LIKE THURSDAY, FEBRUARY 15TH WAS

16   A GREAT DAY?

17   **A.**   NO.

18   **Q.**   WHAT WAS TECHSHOP'S REACTION AT THAT TIME?

19   **A.**   WE FELT THAT WE HAD BEEN KIND OF CHEATED.  WE HAD GONE

20   THROUGH TRYING TO NEGOTIATE, AND NEGOTIATIONS DIDN'T WORK BUT

21   HE STILL TOOK WHAT HE WANTED FROM THE DEAL.

22   **Q.**   THERE HADN'T BEEN ANY SIGNED FINAL DEAL GIVING HIM THE

23   RIGHT TO DO IT AT THAT TIME?

24   **A.**   NO.

25   **Q.**   WAS THERE EVER A SIGNED FINAL DEAL WITH MR. RASURE GIVING

1    HIM THE RIGHT TO USE THE TECHSHOP'S MARKS?

2    **A.**   NO.

3    **Q.**   SO, THURSDAY, FEBRUARY 15TH WAS NOT A GREAT DAY FOR

4    TECHSHOP; IS THAT RIGHT?

5    **A.**   CORRECT.

6    **Q.**   WHAT DO YOU THINK ABOUT MR. RASURE'S CLAIM THAT IT WAS A

7    GREAT DAY FOR HIM?

8    **A.**   I'M SURE IT WAS.

9    **Q.**   OKAY.

10       I KNOW WE HAVE SEEN THIS DOCUMENT IN AT LEAST TWO PLACES,

11   BUT I WILL USE THE MOST RECENT ONE.

12       IF YOU CAN TURN TO 649 IN THE WHITE BOOK.

13                      (DISPLAYED ON SCREEN.)

14   **A.**   OKAY.

15   **Q.**   AND IF YOU CAN GO TO THE LETTER OF FEBRUARY 14TH, WHICH IS

16   TWO PAGES IN -- THREE PAGES IN AS WE'VE GOT THE EXHIBIT HERE.

17       YOU RECALL BEING ASKED A FEW QUESTIONS BY MS. ROBERTS

18   ABOUT THIS ONE?

19   **A.**   YES.  YES.

20   **Q.**   OKAY.  AND I THINK YOU WERE ASKED DID THE LETTERS TELL

21   MR. RASURE TO STOP USING THE TECHSHOP MARKS -- I THINK -- DO

22   YOU RECALL A QUESTION LIKE THAT?

23   **A.**   YES.

24   **Q.**   IN THE LETTER, DID TECHSHOP TELL MR. RASURE THAT HE DIDN'T

25   HAVE THE RIGHT TO USE THE TECHSHOP MARKS?

 1    **A.**  YES.

 2    **Q.**  OKAY.

 3        SO WHAT WAS TECHSHOP'S FEELING; IF THEY TOLD MR. RASURE

 4    THAT HE DIDN'T HAVE THE RIGHT TO USE THE MARKS, WHAT DO YOU

 5    THINK HE SHOULD DO, DO YOU THINK HE SHOULD KEEP ON USING 'EM?

 6        **MS. ROBERTS:**  OBJECTION, CALLS FOR SPECULATION.

 7        **THE COURT:**  SUSTAINED.

 8    **BY MR. PISTORINO:**

 9    **Q.**  IF YOU COULD TURN IN YOUR BLACK BOOK TO TX351.

10        (DISPLAYED ON SCREEN.)

11    **A.**  OKAY.

12    **Q.**  THIS IS -- DO YOU RECALL A FEW QUESTIONS ABOUT THIS ONE?

13    **A.**  YES.

14    **Q.**  AND THIS IS ONE OF THE TRADEMARK REGISTRATIONS THAT IS AT

15    ISSUE IN THIS CASE, CORRECT?

16    **A.**  THAT'S CORRECT.

17    **Q.**  OKAY.

18        AND IT DOES SAY ON THE, I GUESS THE THIRD ACTUAL PAGE OF

19    THE EXHIBIT -- WELL, ACTUALLY THE SECOND PAGE IS THE

20    REGISTERED MARK IS TECHSHOP, RIGHT?

21    **A.**  YES.

22    **Q.**  OKAY.  AND WE HAVE SEEN THE VARIOUS VERSIONS OF THE

23    TECHSHOP MARKS THAT WERE USED BY MR. RASURE, CORRECT?

24        **MS. ROBERTS:**  OBJECTION.  THE DEMONSTRATIVE IS NOT IN

25    EVIDENCE.

1          **MR. PISTORINO:**  I AM NOT REFERRING TO THE

2     DEMONSTRATIVE, YOUR HONOR.

3          **THE COURT:**  OVERRULED.

4     **BY MR. PISTORINO:**

5     **Q.**  AND WHAT I WANT TO FOCUS ON IS ALL THE OTHER ONES OTHER

6     THAN THE THESHOP.BUILD, OKAY?  ALL THE OTHER ONES, TECHSHOP

7     2.0, THOSE, DID THEY HAVE THE WORD TECHSHOP IN IT?

8     **A.**  YES.

9     **Q.**  MODIFIED, RIGHT, BUT 2.0, CORRECT?

10    **A.**  CORRECT.

11    **Q.**  OKAY.  SO EACH ONE OF THOSE THAT YOU -- TECHSHOP 2.0, DID

12    YOU THINK THAT THAT WAS COVERED BY THE REGISTRATION THAT WE

13    SEE IN 351?

14    **A.**  SEEMS LIKE IT.  IF THE U.S.P.T.O. SAID IT WAS, THEN THAT'S

15    GOOD ENOUGH FOR ME.

16          **MR. PISTORINO:**  NOTHING FURTHER.

17          **THE COURT:**  ANY RECROSS?

18          **MS. ROBERTS:**  NO, YOUR HONOR.

19          **THE COURT:**  THANK YOU, MR. NEWTON.  YOU ARE EXCUSED.

20       THE PLAINTIFFS MAY CALL THEIR NEXT WITNESS.

21          **MR. PISTORINO:**  TECHSHOP CALLS DAN WOODS.

22          **MS. ROBERTS:**  COUNSEL, DO YOU HAVE COPIES OF THE

23    EXHIBITS FOR US?

24          **MR. PISTORINO:**  NO, WE DON'T HAVE ADDITIONAL COPIES.

25                (PAUSE IN THE PROCEEDINGS.)

1          **THE CLERK:**  IS SOMEONE RETRIEVING YOUR WITNESS?

2          **MR. PISTORINO:**  YES.

3          **THE CLERK:**  PLEASE COME UP TO THE WITNESS STAND AND

4     RAISE YOUR RIGHT HAND.

5        PLEASE COME UP TO THE WITNESS STAND AND RAISE YOUR RIGHT

6     HAND.

7        (**DANIEL WOODS,** CALLED AS A WITNESS FOR THE PLAINTIFF,

8     HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

9          **THE WITNESS:**  YES, I DO.

10          **THE CLERK:**  YOU MAY BE SEATED.  ONCE SEATED -- GO

11    AHEAD AND HAVE A SEAT -- ASK YOU TO PLEASE STATE AND SPELL

12    YOUR FIRST AND LAST NAME FOR THE RECORD, PLEASE.

13          **THE WITNESS:**  SURE.  DANIEL WOODS.  D-A-N-I-E-L

14    W-O-O-D-S.

15          **THE CLERK:**  THANK YOU.  THERE IS WATER IN THE

16    PITCHER.

17          **MR. PISTORINO:**  DO YOU NEED SOME WATER, SIR?

18          **THE WITNESS:**  WATER IS ALWAYS WELCOME.

19                        **<u>DIRECT EXAMINATION</u>**

20    **BY MR. PISTORINO:**

21    **Q.**  GOOD AFTERNOON, MR. WOODS.

22    **A.**  GOOD AFTERNOON.

23    **Q.**  PLEASE GO AHEAD AND INTRODUCE YOURSELF TO THE JURY.

24    **A.**  I AM DANIEL WOODS.  I'M KNOWN AS DAN WOODS TO MOST PEOPLE.

25    **Q.**  CAN YOU TELL US A LITTLE BIT ABOUT YOURSELF, SIR?

