```
                                              VOL. 8

                                       PAGES 1182 - 1192

                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

   BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JR., JUDGE

   TECHSHOP, INC.,            )
                              )
            PLAINTIFF,        )  NO. C-18-1044 HSG
                              )
      VS.                     )  WEDNESDAY, JUNE 12, 2019
                              )
   DAN RASURE, ET AL.,        )  OAKLAND, CALIFORNIA
                              )
                              )  VERDICT
                              )
            DEFENDANTS.       )
   _____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
FOR PLAINTIFF:            PARRISH LAW OFFICE
                          24 LEXINGTON DRIVE
                          MENLO PARK, CALIFORNIA 94205
                      BY: JAMES C. PISTORINO, ESQUIRE

ALSO PRESENT:             DORIS KAELIN, BANKRUPTCY TRUSTEE

FOR DEFENDANTS:           QUINN EMANUEL URQUHART & SULLIVAN
                          555 TWIN DOLPHIN DRIVE, 5TH FLOOR
                          REDWOOD SHORES, CALIFORNIA 94065
                      BY: ANDREA P. ROBERTS, ESQUIRE
                          OLGA SLOBODYANYUK, ESQUIRE

                          JOHN E. NATHAN, ESQUIRE
                          1175 PARK AVENUE
                          NEW YORK, NEW YORK 10128

REPORTED BY:              DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                          OFFICIAL COURT REPORTER

    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

| | |
|---|---|
| 1 | <u>WEDNESDAY, JUNE 12, 2019</u>                                              <u>8:28 A.M.</u> |
| 2 | P R O C E E D I N G S |
| 3 | O0O |
| 4 | (JURORS RESUMED DELIBERATING AT 7:15 A.M.) |
| 5 | (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.) |
| 6 | **THE CLERK:** ALL RISE. COURT IS NOW IN SESSION. THE |
| 7 | HONORABLE HAYWOOD S. GILLIAM, JR., PRESIDING. |
| 8 | PLEASE BE SEATED. WE ARE CALLING CIVIL 18-1044 TECHSHOP, |
| 9 | INC. VERSUS RASURE, ET AL. |
| 10 | PLEASE COME FORWARD AND STATE YOUR APPEARANCES FOR THE |
| 11 | RECORD, PLEASE. |
| 12 | **MR. PISTORINO:** GOOD MORNING, YOUR HONOR. JAMES |
| 13 | PISTORINO FOR TECHSHOP. |
| 14 | **THE COURT:** GOOD MORNING, MR. PISTORINO. |
| 15 | **MS. ROBERTS:** GOOD MORNING. ANDREA ROBERTS FOR |
| 16 | DEFENDANTS. |
| 17 | **THE COURT:** GOOD MORNING, MS. ROBERTS. |
| 18 | ALL RIGHT. WE GOT A NOTE FROM THE JURY INDICATING THAT |
| 19 | THEY HAVE A VERDICT. SO WE PLAN TO BRING THEM IN. |
| 20 | **MR. PISTORINO:** OKAY. |
| 21 | (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.) |
| 22 | **THE CLERK:** YOU MAY BE SEATED. |
