| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES X     No ☐ |
|---|---|---|
| 1. CASE NAME  TechShop, Inc. et al. v. Dan Rasure et al. | 2. CASE NUMBER  4:18-cv-01044-HSG (JCS) | 3. DATE JUDGMENT ENTERED  6/26/2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED  Dan Rasure et al. (without damages) |
| 5. NAME OF CLAIMING PARTY  Dan Rasure, et al. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")  Andrea Roberts | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 0 | | | | |
| Service of Process, Civil LR 54-3(a)(2) | 233.00 | Declaration of Andrea Roberts, Ex 1 (A&A Legal Services invoice) | | $233.00 | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | 4795.70 | Declaration of Andrea Roberts, Ex 2 (Payment invoice) | | $4795.70 | |
| Rulings from the bench, Civil LR 54-3(b)(2) | 652.00 | Declaration of Andrea Roberts, Ex 3 (Checks paying for April 20, 2019 hearing invoice)  Declaration of Ann Draper, Ex A (email and Transcript Order for 9/13/2018 and 10/12/2018)  Declaration of Ann Draper, Ex B (Invoice 2018029)  Declaration of Ann Draper, Ex C (NEF showing order and receipt for 10/12/2018 hearing transcript)  Declaration of Ann Draper, Ex D (NEF showing order and receipt for 10/23/2018 hearing transcript) | | $652.00 | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 0 | | | | |
| **c. DEPOSITIONS** | | | | | |

08876-00001/10965668.2

| | | | | | |
|---|---|---|---|---|---|
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 2,399.50 | Declaration of Ann Draper, Ex E  (Barkely Court Reporter's Invoice #527864) | | $2,399.50 | |
| Deposition exhibits, Civil LR 54-3(c)(3) | 482.00 | Declaration of Ann Draper, Ex E  (Barkely Court Reporter's Invoice #527864) | | $482.00 | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | 14.00 | Declaration of Ann Draper, Ex E  (Barkely Court Reporter's Invoice #527864) | | $14.00 | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | 72,083.17 | Declaration of Ann McFarland Draper, Exhibit F (Invoice #1431 from Spinnaker Technical Solutions)<br><br>Declaration of Ann McFarland Draper, Exhibit G (LCL Time Sheet Entries)<br><br>Declaration of Ann McFarland Draper, Exhibit G (LCL Time Sheet Entries)<br><br>Declaration of Ann McFarland Draper, Exhibit H (SH Time Sheet Entries)<br><br>Declaration of Ann McFarland Draper, Exhibit I (SEP Time Sheet Entries) | | $72,083.17 | |
| Trial exhibits, Civil LR 54-3(d)(4) | 5,509.81 | Declaration of Andrea Roberts, Ex 4 (SwayLaw LLC invoice),<br><br>Declaration of Andrea Roberts, Ex 5 (A&A Legal Services for delivery of flash drive),<br><br>Declaration of Andrea Roberts, Ex 6 (invoices for flash drives),<br><br>Declaration of Andrea Roberts, Ex 7 (Costs | | $5,509.81 | |

| | | | | | |
|---|---|---|---|---|---|
| | | of printing black and white documents) | | | |
| | | Declaration of Andrea Roberts, Ex 8 (Costs of printing color documents) | | | |
| | | Declaration of Andrea Roberts, Ex 9 (Invoice for offsite printing costs), | | | |
| | | Declaration of Andrea Roberts, Ex 10 (Invoice for offsite binder creation costs), | | | |
| | | Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr | | | |
| | | Declaration of Andrea Roberts, Ex 11 (Invoice for delivery of courtesy copy binders of pretrial filings) | | | |
| | | Declaration of Ann Draper, Ex J (Online banking POS to Kelly Paper Receipt) | | | |
| | | Declaration of Ann Draper, Ex K (Check 1203 to Marin Office Supply) | | | |
| | | Declaration of Ann Draper, Ex L (Copier Log line item) | | | |
| Visual aids, Civil LR 54(d)(5) | 0 | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $1,131.74 | Declaration of Andrea Roberts, Ex 13 (Johnson subsistence costs), Declaration of Andrea Roberts, Ex 12 (Marriot invoice), Declaration of Andrea Roberts, Ex 14 (Newton fees and mileage payment), Declaration of Andrea Roberts, Ex 15 (Woods fees and mileage payment), Declaration of Andrea Roberts, Ex. 16 (Busch fees and mileage payment) | | $1,131.74 | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | 0 | | | | |
| Court-appointed experts, 28 USC § 1920(6) | 0 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | 0 | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | 0 | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | 0 | | | | |
| **TOTAL AMOUNT** | $87,300.92 | | $ 0.00 | $87,300.92 | E |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**:

SIGNATURE: /s/   Andrea Roberts             DATE: 7/10/2019

SIGNATURE:      /s/ Ann Draper              DATE: 7/10/2019

11. Costs are taxed in the amount of $0.00          and included in the judgment.

Susan Y. Soong
Clerk of Court

BY: _[signature]_ , Deputy Clerk             DATE: 8/6/19

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Jeremiah Johnson, Indiana | 4 | 894.48 | | 77.41 | | | 971.89 |
| James Newton, Redwood City, California | 1 | | | | 35 | 60.07 | 60.07 |
| Daniel Woods, Mill Valley, California | 1 | | | | 25 | 53.63 | 53.63 |
| Doug Busch | 1 | | | | 12 | 46.15 | 46.15 |
| | | | | | **TOTAL WITNESS FEES/EXPENSES** | | **$1,131.74** |