Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:     (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (Pro Hac Vice)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 Trustee for TECHSHOP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DAN RASURE, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT AMENDED BRIEFS:**<br>1. Defendants' Amended Renewed Motion for Judgment as a Matter of Law;<br>2. Defendants' Amended Proposed Findings of Fact and Conclusions of Law on Equitable Defenses;<br>3. Defendants' Amended Post-Trial Brief on Equitable Defenses; and<br>4. Defendants' Amended Motion for Attorneys' Fees and Costs.<br><br>Jury Trial held June 3-11, 2019.<br>Judge: Haywood S. Gilliam, Jr. |

The Court, having considered Defendants' Unopposed Administrative Motion for Leave to Submit Amended Briefs, and finding good cause, **GRANTS** Defendants' motion to file the following documents with the Court:

(1) Defendants' Amended Renewed Motion for Judgment as a Matter of Law;

(2) Defendants' Amended Proposed Findings of Fact and Conclusions of Law on Equitable Defenses;

(3) Defendants' Amended Post-Trial Brief on Equitable Defenses; and

(4) Defendants' Amended Motion for Attorneys' Fees and Costs.

**IT IS SO ORDERED.**

DATED: 8/8/2019

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE