James C. Pistorino (SBN 226496)
  james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S OPPOSTION TO DEFENDANTS' MOTION FOR ATTORNEYS FEES** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of the TechShop's Opposition to Defendants' motion for attorneys fees.

2. Attached as Exhibit A is a true and correct copy of a cancelled check in the amount of $316.34 as copied to the Parrish firm by our bank. The copy indicates that Quinn Emanuel deposited it on June 7, 2019.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 20th day of August, 2019 at Menlo Park, California.

_____
James Pistorino

Page 1 of 1