Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:     (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

John E. Nathan (Pro Hac Vice)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 Trustee for TECHSHOP, INC. <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG (JCS) <br><br> **DECLARATION OF DAN RASURE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> Hearing Date: November 7, 2019 <br> Time: 2:00 p.m. <br> Judge:  Haywood S. Gilliam, Jr. |

1    I, Dan Rasure, declare as follows:

2    1.  I respectfully submit this declaration in support of Defendants Dan Rasure,

3 TechShop 2.0 LLC, and TechShop 2.0 San Francisco LLC's Opposition to Plaintiff TechShop,

4 Inc.'s Motion for Attorney's Fees and Costs.

5    2.  I make this declaration of personal, firsthand knowledge, and, if called and sworn

6 as a witness, I could and would testify competently thereto.

7    3.  On June 26, 2018, my then-pregnant wife suffered from a stroke in our home state

8 of Kansas and had to be airlifted to a hospital in Denver.  The following day, she delivered our

9 son.  He was born six weeks premature.

10    4.  Our newborn son was unable to breath on his own and remained in the Denver

11 NICU (Neonatal Intensive Care Unit) for an extended period of time.  He had to remain on oxygen

12 until early January 2019.

13    5.  Defendants were served with discovery requests from Plaintiff in this time period.

14 When my wife was hospitalized, and when our newborn son was in the NICU, my ability to search

15 for and collect documents responsive to Plaintiff's requests was limited by my need to care for my

16 wife and newborn son, as well as to care for our two older children (then both ages five and under)

17 while my wife was unable to do so.  As a result, I understand that my counsel, Ms. Draper,

18 requested an extension of time to respond to Plaintiff's discovery.

19

20    I declare under penalty of perjury under the laws of the United States of America that the

21 foregoing is true and correct.

22    Executed on this ___20___ day of August, 2019 at ___Goodland, KS_____.

23

24

25 Dan Rasure

26

27

28

DECLARATION OF DAN RASURE IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

08876-00001/11034361.1