Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:    (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

John E. Nathan (*Pro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:    (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 bankruptcy trustee for TECHSHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN RASURE et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No: 4:18-cv-01044-HSG (JCS)<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Hearing Date: November 7, 2019<br>Time: 2:00 pm<br>Judge: Haywood S. Gilliam, Jr. |

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants and Counterclaimants ("Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. On May 10, 2019, I sent an email to multiple attorneys representing Ms. Doris Kaelin and the bankrupt TechShop estate, including TechShop's trial counsel in this case, James Pistorino. That email provided notice that Defendants would be seeking sanctions, including attorneys' fees and costs, against Ms. Kaelin in her personal capacity. None of the attorneys to whom I directed the email voiced any objection to that notice until the instant motion was filed by TechShop's trial counsel.

3. Attached as Exhibit 1 is a true and correct copy of the email I sent to Ms. Kaelin's counsel on May 10, 2019.

4. On Tuesday, June 4, 2019, counsel for Mr. James Newton informed me that Mr. Newton's child would be graduating from high school on Friday, June 7, 2019, and requested that the witness' schedule be accommodated. The following day, I informed Plaintiff's counsel verbally in court that Defendants may need to change their witness order to accommodate Mr. Newton's schedule, and indicated that I would let Plaintiff's counsel know if that was the case as soon as possible. After court that day, I learned that, because of the time of the graduation, Mr. Newton could not be in court at all on Friday, June 7. Accordingly, I advised Plaintiff's counsel by email that Mr. Newton would need to testify before Mr. Rasure to accommodate Mr. Newton's schedule. Plaintiff objected. Because Plaintiff objected, I informed Plaintiff's counsel that Defendants would need to seek advice from the Court, and Defendants included the issue in their evidentiary brief due that night.

ROBERTS DECLARATION RE. PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed on August 20, 2019 at Redwood Shores, CA.
3
4                                                     */s/ Andrea Pallios Roberts*
5                                                     Andrea Pallios Roberts

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28