James C. Pistorino (SBN 226496)
james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **DECLARATION OF JAMES PISTORINO IN SUPPORT OF TECHSHOP'S MOTION FOR ATTORNEYS FEES AND COSTS** |

I, James Pistorino, declare:

1. I am a partner with the Parrish Law Offices ("Law Firm"). This Declaration is filed in support of Doris A. Kaelin, in her capacity as trustee for the estate of TechShop, Inc. (hereinafter "TechShop") motion for attorneys fees and costs.

2. Attached as Exhibit J are true and correct copies of emails I received from Ms. Draper on October 23 and 24, 2018 after the hearing with this Court. As shown there, these emails reflect the production of materials after Ms. Draper represented to the Court that production was complete.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 3rd day of August, 2019 at Menlo Park, California.

Page 1 of 2

_____
James Pistorino