# EXHIBIT J

# James Pistorino

| | |
|---|---|
| From: | mail@sf-notifications.com on behalf of Ann Draper <mail@sf-notifications.com> |
| Sent: | Tuesday, October 23, 2018 11:34 PM |
| To: | James Pistorino |
| Subject: | TechShop v Rasure - Production of Docs in Range DR056049-DR056094 |

Citrix Sh:

James,

Ann Draper has sent you files.        Expires 10/30/18

A note from Ann :
I am sending you a ShareFile link for delivery of documents in the Bates# range DR056049-DR056094, which are being produced in response to Plaintiff's Request for Production of Documents.

The .ZIP file for this Batch contains the website pages and logos that we discussed today. These consist of PDF printouts of each image or vector file and the original source is included as a PDF attachment. These are classified attorneys eyes only but I was unable to apply the legend without impairing the presentation of the images. I will try to resolve that tomorrow and send updated PDFs.

Ann Draper

[Download]

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://draperlawoffices.sharefile.com/d-f6d1073860484100

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2018

1

## James Pistorino

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Ann Draper <mail@sf-notifications.com> |
| **Sent:** | Wednesday, October 24, 2018 12:26 AM |
| **To:** | James Pistorino |
| **Subject:** | TechShop v Rasure - Production of Documents DR056095-056497 |

Citrix Sh:

**James,**

Ann Draper has sent you files.                                        Expires 10/30/18

A note from Ann :
I am sending you a ShareFile link for delivery of documents Bates# DR056095-056497, which are being produced in response to Plaintiff's Request for Production of Documents.

The .ZIP file for this Batch contains emails from Joe Murphy's personal gmail account that may be responsive to your requests. Most have little or no relevance. These are classified attorneys eyes and the appropriate legend has been applied.

Ann Draper

[Download]

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://draperlawoffices.sharefile.com/d-5a87478d90fa4882

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2018

1

# James Pistorino

| | |
|---|---|
| From: | mail@sf-notifications.com on behalf of Ann Draper <mail@sf-notifications.com> |
| Sent: | Wednesday, October 24, 2018 11:47 PM |
| To: | James Pistorino |
| Subject: | TechShop v Rasure - Production of Documents DR056498-DR056907 |

Citrix Sh:

James,

Ann Draper has sent you files.                                   Expires 10/31/18

A note from Ann :
I am sending you a ShareFile link for delivery of documents Bates# DR056498-DR056907, which are being produced in response to Plaintiff's Request for Production of Documents.

The .ZIP file for this Batch contains emails from John Hunt's personal gmail account that may be responsive to your requests, as well as some emails that predate Mr. Hunt's employment and are included because they in some manner relate to TechShop or the maker community. These are classified attorneys eyes and the appropriate legend has been applied.

Ann Draper

[Download]

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://draperlawoffices.sharefile.com/d-7b4384c979a64ad2

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2018

1