James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS A. KAELIN, in her capacity as the Chapter 7 trustee of the estate of TECHSHOP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN RASURE, et al. <br><br> Defendants. | Case Number: **4:18-cv-01044-HSG-JCS** <br><br> **DECLARATION OF JOHN HUNT** |

I, John Hunt, declare:

1.     I am over the age of eighteen, have never been convicted of a felony, and make the following statements based on my own personal knowledge.

2.     Starting on July 10th, 2018, I was the General Manager of TechShop 2.0/TheShop.Build's San Jose location working under Mr. Rasure's direction. I continued in that role until April 25th, 2019.

3.     Attached hereto is a true and correct copy of my business card at the time.

I declare under penalty of perjury, except for statements made upon information and belief, that the statements made herein are true and correct and if called upon as a witness I would testify thereto.

Executed this 3rd day of September, 2019 at San Jose, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Mr. John Hunt

