1  Ann McFarland Draper (Bar No. 065669)
   courts@draperlaw.net
2  Draper Law Offices
   75 Broadway, Suite 202
3  San Francisco, California 94111
   Telephone:    (415) 989-5620
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Andrea Pallios Roberts (Bar No. 228128)
   andreaproberts@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   Ed DeFranco (Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, NY 10010
   Telephone:    (212) 849-7000
12 Facsimile:    (212) 849-7100

13 John E. Nathan (P*ro Hac Vice*)
   jnathan155@yahoo.com
14 John E. Nathan LLC
   1175 Park Avenue
15 New York, NY 10128
   Telephone:    (917) 960-1667
16
   *Attorneys for Defendants and Counterclaimants*
17

18                    **UNITED STATES DISTRICT COURT**

19           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| 20  TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 trustee for TECHSHOP, INC., | CASE NO. 4:18-CV-01044-HSG (JCS) |
| 22                Plaintiff, | **DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION FOR REVIEW OF COSTS TAXED AGAINST DEFENDANTS (DKT. 250), TO RETAX COSTS AGAINST PLAINTIFF (DKT. 251), OR IN THE ALTERNATIVE, FOR STAY** |
| 23       vs. | |
| 24  DAN RASURE, et al., | |
| 25                Defendants. | |
| 26  AND RELATED COUNTERCLAIMS | Jury Trial held June 3-11, 2019. Judge: Haywood S. Gilliam, Jr. |

28

1  Pursuant to Civil L.R. 7-11, Defendants and Counterclaimants ("Defendants") respectfully
2  move this Court to shorten time for hearing on Defendants' Motion for Review of Costs Taxed
3  Against Defendants (Dkt. 250), To Retax Costs Against Plaintiff (Dkt. 251), or in the Alternative,
4  for Stay (Dkt. 258), and to hear said motion on November 7, 2019 at 2:00 pm.

5  On June 26, 2019, the Court set a hearing on the parties' post-trial motions for November
6  7, 2019 at 2:00 pm.  (Dkt. 224.)  On August 13, 2019, Defendants filed their Motion for Review of
7  Costs Taxed Against Defendants (Dkt. 250), To Retax Costs Against Plaintiff (Dkt. 251), or in the
8  Alternative, for Stay ("Motion for Review").  (Dkt. 258.)  Defendants noticed their Motion for
9  Review for January 16, 2020 at 2:00 pm, which was the earliest available hearing date on the
10 Court's calendar.  The issues in Defendants' Motion for Review overlap with issues in some of the
11 parties' other post-trial motions scheduled to be heard on November 7, 2019 at 2:00 pm,
12 specifically the parties' respective Motions for Attorneys' Fees and Costs.  Defendants
13 accordingly request that the Court shorten time for the hearing on Defendants' Motion for Review
14 (Dkt. 258) and hear the Motion for Review on November 7, 2019 at 2:00 pm.  The parties met and
15 conferred regarding this motion and Plaintiff indicated that it does not oppose this motion.

| | | |
|---|---|---|
| 1 | DATED:  October 31, 2019 | By */s/ Andrea Pallios Roberts*<br>Ann McFarland Draper (Bar No. 065669) |

DATED:  October 31, 2019          By */s/ Andrea Pallios Roberts*
                                  Ann McFarland Draper (Bar No. 065669)
                                  courts@draperlaw.net
                                  Draper Law Offices
                                  75 Broadway, Suite 202
                                  San Francisco, California 94111
                                  Telephone:     (415) 989-5620

                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
                                  Kevin P.B. Johnson (Bar No. 177129)
                                  kevinjohnson@quinnemanuel.com
                                  Andrea Pallios Roberts (Bar No. 228128)
                                  andreaproberts@quinnemanuel.com
                                  555 Twin Dolphin Drive, 5th Floor
                                  Redwood Shores, California 94065-2139
                                  Telephone:     (650) 801-5000
                                  Facsimile:     (650) 801-5100

                                  Ed DeFranco (Bar No. 165596)
                                  eddefranco@quinnemanuel.com
                                  51 Madison Avenue, 22nd Floor
                                  New York, NY 10010
                                  Telephone:     (212) 849-7000
                                  Facsimile:     (212) 849-7100

                                  John E. Nathan (P*ro Hac Vice*)
                                  jnathan155@yahoo.com
                                  John E. Nathan LLC
                                  1175 Park Avenue
                                  New York, NY 10128
                                  Telephone:     (917) 960-1667

                                  *Attorneys for Defendants and Counterclaimants*