Ann McFarland Draper (Bar No. 065669)
courts@draperlaw.net
Draper Law Offices
75 Broadway, Suite 202
San Francisco, California 94111
Telephone:     (415) 989-5620

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Ed DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

John E. Nathan (P*ro Hac Vice*)
jnathan155@yahoo.com
John E. Nathan LLC
1175 Park Avenue
New York, NY 10128
Telephone:     (917) 960-1667

Attorneys for Defendants and Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TECHSHOP, INC., a California corporation, DORIS A. KAELIN, in her capacity as Chapter 7 Trustee for TECHSHOP, INC.<br><br>              Plaintiff,<br><br>     vs.<br><br>DAN RASURE, et al.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:18-CV-01044-HSG<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SET HEARING FOR ARGUMENT ON DEFENDANTS' EQUITABLE DEFENSES** |

1  The Court, having considered Defendants' Unopposed Administrative Motion to Set
2  Hearing for Argument on Defendants' Equitable Defenses, and finding good cause, **GRANTS**
3  Defendants' motion.  The time for hearing final argument on Defendants' equitable defenses to
4  Plaintiff's claims is set for December 11, 2019 at 2:00 pm.

6  **IT IS SO ORDERED.**

9  DATED: 11/7/2019

   _____
   Hon. Haywood S. Gilliam, Jr.
10 UNITED STATES DISTRICT JUDGE