Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TECHSHOP, INC., a Cal. Corporation,
and DORIS A. KAELIN, Trustee,

　　　　　　　Plaintiff(s),

　　v.

DAN RASURE, et al.

　　　　　　　Defendant(s).

Case No: <u>4:18-CV-01044</u>

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, <u>Serafina Concannon</u>, an active member in good standing of the bar of <u>District of Columbia</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Defendants and Cross-Complainants</u> in the above-entitled action. My local co-counsel in this case is <u>Andrea Pallios Roberts</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 I Street NW Suite 900<br>Washington, D.C. 20005 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD:<br>(202) 538-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 801-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>serafinaconcannon@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>andreaproberts@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>1600337</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/23/20

　　　　　　　　　　　　Serafina Concannon
　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Serafina Concannon</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/21/2019

　　　　　　　　　　　　Haywood S. Gill Jr.
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Serafina Concannon*

was duly qualified and admitted on June 1, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 23, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.