# EXHIBIT 1
# FILED UNDER SEAL

---------- Forwarded message ----------
From: **Phillip Torrone** <pt@adafruit.com>
Date: Sat, Feb 17, 2018 at 11:55 AM
Subject: Re: comment for name change (techshop is now TheShop.Build )?
To: Daniel Woods <daniel.woods@techshop.ws>

got it, i luckily did not include "1.0" in the post and will not for anything going forward. please OK this quote!

==
> TechShop, Inc. nor any of it's wholly-owned LLC's have a relationship to or agreement with the parties who are apparently opening a makerspace in the former TechShop San Francisco location.  What we know is what anyone else who has been reading social media knows.
> Dan Woods
> CEO
> TechShop
==

> On Feb 17, 2018, at 2:53 PM, Daniel Woods <daniel.woods@techshop.ws> wrote:
>
> Hey pt --
>
> Nice to see your name popping up in my inbox this morning.
>
> First, a small but important correction. I am the CEO of TechShop, Inc. not TechShop 1.0. The fact that people began using that term publicly demonstrates the level of confusion that has been created by this entire mess.
>
> TechShop, Inc. nor any of it's wholly-owned LLC's have a relationship to or agreement with the parties who are apparently opening a makerspace in the former TechShop San Francisco location.
>
> What we know is what anyone else who has been reading social media knows.
>
> Cheers!
>
> Dan
>
>
>
>
>
> On Sat, Feb 17, 2018 at 11:41 AM, Phillip Torrone <pt@adafruit.com> wrote:
> hi hi folks,
>
> here is a post about the opening on monday, and the name change, please send over anything for comment and the post will include that exactly.
>         https://blog.adafruit.com/2018/02/17/techshop-2-0-is-now-theshop-build-techshop-techshop-techshop20-chroniclebenny-sfchronicle/
>
> added benny the author of the sfcron article here too as well as dan woods, ceo of techshop 1.0.
>
> thanks,
> pt
>
>
>
> --
> Dan Woods
> CEO
> TechShop
> daniel.woods@techshop.com
`

--
Dan Woods
CEO
TechShop
daniel.woods@techshop.com

CONFIDENTIAL
TS000715