# EXHIBIT 1
# FILED UNDER SEAL



**Dan Woods** — Mobile

1/1/18 5:14 PM

I thought the Google fees were going to go down. They just tried to charge the card for $5200

1/1/18 5:23 PM

Let's discuss on the call tomorrow. We haven't dumped any email accounts as of yet, and we def need to kill all but a small handful.

1/3/18 12:50 PM

I'll call you right back.

Okay.

1/3/18 1:21 PM

TX-0534.0001

United States District Court
Northern District of California
**Trial Exhibit 534**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered_____
By_____
Deputy Clerk

**DR000537**