# EXHIBIT 3
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Daniel Woods <daniel.woods@techshop.ws> |
| **Sent:** | Monday, November 20, 2017 3:10 PM |
| **To:** | Dan Rasure; Dan Rasure |
| **Cc:** | Elizabeth Bauer |
| **Subject:** | Fwd: FW: Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOV-PDX.FID1001099] |
| **Attachments:** | 2017-08-30 TechShop, Inc. Engagement Letter(1)-signed.pdf |

Hi Dan,

I know this is somewhat unorthodox, but we are trying to reach "Yes" tonight.

The Board does not feel comfortable moving forward without counsel from outside counsel with expertise in M&A and general corporate counsel expertise. Eliazbeth prevailed upon former colleagues at a firm she used to work with, who have agreed to provide immediate counsel to the team here.

However, they need $5K wired to them. Please see attached retainer.

Awkward question, but...since we are flat out running on empty, any chance you would consider wiring the $5K to their firm so that we can at least get their counsel this afternoon?

Thanks,

Dan

United States District Court
Northern District of California
**Trial Exhibit 581**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered_____
By_____
Deputy Clerk

CONFIDENTIAL

DR005038

TX-0581.0001

\---------- Forwarded message ----------
From: **Daniel Woods** <daniel.woods@techshop.ws>
Date: Mon, Nov 20, 2017 at 2:59 PM
Subject: Re: FW: Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOV-PDX.FID1001099]
To: Elizabeth Bobek <elizabeth.bobek@techshop.ws>

Wasn't real obvious where to sign, so I signed in a couple of places.

Attached.

Dan

On Mon, Nov 20, 2017 at 2:54 PM, Elizabeth Bobek <elizabeth.bobek@techshop.ws> wrote:

> Please sign and send back to me
>
> ---------- Forwarded message ----------
> From: "Kurt Ruttum" <kurt.ruttum@tonkon.com>
> Date: Nov 20, 2017 4:37 PM
> Subject: FW: Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOV-PDX.FID1001099]
> To: "Elizabeth Bobek Bauer (elizabeth.bauer@techshop.ws)" <elizabeth.bauer@techshop.ws>
> Cc:
>
>
> **From:** Kurt Ruttum [mailto:kurt.ruttum@tonkon.com]
> **Sent:** Thursday, August 31, 2017 9:40 AM
> **To:** Elizabeth W. Bauer (elizabeth.bauer@techshop.ws)
> **Subject:** Tonkon Torp LLP Engagement Letter - TechShop, Inc. [IWOV-PDX.FID1001099]
>
> Liz,

CONFIDENTIAL

> Please see the attached engagement letter for TechShop, Inc., which includes wire instructions for the $5,000 retainer.
>
> Kurt
>
> **Kurt W. Ruttum** | **Tonkon Torp** LLP
> 1600 Pioneer Tower | 888 SW Fifth Ave. | Portland, OR  97204
> 503.802.2043 (direct) | 503.972.3743 (fax) | kurt.ruttum@tonkon.com | tonkon.com
>
> Unless expressly stated otherwise, this message is not an offer, acceptance, or other contractually binding agreement.  This message and its attachments are confidential and privileged.  If you are not the intended recipient, any use, distribution, or copying is prohibited.  If received in error, please contact the sender.

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

CONFIDENTIAL

DR005040

TX-0581.0003



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Kurt W. Ruttum

Direct Dial: 503.802.2043
Direct Fax:  503.972.3743
kurt.ruttum@tonkon.com

August 30, 2017

**VIA E-MAIL - elizabeth.bauer@techshop.ws**

TechShop, Inc.
c/o Ms. Elizabeth Bauer
Director of Investments
300 S. 2nd Street
San Jose, CA 95113

Re: Engagement Letter

Dear Liz:

Thank you for choosing our firm to represent TechShop, Inc. (the "Company"). I enclose a copy of a brochure entitled "Terms of Our Engagement as Your Attorneys," which states the general terms of our engagement as your legal counsel. This letter supplements the enclosed brochure by describing the more specific terms on which we will provide and bill for legal services and disbursements in these matters.

*Professional Undertaking*. I will have primary responsibility for the firm's role in these matters. We may use other attorneys and paralegals in the office for particular tasks when we believe that to be appropriate. We try to use attorneys and staff with lower hourly rates where appropriate in order to help contain costs; though at times, attorneys with particular expertise may be the most cost-effective option despite having higher hourly rates. If you ever have questions or concerns about our staffing, our work, our fees, or any other issue, please let me know at once and I will address the issue.

