# EXHIBIT 4
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Daniel Woods <daniel.woods@techshop.ws> |
| **Sent:** | Monday, November 27, 2017 12:17 PM |
| **To:** | Dan Rasure |
| **Cc:** | Mike Hilberman; Doug Busch; Elizabeth Bauer; Jim Newton; Sean Doherty |
| **Subject:** | Fwd: Can You Please Confirm Insurance |

Dan -

Further to our call yesterday, we absolutely must pay the following insurance premiums to ensure coverage through November (THIS) month:

Kaiser:   8,295.84

Anthem: 3,250.74

Total:   11,546.58

In that you wanted to pay these things directly, I will be happy to put you in touch with the people who can provide details in making these two payments electronically.

Dan

United States District Court
Northern District of California
**Trial Exhibit 587**
Case No. 4:18-cv-01044-HSG-JCS
Date Entered_____
By_____
Deputy Clerk

CONFIDENTIAL

DR005951

TX-0587.0001

---------- Forwarded message ----------
From: **Vishal Rana** <Vishal.Rana@insure123.com>
Date: Mon, Nov 27, 2017 at 11:25 AM
Subject: Re: Can You Please Confirm Insurance
To: Daniel Woods <daniel.woods@techshop.ws>, Zain Jeewanjee <zain.jeewanjee@insure123.com>
Cc: Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>, Peter Stevenson <Peter.stevenson@insure123.com>, Aman Dudlani <Aman.Dudlani@insure123.com>, Neha Madan <neha.madan@insure123.com>

Hi Dan,

The total amount due for Kaiser medical plan for the month of November is $8295.84 . Kindly make that payment  on or before November 29 . If the payment is not made the carrier will terminate the group on November 30.

The total amount due for the month of December is $3160.32 . The due date for December is December 1.

Total amount due for November and December is $11,456.16.

Please keep me in the loop if you made any payment to the carrier so that I convey the information to the carrier immediately.

 For Anthem medical  Plan :

The amount due for the November 2017 Invoice is:  $ 3,250.74

This bill is due on 11/1/2017 but there is a 30-day grace – and payment must be received by 11/30/17.

CONFIDENTIAL

DR005952

TX-0587.0002

The amount due for the December 2017 Invoice is:  $ 42,461.74

This bill is due on 12/1/2017 but there is a 30-day grace – and payment must be received by 12/30/17.

Regards

Vishal

---

**From:** Daniel Woods <daniel.woods@techshop.ws>
**Sent:** Friday, November 24, 2017 1:08:03 PM
**To:** Zain Jeewanjee
**Cc:** Mike Hilberman; Vishal Rana; Peter Stevenson; Aman Dudlani
**Subject:** Re: Can You Please Confirm Insurance

When is the deadline to pay Kaiser for November?

Dan

On Fri, Nov 24, 2017 at 1:06 PM, Zain Jeewanjee <zain.jeewanjee@insure123.com> wrote:

> Please do not delay Kaiser
>
> Because Kaiser will not reinstate nor will they allow a group that is terminated For premiums to join before 12 months
>
> Get Outlook for iOS

CONFIDENTIAL

DR005953

TX-0587.0003

**From:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Sent:** Friday, November 24, 2017 10:14:18 AM
**To:** Zain Jeewanjee; 'Daniel Woods'; Vishal Rana
**Cc:** Peter Stevenson; Aman Dudlani
**Subject:** RE: Can You Please Confirm Insurance

This seems to be talking about Blue, but let's not forget Kaiser (medical for many of the CA team).  Per the other email I think that was around $8.3k that hasn't been partially paid…

---

**From:** Zain Jeewanjee [mailto:zain.jeewanjee@insure123.com]
**Sent:** Friday, November 24, 2017 10:04 AM
**To:** Daniel Woods <daniel.woods@techshop.ws>; Vishal Rana <Vishal.Rana@insure123.com>
**Cc:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>; Peter Stevenson <Peter.stevenson@insure123.com>; Aman Dudlani <Aman.Dudlani@insure123.com>
**Subject:** Re: Can You Please Confirm Insurance

Yes, Policy is in Force,

The amount due would be the balance from the previous invoice,

( I think you paid 40K , and bill was about 43+ K )

Vishal will get back to you after he confirms with the carrier Monday, I am Traveling out on Monday will have little access to email till I return on the 8th of Dec.

But you can reach me on my cell 408-898-0042 late or early USA hours.

Zain

Zain Jeewanjee - CEO

Insure123 Insurance Agency – 1985

An Escalon Services Company

www.escalon.services

408-286-1111

Lic # 0697055

**From:** Daniel Woods <daniel.woods@techshop.ws>
**Date:** Friday, November 24, 2017 at 9:34 AM
**To:** Zain Jeewanjee <zain.jeewanjee@insure123.com>
**Cc:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Subject:** Can You Please Confirm Insurance

Zain - Can you please confirm the following:

(a) insurance is still on for now;

(b) what is the final date to pay the remainder of both health insurance policies

(c) exact amount remaining to be paid.

Thanks!

Dan

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com

CONFIDENTIAL

DR005956