# EXHIBIT 5
# FILED UNDER SEAL

**From:**  Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Sent:**  Tuesday, November 28, 2017 9:44 AM
**To:**  'Daniel Woods'; Dan Rasure
**Subject:**  RE: Can You Please Confirm Insurance
**Attachments:**  Kaiser _October 2017_$4740.48.pdf; Print-Confirmation-280548.pdf

Dan R – happy to talk you through this – 408-475-2383.
Needs to be by ACH or Wire (not Credit card)

See attached invoices.

Kaiser:
Customer ID: 000700673-7000

Anthem:
Billing Entity #: 280548H001

-Mike

---
Mike Hilberman
CFO
Early Growth Financial Services
P: (408) 475-2383   C: (650) 245-9836
mhilberman@earlygrowthfinancialservices.com


**From:** Daniel Woods [mailto:daniel.woods@techshop.ws]
**Sent:** Tuesday, November 28, 2017 9:14 AM
**To:** Dan Rasure
**Cc:** Mike Hilberman
**Subject:** Re: Can You Please Confirm Insurance

Per Vishal's instructions earlier in this thread, neither Kaiser nor Anthem accept credit card for premium payments.



On Tue, Nov 28, 2017 at 9:10 AM, Dan Rasure <drasure@megafab.com> wrote:
I am planning on paying both by credit card.

Dan Rasure

_____

**From:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Sent:** Tuesday, November 28, 2017 10:08:53 AM
**To:** 'Daniel Woods'; Dan Rasure
**Cc:** 'Jim Newton'; 'Doug Busch'; 'Sean Doherty'; 'Elizabeth Bauer'
**Subject:** RE: Can You Please Confirm Insurance

United States District Court
Northern District of California
**Trial Exhibit 589**
Case No. __4:18-cv-01044-HSG-JCS__
Date Entered_____
By_____
Deputy Clerk

CONFIDENTIAL

DR006331

Dan R – what is the best number to reach you on? We can walk you through the process.

-Mike


**From:** Daniel Woods [mailto:daniel.woods@techshop.ws]
**Sent:** Tuesday, November 28, 2017 8:23 AM
**To:** Dan Rasure; Mike Hilberman
**Cc:** Jim Newton; Doug Busch; Sean Doherty; Elizabeth Bauer
**Subject:** Fwd: Can You Please Confirm Insurance


Dan R - Please acknowledge receipt of information below about paying Kaiser and Anthem

 today

.

Mike H - Dan

R

will be paying these remaining premium amounts due with his funds. Since you know who can best accomplish this on the remaining team, can you please assist with introducing Dan R to the person who can work with him to get these payments made today?

Specifically, for the $8,295.84 Kaiser payment, it looks like he needs to do this over the phone with our Group Representative (Who is that?), and then enter our group info and checking account information.

$3,250.74 Anthem payment can be entered with wire instructions. Can we provide him with all of the information that needs to be attached to these instructions so that the payment is properly credited?.

Thanks in advance.


CONFIDENTIAL

DR006332

TX-0589.0002

---------- Forwarded message ----------
From: **Vishal Rana** <Vishal.Rana@insure123.com>
Date: Mon, Nov 27, 2017 at 5:03 PM
Subject: Re: Can You Please Confirm Insurance
To: Daniel Woods <daniel.woods@techshop.ws>, Amanda Watkins
<amanda.watkins@techshop.ws>
Cc: Zain Jeewanjee <zain.jeewanjee@insure123.com>, Mike Hilberman
<mhilberman@earlygrowthfinancialservices.com>, Peter Stevenson
<Peter.stevenson@insure123.com>, Aman Dudlani <Aman.Dudlani@insure123.com>, Neha
Madan <neha.madan@insure123.com>

Hi Dan,

The remaining Anthem premium for November coverage is $3,250.74 and the Kaiser premium
for November coverage is $8,295.84.

Per carriers Anthem and Kaiser there is no option to make the payment via credit card .

Payment to Kaiser is done either via one of these methods ;

(1) Make a payment via phone : Group representative needs to make a call to 800 731 4661
option 4 and share the group checking account number , routing number and checking account
billing address with the Kaiser .This is the quickest way to make the payment.

