

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

April 13, 2023

Case Number: 18-cv-01044-HSG

Case Title: TechShop, Inc. v. Rasure

TO COUNSEL OF RECORD;

    In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith.  If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c).

Very truly yours,

Mark B. Busby, Clerk of Court

*Cynthia J. Lenahan*

by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538

Disposal Date: 05/15/23

*REV. 9-19*