WOODS – DIRECT / PISTORINO

1   **A.**  SURE.  WAS BORN IN CANADA, GREW UP IN THE BAY AREA ON THE

2   PENINSULA.

3       I GRADUATED FROM MENLO ATHERTON HIGH SCHOOL.  WAS --

4   SERVED THREE YEARS ACTIVE DUTY MILITARY.  WENT TO SAN JOSE

5   STATE ON THE GI BILL.  WORKED ABOUT 40 YEARS, MOSTLY IN

6   INFORMATION SERVICES AND TECHNOLOGY WITHIN SILICON VALLEY.

7       I HAVE A LOVELY WIFE OF 30 YEARS AND THREE ADULT CHILDREN.

8   SO I DON'T KNOW WHAT ELSE YOU WANT TO KNOW.

9   **Q.**  I FEEL LIKE I'M GOING TO SPEAK FOR THE COURT REPORTER AND

10  ASK IF YOU CAN SLOW DOWN A LITTLE BIT FOR US.

11      TELL US A LITTLE BIT ABOUT YOUR WORK HISTORY.

12  **A.**  YEAH.  I HAVE A DEGREE IN AERONAUTICS.  MY FIRST TENURE

13  WAS SPENT IN AEROSPACE FOR LOCKHEED.

14      FOLLOWING THAT, I -- AS I SAID, I SPENT ABOUT -- AFTER

15  LOCKHEED SPENT ABOUT 25 YEARS WORKING MOSTLY IN ONLINE

16  INFORMATION SERVICES AND PUBLISHING WHICH LED ME TO A COMPANY

17  CALLED O'REILLY MEDIA, WHICH IS A LEADING TECHNOLOGY

18  PUBLISHER.  I WAS VP OF MARKETING THERE.

19      AND IT WAS THERE THAT WE LAUNCHED A MAGAZINE CALLED *MAKE*:

20  MAGAZINE AND LATER CREATED SOMETHING CALLED MAKER FAIRE.  I

21  WAS A CO-FOUNDER OF BOTH OF THOSE BRANDS.

22      AND THEN IN 2011, I LEFT THERE AND JOINED TECHSHOP.

23  **Q.**  BEFORE WE TALK ABOUT YOUR EXPERIENCE WITH TECHSHOP, I WANT

24  TO GO BACK A LITTLE BIT TO YOUR WORK WITH *MAKE*: MAGAZINE.

25      CAN YOU DESCRIBE FOR THE JURY WHAT WAS OR IS *MAKE*:

WOODS – DIRECT / PISTORINO

1  MAGAZINE?

2  **A.**  SURE.

3  *MAKE*: MAGAZINE REALLY CHRONICLES THE LIFE AND LIFESTYLE

4  AND PROJECTS OF PEOPLE THAT LIKE TO MAKE AND CREATE THINGS IN

5  THEIR OWN GARAGE, THEIR BACKYARD, THEIR LIVING ROOM.  NOT

6  NECESSARILY FOR THEIR WORK, BUT THESE ARE PEOPLE WHO LIKE TO

7  MAKE THINGS BECAUSE THEY CAN'T HELP THEMSELVES.

8  WE ALL KNOW SOMEONE IN THEIR BACKYARD OR SOMEONE WHO LIKES

9  TO CREATE THINGS, ROBOTS, AND TAKE THINGS APART AND REASSEMBLE

10  THEM TO DO SOMETHING NEW THAT IS UNEXPECTED.

11  THIS WAS A MAGAZINE THAT REALLY CELEBRATED PEOPLE LIKE

12  THAT.  IT WAS DEFINITELY A WORLDWIDE GLOBAL AUDIENCE OF

13  SUBSCRIBERS.

14  **Q.**  SO WHAT YEAR DID YOU FOUND *MAKE*: MAGAZINE?

15  **A.**  THE MAGAZINE WAS FOUNDED IN 2004.

16  **Q.**  AND THEN WHEN WERE YOU LAST EMPLOYED BY *MAKE*: MAGAZINE OR

17  WITH *MAKE*: MAGAZINE?

18  **A.**  2011.

19  **Q.**  BY NOVEMBER 2011, WHEN YOU LEFT *MAKE*: MAGAZINE, JUST GIVE

20  US AN IDEA WHAT THE CIRCULATION OF *MAKE*: MAGAZINE WAS AT THAT

21  TIME?

22  **A.**  AS I RECALL, THE PAGE CIRCULATION WAS ABOUT 80,000 AT THE

23  TIME.  THE TOTAL CIRCULATION WAS APPROXIMATELY 120,000.

24  MAGAZINES NORMALLY -- THERE'S A LOT OF THEM THAT ARE GIVEN

25  AWAY OR THEY GET DISTRIBUTED THROUGH LIBRARIES AND OTHER

1    SOURCES, BUT IT WAS APPROXIMATELY WHAT THE SUBSCRIPTION BASE

2    WAS AT THE TIME.

3    **Q.**   WAS *MAKE*: MAGAZINE DISTRIBUTED LOCALLY, REGIONALLY,

4    NATIONALLY, INTERNATIONALLY?

5    **A.**   IT WAS DEFINITELY AN INTERNATIONAL AUDIENCE.

6        GERMANY WAS ONE OF OUR -- WAS ACTUALLY OUR LARGEST

7    OVERSEAS MARKET AT THE TIME, BUT VIRTUALLY EVERY COUNTRY,

8    INCLUDING A LOT OF ACTIVE DUTY MILITARY LIKE TO READ IT, SO WE

9    SHIPPED A LOT TO AFGHANISTAN AND IRAQ AS WELL.

10   **Q.**   YOU MENTIONED EARLIER, I THINK THAT YOU HAD SOME MILITARY

11   SERVICE.  TELL US WHAT THAT WAS.

12   **A.**   SURE.  THREE YEARS UNITED STATES ARMY, REGULAR ARMY.  1974

13   TO 1977.

14   **Q.**   OKAY.  WAS THAT BEFORE OR AFTER YOU GOT YOUR DEGREE?

15   **A.**   THAT WAS BEFORE I GOT MY DEGREE.

16   **Q.**   SO I WANT TO GO BACK TO *MAKE*: MAGAZINE FOR A MOMENT.

17       BEFORE YOU, YOU HAVE A BINDER WITH A BUNCH OF DOCUMENTS IN

18   IT.  IN THE BINDER, IF YOU CAN TURN TO THE NUMBER THAT'S

19   MARKED 298.

20   **A.**   THE BINDER SAYS "NEWTON".  SHOULD IT --

21   **Q.**   THAT'S FINE.

22   **A.**   WHICH PAGES?

23   **Q.**   THE TAB MARKED 298.

24       **MR. PISTORINO:**  AND I BELIEVE THIS IS ALREADY

25   ADMITTED.

1          **THE WITNESS:**  OKAY.

2                    (DISPLAYED ON SCREEN.)

3     **BY MR. PISTORINO:**

4     **Q.**  THERE WE GO.  ARE YOU WITH ME THERE?

5     **A.**  YES.

6     **Q.**  IS THAT ONE OF THE ISSUES OF *MAKE*: MAGAZINE FROM 2014?

7     **A.**  I'M SORRY, I DIDN'T HEAR.

8     **Q.**  WHAT WE ARE SEEING HERE ON NO. 298, IS THAT AN IMAGE OF

9     ONE OF THE ISSUES OF *MAKE*: MAGAZINE.  THIS PARTICULAR ONE IS

10    FROM 2014, CORRECT?

11    **A.**  THAT'S CORRECT.

12    **Q.**  OKAY.

13       AND SO THIS WOULD HAVE GONE OUT TO THAT LARGER AUDIENCE

14    YOU WERE DESCRIBING, RIGHT?

15    **A.**  THAT'S CORRECT.

16    **Q.**  AND THEN IF YOU JUST TURN TO THE NEXT PAGE IN THE

17    DOCUMENT, YOU WILL SEE AN ARTICLE TITLED "TECHSHOP'S NOT SO

18    SECRET INGREDIENT", RIGHT?

19    **A.**  THAT'S CORRECT.

20    **Q.**  AND IF YOU KEEP FLIPPING THROUGH IT, YOU SEE MORE AND MORE

21    PAGES ABOUT TECHSHOP, RIGHT?

22    **A.**  THAT'S CORRECT.

23    **Q.**  SO ARE THESE THE KINDS OF ARTICLES THAT *MAKE*: MAGAZINE

24    PUBLISHED?

25    **A.**  YEAH, AMONGST OTHERS.  WE LIKED TO ENGAGE MAKERS AND MAKE

1    THEM AWARE OF THE KINDS OF RESOURCES THAT WERE AVAILABLE.

2    THERE WERE A LOT OF HOW TO DIY PROJECTS, BUT WE WOULD ALSO

3    TELL THEM A LOT ABOUT OTHER HACKER SPACES, MAKERSPACES THAT

4    WERE COMING INTO EXISTENCE --

5            **THE REPORTER:**  I'M SORRY.