| 23 | **THE COURT:** ALL RIGHT. GOOD MORNING, LADIES AND |
| 24 | GENTLEMEN OF THE JURY. |
| 25 | WE RECEIVED THE NOTE FROM YOUR FOREPERSON INDICATING THAT |

| | |
|---|---|
| 1 | YOU HAVE REACHED A UNANIMOUS VERDICT.  I WILL ASK MR. ZRIMC, |
| 2 | THE FOREPERSON; IS THAT CORRECT? |
| 3 | **THE JUROR:**  YES, IT IS. |
| 4 | **THE COURT:**  SO I'VE RECEIVED A SEALED ENVELOPE WITH |
| 5 | THE VERDICT IN IT, AND I WILL OPEN IT AND REVIEW IT.  LET ME |
| 6 | JUST EXPLAIN TO YOU WHAT WILL HAPPEN NEXT. |
| 7 | I'M REQUIRED TO WHAT IS CALLED PUBLISH THE VERDICT. |
| 8 | PUBLISH IS A FANCY WAY OF SAYING READ ALOUD HERE IN COURT FOR |
| 9 | THE RECORD. |
| 10 | YOU SHOULD LISTEN CAREFULLY TO THE VERDICT.  BECAUSE AFTER |
| 11 | I PUBLISH IT, EITHER PARTY HAS THE RIGHT TO WHAT IS CALLED |
| 12 | POLL YOU, OR HAVE YOU POLLED.  WHAT THAT MEANS IS THAT I WOULD |
| 13 | ASK EACH OF YOU INDIVIDUALLY WHETHER THIS IS YOUR VERDICT. |
| 14 | AND SO PLEASE LISTEN TO IT CAREFULLY TO BE SURE THAT THAT |
| 15 | IS THE CASE IN CASE YOU ARE POLLED. |
| 16 | (PAUSE IN THE PROCEEDINGS.) |
| 17 | ALL RIGHT.  AS I EXPLAINED, I WILL NOW PUBLISH THE |
| 18 | VERDICT, LADIES AND GENTLEMEN. |
| 19 | WE, THE JURY, IN THE ABOVE-ENTITLED ACTION, UNANIMOUSLY |
| 20 | FIND THE FOLLOWING ON THE QUESTIONS SUBMITTED TO US: |
| 21 | FIRST SECTION IS REGARDING PLAINTIFF'S CLAIMS. |
| 22 | QUESTION 1.  DO YOU FIND BY A PREPONDERANCE OF THE |
| 23 | EVIDENCE THAT TECHSHOP IS A VALID SERVICE MARK? |
| 24 | ANSWER:  YES. |
| 25 | 2.  DO YOU FIND BY CLEAR AND CONVINCING EVIDENCE THAT THE |

1  TECHSHOP SERVICE MARKS WERE ABANDONED?
2      ANSWER:  NO.
3      QUESTION 3.  DO YOU FIND BY A PREPONDERANCE OF THE
4  EVIDENCE THAT PLAINTIFF OWNS THE TECHSHOP SERVICE MARKS?
5      ANSWER:  YES.
6      QUESTION 4.  DO YOU FIND BY A PREPONDERANCE OF THE
7  EVIDENCE THAT DEFENDANTS USED THE NAME TECHSHOP 2.0 WITHOUT
8  PLAINTIFF'S CONSENT IN A MANNER THAT IS LIKELY TO CAUSE
9  CONFUSION AMONG ORDINARY CONSUMERS AS TO THE SOURCE,
10  SPONSORSHIP, AFFILIATION, OR APPROVAL OF THE SERVICES?
11      ANSWER:  YES.
12      DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT
13  DEFENDANTS HAD ACTUAL OR STATUTORY NOTICE THAT PLAINTIFF'S
14  TECHSHOP SERVICE MARKS WERE REGISTERED?
15      ANSWER:  YES.
16      QUESTION 6.  DO YOU FIND BY A PREPONDERANCE OF THE
17  EVIDENCE THAT DEFENDANTS' USE OF TECHSHOP 2.0 CAUSED PLAINTIFF
18  TO SUFFER ACTUAL DAMAGES IN THE FORM OF LOST LICENSING
19  REVENUE?
20      ANSWER:  NO.
21      QUESTION 7.  DO YOU FIND BY A PREPONDERANCE OF THE
22  EVIDENCE THAT DEFENDANTS' USE OF TECHSHOP 2.0 WAS AN
23  INTENTIONAL OR WILLFUL INFRINGEMENT?
24      ANSWER:  YES.
25      QUESTION 7A.  WHAT AMOUNT OF DEFENDANTS' PROFITS THAT ARE