*Fees*. Our schedule of hourly rates for attorneys and other members of the professional staff is based on years of experience, specialization in training and practice, and level of professional attainment. Currently, my hourly rate is $550. The hourly rates for the other lawyers and professional staff in our firm range between $200 and $600. Rates are reconsidered periodically, typically at the beginning of the calendar year. We will charge you based on the rates in effect at the time services are rendered.

*Costs and Disbursements*. We incur out-of-pocket expenses in connection with most engagements. These may include travel, lodging, transcripts, filing fees, copying costs, computerized research and the like. In order to fairly allocate these costs among our clients based upon actual use, we separately itemize these charges on our statements. These amounts are billed at cost, with no mark-up. We will arrange for large disbursements to be billed directly to you.

CONFIDENTIAL

**DR005041**

TechShop, Inc.
August 30, 2017
Page 2

   ***Retainer, Billing and Payment***.  We will require a retainer of $5,000 at this time.  Please wire the retainer to us using the attached wire instructions. We normally bill on an hourly basis, and we will bill the Company on an hourly basis for services provided unless we have made other arrangements for a particular project.  As we render services and advance costs and disbursements, we will send the Company itemized monthly statements.  We expect payment within 30 days of the date of the statement.  If we do not receive timely payment, we may terminate our engagement.

   Please review this letter carefully and, if it meets with your approval, sign the enclosed copy and return it to me along with the wired retainer so that we may begin work.  Please call me if you have any questions.  I look forward to working with the Company.

            Best regards,

            Kurt W. Ruttum

KWR/rkb
Enclosures

080000/02043/8310031v1

            CEO, TechShop, Inc.
            November 20, 2017



CONFIDENTIAL

**DR005042**

TX-0581.0005



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

## WIRE INSTRUCTIONS

To wire funds into the firm's **trust account**:

| | |
|---|---|
| **ABA Routing Number:** | 121000248 |
| **Account Number:** | 2934150364 |
| **Account Name:** | Tonkon Torp LLP IOLTA Lawyers Trust Account |
| **Bank Name:** | Wells Fargo & Company |
| **Bank Address:** | 420 Montgomery Street<br>San Francisco, CA 94101 |
| **Bank Contact:** | Matthew P. Herb<br>503-886-3881 |
| **Swift Code:** | BIC WFBIUS6S |
| **Tonkon Torp Contact:** | Allan R. MacLaine, CFO<br>503-802-2198<br>allan.maclaine@tonkon.com |

INTRANET/SS_ACCOUNTING/2432086v1

CONFIDENTIAL

**DR005043**

TX-0581.0006

# TERMS OF OUR ENGAGEMENT AS YOUR ATTORNEYS

**TONKON TORP** LLP
ATTORNEYS

CONFIDENTIAL **DR005044**

TX-0581.0007

## Terms Of Our Engagement
## As Your Attorneys

We are pleased that you have selected Tonkon Torp LLP as your attorneys. The standard terms of our engagement are set forth in this document. It explains how your legal work will be handled and how you will be billed. These terms are an important part of our agreement with you and may be modified only if we agree in writing. We suggest that you review this information carefully and keep it for future reference.



### Our Legal Services

We are proud of Tonkon Torp's record of quality work and excellent service, and we are committed to maintaining our high standards. You are entitled to have a clear understanding of the services performed on your behalf and of the charges for those services. Also, we want to know how our clients feel about the services they have received. If you ever feel that we are not living up to our commitment or to your expectation of prompt, cost-effective, quality legal representation, or if you have any questions about our work or our fees, please let us know. We will be pleased to discuss your concerns with you.

### Client Cooperation

To assure you of the best possible legal services, we ask that you cooperate with all our personnel who are working on your behalf. Your cooperation will help us get the work done more quickly and at a lower cost. The better we understand your problems and your objectives, the more effective we can be.

### Who Will Provide Services

Customarily, one attorney in our firm will have primary responsibility for your work and will be your principal contact. Your principal attorney should be someone in whom you have confidence and with whom you enjoy working.

While there will usually be one principal attorney, it is likely that other attorneys and paralegals may be assigned to work on your matters. Assigning more than one individual, when appropriate, to assist you in your legal work is an important means of providing you with quality legal service in the most efficient and cost-effective manner.

If you have questions about any of the work we are performing for you, you should feel free to call your principal attorney. He or she will be familiar with and responsible for all the work we are performing on your behalf. If you have questions regarding work performed by a specific person, you should also feel free to call that person directly.