(2) Via Check : mailing address is


 Kaiser Foundation Health Plan

File 5915

Los Angeles, Ca. 90074-5915



For Anthem payment can be made via either one of these methods:



(1) Via Check : mailing address is


Anthem blue cross

Po Box 511300



CONFIDENTIAL

DR006333

Los Angeles, Ca 90051-7855"

 (2) Via Wire or Electronic transfer : Techshop has the access to make payment via wire . They have made last payment via wire.

Please let me know if you have any questions .

Regards

Vishal

---

**From:** Daniel Woods <daniel.woods@techshop.ws>
**Sent:** Monday, November 27, 2017 3:30:53 PM
**To:** Vishal Rana; Amanda Watkins
**Cc:** Zain Jeewanjee; Mike Hilberman; Peter Stevenson; Aman Dudlani; Neha Madan
**Subject:** Re: Can You Please Confirm Insurance

Hi Vishal and Zain --

Here is our plan.

We have an agreement in principal with Dan Rasure to acquire the company and re-open most if not all locations. While negotiations continue, Mr. Rasure has agreed to pay the remaining Anthem premium for November as well as the Kaiser premium for November.

CONFIDENTIAL

DR006334

Just to confirm: The remaining Anthem premium for November coverage is $3,250.74 and the Kaiser premium for November coverage is $8,295.84.

He would like to pay by credit card. Could you or one of your staff provide the details to Mr. Rasure so that he can get accomplish this ASAP?

Warm Regards,

Dan

On Mon, Nov 27, 2017 at 11:25 AM, Vishal Rana <[Vishal.Rana@insure123.com](mailto:Vishal.Rana@insure123.com)> wrote:

Hi Dan,

The total amount due for Kaiser medical plan for the month of November is  $8295.84 . Kindly make that payment  on or before November 29 . If the payment is not made the carrier will terminate the group on November 30.

The total amount due for the month of December is $3160.32 . The due date for December is December 1.

Total amount due for November and December is $11,456.16.

CONFIDENTIAL

DR006335

Please keep me in the loop if you made any payment to the carrier so that I convey the information to the carrier immediately.

 For Anthem medical  Plan :

The amount due for the November 2017 Invoice is:  $ 3,250.74

This bill is due on 11/1/2017 but there is a 30-day grace – and payment must be received by 11/30/17.

The amount due for the December 2017 Invoice is:  $ 42,461.74

This bill is due on 12/1/2017 but there is a 30-day grace – and payment must be received by 12/30/17.

Regards

Vishal

---

**From:** Daniel Woods <daniel.woods@techshop.ws>
**Sent:** Friday, November 24, 2017 1:08:03 PM
**To:** Zain Jeewanjee
**Cc:** Mike Hilberman; Vishal Rana; Peter Stevenson; Aman Dudlani
**Subject:** Re: Can You Please Confirm Insurance

When is the deadline to pay Kaiser for November?

Dan

CONFIDENTIAL

DR006336

TX-0589.0006

On Fri, Nov 24, 2017 at 1:06 PM, Zain Jeewanjee <zain.jeewanjee@insure123.com> wrote:

Please do not delay Kaiser

Because Kaiser will not reinstate nor will they allow a group that is terminated For premiums to join before 12 months

Get Outlook for iOS

---

**From:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Sent:** Friday, November 24, 2017 10:14:18 AM
**To:** Zain Jeewanjee; 'Daniel Woods'; Vishal Rana
**Cc:** Peter Stevenson; Aman Dudlani
**Subject:** RE: Can You Please Confirm Insurance

This seems to be talking about Blue, but let's not forget Kaiser (medical for many of the CA team).  Per the other email I think that was around $8.3k that hasn't been partially paid…

**From:** Zain Jeewanjee [mailto:zain.jeewanjee@insure123.com]
**Sent:** Friday, November 24, 2017 10:04 AM
**To:** Daniel Woods <daniel.woods@techshop.ws>; Vishal Rana <Vishal.Rana@insure123.com>
**Cc:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>; Peter Stevenson <Peter.stevenson@insure123.com>; Aman Dudlani <Aman.Dudlani@insure123.com>
**Subject:** Re: Can You Please Confirm Insurance

Yes, Policy is in Force,

The amount due would be the balance from the previous invoice,

( I think you paid 40K , and bill was about 43+ K )

CONFIDENTIAL

DR006337

Vishal will get back to you after he confirms with the carrier Monday, I am Traveling out on Monday will have little access to email till I return on the 8th of Dec.