6    **BY MR. PISTORINO:**

7    **Q.**  THE COURT REPORTER WILL BE WRITING DOWN EVERYTHING YOU

8    SAY, SO YOU WILL HAVE TO GO SLOW ENOUGH FOR HER TO ABLE TO

9    TYPE IT DOWN.

10   **A.**  I'M SORRY.  I AM NOTORIOUS FOR SPEAKING FAST.

11   **Q.**  LET'S TRY AGAIN.

12   **A.**  SURE.

13   **Q.**  I ASKED IS THIS THE KINDS OF ARTICLES THAT APPEARED IN

14   *MAKE*: MAGAZINE?

15   **A.**  YES.

16   **Q.**  OKAY.  CAN YOU TELL US MORE ABOUT THEM?

17   **A.**  SURE.

18       WE WOULD PUBLISH A LOT OF ARTICLES THAT WERE OF INTEREST

19   TO MAKERS, PEOPLE THAT NEEDED TO KNOW ABOUT SOURCES OF

20   RESOURCES, WHERE THEY COULD MAKE THINGS, WHERE THEY COULD

21   CREATE THINGS, AND MAKE THEM MORE AWARE OF NEW PLATFORMS AND

22   COMMUNITY SPACES THAT WERE COMING INTO EXISTENCE.

23       YOU KNOW, AT THE TIME, 2014, YOU KNOW, IT WAS VERY

24   RELEVANT THAT THEY KNOW ABOUT A NETWORK OF MAKERSPACES.

25   **Q.**  AT THE TIME THAT YOU LEFT *MAKE:* MAGAZINE IN 2011, WAS

1    *MAKE:* MAGAZINE THE LARGEST PUBLICATION IN THE WORLD DIRECTED

2    TO MAKERS?

3    **A.**  YES, IT WAS.

4    **Q.**  OKAY.

5       YOU ALSO MENTIONED THAT AROUND THIS TIME YOU HAD SOME

6    INVOLVEMENT WITH SOMETHING CALLED MAKER FAIRE.  CAN YOU TELL

7    THE JURY WHAT MAKER FAIRE IS OR WAS?

8    **A.**  SURE.

9       MAKER FAIRE WAS A LARGE PUBLIC EVENT THAT IS INTENDED TO

10   PROVIDE AN OPPORTUNITY FOR MAKERS, INDIVIDUAL MAKERS FREE OF

11   CHARGE TO COME AND DISPLAY AND SHARE WITH THE PUBLIC THE KINDS

12   OF THINGS THAT THEY CREATE ON THEIR OWN TIME IN THEIR

13   BASEMENTS AND BACKYARDS AND KITCHEN TABLES.

14      THINK OF IT A LITTLE BIT LIKE A SCIENCE FESTIVAL, ONLY

15   IT'S NOT JUST FOR SIXTH AND SEVENTH GRADE KIDS, IT IS FOR

16   EVERYONE.  SO WE WOULD HAVE A GIRL SCOUT TROOP FROM SANTA ROSA

17   WHO BUILT THEIR OWN TELESCOPE FROM SCRATCH.  WE WOULD HAVE

18   OTHER PEOPLE THERE THAT HAD DEVELOPED NEW EQUIPMENT OR

19   MACHINERY FOR BREWING THEIR OWN BEER AT HOME.  SO A LARGE

20   PUBLIC EVENT.

21      THE VERY FIRST MAKER FAIRE WE DID IN 2006, WE GOT ABOUT

22   20,000 PEOPLE AT THE SAN MATEO COUNTY FAIR GROUNDS.  THEY NOW

23   CALL IT THE EXPOSITION CENTER.  THE LAST MAKER FAIRE A COUPLE

24   OF WEEKS AGO, THE SAME LOCATION, ABOUT A HUNDRED TWENTY

25   THOUSAND PEOPLE, I THINK, OVER THE COURSE OF A WEEKEND.

1    SO IT'S AN OPPORTUNITY FOR PEOPLE TO LEARN, TO ENGAGE, GET

2    THEIR KIDS INVOLVED, HANDS-ON PROJECTS, WORKSHOPS, FIND OUT

3    ABOUT NEW PRODUCTS THAT ARE OUT THERE.  AND A SENSE OF

4    COMMUNITY FOR THE MAKERS.

5    **Q.**  IF I CAN ASK, OTHER THAN THE MAKER FAIRE THAT WAS BEING

6    HELD DOWN IN THE SAN MATEO COUNTY CONVENTION CENTER, WERE

7    THERE OTHER MAKER FAIRES?

8    **A.**  THERE ARE HUNDREDS, THOUSANDS OF OTHER MAKER FAIRES.

9    THERE ARE REALLY THREE DIFFERENT LEVELS OF MAKER FAIRES.  THE

10   REALLY LARGE MAKER FAIRES THAT WE DID OURSELF COMPLETELY WITH

11   OUR OWN TEAM, THERE WERE TWO.  ONE WAS IN NEW YORK IN QUEENS

12   AND ONE HAS ALWAYS BEEN HELD DOWN AT SAN MATEO COUNTY FAIR

13   GROUNDS EVERY SPRING.

14   THERE ARE MAKER MEDIA LICENSES THE RIGHT TO PRODUCE A

15   MAKER FAIRE TO OTHER APPROVED ENTITIES AROUND THE WORLD.  SO

16   SHENZHEN, BEIRUT, ROME, PARIS, CAIRO, DUBAI, LITERALLY

17   HUNDREDS OF THESE ALL AROUND THE PLANET THAT ARE HELD.

18   THEN THERE'S WHAT WE CALL MINI MAKER FAIRES THAT CAN BE

19   HELD EVEN IN A K12 SCHOOL THAT COSTS LIKE $50.  AND YOU GET

20   ALL THE MATERIALS AND A COOKBOOK THAT TEACHES YOU HOW TO RUN A

21   MAKER FAIRE BASICALLY.  AND THERE ARE LITERALLY TENS OF

22   THOUSANDS OF THOSE ALL AROUND THE PLANET HELD EVERY WEEKEND.

23   **Q.**  AND THESE ARE ALL AN OUTGROWTH OF THE FOUNDING THAT YOU

24   DID OF THE MAKER FAIRE ORGANIZATION; IS THAT RIGHT?

25   **A.**  THAT'S RIGHT.

1  **Q.**  AND THEN I THINK I HEARD YOU MENTION THAT YOU WERE

2  ASSOCIATED WITH MAKE: AND MAKER FAIRE UNTIL ABOUT 2011,

3  CORRECT?

4  **A.**  THAT'S CORRECT.

5  **Q.**  AND WHAT HAPPENED IN 2011?

6  **A.**  LET ME BACK UP HERE, IF I MAY?

7  **Q.**  OKAY.

8  **A.**  I MET THE FOUNDER OF TECHSHOP AT THE VERY FIRST MAKER

9  FAIRE IN 2006.  HE DIDN'T YET HAVE A BUSINESS, BUT HE HAD A

10  CONCEPT.  AND SO I MET JIM NEWTON THERE.

11      AND JIM AND I REMAINED IN TOUCH OVER THE YEARS AS I WAS AT

12  *MAKE:* MAGAZINE.  AND I KNEW THAT IN 2011, HE WAS TRYING TO

13  BUILD A TEAM THAT WOULD EXPAND TECHSHOP TO OTHER LOCATIONS

14  OUTSIDE OF THE BAY AREA.  AT THE TIME THERE WERE THREE

15  LOCATIONS, MENLO PARK, SAN JOSE, AND SAN FRANCISCO.  AND JIM

16  WAS TRYING TO BUILD A TEAM THAT WOULD ALLOW HIM TO GO OUTSIDE

17  OF THE BAY AREA.

18      HE INVITED ME TO JOIN HIM AT TECHSHOP AND, FRANKLY, AT THE

19  TIME I'D SPENT ABOUT FIVE, SIX YEARS AT MAKE: AND I WAS READY

20  FOR A CHANGE OF PACE AS WELL.

21  **Q.**  OKAY.  HOW HAD YOU -- YOU MENTIONED YOU MET MR. NEWTON AT

22  THE FIRST MAKER FAIRE, CORRECT?

23  **A.**  THAT'S CORRECT.