1   NOT INCLUDED IN THE AMOUNT OF ACTUAL DAMAGES IN QUESTION 6A DO
2   YOU FIND ATTRIBUTABLE TO DEFENDANTS' INFRINGING USE OF
3   TECHSHOP 2.0?
4        ANSWER:  ZERO.
5        QUESTION 8.  DO YOU FIND BY A PREPONDERANCE OF THE
6   EVIDENCE THAT DEFENDANTS USED THE NAME THESHOP.BUILD WITHOUT
7   PLAINTIFF'S CONSENT IN A MANNER THAT IS LIKELY TO CAUSE
8   CONFUSION AMONG ORDINARY CONSUMERS AS TO THE SOURCE,
9   SPONSORSHIP, AFFILIATION, OR APPROVAL OF THE SERVICES?
10       ANSWER:  YES.
11       QUESTION 9.  DO YOU FIND BY A PREPONDERANCE OF THE
12  EVIDENCE THAT DEFENDANTS HAD ACTUAL OR STATUTORY NOTICE THAT
13  PLAINTIFF'S TECHSHOP SERVICE MARKS WERE REGISTERED?
14       ANSWER:  YES.
15       QUESTION 10.  DO YOU FIND BY A PREPONDERANCE OF THE
16  EVIDENCE THAT DEFENDANTS' USE OF THE THESHOP.BUILD CAUSED
17  PLAINTIFF TO SUFFER ACTUAL DAMAGES IN THE FORM OF LOST
18  LICENSING REVENUE?
19       ANSWER:  NO.
20       QUESTION 11.  DO YOU FIND BY A PREPONDERANCE OF THE
21  EVIDENCE THAT DEFENDANTS' USE OF THESHOP.BUILD WAS AN
22  INTENTIONAL OR WILLFUL INFRINGEMENT?
23       ANSWER:  YES.
24       QUESTION 11A.  WHAT AMOUNT OF DEFENDANTS' PROFITS THAT ARE
25  NOT INCLUDED IN THE AMOUNT OF ACTUAL DAMAGES IN QUESTION 10A

1 DO YOU FIND ATTRIBUTABLE TO DEFENDANTS' INFRINGING USE OF
2 THESHOP.BUILD?
3     ANSWER: ZERO.
4     QUESTION 12. DO YOU FIND BY A PREPONDERANCE OF THE
5 EVIDENCE THAT PLAINTIFF MADE A FALSE PROMISE TO MR. RASURE?
6     ANSWER: NO.
7     AND THE FORM IS SIGNED BY YOUR FOREPERSON, DATED
8 JUNE 12TH, 2019.
9     DOES EITHER PARTY WISH TO HAVE THE JURY POLLED?
10         **MR. PISTORINO:** NO, YOUR HONOR.
11         **THE COURT:** MS. ROBERTS?
12         **MS. ROBERTS:** NO, YOUR HONOR.
13         **THE COURT:** ALL RIGHT.
14     SO, LADIES AND GENTLEMEN, THAT COMPLETES YOUR JURY
15 SERVICE. AND I WANT TO SAY A FEW THINGS TO YOU, AND ONE OF
16 THEM GOES BACK TO WHAT I SAID WHAT SEEMS LIKE A LONG TIME AGO
17 WHEN WE WERE IN THE PROCESS OF JURY SELECTION IN THIS CASE.
18     AND THAT IS THAT OUR SYSTEM OF JUSTICE COULD NOT WORK
19 WITHOUT THE WILLINGNESS OF BUSY FOLKS LIKE YOURSELVES TO TAKE
20 YOUR TIME AND GIVE OF YOURSELVES AND MAKE THE EFFORT THAT
21 YOU'VE MADE TO SERVE IN THE WAY THAT YOU HAVE.
22     AND I CAN TELL YOU ON BEHALF OF THE PARTIES, ON BEHALF OF
23 OUR COURT, AND PERSONALLY ON MY OWN BEHALF, I AM DEEPLY
24 GRATEFUL FOR THAT. AND YOU SHOULD BE PROUD OF THE SERVICE
25 THAT YOU HAVE TAKEN ON OVER THE COURSE OF THIS LAST WEEK.