## Assessment of Possible Outcomes

We often are asked to state our opinion as to the likely outcome of legal matters. We will normally offer that opinion to the best of our professional judgment. We cannot, however, provide a guarantee. In many cases, there are simply no clear-cut answers to legal questions.

It is not possible to predict with certainty how a particular matter might be resolved at some future date by a judge, jury or arbitrator. Our assessment may change as new facts are discovered, and in some instances, the law itself may be changed through legislation or by the courts. Despite these uncertainties, we will do our best to help you make the most informed decisions possible regarding your legal affairs.

## How Our Legal Fees Are Determined

In determining the fees to be charged for particular services, we may consider the following factors, among others:

- The time and effort required, the novelty and complexity of the issues presented, and the skill required to perform the legal services promptly;

- The fees customarily charged in the community for similar services and the value of the services to you;

- The nature and longevity of our professional relationship with you;

- Any extraordinary time limitations imposed by you or by the circumstances and the effect of those limitations upon our ability to perform other work;

- The extent to which we have undertaken risks on your behalf as, for example, when we issue an opinion letter to a third party; and

- The experience and expertise of the attorneys performing the services.

The primary factors in determining fees will, in most instances, be the time and effort required. Our attorneys and paralegals keep accurate daily records of time spent on your matters. The services for which you will be billed include, for example, telephone and in-person conferences, legal and factual research, analysis and planning, preparation of legal documents and correspondence, review of documents, travel, negotiation, and courtroom appearances.

For purposes of determining fees, we maintain guideline hourly billing rates for each of our attorneys and paralegals. Our guideline rates are subject to review and change from time to time to reflect the current levels of legal experience of our personnel, changes in overhead or other costs, and changes in the marketplace. Attorneys who have attained special expertise in given areas of the law are generally able to provide services within these areas in an especially efficient manner and may have higher rates with respect to services in their areas of expertise.

We do not undertake representation on a fixed fee basis except for certain types of routine matters or pursuant to special arrangements with a particular client and with the approval of the firm's Managing Board. Also, we do not undertake representation on a contingent-fee basis except in special circumstances and with the approval of the firm's Managing Board. In all such situations, the fixed-fee or contingent-fee arrangement will be expressed in a letter, setting forth both the amount of the fee (or the method of determining the fee) and the scope of the services to be provided.

When our services involve the adaptation of previously developed materials in which we have an internal investment of time and expertise, an appropriate charge not based on time may be made. Such a charge may be made for provision of intricate forms and systems and for the preparation of documents, manuals and like materials. Also, when a result is obtained for a client primarily as a result of our special knowledge or experience, with relatively little expenditure of time, an appropriate fee will be charged for the result obtained.

### Fee Estimates

We are often asked to estimate the amount of fees and costs likely to be charged in connection with a particular matter. We are happy to furnish our best estimate based on our professional judgment. You should understand, however, that any such estimate is not a guaranteed maximum. We generally cannot give maximum fee quotations. Except in very rare types of matters, it is impossible to predict exactly how much time and effort will be required to complete a project. This is especially true with respect to litigation and negotiations, where factors that are not within our control can materially affect the ultimate fee. Furthermore, when a fee estimate is given for a litigation matter, the estimate ordinarily will not include fees and expenses for any appellate proceeding that may arise.

### Other Costs and Expenses

We may incur a variety of costs in connection with our services. By engaging us, you have agreed that we have the authority to incur such costs, including the fees of court reporters, accountants, appraisers, investigators, consultants, experts and other professionals deemed by us to be necessary in rendering services on your behalf. These costs will be incurred for your benefit, and you will be expected either to pay them directly or to reimburse us if we pay them. Other expenses typically include messenger; courier and express delivery charges; filing and service-of-process fees; photocopying charges; deposition and transcript costs; witness fees; and travel expenses. Our statements for services include itemized billings for reimbursement of these costs and expenses.

### Billing Statements

We will customarily bill you on a monthly basis for our fees and other costs incurred unless other arrangements are mutually agreed upon. Due to delays in our receipt of bills from others and the time required to process various charges, costs of the type described above may not be reflected in the statement for the month in which they were incurred. In some cases, the date reflected in the billing statement will not be the date the cost is incurred, but rather the date we post the charge to your account.

### Questions

If you have any questions about the billing statement, feel free to call your principal attorney. It is our policy not to charge for time spent in responding to inquiries from clients regarding our bills. However, if you have questions about a billing statement, you agree to bring such questions to our attention within 30 days from the date of the bill. If you have not raised a question within the 30-day period, we will assume you have no questions regarding the statement and that you acknowledge the amount to be correct and owing.