But you can reach me on my cell 408-898-0042 late or early USA hours.


Zain


Zain Jeewanjee - CEO

Insure123 Insurance Agency – 1985

An Escalon Services Company

www.escalon.services

408-286-1111



Lic # 0697055

---

**From:** Daniel Woods <daniel.woods@techshop.ws>
**Date:** Friday, November 24, 2017 at 9:34 AM
**To:** Zain Jeewanjee <zain.jeewanjee@insure123.com>
**Cc:** Mike Hilberman <mhilberman@earlygrowthfinancialservices.com>
**Subject:** Can You Please Confirm Insurance


Zain - Can you please confirm the following:


(a) insurance is still on for now;


CONFIDENTIAL

DR006338

(b) what is the final date to pay the remainder of both health insurance policies

(c) exact amount remaining to be paid.


Thanks!


Dan


--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com


--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com


--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com


CONFIDENTIAL

DR006339

--

Dan Woods
CEO
TechShop
daniel.woods@techshop.com


--
Dan Woods
CEO
TechShop
daniel.woods@techshop.com

CONFIDENTIAL

DR006340

# KAISER PERMANENTE®

P.O. BOX 23219
SAN DIEGO, CA 92193-3219

000700673-7000          L

AB 01  006224 37620 H 28 A

TECHSHOP INC HMO 30/COBRA
TISHA STOREY
405 EL CAMINO REAL # 606
MENLO PARK, CA 94025-5240

**AMOUNT DUE: $-395.04**

**DUE DATE: OCTOBER 01, 2017**

**OCTOBER 2017** statement includes
membership and financial transactions processed
from **08/02/2017** through **09/01/2017**

**To receive billing and membership
information online, log on to:
kp.org/ouremployers**

Refer to the Billing Summary page for
all billing unit(s) included in this statement.

---

**(RETURN THIS PORTION WITH YOUR PAYMENT)**

Billing Unit: 785132404          Customer ID: 000700673-7000
REMITTANCE ADVICE FOR:                    OCTOBER 2017

TECHSHOP INC HMO 30/COBRA
TISHA STOREY
405 EL CAMINO REAL # 606
MENLO PARK, CA 94025-5240

**Please pay this Amount:**                    $0.00

**AMOUNT PAID:** _____

**Due Date:**                    00, 0000

KAISER FOUNDATION HEALTH PLAN
FILE 5915
LOS ANGELES, CA 90074-5915

Provide Billing Unit number(s) on check and make it payable to:
KAISER FOUNDATION HEALTH PLAN

785132404201708020000000000000020171001

CONFIDENTIAL

DR006341

TX-0589.0011

**KAISER PERMANENTE.**

Membership Billing Statement
000700673-7000

OCTOBER 2017

## CONTACT INFORMATION:

Customer Inquiries:        (800) 731-4661
Hours of Operation:     Monday – Friday 8:00 a.m. to 5:00 p.m. PST

Send all membership and address changes to:

**KAISER FOUNDATION HEALTH PLAN**
**CALIFORNIA SERVICE CENTER**
**P.O. BOX 23219**
**SAN DIEGO, CA 92193-3219**

Provide Billing Unit number(s) on check and make it payable to:

**KAISER FOUNDATION HEALTH PLAN**
**FILE 5915**
**LOS ANGELES, CA 90074-5915**

Insufficient Funds

Kaiser Foundation Health Plan, Inc. charges an administrative service fee for any returned check due to insufficient funds in the payer's account. Kaiser Foundation Health Plan, Inc. reserves the right to terminate coverage for any account with three returned checks due to insufficient funds within a 12-month period.

Termination of Coverage

Kaiser Health Plan, Inc. requires 15 days written notice to terminate group coverage.

Delinquency

Group Employers delinquent in paying health plan dues may be subject to termination.

CONFIDENTIAL

**DR006342**

**KAISER PERMANENTE.**

Membership Billing Statement
000700673-7000

OCTOBER 2017

## Notice of Consequences for Nonpayment of Premium

We are committed to your health and well-being. We want to make sure that you have coverage for the care and services you need and therefore receipt of full payment of your monthly premium by the due date listed on the first page of this Invoice is essential. Kaiser Permanente is providing you with this notice regarding your rights when you fail to pay your premium on time.