24  **Q.**  AND DID TECHSHOP PARTICIPATE IN ANY OF THE OTHER MAKER

25  FAIRES BEFORE YOU JOINED?

WOODS – DIRECT / PISTORINO

1    **A.**  OH, ABSOLUTELY.  IN FACT, THEY HAD INITIALLY ONE SHOP IN

2    MENLO PARK, AND THEY HAD A LOT OF REALLY INTERESTING EQUIPMENT

3    LIKE LATHES, AND MILLS, AND WELDING.

4        WE ACTUALLY PROVIDED TECHSHOP, WHEN I WAS AT *MAKE:*, WE

5    PROVIDED TECHSHOP WITH ITS OWN BUILDING AT MAKER FAIRE TWICE

6    THE SIZE OF THIS ROOM, PERHAPS, WHERE THEY WOULD BRING IN ALL

7    OF THEIR EQUIPMENT, AND THEY WOULD RUN DEMONSTRATIONS AND

8    WELDING AND SHOW PEOPLE WHAT A MILL AND A LATHE WAS ALL ABOUT,

9    AND A HORIZONTAL SAW, AND THINGS LIKE THAT SO PEOPLE COULD --

10   SHOPS AND TOOLS WOULD BE MORE ACCESSIBLE TO EVERYDAY PEOPLE.

11       SO THEY WERE PRODUCING PROGRAMMING, IN EFFECT, FOR US AT

12   MAKER FAIRE.  IN EXCHANGE, WE ALLOWED THEM TO TAKE THE ENTIRE

13   BUILDING FOR THE COURSE OF MAKER FAIRE.

14   **Q.**  SO AT THESE MAKER FAIRE EVENTS WAS TECHSHOP PROMOTING ITS

15   NAME, ITS BRAND BY PARTICIPATING?

16   **A.**  ABSOLUTELY.  IT'S, YOU KNOW, EVEN WHEN I JOINED TECHSHOP

17   IT WAS VERY APPARENT.  AND JIM WOULD THANK US ALL THE TIME AT

18   *MAKE:* MAGAZINE THAT A LOT OF HIS INITIAL BRAND AWARENESS WAS

19   DEVELOPED AT THE COURSE OF MAKER FAIRE AND IN *MAKE:* MAGAZINE.

20       I SHOULD ALSO MENTION WE ALSO HAD AN EXTREMELY POPULAR

21   ONLINE WEBSITE, A BLOG, BASICALLY, MAKEZINE.COM.  AND

22   MAKEZINE.COM HAD MILLIONS OF UNIQUE VISITORS EVERY MONTH.

23   **Q.**  AND ON THE MAKEZINE.COM, DID SOME OF THESE ARTICLES THAT

24   WE SEE IN THE *MAKE:* MAGAZINE, DID THEY ALSO APPEAR THERE?

25   **A.**  MOST OF THEM DID.

1    **Q.**  OKAY.

2        SO IN 2011, YOU MADE THE DECISION TO JOIN TECHSHOP; IS

3    THAT RIGHT?

4    **A.**  THAT'S CORRECT.

5    **Q.**  AND WHAT WAS YOUR ROLE AT TECHSHOP, AT LEAST INITIALLY?

6    **A.**  I BASICALLY DID WHATEVER JIM NEEDED ME TO DO.  I THINK, AS

7    I RECALL, I THINK WE CREATED A TITLE LIKE DIRECTOR OF

8    MARKETING AT THE TIME.  BUT I WOULD -- WAS HELPING -- FRANKLY,

9    I WOULD HELP OUT WITH A LOT OF OPERATIONAL EVALUATION,

10   IMPROVING PROCEDURES WITHIN THE SHOPS.

11       I WAS DEFINITELY DOING A LOT OF MARKETING, COMMUNITY

12   DEVELOPMENT, AND HELPING TO MANAGE A SORT OF A FLEDGING

13   BUSINESS DEVELOPMENT EFFORT AT THE TIME.

14   **Q.**  I THOUGHT I HEARD YOU MENTION SORT OF, WAS IT ASSESSMENT,

15   OR THOUGHT I HEARD ASSESSMENTS AS ONE OF YOUR ROLES FOR

16   MARKETING.

17       DID I MISHEAR THAT?

18   **A.**  WELL, THE ASSESSMENT OF IT IS MORE OF AN OPERATIONAL

19   ASSESSMENT.  SO I WOULD GO INTO SHOPS AND I WOULD LOOK AT

20   CERTAIN THINGS THAT WERE WORKING WELL OR NOT WORKING WELL, AND

21   TRY TO MAKE EFFECTIVE CHANGES OPERATIONALLY WITHIN THE STORES.

22   VERY DIFFERENT THAN MARKETING PER SE.

23   **Q.**  CAN YOU DESCRIBE FOR THE JURY SOME OF THE MARKETING

24   EFFORTS YOU UNDERTOOK FOR TECHSHOP USING THE TECHSHOP BRANDS?

25   **A.**  YEAH.  WE DID NOT DO A LOT OF FORMAL ADVERTISING.  IT'S

1    AWFULLY EXPENSIVE AND WE DIDN'T HAVE THAT KIND OF MONEY.

2        WHAT WE DID WAS A LOT OF COMMUNITY ENGAGEMENT WHERE WE

3    WOULD TAP INTO COMMUNITIES OF INTEREST THAT HAD A NEED FOR A

4    MAKERSPACE LIKE TECHSHOP.

5        ONE OF THEM WAS VETERANS.  BEING A VETERAN MYSELF, I AM A

6    REALLY BIG BELIEVER THAT WE NEED TO DO A LOT MORE FOR VETERANS

7    OF OUR COUNTRY.  AND WE STRUCK UP A PROGRAM WITH ACTUALLY

8    DARPA AND THE VA TO SPONSOR 2,000 VETERANS FOR A YEAR EACH

9    WHERE THEY WOULD COME IN AND GET ACCESS TO THE TOOLS, THE

10   TRAINING, AND MORE IMPORTANTLY THE NETWORKING WITH OTHER

11   ENTREPRENEURS AND OTHER CREATIVE SPIRITS THAT YOU FIND IN THE

12   TECHSHOP IS THE KIND OF THING THAT THEY NEEDED TO GET A LEG

13   UP, NOT ONLY IN TERMS OF EMPLOYMENT POSSIBILITIES WITHIN

14   MANUFACTURING, BUT FOR MANY OF THEM TO ACTUALLY START THEIR

15   OWN COMPANY.

16       SIMILARLY, WE HAD A LOT OF PROGRAMS WHERE WE WOULD GO OUT

17   AND DO PROGRAMS FOR INNER CITY YOUTH.  WE DID PROGRAMS IN SAN

18   FRANCISCO FOR AT RISK YOUNG LADIES, PUBLIC HIGH SCHOOLS, WHERE

19   WE WOULD BRING THEM IN AND TEACH THEM EVERYTHING FROM TEXTILES

20   ALL THE WAY THROUGH ELECTRONICS, HOW TO ADD ELECTRONICS TO

21   THEIR TEXTILES, AND HOW TO CODE, AND HOW TO CREATE AND USE

22   THEIR HANDS AS WELL AS THEIR BRAINS, AND ENGAGE IN A PROJECT

23   THAT WOULD GIVE THEM A SENSE OF CONFIDENCE AS WELL AS

24   COMPETENT SKILLS AS WELL.

25       SO WE WOULD DO A LOT OF COMMUNITY ENGAGEMENT EFFORTS LIKE

WOODS - DIRECT / PISTORINO

1    THAT WITHIN THE COMMUNITY.

2    **Q.**  IF YOU CAN TURN IN YOUR BOOK WITH US TO THE DOCUMENTS

3    MARKED TAB TX215, WHICH I BELIEVE IS ALREADY ADMITTED.

4                    (DISPLAYED ON SCREEN.)

5        ARE YOU WITH ME THERE, SIR?

6    **A.**  I AM AT 215.

7    **Q.**  AND DO YOU RECOGNIZE THIS AS A COPY OF THE TECHSHOP

8    WEBSITE FROM BACK IN 2014?

9    **A.**  THAT'S CORRECT.

10   **Q.**  AND I SEE, AGAIN, WE HAVE HEARD OF -- AND SEVERAL TIMES

11   PRESIDENT OBAMA PICTURE THERE.

12       WERE YOU WITH TECHSHOP AT THE TIME PRESIDENT OBAMA CAME TO

13   THE TECHSHOP PITTSBURGH LOCATION?

14   **A.**  YES, I WAS.