1    IF YOU ARE WILLING TO WAIT A COUPLE MORE MINUTES AFTER WE
2    FINISH HERE, I WOULD LIKE TO COME DOWN AND SHAKE YOUR HANDS
3    AND THANK YOU INDIVIDUALLY IN THE JURY ROOM.  I WILL TRY AND
4    DO THAT AS QUICKLY AS I CAN.
5         AT THIS POINT YOU ARE FREE FROM MY INSTRUCTIONS ABOUT YOUR
6    CONDUCT AS JURORS BECAUSE YOUR SERVICE IS COMPLETE.  I'LL SAY
7    A COUPLE OF THINGS.
8         ONE IS, IT'S NOT UNCOMMON FOR COUNSEL FOR THE PARTIES TO
9    WISH TO SPEAK TO JURORS AFTER A TRIAL, AND IT'S BECAUSE THEY
10   CAN USE THE FEEDBACK, FROM A PROFESSIONAL STANDPOINT, TO SEE
11   HOW THEIR PERFORMANCE WORKED AND HOW IT COULD BE IMPROVED.
12        THAT IS ENTIRELY OPTIONAL.  IF THAT'S SOMETHING YOU WISH
13   TO DO, YOU ARE FREE TO DO IT.  IF YOU DON'T WISH TO DO IT, YOU
14   ARE ABSOLUTELY FREE TO DO THAT, TOO.  AND MS. RILEY WILL MAKE
15   SURE THAT THAT WISH IS RESPECTED IF YOU JUST SIMPLY DON'T WANT
16   TO HAVE THAT CONVERSATION.
17        A COUPLE OF THINGS.  IF YOU DO DECIDE TO HAVE THAT
18   CONVERSATION, OBVIOUSLY, YOU SHOULD ASSUME THAT THAT'S NOT
19   CONFIDENTIAL.  AND WHATEVER YOU ARE SHARING WITH THE ATTORNEYS
20   IS NOT GOING TO BE KEPT BETWEEN THE TWO OF YOU AND COULD END
21   UP BEING RAISED WITH ME.  AND THERE'S NOTHING INAPPROPRIATE
22   ABOUT THAT ON THE ATTORNEYS' PARTS, BUT IT IS IMPORTANT FOR
23   YOU TO UNDERSTAND IT IS NOT A CONFIDENTIAL CONVERSATION.
24        THE OTHER THING I ASK YOU TO REMEMBER IS THAT IN MANY WAYS
25   YOUR DELIBERATIONS, THE ACTUAL CONTENT OF YOUR DELIBERATIONS

IS YOUR COLLECTIVE PROPERTY AS A JURY.  AND SO YOU NEED TO KEEP THAT IN MIND WHEN DETERMINING HOW YOU APPROACH THAT.  AS I SAID, THAT IS SOMETHING THAT IS ENTIRELY OPTIONAL.  IF YOU SEEK TO DO THAT, THAT'S FINE.  IF YOU DON'T, THAT'S ENTIRELY FINE AS WELL.

SO, AGAIN, I WANT TO THANK EACH OF YOU FOR THE SERVICE THAT YOU PROVIDED.  AS SOON AS WE GET DONE HERE, I'LL STEP OUT AND SHAKE YOUR HANDS AND YOU WILL BE ABLE TO GO ON YOUR WAY.

THANK YOU, AGAIN, LADIES AND GENTLEMEN.

(JURORS EXCUSED).

(PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

**THE CLERK:** YOU MAY BE SEATED.

**THE COURT:** I'LL BE RIGHT BACK AND WE CAN TALK ABOUT A SCHEDULE FOR THE RULE 50.

(PAUSE IN THE PROCEEDINGS.)

**THE CLERK:** BACK ON THE RECORD.

**THE COURT:** ALL RIGHT.  SO LET'S FIGURE OUT THE PLAN FOR THE RENEWED RULE 50 MOTIONS.

IF THERE WILL BE A RENEWAL UNDER 50(B), THAT WOULD NEED TO HAPPEN WITHIN 28 DAYS AFTER THE ENTRY OF JUDGMENT.  I WOULD PLAN TO ENTER JUDGMENT WITHIN THE NEXT DAY OR SO.

HAVE THE PARTIES GIVEN THOUGHT TO WHAT SORT OF SCHEDULE THEY PROPOSE FOR BRIEFING ON THE RENEWED MOTIONS IF THEY ARE GOING TO BE RENEWED?

**MR. PISTORINO:** SINCE AT LEAST MY UNDERSTANDING IS I

|   |   |
|---|---|
| 1 | THINK THEY FOUND FOR THE PLAINTIFF ON EVERYTHING THAT WE MOVED |
| 2 | FOR JMOL ON, I DON'T THINK THERE IS FURTHER BRIEFING FROM US. |
| 3 | **MS. ROBERTS:**  IN TERMS OF SCHEDULING, AS WE MENTIONED |
| 4 | BEFORE, WE WOULD LIKE THE BENEFIT OF A TRANSCRIPT.  SO WE WERE |
| 5 | GOING TO SUGGEST THAT BRIEFING BE SUBMITTED 30 DAYS AFTER THE |