### Payment Policy

Unless otherwise agreed, our bills are payable in full within 30 days from the date of the statement. Arrangements for deferred payment must be made in advance. A late charge will accrue at the rate of three-fourths percent per month (9 percent per annum) on all accounts unpaid after 30 days. Payments are applied in the following order: first, to the accrued late charge; second, to unpaid costs; third, to unpaid fees.

### Past Due Amounts

It has been our experience that most of our clients pay their accounts in a timely manner. Occasionally, however, an account will become past due. If you fail to keep your account current, we will give you notice that the account has become past due and give you an opportunity to bring it current. If that is not possible and other arrangements have not been made, we may pursue further collection action at your expense. We reserve the right to withdraw as your attorneys if you fail to keep your account current, and by engaging us pursuant to these terms you agree that we may do so.

If it is necessary to bring an action to compel the payment of our account, you agree to pay all costs incurred in collecting the account, including court costs, filing fees, and reasonable attorney fees for such action and any appeal. Hopefully, any disagreement or misunderstanding about a fee can be resolved through informal discussion with your principal attorney or a member of our Managing Board.

**Fee Deposits**

You may be asked to make a deposit with the firm in an amount determined appropriate under the circumstances. In some instances, legal fees and costs will be paid from the deposit as services are rendered. In other instances, we will require that fees and costs be paid monthly; if a payment is not made when due, it will be paid from the deposit and we will expect the deposit to be restored to a required level within a specified time period. We will provide you with a monthly statement of sums withdrawn for our fees and other charges. Where the scope of our services for you has expanded beyond our initial understanding, we may ask that you increase the amount of the deposit. When a case has been set for trial or arbitration, we may require deposit of a sum sufficient to pay the fees and expenses that we estimate will be incurred in preparing for and completing the trial or arbitration. You agree that if you do not furnish any such requested deposit, we may withdraw from the matter as your attorneys.

Unless otherwise agreed in writing, retainer deposits are held in the firm's general client trust account and do not bear interest for your benefit. When we have concluded our representation and have been fully paid, any remaining balance of the deposit will be returned to you.

Funds deposited in our general client trust account are normally commingled with money held in trust for other clients. We participate in the "IOLTA" program pursuant to which interest on balances in the general client trust account is paid to the Oregon Law Foundation unless other arrangements are made.

**Other Trust Deposits**

We may receive funds other than retainer deposits from you for a variety of reasons. They, too, typically will be placed in a trust account. Where the amount is small, or is to be held for only a short period of time, we will place it in the general client trust account. Larger deposits that are held for a longer period of time will, upon your request, be deposited in a separate, interest-bearing trust account for your benefit. This interest must be reported by you as interest income for income tax purposes.

Deposits that we receive to cover specific items will be disbursed as provided in our agreement with you. You will be notified of the amounts applied or withdrawn.

**Termination of the Attorney-Client Relationship**

You have the right at any time and for any reason, including dissatisfaction with our services, to terminate our attorney-client relationship. If you decide to terminate, you should notify us immediately of your decision. In that event, you shall remain responsible for payment for any legal services rendered or costs incurred before we actually receive such notice, as well as for services and costs necessary in concluding or transferring the matters on which we have been working for you. We reserve the right to assert an attorney's lien with respect to files or documents we are asked to transfer if we have not been fully paid. Corporate records and original documents will be transferred to you at your request without charge. If a request is made that we transfer other materials from our files, we will do so upon payment of copying charges.

**Withdrawal from the Attorney-Client Relationship**

In some circumstances, we may determine that we are no longer able to represent you. In that event, we may withdraw as your attorneys either with your consent or for good cause. We may even be required to withdraw. Circumstances that may result in our withdrawal include your failure to pay our fees or costs or to otherwise abide by the terms of our engagement; your failure to fully inform the attorney responsible for your work of material facts; conduct that is inconsistent with the attorney's advice; or a conflict of interest with other clients. If we believe a situation is developing that might require us to consider withdrawing as your attorneys, we will make every effort to identify the situation and discuss it with you prior to making any decision. If we elect to withdraw, we will immediately give you notice to that effect.

**In Closing**

We appreciate the opportunity to be of service to you. We will do our very best to provide you with the high-quality, cost-effective legal work and the prompt, personal service upon which we have built our professional reputation.



*signature*

CEO, TechShop, Inc.
November 20, 2017

**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower

888 SW Fifth Avenue

Portland, Oregon 97204

503.221.1440

503.274.8779 fax

tonkon.com

CONFIDENTIAL **DR005049**