If the Amount Due, as set forth on the first page of this Invoice, is not received on or before the due date indicated on that same page, then a grace period will begin the day we mail you your first late notice. This grace period will last at least 30 days. During the grace period, you may pay the premiums that you owe. Your Kaiser Permanente group coverage will continue during the grace period, and you will continue to owe premiums for your group's coverage during the grace period.

You must pay the Amount Due as set forth on the first page of this Invoice plus any premium owed for the grace period by the end of your grace period. If you have not paid in full, your membership will terminate on the last day of your grace period. You will remain financially responsible for the payment of premiums and any other amounts due for your group's coverage. Kaiser Permanente reserves the right to initiate collection proceedings for all monthly premium amounts, payments for services rendered and any other amounts that you owe.

We will continue to bill you, and you will continue to owe premiums for the period during which your Kaiser Permanente coverage remains in effect. To terminate your coverage immediately, contact Kaiser Permanente as soon as possible.

006224 2/3

CONFIDENTIAL

**DR006343**



**KAISER PERMANENTE.**

Membership Billing Statement
000700673-7000

OCTOBER 2017

This page is intentionally left blank.

CONFIDENTIAL

DR006344

TX-0589.0014

 **KAISER PERMANENTE**®

Billing Summary
000700673-7000
TECHSHOP INC HMO 30/COBRA

OCTOBER 2017

Previous Balance Due                                                    -395.04

| | | | |
|---|---|---|---|
| Payments | -BU | 000700673-7000 | 0.00 |
| Adjustments | -BU | 000700673-7000 | 0.00 |
| Retroactive Dues | -BU | 000700673-7000 | 0.00 |
| Current Dues | -BU | 000700673-7000 | 0.00 |

**TOTAL DUE BY 10/01/2017**     **$-395.04**



006224 3/3

CONFIDENTIAL

**DR006345**

TX-0589.0015

This page intentionally left blank

CONFIDENTIAL

DR006346

**KAISER PERMANENTE**

P.O. BOX 23219
SAN DIEGO, CA 92193-3219

000700673-0000          L

AB 02 006072 37620 H 28 A
ıllıılıllılllllllllıllılllılllıllıllıllıllıllılllllllllıllılll

TECHSHOP INC HMO 30
TISHA STOREY
405 EL CAMINO REAL # 606
MENLO PARK, CA 94025-5240

006072 1/5

**AMOUNT DUE: $8,216.83**

**DUE DATE: OCTOBER 01, 2017**

**OCTOBER 2017** statement includes
membership and financial transactions processed
from **08/02/2017** through **09/01/2017**

To receive billing and membership
information online, log on to:
kp.org/ouremployers

Refer to the Billing Summary page for
all billing unit(s) included in this statement.

---

(RETURN THIS PORTION WITH YOUR PAYMENT)

| | |
|---|---|
| | Billing Unit: 685132404    Customer ID: 000700673-0000 |
| | REMITTANCE ADVICE FOR:    OCTOBER 2017 |

TECHSHOP INC HMO 30
TISHA STOREY
405 EL CAMINO REAL # 606
MENLO PARK, CA 94025-5240

**Please pay this Amount:**          $8,216.83

**AMOUNT PAID:**          _____

ıllıılıllıllllllllllllllllllllllllllllllllllllll
KAISER FOUNDATION HEALTH PLAN
FILE 5915
LOS ANGELES, CA 90074-5915

**Due Date:**          OCTOBER 01, 2017

Provide Billing Unit number(s) on check and make it payable to:
KAISER FOUNDATION HEALTH PLAN

9685132404201708020000000008216832017100L

CONFIDENTIAL

DR006347

TX-0589.0017

**KAISER PERMANENTE**®

Membership Billing Statement
000700673-0000

OCTOBER 2017

## CONTACT INFORMATION:

Customer Inquiries:         (800) 731-4661
Hours of Operation:       Monday – Friday 8:00 a.m. to 5:00 p.m. PST

Send all membership and address changes to:

**KAISER FOUNDATION HEALTH PLAN**
**CALIFORNIA SERVICE CENTER**
**P.O. BOX 23219**
**SAN DIEGO, CA 92193-3219**

Provide Billing Unit number(s) on check and make it payable to:

**KAISER FOUNDATION HEALTH PLAN**
**FILE 5915**
**LOS ANGELES, CA 90074-5915**

Insufficient Funds
    Kaiser Foundation Health Plan, Inc. charges an administrative service fee for any returned check due to insufficient funds in the payer's account. Kaiser Foundation Health Plan, Inc. reserves the right to terminate coverage for any account with three returned checks due to insufficient funds within a 12-month period.