15   **Q.**  WHAT WAS THE REACTION IN TECHSHOP TO HAVING PRESIDENT

16   OBAMA COME?

17   **A.**  WELL, IT WAS HUGE.  BY THE WAY, WE FOUND OUT LIKE THREE

18   DAYS BEFORE HE WANTED TO COME AND DO A TOWN HALL MEETING.  IT

19   WAS A LITTLE CHAOTIC BUT WE WERE CERTAINLY VERY PROUD AND

20   FLATTERED.

21       PRESIDENT OBAMA WANTED TO SPEAK ABOUT SMALL BUSINESSES AND

22   THE IMPORTANCE OF ENTREPRENEURISM AND MAKING WITHIN

23   COMMUNITIES, AND WE HAD, AS PART OF OUR COMMUNITY ENGAGEMENT

24   EFFORTS, WE HAD BEEN HELPING THE WHITE HOUSE WITH IDENTIFYING

25   AND RECRUITING WORTHY MAKERS FOR THE VERY FIRST WHITE HOUSE

1    MAKER FAIRE.  THEY WANTED TO DO THEIR OWN LITTLE MINI MAKER

2    FAIRE ON THE WHITE HOUSE GROUNDS.  SO THEY APPROACHED US AND

3    WE HELPED THEM WITH THAT.

4        AND THE MORE THEY FOUND OUT AND PRESIDENT OBAMA'S STAFF

5    FOUND OUT ABOUT TECHSHOP, THEY DECIDED TO SURPRISE US WITH A

6    REQUEST TO DO A TOWN HALL MEETING AT TECHSHOP PITTSBURGH.

7    **Q.**  OKAY.

8        OTHER THAN THIS ONE EXPERIENCE WITH PRESIDENT OBAMA COMING

9    TO THE TECHSHOP PITTSBURGH LOCATION, DID YOU DO ANY OTHER WORK

10   WITH THE WHITE HOUSE UNDER THE TECHSHOP BRAND?

11   **A.**  SURE.

12       AS I MENTIONED, WE DID THE FIRST WHITE HOUSE MAKER FAIRE

13   BY HELPING TO RECRUIT INDIVIDUALS THAT, YOU KNOW, WERE MAKERS

14   THAT WE THOUGHT WOULD BE INTERESTING AT A WHITE HOUSE MAKER

15   FAIRE.

16       I MENTIONED THE VETERAN PROGRAM TO YOU A FEW MINUTES AGO,

17   SO WE IDENTIFIED A LOT OF REALLY INTERESTING VETERANS WHO

18   STARTED THEIR OWN BUSINESSES AND INVITED THEM TO COME TO THE

19   WHITE HOUSE AND VISIT WITH PRESIDENT OBAMA AND CELEBRATE THEIR

20   MAKER FAIRE.  SO THAT WAS ONE EVENT WE DID.

21       I WAS ALSO INVITED TO SPEAK AT THE WHITE HOUSE AT A

22   MEETING OF ABOUT 200 DIFFERENT MAKERSPACES AROUND THE COUNTRY,

23   AND WHERE WE GOT TOGETHER TO TRY TO DEFINE HOW MAKERSPACES

24   COULD WORK TOGETHER BETTER TO THE BENEFIT OF COMMUNITIES

25   AROUND THE COUNTRY.

1    **Q.**  OKAY.

2        JUST BECAUSE YOU MENTIONED IT, IF YOU CAN TURN TO THE

3    DOCUMENT WE MARKED TX349 IN YOUR BOOK, WHICH I BELIEVE IS ALSO

4    ALREADY ADMITTED.

5                        (DISPLAYED ON SCREEN.)

6    **A.**  I AM AT 349.

7    **Q.**  THIS IS A BROCHURE TALKING ABOUT THE TECHSHOP STEAM

8    SCHOLARSHIP PROGRAM.  IS THIS THE KIND OF MARKETING ACTIVITIES

9    THAT YOU WERE UNDERTAKING ON BEHALF OF TECHSHOP?

10   **A.**  YES.

11   **Q.**  OKAY.

12       AND DID YOU HAVE ANY INVOLVEMENT IN TRYING TO, I GUESS,

13   RAISE THE FUNDS TO FUND SCHOLARSHIPS FOR 1,000 YOUNG MINDS?

14   **A.**  YES, I DID.

15       WE WOULD GO OUT TO COMMUNITIES, CORPORATIONS, AND WE

16   WOULD -- A LOT OF CORPORATIONS ARE INTERESTED IN HANDS-ON WAYS

17   THAT THEY CAN PROVIDE MONEY THAT WILL IMPACT YOUTH WITHIN

18   THEIR COMMUNITY.  ANY MAKERSPACE, SUCH AS TECHSHOP, IS IN A

19   UNIQUE POSITION TO PROVIDE AFTER SCHOOL PROGRAMS AND -- EXCUSE

20   ME, I DON'T KNOW IF YOU'VE GONE OVER STEAM, WHAT THAT MEANS

21   HERE?

22   **Q.**  I'M NOT SURE IF WE HAVE.  GO AHEAD.

23   **A.**  IT'S SCIENCE, TECHNOLOGY, ENGINEERING, ART, AND

24   MATHEMATICS.  A LOT OF TIMES YOU WILL HEAR STEM.  WE THOUGHT

25   AND A LOT OF OTHER PEOPLE DO, IT'S IMPORTANT TO DO ADD ART TO

1    ENGAGE MORE YOUTH AND BE A LITTLE LESS EXCLUSIVE AND BRING

2    MORE PEOPLE TOGETHER IN ONE PLACE.

3        AND SO WE WOULD DO STEAM PROGRAMMING WORKSHOPS AND WE

4    WOULD GO GET FUNDS FROM CORPORATIONS, FOUNDATIONS TO SUPPORT

5    THOSE.

6    **Q.**  OKAY.  IF YOU CAN, TURN WITH ME IN YOUR BOOK TO TX373.  I

7    DON'T BELIEVE THIS ONE IS ADMITTED.

8            **THE CLERK:**  NO.

9            **MR. PISTORINO:**  SO I WILL ASK FOR IT TO BE ADMITTED,

10   YOUR HONOR.

11           **THE WITNESS:**  I AM AT 373.

12           **MR. PISTORINO:**  ONE MOMENT, PLEASE.

13           **MS. ROBERTS:**  NO OBJECTION.

14           **THE COURT:**  373 IS ADMITTED.

15           **MR. PISTORINO:**  THANK YOU.

16               (TRIAL EXHIBIT 373 RECEIVED IN EVIDENCE.)

17                   (DISPLAYED ON SCREEN.)

18   **BY MR. PISTORINO:**

19   **Q.**  THIS TALKS ABOUT THE REGISTRATION OPEN FOR STEAM SUMMER

20   CAMPS, RIGHT?

21   **A.**  THAT'S CORRECT.

22   **Q.**  IS THIS WHAT YOU WERE JUST DESCRIBING TO US THE STEAM

23   SUMMER CAMPS IN YOUR MARKETING ACTIVITIES FOR TECHSHOP THAT

24   YOU WERE DEVELOPING?

25   **A.**  THIS WAS ONE TIME OF STEAM CAMP.  THESE WERE -- THESE WERE

WOODS – DIRECT / PISTORINO

1  GENERALLY CAMPS, NOT ALWAYS, BUT GENERALLY CAMPS THAT PARENTS

2  WOULD PAY FOR TO BRING THEIR CHILDREN IN THE SUMMER.  SO A LOT

3  OF PARENTS ARE LOOKING FOR THINGS FOR THEIR KIDS TO DO DURING

4  THE SUMMER, AND THIS IS AN OPPORTUNITY FOR THEM TO DO

5  SOMETHING THAT'S CONSTRUCTIVE.  THEY LEARN A LOT, THEY GET

6  EXPOSED TO TECHNOLOGY, SO WE PUT TOGETHER STEAM SUMMER CAMP

7  PROGRAMS, YES.

8  **Q.**  I SEE IN THE DESCRIPTION, THE CAMPS ARE OPEN, OR AT LEAST

9  REGISTRATION, WITH YOUTH PROGRAMS FOR AGES 8 TO 17, RIGHT?

10  **A.**  THAT'S CORRECT.  EIGHT YEARS OLD WAS THE YOUNGEST THAT OUR

11  INSURANCE CARRIER WOULD ALLOW US TO BRING IN TO TECHSHOP FOR A

12  PUBLIC EVENT.

13  **Q.**  AND AT TECHSHOP WERE THERE POWER SAWS, POWER TOOLS?