| 6 | TRANSCRIPT BECOMES AVAILABLE, IF THAT IS ACCEPTABLE TO YOUR |
| 7 | HONOR. |
| 8 | **THE COURT:**  I SUPPOSE.  HOW SOON ARE YOU GOING TO ASK |
| 9 | FOR THE TRANSCRIPT?  OBVIOUSLY YOU HAVE SOME CONTROL OVER HOW |
| 10 | QUICKLY IT IS REQUESTED. |
| 11 | **MS. ROBERTS:**  WE CAN FILE THE FORM TODAY. |
| 12 | **THE COURT:**  HERE IS WHAT I SUGGEST YOU DO.  WHY DON'T |
| 13 | YOU MEET AND CONFER AND FIGURE OUT WHETHER YOU CAN AGREE ON A |
| 14 | SCHEDULE THAT TAKES INTO ACCOUNT THE EXPEDITED OR |
| 15 | NON-EXPEDITED NATURE OF THE ORDER THAT YOU ANTICIPATE, AND |
| 16 | JUST COME UP WITH SOME AGREED-UPON DATES AND SCHEDULE, IF YOU |
| 17 | CAN DO THAT. |
| 18 | **MS. ROBERTS:**  OKAY. |
| 19 | **THE COURT:**  ANYTHING ELSE FOR TODAY? |
| 20 | **MR. PISTORINO:**  I THINK JUST SO FOLKS HAVE A HEAD'S |
| 21 | UP, I KNOW I HAVE TO GO BACK AND INVESTIGATE IT UNDER THE |
| 22 | RULES WHEN THE TIMING IS, BUT I KNOW FROM THE PLAINTIFF'S |
| 23 | PERSPECTIVE, IN LIGHT OF THE VERDICT AT LEAST AS I UNDERSTAND |
| 24 | IT, AND PARTICULARLY THE WILLFULNESS FINDING, WE WOULD BE |
| 25 | ASKING THE COURT TO DECLARE THE CASE AS EXCEPTIONAL AND AWARD |

|   |   |
|---|---|
| 1 | US ATTORNEY'S FEES. |
| 2 | **THE COURT:** THAT'S SOMETHING YOU WOULD BRIEF AND I |
| 3 | WOULD DECIDE IT WHENEVER IT GETS DECIDED. |
| 4 | **MR. PISTORINO:** YES. |
| 5 | WE WOULD ALSO BE ASKING THE COURT TO ENTER AN INJUNCTION |
| 6 | AGAINST FURTHER USE OF THE TECHSHOP, TECHSHOP 2.0, AND THE |
| 7 | THESHOP.BUILD AS PART OF THE REQUESTED RELIEF. |
| 8 | **THE COURT:** ALL RIGHT. AGAIN, THAT SEEMS TO ME TO BE |
| 9 | PART OF WHAT YOU OUGHT TO FIGURE OUT HOW TO BRIEF -- |
| 10 | **MR. PISTORINO:** YES, YOUR HONOR. |
| 11 | **THE COURT:** -- AND THE TIMING FOR THAT. |
| 12 | **MS. ROBERTS:** AGAIN, I THINK THE JOINT PRETRIAL ORDER |
| 13 | HAD VARIOUS DIFFERENT EQUITABLE THINGS FOR THE COURT. WE CAN |
| 14 | DISCUSS THOSE ALL ON THAT SAME -- THAT'S WHAT YOU ARE |
| 15 | ENVISIONING, RIGHT? |
| 16 | **THE COURT:** EXACTLY. TO THE EXTENT THERE IS ANYTHING |
| 17 | LEFT TO DO, TRY TO FIGURE OUT A SCHEDULE FOR DOING IT. |
| 18 | YOU SHOULD KNOW I WON'T BE AVAILABLE FOR THE FIRST PART OF |
| 19 | JULY, AND I THINK THAT THAT IS REFLECTED ON MY AVAILABILITY ON |
| 20 | MY WEBSITE. YOU SHOULD TAKE THAT INTO ACCOUNT IN PROPOSING |
| 21 | ANY HEARING DATE. |
| 22 | **MR. PISTORINO:** YES, YOUR HONOR. |
| 23 | **MS. ROBERTS:** OKAY. |
| 24 | **THE COURT:** ALL RIGHT. ANYTHING FURTHER? |
| 25 | **MR. NATHAN:** YES, YOUR HONOR. THIS IS JOHN NATHAN. |

```
1        I JUST WANT TO THANK YOUR HONOR FOR YOUR COURTESIES DURING
2   THE TRIAL AND, FRANKLY, FOR APPROVING MY PRO HAC ADMISSION TO
3   APPEAR IN YOUR COURTROOM.  THANK YOU, SIR.
4        THE COURT:  MY PLEASURE.
5   ANYTHING FURTHER?
6        MR. PISTORINO:  NO, YOUR HONOR.
7        MS. ROBERTS:  NO, YOUR HONOR.
8        THE COURT:  ALL RIGHT.
9             (PROCEEDINGS CONCLUDED AT 8:51 A.M.)
```

**CERTIFICATE OF REPORTER**

I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Diane E. Skillman*

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

WEDNESDAY, JULY 31, 2019