Termination of Coverage
    Kaiser Health Plan, Inc. requires 15 days written notice to terminate group coverage.

Delinquency
    Group Employers delinquent in paying health plan dues may be subject to termination.

CONFIDENTIAL

**DR006348**

**KAISER PERMANENTE**®

Membership Billing Statement
000700673-0000

OCTOBER 2017

## Notice of Consequences for Nonpayment of Premium

We are committed to your health and well-being. We want to make sure that you have coverage for the care and services you need and therefore receipt of full payment of your monthly premium by the due date listed on the first page of this Invoice is essential. Kaiser Permanente is providing you with this notice regarding your rights when you fail to pay your premium on time.

If the Amount Due, as set forth on the first page of this Invoice, is not received on or before the due date indicated on that same page, then a grace period will begin the day we mail you your first late notice. This grace period will last at least 30 days. During the grace period, you may pay the premiums that you owe. Your Kaiser Permanente group coverage will continue during the grace period, and you will continue to owe premiums for your group's coverage during the grace period.

You must pay the Amount Due as set forth on the first page of this Invoice plus any premium owed for the grace period by the end of your grace period. If you have not paid in full, your membership will terminate on the last day of your grace period. You will remain financially responsible for the payment of premiums and any other amounts due for your group's coverage. Kaiser Permanente reserves the right to initiate collection proceedings for all monthly premium amounts, payments for services rendered and any other amounts that you owe.

We will continue to bill you, and you will continue to owe premiums for the period during which your Kaiser Permanente coverage remains in effect. To terminate your coverage immediately, contact Kaiser Permanente as soon as possible.

CONFIDENTIAL

DR006349

 **KAISER PERMANENTE**

Membership Billing Statement
000700673-0000

OCTOBER 2017

This page is intentionally left blank.



CONFIDENTIAL

DR006350

TX-0589.0020

 **KAISER PERMANENTE**®

Billing Summary
000700673-0000
TECHSHOP INC HMO 30

OCTOBER 2017

Previous Balance Due                                                      8,342.22

| | | | |
|---|---|---|---|
| Payments | -BU | 000700673-0000 | -4,865.87 |
| Adjustments | -BU | 000700673-0000 | 0.00 |
| Retroactive Dues | -BU | 000700673-0000 | -395.04 |
| Current Dues | -BU | 000700673-0000 | 5,135.52 |

**TOTAL DUE BY 10/01/2017**      **$8,216.83**

Page 1

 CONFIDENTIAL

006072 3/5

DR006351

TX-0589.0021

 **KAISER PERMANENTE.**

Billing Detail
000700673-0000
TECHSHOP INC HMO 30
Payments Detail

OCTOBER 2017

| Deposit Date | Payment Type | Number | Remittance Amount | Billing Unit | Coverage Period | Transaction Amount |
|---|---|---|---|---|---|---|
| 08/17/2017 | CHCK | 3026 | 4,865.87 | 000700673-0000 | 08/01/2017 | -2,811.66 |
| | | | | 000700673-0000 | 09/01/2017 | -2,054.21 |

Total Payments Received: **$-4,865.87**



CONFIDENTIAL

**DR006352**

TX-0589.0022

 **KAISER PERMANENTE**®

**RETROACTIVE MEMBERSHIP**

Includes membership activity and rate changes processed from 08/02/2017 - 09/01/2017

| Billing Unit | Account Name | Social Security No. | Employee No. | Activity Reason | Family Count Prior | Current | Coverage Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 000700673-0000 | CONOWITCH, CELESTE R | ***-**-4536 | | ACCOUNT CHG | 01 | 00 | 09/01/2017 | -395.04 |
| | **Account Total:** | | | | | | | -395.04 |
| | | | | | | | **Total Retroactive Dues:** | **$-395.04** |


CONFIDENTIAL

008072 4/5

**DR006353**

TX-0589.0023

**KAISER PERMANENTE®**

Billing Detail
000700673-0000
TECHSHOP INC HMO 30
Current Dues

OCTOBER 2017

Includes membership activity and rate changes processed from 08/02/2017 - 09/01/2017
Any changes processed after 09/01/2017 will be reflected on your next statement.