14  **A.**  YES, THERE WAS, BUT NOT -- WE HAD A -- THERE WAS A POLICY

15  THAT WAS AGE DEPENDENT.  WHAT KIND OF CLASSES YOU WERE ALLOWED

16  TO TAKE ALONE, WITHOUT YOUR PARENT, WHICH KIND OF CLASSES YOU

17  COULD TAKE BUT YOU HAD TO HAVE A PARENT, AND WHICH KIND OF

18  CLASSES YOU COULDN'T TAKE AT ALL IF YOU WERE AT A CERTAIN AGE.

19      SO IT WAS KIND OF A MATRIX LIKE THAT.  AND, NO, EIGHT YEAR

20  OLDS ARE NOT COMING IN USING POWER SAWS.

21  **Q.**  WHAT KIND OF EQUIPMENT COULD THE EIGHT YEAR OLDS LEARN TO

22  USE AT TECHSHOP AS PART OF THE SUMMER CAMPS?

23  **A.**  THERE'S A LOT OF HAND TOOLS THAT PEOPLE NEED TO LEARN HOW

24  TO USE.  SO THEY WERE ABLE TO USE THOSE.

25      WE WOULD DO, IF WE HAD WAIVERS, WE WOULD DO VERY BASIC

1    SOLDERING, LEARN TO SOLDER WORKSHOPS.

2        CERTAINLY WE COULD USE SOFTWARE AND TEACH THEM HOW TO DO

3    COMPUTER DESIGN OF PROJECTS, IDEAS, OBJECTS, THAT THEY COULD

4    THEN TAKE TO A LASER CUTTER AND EITHER ETCH OR CUT OUT.  LASER

5    CUTTER, IF YOU ARE NOT FAMILIAR, THAT MAY SOUND SUPER

6    DANGEROUS.  IT'S ACTUALLY NOT.  BUT IT'S COMPUTER NUMERICALLY

7    CONTROLLED MANUFACTURING THAT ALLOWS YOU TO TAKE A DESIGN AND

8    DRIVE THAT INTO THE... WHATEVER THE ADDITIVE OR SUBTRACTIVE

9    MANUFACTURING DEVICE IS, AND IT PRODUCES THE OBJECT FOR YOU.

10    IT EITHER CUTS IT OR ETCHES IT.  IN THE CASE OF A 3D PRINTER,

11    IT'S ADDITIVE MANUFACTURING.  SO IT BUILDS IT UP INTO A 3D

12    OBJECT.

13        THOSE ARE THE KINDS OF THINGS THAT WE WOULD DO WITH ANY

14    ONE, BUT PARTICULARLY KIDS SAY OF EIGHT, NINE, TEN YEARS OLD.

15    **Q.**  IT SOUNDS A LITTLE BIT MORE LIKE A SCHOOL ALMOST.

16        DID TECHSHOP, AS PART OF ITS MARKETING EFFORTS, WORK WITH

17    SCHOOLS?

18    **A.**  DID WE WORK WITH SCHOOLS?

19    **Q.**  YES.

20    **A.**  ABSOLUTELY.  WE -- WHENEVER WE COULD.

21        AND THE PROGRAMS WOULD RANGE -- YOU KNOW, EVERY SCHOOL IS

22    DIFFERENT.  SOMETIMES WE WOULD ACTUALLY HAVE A SCHOOL BRING

23    STUDENTS IN TO TECHSHOP.  IN SOME CITIES THAT WAS MORE DOABLE

24    THAN OTHERS.  AT OTHER LOCATIONS WE WOULD ACTUALLY PACK A VAN

25    UP WITH A COUPLE OF OUR STAFF, AND MAYBE A LASER CUTTER OR TWO

1   AND SOME 3D PRINTERS AND SOME OTHER TOOLS AND WE WOULD

2   ACTUALLY DRIVE TO A SCHOOL AND DO AN AFTER SCHOOL PROGRAM WITH

3   THE STUDENTS THERE.

4        SO, YOU KNOW, IT DEPENDED.  IT COULD BE SUMMER SHOPS, IT

5   COULD BE AFTER SCHOOL PROGRAMS, IT COULD BE WEEKEND PROGRAMS,

6   OR IT COULD BE PROGRAMS THAT WE TAKE TO THE SCHOOL TO DO IT

7   THERE.

8   **Q.**  AND I THINK WE HEARD A LITTLE BIT BEFORE ABOUT A TRAILER

9   THAT TECHSHOP, WHEN YOU SAY COME, MAYBE USING THAT TRAILER,

10  HOW DID IT HAPPEN?

11  **A.**  YEAH.

12       THAT WAS A, YOU KNOW, I MENTIONED THAT WE WOULD GO TO

13  CORPORATIONS AND TRY TO GET THEM TO SPONSOR EFFORTS.  THAT WAS

14  AN EFFORT THAT WE GOT FUJITSU TO SPONSOR.

15       SO THEY OBVIOUSLY WANTED TO ASSOCIATE THEMSELVES WITH THE

16  MAKER COMMUNITY AND WITH SCHOOLS, AND WANTED TO DO SOMETHING

17  IN THE BAY AREA TO HELP SCHOOL CHILDREN, SO THEY SPONSORED AN

18  EFFORT WHERE WE TOOK -- HAVE YOU ALREADY HEARD ABOUT THE

19  TRAILER?

20  **Q.**  I THINK WE HEARD A LITTLE BIT ABOUT IT.  GO AHEAD.

21  **A.**  WE TAKE ONE OF THOSE RACE CAR TRAILERS THAT YOU SEE GOING

22  DOWN THE HIGHWAY AND THEY RACE CARS, WELL, WE TOOK ONE OF

23  THOSE AND BASICALLY STRIPPED IT DOWN AND COMPLETELY REBUILT IT

24  INTO A STEAM WORKSHOP THAT WOULD HAVE EQUIPMENT, TOOLS, 3D

25  PRINTERS, LASER CUTTERS, VERY BASIC DESKTOP MILLS, AND THINGS

1    LIKE THAT.  SO THAT WE COULD ACTUALLY TAKE THE WORKSHOP OUT TO

2    A SCHOOL AND ENGAGE STUDENTS RIGHT ON THE SCHOOL PREMISES.

3        THE REASON WHY THAT WAS IMPORTANT IS BECAUSE ANYONE WHO IS

4    A PARENT KNOWS HOW OFTENTIMES IT'S REALLY COMPLICATED TO TRY

5    TO TAKE A BUNCH OF STUDENTS FROM THEIR SCHOOL TO ANOTHER

6    LOCATION.  YOU HAVE TO GET PERMISSION SLIPS AND SOMEONE HAS TO

7    DRIVE, YOU HAVE TO CHARTER A BUS.  SO WE FOUND IT WAS BETTER

8    AND EASIER IF WE COULD TAKE A TRAILER OUT TO THE SCHOOL,

9    PARTICULARLY INNER CITY SCHOOLS.

10   **Q.**  CAN YOU GIVE THE JURY A SENSE OF HOW MANY CHILDREN WAS

11   TECHSHOP TEACHING THROUGH THESE CAMPS OR THESE SCHOOL

12   ACTIVITIES?

13       CAN YOU GIVE US ANY SENSE OF THE BALLPARK?

14   **A.**  WELL, OVER THE YEARS, TENS OF THOUSANDS OF SCHOOLS AND

15   STUDENTS WERE AFFECTED AND HAD THE OPPORTUNITY TO PARTICIPATE

16   IN WORKSHOPS, EITHER AT THE SCHOOL OR AT TECHSHOP OR SUMMER

17   CAMPS AS WELL AS WE WOULD DO REALLY BASIC WORKSHOPS AT MAKER

18   FAIRES AS WELL WHEN WE WENT THERE.

19       IT'S SAFE TO SAY TENS OF THOUSANDS MAYBE.

20   **Q.**  TO HELP MAYBE GIVE US A LITTLE BIT OF SENSE OF LOCAL

21   FLAVOR MAYBE WE'LL RECOGNIZE, IS THERE ANY LOCAL SCHOOLS THAT

22   YOU CAN RECALL TECHSHOP DID THIS WORK WITH?

23   **A.**  YEAH.  YOU KNOW, THE OAKLAND SCHOOL SYSTEM, ALMOST ALL THE

24   K12 SCHOOLS WE IMPACTED.  I REMEMBER MENLO ATHERTON HIGH

25   SCHOOL, SEQUOIA HIGH SCHOOL, A LOT OF HIGH SCHOOLS DOWN THE

1   PENINSULA.  I HAPPEN TO KNOW THOSE BECAUSE I WENT TO MENLO

2   ATHERTON HIGH SCHOOL, BUT A LOT OF THE HIGH SCHOOLS DOWN THE

3   PENINSULA WE WOULD GO.

4       AND USUALLY THOSE WERE FOR FRESHMAN AND SOPHOMORE-TYPE

5   WORKSHOPS.  INTERESTING KIDS AND CAREERS IN ENGINEERING AND

6   SCIENCE.

7   **Q.**  AND WERE ALL THESE EFFORTS UNDERTAKEN UNDER THE TECHSHOP

8   BRAND?

9   **A.**  YEAH, ABSOLUTELY.

10  **Q.**  IF WE JUST LOOK AT THE BOTTOM RIGHT THERE OF THE EXHIBIT

11  ABOUT THE STEAM SUMMER CAMPS, THE TECHSHOP BLUE AND RED THERE,

12  IS THAT THE WAY TECHSHOP WOULD PRESENT IT?

13  **A.**  YES.