| Billing Unit | Subscriber Name | Social Security No. | Employee Number | Employer ID | Family Count | Total Dues | Medicare |
|---|---|---|---|---|---|---|---|
| 000700673 - 0000 | CALVO, ANDREW C | ***-**-9836 | | | 01 | 395.04 | |
| 000700673 - 0000 | HARPRING, PAUL A | ***-**-5237 | | | 01 | 395.04 | |
| 000700673 - 0000 | MANTOR, WILLIAM D | ***-**-9662 | | | 01 | 395.04 | |
| 000700673 - 0000 | NORIEGA JR, CLAUDE J | ***-**-5857 | | | 01 | 395.04 | |
| 000700673 - 0000 | NORTON, MIA M | ***-**-1122 | | | 01 | 395.04 | |
| 000700673 - 0000 | PIANKA, DAVID M | ***-**-5248 | | | 01 | 395.04 | |
| 000700673 - 0000 | RASMUSSEN, JASON J J | ***-**-8224 | | | 01 | 395.04 | |
| 000700673 - 0000 | RAYBAL, MIA T T | ***-**-4439 | | | 01 | 395.04 | |
| 000700673 - 0000 | SACLOLO, KARL BRADLEY D | ***-**-6146 | | | 01 | 395.04 | |
| 000700673 - 0000 | SADLO, JOSEPH | ***-**-2218 | | | 01 | 395.04 | |
| 000700673 - 0000 | SMITH, ROBERT E | ***-**-2898 | | | 01 | 395.04 | |
| 000700673 - 0000 | SPURLOCK, RYAN M M | ***-**-2485 | | | 01 | 395.04 | |
| 000700673 - 0000 | TRAN, DAVID | ***-**-8334 | | | 01 | 395.04 | |

Total Current Dues: **$5,135.52**



CONFIDENTIAL

**DR006354**

TX-0589.0024

**KAISER PERMANENTE.**

Includes membership activity and rate changes processed from 08/02/2017 – 09/01/2017

## Membership Summary By Contract Option

**0000**        **SR ADV GRP HMO NCR**

| Family Size | Total Subscribers | Total Members | Total Charges |
|---|---|---|---|
| 01 | 0 | 0 | 0.00 |
| 02 | 0 | 0 | 0.00 |
| 3 or more | 0 | 0 | 0.00 |
| **Totals:** | **0** | **0** | **0.00** |

**0000**        **NCR WORK AGED ASSIGN**

| Family Size | Total Subscribers | Total Members | Total Charges |
|---|---|---|---|
| 01 | 0 | 0 | 0.00 |
| 02 | 0 | 0 | 0.00 |
| 3 or more | 0 | 0 | 0.00 |
| **Totals:** | **0** | **0** | **0.00** |

**0000**        **HIGH COPAY HMO NCR**

| Family Size | Total Subscribers | Total Members | Total Charges |
|---|---|---|---|
| 01 | 13 | 13 | 5,135.52 |
| 02 | 0 | 0 | 0.00 |
| 3 or more | 0 | 0 | 0.00 |


CONFIDENTIAL

006072 5/5

**DR006355**

TX-0589.0025

 **KAISER PERMANENTE®**

Current Dues - Summary
000700673-0000
TECHSHOP INC HMO 30
Current Dues

OCTOBER 2017

| 0000 | | HIGH COPAY HMO NCR | |
|------|------|------|------|
| **Family Size** | **Total Subscribers** | **Total Members** | **Total Charges** |
| Totals: | 13 | 13 | 5,135.52 |

Total Current Dues for All Contract Options: $5,135.52

CONFIDENTIAL

**DR006356**

TX-0589.0026

**Payment Confirmation**



| Case Number: | **280548** |
| Case Name: | **TECHSHOP INC** |

| Billing Entity Number | Amount | Account Name | Account # | Confirmation # | Online Payment Submission Date |
|---|---|---|---|---|---|
| 280548H001 | $42,406.43 | Corp4104 | xxxxxx-4104 | 1902176 | 11/03/2017 12:29 PM PDT |
| | **$42,406.43** | **Payment Amount** | | | |

Anthem Blue Cross is the trade name of Blue Cross of California.  Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company are independent licensees of the Blue Cross Association. ®ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.

CONFIDENTIAL

**DR006357**