14  **Q.**  OKAY.

15      OTHER THAN THE EFFORTS WITH THE WHITE HOUSE, THESE

16  MARKETING EFFORTS FROM MAKER FAIRE, THE CAMPS, ALL THESE KINDS

17  OF THINGS, IN YOUR ROLE AS MARKETING, DID YOU DO ANYTHING ELSE

18  TO MARKET THE TECHSHOP BRAND?

19  **A.**  YEAH.  I MEAN WE WOULD DO PROGRAMS FOR WOMEN, WOMEN IN

20  TECHNOLOGY.

21      IT WASN'T ALWAYS A MATTER OF WHAT WE TAUGHT PEOPLE, BUT IT

22  WAS A MATTER OF -- IN ANY GOOD MAKERSPACE WE'LL ATTEMPT TO DO

23  THIS IS CREATE A PLATFORM, A PLACE WHERE THE COMMUNITY CAN GET

24  TOGETHER AND MEET OTHER PEOPLE.

25      THE TOOLS ARE IMPORTANT.  THE CLASSES ARE IMPORTANT.  AND

1   THE TRAINING AND ALL THAT, BUT THE MOST SORT OF IMPORTANT

2   INTANGIBLE IS CREATING SORT OF WHAT WE CALL A THIRD PLACE, A

3   PLACE THAT ISN'T YOUR WORK, IT ISN'T YOUR HOME, BUT A PLACE

4   WHERE YOU GO AND HANG OUT AND YOU MEET OTHER PEOPLE.  AND SO

5   IT WAS CREATING A NETWORKING AND COMMUNITY PLATFORM THAT

6   ENABLED US TO BRING PEOPLE TOGETHER.

7        SO WE WOULD DO A LOT OF PROGRAMS WITH UNIVERSITIES WHERE

8   WE WOULD BRING IN GROUPS.  AND IT COULD BE CORPORATIONS, IT

9   COULD BE UNIVERSITIES WHERE WE BRING PEOPLE IN TO SPEND TIME

10  CREATING -- WE CREATE PROJECTS THAT WOULD GIVE THEM A REASON

11  FOR BEING THERE.  THE REAL MAGIC WAS ALLOWING PEOPLE TO BE

12  THERE IN SORT OF A TEAM-BUILDING TYPE OF ENVIRONMENT WHERE

13  THEY WERE DOING STUFF TOGETHER, GETTING TO KNOW EACH OTHER

14  BETTER, AND LEARNING A LITTLE BIT MORE ABOUT THE MAKER

15  COMMUNITY.

16       SO WE WOULD DO PROGRAMS LIKE THAT FOR EMPLOYEES OF

17  CORPORATIONS, FOR WOMEN'S GROUPS.  WE DID THEM FOR DISABLED

18  GROUPS.  WE DID A PROGRAM WITH GOOGLE WHERE THEY ACTUALLY

19  HOSTED AN ENTIRE WEEKEND THAT WAS TOTALLY FOCUSED ON BRINGING

20  TOGETHER MAKERS TO BRAINSTORM AND WORK ON HANDICAP DEVICES,

21  LOW COST, HOW TO GET LOWER COST DEVICES FOR THE HANDICAP AND

22  PHYSICALLY CHALLENGED PEOPLE, ASSISTIVE DEVICES, AND THINGS

23  LIKE THAT.

24       THOSE ARE THE KINDS OF EVENTS THAT WE WOULD PRODUCE AT

25  TECHSHOP.  NOT JUST BECAUSE IT WAS THE RIGHT THING TO DO IN

1    THE COMMUNITY, BUT OBVIOUSLY WE WERE DEVELOPING THE BRAND.

2    **Q.**  YOU MENTIONED, IT SOUNDS LIKE, CORPORATE EVENTS.  DID

3    TECHSHOP OFFER SERVICES LIKE NETWORKING OPPORTUNITIES FOR

4    PROFESSIONALS?

5    **A.**  OH, SURE.

6    **Q.**  CAN YOU DESCRIBE SOME FOR THE JURY?

7    **A.**  WE DID PROGRAMS FOR NIKE.  WE WOULD BRING DOWN NIKE'S

8    CREATIVE TEAM ONCE OR TWICE A YEAR, WE'D BRING DOWN DIFFERENT

9    TEAMS WITHIN NIKE THAT WOULD SPEND TIME, YOU KNOW, LIKE

10   GETTING OUT OF THEIR COMFORT ZONE, BUILDING ROBOTS, DOING

11   THINGS THEY NORMALLY DON'T DO BUT DOING IT AS A TEAM.

12       I MENTIONED THE GOOGLE MEET-UP.  WE DID A LOT OF LARGER

13   EVENTS DOWN IN MENLO PARK WITH GOOGLE.  WE DID EVENTS WITH

14   FACEBOOK, HAAS SCHOOL OF BUSINESS.  AND, AGAIN, SOMETIMES

15   THESE WERE PEOPLE THAT WERE, YOU KNOW, MAYBE A LITTLE NERDY,

16   LITTLE GEEKY.  THESE ARE PEOPLE WHO HAVE ALREADY GOT IT.

17   OTHER TIMES WE WERE JUST TRYING TO GET PEOPLE OUT OF THEIR

18   COMFORT ZONE, AS I SAID, AND PEOPLE FROM A MAJOR CORPORATION

19   LIKE BANK OF AMERICA, OR HEWLETT-PACKARD, OR SOMETHING LIKE

20   THAT AND GET THEM MORE EXPOSED TO SOME OF THE THINGS THAT THEY

21   MAY BE READING ABOUT IN THE NEWS, LIKE 3D PRINTING, AND LASER

22   CUTTING, AND THINGS LIKE, YOU KNOW, THAT, BUT ALSO IT WAS JUST

23   A GREAT TEAM BUILDING ADVENTURE THAT WAS A LITTLE BIT

24   DIFFERENT THAN EVERYONE GETTING TOGETHER AND LEARNING HOW TO

25   MAKE CREME BRULEE OR SOMETHING LIKE THAT.

WOODS – DIRECT / PISTORINO

1    **Q.**  A LOT OF PEOPLE LIKE CREME BRULEE.

2        IN ADDITION TO ALL THESE OTHER ACTIVITIES, DID YOU DO ANY

3    PRESENTATIONS OR SPEECHES PROMOTING TECHSHOP AND THE TECHSHOP

4    BRAND?

5    **A.**  I'M SORRY, COULD YOU --

6    **Q.**  SURE.

7        OTHER THAN THE ACTIVITIES YOU'VE TOLD US ABOUT ALREADY,

8    DID YOU DO ANY PRESENTATIONS OR SPEECHES --

9    **A.**  PRESENTATIONS OR SPEECHES.

10       YEAH.  I WAS ON THE ROAD A LOT AS WERE OTHER MEMBERS OF

11   TECHSHOP.  THERE WERE ABOUT MAYBE FOUR OR FIVE OF US THAT WERE

12   REALLY COMFORTABLE GOING OUT.  AND -- IF IT DOESN'T SHOW, I

13   GET PRETTY EXCITED ABOUT THIS STUFF, ALTHOUGH I'M TRYING TO

14   SLOW IT DOWN HERE.

15       WE WERE VERY PASSIONATE ABOUT WHAT WE WERE DOING AND

16   PASSIONATE ABOUT THE ROLE THAT TECHSHOP HAD IN IT.  SURE, I

17   WOULD BE INVITED TO COME OUT TO COMMUNITIES, I WOULD SPEAK TO

18   MAYORS.  AND MOSTLY I WAS FOCUSED ON NORTH AMERICA, BUT, YOU

19   KNOW, I GO AND PRESENT TO THE MAYOR OF BALTIMORE AND THE MAYOR

20   OF EDMONTON, CANADA, UP IN ALBERTA, AND PRESENT TO OTHER CITY

21   GROUPS, ECONOMIC DEVELOPMENT GROUPS, BUT, SURE, I SPENT A LOT

22   OF TIME ON THE ROAD.

23   **Q.**  SOUNDS LIKE YOU SAID YOU ARE MOSTLY FOCUSED ON NORTH

24   AMERICA.

25       DID YOU DO ANY PRESENTATIONS OR MARKETING OF THE TECHSHOP

WOODS – DIRECT / PISTORINO

1    BRAND OUTSIDE OF THE UNITED STATES?

2    **A.**  WE DID -- TECHSHOP DID.  I DID NOT PERSONALLY JUST BECAUSE

3    WE WERE WATCHING OUR BUDGET AND WE HAD SOMEONE OVERSEAS.  WE

4    HAD A REALLY SMALL TEAM, AND ONE INDIVIDUAL SPECIFICALLY, HIS

5    NAME IS PAUL DUGGAN, AND PAUL WAS THE CEO OF AN ENTITY CALLED

6    TECHSHOP GLOBAL.  HE WOULD HANDLE MOST OF THE OVERSEAS STUFF.

7    I WOULD HANDLE U.S. AND CANADA, AND HE HANDLED THE REST OF THE

8    WORLD.  HE WAS ON THE ROAD CONSTANTLY GIVING PRESENTATIONS ON

9    TECHSHOP.

10   **Q.**  IN YOUR TRAVELS OR MARKETING EFFORTS ON BEHALF OF

11   TECHSHOP, DID YOU FIND THAT THE TECHSHOP BRAND WAS WELL KNOWN?

12   **A.**  GENERALLY IT WAS -- BY THE TIME I -- AT THE END IT WAS

13   VERY WELL KNOWN.  WHEN I FIRST GOT THERE, NOT SO MUCH.

14   USUALLY PEOPLE KNEW OF TECHSHOP.  THEY DIDN'T NECESSARILY IN

15   2011, 2012 FULLY APPRECIATE WHAT TECHSHOP IS.

16       IF WE WERE WITHIN THE MAKER COMMUNITY, EVERYONE KNEW OF

17   IT.  IF WE WERE IN GENERALLY CORPORATIONS THEY WERE FAMILIAR

18   WITH IT.  OCCASIONALLY I WOULD GO INTO COMMUNITIES WHERE MAYBE

19   THE MAYOR OR THE MAYOR'S STAFF WASN'T TOTALLY FAMILIAR WITH

20   TECHSHOP AND WE CHANGED THAT.

21   **Q.**  BY 2017, INTO 2017, WAS THERE ANY LARGER MAKERSPACE

22   ORGANIZATION IN THE UNITED STATES OTHER THAN TECHSHOP?

23   **A.**  THERE WAS -- I HAVE TO BE CAREFUL HERE BECAUSE SOME

24   UNIVERSITIES HAVE VERY, VERY LARGE ADVANCE MANUFACTURING

25   FACILITIES AND FAB LABS.  THEY ARE VERY SPECIALIZED.  SO I

1   WOULD HATE TO SAY DEFINITIVELY THAT NO ONE HAD A PHYSICALLY

2   LARGER SINGLE SPACE.  NO ONE ELSE HAD A NETWORK OF SPACES THAT

3   WERE AS WELL ORGANIZED AS TECHSHOP DID.

4   **Q.**  LET ME TRY TO BE MORE CLEAR IN MY QUESTION.

5   **A.**  YOU MIGHT HAVE TO UNPACK THAT.  I'M SORRY.

6   **Q.**  WAS THERE ANY -- INTO 2017, TECHSHOP HAD TEN LOCATIONS IN

7   THE UNITED STATES, CORRECT?

8   **A.**  CORRECT.

9   **Q.**  WAS THERE ANY OTHER MAKERSPACE IN THE UNITED STATES THAT

10  HAD TEN LOCATIONS?

11  **A.**  NO.

12  **Q.**  WAS TECHSHOP THE LARGEST, AT LEAST BY NUMBER OF LOCATIONS,

13  MAKERSPACE IN THE UNITED STATES INTO 2017?

14  **A.**  IT WAS THE LARGEST NETWORK OF MAKERSPACES IN 2017.

15  **Q.**  OKAY.  IF YOU CAN, IN YOUR BOOK, TURN WITH ME TO THE

16  EXHIBIT THAT WE MARKED TX28, WHICH I BELIEVE IS ALREADY

17  ADMITTED.

18         **THE COURT:**  THIS ACTUALLY MIGHT BE A GOOD POINT TO

19  BREAK.  WE HAVE HIT 1:25.  IT SEEMS LIKE A GOOD BREAKING

20  POINT.

21      SO, LADIES AND GENTLEMEN, WE WILL BREAK FOR THE DAY AND

22  RETURN, AS ALWAYS, TO GET STARTED PROMPTLY AT 8:30 TOMORROW

23  MORNING.  JUST CONTINUE, PLEASE, TO FOLLOW ALL OF YOUR

24  INSTRUCTIONS REGARDING COMMUNICATIONS ABOUT THE CASE, OR THE

25  ISSUES INVOLVED IN IT, RESEARCH, NO RESEARCH OF ANY KIND ABOUT

```
1    THE CASE OR THE PEOPLE INVOLVED IN IT, NO MEDIA ACCOUNTS OF

2    THE CASE.  AND, AGAIN, PLEASE AT ALL TIMES BEFORE THE CASE IS

3    SUBMITTED TO YOU FOR YOUR DELIBERATIONS, KEEP AN OPEN MIND

4    UNTIL YOU'VE HEARD ALL OF THE EVIDENCE, HEARD THE ARGUMENTS OF

5    COUNSEL, MY INSTRUCTIONS, AND THE VIEWS OF YOUR FELLOW JURORS.

6         ENJOY THE REST OF YOUR AFTERNOON.  WE WILL SEE YOU

7    TOMORROW MORNING.

8         (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

9              THE CLERK:  YOU MAY BE SEATED.

10             THE COURT:  YOU CAN GO AHEAD AND STEP DOWN,

11   MR. WOODS.

12             THE CLERK:  YOU CAN STEP DOWN.

13             THE WITNESS:  THANK YOU.

14             THE COURT:  ALL RIGHT.  SO WE WILL RECONVENE

15   TOMORROW.  JUST IN TERMS OF TIMING, IS IT YOUR VIEW,

16   MR. PISTORINO, THAT WE ARE STILL ON TRACK?

17        AND THE REASON I SAY THAT IS BECAUSE OBVIOUSLY WE HAVE

18   GOTTEN A PRETTY DEEP DIVE INTO SOME OF THE BACKGROUND.  AND I

19   GAVE YOU THE AMOUNT OF TIME I GAVE YOU.  I'M WONDERING IF I

20   SHOULD HAVE BEEN A LITTLE TIGHTER, BUT WHAT I CAN TELL YOU

21   BASED ON THE WAY IT IS GOING IN TERMS OF PACE, I WOULD

22   STRICTLY ENFORCE THE TIME LIMIT EVEN IF THAT MEANT CUTTING YOU

23   OFF AT SOME POINT.  SO JUST TAKE THAT INTO ACCOUNT IN YOUR

24   PRESENTATION.

25             MR. PISTORINO:  I WILL.  I JUST WANTED TO LAY THE
```

1    BACKGROUND WITH HIM AND THEN PROCEED MUCH MORE QUICKLY

2    TOMORROW.

3            THE COURT:  THAT'S FINE.  AS I SAID, I COMMITTED TO

4    THE TIME I GAVE YOU, SO I HAVE TO LIVE WITH THAT NOW.

5            MS. ROBERTS:  I DO HAVE A QUESTION TO RAISE, YOUR

6    HONOR.

7            THE COURT:  SURE.

8            MS. ROBERTS:  FOR THE EXHIBITS THAT MR. PISTORINO

9    USED WITH HIS WITNESSES TODAY, WE DIDN'T HAVE A BINDER.  WE

10   WERE GIVEN ONE YESTERDAY THEN THEY TOOK IT BACK.

11      I MEAN, IN MY EXPERIENCE BOTH SIDES BRING A BINDER FOR THE

12   OPPOSING PARTY.  IT WOULD CERTAINLY MOVE THINGS ALONG IF WE

13   GOT A COPY AS WELL OF WHAT THEY WERE USING.

14           THE COURT:  IT PROBABLY MAKES SENSE TO BRING AN EXTRA

15   ONE.  I ASSUME YOU HAVE THEM ON THE COMPUTER, RIGHT?

16           MS. ROBERTS:  WE DO.  THAT'S WHY I HAVE A LITTLE BIT

17   OF A DELAY --

18           THE COURT:  I LEAVE IT TO YOU ALL TO WORK IT OUT.  IT

19   PROBABLY DOES MAKE IT EASIER IF YOU HAVE A PHYSICAL BINDER,

20   BUT I WILL LEAVE THAT TO YOU TO DISCUSS.

21           MR. PISTORINO:  THANK YOU.

22           MS. ROBERTS:  THANK YOU.

23           THE COURT:  SEE YOU TOMORROW.

24           MR. PISTORINO:  THANK YOU.

25               (PROCEEDINGS ADJOURNED AT 1:28 P.M.)

### CERTIFICATE OF REPORTER

       I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE

UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Diane E. Skillman*

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

THURSDAY, JULY 11, 2019